IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CONNECTU LLC, ) | |
| ) | |
| Plaintiff, ) | CIVIL ACTION NO. _____ |
| ) | |
| v. ) | |
| ) | |
| MARK ZUCKERBERG, EDUARDO SAVERIN, ) | JURY TRIAL DEMANDED |
| DUSTIN MOSKOVITZ, ANDREW MCCOLLUM, ) | |
| CHRISTOPHER HUGHES, and ) | |
| THEFACEBOOK.COM a/k/a THEFACEBOOK, ) | |
| ) | |
| Defendants. ) | |

04-11923 DPW

### LOCAL RULE 7.3 CORPORATE DISCLOSURE STATEMENT

Pursuant to L.R. 7.3(A), Plaintiff CONNECTU LLC hereby discloses that it has no parent corporation and that there is no publicly held company that owns 10% or more of CONNECTU's stock.

_____
Lawrence R. Robins (BBO# 632610)
Jonathan M. Gelchinsky (BBO# 656282)
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, L.L.P.
55 Cambridge Parkway
Cambridge, Massachusetts 02142
Telephone: (617) 452-1600
Facsimile: (617) 452-1666
larry.robins@finnegan.com
jon.gelchinsky@finnegan.com

John F. Hornick
Margaret A. Esquenet
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, L.L.P.
1300 I Street N.W.
Washington, DC 20005
Telephone: (202) 408-4000
Facsimile: (202) 408-4400

1