AO 440 (Rev. 10/93) Summons in a Civil Action     ORIGINAL

# UNITED STATES DISTRICT COURT

District of Massachusetts

CONNECTU LLC

**SUMMONS IN A CIVIL CASE**

V.

MARK ZUCKERBERG, EDUARDO SAVERIN,
DUSTIN MOSKOVITZ, ANDREW MCCOLLUM,
CHRISTOPHER HUGHES, and THEFACEBOOK.COM
a/k/a THE FACEBOOK

CASE

04-11923 DPW

TO: (Name and address of Defendant)

ANDREW MCCOLLUM
819 LA JENNIFER WAY
PALO ALTO, CA 94306

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

LAWRENCE R. ROBINS
JONATHAN M. GELCHINSKY
FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, L.L.P.
55 CAMBRIDGE PARKWAY
CAMBRIDGE, MA 02142
TELEPHONE: 617-452-1600
FACSIMILE: 617-452-1666

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

(By) DEPUTY CLERK

DATE

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER | FOR COURT USE ONLY |
|---|---|---|
| FINNEGAN, HENDERSON ET AL.<br>55 CAMBRIDGE PARKWAY #700<br>CAMBRIDGE MA 02142 | 617-452-1600 | |
| | Ref. No. or File No.<br>06017-0015 | |
| ATTORNEY FOR   PLAINTIFF | | |
| Insert name of court and name of judicial district and branch if any.<br>UNITED STATES DISTRICT CT DISTRICT OF MASSACHUSETTS | | |
| SHORT TITLE OF CASE:<br>CONNECTU/ZUCKERBERG | | |
| INVOICE NO.  DATE:  TIME:  DEP./DIV.<br>207533 | | CASE NUMBER:<br>04-11923 DPW |

UNITED STATES DISTRICT COURT
DECLARATION OF SERVICE   (FRCP 4(e)(1))

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON
THE DATE HEREIN REFERRED TO OVER THE AGE OF 18 YEARS AND NOT A PARTY
TO THE WITHIN ENTITLED ACTION. I SERVED THE:

    Summons in a Civil Case
    Civil Cover Sheet
    Local Rule 7.3 Corporate Disclosure Statement
    Complaint
    Letter

ON: ANDREW MCCOLLUM

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH
THE ABOVE NAMED PERSON A COPY THEREOF, AT:

819 LA JENNIFER WAY
PALO ALTO CA 94306

ON: 09/03/04     AT: 1:00 PM

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED
STATES OF AMERICA THAT THE FOREGOING INFORMATION CONTAINED IN THE
RETURN OF SERVICE AND STATEMENT OF SERVICE FEES IS TRUE AND CORRECT.

PERSON SERVING: JOHN T BRENNAN          FEE FOR SERVICE:       69.00

PROFESSIONAL LEGAL SERVICES, INC.       d.  Registered California process server
PO BOX 28404                            (1) [  ] Employee or [ X ] Independent Contractor
SAN JOSE, CA 95159                      (2) Registration No. 395
408-247-1574 FAX 408-554-0855           (3) County: SANTA CLARA
                                        (4) Expiration: 04/21/06

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATE: 09/07/04                          _____
                                        SIGNATURE