UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CONNECTU LLC,<br><br>        Plaintiff,<br><br>v.<br><br>MARK ZUCKERBERG, EDUARDO SAVERIN, DUSTIN MOSKOVITZ, ANDREW MCCOLLUM, CHRISTOPHER HUGHES, and THEFACEBOOK.COM a/k/a THEFACEBOOK,<br><br>        Defendants. | CIVIL ACTION NO. 04-11923 DPW |

**ASSENTED-TO MOTION FOR
EXTENSION OF TIME IN WHICH TO RESPOND TO COMPLAINT**

The defendants, Mark Zuckerberg, Eduardo Saverin, Dustin Moskovitz, Andrew McCollum, Christopher Hughes, and TheFacebook, Inc. (collectively "Defendants") hereby request an extension until October 23, 2004, of their time in which to respond to the Complaint of plaintiff ConnectU LLC. This date reflects and extension of thirty (30) days following the time allowed for response by Fed. R. Civ. P. 12 from the date the first defendant was served with a summons and complaint.

## L.R. 7.1(A)(2) CERTIFICATION

Counsel for Defendants has conferred with counsel for plaintiff, who assented to the relief requested herein.

Respectfully submitted,

MARK ZUCKERBERG, EDUARDO SAVERIN,
DUSTIN MOSKOVITZ, ANDREW MCCOLLUM,
CHRISTOPHER HUGHES, and
THEFACEBOOK, INC.

By their attorneys,

HOLLAND & KNIGHT LLP

_____
Gordon P. Katz (BBO No. 261080)
Daniel K. Hampton (BBO No. 634195)
10 St. James Avenue
Boston, MA 02116
(617) 523-2700

and

Robert B. Hawk (of counsel, seeking
    *pro hac vice* admission)
HELLER EHRMAN WHITE & McAULIFFE LLP
2775 Sand Hill Road
Menlo Park, CA 94025-7019
(650) 324-7165

Dated: September 22, 2004