UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CONNECTU LLC,<br><br>   Plaintiff,<br><br>v.<br><br>MARK ZUCKERBERG, EDUARDO SAVERIN, DUSTIN MOSKOVITZ, ANDREW MCCOLLUM, CHRISTOPHER HUGHES, and THEFACEBOOK.COM a/k/a THEFACEBOOK,<br><br>   Defendants. | CIVIL ACTION NO. 04-11923 DPW |

**DEFENDANT THEFACEBOOK, INC.'S
RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

In accordance with Fed. R. Civ. P. 7.1, defendant TheFacebook, Inc. states that it has no parent corporation and no publicly-held corporation owns 10% or more of its stock.

Respectfully submitted,

THEFACEBOOK, INC.,

By its attorneys,

HOLLAND & KNIGHT LLP

*/s/ Daniel K. Hampton*
Gordon P. Katz (BBO No. 261080)
Daniel K. Hampton (BBO No. 634195)
10 St. James Avenue
Boston, MA 02116
(617) 523-2700

and

Robert B. Hawk (of counsel, seeking
    *pro hac vice* admission)
HELLER EHRMAN WHITE & McAULIFFE LLP
2775 Sand Hill Road
Menlo Park, CA 94025-7019
(650) 324-7165

Dated: September 22, 2004