UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CONNECTU LLC,

        Plaintiff,

v.

MARK ZUCKERBERG, EDUARDO
SAVERIN, DUSTIN MOSKOVITZ,
ANDREW MCCOLLUM, CHRISTOPHER
HUGHES, and THEFACEBOOK.COM
a/k/a THEFACEBOOK,

        Defendants.

CIVIL ACTION NO. 04-11923 DPW

## NOTICE OF APPEARANCE ON BEHALF OF DEFENDANTS

Please note the appearance of Gordon P. Katz of the law firm of Holland & Knight LLP, 10 St. James Avenue, Boston, Massachusetts 02116, representing defendants in the above-named action.

Respectfully submitted,

MARK ZUCKERBERG, EDUARDO SAVERIN,
DUSTIN MOSKOVITZ, ANDREW MCCOLLUM,
CHRISTOPHER HUGHES, and
THEFACEBOOK, INC.

By their attorneys,

HOLLAND & KNIGHT LLP

Gordon P. Katz (BBO No. 261080)
Daniel K. Hampton (BBO No. 634195)
10 St. James Avenue
Boston, MA 02116
(617) 523-2700

and

Robert B. Hawk (of counsel, seeking
    *pro hac vice* admission)
HELLER EHRMAN WHITE & McAULIFFE LLP
2775 Sand Hill Road
Menlo Park, CA 94025-7019
(650) 324-7165

Dated:  September *23*, 2004

# 2271653_v1