**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CONNECTU LLC, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MARK ZUCKERBERG, EDUARDO SAVERIN, )<br>DUSTIN MOSKOVITZ, ANDREW MCCOLLUM, )<br>CHRISTOPHER HUGHES, and )<br>THEFACEBOOK.COM a/k/a THEFACEBOOK, )<br>)<br>Defendants. ) | CIVIL ACTION NO. 04-11923<br>(DPW) |

## MOTION TO ADMIT COUNSEL PRO HAC VICE
## ON BEHALF OF PLAINTIFF CONNECTU LLC

Pursuant to Local Rule 83.5.3(b) of the United States District Court for the District of Massachusetts, Jonathan M. Gelchinsky, a member of the bar of this Court and counsel of record for Plaintiff ConnectU LLC ("ConnectU"), hereby moves for the admission *pro hac vice* of John F. Hornick and Margaret A. Esquenet, both of whom are attorneys with the law firm of Finnegan, Henderson, Farabow, Garrett & Dunner, L.L.P., 1300 I Street, N.W., Washington, D.C., 20005, as counsel for ConnectU.

In support of this motion, ConnectU hereby submits the accompanying declarations which state that (1) the above mentioned individuals are members of the bar in good standing in every jurisdiction where they have been admitted to practice; (2) there are no disciplinary proceedings pending against either of them as a member of the bar in any jurisdiction; and (3) they are familiar with the Local Rules of this District.

WHEREFORE, ConnectU respectfully requests that this Court grant this motion to admit counsel *pro hac vice* for the purposes of participating in this lawsuit.

_____
Lawrence R. Robins (BBO# 632610)
Jonathan M. Gelchinsky (BBO# 656282)
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, L.L.P.
55 Cambridge Parkway
Cambridge, Massachusetts 02142
Telephone: (617) 452-1600
Facsimile: (617) 452-1666
larry.robins@finnegan.com
jon.gelchinsky@finnegan.com

John F. Hornick
Margaret A. Esquenet
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, L.L.P.
1300 I Street N.W.
Washington, DC 20005
Telephone: (202) 408-4000
Facsimile: (202) 408-4400

# CERTIFICATE OF SERVICE

I, Jenny Macioge, hereby certify that on September 16, 2004, a true and correct copy of the foregoing Motion to Admit Counsel Pro Hac Vice on Behalf of Plaintiff ConnectU LLC; Declaration of John F. Hornick in Support of Motion; and Declaration of Margaret A. Esquenet in Support of Motion was served by the indicated means to the persons at the addresses listed:

Eric J. Stenshoel, Esq.
Curtis, Mallet-Prevost, Colt & Mosle, LLP
101 Park Avenue
New York, NY 10178

☒ Via First Class Mail
☐ Via Hand Delivery
☐ Via Overnight Courier
☐ Via Facsimile

Dustin Moskovitz
819 La Jennifer Way
Palo Alto, California 94306

☒ Via First Class Mail
☐ Via Hand Delivery
☐ Via Overnight Courier
☐ Via Facsimile

Andrew McCollum
819 La Jennifer Way
Palo Alto, California 94306

☒ Via First Class Mail
☐ Via Hand Delivery
☐ Via Overnight Courier
☐ Via Facsimile

Christopher Hughes
819 La Jennifer Way
Palo Alto, California 94306

☒ Via First Class Mail
☐ Via Hand Delivery
☐ Via Overnight Courier
☐ Via Facsimile

_____
Jenny B.S. Macioge

FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, L.L.P.
55 Cambridge Parkway
Cambridge, MA 02142
Telephone: 617.452.1600