ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CONNECTU LLC,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MARK ZUCKERBERG, EDUARDO SAVERIN, DUSTIN MOSKOVITZ, ANDREW MCCOLLUM, CHRISTOPHER HUGHES, and THEFACEBOOK.COM a/k/a THEFACEBOOK,<br><br>　　　　　Defendants. | CIVIL ACTION NO. 04-11923<br>(DPW) |

## DECLARATION OF MARGARET A. ESQUENET IN SUPPORT OF CONNECTU LLC'S MOTION TO ADMIT COUNSEL PRO HAC VICE

I, Margaret A. Esquenet, declare that the following true and correct under penalty of perjury, pursuant to 28 U.S.C. § 1746;

1. I am a member of the bar of the District of Columbia and of the U.S. District Court for the District of Columbia.

2. There are no disciplinary proceedings pending against me in any court or jurisdiction.

3. I am familiar with the Local Rules for the United States District Court for the District of Massachusetts.

Dated: September 14, 2004

_____
Margaret A. Esquenet

1