⬥AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of   Massachusetts

CONNECTU LLC

**SUMMONS IN A CIVIL CASE**

V.

MARK ZUCKERBERG, EDUARDO SAVERIN,
DUSTIN MOSKOVITZ, ANDREW MCCOLLUM,
CHRISTOPHER HUGHES, and THEFACEBOOK.COM
a/k/a THE FACEBOOK

CASE

# 04-11923DPW

TO: (Name and address of Defendant)

> EDUARDO SAVERIN
> ELLIOT HOUSE - ROOM B12
> HARVARD UNIVERSITY
> 101 DUNSTER STREET
> CAMBRIDGE, MA 02138

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

LAWRENCE R. ROBINS
JONATHAN M. GELCHINSKY
FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, L.L.P.
55 CAMBRIDGE PARKWAY
CAMBRIDGE, MA 02142
TELEPHONE:  617-452-1600
FACSIMILE:  617-452-1666

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

9-2-04

CLERK

DATE

(By) DEPUTY CLERK

*and 9/28/04 Letter re M.G.L. 93A

✱

I hereby certify and return that today, September 29, 2004, at 11:00 AM, I served a true and attested copy of the within  Summons; Complaint; Civil Cover Sheet; Category Sheet; and Corporate Disclosure Statement in this action upon the within named Eduardo Saverin, by leaving said copies at Elliot House - Room B12, Harvard University, 101 Dunster Street, Cambridge, MA 02138 *his/her* last and usual abode. Furthermore, later this same day I mailed (first class postage prepaid) additional true and attested copies to the within named Eduardo Saverin, at Elliot House - Room B12, Harvard University, 101 Dunster Street, Cambridge, MA 02138.

I declare under the penalty of perjury under the laws of the United States of America
that the foregoing information is true and correct. Executed on September 29, 2004.

Dennis Mahoney, Constable
& Disinterested Person over Age 18.

Service & Travel:$65.00

**Butler and Witten**
Boston, MA
(617) 325-6455