IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CONNECTU LLC, )<br>)<br>       Plaintiff, )<br>)<br>v. )<br>)<br>MARK ZUCKERBERG, EDUARDO SAVERIN, )<br>DUSTIN MOSKOVITZ, ANDREW MCCOLLUM, )<br>CHRISTOPHER HUGHES, and )<br>THEFACEBOOK.COM a/k/a THEFACEBOOK, )<br>)<br>       Defendants. ) | CIVIL ACTION NO. 1:04-cv-11923 |

## JOINT STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective attorneys of record, that Defendants shall have until November 18, 2004 to answer or otherwise respond to Plaintiff's complaint.

By: _/s/ Daniel K. Hampton_

Gordon P. Katz (BBO# 261080)
Daniel K. Hampton (BBO# 634195)
HOLLAND & KNIGHT, LLP
10 St. James Avenue
Boston, MA 02116
Telephone: (617) 523-2700
dan.hampton@hklaw.com
gordon.katz@hklaw.com

Robert P. Hawk
HELLER EHRMAN WHITE &
  McCAULIFFE, LLP
2775 Sand Hill Road
Menlo Park, CA 94025
Telephone: (650) 324-7165

DATED: October 22, 2004

By: _/s/_

Lawrence R. Robins (BBO# 632610)
Jonathan M. Gelchinsky (BBO# 656282)
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, L.L.P.
55 Cambridge Parkway
Cambridge, MA 02142
Telephone: (617) 452-1600
Facsimile: (617) 452-1666
larry.robins@finnegan.com
jon.gelchinsky@finnegan.com

John F. Hornick (*pro hac vice*)
Margaret A. Esquenet (*pro hac vice*)
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, L.L.P.
1300 I Street N.W.
Washington, DC 20005
Telephone: (202) 408-4000
Facsimile: (202) 408-4400

DATED: October 22, 2004

SO ORDERED:

_____
Judge Douglas P. Woodlock

Dated: