EX. A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CONNECTU LLC,<br><br>      Plaintiff,<br><br>v.<br><br>MARK ZUCKERBERG, EDUARDO SAVERIN, DUSTIN MOSKOVITZ, ANDREW MCCOLLUM, CHRISTOPHER HUGHES, and THEFACEBOOK, INC.,<br><br>      Defendants.<br>MARK ZUCKERBERG, and THEFACEBOOK, INC.,<br><br>      Counterclaimants,<br><br>v.<br><br>CONNECTU LLC,<br><br>      Counterdefendant,<br><br>and<br><br>CAMERON WINKLEVOSS, TYLER WINKLEVOSS, and DIVYA NARENDRA,<br><br>      Additional Counterdefendants. | CIVIL ACTION NO. 1:04-cv-11923 |

**LOCAL RULE 16.1(D)(3) CERTIFICATION OF**
**PLAINTIFF AND COUNTERCLAIM DEFENDANT CONNECTU LLC**

The undersigned counsel and representative of ConnectU LLC certify that they have conferred regarding establishing a budget for the costs of conducting the full course, and various alternative courses, of the litigation. The undersigned further certify that they have conferred regarding resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

By: _____

Cameron Winklevoss
Member
ConnectU LLC
500 West Putnam Avenue
Greenwich, CT 06830
Telephone: (203) 912-3880
Facsimile: (203) 661-9345


DATED: March 7, 2005

By: _____

Lawrence R. Robins (BBO# 632610)
Jonathan M. Gelchinsky (BBO# 656282)
FINNEGAN, HENDERSON, FARABOW,
   GARRETT & DUNNER, L.L.P.
55 Cambridge Parkway
Cambridge, MA 02142
Telephone: (617) 452-1600
Facsimile: (617) 452-1666
larry.robins@finnegan.com
jon.gelchinsky@finnegan.com

John F. Hornick (*pro hac vice*)
Margaret A. Esquenet (*pro hac vice*)
FINNEGAN, HENDERSON, FARABOW,
   GARRETT & DUNNER, L.L.P.
901 New York Avenue N.W.
Washington, DC 20001
Telephone: (202) 408-4000
Facsimile: (202) 408-4400

Attorneys for Plaintiff/Counterclaim
Defendant, ConnectU LLC

DATED: March 15, 2005