# EX.B

Case 1:04-cv-11923-DPW    Document 22-3    Filed 03/18/2005    Page 1 of 7

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CONNECTU LLC,<br><br>                    Plaintiff,<br><br>v.<br><br>MARK ZUCKERBERG, EDUARDO SAVERIN, DUSTIN MOSKOVITZ, ANDREW MCCOLLUM, CHRISTOPHER HUGHES, and THEFACEBOOK, INC.,<br><br>                    Defendants.<br>MARK ZUCKERBERG, and THEFACEBOOK, INC.,<br><br>                    Counterclaimants,<br><br>v.<br><br>CONNECTU LLC,<br><br>                    Counterdefendant,<br><br>and<br><br>CAMERON WINKLEVOSS, TYLER WINKLEVOSS, and DIVYA NARENDRA,<br><br>                    Additional Counterdefendants. | CIVIL ACTION NO. 1:04-cv-11923 |

**LOCAL RULE 16.1(D)(3) CERTIFICATION OF
COUNTERCLAIM DEFENDANT CAMERON WINKLEVOSS**

The undersigned counsel and Counterclaim Defendant Cameron Winklevoss certify that they have conferred regarding establishing a budget for the costs of conducting the full course, and various alternative courses, of the litigation. The undersigned further certify that they have conferred regarding resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

By: /s/ Cameron Winklevoss

Cameron Winklevoss
10 Khakum Wood Road
Greenwich, CT 06830
Telephone: (203) 661-4850


DATED: March 7, 2005

By: /s/

Lawrence R. Robins (BBO# 632610)
Jonathan M. Gelchinsky (BBO# 656282)
FINNEGAN, HENDERSON, FARABOW,
 GARRETT & DUNNER, L.L.P.
55 Cambridge Parkway
Cambridge, MA 02142
Telephone: (617) 452-1600
Facsimile: (617) 452-1666
larry.robins@finnegan.com
jon.gelchinsky@finnegan.com

John F. Hornick (*pro hac vice*)
Margaret A. Esquenet (*pro hac vice*)
FINNEGAN, HENDERSON, FARABOW,
 GARRETT & DUNNER, L.L.P.
901 New York Avenue N.W.
Washington, DC 20001
Telephone: (202) 408-4000
Facsimile: (202) 408-4400

Attorneys for Plaintiff/Counterclaim
Defendant, ConnectU LLC

DATED: March 15, 2005

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CONNECTU LLC,<br><br>      Plaintiff,<br><br>v.<br><br>MARK ZUCKERBERG, EDUARDO SAVERIN, DUSTIN MOSKOVITZ, ANDREW MCCOLLUM, CHRISTOPHER HUGHES, and THEFACEBOOK, INC.,<br><br>      Defendants.<br><br>MARK ZUCKERBERG, and THEFACEBOOK, INC.,<br><br>      Counterclaimants,<br><br>v.<br><br>CONNECTU LLC,<br><br>      Counterdefendant,<br><br>and<br><br>CAMERON WINKLEVOSS, TYLER WINKLEVOSS, and DIVYA NARENDRA,<br><br>      Additional Counterdefendants. | CIVIL ACTION NO. 1:04-cv-11923 |

**LOCAL RULE 16.1(D)(3) CERTIFICATION OF
COUNTERCLAIM DEFENDANT TYLER WINKLEVOSS**

The undersigned counsel and Counterclaim Defendant Tyler Winklevoss certify that they have conferred regarding establishing a budget for the costs of conducting the full course, and various alternative courses, of the litigation. The undersigned further certify that they have conferred regarding resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

By: /s/ Tyler Winklevoss
Tyler Winklevoss
10 Khakum Wood Road
Greenwich, CT 06830
Telephone: (203) 912-1827


DATED: March 7, 2005

By: /s/
Lawrence R. Robins (BBO# 632610)
Jonathan M. Gelchinsky (BBO# 656282)
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, L.L.P.
55 Cambridge Parkway
Cambridge, MA 02142
Telephone: (617) 452-1600
Facsimile: (617) 452-1666
larry.robins@finnegan.com
jon.gelchinsky@finnegan.com

John F. Hornick (*pro hac vice*)
Margaret A. Esquenet (*pro hac vice*)
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, L.L.P.
901 New York Avenue N.W.
Washington, DC 20001
Telephone: (202) 408-4000
Facsimile: (202) 408-4400

Attorneys for Plaintiff/Counterclaim
Defendant, ConnectU LLC

DATED: March 15, 2005

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CONNECTU LLC,<br><br>                    Plaintiff,<br><br>v.<br><br>MARK ZUCKERBERG, EDUARDO SAVERIN, DUSTIN MOSKOVITZ, ANDREW MCCOLLUM, CHRISTOPHER HUGHES, and THEFACEBOOK, INC.,<br><br>                    Defendants.<br>MARK ZUCKERBERG, and THEFACEBOOK, INC.,<br>                    Counterclaimants,<br><br>v.<br><br>CONNECTU LLC,<br><br>                    Counterdefendant,<br><br>and<br><br>CAMERON WINKLEVOSS, TYLER WINKLEVOSS, and DIVYA NARENDRA,<br><br>                  Additional Counterdefendants. | CIVIL ACTION NO. 1:04-cv-11923 |

## LOCAL RULE 16.1(D)(3) CERTIFICATION OF COUNTERCLAIM DEFENDANT DIVYA NARENDRA

The undersigned counsel and Counterclaim Defendant Divya Narendra certify that they have conferred regarding establishing a budget for the costs of conducting the full course, and various alternative courses, of the litigation. The undersigned further certify that they have conferred regarding resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

By: /s/ Divya Narendra

Divya Narendra
16 Park Avenue, Apartment 15D
New York, NY 10016
Telephone: (617) 851-6790


DATED: March 7, 2005

By: /s/ Margaret Esquenet

Lawrence R. Robins (BBO# 632610)
Jonathan M. Gelchinsky (BBO# 656282)
FINNEGAN, HENDERSON, FARABOW,
 GARRETT & DUNNER, L.L.P.
55 Cambridge Parkway
Cambridge, MA 02142
Telephone: (617) 452-1600
Facsimile: (617) 452-1666
larry.robins@finnegan.com
jon.gelchinsky@finnegan.com

John F. Hornick (*pro hac vice*)
Margaret A. Esquenet (*pro hac vice*)
FINNEGAN, HENDERSON, FARABOW,
 GARRETT & DUNNER, L.L.P.
901 New York Avenue N.W.
Washington, DC 20001
Telephone: (202) 408-4000
Facsimile: (202) 408-4400

Attorneys for Plaintiff/Counterclaim
Defendant, ConnectU LLC

DATED: March 10, 2005