UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CONNECTU LLC,<br><br>     Plaintiff,<br><br>v.<br><br>MARK ZUCKERBERG, EDUARDO SAVERIN, DUSTIN MOSKOVITZ, ANDREW MCCOLLUM, CHRISTOPHER HUGHES, and THEFACEBOOK, INC.,<br><br>     Defendants.<br><br>MARK ZUCKERBERG, and THEFACEBOOK, INC.,<br><br>     Counterclaimants,<br><br>v.<br><br>CONNECTU LLC,<br><br>     Counterdefendant,<br><br>and<br><br>CAMERON WINKLEVOSS, TYLER WINKLEVOSS, and DIVYA NARENDRA,<br><br>     Additional Counterdefendants. | CIVIL ACTION NO. 1:04-cv-11923 |

## **CERTIFICATION OF CONFERENCE UNDER LOCAL RULE 16.1(D)(3)**

The undersigned hereby certify, in accordance with Local Rule 16.1(D)(3), that they have conferred about establishing a budget for the cost of conducting the full course, and various alternative courses, of this litigation, and to discuss the use of alternative dispute resolution programs as a means of resolving this action.

# 2697566_v1

/s/ Mark Zuckerberg
Mark Zuckerberg
Eduardo Saverin, Dustin Moskovitz,
Andrew Mccollum, Christopher
Hughes, and TheFacebook, Inc.

/s/ Daniel K. Hampton
Gordon P. Katz (BBO# 261080)
Daniel K. Hampton (BBO# 634195)
HOLLAND & KNIGHT, LLP
10 St. James Avenue
Boston, MA 02116
Telephone: (617) 523-2700
dan.hampton@hklaw.com
gordon.katz@hklaw.com

Robert P. Hawk
HELLER EHRMAN WHITE &
 McCAULIFFE, LLP
2775 Sand Hill Road
Menlo Park, CA 94025
Telephone: (650) 324-7165

DATED: March 17, 2005

# 2697566_v1