# EXHIBIT A

Lawrence R. Robins (BBO# 632610)
Jonathan M. Gelchinsky (BBO# 656282)
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, L.L.P.
55 Cambridge Parkway
Cambridge, MA  02142
Telephone:  (617) 452-1600
Facsimile:   (617) 452-1666

John F. Hornick (*pro hac vice*)
Margaret A. Esquenet (*pro hac vice*)
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, L.L.P.
901 New York Avenue N.W.
Washington, DC  20001
Telephone:  (202) 408-4000
Facsimile:   (202) 408-4400

ATTORNEYS FOR PLAINTIFF AND
COUNTERCLAIM DEFENDANTS

Gordon P. Katz (BBO# 261080)
Daniel K. Hampton (BBO# 634195)
HOLLAND & KNIGHT, LLP
10 St. James Avenue
Boston, MA 02116
Telephone: (617) 523-2700
Facsimile: (617) 523-6850

Robert P. Hawk (*pro hac vice*)
HELLER EHRMAN LLP
275 Middlefield Road
Menlo Park, CA 94025
Telephone:  (650) 324-7000
Facsimile: (650) 324-6016

ATTORNEYS FOR DEFENDANTS AND
COUNTERCLAIM PLAINTIFFS

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| CONNECTU LLC,<br><br>                    Plaintiff,<br><br>    v.<br><br>MARK ZUCKERBERG, EDUARDO SAVERIN, DUSTIN MOSKOVITZ, ANDREW MCCOLLUM, CHRISTOPHER HUGHES, and THEFACEBOOK, INC.,<br><br>                    Defendants.<br>MARK ZUCKERBERG, and THEFACEBOOK, INC.,<br>                    Counterclaimants,<br><br>    v.<br><br>CONNECTU LLC, | CIVIL ACTION NO. 1:04-cv-11923 (DPW) |

|  Counterdefendant, |
| --- |
| and |
| CAMERON WINKLEVOSS, TYLER WINKLEVOSS, and DIVYA NARENDRA, |
| Additional Counterdefendants. |

## **AGREEMENT TO ABIDE BY STIPULATED PROTECTIVE ORDER**

STATE OF _____

COUNTY OF _____

I, _____, being duly sworn, state that:

1. My address is _____.

2. My present employer is _____.

3. My present occupation or job description is _____.

4. I am a citizen of _____.

5. I have been provided a copy of the Stipulated Protective Order regarding CONFIDENTIAL INFORMATION (Protective Order) in this case signed by Judge Douglas P. Woodlock of the United States District Court for the District of Massachusetts.

6. I have carefully read and understand the provisions of the Protective Order.

7. I will comply with all of the provisions of the Protective Order.

8. I will hold in confidence and not disclose to anyone not authorized under the Protective Order any documents or other materials containing CONFIDENTIAL INFORMATION, as well as any abstracts, extracts, excerpts, and summaries thereof containing CONFIDENTIAL INFORMATION, prepared by or disclosed to me.

9. I will return to counsel for the party by whom I am designated, employed, or retained all documents or other materials in my possession containing CONFIDENTIAL

INFORMATION, as well as all abstracts, extracts, excerpts, and summaries thereof, and copies thereof.

10. I hereby submit to the jurisdiction of this Court for the purpose of enforcement of the Protective Order in this case, as to which this undertaking is an integral part.

11. I certify under penalty of perjury that the foregoing is true and correct.

Executed on _____.

_____
Signature