

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CONNECTU LLC,<br><br>                    Plaintiff,<br><br>v.<br><br>MARK ZUCKERBERG, EDUARDO SAVERIN, DUSTIN MOSKOVITZ, ANDREW MCCOLLUM, CHRISTOPHER HUGHES, and THEFACEBOOK, INC.,<br><br>                    Defendants. | CIVIL ACTION NO. 1:04-cv-11923 (DPW) |
| MARK ZUCKERBERG, and THEFACEBOOK, INC.,<br><br>                    Counterclaimants,<br><br>v.<br><br>CONNECTU LLC,<br><br>                    Counterdefendant,<br><br>and<br><br>CAMERON WINKLEVOSS, TYLER WINKLEVOSS, and DIVYA NARENDRA,<br><br>                    Additional Counterdefendants. | |

### ASSENTED-TO-MOTION TO ADMIT COUNSEL PRO HAC VICE ON BEHALF OF PLAINTIFF CONNECTU LLC

Pursuant to Local Rule 83.5.3(b) of the United States District Court for the District of Massachusetts, Jonathan M. Gelchinsky, a member of the bar of this Court and counsel of record for Plaintiff ConnectU LLC, and Counterdefendants Cameron Winklevoss, Tyler Winklevoss, and Divya Narendra (collectively "ConnectU"), hereby moves for the admission *pro hac vice* of Troy Grabow who is an attorney with the law firm of Finnegan, Henderson, Farabow, Garrett &

Dunner, L.L.P., 901 New York Avenue, N.W., Washington, D.C., 20001, as counsel for ConnectU.

In support of this motion, ConnectU hereby submits the accompanying declaration which states that (1) the above mentioned individual is a member of the bar in good standing in every jurisdiction where he has been admitted to practice; (2) there are no disciplinary proceedings pending against him as a member of the bar in any jurisdiction; and (3) he is familiar with the Local Rules of this District.

WHEREFORE, ConnectU respectfully requests that this Court grant this motion to admit counsel *pro hac vice* for the purposes of participating in this lawsuit.

### CERTIFICATION PURSUANT TO LOCAL RULE 7.1

I hereby certify that counsel for the parties conferred on or about June 3, 2005 regarding the issues presented by this motion and that Defendants' counsel consents to this motion.

Dated: June 6, 2005

By: _____
Lawrence R. Robins (BBO# 632610)
Jonathan M. Gelchinsky (BBO# 656282)
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, L.L.P.
55 Cambridge Parkway
Cambridge, Massachusetts 02142
Telephone: (617) 452-1600
Facsimile: (617) 452-1666
larry.robins@finnegan.com
jon.gelchinsky@finnegan.com

John F. Hornick (*pro hac vice*)
Margaret A. Esquenet (*pro hac vice*)
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, L.L.P.
901 New York Avenue, N.W.
Washington, D.C. 20001
Telephone: (202) 408-4000
Facsimile: (202) 408-4400
John.hornick@finnegan.com
Margaret.esquenet@finnegan.com

## CERTIFICATE OF SERVICE

I, Jenny Macioge, hereby certify that on June 6, 2005, a true and correct copy of the foregoing ASSENTED-TO-MOTION TO ADMIT COUNSEL PRO HAC VICE ON BEHALF OF PLAINTIFF CONNECTU LLC and DECLARATION OF TROY GRABOW IN SUPPORT THEREOF was served by the indicated means to the persons at the addresses listed:

| | |
|---|---|
| Robert B. Hawk, Esq.<br>HELLER EHRMAN WHITE & McCAULIFFE<br>2775 Sand Hill Road<br>Menlo Park, CA 94025 | ☒ Via First Class Mail<br>☐ Via Hand Delivery<br>☐ Via Overnight Courier<br>☐ Via Facsimile |
| Daniel K. Hampton, Esq.<br>Gordon P. Katz, Esq.<br>HOLLAND & KNIGHT, LLP<br>10 St. James Avenue<br>Boston, MA 02116 | ☒ Via First Class Mail<br>☐ Via Hand Delivery<br>☐ Via Overnight Courier<br>☐ Via Facsimile |

_____
Jenny E.S. Macioge

FINNEGAN, HENDERSON, FARABOW,
 GARRETT & DUNNER, L.L.P.
55 Cambridge Parkway
Cambridge, MA 02142
Telephone: 617.452.1600