## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CONNECTU LLC<br><br>     Plaintiff,<br><br> v.<br><br>MARK ZUCKERBERG, EDUARDO SAVERIN, DUSTIN MOSKOVITZ, ANDREW MCCOLLUM, CHRISTOPHER HUGHES, and THEFACEBOOK, INC.,<br><br>     Defendants.<br>MARK ZUCKERBERG, and THEFACEBOOK, INC.,<br><br>     Counterclaimants,<br><br> v.<br><br>CONNECTU LLC,<br><br>     Counterdefendant,<br><br> and<br><br>CAMERON WINKLEVOSS, TYLER WINKLEVOSS, and DIVYA NARENDRA,<br><br>     Additional Defendants on Counterclaims. | Civil Action No.: 04-11923-DPW |

## **NOTICE OF APPEARANCE OF STEVEN M. BAUER**

Pursuant to Local Rule 83.5.2(a), please enter the appearance of Steven M. Bauer, of the law firm Proskauer Rose LLP, as counsel for the following Defendants in the above-referenced case: 1) Mark Zuckerberg (also a Counterclaimant); 2) Dustin Moskovitz; 3) Andrew McCollum; 4) Christopher Hughes; and 5) TheFacebook, Inc. (also a Counterclaimant).

-2-

Dated: June 10, 2005                                   Respectfully submitted,

DEFENDANTS MARK ZUCKERBERG,
DUSTIN MOSKOVITZ, ANDREW
MCCOLLUM, CHRISTOPHER HUGHES,
AND THEFACEBOOK, INC.

By their Attorney,


*/s/ Steven M. Bauer*
Steven M. Bauer (BBO# 542531)
PROSKAUER ROSE LLP
One International Place
Boston, MA 02110
Tel: (617) 526-9600
Fax: (617) 526-9899


**Certificate Of Service**

　　I hereby certify that on June 10, 2005, a true and correct copy of the foregoing document was served on counsel of record by use of the Court's ECF system.

*/s/ Steven M. Bauer*
Steven M. Bauer