## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CONNECTU LLC<br><br>    Plaintiff,<br><br> v.<br><br>MARK ZUCKERBERG, EDUARDO SAVERIN, DUSTIN MOSKOVITZ, ANDREW MCCOLLUM, CHRISTOPHER HUGHES, and THEFACEBOOK, INC.,<br><br>    Defendants.<br>MARK ZUCKERBERG, and THEFACEBOOK, INC.,<br><br>    Counterclaimants,<br><br> v.<br><br>CONNECTU LLC,<br><br>    Counterdefendant,<br><br> and<br><br>CAMERON WINKLEVOSS, TYLER WINKLEVOSS, and DIVYA NARENDRA,<br><br>    Additional Defendants on Counterclaims. | Civil Action No.: 04-11923-DPW |

## NOTICE OF APPEARANCE OF JEREMY P. OCZEK

Pursuant to Local Rule 83.5.2(a), please enter the appearance of Jeremy P. Oczek, of the law firm Proskauer Rose LLP, as counsel for the following Defendants in the above-referenced case: 1) Mark Zuckerberg (also a Counterclaimant); 2) Dustin Moskovitz; 3) Andrew McCollum; 4) Christopher Hughes; and 5) TheFacebook, Inc. (also a Counterclaimant).

-2-

Dated: June 10, 2005                                Respectfully submitted,

                                                    DEFENDANTS MARK ZUCKERBERG,
                                                    DUSTIN MOSKOVITZ, ANDREW
                                                    MCCOLLUM, CHRISTOPHER HUGHES,
                                                    AND THEFACEBOOK, INC.

                                                    By their Attorney,


                                                    */s/ Jeremy P. Oczek*
                                                    Jeremy P. Oczek (BBO #647509)
                                                    PROSKAUER ROSE LLP
                                                    One International Place
                                                    Boston, MA 02110
                                                    Tel: (617) 526-9600
                                                    Fax: (617) 526-9899


### Certificate Of Service

I hereby certify that on June 10, 2005, a true and correct copy of the foregoing document was served on counsel of record by use of the Court's ECF system.


                                                    */s/ Jeremy P. Oczek*
                                                    Jeremy P. Oczek