UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CONNECTU LLC<br><br>            Plaintiff,<br><br>    v.<br><br>MARK ZUCKERBERG, EDUARDO SAVERIN, DUSTIN MOSKOVITZ, ANDREW MCCOLLUM, CHRISTOPHER HUGHES, and THEFACEBOOK, INC.,<br><br>            Defendants.<br><br>MARK ZUCKERBERG, and THEFACEBOOK, INC.,<br><br>            Counterclaimants,<br><br>    v.<br><br>CONNECTU LLC,<br><br>            Counterdefendant,<br><br>    and<br><br>CAMERON WINKLEVOSS, TYLER WINKLEVOSS, and DIVYA NARENDRA,<br><br>            Additional Defendants on Counterclaims. | Civil Action No.: 04-11923-DPW |

**MOTION FOR ADMISSION *PRO HAC VICE* FOR
G. HOPKINS GUY, III, I. NEEL CHATTERJEE, MONTE COOPER, AND
DONALD DAYBELL TO APPEAR ON BEHALF OF CERTAIN DEFENDANTS**

Pursuant to Local Rule 83.5.3(b), the undersigned counsel hereby moves for the

admission *pro hac vice* of attorneys G. Hopkins Guy, III, I. Neel Chatterjee, Monte Cooper, and

Donald Daybell, all of the law firm Orrick, Herrington & Sutcliffe LLP, to appear on behalf of

the following Defendants in the above case:  1) Mark Zuckerberg (also a Counterclaimant); 2) Dustin Moskovitz; 3) Andrew McCollum; (4) Christopher Hughes; and (5) TheFacebook, Inc. (also a Counterclaimant).

As set forth in the attached certifications, Attorneys Guy, Chatterjee, Cooper, and Daybell are members in good standing in every jurisdiction where they have been admitted to practice; there are no disciplinary proceedings pending against them as members of the bar in any jurisdiction; and they are familiar with the Local Rules of the U.S. District Court for the District of Massachusetts.

The undersigned counsel is sending a check by first class mail to the Clerk of the Court in the amount of $200.00 to cover the required filing fees for *pro hac vice* admission.

WHEREFORE, it is respectfully requested that Attorneys Guy, Chatterjee, Cooper, and Daybell be admitted *pro hac vice* to appear on behalf of Defendants Zuckerberg, Moskovitz, McCollum, Hughes, and TheFacebook, Inc. in the above-referenced case.

Dated:  June 10, 2005

Respectfully submitted,

DEFENDANTS MARK ZUCKERBERG, DUSTIN MOSKOVITZ, ANDREW MCCOLLUM, CHRISTOPHER HUGHES, AND THEFACEBOOK, INC.

By their Attorneys,

*/s/ Steven M. Bauer*
Steven M. Bauer (BBO# 542531)
Jeremy P. Oczek (BBO #647509)
PROSKAUER ROSE LLP
One International Place
Boston, MA 02110
Tel: (617) 526-9600
Fax: (617) 526-9899

-3-

## Certificate Of Service

    I hereby certify that on June 10, 2005, a true and correct copy of the foregoing document was served on counsel of record by use of the Court's ECF system.

                                            */s/ Steven M. Bauer*
                                            Steven M. Bauer