**CERTIFICATION BY G. HOPKINS GUY, III TO BE ADMITTED *PRO HAC VICE***

Pursuant to Local Rule 83.5.3(b), I, G. Hopkins Guy, III, Esquire, hereby certify that (1) I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice (California State Bar; Virginia State Bar; U.S. District Court for the Northern District of California; U.S. District Court for the Eastern District of Texas; U.S. Court of Appeals for the Federal Circuit); (2) there are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction; and (3) I am familiar with the Local Rules of the U.S. District Court for the District of Massachusetts.

/s/ G. Hopkins Guy, III
Orrick, Herrington & Sutcliffe LLP
1000 Marsh Road
Menlo Park, CA 94025-1015
Tel: (650) 614-7400
Fax: (650) 614-7401

Dated: June 10, 2005

## CERTIFICATION BY I. NEEL CHATTERJEE TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5.3(b), I, I. Neel Chatterjee, Esquire, hereby certify that (1) I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice (California State Bar; U.S. District Court for the Northern District of California; U.S. District Court for the Central District of California); (2) there are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction; and (3) I am familiar with the Local Rules of the U.S. District Court for the District of Massachusetts.

_____
I. Neel Chatterjee
Orrick, Herrington & Sutcliffe LLP
1000 Marsh Road
Menlo Park, CA 94025-1015
Tel: (650) 614-7400
Fax: (650) 614-7401

Dated: June 10, 2005

## CERTIFICATION BY MONTE COOPER TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5.3(b), I, Monte Cooper, Esquire, hereby certify that (1) I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice (California State Bar; Colorado State Bar; U.S. District Court for the Northern District of California; U.S. District Court for the Southern District of California; U.S. District Court for the Eastern District of California; U.S. District Court for the Central District of California; U.S. District Court for the District of Colorado; U.S. Court of Appeals for the Ninth Circuit; U.S. Court of Appeals for the Tenth Circuit; U.S. Court of Appeals for the Federal Circuit); (2) there are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction; and (3) I am familiar with the Local Rules of the U.S. District Court for the District of Massachusetts.

_____
Monte Cooper
Orrick, Herrington & Sutcliffe LLP
1000 Marsh Road
Menlo Park, CA 94025-1015
Tel: (650) 614-7400
Fax: (650) 614-7401

Dated: June 10, 2005

## CERTIFICATION BY DONALD DAYBELL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5.3(b), I, Donald Daybell, Esquire, hereby certify that (1) I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice (California State Bar; U.S. District Court for the Northern District of California; U.S. District Court for the Central District of California; U.S. District Court for the Southern District of California); (2) there are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction; and (3) I am familiar with the Local Rules of the U.S. District Court for the District of Massachusetts.

_____
Donald Daybell
Orrick, Herrington & Sutcliffe LLP
4 Park Plaza, Suite 1600
Irvine, CA 92614-2558
Tel: (949) 567-6700
Fax: (949) 567-6710

Dated: June 10, 2005