**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| CONNECTU LLC<br><br>     Plaintiff,<br><br> v.<br><br>MARK ZUCKERBERG, EDUARDO SAVERIN, DUSTIN MOSKOVITZ, ANDREW MCCOLLUM, CHRISTOPHER HUGHES, and THEFACEBOOK, INC.,<br><br>     Defendants.<br>MARK ZUCKERBERG, and THEFACEBOOK, INC.,<br><br>     Counterclaimants,<br><br> v.<br><br>CONNECTU LLC,<br><br>     Counterdefendant,<br><br> and<br><br>CAMERON WINKLEVOSS, TYLER WINKLEVOSS, and DIVYA NARENDRA,<br><br>     Additional Defendants on Counterclaims. | Civil Action No.: 04-11923-DPW |

**MOTION FOR ADMISSION *PRO HAC VICE* FOR**
**JOSHUA H. WALKER TO APPEAR ON BEHALF OF CERTAIN DEFENDANTS**

  Pursuant to Local Rule 83.5.3(b), the undersigned counsel hereby moves for the admission *pro hac vice* of attorney Joshua H. Walker of the law firm Orrick, Herrington & Sutcliffe LLP to appear on behalf of the following Defendants in the above case:  1) Mark

Zuckerberg (also a Counterclaimant); 2) Dustin Moskovitz; 3) Andrew McCollum; (4) Christopher Hughes; and (5) TheFacebook, Inc. (also a Counterclaimant).

As set forth in the attached certification, Attorney Walker is a member in good standing in every jurisdiction where he has been admitted to practice; there are no disciplinary proceedings pending against him as a member of the bar in any jurisdiction; and he is familiar with the Local Rules of the U.S. District Court for the District of Massachusetts.

The undersigned counsel is sending a check by first class mail to the Clerk of the Court in the amount of $50.00 to cover the required filing fee for *pro hac vice* admission.

WHEREFORE, it is respectfully requested that Attorney Walker be admitted *pro hac vice* to appear on behalf of Defendants Zuckerberg, Moskovitz, McCollum, Hughes, and TheFacebook, Inc. in the above-referenced case.

Dated: June 17, 2005

Respectfully submitted,

DEFENDANTS MARK ZUCKERBERG, DUSTIN MOSKOVITZ, ANDREW MCCOLLUM, CHRISTOPHER HUGHES, AND THEFACEBOOK, INC.

By their Attorneys,

*/s/ Jeremy P. Oczek*
Steven M. Bauer (BBO# 542531)
Jeremy P. Oczek (BBO #647509)
PROSKAUER ROSE LLP
One International Place
Boston, MA 02110
Tel: (617) 526-9600
Fax: (617) 526-9899

-3-

**Certificate Of Service**

    I hereby certify that on June 17, 2005, a true and correct copy of the foregoing document was served on counsel of record by use of the Court's ECF system.

                                                    */s/ Jeremy P. Oczek*
                                                  Jeremy P. Oczek

Case 1:04-cv-11923-DPW   Document 31   Filed 06/17/2005   Page 3 of 3