# CERTIFICATION BY JOSHUA H. WALKER TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5.3(b), I, Joshua H. Walker, Esquire, hereby certify that (1) I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice (California State Bar; U.S. District Court for the Northern District of California); (2) there are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction; and (3) I am familiar with the Local Rules of the U.S. District Court for the District of Massachusetts.

*[signature]*
Joshua H. Walker
Orrick, Herrington & Sutcliffe LLP
1000 Marsh Road
Menlo Park, CA 94025-1015
Tel: (650) 614-7400
Fax: (650) 614-7401

Dated: June 16, 2005