# EXHIBIT B

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CONNECTU LLC,<br><br>                    Plaintiff,<br><br>v.<br><br>MARK ZUCKERBERG, EDUARDO SAVERIN, DUSTIN MOSKOVITZ, ANDREW MCCOLLUM, CHRISTOPHER HUGHES AND THEFACEBOOK, INC.,<br><br>                    Defendants. | Case No.: 04-11923 DPW |
| MARK ZUCKERBERG, and THEFACEBOOK, INC.,<br><br>                    Counterclaimants,<br><br>v.<br><br>CONNECTU LLC,<br><br>                    Counterdefendant,<br><br>CAMERON WINKLEVOSS, TYLER WINKLEVOSS, and DIVYA NARENDRA,<br><br>                    Additional Counterdefendants. | |

**DECLARATION OF BHANU K. SADASIVAN, ESQ. IN SUPPORT OF ASSENTED-TO MOTION FOR ADMISSION *PRO HAC VICE*.**

I, Bhanu K. Sadasivan, Esq., declare that the following is true and correct under penalty of perjury, pursuant to 28 U.S.C. §1746:

1. I am a member in good standing of the bar of the State of California and the United States District Court for the Northern District of California.

2. There are no disciplinary proceedings pending against me in any court or jurisdiction.

3. I am familiar with the Local Rules for the United States District Court for the District of Massachusetts.

_____
Bhanu K. Sadasivan

Dated: June 29, 2005

# 2934239_v1