# EXHIBIT C

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CONNECTU LLC,<br><br>Plaintiff,<br><br>v.<br><br>MARK ZUCKERBERG, EDUARDO SAVERIN, DUSTIN MOSKOVITZ, ANDREW MCCOLLUM, CHRISTOPHER HUGHES AND THEFACEBOOK, INC.,<br><br>Defendants. | Case No.: 04-11923 DPW |
| MARK ZUCKERBERG, and THEFACEBOOK, INC.,<br><br>Counterclaimants,<br><br>v.<br><br>CONNECTU LLC,<br><br>Counterdefendant,<br><br>CAMERON WINKLEVOSS, TYLER WINKLEVOSS, and DIVYA NARENDRA,<br><br>Additional Counterdefendants. | |

**PROPOSED ORDER ON
ASSENTED-TO MOTION FOR ADMISSION
*PRO HAC VICE* OF ROBERT B. HAWK, ESQ. AND BHANU K. SADASIVAN, ESQ.**

This matter having come before the Court on the parties' Assented to Motion for

Admission *Pro Hac Vice* of Robert B. Hawk and Bhanu K. Sadasivan with the law firm of Heller

Ehrman, LLP, 275 Middlefield Road, Menlo Park, California 94025, as counsel for Defendant

Eduardo Saverin, and the Court having considered the within Motion, and for good cause shown,

It is, on this ____ day of _____, 2005,

**ORDERED** that Robert B. Hawk and Bhanu K. Sadasivan be admitted *pro hac* vice for

the purposes of participating in this lawsuit.


_____
Woodlock, D.J.

# 2933896_v1