UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CONNECTU LLC,<br><br>       Plaintiff,<br><br>v.<br><br>MARK ZUCKERBERG, EDUARDO SAVERIN, DUSTIN MOSKOVITZ, ANDREW MCCOLLUM, CHRISTOPHER HUGHES AND THEFACEBOOK, INC.,<br><br>       Defendants. | Case No.: 04-11923 DPW |
| MARK ZUCKERBERG, and THEFACEBOOK, INC.,<br><br>       Counterclaimants,<br><br>v.<br><br>CONNECTU LLC,<br><br>       Counterdefendant,<br><br>CAMERON WINKLEVOSS, TYLER WINKLEVOSS, and DIVYA NARENDRA,<br><br>       Additional Counterdefendants. | |

**ASSENTED-TO MOTION FOR ADMISSION**
*PRO HAC VICE* **OF**
**ROBERT B. HAWK, ESQ. AND BHANU K. SADASIVAN, ESQ.**

Pursuant to Local Rule 83.5.3(b) of the United States District Court for the District of Massachusetts, Daniel K. Hampton, a member of the bar of this Court and counsel of record for

Defendant Eduardo Saverin hereby moves for the admission *pro hac vice* of Robert B. Hawk and Bhanu K. Sadasivan with the law firm of Heller Ehrman, LLP, 275 Middlefield Road, Menlo Park, California 94025, as counsel for Defendant Eduardo Saverin.

In support of this Motion Defendant Eduardo Saverin hereby submits the accompanying declarations of Robert B. Hawk and Bhanu K. Sadasivan, attached hereto as Exhibits A and B, respectively, which state that (1) the above-mentioned individuals are members of the bar in good standing in every jurisdiction where they have been admitted to practice; (2) there are no disciplinary proceedings pending against either of them as a member of the bar in any jurisdiction; and (3) they are familiar with the Local Rules of the District of Massachusetts. A proposed order granting the Motion is attached hereto as Exhibit C.

WHEREFORE, Defendant Eduardo Saverin respectfully requests that this Court grant the motion to admit counsel *pro hac vice* for the purposes of participating in this lawsuit.

<u>CERTIFICATE OF CONFERENCE</u>

The undersigned hereby certifies that counsel for Defendant Eduardo Saverin has conferred with counsel for Plaintiff regarding the filing of this motion, and that counsel for Plaintiff assents to the motion.

Respectfully submitted,

EDUARDO SAVERIN

By his attorneys,

HOLLAND & KNIGHT LLP

*/s/ Daniel K. Hampton*
Gordon P. Katz (BBO No. 261080)
Daniel K. Hampton (BBO No. 634195)
10 St. James Avenue
Boston, MA 02116
(617) 523-2700

Dated: July 6, 2005
# 2269896_v2