UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CONNECTU LLC,<br><br>                     Plaintiff,<br><br>v.<br><br>MARK ZUCKERBERG, EDUARDO SAVERIN, DUSTIN MOSKOVITZ, ANDREW MCCOLLUM, CHRISTOPHER HUGHES AND THEFACEBOOK, INC.,<br><br>                     Defendants.<br><br>MARK ZUCKERBERG, and THEFACEBOOK, INC.,<br><br>                     Counterclaimants,<br><br>v.<br><br>CONNECTU LLC,<br><br>                     Counterdefendant,<br><br>CAMERON WINKLEVOSS, TYLER WINKLEVOSS, and DIVYA NARENDRA,<br><br>                     Additional Counterdefendants. | Case No.: 04-11923 DPW |

**NOTICE OF WITHDRAWAL OF APPEARANCE OF
GORDON P. KATZ AND DANIEL K. HAMPTON
AS TO DEFENDANTS MARK ZUCKERBERG, DUSTIN MOSKOVITZ,
<u>ANDREW MCCOLLUM, CHRISTOPHER HUGHES AND THEFACEBOOK, INC.</u>**

Gordon P. Katz and Daniel K. Hampton, of Holland & Knight LLP, hereby provide notice of their withdrawal as counsel for Defendants Mark Zuckerberg, Dustin Moskovitz, Andrew McCollum, Christopher Hughes, and TheFacebook, Inc. (collectively the "Represented

Defendants").  Pursuant to Local Rule 83.5.2(c) of the United States District Court for the District of Massachusetts, withdrawal is appropriate because the Represented Defendants are represented by other counsel, there are no motions pending before the court, no trial date has been set, and no hearings are scheduled or reports are due.

    Gordon P. Katz and Daniel K. Hampton will continue to represent Defendant Eduardo Saverin.

Respectfully submitted,

HOLLAND & KNIGHT LLP

/s/ Daniel K. Hampton
Gordon P. Katz (BBO No. 261080)
Daniel K. Hampton (BBO No. 634195)
10 St. James Avenue
Boston, MA 02116
(617) 523-2700

Dated:  July 11, 2005

# 3054501_v1