# EXHIBIT 1

Case 1:04-cv-11923-DPW   Document 38-2   Filed 07/28/2005   Page 1 of 3

# REDACTED

-----Original Message-----
From: Divya Narendra [mailto:dknyc82@yahoo.com]
Sent: Sat 2/5/2005 7:26 PM
To: Cameron Winklevoss
Cc:
Subject: zberg emails part 5
---------- Forwarded message ----------
Date: Sat, 22 Nov 2003 21:43:53 -0500 (EST)
From: Mark Elliot Zuckerberg
<mzuckerb@fas.harvard.edu>
To: Divya Kumar Narendra <narendra@fas.harvard.edu>
Subject: update

Hey man,

I have most of the coding done, and I think that once
I get the graphics
we'll be able to launch this thing. You should
probably look over the
searches and everything just to make sure I'm asking
about the right
criteria, but other than that it seems like everything
is working. I
still have some last minute stuff to do but I'll send
you a link later
tonight when it's really in good shape and you can
check it out tomorrow
morning.

Mark

# REDACTED

Page 2

# REDACTED

C004641