# EXHIBIT 3

# REDACTED

**From:** "Mark Elliot Zuckerberg" <mzuckerb@fas.harvard.edu>
**To:** "Cameron Winklevoss" <winklev@fas.harvard.edu>
**Date:** 11/30/03 5:24AM
**Subject:** Re: Harvard Connection

Hey Cameron,

It turns out I forgot to bring my charger home with me for Thanksgiving so I haven't had access to my laptop since the battery ran out Wednesday evening. So I still need to get the registration page up but I'll do that once I get back tomorrow (Sunday) evening so everything will be ready for testing by Monday. Sorry for the delay there.

I read over all the stuff you sent and it seems like it shouldn't take too long to implement, so we can talk about that after I get all the basic functionality up tomorrow night. I had another idea for directing people to parties on campus, but I don't know how easily it can be incorporated into this project. We'll speak about it though.

I'll shoot you an email late tomorrow evening when I get everything up on the server.

Mark

On Sat, 29 Nov 2003, Cameron Winklevoss wrote:

> Mark,
> Hope your thanksgiving was good. I have compiled a preliminary list of nightclubs that are to be included on the nightclub page (along with their info, reviews, etc.). I was thinking about using radial buttons to select a club they want to go to. Once a person selects the club, and submits the info, it is put into a temporary database. At 6pm on the day of the night they are going to, this list is emailed to the promoter (I will supply the email address later). A person can also check to see what harvard students have signed up to go to that club on a given night (so they can get a feel of the crowd, etc.) I also want to put action pictures of people at each club but I'll get those to you a little bit later. I am also thinking about putting in live concerts at middle east, but that will also be later.
>
> Victor mentioned the ability to set up a page where we could update the info on the nightclub page on the web? Is this possible, and can you do this? I think it would make updating, and keeping the events current much easier. Also how about a message board where people can post their reviews of the nights?
>
> Lastly, how is the site going? Do you have stuff up that we could beta test for you? I'm looking forward to getting this thing rolling next week! Talk to you later
> -Cameron
>
>
>
>
> Info on top of page: HarvardConnection has compiled a list of the premiere nights of the hottest clubs and lounges in the Boston area. We have brokered deals with promoters at these clubs to give all of our registered users reduced admission on these given nights. Please select the night you would like to attend. Once you have submitted your choice(s), you will be placed on the HarvardConnection list. In order to receive reduced cover, you must bring proper identification (driver's license) with your name on it. For those clubs marked with a *, it is highly recommended that you arrive at 11pm, or due to overcrowding you may not be gauranteed admission. Your selection must be submitted no later than 6pm the night of. Thank you and enjoy!
>

# REDACTED

> Wednesday
> Pravda 116
> Address: 116 Boylston Street (Theater District), Boston
> Telephone: (617) 482-7799
> MBTA Stop: Boylston
> Age: 21+
> www.pravda116.com
> Voted Boston's best nightclub in 2002 by the Improer Bostonian, Pravda, which means "truth" and was the name of the Soviet state newspaper, is a Russian chic night spot with a bar in the front and a nightclub back. Located in the Theater District in Boston, on Wednesday nights you can brush up on your salsa and merengue dancing in the front as DJJC spins, or check out the latest house music in the back.
>
> Thursday
> Aria *
> Address: 246 Tremont Street, Boston
> Phone: (617) 338-7080
> MBTA Stop: Boylston
> Age: guys 21+, ladies 19+ with proper college ID
> www.ariaboston.com
> A night dedicated to Boston's fashion and modelin industry, featuring live fashion shows, industry parties and events. DJ Roger M. spins high energy Euro & Hip Hop.
>
> Friday
> Venu *
> Address: 100 Warrenton Street, Boston
> Telephone: (617) 338-8061
> MBTA Stop: Boylston
> Age: 21+
> The pale walls, art-deco style, high heels and dancing bodies in this Theater District nightclub seem to be transplanted from the Miami scene. Several resident DJs host theme nights for city clubbers and the international set, including International Fridays and Greek Saturdays. Jackets are required, and you will see a lot of Armani and Versace attire on the dance floor. (Yahoo Travel)
>
> Saturday
> Venu * (see above)
>
> Trio
> Address: 174 Lincoln Street, Boston
> Telephone: (617) 357-TRIO
> Age: 21+
> www.trioboston.com
> The scene-meisters have declared it cool, a happening place for the lounge set. The Euro-brats, the artsy crowd, the dot-com late nighters, and the all-in-black sipping pink cosmos move through there, wending their way to the vast bar past the dining area. (Boston Globe)
>
> Sunday
> 33
> Address: 33 Stanhope Street, Boston
> Telephone: (617) 572-3311
> Age: 21+
> www.33restaurant.com
> For the hippest of hip, head to the newly-opened 33 Restaurant & Lounge co-owners Greg Den Herder and Igor Bletnik have provided a modem space filled with colorful, dramatic lighting and funky stairwells, a top-notch sound system,
> and an "art" room for private functions. (Welcome to Boston).