# EXHIBIT 4

Case 1:04-cv-11923-DPW   Document 38-5   Filed 07/28/2005   Page 1 of 2

# REDACTED

| | |
|---|---|
| From: | "Mark Elliot Zuckerberg" <mzuckerb@fas.harvard.edu> |
| To: | "Cameron Howard Winklevoss" <winklev@fas.harvard.edu> |
| Date: | 12/1/03 6:20AM |
| Subject: | meeting |

Cameron,

I put together one of the two registration pages so I have everything working on my system now. I tried to upload everything to the main server and some things weren't working perfectly so I'll take a look at them tomorrow. Do you want to meet up on Tuesday to go over everything we have? I could probably meet for an hour or two that evening if you want.

I'll keep you posted as I patch stuff up and it starts to become completely functional.

Mark