# EXHIBIT 7

Case 1:04-cv-11923-DPW    Document 38-8    Filed 07/28/2005    Page 1 of 3

**NetworkSolutions**

HELP    WHOIS    VIEW ORDER    AC

HOME | REGISTER A DOMAIN | CREATE A WEB SITE | BUY E-MAIL | PURCHASE HOSTING | PROMOTE YOUR SITE | GROW YOUR BUSINESS

# WHOIS SEARCH RESULTS

**WHOIS RECORD FOR**

thefacebook.com

Back-order this name

Make an Offer for this name

The data in Register.com's WHOIS database is provided to you by Register.com for information purposes only, that is, to assist you in obtaining information about or related to a domain name registration record. Register.com makes this information available "as is," and does not guarantee its accuracy. By submitting a WHOIS query, you agree that you will use this data only for lawful purposes and that, under no circumstances will you use this data to: (1) allow, enable, or otherwise support the transmission of mass unsolicited, commercial advertising or solicitations via direct mail, electronic mail, or by telephone; or (2) enable high volume, automated, electronic processes that apply to Register.com (or its systems). The compilation, repackaging, dissemination or other use of this data is expressly prohibited without the prior written consent of Register.com. Register.com reserves the right to modify these terms at any time. By submitting this query, you agree to abide by these terms.

Organization:
Mark Zuckerberg
Mark Zuckerberg
2 Russell Place
Dobbs Ferry, NY 10522
US
Phone: 9146936633
Email: mzuckerb@fas.harvard.edu

Registrar Name....: Register.com
Registrar Whois...: whois.register.com
Registrar Homepage: http://www.register.com

Domain Name: THEFACEBOOK.COM

Created on...............: Sun, Jan 11, 2004
Expires on...............: Tue, Jan 11, 2005
Record last updated on..: Wed, Feb 18, 2004

Administrative Contact:
Mark Zuckerberg
Mark Zuckerberg
2 Russell Place
Dobbs Ferry, NY 10522
US
Phone: 9146936633
Email: mzuckerb@fas.harvard.edu

Technical Contact, Zone Contact:
Register.Com
Domain Registrar
575 8th Avenue - 11th Floor
New York, NY 10018

Special Hosting with Value 1st m

FIND C

Earn 10,000 Miles* with the Citi AAdvantage

citi

We fror

```
US
Phone: 902-749-2701
Fax..: 902-749-5429
Email: domain-registrar@register.com

Domain servers in listed order:

DNS13.REGISTER.COM  216.21.234.77
DNS14.REGISTER.COM  216.21.226.77

Register your domain name at http://www.register.com


The previous information has been obtained either directly from the
registrant or a registrar of the domain name other than Network Solutions.
Network Solutions, therefore, does not guarantee its accuracy or completeness.
```

**SEARCH AGAIN**

**Certified Offer Service** - Make an offer on a domain you always wanted

**Next Registration Rights** - Get the name you want when it becomes available

**Private Registration** - Protect your personal information

**Actions you can take to protect your WHOIS information**

NOTICE AND TERMS OF USE: You are not authorized to access or query our WHOIS database through the use of high-volume, automated, electronic processes. The Data in Network Solutions' WHOIS database is provided by Network Solutions for information purposes only, and to assist persons in obtaining information about or related to a domain name registration record. Network Solutions does not guarantee its accuracy. By submitting a WHOIS query, you agree to abide by the following terms of use: You agree that you may use this Data only for lawful purposes and that under no circumstances will you use this Data to: (1) allow, enable, or otherwise support the transmission of mass unsolicited, commercial advertising or solicitations via e-mail, telephone, or facsimile; or (2) enable high volume, automated, electronic processes that apply to Network Solutions (or its computer systems). The compilation, repackaging, dissemination or other use of this Data is expressly prohibited without the prior written consent of Network Solutions. You agree not to use high-volume, automated, electronic processes to access or query the WHOIS database. Network Solutions reserves the right to terminate your access to the WHOIS database in its sole discretion, including without limitation, for excessive querying of the WHOIS database or for failure to otherwise abide by this policy. Network Solutions reserves the right to modify these terms at any time.

Back to top | About Us | Partnerships | Contact Us | Site Map

| Home | Register a Domain | Create a Web Site | Buy E-mail | Purchase Hosting | Promote Your Site | Grow Your Business | Free Offers | Renew Services | Account Manager |

Review our Privacy Policy, Service Agreement, and Legal Notice
© Copyright 2004 Network Solutions. All rights reserved.