# EXHIBIT 22

"I won't philosophize and will be read."

> SEARCH



Advanced Search

In This Archive:
- Today's Issue
- Front Page
- **News**
- Opinion
- Sports
- Magazine
- Arts
- Photo Gallery
- Comics
- OnAir

- Archives
- Classifieds
- Corrections
- E-Digest
- Web Specials

- About THC
- Advertising
- Contact
- Deliveries
- Rights/Permissions
- Summer Academy

- Alumni Website
- Make a Donation

paid advertising

| Online MBA Programs | Interior Design Schools | Online Nursing Programs | Colleges in California |
| Online Colleges | Online College Degrees | Online Universities | Interior Decorating Schools |
| Culinary Art Schools | MBA Degrees Online | Technical Schools | Online Colleges & Degrees |
| Fashion Design Schools | Medical Career Schools | Trade Schools | Colleges in Chicago Illinois |
| Online Colleges | Directory of Colleges | Vinyl Replacement Windows | Colleges in Florida |
| Graphic Design Schools | Online Masters Programs | Online Degree Programs | MBA Programs Online |



NEWS

Published on Wednesday, November 19, 2003

# Facemash Creator Survives Ad Board

**By KATHARINE A. KAPLAN**
CRIMSON STAFF WRITER

ARTICLE OPTIONS
- Email this article to a friend
- Send a letter to the editor
- Print this article

The creator of the short-lived but popular Harvard version of the Am I Hot or Not? website said he will not have to leave school after being called before the Administrative Board yesterday afternoon.

Mark E. Zuckerberg '06 said he was accused of breaching security, violating copyrights and violating individual privacy by creating the website, www.facemash.com, about two weeks ago.

The charges were based on a complaint from the computer services department over his unauthorized use of on-line facebook photographs, he said.

Zuckerberg said he will not be forced to withdraw or leave school for any amount of time, but declined to elaborate on whether the board took some lesser action.

He said he was notified on Nov. 3 that his case would appear before the Ad Board, the day after he decided to take the site down, partly due to sharp criticism of the site's use of ID photos and ranking students according to attractiveness.

Comments on the e-mail lists of both Fuerza Latina and the Association



Ads by Google

Law Schools Online
Attend Leading Colleges Nationwide From Your Own Home.
Request Info.
ClassesUSA.com

Get Your Masters Degree
Earn An Accredited Masters Degree.
Find The Right Program. Fast & Easy
www.FastFind.com/Educa

Distance Law School
America's Premier Accredited Distance Learning Law School
www.TaftU.edu

ACCIS
offers BS/MS degrees through distance education.
Accredited
www.accis.edu

of Harvard Black Women blasted the site.

"I heard from a friend and I was kind of outraged. I thought people should be aware," said Fuerza Latina President Leyla R. Bravo '05, who forwarded the link over her group's list-serve.

Zuckerberg said that he was aware of the shortcomings of his site, and that he had not intended it to be seen by such a large number of students.

"I understood that some parts were still a little sketchy and I wanted some more time to think about whether or not this was really appropriate to release to the Harvard community," Zuckerberg wrote in an e-mail to The Crimson earlier this month.

After taking it down, Zuckerberg decided that criticism of the site was too strong to re-post it.

"Issues about violating people's privacy don't seem to be surmountable," he wrote at that point. "I'm not willing to risk insulting anyone."

The site was created entirely by Zuckerberg over the last week in October, after a friend gave him the idea. The website used photos compiled from the online facebooks of nine Houses, placing two next to each other at a time and asking users to choose the "hotter" person.

Students were ranked within the general Harvard community and individual Houses according to attractiveness.

Zuckerberg hacked into House websites to gather the photos, and then wrote the codes to compute rankings after every vote.

The programming and algorithms that made the site function were Zuckerberg's primary interest in creating it, he said.

After creating the website, Zuckerberg forwarded the link to a few friends for advice.

Ads by Google

Law Schools Online
Attend Leading Colleges Nationwide From Your Own Home.
Request Info.
ClassesUSA.com

Get Your Masters Degree
Earn An Accredited Masters Degree.
Find The Right Program. Fast & Easy
www.FastFind.com/Educa

Distance Law School
America's Premier Accredited Distance Learning Law School
www.TaftU.edu

ACCIS
offers BS/MS degrees through distance education.
Accredited
www.accis.edu

PAID ADVERTISING:
Donate Car

But the link then was sent out on several campus group list-serves, and traffic skyrocketed.

In the course of one day, the number of visitors quadrupled—by 10 p.m., the site had been visited by 450 people, who voted at least 22,000 times.

—*Staff Writer Katharine A. Kaplan can be reached at kkaplan@fas.harvard.edu*

paid advertising

| | | |
|---|---|---|
| Shops And Services UK | Ltd. edition art & collectibles | Life Quote |
| Buy Coldplay Tickets Online | Best Student Credit Cards | Dental Plans from $79/year! |
| Techy Links | iambigbrother | Software Downloads |
| School Fundraisers: Fundraising | North Cyprus Estate Agent | Alaska Tours: Princess Lodges |
| California Mortgage | Enzyte | Natural Breast Enhancement |

Copyright © 2005, The Harvard Crimson Inc. | Privacy Policy | Terms and Conditions

Sidebar:
- Web Marketing
- Weight Loss Pill
- School Fundraisers: Fundraising
- California Mortgage
- Ltd. edition art & collectibles
- Best Student Credit Cards
- iambigbrother
- North Cyprus Estate Agent
- Enzyte