# EXHIBIT 24



login   register   about

About Thefacebook

# [ About ]

### The Project

Thefacebook is an online directory that connects people through social networks at colleges and universities.

### The People

| | |
|---|---|
| Mark Zuckerberg | Founder, Master and Commander, Enemy of the State. |
| Eduardo Saverin | Business Stuff, Corporate Stuff, Brazilian Affairs. |
| Dustin Moskovitz | No Longer Expendable Programmer, Paid Assassin. |
| Andrew McCollum | Graphic Art, General Rockstar. |
| Chris Hughes | The Secret Weapon. |

Contact us.

### News Coverage

[ New York Times ]
Are We a Match? (04.25.04)

[ CNN.com ]
Daring to date across party lines (04.15.04)

[ The Chronicle of Higher Education ]
Friends, Digitally (05.24.04)

[ The Harvard Crimson ]
Sociology of thefacebook.com (03.18.04)
Manifest Destiny, Facebook Style (03.11.04)
Columbia Rebukes thefacebook.com (03.09.04)
Facebook Expands Beyond Harvard (03.01.04)
Harvard Bonds on Facebook Website (02.18.04)
Show Your Best Face (02.17.04)
Hundreds Register for New Facebook Website (02.09.04)

[ The Harvard Independent ]
Face to Face (03.04.04)

[ The Stanford Daily ]
Thefacebook.com for dummies (03.10.04)
Thefacebook.com's darker side (03.10.04)
All the cool kids are doing it (03.05.04)

Email:
Password:
login   register

[ The Columbia Spectator ]
CU, Harvard Sites End 'E-War' (03.22.04)
New Harvard-Based Facebook Adds Columbia To Database (03.04.04)

[ The Dartmouth ]
Online facebook sees no end in sight for growth (05.13.04)
The Fashion Statement: 'Face It' (04.09.04)
Students flock to web-based facebook (03.09.04)

[ The Cornell Daily Sun ]
Facebook Connects C.U. (03.09.04)

[ The Daily Pennsylvanian ]
Students flock to join college online facebook (03.18.04)

[ The Daily Free Press (BU) ]
BU newest addition to thefacebook.com (03.24.04)

[ The Brown Daily Herald ]
Privacy settings on TheFacebook.com allow users to maintain security (04.13.04)
Harvard online facebook service plans to hook up Brown students (03.24.04)

[ The Yale Herald ]
Harvard facebook website now includes Yale (03.26.04)

[ The Daily Princetonian ]
The quest for friends -- thefacebook.com (04.16.04)
Students to connect through web facebook (03.31.04)

[ The Marquette Tribune ]
'Facebook' popular on campuses (04.02.04)

[ The Chronicle (Duke) ]
Thefacebook.com opens to Duke students (04.14.04)

[ The Hoya ]
http://web.archive.org/web/20040611002748/http://www.thehoya.com/guide/041604/guide5.cfm

[ The Georgetown Voice ]
Facing the book (04.22.04)

[ The Tufts Daily ]
As if you needed another way to procrastinate -- Thefacebook comes to Tufts (04.27.04)

[ The Daily Californian (Berkeley) ]
Putting Your Best Face Forward (04.27.04)

[ The Daily Northwestern ]
Face It (04.27.04)

[ The Heights (Boston College) ]
Facebook expands to BC campus (04.27.03)

[ The Wellesley News ]
Thefacebook aids in making friends and procrastinating (04.28.04)

[ The Chicago Maroon ]
Facebook defies utilitarianism, insults Mill (05.11.04)
Social website draws heavy traffic (05.07.04)
Facebook is the greatest thing since Marx (05.04.04)

U of C connects to new social website (04.30.04)

Home

about   contact   faq   advertise   terms   privacy
a Mark Zuckerberg production
Thefacebook © 2004