UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CONNECTU LLC,<br><br>         Plaintiff,<br><br> v.<br><br>MARK ZUCKERBERG, EDUARDO SAVERIN, DUSTIN MOSKOVITZ, ANDREW MCCOLLUM, CHRISTOPHER HUGHES AND THEFACEBOOK, INC.,<br><br>         Defendants.<br><br>MARK ZUCKERBERG, and THEFACEBOOK, INC.,<br><br>         Counterclaimants,<br><br> v.<br><br>CONNECTU LLC,<br><br>         Counterdefendant,<br><br>CAMERON WINKLEVOSS, TYLER WINKLEVOSS, and DIVYA NARENDRA,<br><br>         Additional Counterdefendants. | Case No.: 04-11923 DPW |

**ASSENTED-TO MOTION BY ALL DEFENDANTS TO EXTEND TIME
TO RESPOND TO PLAINTIFF'S MOTION TO COMPEL THE
PRODUCTION OF MIRROR IMAGES OF DEFENDANTS' HARD DRIVES
AND OTHER ELECTRONIC
MEMORY DEVICES AND DOCUMENTS CREATED AFTER MAY 21, 2004**

Defendants Mark Zuckerberg, Dustin Moskovitz, Andrew McCollum, Christopher

Hughes, TheFacebook, Inc., and Eduardo Saverin (collectively the "Defendants"), hereby request

that the time for them to respond to Plaintiff's Motion to Compel the Production of Mirror Images of Defendants' Hard Drives and Other Electronic Memory Devices and Documents Created after May 21, 2004 (the "Motion to Compel") be extended by one (1) week.  The Motion to Compel was filed on July 28, 2005, and a response thereto is currently due on August 11, 2005.  With the brief extension, which Defendants request to address adequately the arguments set forth in the Motion to Compel and voluminous supporting materials, a response would be due on August 18, 2005.

WHEREFORE, Defendants respectfully request that this Court grant the motion, allowing the Defendants until August 18, 2005 to respond to the Motion to Compel.

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies pursuant to D. Mass. Local Rule 7.1(A)(2) that counsel for Defendants conferred with counsel for Plaintiff regarding the filing of this motion, and that counsel for Plaintiff assents to the relief requested.

Respectfully submitted,

| | |
|---|---|
| MARK ZUCKERBERG, DUSTIN MOSKOVITZ, ANDREW MCCOLLUM, CHRISTOPHER HUGHES, and THE FACEBOOK, INC., | EDUARDO SAVERIN, |
| By their attorneys, | By his attorneys, |
| /s/ Monte Cooper (by DKH) | /s/ Daniel K. Hampton |
| G. Hopkins Guy, III (*pro hac vice*) | Gordon P. Katz (BBO No. 261080) |
| I. Neel Chatterjee (*pro hac vice*) | Daniel K. Hampton (BBO No. 634195) |
| Monte Cooper (*pro hac vice*) | HOLLAND & KNIGHT LLP |
| Joshua H. Walker (*pro hac vice*) | 10 St. James Avenue |
| ORRICK, HERRINGTON & SUTCLIFFE LLP | Boston, MA 02116 |
| 1000 Marsh Road | Telephone: (617) 523-2700 |
| Menlo Park, CA 94025-1015 | Facsimile: (617) 523-6850 |
| Telephone: (650) 614-7400 | gordon.katz@hklaw.com |
| Facsimile: (650) 614-7401 | dan.hampton@hklaw.com |
| -and- | -and- |
| Donald Daybell (*pro hac vice*) | Robert B. Hawk (*pro hac vice*) |
| ORRICK, HERRINGTON & SUTCLIFFE LLP | Bhanu K. Sadasivan (*pro hac vice*) |
| 4 Park Plaza, Suite 1600 | HELLER EHRMAN, LLP |
| Irvine, CA 92614-2558 | 275 Middlefield Road |
| Telephone: (949) 567-6700 | Menlo Park, CA 94025 |
| Facsimile: (949) 567-6710 | Telephone: (650) 324-7000 |
| | Facsimile: (650)324-0638 |
| -and- | |
| Steven M. Bauer (BBO# 542531) | |
| Jeremy P. Oczek (BBO #647509) | |
| PROSKAUER ROSE LLP | |
| One International Place | |
| Boston, MA 02110 | |
| Telephone: (617) 526-9600 | |
| Facsimile: (617) 526-9899 | |
| sbauer@proskauer.com | |
| joczek@proskauer.com | |

Dated:  August 10, 2005

# 3123942_v2