# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

CONNECTU LLC,

        Plaintiff,

v.                              C.A. No. 04-1923(DPW)

MARK ZUCKERBERG, EDUARDO SAVERIN,
DUSTIN MOSKOVITZ, ANDREW McCOLLUM,
CHRISTOPHER HUGHES and THE FACEBOOK,
INC.,

        Defendants.

CERTIFIED COPY

---

VOLUME 1

VIDEOTAPED DEPOSITION OF CONNECTU LLC

BY CAMERON H. WINKLEVOSS

Boston, Massachusetts

Tuesday, August 9, 2005

9:44 a.m. to 6:27 p.m.

Reported by:
Jessica L. Williamson, RMR, RPR, CRR
Notary Public, CSR No. 138795

JOB NO. 36599

www.sarnoffcourtreporters.com
46 Corporate Park, Suite 100   445 South Figueroa St., Suite 2950
Irvine, CA 92606               Los Angeles, CA 90071
phone 877.955.3855
fax   949.955.3854


SARNOFF Court Reporters and Legal Technologies

| | | |
|---|---|---|
| 03:43:04 | 1 | aspect and prior to the coding of the |
| 03:43:09 | 2 | website from a conceptual aspect or at least |
| 03:43:14 | 3 | prior to coding he was involved with the |
| 03:43:15 | 4 | development of the project, and I know |
| 03:43:22 | 5 | that -- I cannot say if he was involved with |
| 03:43:24 | 6 | the code.  I don't think he is a programmer. |
| 03:43:26 | 7 | I can't say that he didn't see the code or |
| 03:43:28 | 8 | didn't see our ideas. |
| 03:43:32 | 9 | Q.  Okay.  So is it correct, sir, that you don't |
| 03:43:34 | 10 | know whether or not Mr. Saverin had any |
| 03:43:36 | 11 | involvement at all with the coding of |
| 03:43:39 | 12 | Thefacebook, correct? |
| 03:43:40 | 13 | MR. HORNICK:  Objection, |
| 03:43:40 | 14 | mischaracterizes his testimony.  You can |
| 03:43:42 | 15 | answer. |
| 03:43:43 | 16 | A.  I do not know if he had any involvement with |
| 03:43:45 | 17 | the coding of Thefacebook. |
| 03:43:46 | 18 | Q.  All right.  And you say, though, that he was |
| 03:43:48 | 19 | involved in the business aspect of |
| 03:43:50 | 20 | Thefacebook; is that right? |
| 03:43:51 | 21 | A.  (No verbal response.) |
| 03:43:53 | 22 | Q.  Yes. |
| 03:43:53 | 23 | A.  Yes. |
| 03:43:54 | 24 | Q.  All right.  What's your basis for that |
| 03:43:55 | 25 | statement? |

| | | |
|---|---|---|
| 03:50:14 | 1 | Q. Did Mr. Zuckerberg in January of 2004 ever |
| 03:50:17 | 2 | discuss or ever communicate -- otherwise |
| 03:50:19 | 3 | communicate with Mr. Saverin about |
| 03:50:22 | 4 | HarvardConnection? |
| 03:50:22 | 5 | A. I don't know. |
| 03:50:29 | 6 | Q. Did Mr. Saverin write any code for |
| 03:50:31 | 7 | Thefacebook? |
| 03:50:32 | 8 | A. I can't answer that. |
| 03:50:33 | 9 | Q. You can't answer that because you don't |
| 03:50:34 | 10 | know? |
| 03:50:34 | 11 | A. Primarily, yeah, because I don't know, yes. |
| 03:50:43 | 12 | Q. Has Mr. Saverin ever seen any source code |
| 03:50:46 | 13 | for the TheFacebook? |
| 03:50:47 | 14 | MR. HORNICK: Objection. This |
| 03:50:49 | 15 | still isn't 30(b)(6) testimony. |
| 03:50:50 | 16 | A. Again, I don't know that. |
| 03:50:59 | 17 | Q. Was Mr. Saverin ever made aware of any of |
| 03:51:01 | 18 | the HarvardConnection trade secrets that you |
| 03:51:03 | 19 | contend Mr. Zuckerberg misappropriated? |
| 03:51:05 | 20 | MR. HORNICK: By whom? |
| 03:51:08 | 21 | MR. HAWK: By anybody. |
| 03:51:09 | 22 | MR. HORNICK: Well, by -- |
| 03:51:10 | 23 | Q. Let me -- |
| 03:51:12 | 24 | MR. HORNICK: By HarvardConnection |
| 03:51:12 | 25 | or by Mr. Zuckerberg or by somebody else? |

