## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CONNECTU LLC<br><br>Plaintiff,<br><br>    v.<br><br>MARK ZUCKERBERG, EDUARDO SAVERIN, DUSTIN MOSKOVITZ, ANDREW MCCOLLUM, CHRISTOPHER HUGHES, and THEFACEBOOK, INC.,<br><br>Defendants.<br>MARK ZUCKERBERG, and THEFACEBOOK, INC.,<br>Counterclaimants,<br><br>    v.<br><br>CONNECTU LLC,<br>Counterdefendant,<br><br>    and<br><br>CAMERON WINKLEVOSS, TYLER WINKLEVOSS, and DIVYA NARENDRA,<br>Additional Defendants on Counterclaims. | Civil Action No. 1:04-CV-11923 (DPW)<br><br>District Judge Douglas P. Woodlock<br><br>Magistrate Judge Robert B. Collings |

### [PROPOSED] ORDER DENYING PLAINTIFF'S MOTION TO COMPEL AND GRANTING DEFENDANT'S CROSS-MOTION FOR PROTECTIVE ORDER

For the reasons fully set forth in the Facebook Defendants' (i) Opposition to Plaintiff's Motion to Compel the Production of Mirror Images of Defendants' Hard Drives and Other Electronic Memory Devices and Documents created after May 21, 2004, and (ii) Cross-Motion for Protective Order,

-1-

-2-

IT IS HEREBY ORDERED:

     Plaintiff's Motion to Compel Documents is DENIED.  Defendants' Cross-Motion for Protective Order is GRANTED until Plaintiff defines its trade secret with specificity.

IT IS SO ORDERED

Dated: _____, 2005

                                              Hon. Robert R. Collings

DOCSSV1:419440.3