IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CONNECTU LLC,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>MARK ZUCKERBERG, EDUARDO SAVERIN, DUSTIN MOSKOVITZ, ANDREW MCCOLLUM, CHRISTOPHER HUGHES, and THEFACEBOOK, INC.,<br><br>　　　　Defendants. | Civil Action No. 1:04-CV-11923 (DPW)<br><br>District Judge Douglas P. Woodlock<br><br>Magistrate Judge Robert B. Collings |
| MARK ZUCKERBERG, and THEFACEBOOK, INC.,<br><br>　　　　Counterclaimants,<br><br>v.<br><br>CONNECTU LLC,<br><br>　　　　Counterdefendant,<br><br>and<br><br>CAMERON WINKLEVOSS, TYLER WINKLEVOSS, and DIUVYA NARENDRA,<br><br>　　　　Additional Counterdefendants. | |

**APPENDIX OF NON-PUBLISHED CASES AND SECONDARY AUTHORITY IN SUPPORT OF DEFENDANTS' OPPOSITION TO MOTION TO COMPEL**

　　　　For the convenience of the Court, defendants enclose the following Appendix of Non-Published Judicial Decision cited in Support of their Opposition to Plaintiffs' Motion to Compel.

　　　　1.　*Cambridge Internet Solutions, Inc. v. Avicon Group,*
　　　　　　No. 99-1841, 1999 WL 959673 (Mass. Super. Sept. 21, 1999), (Exhibit 1).

　　　　2.　*Cipolleta v. Sharp,*
　　　　　　No. 98-5947-A, 2001 WL 914526 (Mass. Super. Aug. 13, 2001), (Exhibit 2).

3. *Cognex Corp. v. Electro Scientific Industires, Inc.*,
   No. Civ. A. 01CV10287RCL, 2001 WL 32309413 (D. Mass. Feb. 14, 2001), (Exhibit 3).

4. *L-3 Communications Corp. v. Reveal Imaging Technologies, Inc.*,
   No 035810BLS, 2004 WL 2915743 (Mass.Super. Dec. 2, 2004), (Exhibit 4).

5. *McCurdy Group v. American Biomedical Group, Inc.*,
   9 Fed.Appx. 822, 2001 WL 536974, 2001 DJCAR 2510, (Exhibit 5).

6. 4 Milgrim, Trade Secrets § 16.01[5] (1996), (Exhibit 6).

7. *Symantec Corp. v. McAFEE Associates, Inc.*
   No. C-97-20367-JF(EAI), 1998 WL 740807 (N.D. Cal. Aug. 14, 1998), (Exhibit 7).

///

///

Dated: August 18, 2005.                    Respectfully submitted,

                                           _____/s/_____
                                           Joshua H. Walker*
                                           G. Hopkins Guy, III*
                                           I. Neel Chatterjee*
                                           Monte M.F. Cooper*
                                           ORRICK, HERRINGTON & SUTCLIFFE LLP
                                           1000 Marsh Road
                                           Menlo Park, CA  94025
                                           Telephone:  (650) 614-7400
                                           Facsimile:   (650) 614-7401
                                           hopguy@orrick.com
                                           nchatterjee@orrick.com
                                           mcooper@orrick.com
                                           ddaybell@orrick.com

                                           Steven M. Bauer
                                           Jeremy P. Oczek
                                           PROSKAUER ROSE LLP
                                           One International Place, 22nd Floor
                                           Boston, MA 02110-2600
                                           Telephone:    (617) 526-9600
                                           Facsimile:    (617) 526-9899
                                           sbauer@proskauer.com
                                           joczek@proskauer.com

                                           ATTORNEYS FOR MARK ZUCKERBERG,
                                           DUSTIN MOSKOVITZ, ANDREW
                                           MCCOLLUM, CHRISTOPHER HUGHES, and
                                           THEFACEBOOK, INC.

                                           * Admitted Pro Hac Vice

DOCSSV1:421595.1