**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| CONNECTU LLC,<br><br>                    Plaintiff,<br><br>    v.<br><br>MARK ZUCKERBERG, EDUARDO SAVERIN, DUSTIN MOSKOVITZ, ANDREW MCCOLLUM, CHRISTOPHER HUGHES, and THEFACEBOOK, INC.,<br><br>                    Defendants.<br>MARK ZUCKERBERG, and THEFACEBOOK, INC.,<br><br>                  Counterclaimants,<br><br>    v.<br><br>CONNECTU LLC,<br><br>                  Counterdefendant,<br><br>    and<br><br>CAMERON WINKLEVOSS, TYLER WINKLEVOSS, and DIVYA NARENDRA,<br><br>                  Additional Counterdefendants. | CIVIL ACTION NO. 1:04-cv-11923 |

## NOTICE OF FILING WITH CLERK'S OFFICE

    Notice is hereby given that the documents, exhibits or attachments listed below have been manually filed with the Court and are available in paper form only:

EXHIBIT 26 TO PLAINTIFF'S REPLY MEMORANDUM IN SUPPORT OF PLAINTIFF'S MOTION TO COMPEL THE PRODUCTION OF MIRROR IMAGES OF DEFENDANTS' HARD DRIVES AND OTHER ELECTRONIC MEMORY DEVICES AND DOCUMENTS CREATED AFTER MAY 21, 2004

The original documents are maintained in the case file in the Clerk's office.

Dated: August 26, 2005

/s/Troy E. Grabow
Lawrence R. Robins (BBO# 632610)
Jonathan M. Gelchinsky (BBO# 656282)
FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, L.L.P.
55 Cambridge Parkway
Cambridge, MA 02142
Telephone: (617) 452-1600
Facsimile: (617) 452-1666
larry.robins@finnegan.com
jon.gelchinsky@finnegan.com


John F. Hornick (*pro hac vice*)
Margaret A. Esquenet (*pro hac vice*)
Troy E. Grabow (*pro hac vice*)
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, L.L.P.
901 New York Avenue N.W.
Washington, DC 20001
Telephone: (202) 408-4000
Facsimile: (202) 408-4400

Attorneys for Plaintiff and Counterclaim Defendants
