| | |
|---|---|
| From: | Troy Grabow |
| To: | "jwalker@orrick.com".Internet.DOMGWIA |
| Date: | 8/15/05 10:17AM |
| Subject: | RE: ConnectU v. Zuckerberg et al. |

Joshua,

We would like to talk as soon as possible, preferably today or tomorrow. Please let us know when you are available to talk.

Sincerely,
Troy

Troy E. Grabow
Finnegan, Henderson, Farabow,
  Garrett & Dunner, L.L.P.
901 New York Avenue, NW
Washington, D.C. 20001-4413
Tel: (202) 408-4391
Fax: (202) 408-4400
E-mail: troy.grabow@finnegan.com

NOTICE: This e-mail is sent by a law firm and may contain
information that is confidential, protected, or privileged.
If you are not the intended recipient, please delete the
e-mail and any attachments and notify us immediately.

>>> "Walker, Joshua" <jwalker@orrick.com> 08/11/05 08:48PM >>>


Dear Troy:

We are reviewing all the issues raised in your most recent letter, and will get back to you shortly regarding a time to talk.

Sincerely,

JHW


Joshua H. Walker
Associate

Orrick, Herrington & Sutcliffe LLP

tel (650) 614-7339
fax (650) 614-7401

email jwalker@orrick.com
www.orrick.com


IRS Circular 230 disclosure:
To ensure compliance with requirements imposed by the IRS, we inform you that any tax advice contained

in this communication, unless expressly stated otherwise, was not intended or written to be used, and cannot be used, for the purpose of (i) avoiding tax-related penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any tax-related matter(s) addressed herein.

==========================================================================
===================================

NOTICE TO RECIPIENT: THIS E-MAIL IS MEANT FOR ONLY THE INTENDED RECIPIENT OF THE TRANSMISSION, AND MAY BE A COMMUNICATION PRIVILEGED BY LAW. IF YOU RECEIVED THIS E-MAIL IN ERROR, ANY REVIEW, USE, DISSEMINATION, DISTRIBUTION, OR COPYING OF THIS E-MAIL IS STRICTLY PROHIBITED. PLEASE NOTIFY US IMMEDIATELY OF THE ERROR BY RETURN E-MAIL AND PLEASE DELETE THIS MESSAGE FROM YOUR SYSTEM. THANK YOU IN ADVANCE FOR YOUR COOPERATION.
For more information about Orrick, please visit http://www.orrick.com/

**CC:**            "MCOOPER@ORRICK.COM".Internet.DOMGWIA;  Hornick, John

Case 1:04-cv-11923-DPW    Document 50-7    Filed 08/26/2005    Page 3 of 5

| | |
|---|---|
| From: | Troy Grabow |
| To: | "jwalker@orrick.com".Internet.DOMGWIA |
| Date: | 8/15/05 2:13PM |
| Subject: | Re: ConnectU v. Zuckerberg et al. |

Joshua,

Thanks. As noted below, we are available and would like to talk either this afternoon or tomorrow.

Sincerely,
Troy Grabow

Troy E. Grabow
Finnegan, Henderson, Farabow,
   Garrett & Dunner, L.L.P.
901 New York Avenue, NW
Washington, D.C. 20001-4413
Tel: (202) 408-4391
Fax: (202) 408-4400
E-mail: troy.grabow@finnegan.com

NOTICE: This e-mail is sent by a law firm and may contain
information that is confidential, protected, or privileged.
If you are not the intended recipient, please delete the
e-mail and any attachments and notify us immediately.

>>> "Walker, Joshua" <jwalker@orrick.com> 08/15/05 11:34AM >>>

Troy:

We are discussing your letter internally today and look forward to confering at the earliest convenience of all parties.

Sincerely,

JHW


-----Original Message-----
From: Troy Grabow <troy.grabow@finnegan.com>
To: Walker, Joshua <jwalker@orrick.com>
CC: John Hornick <John.Hornick@finnegan.com>; Cooper, Monte <MCOOPER@ORRICK.COM>
Sent: Mon Aug 15 07:17:19 2005
Subject: RE: ConnectU v. Zuckerberg et al.

Joshua,

We would like to talk as soon as possible, preferably today or tomorrow. Please let us know when you are available to talk.

Sincerely,
Troy

Troy E. Grabow
Finnegan, Henderson, Farabow,
   Garrett & Dunner, L.L.P.

901 New York Avenue, NW
Washington, D.C. 20001-4413
Tel: (202) 408-4391
Fax: (202) 408-4400
E-mail: troy.grabow@finnegan.com

NOTICE: This e-mail is sent by a law firm and may contain
information that is confidential, protected, or privileged.
If you are not the intended recipient, please delete the
e-mail and any attachments and notify us immediately.

>>> "Walker, Joshua" <jwalker@orrick.com> 08/11/05 08:48PM >>>


Dear Troy:

We are reviewing all the issues raised in your most recent letter, and
will get back to you shortly regarding a time to talk.

Sincerely,

JHW


Joshua H. Walker
Associate

Orrick, Herrington & Sutcliffe LLP

tel (650) 614-7339
fax (650) 614-7401

email jwalker@orrick.com
www.orrick.com


IRS Circular 230 disclosure:
To ensure compliance with requirements imposed by the IRS, we inform you that any tax advice contained
in this communication, unless expressly stated otherwise, was not intended or written to be used, and
cannot be used, for the purpose of (i) avoiding tax-related penalties under the Internal Revenue Code or
(ii) promoting, marketing or recommending to another party any tax-related matter(s) addressed herein.


==========================================================================
===================================

NOTICE TO RECIPIENT:  THIS E-MAIL IS  MEANT FOR ONLY THE INTENDED RECIPIENT OF THE
TRANSMISSION, AND MAY BE A COMMUNICATION PRIVILEGED BY LAW.  IF YOU RECEIVED THIS
E-MAIL IN ERROR, ANY REVIEW, USE, DISSEMINATION, DISTRIBUTION, OR COPYING OF THIS
E-MAIL IS STRICTLY PROHIBITED.  PLEASE NOTIFY US IMMEDIATELY OF THE ERROR BY
RETURN E-MAIL AND PLEASE DELETE THIS MESSAGE FROM YOUR SYSTEM. THANK YOU IN
ADVANCE FOR YOUR COOPERATION.
For more information about Orrick, please visit http://www.orrick.com/

**CC:**     "MCOOPER@ORRICK.COM".Internet.DOMGWIA;  Hornick, John