## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CONNECTU LLC,<br><br>                           Plaintiff,<br><br>     v.<br><br>MARK ZUCKERBERG, EDUARDO SAVERIN, DUSTIN MOSKOVITZ, ANDREW MCCOLLUM, CHRISTOPHER HUGHES, and THEFACEBOOK, INC.,<br><br>                           Defendants.<br><br>MARK ZUCKERBERG and THEFACEBOOK, INC.,<br><br>                           Counterclaimants,<br><br>     v.<br><br>CONNECTU LLC,<br><br>                           Counterdefendant,<br><br>     and<br><br>CAMERON WINKLEVOSS, TYLER WINKLEVOSS, and DIVYA NARENDRA,<br><br>     Additional Counterdefendants. | CIVIL ACTION NO. 1:04-cv-11923 (DPW)<br><br>District Judge Douglas P. Woodlock<br><br>Magistrate Judge Robert B. Collings |

**[PROPOSED] ORDER GRANTING ASSENTED-TO MOTION FOR LEAVE TO FILE PLAINTIFF'S REPLY TO DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL THE PRODUCTION OF MIRROR IMAGES OF DEFENDANTS' HARD DRIVES AND OTHER ELECTRONIC <u>MEMORY DEVICES AND DOCUMENTS CREATED AFTER MAY 21, 2004</u>**

      Having Considered Plaintiff ConnectU's Assented-To Motion for Leave to file Reply to Defendants' Opposition to Plaintiff's Motion to Compel the Production of Mirror Images of Defendants' Hard Drives and Other Electronic Memory Devices and Documents Created after May 21, 2004, this Court orders as follows:

ConnectU LLC is granted leave to file the Reply attached as Exhibit A to its Motion for Leave.

**SO ORDERED**


DATED: _____                              _____
                                               District Judge Douglas P. Woodlock
                                               Magistrate Judge Robert B. Collings

2