## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CONNECTU LLC,<br><br>                    Plaintiff,<br><br>     v.<br><br>MARK ZUCKERBERG, EDUARDO SAVERIN, DUSTIN MOSKOVITZ, ANDREW MCCOLLUM, CHRISTOPHER HUGHES, and THEFACEBOOK, INC.,<br><br>                    Defendants.<br>MARK ZUCKERBERG and THEFACEBOOK, INC.,<br><br>                    Counterclaimants,<br><br>     v.<br><br>CONNECTU LLC,<br><br>                  Counterdefendant,<br><br>     and<br><br>CAMERON WINKLEVOSS, TYLER WINKLEVOSS, and DIVYA NARENDRA,<br><br>          Additional Counterdefendants. | CIVIL ACTION NO. 1:04-cv-11923 (DPW)<br><br>District Judge Douglas P. Woodlock<br><br>Magistrate Judge Robert B. Collings |

## **[PROPOSED] ORDER**

For the reasons fully set forth in Plaintiff's Motion to Compel Answers to Interrogatory Nos. 6, 9-14, 16, and 18, and accompanying memorandum, Defendants are hereby ordered to provide complete answers to the following Interrogatories, no later than _____, 2005.

    1.    Interrogatory No. 6;

    2.    Interrogatory No. 9;

    3.    Interrogatory No. 10;

4. Interrogatory No. 11

5. Interrogatory No. 12;

6. Interrogatory No. 13;

7. Interrogatory No. 14;

8. Interrogatory No. 16; and

9. Interrogatory No. 18.

**SO ORDERED**

DATED: _____                  _____
                                   District Judge Douglas P. Woodlock
                                   Magistrate Judge Robert B. Collings