# REDACTED

ge 1

**From:** "Mark Elliot Zuckerberg" <mzuckerb@fas.harvard.edu>
**To:** "Cameron Winklevoss" <winklev@fas.harvard.edu>
**Date:** 11/25/03 3:35AM
**Subject:** Re: meeting

Hey man,

Sorry I had to cancel at the last minute tonight. I have a cs problem set that will probably take up most of my day tomorrow, but we should be able to meet in the afternoon for a little while. I get out of class at 2:30 and will probably go over to work around 4, so maybe we could meet sometime in there? Let me know.

Mark

On Mon, 24 Nov 2003, Cameron Winklevoss wrote:

> hey mark,
> what is a good time for you to meet tommorow?
> -Cameron

**REDACTED**

**From:** "Mark Elliot Zuckerberg" &lt;mzuckerb@fas.harvard.edu&gt;
**To:** "Cameron Winklevoss" &lt;winklev@fas.harvard.edu&gt;
**Date:** 11/25/03 4:36AM
**Subject:** Re: meeting

Cameron,

Looking over the cs set now, I may need all the time I can get to work on it before it's due at midnight. So will you be around Wednesday morning or early afternoon to go over this stuff? If not I could definitely fit it in tomorrow, but the extra hour or so to look over the set might be helpful if it's possible to meet Wednesday instead. Sorry to keep pushing it back...

Mark

On Tue, 25 Nov 2003, Cameron Winklevoss wrote:

&gt; Hey,
&gt; No worries. lets shoot for 3pm tommorow in Kirkland. I can come to your
&gt; room, or we could meet in the dinning hall. Whichever you prefer (but your
&gt; room might be better since we can look at the site, etc.). How does that
&gt; sound?
&gt; -Cameron
&gt;
&gt;
&gt; ----- Original Message -----
&gt; From: "Mark Elliot Zuckerberg" &lt;mzuckerb@fas.harvard.edu&gt;
&gt; To: "Cameron Winklevoss" &lt;winklev@fas.harvard.edu&gt;
&gt; Sent: Tuesday, November 25, 2003 3:35 AM
&gt; Subject: Re: meeting
&gt;
&gt;
&gt; &gt; Hey man,
&gt; &gt;
&gt; &gt; Sorry I had to cancel at the last minute tonight. I have a cs problem set
&gt; &gt; that will probably take up most of my day tomorrow, but we should be able
&gt; &gt; to meet in the afternoon for a little while. I get out of class at 2:30
&gt; &gt; and will probably go over to work around 4, so maybe we could meet
&gt; &gt; sometime in there? Let me know.
&gt; &gt;
&gt; &gt; Mark
&gt; &gt;
&gt; &gt; On Mon, 24 Nov 2003, Cameron Winklevoss wrote:
&gt; &gt;
&gt; &gt; &gt; hey mark,
&gt; &gt; &gt; what is a good time for you to meet tommorow?
&gt; &gt; &gt; -Cameron
&gt;
&gt;

C004579

# REDACTED

| | |
|---|---|
| From: | "Mark Elliot Zuckerberg" <mzuckerb@fas.harvard.edu> |
| To: | "Cameron Winklevoss" <winklev@fas.harvard.edu> |
| Date: | 11/25/03 12:16PM |
| Subject: | Re: meeting |

That should work, but I'd like to ask a tf some questions during his
office hours, which run until 3, so maybe we could push the meeting back
until around 3:15 so I don't keep you waiting. I'll see you in the
Kirkland dining hall then.

Mark

On Tue, 25 Nov 2003, Cameron Winklevoss wrote:

> Mark,
> As it stands now, I'm leaving tonight. It would be possible to condense the
> meeting to 20-25 min (I don't think we'll need too much time). Does that
> put you in too much of a bind? Let me know
> -Cameron
>
>
> ----- Original Message -----
> From: "Mark Elliot Zuckerberg" <mzuckerb@fas.harvard.edu>
> To: "Cameron Winklevoss" <winklev@fas.harvard.edu>
> Sent: Tuesday, November 25, 2003 4:36 AM
> Subject: Re: meeting
>
>
> > Cameron,
> >
> > Looking over the cs set now, I may need all the time I can get to work on
> > it before it's due at midnight. So will you be around Wednesday morning
> > or early afternoon to go over this stuff? If not I could definitely fit
> > it in tomorrow, but the extra hour or so to look over the set might be
> > helpful if it's possible to meet Wednesday instead. Sorry to keep
> > pushing it back...
> >
> > Mark
> >
> > On Tue, 25 Nov 2003, Cameron Winklevoss wrote:
> >
> > > Hey,
> > > No worries. lets shoot for 3pm tommorow in Kirkland. I can come to your
> > > room, or we could meet in the dinning hall. Whichever you prefer (but your
> > > room might be better since we can look at the site, etc.). How does that
> > > sound?
> > > -Cameron
> > >
> > >
> > > ----- Original Message -----
> > > From: "Mark Elliot Zuckerberg" <mzuckerb@fas.harvard.edu>
> > > To: "Cameron Winklevoss" <winklev@fas.harvard.edu>
> > > Sent: Tuesday, November 25, 2003 3:35 AM

