# REDACTED

| | |
|---|---|
| **From:** | "Cameron Winklevoss" <winklev@fas.harvard.edu> |
| **To:** | "Mark Elliot Zuckerberg" <mzuckerb@fas.harvard.edu> |
| **Date:** | 1/14/04 9:45PM |
| **Subject:** | hey |

hey mark,
good meeting today. Please let me know of anything/questions that comes up. I'll be happy to try and answer/help with them.
Cheers,
Cameron

C004625