# REDACTED

age 1

**From:**     "Mark Elliot Zuckerberg" <mzuckerb@fas.harvard.edu>
**To:**       "Cameron Winklevoss" <winklev@fas.harvard.edu>
**Date:**     1/14/04 4:37AM
**Subject:**  Re: hey

Hey sorry it took me a while to respond to this.  Tomorrow should be fine
but we probably shouldn't use my room since my roommate will be writing a
paper all day long and I don't really want to disturb him.  I also can't
meet for too long since whenever we meet, I'll be taking time away from a
project I'm working on with some other people that needs to be finished by
tomorrow night.  But I think I can do 2:30-3:00 or so, so just name a
place and I'll be there.

Mark

On Mon, 12 Jan 2004, Cameron Winklevoss wrote:

> yeah wed is fine.  let say 1pm your place.
>
>
> ----- Original Message -----
> From: "Mark Elliot Zuckerberg" <mzuckerb@fas.harvard.edu>
> To: "Cameron Winklevoss" <winklev@fas.harvard.edu>
> Sent: Monday, January 12, 2004 2:36 PM
> Subject: Re: hey
>
>
> > Can we do wednesday instead?  I am free in the afternoon then.
> >
> > On Mon, 12 Jan 2004, Cameron Winklevoss wrote:
> >
> > > what time do you want to meet tommorow?
> > > -CW
> >
> >

C004621