The Harvard Crimson Online :: Magazine

Page 1 of 3

"I won't philosophize and will be read."

SEARCH
Advanced Search

Today's Issue

In This Archive:
Front Page
News
Opinion
Sports
* Magazine
Arts
Photo Gallery
Comics
OnAir

Archives
Classifieds
Corrections
E-Digest
Web Specials

About THC
Advertising
Contact
Deliveries
Rights/Permissions
Summer Academy

Alumni Website
Make a Donation

paid advertising

Online MBA Programs        Interior Design Schools        Online Nursing Programs        Colleges in California
Online Colleges            Online College Degrees         Online Universities             Interior Decorating Schools
Culinary Art Schools       MBA Degrees Online             Technical Schools               Online Colleges & Degrees
Fashion Design Schools     Medical Career Schools         Trade Schools                   Colleges in Chicago Illinois
Online Colleges            Directory of Colleges          Vinyl Replacement Windows       Colleges in Florida
Graphic Design Schools     Online Masters Programs        Online Degree Programs          MBA Programs Online



MAGAZINE

Published on Thursday, February 24, 2005

# How They Got Here

**By FM STAFF**

In just a year, TheFacebook has seen seemingly unrestrained growth. Here are some highlights from the past twelve months.

**FEBRUARY 4**

- Zuckerberg launches TheFacebook during Harvard's shopping week
- The site runs off of one server for $85 per month

**FEBRUARY 18 – 4,300 users**

- Zuckerberg is first approached by investors
- Moskovitz is enlisted to expand site to other schools

**LATE FEBRUARY - MARCH 5 – 10,000**

- TheFacebook reaches Columbia, Yale, Stanford

**MARCH 31 – 31,000**

- The site now runs off of 5 servers, costing $450 per month

ARTICLE OPTIONS
- Email this article to a friend
- Send a letter to the editor
- Print this article

Ads by Gooooogle

Online Education
Advance Your
Career Quickly with
an Online Degree
from a Top
College!
www.KnowledgeStop.com

Online Masters
Degrees
Attend Leading
Colleges
Nationwide From
Your Own Home.
Learn How!
ClassesUSA.com

MU - Online
Degrees
Accredited Online
Degrees & courses
Free Catalog &
Credit Evaluation.
www.MadisonUniversity.c

No Exam Masters,
MLA, MPM
No required
courses. Approved
by Fortune 500
firms. Learn by
writing
www.rushmore.edu

PAID ADVERTISING:
Donate Car

**APRIL 14 – 51,910**

- TheFacebook moves its servers to a boutique hosting service near Zuckerberg's new York hometown

**APRIL 25 – EARLY MAY – 82,000**

- Moskovitz leads nationwide expansion
- Saverin experiments with national advertising
- Zuckerberg and McCollum begin discussing Wirehog

**JUNE 10 – LATE JUNE – 160,000**

- TheFacebook moves to Palo Alto, California
- Sean Parker, two interns join the team
- Saverin goes to New York

**JULY 21 – AUGUST 25 – 190,000**

- TheFacebook falls $50,000 in debt
- Zuckerberg meets with investors
- The team redesigns and relaunches the site

**EARLY SEPTEMBER – 250,000**

- ConnectU files lawsuit against TheFacebook
- Casa Facebook moves to Los Altos, CA
- D'Angelo, Saverin, interns return to school.

**OCT 21 – 500,000**

Ads by Gooooogle

Online Education
Advance Your
Career Quickly with
an Online Degree
from a Top
College!
www.KnowledgeStop.com

Online Masters
Degrees
Convenient Online
Programs, 100+
Accredited Schools
- Learn More!
ClassesUSA.com

MU - Online
Degrees
Accredited Online
Degrees & courses
Free Catalog &
Credit Evaluation.
www.MadisonUniversity.c

No Exam Masters,
MLA, MPM
No required
courses. Approved
by Fortune 500
firms. Learn by
writing
www.rushmore.edu

Page 3 of 3

The Harvard Crimson Online :: Magazine

- Wirehog launches (first week in November)
- Zuckerberg meets with East Coast investors

**NOVEMBER 30 – 910,000**

- Angel investor Peter Thiel throws One Million User Party at Frisson (San Francisco)

**JANUARY 16 – 1.3 million**

- Casa Facebook moves to Menlo Park
- Press representative Chris Hughes moves to France

**FEB 7 – 1.5 million**

- National Beirut Tournament briefly launched, cancelled
- First European schools launched

Web Marketing
Weight Loss Pill
School Fundraisers: Fundraising
California Mortgage
Ltd. edition art & collectibles
Best Student Credit Cards
iambigbrother
North Cyprus Estate Agent
Enzyte

paid advertising

Shops And Services UK
Buy Coldplay Tickets Online
Techy Links
School Fundraisers: Fundraising
California Mortgage

Ltd. edition art & collectibles
Best Student Credit Cards
iambigbrother
North Cyprus Estate Agent
Enzyte

Life Quote
Dental Plans from $79/year!
Software Downloads
Alaska Tours: Princess Lodges
Natural Breast Enhancement

Copyright © 2005, The Harvard Crimson Inc. | Privacy Policy | Terms and Conditions