| | | | |
|---|---|---|---|
| 01:13:08 | 1 | A. | However, as I said before, he was unable and |
| 01:13:11 | 2 | | not allowed to use the same proprietary |
| 01:13:13 | 3 | | information and functionality and business |
| 01:13:15 | 4 | | models and everything that we conveyed to |
| 01:13:17 | 5 | | him for another project like that. |
| 01:13:20 | 6 | Q. | Was he allowed to pull upon anything else -- |
| 01:13:24 | 7 | | well, let me say, you knew that he was doing |
| 01:13:26 | 8 | | software projects for other people, right? |
| 01:13:28 | 9 | A. | I was aware of Facemash, and that's all I |
| 01:13:30 | 10 | | was aware of when we -- and that's all he |
| 01:13:33 | 11 | | made us aware of that he was involved in. |
| 01:13:35 | 12 | Q. | What about Coursematch? |
| 01:13:36 | 13 | A. | I had not heard of that prior to -- and he |
| 01:13:39 | 14 | | never brought that up. |
| 01:13:42 | 15 | Q. | Had you ever heard of it? |
| 01:13:42 | 16 | A. | I ever heard of it, yes. |
| 01:13:43 | 17 | Q. | What is it? |
| 01:13:44 | 18 | A. | I believe, my understanding is that |
| 01:13:47 | 19 | | Coursematch allows people to basically say |
| 01:13:51 | 20 | | what courses they're in, and then you can |
| 01:13:53 | 21 | | effectively tell what course a person's in |
| 01:13:55 | 22 | | from that website.  But I've never been on |
| 01:13:57 | 23 | | it. |
| 01:13:57 | 24 | Q. | And are you aware about whether people who |
| 01:14:00 | 25 | | are taking similar courses can connect to |

144

| | | |
|---|---|---|
| 01:14:02 | 1 | each other? |
| 01:14:04 | 2 | MR. HORNICK: On Coursematch? |
| 01:14:05 | 3 | MR. CHATTERJEE: Yes. |
| 01:14:06 | 4 | A. Again, I haven't seen the site. I was under |
| 01:14:08 | 5 | the impression that it was -- it allowed |
| 01:14:10 | 6 | people to match up -- they could sort of |
| 01:14:15 | 7 | list what course they're in and find -- I |
| 01:14:19 | 8 | don't know. I don't know the answer. I |
| 01:14:20 | 9 | know it involves people finding people in |
| 01:14:22 | 10 | the classes. |
| 01:14:23 | 11 | MR. HORNICK: I'll object that this |
| 01:14:25 | 12 | is outside the scope and also would require |
| 01:14:27 | 13 | that the witness have access to defendant's |
| 01:14:30 | 14 | confidential information which he hasn't |
| 01:14:32 | 15 | had. |
| 01:14:33 | 16 | Q. Are you aware -- do you know who created |
| 01:14:36 | 17 | Coursematch? |
| 01:14:37 | 18 | A. I'm under the impression that Mark |
| 01:14:41 | 19 | Zuckerberg, that was one of his projects. |
| 01:14:42 | 20 | Q. And do you know if he created it before ever |
| 01:14:46 | 21 | meeting with you or Divya Narendra? |
| 01:14:49 | 22 | A. I believe that he created it prior to |
| 01:14:52 | 23 | meeting with us, but at the time of meeting |
| 01:14:55 | 24 | and throughout our entire relationship he |
| 01:14:58 | 25 | never made us aware of that site. |