IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CONNECTU LLC,<br><br>       Plaintiff,<br><br>v.<br><br>MARK ZUCKERBERG, EDUARDO SAVERIN, DUSTIN MOSKOVITZ, ANDREW MCCOLLUM, CHRISTOPHER HUGHES, and THEFACEBOOK, INC.,<br><br>       Defendants. | Civil Action No. 1:04-CV-11923 (DPW) |
| MARK ZUCKERBERG, and THEFACEBOOK, INC.,<br><br>       Counterclaimants,<br><br>v.<br><br>CONNECTU LLC,<br><br>       Counterdefendant,<br><br>and<br><br>CAMERON WINKLEVOSS, TYLER WINKLEVOSS, and DIVYA NARENDRA,<br><br>       Additional Counterdefendants. | |

**ASSENTED-TO MOTION FOR LEAVE TO FILE A REPLY BRIEF IN SUPPORT
OF THE FACEBOOK DEFENDANTS' CROSS-MOTION FOR PROTECTIVE ORDER**

Defendants Mark Zuckerberg, Dustin Moskovitz, Andrew McCollum, Christopher Hughes, and TheFacebook, Inc. (collectively, the "Facebook Defendants") respectfully file this assented-to motion for leave to file a reply brief in support of their cross-motion for a protective order (D.I. 43). The Facebook Defendants will file their reply brief by September 6, 2005.

Counsel for Plaintiff ConnectU LLC has assented to the Facebook Defendants' filing of this reply brief.

As grounds for this motion, a reply brief is necessary to address new issues raised in Plaintiff's Opposition, and to clarify the record for the Court.

WHEREFORE, the Facebook Defendants respectfully request that the Court grant this assented-to motion to file a reply brief in support of their cross-motion for a protective order, which the Facebook Defendants will file by September 6, 2005.

Dated:  September 2, 2005.                     Respectfully submitted,

                                                                  /s/ Jeremy P. Oczek
Steven M. Bauer
Jeremy P. Oczek
PROSKAUER ROSE LLP
One International Place, 22nd Floor
Boston, MA 02110-2600
Telephone:     (617) 526-9600
Facsimile:     (617) 526-9899
sbauer@proskauer.com
joczek@proskauer.com

G. Hopkins Guy, III*
I. Neel Chatterjee*
Monte M.F. Cooper*
Joshua H. Walker*
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA  94025
Telephone:     (650) 614-7400
Facsimile:     (650) 614-7401
hopguy@orrick.com
nchatterjee@orrick.com
mcooper@orrick.com
jwalker@orrick.com

ATTORNEYS FOR MARK ZUCKERBERG, DUSTIN MOSKOVITZ, ANDREW MCCOLLUM, CHRISTOPHER HUGHES, and THEFACEBOOK, INC.

* Admitted Pro Hac Vice