UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CONNECTU LLC<br><br>Plaintiff,<br><br>v.<br><br>MARK ZUCKERBERG, EDUARDO SAVERIN, DUSTIN MOSKOVITZ, ANDREW MCCOLLUM, CHRISTOPHER HUGHES, and THEFACEBOOK, INC.,<br><br>Defendants. | Civil Action No. 1:04-CV-11923 (DPW)<br><br>District Judge Douglas P. Woodlock |
| MARK ZUCKERBERG, and THEFACEBOOK, INC.,<br>Counterclaimants,<br><br>v.<br><br>CONNECTU LLC,<br>Counterdefendant,<br><br>and<br><br>CAMERON WINKLEVOSS, TYLER WINKLEVOSS, and DIVYA NARENDRA,<br>Additional Defendants on Counterclaims. | |

**AFFIDAVIT OF MONTE COOPER IN SUPPORT OF THE FACEBOOK DEFENDANTS' REPLY IN SUPPORT OF THEIR CROSS-MOTION FOR PROTECTIVE ORDER**

I, MONTE M.F. COOPER, declare as follows:

1. I am an attorney with the law firm of Orrick, Herrington & Sutcliffe LLP, counsel for Defendants Mark Zuckerberg, Dustin Moskovitz, Andrew McCollum, Christopher Hughes, and TheFacebook, Inc. (collectively, the "Facebook Defendants"). I make this Affidavit in support of the Facebook Defendants' Reply in Support of Their Cross-Motion for Protective Order. I am an active member in good standing of the Bar of the States of California and Colorado, and am admitted to appear *pro hac vice* before this court. I have personal knowledge of the facts stated therein and if called as a witness, could and would competently testify thereto.

2. Attached hereto as **Exhibit E** is a true and correct copy of a letter from Monte M.F. Cooper to John F. Hornick, dated August 19, 2005.

3. Attached hereto as **Exhibit F** is a true and correct copy of a letter from Monte M.F. Cooper to John F. Hornick, dated August 22, 2005.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct. This declaration is executed on this 6th day of September, 2005, at Menlo Park, California.

_____
Monte M.F. Cooper

---

State of California

County of San Mateo

Subscribed and sworn to (or affirmed) before me on this 6th day of September, 2005 by MONTE M.F. COPPER, personally known to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

MAGNOLIA SAGMIT-MENDOZA
Commission # 1457012
Notary Public - California
Santa Clara County
My Comm. Expires Jan 13, 2008

_____
Magnolia Sagmit-Mendoza, Notary

(Seal of Notary)