# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CONNECTU LLC,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>MARK ZUCKERBERG, EDUARDO SAVERIN, DUSTIN MOSKOVITZ, ANDREW MCCOLLUM, CHRISTOPHER HUGHES, and THEFACEBOOK, INC.,<br><br>　　　　Defendants.<br><hr>MARK ZUCKERBERG, and THEFACEBOOK, INC.,<br><br>　　　　Counterclaimants,<br><br>v.<br><br>CONNECTU LLC,<br><br>　　　　Counterdefendant,<br><br>and<br><br>CAMERON WINKLEVOSS, TYLER WINKLEVOSS, and DIUVYA NARENDRA,<br><br>　　　　Additional Counterdefendants. | Civil Action No. 1:04-CV-11923 (DPW)<br><br>District Judge Douglas P. Woodlock<br><br>Magistrate Judge Robert B. Collings |

### APPENDIX OF NON-PUBLISHED CASES IN SUPPORT OF DEFENDANTS' REPLY TO CROSS-MOTION FOR PROTECTIVE ORDER

For the convenience of the Court, defendants enclose the following Appendix of Non-Published Judicial Decision cited in Support of their Opposition to Plaintiffs' Motion to Compel.

1. *Northwest Airlines, Inc. v. Local 2000, Int'l Bhd. of Teamsters*, 2000 U.S. Dist. LEXIS 22638 (D. Minn. Feb. 2, 2000) (Exhibit 8)

2. *Staffbridge, Inc. v. Nelson Assocs., Inc.*, No. 024912-BLS, 2004 WL 1429935, at *1 (Mass. Super. June 11, 2004), (Exhibit 9).

3. *Storage Tech. Corp.* v. *Custom Hardware Eng'g & Consulting, Inc*.
   No. 04-1462 (Fed. Cir. Aug. 24, 2005) (Exhibit 10)

4. *In re Triton Energy, Ltd.*,
   2002 U.S. Dist. LEXIS 4326, *13 (E.D. Tex. Mar. 7, 2002), (Exhibit 11).

Dated:  August 18, 2005.                    Respectfully submitted,

                                            /s/Monte M.F. Cooper
                                            Joshua H. Walker*
                                            G. Hopkins Guy, III*
                                            I. Neel Chatterjee*
                                            Monte M.F. Cooper*
                                            ORRICK, HERRINGTON & SUTCLIFFE LLP
                                            1000 Marsh Road
                                            Menlo Park, CA  94025
                                            Telephone:  (650) 614-7400
                                            Facsimile:   (650) 614-7401
                                            hopguy@orrick.com
                                            nchatterjee@orrick.com
                                            mcooper@orrick.com
                                            ddaybell@orrick.com

                                            Steven M. Bauer
                                            Jeremy P. Oczek
                                            PROSKAUER ROSE LLP
                                            One International Place, 22nd Floor
                                            Boston, MA 02110-2600
                                            Telephone:     (617) 526-9600
                                            Facsimile:     (617) 526-9899
                                            sbauer@proskauer.com
                                            joczek@proskauer.com

                                            ATTORNEYS FOR MARK ZUCKERBERG,
                                            DUSTIN MOSKOVITZ, ANDREW
                                            MCCOLLUM, CHRISTOPHER HUGHES, and
                                            THEFACEBOOK, INC.

                                            * Admitted Pro Hac Vice

DOCSSV1:424436.1