UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CONNECTU LLC<br><br>Plaintiff,<br><br>v.<br><br>MARK ZUCKERBERG, EDUARDO SAVERIN, DUSTIN MOSKOVITZ, ANDREW MCCOLLUM, CHRISTOPHER HUGHES, and THEFACEBOOK, INC.,<br><br>Defendants.<br>MARK ZUCKERBERG, and THEFACEBOOK, INC.,<br>Counterclaimants,<br><br>v.<br><br>CONNECTU LLC,<br>Counterdefendant,<br><br>and<br><br>CAMERON WINKLEVOSS, TYLER WINKLEVOSS, and DIVYA NARENDRA,<br>Additional Defendants on Counterclaims. | Civil Action No. 1:04-CV-11923 (DPW)<br><br>District Judge Douglas P. Woodlock<br><br>Magistrate Judge Robert B. Collings |

**[PROPOSED] ORDER GRANTING THE FACEBOOK DEFENDANTS ASSENTED-TO MOTION TO SEAL THE FACEBOOK'S DEFENDANTS' MEMORANDUM IN SUPPORT OF THE FACEBOOK DEFENDANTS' MOTION TO COMPEL PARTICULARIZED IDENTIFICATION OF TRADE SECRETS IN RESPONSE TO THE FACEBOOK DEFENDANTS' INTERROGATORY NO. 2, AND EXHIBITS 2 AND 7 IN SUPPORT THEREOF**

For the reasons fully set forth in the Facebook Defendants' **ASSENTED-TO MOTION**

**TO SEAL THE FACEBOOK'S DEFENDANTS' MEMORANDUM IN SUPPORT OF**

**THE FACEBOOK DEFENDANTS' MOTION TO COMPEL PARTICULARIZED**

**IDENTIFICATION OF TRADE SECRETS IN RESPONSE TO THE FACEBOOK**

**DEFENDANTS' INTERROGATORY NO. 2, AND EXHIBITS 2 AND 7 IN SUPPORT THEREOF,** and GOOD CAUSE having been shown, it is

HEREBY ORDERED that the Facebook Defendants' Assented-To Motion to Seal the Facebook Defendants' Memorandum in Support of the Facebook Defendants' Motion to Compel Particularized Identification of Trade Secrets in Response to the Facebook Defendants' Interrogatory No. 2, and Exhibits 2 and 7 in Support Thereof is GRANTED. It is

FURTHER ORDERED that pursuant to the Stipulated Protective Order entered by the Court in this case, the following documents, exhibits and attachments:

1. **MEMORANDUM IN SUPPORT OF THE FACEBOOK DEFENDANTS' MOTION TO COMPEL PARTICULARIZED IDENTIFICATION OF TRADE SECRETS IN RESPONSE TO THE FACEBOOK DEFENDANTS' INTERROGATORY NO. 2**

2. **EXHIBITS 2 AND 7 TO THE AFFIDAVIT OF MONTE COOPER IN SUPPORT OF THE FACEBOOK DEFENDANTS' MOTION TO COMPEL PARTICULARIZED IDENTIFICATION OF TRADE SECRETS IN RESPONSE TO**.

IT IS SO ORDERED

Dated: _____, 2005

_____
Hon. Douglas P. Woodlock