UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CONNECTU LLC<br><br>Plaintiff,<br><br>    v.<br><br>MARK ZUCKERBERG, EDUARDO SAVERIN, DUSTIN MOSKOVITZ, ANDREW MCCOLLUM, CHRISTOPHER HUGHES, and THEFACEBOOK, INC.,<br><br>Defendants.<br>MARK ZUCKERBERG, and THEFACEBOOK, INC.,<br>Counterclaimants,<br><br>    v.<br><br>CONNECTU LLC,<br>Counterdefendant,<br><br>    and<br><br>CAMERON WINKLEVOSS, TYLER WINKLEVOSS, and DIVYA NARENDRA, Additional Defendants on Counterclaims. | Civil Action No. 1:04-CV-11923 (DPW)<br><br>District Judge Douglas P. Woodlock<br><br>Magistrate Judge Robert B. Collings |

### [PROPOSED] ORDER GRANTING THE FACEBOOK DEFENDANTS' MOTION TO COMPEL AND GRANTING DEFENDANT'S CROSS-MOTION FOR PROTECTIVE ORDER

For the reasons fully set forth in the Facebook Defendants' Motion to Compel Particularized Identification of Trade Secrets in Response to the Facebook Defendants' Interrogatory Number 2, the Court finds that ConnectU's response to Interrogatory Number 2 fails to describes "with **rigorous and focused particularity** what, and only what, the plaintiff[] claim[s] to constitute the trade secrets allegedly misappropriated by ... the defendants that form

-1-

the basis for this law suit," as required by Massachusetts law. *Staffbridge, Inc. v. Nelson Assocs., Inc.*, No. 024912-BLS, 2004 WL 1429935, at *1, 4 (Mass. Super. June 11, 2004). *See also L-3 Communications Corp. v. Reveal Imaging Technologies, Inc.*, No. 035810BLS, 2004 WL 2915743, *13 (Mass. Super. Dec. 2, 2004); *Microwave Research Corp. v. Sanders Associates, Inc.*, 110 F.R.D. 669, 673 (D. Mass. 1986).

Accordingly, the Facebook Defendants' having demonstrated GOOD CAUSE,

IT IS HEREBY ORDERED:

Facebook Defendants' Motion to Compel Particularized Identification of Trade Secrets in Response to the Facebook Defendants' Interrogatory Number is GRANTED, and ConnectU is hereby FURTHER ORDERED to provide a supplemental Response to the Facebook Defendants' Interrogatory Number 2 that lists with rigorous and focused particularity any and all trade secrets ConnectU alleges the Defendants have misappropriated on or before _____.  The Defendants need not produce discovery related to ConnectU's claims until such time as appropriate Supplementation to ConnectU's Response to Interrogatory Number 2 is made.

IT IS SO ORDERED

Dated: _____, 2005

_____<br>Hon. Douglas P. Woodlock