IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CONNECTU LLC,<br><br>    Plaintiffs,<br><br>v.<br><br>MARK ZUCKERBERG, EDUARDO SAVERIN, DUSTIN MOSKOVITZ, ANDREW MCCOLLUM, CHRISTOPHER HUGHES, and THEFACEBOOK, INC.,<br><br>    Defendants. | Civil Action No. 1:04-CV-11923 (DPW)<br><br>District Judge Douglas P. Woodlock |
| MARK ZUCKERBERG, and THEFACEBOOK, INC.,<br><br>    Counterclaimants,<br><br>v.<br><br>CONNECTU LLC,<br><br>    Counterdefendant,<br><br>and<br><br>CAMERON WINKLEVOSS, TYLER WINKLEVOSS, and DIUVYA NARENDRA,<br><br>    Additional Counterdefendants. | |

**APPENDIX OF NON-PUBLISHED CASES AND SECONDARY AUTHORITY IN SUPPORT OF THE FACEBOOK DEFENDANTS' MOTION TO COMPEL PARTICULARIZED IDENTIFICATION OF TRADE SECRETS IN RESPONSE TO THE FACEBOOK DEFENDANTS' INTERROGATORY NO. 2**

For the convenience of the Court, the Facebook Defendants enclose the following Appendix of Non-Published Judicial Decision cited in Support of their Motion to Compel Particularized Identification of Trade Secrets in Response to Facebook Defendants' Interrogatory Number 2.

1.  *L-3 Communications Corp. v. Reveal Imaging Technologies, Inc.*, No 035810BLS, 2004 WL 2915743 (Mass.Super. Dec. 2, 2004), (Exhibit A).

2.  *Staffbridge, Inc. v. Nelson Assocs., Inc.*, No. 024912-BLS, 2004 WL 1429935, at *1 (Mass. Super. June 11, 2004), (Exhibit B).

3.  *Storage Tech. Corp*. v. *Custom Hardware Eng'g & Consulting, Inc.* No. 04-1462 WL 2030281 (Fed. Cir. Aug. 24, 2005) (Exhibit C)

Dated:  September 8, 2005.                    Respectfully submitted,

                    /s/ Monte M.F. Cooper
Joshua H. Walker*
G. Hopkins Guy, III*
I. Neel Chatterjee*
Monte M.F. Cooper*
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA  94025
Telephone:  (650) 614-7400
Facsimile:   (650) 614-7401
hopguy@orrick.com
nchatterjee@orrick.com
mcooper@orrick.com
ddaybell@orrick.com

Steven M. Bauer
Jeremy P. Oczek
PROSKAUER ROSE LLP
One International Place, 22nd Floor
Boston, MA 02110-2600
Telephone:     (617) 526-9600
Facsimile:      (617) 526-9899
sbauer@proskauer.com
joczek@proskauer.com

ATTORNEYS FOR MARK ZUCKERBERG, DUSTIN MOSKOVITZ, ANDREW MCCOLLUM, CHRISTOPHER HUGHES, and THEFACEBOOK, INC.

* Admitted Pro Hac Vice

OCSSV1:424353.1