# EXHIBIT 4

**ORRICK**

ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 MARSH ROAD
MENLO PARK, CA 94025

tel 650-614-7400
fax 650-614-7401
WWW.ORRICK.COM

Monte M.F. Cooper
(650) 614-7375
mcooper@orrick.com

August 31, 2005

*VIA FACSIMILE AND MAIL*

John F. Hornick, Esq.
Troy Grabow, Esq.
Finnegan, Henderson, Farabow,
Garrett & Dunner, LLP
901 New York Avenue, N.W.
Washington, D.C. 20001

Re:   *ConnectU, LLC v. Zuckerberg, et. al..,*
      Civil Action No. 1:04-cv-11923 (DPW)

Dear John:

Pursuant to paragraphs 9-12 of the Second Stipulated Protective Order, the Facebook Defendants hereby request that ConnectU remove the "Confidential" designation that it has attached to its Responses to the Facebook's First Set of Interrogatories. The Facebook Defendants do not believe any of the answers contain information that can be a trade secret or confidential – particularly in light of the public launch of the ConnectU website.

As you know, by making this Request, pursuant to Paragraph 11 of the Second Stipulated Protective Order, the burden now rests with ConnectU to demonstrate that the information contained in those Responses, including ConnectU's Response to Interrogatory Number 2, is in fact confidential. Since a meet-and-confer relating to the adequacy of ConnectU's Response to Interrogatory Number 2 already has been scheduled by the parties to occur on September 1, 2005, I suggest we address this topic at that time.

DOCSSV1:423798.1

**ORRICK**

John F. Hornick, Esq.
Troy Grabow, Esq.
August 31, 2005
Page 2

Meanwhile, if you have any questions about this or any other matter, please do not hesitate to call or write.

Very truly yours,

Monte M.F. Cooper

cc:   John F. Hornick, Esq. (via e-mail)
      Robert B. Hawk, Esq. (via e-mail)
      Daniel K. Hampton, Esq. (via e-mail)
      Steve M. Bauer, Esq. (via e-mail)
      Jeremy Oczek, Esq. (via e-mail)

DOCSSV1:423798.1