# EXHIBIT 6

---------- Forwarded message ----------
Date: Tue, 16 Sep 2003 21:33:55 -0500
From: Course Match <mzuckerb@fas.harvard.edu>
To: mzuckerb@fas.harvard.edu
Subject: Course Match Registration

You're one step away from completing Harvard Course Match registration! All you need to do now is go to this page:

http://localhost/class/confirm.php?id=1063762434

Following the above link will confirm your account and give you access to all the site has to offer.

Here's your login information...

**REDACTED**

Enjoy!
-team zuckerberg

FACE002481