# EXHIBIT 12



In order to use all the features of Club Nexus, you need an account. You can sign up by completing four easy steps. The registration takes approximately five minutes, at most.

Nexus You your personal profile and is used to connect you to others who share your interests, hobbies, and passions. Also included is your buddy list and some statistics about how you relate to the rest of the Nexus community. Specific features include:

- buddy list: this is your list of friends. Add or remove names at any time and sort the list according to name or interest.
- profile: edit and manage your profile based on your changing interests.
- points: collect points with every new buddy you sign up and with every review, event and board message you create. Prizes are given away every month to the point winners!
- connectivity: find out how connected you are to the rest of the Nexus community. The percentage shows how many people in Club Nexus are within 5 degrees of separation from you.
- my groups: create groups of your friends from your buddy list.



In order to use all the features of Club Nexus, you need an account. You can sign up by completing four easy steps. The registration takes approximately five minutes, at most.

NexusNet® is the heart and soul of Club Nexus. It shows you the entire Nexus community at a glance and it's a great tool for finding that hot girl from your American lit. class or that cute guy in your econ discussion section!

Click on of the links below to browse the NexusNet® of the team members:
matt, orkut, tyler

NexusMatch® shows you the list of Nexus members with the matching scores. Here you see the people that match you best in terms of your common friends, favorites and personality. NexusMatch® PalCart shows you the list of Nexus members that you would like to meet. If someone in your PalCart adds you to his/her PalCart as well, both of you get an email notification indicating a match. It was never easier to make friends.

NexusDate® allows you to put your own personal add. See who is interested and find a cute girl or a hot guy. Interaction is done through nick names and is completely anonymous. Exchange messages and meet the person of your dreams.



In order to use all the features of Club Nexus, you need an account. You can sign up by completing four easy steps. The registration takes approximately five minutes, at most.

StudyGroups: You will never have to study alone. Submit your study list and join a stud group. Post questions about your classes on the message board, which are then emailec to the members of your study group and create study sessions with the Nexus event creator.

SocialGroups: Create your own special purpose social group. Want to start a group for ultimate, golfing, XBox networking, or clubbing in SF? Use Nexus Groups to coordinate activities with members through the message board, or create events for your group.





In order to get your Nexus password, please complete the following 4 easy steps. The registration takes five minutes at most. Your profile will be the most important part of your membership at **Club Nexus** and you will have to do it only once, although you can change the information at any time. The more complete and accurate profile you will provide us with, the easier will it be for you to connect to others and the more fulfilling experience will you have. The fields marked by ✱ are the required fields. Welcome on board!

### Account Information

- Stanford username: (SUNet ID) ✱
- nexus username: ✱
- enter password: ✱
- confirm password: ✱
- first name: ✱
- middle name:
- last name: ✱
- nickname:
- Stanford email: ✱

---

- gender: ○ male  ○ female ✱
- sexual preference: ○ straight  ○ gay  ○ bisexual  ○ curious
- birthdate: month  day  year ✱
- major: major ✱
- academic denomiation: ○ undergraduate  ○ graduate ✱
- year: year ✱
- dorm/residence: dorm/residence ✱
- high school:
- college: (for grad students)
- phone number:
- home country: ✱
- home state: state ✱
- home city:

website: [ ]
url of your picture: [ ]

### Personal Description

[proceed]  [reset]





This site was brought to life with the help and support of many people. We would like to thank to all the incredible people that we work with. There are too many to name here, but we would like to say a special thanks to *Lada Adamic, Josh Bartel, Renee Cafaro, Caroline Campbell, Gregory Defouw, TJ Giuli, Tyson Hendricksen, Sergio Marti, Hector Garcia-Molina, Toby Hyde, Andy Kacsmar, Oliver Kaljuvee, Sandy Kory, Molly Meneely, Ben Moverry* & *Wang Lam*.

More volunteers are always welcome =)