# EXHIBIT 13

# Club Nexus



time to launch:

**It's here!**

Stay tuned! We designed and implemented Club Nexus from scratch!

Lots of new features coming up. Some of our features:

- Vitals: SQ, Average Path, Clustering Coefficient, MatchRank
- Directory: Connectors, Butterflies, More Search Options
- Nexus.Net: Customized Nets, New Layout, More functionality
- Events: Scheduling, Reminders
- Blogs: On-line journal
- Notifications: Birthdays, Blogs, Expressions,
- Nexus.Mail: Messaging via Nexus.Net
- My.Profile: Avatars, Free Expressions, Arts & Craft

All your information will be automatically transferred to the new system. You will get an email notification after we launch the new Web site.

Questions? email nexus@db.stanford.edu