# EXHIBIT 14

- home
- directory
- nexus.net
- nexus.mail
- events
- forum
- get.real
- my.profile

Club Nexus is an online community **only** for Stanford students. To sign up on **Club Nexus**, simply choose a **username, password** and enter a valid **Stanford email** address (i.e. *jdoe@stanford.edu*). An activation code will then be sent to that accou The first time you login, we will ask you to enter this activation code to start the registration process.

Club Nexus username:
Club Nexus password:
Confirm password:
Stanford email: