# EXHIBIT 15

Next

In order to use all the features of Club Nexus, you need an account. You can sign up by completing three easy steps. The registration takes approximately three minutes, at most.

Sign up!

**The hub of Club Nexus' database of over 2,200 Stanford students. Conduct searches based on multiple categories, find members' profiles fast with the alphabetized index, and see who is the most connected and socially active in the Nexus community.**

The *Connectors* are those Club Nexus members with the shortest average social distance ("average shortest path") to anyone in the Club Nexus network.

|    | name | avg path | username |
|----|------|----------|----------|
| 1  | Kenneth Easwaran | 2.854 | easwaran |
| 2  | Renee Cafaro | 2.873 | reneec |
| 3  | Carolyn Quam | 2.933 | quam-bomb |
| 4  | Sasha Cox | 2.952 | sasha |
| 5  | Dorothy Leung | 2.958 | hotdot |
| 6  | Trevor Kokal | 2.976 | spliffy |
| 7  | Joel Gedalius | 2.985 | sanity |
| 8  | Caroline Campbell | 2.985 | caroline |
| 9  | Elsie Gyang | 2.992 | hella pink |
| 10 | Sean Fenton | 3.005 | sfenton |

*Butterflies* have the most varied and widely dispersed social network. The clustering coefficient, used to quantify this observation, is a measurement of the likelihood that one of your friends knows another one of your friends in your social network.

butterflies

| name | coeff | username |
|------|-------|----------|

Club Nexus - Home

|   |                   |        |            |
|---|-------------------|--------|------------|
| 1 | Kenneth Easwaran  | 0.0085 | easwaran   |
| 2 | Marisa Macias     | 0.01   | marisa     |
| 3 | Dorothy Leung     | 0.0144 | hotdot     |
| 4 | Renee Cafaro      | 0.0151 | reneec     |
| 5 | Armando Yanez     | 0.0158 | armando    |
| 6 | Carolyn Quam      | 0.0175 | quam-bomb  |
| 7 | Joel Gedalius     | 0.0175 | sanity     |
| 8 | Elsie Gyang       | 0.0184 | hella pink |
| 9 | Sasha Cox         | 0.0256 | sasha      |
| 10| Trevor Kokal      | 0.0256 | spliffy    |

**expressions:** Violin

Caroline Campbell



| | |
|---|---|
| gender | female |
| birthday | may 8th |
| major | Symbolic Systems |
| activity/group | Stanford Symphony Orchestra |
| sexual preference | straight |
| relationship status | committed |
| ethnicity | White/Caucasian |
| social activities | Ballroom Dancing, Barbequing, Billiards, Clubbing, Hip-hop Dancing, Hot tubbing, Miniature Golfing |
| water sports | Swimming |
| other activities/sports | Couch Potatoing, Hiking, Ice Skating, Jogging, Ultimate Frisbee |
| music | Classical, Easy Listening, Jazz, Latin, Rap/Hip Hop, Rock, Soul/R&B, Techno |
| city | Palo Alto |
| state | CA |
| country | USA |

books   Art & Photography, Biography, Classics, Fiction & Literature, Mystery & Thriller, Psychology, Religion & Spirituality, Travel
movies  Backgammon, Ballroom Dancing, Board Games, Bridge, Dominoes, Freestyle Frisbee, Hip-hop Dancing, Miniature Golfing

about | privacy | contact