# EXHIBIT 16

# classmates.com®

| HOME | MESSAGE CENTER | MY PROFILE |

**About Classmates Online, Inc.**

- SCHOOLS
- COLLEGES
- WORKPLACES
- MILITARY
- GROUPS
- REUNIONS
- MY NETWORK

**About Contents**

About Us
Advertise with Us
Business Development
Press Coverage
Press Releases
Management Team
Careers

**Press Release**

**Classmates Exceeds 16 Million Members**

*World's largest high school directory adds 80,000 to 100,000 members per day*

RENTON, WA - Apr 9, 2001 - Classmates.com™, the world's best place to reunite, today announced its directories surpassed 16 million members, making Classmates.com the largest online reunion destination. The company's high school and military directories add 80,000 to 100,000 members per day, allowing users to quickly locate and reconnect with friends.

Classmates.com's member benefits include Classmates Email, message boards, chat rooms, photo file sharing, the reunion center, the world's largest celebrity yearbook archive, nostalgic trivia and more. Classmates.com's service highlights include:

- Recognition as one of the top 50 most highly trafficked Web properties by Nielsen/NetRatings
- Over 50,000 high schools and nearly 40,000 reunion contacts
- Largest non-governmental listing of military personnel with over 600,000 members from 25,000 installations and 6,000 ships
- Online reunions resulting in hundreds of marriages, rekindled romances, and the meeting of long lost friends and family members

**Featured Li**

- Photos of Sin
- Netflix DVD F
- People Searc
- Order Alumni
- Great Master
- Free Car Quo
- Refi-Save $1!
- Dell Home PC

- Partner Off
- Partner Off



- Support of over 15,000 class reunions per year.

"Achieving over 16 million members is testimony to the value of Classmates.com's service," said Michael Schutzler, president and chief executive officer of Classmates.com. "Classmates.com offers a complete communications package, making it easy for members to search for, find, and connect with friends, teachers and military personnel. We are dedicated to delivering an unparalleled user experience through continuous innovation and implementation of additional resources that support our members ability to reunite online."

Classmates.com will expand its member base with additional directories including elementary & junior high, college & university, teacher & staff, corporate, and international. These directories enable members to reunite with friends and co-workers from different stages of their lives.

**About Classmates Online, Inc.**

Classmates Online, Inc., founded in 1995 and based in Renton, WA, is a leader in online social networking. The company operates Classmates.com (www.classmates.com), connecting millions of members throughout the U.S. and Canada with friends and acquaintances from school, work and the military. Its Classmates International subsidiary also operates leading community-based networking sites in Sweden, through Klassträffen Sweden AB (www.stayfriends.se), and in Germany, through StayFriends GmbH (www.stayfriends.de). Classmates Online is a wholly owned subsidiary of United Online, Inc. (Nasdaq: UNTD). For more information about United Online and its Internet subscription services, please visit www.untd.com.

**Press Contacts:**

John Uppendahl,
Vice President of Public Relations & Community Affairs
john.uppendahl@classmates.com, 425.917.4933

Joanne Petitto,
Public Relations & Community Affairs Manager

joanne.petitto@classmates.com, 425.917.4927

Online pressroom: www.classmates.com/cmo/about

- Partner Offer -

I'm a    seeking a
Woman    Man
Age: [ ] to [ ]   ZIP: [ ]
[Find My Match]

- Partner Offer -



Get the next generation of IM Smileys!
It's FREE!

**Special Offers**

**Yahoo! Personals**
View photos of available singles now!

**Intelius**
Find Anyone
Try Maiden Name

**Dell Deals!**
Get more out of now at Dell.
1/3 off Desktops. Details

**LendingTree.com**
Home Equity Loans
Our lenders offer up to 125% of your home's value!

- Partner Offer -

VIEW PHOTOS OF SINGLES IN YOUR AREA TODAY!



**Classmates Home | My Profile | My Account | Careers | Help | Log In**

About Classmates Online | About United Online | Advertisers | Investors | Terms of Service | Privacy Policy | Your California Privacy Rights

Copyright © 1996-2005 Classmates Online, Inc. All Rights Reserved.

CLASSMATES ONLINE IS A UNITED ONLINE COMPANY