# EXHIBIT 18

**MIT's Oldest and Largest Newspaper**

# The Tech

**Established 1881**

**The Weather**
Today: Partly cloudy, 43°F (6°C)
Tonight: Cloudy, cold, 25°F (-4°C)
Tomorrow: Cloudy, warmer 47°F (8°C)
Details, Page 2

Volume 124, Number 4          Cambridge, Massachusetts 02139          Friday, February 13, 2004

## Bush Appoints Vest To New Commission

**By Kathy Lin**
*NEWS EDITOR*

MIT President Charles M. Vest has been appointed by U.S. President George W. Bush to a commission that will review the nation's intelligence capabilities and processes with regard to weapons of mass destruction.

The Commission on the Intelligence Capabilities of the United States Regarding Weapons of Mass Destruction, created via Executive Order on Feb. 6, will report its findings and recommendations to the President by the end of March 2005.

In an MIT press release, Vest said, "This assignment is a call to major national service and I will work to the best of my abilities together with my fellow members to accomplish the goals of this independent Commission. The issues to be addressed are of profound importance."

Vest is one of three academic figures to serve on the committee. He will serve alongside Henry S. Rowen, Professor of Public Policy and Management at Stanford Graduate School of Business, and Richard Levin, President of Yale

Vest, Page 15

## MIT Begins Conducting Student Billing Online

**By Mike Rolish**
*STAFF REPORTER*

MIT is phasing out paper student bills this spring as it transitions to MITPAY, a new electronic billing system that will go online on will go online on Feb. 19.

According to Sandra Chauncey, director of student accounts for Student Financial Services, only one copy of a student's bill will be sent from February to June. The bill will be sent to students only; duplicate bills have been discontinued.

Starting in July, paper bills will be discontinued entirely, and all billing information will be presented online through MITPAY.

"Instead of getting a paper bill delivered to them at their residence, students will get an e-mail alerting them their bill is ready," Chauncey said.

**Students to control billing**

Students will have to specify a different billing address on WebSIS if they want the bill to go somewhere other than their term address, including a parent's residence. The next bill will be sent to that address on Feb. 13.

Students will access MITPAY through WebSIS, Chauncey said. They will have the option of specifying up to six additional people to access their financial records through the SFS web site. Currently, parents do not have access to student financial records via WebSIS.

"The students are in control," Chauncey said.

MITPAY also will enable electronic payments via the Automated Clearing House (ACH) Network, an electronic money transfer system, Chauncey said. "Currently, the only way we can take payments from students and their families is check, money order, or cash," she said.

**System to save on cost, hassle**

"We looked at best practices at other universities. With electronic billing, service to students and their families increases dramatically," Chauncey said.

"This is a customer service initiative," said Cynthia Stanton, communications officer for Student Financial Services.

In addition, the Institute expects to save money by switching over to the new system. Chauncey cited envelope, paper, printing, banking, and labor costs that would not be

MITPAY, Page 14



*PETER R. RUSSO--THE TECH*
The site of the future Media Lab expansion on the corner of Ames and Amherst Streets, as seen from the Green Building. Since the project stalled, the former location of building E10 has remained an empty lot.

## Lack of Funds Slows Construction

**By Kathy Dobson**
*STAFF REPORTER*

Several construction projects on and around the MIT campus have been slowed down or put on hold because of budget cuts and difficulties in raising funds.

Among these projects are a new arts building, an east campus project, a new physics building, and an extension to the Media Lab.

**Arts Center in design**

A Music and Theater Arts Teaching Laboratory is in the initial stages of design and will be "considered for further design work pending progress on fundraising," according to the most recent Town Gown Report presented to the Cambridge Planning Board by MIT.

The Teaching Laboratory is expected to be approximately 36,000 square feet and to be located at the corner of Albany Street and Massachusetts Avenue in front of the MIT nuclear reactor, where a parking lot is currently located. The location will serve as a "window for the city into art at MIT," said John R. Curry, executive vice president of the Institute.

The purpose of the new facility is to provide classroom, studio and rehearsal space to the growing performing arts activities around MIT, said Alan Brody, associate provost for the arts. The construction of space solely dedicated to perform-

Towngown, Page 18

### Russell G. Clisbee

Russell G. Clisbee, a custodian at MIT, passed away on Monday, Feb. 9. According to an e-mail written by Rod Garcia, director of admissions for the Sloan School of Management, Clisbee was an employee of MIT for 23 years.

