# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

CONNECTU LLC

       Plaintiff,

v.

MARK ZUCKERBERG, EDUARDO
SAVERIN, DUSTIN MOSKOVITZ, ANDREW
MCCOLLUM, CHRISTOPHER HUGHES, and
THEFACEBOOK, INC.,

       Defendants.

MARK ZUCKERBERG, and
THEFACEBOOK, INC.,

       Counterclaimants,

v.

CONNECTU LLC,

       Counterdefendant,

and

CAMERON WINKLEVOSS, TYLER
WINKLEVOSS, and DIVYA NARENDRA,

       Additional Counterdefendants.

Civil Action No. 1:04-CV-11923 (DPW)

District Judge Douglas P. Woodlock

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that true and correct copies of The Facebook

Defendants' **MEMORANDUM IN SUPPORT OF THE FACEBOOK DEFENDANTS'**

**MOTION TO COMPEL PARTICULARIZED IDENTIFICATION OF TRADE SECRETS**

**IN RESPONSE TO THE FACEBOOK DEFENDANTS' INTERROGATORY NO. 2**

**W/EXHIBIT 2 AND 7 [ALL FILED UNDER SEAL]** were served by Federal Express

Overnight Courier on September 8, 2005 to the following:

DOCSSV1:424880.1

Daniel K. Hampton, Esq.
HOLLAND & KNIGHT, LLP
10 St. James Avenue, 11th Floor
Boston, MA 02116
617-523-6850 (fax)

Robert B. Hawk, Esq.
HELLER EHRMAN, LLP
275 Middlefield Road
Menlo Park, CA 94025
650-324-0638 (fax)

Steven M. Bauer, Esq.
PROSKAUER ROSE LLP
One International Place, 14th Floor
Boston, MA 02110-2600
617-526-9899 (fax)

John F. Hornick
Troy E. Grabow
Finnegan, Henderson, Farabow, Garrett & Dunner, LLP
901 New York Avenue N.W.
Washington, DC 20001
(202) 408-4400 (fax)

Johnathan M. Gelchinsky
Margaret A. Esquenet
Finnegan, Henderson, Farabow, Garrett & Dunner, LLP
1300 I Street N.W.
Washington, DC 20005-3315
(617) 452-1666 (fax)

Lawrence R. Robins
Finnegan, Henderson, Farabow, Garrett & Dunner, LLP
55 Cambridge Parkway
Cambridge, MA 02142
(617) 452-1666 (fax)

_____
Marilyn Ortiz