# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CONNECTU LLC,<br><br>                    Plaintiff,<br><br>     v.<br><br>MARK ZUCKERBERG, EDUARDO SAVERIN, DUSTIN MOSKOVITZ, ANDREW MCCOLLUM, CHRISTOPHER HUGHES, and THEFACEBOOK, INC.,<br><br>                    Defendants.<br>MARK ZUCKERBERG and THEFACEBOOK, INC.,<br><br>                    Counterclaimants,<br><br>     v.<br><br>CONNECTU LLC,<br><br>                    Counterdefendant,<br><br>     and<br><br>CAMERON WINKLEVOSS, TYLER WINKLEVOSS, and DIVYA NARENDRA,<br><br>       Additional Counterdefendants. | CIVIL ACTION NO. 1:04-cv-11923 (DPW)<br><br>District Judge Douglas P. Woodlock<br><br>Magistrate Judge Robert B. Collings |

## **[PROPOSED] ORDER**

For the reasons fully set forth in Plaintiff's Motion to Compel the Production of Documents in Response to Production Request Nos. 42, 44-46, 70-71, 85-96, 98-105, 107-110, 113, and 169, Defendants are hereby ordered to produce documents responsive to Plaintiff's Production Request Nos. 42, 44-46, 70-71, 85-96, 98-105, 107-110, 113, and 169, no later than _____, 2005.

**SO ORDERED**

DATED: _____                    _____
                                          District Judge Douglas P. Woodlock

                                          Magistrate Judge Robert B. Collings