# REDACTED

age 1

**From:** "Cameron Winklevoss" <winklev@fas.harvard.edu>
**To:** "Mark Elliot Zuckerberg" <mzuckerb@fas.harvard.edu>
**Date:** 1/14/04 9:45PM
**Subject:** hey

hey mark,
good meeting today.  Please let me know of anything/questions that comes up.  I'll be happy to try and answer/help with them.
Cheers,
Cameron

C004625