"I won't philosophize and will be read."

paid advertising

| Online MBA Programs | Interior Design Schools | Online Nursing Programs | Colleges in California |
| Online Colleges | Online College Degrees | Online Universities | Interior Decorating Schools |
| Culinary Art Schools | MBA Degrees Online | Technical Schools | Online Colleges & Degrees |
| Fashion Design Schools | Medical Career Schools | Trade Schools | Colleges in Chicago Illinois |
| Online Colleges | Directory of Colleges | Vinyl Replacement Windows | Colleges in Florida |
| Graphic Design Schools | Online Masters Programs | Online Degree Programs | MBA Programs Online |



> SEARCH
Advanced Search

- Today's Issue
- In This Archive:
- Front Page
- News
- Opinion
- Sports
- * Magazine
- Arts
- Photo Gallery
- Comics
- OnAir
- Archives
- Classifieds
- Corrections
- E-Digest
- Web Specials
- About THC
- Advertising
- Contact
- Deliveries
- Rights/Permissions
- Summer Academy
- Alumni Website
- Make a Donation

MAGAZINE

Published on Thursday, February 24, 2005

# How They Got Here

By FM STAFF

In just a year, TheFacebook has seen seemingly unrestrained growth. Here are some highlights from the past twelve months.

**FEBRUARY 4**

- Zuckerberg launches TheFacebook during Harvard's shopping week
- The site runs off of one server for $85 per month

**FEBRUARY 18 – 4,300 users**

- Zuckerberg is first approached by investors

**LATE FEBRUARY - MARCH 5 – 10,000**

- Moskovitz is enlisted to expand site to other schools
- TheFacebook reaches Columbia, Yale, Stanford

**MARCH 31 – 31,000**

- The site now runs off of 5 servers, costing $450 per month

ARTICLE OPTIONS
> Email this article to a friend
> Send a letter to the editor
> Print this article



The Harvard Crimson Online :: Magazine

Ads by Gooooogle

Online Education
Advance Your Career Quickly with an Online Degree from a Top College!
www.KnowledgeStop.com

Online Masters Degrees
Attend Leading Colleges Nationwide From Your Own Home. Learn How!
ClassesUSA.com

MU - Online Degrees
Accredited Online Degrees & courses Free Catalog & Credit Evaluation.
www.MadisonUniversity.c

No Exam Masters, MLA, MPM
No required courses. Approved by Fortune 500 firms. Learn by writing
www.rushmore.edu

PAID ADVERTISING:
Donate Car

**APRIL 14 – 51,910**

- TheFacebook moves its servers to a boutique hosting service near Zuckerberg's new York hometown

**APRIL 25 – EARLY MAY – 82,000**

- Moskovitz leads nationwide expansion
- Saverin experiments with national advertising
- Zuckerberg and McCollum begin discussing Wirehog

**JUNE 10 – LATE JUNE – 160,000**

- TheFacebook moves to Palo Alto, California
- Sean Parker, two interns join the team
- Saverin goes to New York

**JULY 21 – AUGUST 25 – 190,000**

- TheFacebook falls $50,000 in debt
- Zuckerberg meets with investors
- The team redesigns and relaunches the site

**EARLY SEPTEMBER – 250,000**

- ConnectU files lawsuit against TheFacebook
- Casa Facebook moves to Los Altos, CA
- D'Angelo, Saverin, interns return to school.

**OCT 21 – 500,000**

Ads by Gooooogle

Online Education
Advance Your Career Quickly with an Online Degree from a Top College!
www.KnowledgeStop.com

Online Masters Degrees
Convenient Online Programs, 100+ Accredited Schools - Learn More!
ClassesUSA.com

MU - Online Degrees
Accredited Online Degrees & courses Free Catalog & Credit Evaluation.
www.MadisonUniversity.c

No Exam Masters, MLA, MPM
No required courses. Approved by Fortune 500 firms. Learn by writing
www.rushmore.edu

- Wirehog launches (first week in November)
- Zuckerberg meets with East Coast investors

**NOVEMBER 30 – 910,000**

- Angel investor Peter Thiel throws One Million User Party at Frisson (San Francisco)

**JANUARY 16 – 1.3 million**

- Casa Facebook moves to Menlo Park
- Press representative Chris Hughes moves to France

**FEB 7 – 1.5 million**

- National Beirut Tournament briefly launched, cancelled
- First European schools launched

Web Marketing
Weight Loss Pill
School Fundraisers: Fundraising
California Mortgage
Ltd. edition art & collectibles
Best Student Credit Cards
iambigbrother
North Cyprus Estate Agent
Enzyte

paid advertising
Shops And Services UK                Ltd. edition art & collectibles    Life Quote
Buy Coldplay Tickets Online          Best Student Credit Cards          Dental Plans from $79/year!
Techy Links                          iambigbrother                      Software Downloads
School Fundraisers: Fundraising      North Cyprus Estate Agent          Alaska Tours: Princess Lodges
California Mortgage                  Enzyte                             Natural Breast Enhancement

Copyright © 2005, The Harvard Crimson Inc. | Privacy Policy | Terms and Conditions