**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| CONNECTU LLC,<br><br>                Plaintiff,<br><br>    v.<br><br>MARK ZUCKERBERG, EDUARDO SAVERIN, DUSTIN MOSKOVITZ, ANDREW MCCOLLUM, CHRISTOPHER HUGHES, and THEFACEBOOK, INC.,<br><br>                Defendants.<br><br>MARK ZUCKERBERG and THEFACEBOOK, INC.,<br><br>                Counterclaimants,<br><br>    v.<br><br>CONNECTU LLC,<br><br>                Counterdefendant,<br><br>    and<br><br>CAMERON WINKLEVOSS, TYLER WINKLEVOSS, and DIVYA NARENDRA,<br><br>                Additional Counterdefendants. | CIVIL ACTION NO. 1:04-cv-11923 (DPW)<br><br>District Judge Douglas P. Woodlock<br><br>Magistrate Judge Robert B. Collings |

**ASSENTED-TO MOTION FOR LEAVE TO FILE PLAINTIFF'S REPLY
TO DEFENDANTS' OPPOSITIONS TO PLAINTIFF'S MOTION TO
<u>COMPEL ANSWERS TO INTERROGATORY NOS. 6, 9-14, 16, AND 18</u>**

Plaintiff ConnectU LLC hereby moves for leave to file a reply to Defendants' Oppositions to Plaintiff's Motion to Compel Answers to Interrogatory Nos. 6, 9-14, 16, and 18 (attached hereto as Exhibit A).

As grounds for this motion, a reply brief is necessary to address new issues raised in Defendants' Oppositions (separate oppositions were filed by the Facebook Defendants and by Co-Defendant Saverin) and to clarify the record for the Court. New issues raised in the Oppositions are Defendants' new reasons as to why the interrogatory answers are allegedly sufficient and various erroneous statements in Defendants' oppositions that require correction.

Plaintiff's reply (Exhibit A) will clarify these issues and will assist the Court in ruling on Plaintiff's Motion to Compel Answers to Interrogatory Nos. 6, 9-14, 16, and 18. The proposed Order granting this assented-to motion is attached as Exhibit B.

## **CERTIFICATION UNDER L.R. 7.1**

Plaintiff's counsel hereby certifies under L.R. 7.1 that Troy Grabow, counsel for Plaintiff, conferred with Joshua Walker (counsel for the Facebook Defendants) and Dan Hampton (counsel for co-Defendant Saverin), and that they consent to this motion.

DATED:  September 19, 2005

/s/ John F. Hornick_____
Lawrence R. Robins (BBO# 632610)
Jonathan M. Gelchinsky (BBO# 656282)
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, L.L.P.
55 Cambridge Parkway
Cambridge, MA  02142
Telephone:  (617) 452-1600
Facsimile:   (617) 452-1666
larry.robins@finnegan.com
jon.gelchinsky@finnegan.com

John F. Hornick (*pro hac vice*)
Margaret A. Esquenet (*pro hac vice*)
Troy E. Grabow (*pro hac vice*)
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, L.L.P.
901 New York Avenue N.W.
Washington, DC  20001
Telephone:  (202) 408-4000
Facsimile:   (202) 408-4400

Attorneys for Plaintiff and Counterclaim Defendant