258

| | | |
|---|---|---|
| 04:59:39 | 1 | Q. Okay. So you do believe Paragraph 21 is -- |
| 04:59:42 | 2 | A. Yes. |
| 04:59:42 | 3 | Q. -- accurate? Okay. Fair enough. |
| 04:59:45 | 4 | Well, then let's talk about the |
| 04:59:49 | 5 | particulars of Paragraph 21. 21 says, |
| 04:59:52 | 6 | quote, "Defendant Zuckerberg shared |
| 04:59:56 | 7 | Plaintiff's confidential business |
| 04:59:57 | 8 | information and the HarvardConnection code |
| 04:59:58 | 9 | with Defendants Saverin" -- and let's just |
| 05:00:01 | 10 | stop with Mr. Saverin. |
| 05:00:05 | 11 | What specific information did Mr. |
| 05:00:07 | 12 | Zuckerberg share with Mr. Saverin? |
| 05:00:08 | 13 | A. I don't know specific information. |
| 05:00:10 | 14 | Q. And so you don't know when this supposed |
| 05:00:16 | 15 | sharing of confidential business information |
| 05:00:19 | 16 | or the HarvardConnection code with Defendant |
| 05:00:22 | 17 | Saverin occurred, correct? |
| 05:00:23 | 18 | A. I can give you a time frame. |
| 05:00:25 | 19 | Q. Okay. Well, give me a time frame. |
| 05:00:26 | 20 | A. I would say anywhere between November 2003 |
| 05:00:29 | 21 | and February -- you know, February 4th when |
| 05:00:33 | 22 | Thefacebook launched, any time between that |
| 05:00:36 | 23 | point -- but, yeah, that's a time frame I |
| 05:00:40 | 24 | can give you. |
| 05:00:40 | 25 | Q. And what's your basis for saying that from |

SARNOFF COURT REPORTERS AND LEGAL TECHNOLOGIES
877.955.3855

| | | |
|---|---|---|
| 05:23:27 | 1 | And as I said for the other defendants, |
| 05:23:30 | 2 | based on their involvement in the creation |
| 05:23:31 | 3 | and the fact that I believe that the |
| 05:23:33 | 4 | creation is derivative work, that I believe |
| 05:23:39 | 5 | he's used copyrighted code. |
| 05:23:41 | 6 | Q. I think I'll go with your counsel's |
| 05:23:44 | 7 | stipulation that you can't answer the |
| 05:23:45 | 8 | question so we'll move on. |
| 05:23:47 | 9 | MR. HORNICK: The witness gave you |
| 05:23:48 | 10 | the best answer to the best of his ability. |
| 05:24:03 | 11 | Q. Now, Mr. Saverin was never a partner of the |
| 05:24:05 | 12 | HarvardConnection, correct? |
| 05:24:06 | 13 | A. No, he would not have been involved. No. |
| 05:24:10 | 14 | Q. Right. And neither you nor anyone else at |
| 05:24:14 | 15 | HarvardConnection ever made the |
| 05:24:16 | 16 | HarvardConnection source code available to |
| 05:24:17 | 17 | Mr. Saverin, correct? |
| 05:24:22 | 18 | A. We directly did not make it available -- |
| 05:24:22 | 19 | Q. Right. |
| 05:24:26 | 20 | A. -- to him, yeah. |
| 05:24:26 | 21 | Q. And no one, to your knowledge, at ConnectU |
| 05:24:27 | 22 | ever disclosed any HarvardConnection trade |
| 05:24:29 | 23 | secrets to Mr. Saverin, correct? |
| 05:24:31 | 24 | A. No, not directly to Mr. Saverin. |
| 05:24:48 | 25 | Q. All right. And just to clean up a few |

Page 403

1    In the United States District Court
2    For the District of Massachusetts
3        I, Jessica L. Williamson, Registered,
4    Merit Reporter, Certified Realtime Reporter
5    and Notary Public in and for the
6    Commonwealth of Massachusetts, do hereby
7    certify that CAMERON H. WINKLEVOSS, the
8    witness whose deposition is hereinbefore set
9    forth, was duly sworn by me and that such
10   deposition is a true record of the testimony
11   given by the witness.
12       I further certify that I am neither
13   related to or employed by any of the parties
14   in or counsel to this action, nor am I
15   financially interested in the outcome of
16   this action.
17       In witness whereof, I have hereunto set
18   my hand and seal this 11th day of August,
19   2005.
20
21   *[signature: Jessica L. Williamson]*
22   _____
23   Jessica L. Williamson, RMR, RPR, CRR
24   Notary Public, CSR No. 138795
25   My commission expires: 12/18/2009