**REDACTED** 

```
> > > Subject: Re: meeting
> > >
> > >
> > > > Hey man,
> > > >
> > > > Sorry I had to cancel at the last minute tonight. I have a cs problem
> set
> > > > that will probably take up most of my day tomorrow, but we should be
> able
> > > > to meet in the afternoon for a little while. I get out of class at
> 2:30
> > > > and will probably go over to work around 4, so maybe we could meet
> > > > sometime in there? Let me know.
> > > >
> > > > Mark
> > > >
> > > > On Mon, 24 Nov 2003, Cameron Winklevoss wrote:
> > > >
> > > > > hey mark,
> > > > > what is a good time for you to meet tommorow?
> > > > > -Cameron
> > >
> > >
>
>
```

# REDACTED

| | |
|---|---|
| From: | "Mark Elliot Zuckerberg" <mzuckerb@fas.harvard.edu> |
| To: | "Cameron Winklevoss" <winklev@fas.harvard.edu> |
| Date: | 11/30/03 5:24AM |
| Subject: | Re: Harvard Connection |

Hey Cameron,

It turns out I forgot to bring my charger home with me for Thanksgiving so I haven't had access to my laptop since the battery ran out Wednesday evening. So I still need to get the registration page up but I'll do that once I get back tomorrow (Sunday) evening so everything will be ready for testing by Monday. Sorry for the delay there.

I read over all the stuff you sent and it seems like it shouldn't take too long to implement, so we can talk about that after I get all the basic functionality up tomorrow night. I had another idea for directing people to parties on campus, but I don't know how easily it can be incorporated into this project. We'll speak about it though.

I'll shoot you an email late tomorrow evening when I get everything up on the server.

Mark

On Sat, 29 Nov 2003, Cameron Winklevoss wrote:

> Mark,
> Hope your thanksgiving was good. I have compiled a preliminary list of nightclubs that are to be included on the nightclub page (along with their info, reviews, etc.). I was thinking about using radial buttons to select a club they want to go to. Once a person selects the club, and submits the info, it is put into a temporary database. At 6pm on the day of the night they are going to, this list is emailed to the promoter (I will supply the email address later). A person can also check to see what harvard students have signed up to go to that club on a given night (so they can get a feel of the crowd, etc.) I also want to put action pictures of people at each club but I'll get those to you a little bit later. I am also thinking about putting in live concerts at middle east, but that will also be later.
>
> Victor mentioned the ability to set up a page where we could update the info on the nightclub page on the web? Is this possible, and can you do this? I think it would make updating, and keeping the events current much easier. Also how about a message board where people can post their reviews of the nights?
>
> Lastly, how is the site going? Do you have stuff up that we could beta test for you? I'm looking forward to getting this thing rolling next week! Talk to you later
> -Cameron
>
>
>
>
> Info on top of page: HarvardConnection has compiled a list of the premiere nights of the hottest clubs and lounges in the Boston area. We have brokered deals with promoters at these clubs to give all of our registered users reduced admission on these given nights. Please select the night you would like to attend. Once you have submitted your choice(s), you will be placed on the HarvardConnection list. In order to receive reduced cover, you must bring proper identification (driver's license) with your name on it. For those clubs marked with a *, it is highly recommended that you arrive at 11pm, or due to overcrowding you may not be gauranteed admission. Your selection must be submitted no later than 6pm the night of. Thank you and enjoy!
>