The MIT Police received a call around 8 a.m. on Monday from someone who said that the door to a men's bathroom on the first floor of E51 would only open a few inches and that he could see someone lying on the floor inside, said John Di Fava, director of security and campus police services.

Lt. Albert F. Pierce Jr., one of the officers who responded to the scene several minutes after the call, said that there was no indication of foul play.

The MIT police checked the body for vital signs and contacted the Cambridge Fire Advanced Life Support. Clisbee was later pronounced dead. Following standard procedure, the investigation was handed over to the District Attorney's office, Di Fava said.

The investigation "is not being treated as suspicious," said Seth Horwitz, a spokesman for the Middlesex County District Attorney's Office. He said that it appears that Clisbee died of natural causes.

Clisbee was in his late 50's, Di Fava said.

Clisbee is survived by two members of the MIT community: his wife, Elizabeth A. Mulcahy, an administrative assistant in the admissions office, and his brother, Paul F. Clisbee, a maintenance mechanic in the department of facilities.

According to an obituary in the *Globe*, Clisbee also has a daughter, Kimberly, and another brother, Calvin. A wake was held yesterday evening, and a funeral followed by a mass will be held today.

"Known to always sport a smile and a slanted cap, Russell was a valued member of the Sloan community who will be missed," wrote Garcia.



*BRIAN HEMOND--THE TECH*
The lights of Building 10 reflect off a sheet of ice coating Killian Court. Temperatures will drop to well below freezing towards the end of the weekend.

---


Women's basketball wins with a buzzer beater.
Page 19


Comics
Page 13

**NEWS**
A revamped Harvard-MIT Matchup brings new hope to the lonely this Valentine's Day.
Page 17

World & Nation ............. 2
Opinion ................... 4
Features .................. 7
Arts ..................... 10
Events Calendar .......... 13
Sports ................... 20

# Matchup Inspires Online Love

**By Waseem S. Daher**
*ASSOCIATE NEWS EDITOR*

Valentine's Day. Usually this would probably mean another Saturday night in the Athena cluster. But fear not, lonesome MIT geeks — your prayers have been answered.

An online dating service for Boston-area college students, the MIT Match-Up has returned better than ever. Last year's service had over 3,200 participants.

The organizers say that they have addressed the concerns over privacy that arose last year in this new version. Match-Up is under new management, and has added new privacy features including the ability to block e-mails from unwanted users.

But maybe Match-Up isn't your thing. Fear not, there's always the MIT Black Morbid Fling Together. Partially a parody, partially a matching service, Fling might meet your needs for something different.

### Match-Up evolves from last year

Last year's service, of the same name, was designed and run by Jonathan G. Monsarrat '89, and was a one-time service which ran only for Valentine's Day.

The service, while popular, also shared in a bit of controversy. Monsarrat both ran and participated in the service, matching himself up with more people than any other participant, he said.

A few Harvard students later complained to MIT and the Harvard police about Monsarrat's e-mails. The complaints did not result in criminal charges, but to assuage potential worries, the service is under new management, with more emphasis placed on privacy concerns.

The current MIT Match-Up is run by Michael D. Sekora '05, Mandeep Singh '05, and David E. Kloster '05. They intend to run the service constantly, not just as a one-time Valentine's Day service. "The service is going to be on-going," and is not just limited to Valentine's Day, Kloster said.

"We plan on running the system for about a month. The plan is, though, to overhaul the entire system," to improve the efficiency and robustness of the service, he said.

The service is in need of a revamp, because "a lot of the features and code are based on last year's system," Kloster said.

### New Match-Up focuses on privacy

Privacy is a concern taken quite seriously by the match-up service. "All of our users have our personal guarantee that we have taken every step to ensure their privacy," Kloster said.

The service, which launched on Feb. 6, has been wildly successful, boasting a user base of over 1,200 users as of this writing.

"The purpose of the MIT Match-Up service is to increase the overall social opportunities for members of the MIT community, and members of certain colleges in the Boston area," Sekora said.

"Students, staff, and alumni" from Boston College, Boston University, Brandeis, Harvard, Harvard Teaching Hospitals, MIT, Tufts, and Wellesley can participate in the service, according to the Match-Up web site, available at http://matchup.mit.edu/.

One step taken to ensure privacy is that the real contact information of the users of the service is not revealed. When a user browses the database, he or she can view the profiles, essays, and pictures of other users, but he or she only sees the aliases they have created for themselves, and not their real e-mail addresses.

If a particular profile strikes a user's fancy, that user can send the creator of the profile an e-mail via the match-up service. Here, too, the user's privacy is protected. "The person who is getting [the e-mail] will only know that it's coming from your username," Singh said.