> Wednesday
> Pravda 116
> Address: 116 Boylston Street (Theater District), Boston
> Telephone: (617) 482-7799
> MBTA Stop: Boylston
> Age: 21+
> www.pravda116.com
> Voted Boston's best nightclub in 2002 by the Improer Bostonian, Pravda, which means "truth" and was the name of the Soviet state newspaper, is a Russian chic night spot with a bar in the front and a nightclub back. Located in the Theater District in Boston, on Wednesday nights you can brush up on your salsa and merengue dancing in the front as DJJC spins, or check out the latest house music in the back.
>
> Thursday
> Aria *
> Address: 246 Tremont Street, Boston
> Phone: (617) 338-7080
> MBTA Stop: Boylston
> Age: guys 21+, ladies 19+ with proper college ID
> www.ariaboston.com
> A night dedicated to Boston's fashion and modelin industry, featuring live fashion shows, industry parties and events. DJ Roger M. spins high energy Euro & Hip Hop.
>
> Friday
> Venu *
> Address: 100 Warrenton Street, Boston
> Telephone: (617) 338-8061
> MBTA Stop: Boylston
> Age: 21+
> The pale walls, art-deco style, high heels and dancing bodies in this Theater District nightclub seem to be transplanted from the Miami scene. Several resident DJs host theme nights for city clubbers and the international set, including International Fridays and Greek Saturdays. Jackets are required, and you will see a lot of Armani and Versace attire on the dance floor. (Yahoo Travel)
>
> Saturday
> Venu * (see above)
>
> Trio
> Address: 174 Lincoln Street, Boston
> Telephone: (617) 357-TRIO
> Age: 21+
> www.trioboston.com
> The scene-meisters have declared it cool, a happening place for the lounge set. The Euro-brats, the artsy crowd, the dot-com late nighters, and the all-in-black sipping pink cosmos move through there, wending their way to the vast bar past the dining area. (Boston Globe)
>
> Sunday
> 33
> Address: 33 Stanhope Street, Boston
> Telephone: (617) 572-3311
> Age: 21+
> www.33restaurant.com
> For the hippest of hip, head to the newly-opened 33 Restaurant & Lounge co-owners Greg Den Herder and Igor Bletnik have provided a modern space filled with colorful, dramatic lighting and funky stairwells, a top-notch sound system,
> and an "art" room for private functions. (Welcome to Boston).

**From:** "Mark Elliot Zuckerberg" <mzuckerb@fas.harvard.edu>
**To:** "Cameron Howard Winklevoss" <winklev@fas.harvard.edu>
**Date:** 12/1/03 6:20AM
**Subject:** meeting

Cameron,

I put together one of the two registration pages so I have everything working on my system now. I tried to upload everything to the main server and some things weren't working perfectly so I'll take a look at them tomorrow. Do you want to meet up on Tuesday to go over everything we have? I could probably meet for an hour or two that evening if you want.

I'll keep you posted as I patch stuff up and it starts to become completely functional.

Mark

C004590

# REDACTED



**From:** "Mark Elliot Zuckerberg" <mzuckerb@fas.harvard.edu>
**To:** "Cameron Winklevoss" <winklev@fas.harvard.edu>
**Date:** 12/4/03 4:03AM
**Subject:** Re: meeting

Hey man,

Sorry I was unreachable tonight. I just got about three of your missed calls. I was working on a problem set and I had my phone silenced in my pocket the whole time, wondering why nobody was calling me...

Anyhow, let's try to meet up Friday morning/early afternoon if that works for you. Let's set up a time now so we don't miss each other on the day of. How does noon sound in Kirkland? We can meet in the dining hall and then come up to my room or you can just come straight to H-33 if you want. Let me know.

Mark

On Wed, 3 Dec 2003, Cameron Winklevoss wrote:

> hey mark,
> let's try and meet tonight. How does sometime around 10 sound?
> -Cameron

# REDACTED

| | |
|---|---|
| **From:** | "Mark Elliot Zuckerberg" <mzuckerb@fas.harvard.edu> |
| **To:** | "Cameron Winklevoss" <winklev@fas.harvard.edu> |
| **Date:** | 12/10/03 4:22AM |
| **Subject:** | Re: HC |

Cameron,

The week has been pretty busy thus far, so I haven't gotten a chance to do much work on the site or even think about it really, so I think it's probably best to postpone meeting until we have more to discuss. I'm also really busy tomorrow so I don't think I'd be able to meet then anyway. I'll keep you posted on what I'm working on though so you can see the latest versions of everything on the site.

Mark

On Tue, 9 Dec 2003, Cameron Winklevoss wrote:

> Hey Mark,
> let's meet tommorow. When are you available?
> -Cameorn

C004597


| | |
|---|---|
| From: | "Mark Elliot Zuckerberg" <mzuckerb@fas.harvard.edu> |
| To: | "Cameron Winklevoss" <winklev@fas.harvard.edu> |
| Date: | 12/15/03 4:38PM |
| Subject: | Re: hey |

When are you going to be around until? I have a cs problem set that I'm just getting started with and it should be about 15 hours of coding, so I'm hoping to be done by tomorrow evening. I'm busy tomorrow night though so unless I finish really early, I won't really be free to meet until Wednesday afternoon. Let me know if this works for you, and I'll let you know if I get this set finished earlier...