In addition, MIT Match-Up allows users to filter out unwanted e-mails from other users. "If someone is e-mailing you and you're really not liking that person, it's no problem," Sekora said. "All you do is block them, and they can't search for you and can't e-mail you," he said.

Sekora, Kloster, and Singh go further by mandating that anyone with access to the actual system data cannot participate in the service, to ensure that there is no conflict of interest.

"For the most part, the service is self-running," Singh said, but in the event that something needs to be changed in the actual user data, Match-Up has "core administrators."

"Only the core administrators have direct access to user information," Sekora said. He went on to say that the identities of these core administrators would be kept private, because they "don't want any pressure on the core administrators."

However, Sekora, Mandeep, and Kloster were all adamant that the core administrators would not participate in the service. "That is a guarantee," Kloster said.

### Volunteers get multiple profiles

To help make sure the service runs smoothly, the administrators went looking for volunteers. Signing up as a volunteer, which can be done from MIT Match-Up's web site, allows a user to create multiple profiles, "for example one daringly sexy and one more reserved," according to the site.

This reward is offered to encourage people to volunteer, as "a carrot to get people involved," Singh said.

However, this should not be a privacy concern for the users of the system. When a user is blocked, all of his or her personas are blocked. "You don't have to deal with their other personalities," he said.

### 'Fling' parodies Match-Up

Posters advertising the MIT Match-Up have been put up around campus. Next to some of them have appeared posters for the "MIT Black Morbid Fling Together."

According to its web site, http://fling.mit.edu/, the Black Morbid Fling Together is for you "whether you're looking for someone to take your mind off your recent breakup, someone to distract you from your homicidal urges, or just someone to sit around naked drinking beer and shooting up with."

The creators of the MIT Fling service declined wrote in an e-mail that "we began this service in the spirit of a hack, and feel it would be inappropriate to reveal our identities."

The fling service began last year as a parody to last year's match-up service. The service is hosted on a computer registered to Jennifer T. Tu '05.

MIT Match-Up's creators did not seem bothered by the fling service's spoof of their site. "We thought it was pretty amusing," said Kloster.

The last day for signing up for the MIT Morbid Black Fling is today at 5 p.m., according to the site. Contact information for the matches that the fling service generates is then e-mailed to the users that signed up.





**Solution to Crossword**
*from page 12*

| C|O|O|T| |A|G|G|R|A|V|A|T|E|D |
|-|-|-|-|-|-|-|-|-|-|-|-|-|-|-|
|A|R|T|E| |R|I|T|A|M|O|R|E|N|O|
|T|A|T|S| |A|T|O|M|I|C|M|A|S|S|
|S|T|O|L|E| | | |S|E|E| |P|I|S|
|C|O|R|A|L|S|E|A| | |D|O|L|E| |
|A|R|I| |C|O|N|S|T|I|T|U|T|E|S|
|N|I|N| |A|W|A|K|E|N|E|D| | | |
|S|O|O| |J|I|M| |N|F|L| |C|A|M|
| | | |C|O|N|O|I|D|A|L| |Y|M|A|
|S|T|R|O|N|G|R|O|O|M|S| |R|U|N|
|C|R|E|W| | |U|N|Y|O|K|I|N|G| |
|H|U|D| |S|P|A| | |N|A|L|D|I| |
|E|M|A|S|C|U|L|A|T|E| |A|L|S|O|
|M|A|N|H|A|N|D|L|E|D| |B|I|E|N|
|E|N|T|E|R|T|A|I|N|S| |A|C|N|E|



Present:
The 2003-2004 EMBS-BMES Distinguished
Lecture Series

### The Drug Discovery Process:
### An Industrial Perspective

**W. Stephen Faraci**

Senior Director, Discovery Technology Center
Pfizer Global R & D, Cambridge, MA

Tuesday, February 17th 2004
7PM (Refreshments at 6:30PM)
MIT Building 66, 25 Ames St., Rm 66-110

For questions please contact: Mandy Yeung
(mandyy@mit.edu) BMES VP of Special Programs

# DORM DIRECTOR:

▶ Person in the dorm who always has a good downloaded movie handy.

THE NEWEST WAY TO GET HIT MOVIES: DOWNLOAD THEM.
STUDENTS GET 25% OFF* ALL MOVIES AT COLLEGE.MOVIELINK.COM








Case 1:04-cv-11923-DPW    Document 65-19    Filed 09/08/2005    Page 3 of 3