Mark

On Mon, 15 Dec 2003, Cameron Winklevoss wrote:

> hey dude,
> what's the good word? when are you free to meet?
> -Cameron

**REDACTED**

ge 1

| | |
|---|---|
| From: | "Mark Elliot Zuckerberg" <mzuckerb@fas.harvard.edu> |
| To: | "Cameron Winklevoss" <winklev@fas.harvard.edu> |
| Date: | 12/17/03 3:43PM |
| Subject: | Re: IMPORTANT |

Cameron,

Sorry I have not been reachable for the past few days. I've basically been in the lab the whole time working on a cs problem set which I'm still not finished with. I don't know when you're taking off -- I think you said something about this morning -- but I'm pretty sure I'll be done with the problem set before this evening so if you're still around we should be able to meet around 10pm. Let me know.

Mark

On Tue, 16 Dec 2003, Cameron Winklevoss wrote:

> Mark,
> let me know when/where I should meet you tommorow.
> -Cameron

C004604

# REDACTED



**From:** "Mark Elliot Zuckerberg" <mzuckerb@fas.harvard.edu>
**To:** "Cameron Winklevoss" <winklev@fas.harvard.edu>
**Date:** 12/17/03 9:24PM
**Subject:** Re: your mail

I'm actually still not done with the problem set yet. I'll email you if I finish it up before midnight.

Mark

On Wed, 17 Dec 2003, Cameron Winklevoss wrote:

> hey,
> Im going to be doing some stuff for the next hour or so, so I'll try and stop by your room after ten for a bit.
>

C004607

| | |
|---|---|
| From: | "Mark Elliot Zuckerberg" <mzuckerb@fas.harvard.edu> |
| To: | "Cameron Winklevoss" <winklev@fas.harvard.edu> |
| Date: | 1/8/04 5:58AM |
| Subject: | Re: hey |

Hey Cameron,

Sorry it's taken a while for me to get back to you. I'm completely swamped with work this week. I have three programming projects and a final paper due by Monday, as well as a couple of problem sets due Friday. I'll be available to discuss the site again starting Tuesday.

As far as the site goes for now, I've made some of the changes, although not all of them, and they seem to be working on my computer. I have not uploaded them to the live site yet though. I'll do this once I get everything done. I'm still a little skeptical that we have enough functionality in the site to really draw the attention and gain the critical mass necessary to get a site like this to run. And in its current state, if the site does get the type of traffic we're looking for, I don't know if we have enough bandwidth from the ISP you're using to handle the load without some serious image optimization, which will take a few more days to implement.

Anyhow, we'll talk about it once I get everything else done. Sorry for the delay in going live, but I guess it wasn't going to happen without new images from Sanjay anyway, so I'm not the only one who's lagging.

We'll speak soon.

Mark

On Tue, 6 Jan 2004, Cameron Winklevoss wrote:

> hey mark,
> drop me a line when you get a chance. Thanks
> -Cameron

C004617

# REDACTED

**From:** "Mark Elliot Zuckerberg" <mzuckerb@fas.harvard.edu>
**To:** "Cameron Winklevoss" <winklev@fas.harvard.edu>
**Date:** 1/12/04 2:36PM
**Subject:** Re: hey

Can we do wednesday instead? I am free in the afternoon then.

On Mon, 12 Jan 2004, Cameron Winklevoss wrote:

> what time do you want to meet tommorow?
> -CW

C004619

# REDACTED

age 1

| | |
|---|---|
| From: | "Mark Elliot Zuckerberg" <mzuckerb@fas.harvard.edu> |
| To: | "Cameron Winklevoss" <winklev@fas.harvard.edu> |
| Date: | 1/14/04 4:37AM |
| Subject: | Re: hey |

Hey sorry it took me a while to respond to this. Tomorrow should be fine but we probably shouldn't use my room since my roommate will be writing a paper all day long and I don't really want to disturb him. I also can't meet for too long since whenever we meet, I'll be taking time away from a project I'm working on with some other people that needs to be finished by tomorrow night. But I think I can do 2:30-3:00 or so, so just name a place and I'll be there.

Mark

On Mon, 12 Jan 2004, Cameron Winklevoss wrote:

> yeah wed is fine. let say 1pm your place.
>
>
> ----- Original Message -----
> From: "Mark Elliot Zuckerberg" <mzuckerb@fas.harvard.edu>
> To: "Cameron Winklevoss" <winklev@fas.harvard.edu>
> Sent: Monday, January 12, 2004 2:36 PM
> Subject: Re: hey
>
>
> > Can we do wednesday instead? I am free in the afternoon then.
> >
> > On Mon, 12 Jan 2004, Cameron Winklevoss wrote:
> >
> > > what time do you want to meet tommorow?
> > > -CW
> >
>

C004621