IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

CONNECTU LLC,

       Plaintiff,

v.                    C.A. No. 04-1923(DPW)

MARK ZUCKERBERG, EDUARDO SAVERIN,
DUSTIN MOSKOVITZ, ANDREW McCOLLUM,
CHRISTOPHER HUGHES and THE FACEBOOK,
INC.,

       Defendants.


CERTIFIED COPY

---

VOLUME 1

VIDEOTAPED DEPOSITION OF CONNECTU LLC

BY CAMERON H. WINKLEVOSS

Boston, Massachusetts

Tuesday, August 9, 2005

9:44 a.m. to 6:27 p.m.

Reported by:
Jessica L. Williamson, RMR, RPR, CRR
Notary Public, CSR No. 138795

JOB NO. 36599

www.sarnoffcourtreporters.com
46 Corporate Park, Suite 100    445 South Figueroa St., Suite 2950
Irvine, CA 92606                Los Angeles, CA 90071
phone  877.955.3855
fax    949.955.3854


SARNOFF
Court Reporters and
Legal Technologies

| | | |
|---|---|---|
| 10:46:44 | 1 | we take a break for a few minutes, like 10 |
| 10:46:47 | 2 | minutes. |
| 10:46:48 | 3 | MR. HORNICK: All right. |
| 10:46:49 | 4 | THE VIDEOGRAPHER: The time is |
| 10:46:50 | 5 | 10:46. This is the end of Tape 1, and we |
| 10:46:53 | 6 | are off the record. |
| 10:46:54 | 7 | (Recess taken.) |
| 10:57:34 | 8 | THE VIDEOGRAPHER: The time is |
| 10:57:39 | 9 | 10:57. This is the beginning of Tape 2, and |
| 10:57:42 | 10 | we are back on the record. |
| 10:57:43 | 11 | BY MR. CHATTERJEE: |
| 10:57:43 | 12 | Q. Mr. Winklevoss, we're back from a break. I |
| 10:57:52 | 13 | want to ask a couple follow-up questions |
| 10:57:55 | 14 | from the previous hour. You had mentioned |
| 10:57:57 | 15 | that Mr. Zuckerberg agreed to be part of a |
| 10:58:00 | 16 | partnership. Do you remember that |
| 10:58:02 | 17 | testimony? |
| 10:58:03 | 18 | A. I believe I said that -- yes, I do remember |
| 10:58:08 | 19 | the testimony where you asked me that, and I |
| 10:58:11 | 20 | said that Mr. Zuckerberg had acknowledged an |
| 10:58:13 | 21 | agreement between the parties where he |
| 10:58:16 | 22 | would -- yes, he acknowledged the agreement. |
| 10:58:19 | 23 | Q. Was there any discussion about what share of |
| 10:58:21 | 24 | the partnership he would have? |
| 10:58:23 | 25 | A. With respect to dot-com companies, they're |

63

| | | |
|---|---|---|
| 10:58:29 | 1 | generally started as projects and sort of a |
| 10:58:32 | 2 | small group of people with an idea, and it's |
| 10:58:38 | 3 | sometimes unclear exactly where, you know, |
| 10:58:41 | 4 | two months from that -- the start point or |
| 10:58:43 | 5 | six months from that start point where |
| 10:58:46 | 6 | exactly the equity will lay.  Mr. Zuckerberg |
| 10:58:49 | 7 | himself has reapportioned equity multiple |
| 10:58:52 | 8 | times. |
| 10:58:53 | 9 | So to the extent of talking about |
| 10:58:57 | 10 | equity shares at that point, it was |
| 10:59:00 | 11 | premature.  However, everything was an equal |
| 10:59:05 | 12 | partner.  Everybody did contribute. |
| 10:59:07 | 13 | Q.  So I want to make sure this is clear.  So |
| 10:59:12 | 14 | was there any discussion about what share of |
| 10:59:14 | 15 | the partnership Mr. Zuckerberg would have? |
| 10:59:17 | 16 | A.  The specific share, it was premature to |
| 10:59:21 | 17 | speak about that at that time. |
| 10:59:22 | 18 | Q.  So is the answer to my question no? |
| 10:59:24 | 19 | A.  The answer is that it was premature to speak |
| 10:59:26 | 20 | about specific shares.  Was it understood by |
| 10:59:31 | 21 | Mr. Zuckerberg that he would get a share? |
| 10:59:33 | 22 | Yes. |
| 10:59:34 | 23 | Q.  Okay.  Did you tell Mr. Zuckerberg how much |
| 10:59:38 | 24 | of a share of the partnership he would have? |
| 10:59:41 | 25 | A.  Well, there is more -- |

| | | |
|---|---|---|
| 10:59:43 | 1 | Q. Please just answer the question. It's a yes |
| 10:59:47 | 2 | or no. |
| 10:59:47 | 3 | MR. HORNICK: The witness can |
| 10:59:48 | 4 | answer the question however he wants. |
| 10:59:49 | 5 | A. Yeah, I mean, you're -- I'm assuming you're |
| 10:59:53 | 6 | talking about equity share, the multiple |
| 10:59:55 | 7 | benefits to a project, which could include |
| 10:59:57 | 8 | prestige, equity. There's multiple levels. |
| 11:00:01 | 9 | And at that point we had no revenue source, |
| 11:00:03 | 10 | and the product was far from completion. We |
| 11:00:06 | 11 | stressed to him multiple times that one of |
| 11:00:08 | 12 | his major benefits would be a sort of a |
| 11:00:12 | 13 | reinventing of himself in terms of his |
| 11:00:14 | 14 | reputation post the Facemash debacle. In |
| 11:00:20 | 15 | fact, he would be the center point of the |
| 11:00:21 | 16 | launch, not us, even though it was our idea. |
| 11:00:23 | 17 | So we did not have specific talks |
| 11:00:25 | 18 | about equity share, but as I said, he was an |
| 11:00:28 | 19 | equal partner. Whatever you might want to |
| 11:00:33 | 20 | infer from the equal partner, be it a |
| 11:00:35 | 21 | quarter, a quarter, a quarter, that's fine. |
| 11:00:36 | 22 | Q. Did you tell Mr. Zuckerberg that he would be |
| 11:00:38 | 23 | an equal partner? |
| 11:00:39 | 24 | A. I told Mr. Zuckerberg that he was -- we |
| 11:00:42 | 25 | conveyed to Mr. Zuckerberg that he would be |

65

| | | |
|---|---|---|
| 11:00:44 | 1 | a part of the HarvardConnection team -- |
| 11:00:46 | 2 | Q. And -- |
| 11:00:48 | 3 | A. -- okay, not a contract programmer. |
| 11:00:50 | 4 | Q. And did you convey to him what his share of |
| 11:00:53 | 5 | the partnership would be? |
| 11:00:54 | 6 | MR. HORNICK: Objection, asked and |
| 11:00:55 | 7 | answered. |
| 11:00:55 | 8 | A. As I said before, we did not speak about |
| 11:00:59 | 9 | specific equity stakes at that point. It |
| 11:01:01 | 10 | was premature. If, you know -- I might |
| 11:01:05 | 11 | point out at that time that Mr. Zuckerberg |
| 11:01:10 | 12 | had yet to make a contribution. So, |
| 11:01:11 | 13 | generally speaking, you know, in any law |
| 11:01:14 | 14 | firm, particularly -- you know, I'm sure |
| 11:01:16 | 15 | your firm works this way -- you work for |
| 11:01:18 | 16 | seven, eight, ten years and then become a |
| 11:01:20 | 17 | partner. People don't hand out partnership. |
| 11:01:22 | 18 | You know, you don't give out equity. |
| 11:01:25 | 19 | So everybody was aware that they were |
| 11:01:26 | 20 | on a team, they'd make contributions, and |
| 11:01:28 | 21 | that depending on the size of the |
| 11:01:30 | 22 | contribution after a certain time period, |
| 11:01:33 | 23 | they would be given equity. |
| 11:01:34 | 24 | Q. Was there ever any discussion at any point |
| 11:01:38 | 25 | with Mr. Zuckerberg about what his share of |

```
11:01:42  1         the partnership would be?
11:01:43  2    A.   Other than the fact that he was an equal
11:01:46  3         partner on ConnectU and given full creative
11:01:49  4         control and full input into what the product
11:01:52  5         could and should be, there was not a
11:01:55  6         specific discussion about specific amounts
11:01:57  7         of equity at that time.
11:01:59  8    Q.   Was there ever discussions stating that he
11:02:01  9         was an equal partner?
11:02:02  10   A.   As I said, we invited him to be part of the
11:02:07  11        team.  We invited him to contribute.  He
11:02:09  12        agreed to contribute, end of story.
11:02:12  13   Q.   And where I'm focusing now is the word
11:02:15  14        "equal."
11:02:16  15   A.   Uh-huh.
11:02:17  16   Q.   So did you ever tell Mr. Zuckerberg he would
11:02:19  17        be an equal partner?
11:02:20  18   A.   Well, I think the fact that we gave him our
11:02:24  19        whole source code, gave him creative
11:02:27  20        control, gave him full, you know -- asked
11:02:30  21        him for multiple input would certainly lend
11:02:33  22        to the word "equal."  There was no one-way
11:02:35  23        dialogue.  In fact, if anything, it was
11:02:37  24        skewed in his favor.  And so he had more
11:02:40  25        than enough reason to believe that it was
```

67

| | | |
|---|---|---|
| 11:02:42 | 1 | going to be on equal terms, his terms, and |
| 11:02:46 | 2 | that's as far as really I can comment on |
| 11:02:49 | 3 | that. |
| 11:02:49 | 4 | Q. Did he ever tell you that he wanted to be an |
| 11:02:51 | 5 | equal partner? |
| 11:02:52 | 6 | A. He never asked for monetary compensation, |
| 11:02:56 | 7 | and all -- I can't -- what he essentially |
| 11:03:00 | 8 | agreed to was to contribute to the coding |
| 11:03:04 | 9 | that he said he would contribute to. |
| 11:03:06 | 10 | Q. Did he ever agree to take some equity? |
| 11:03:10 | 11 | A. Again, he agreed to complete a portion of |
| 11:03:14 | 12 | the website and become part of the team. |
| 11:03:16 | 13 | Q. And -- but my question is, did he ever agree |
| 11:03:19 | 14 | to any specific allocation of equity in the |
| 11:03:21 | 15 | partnership? |
| 11:03:21 | 16 | A. He did not say, "I need X amount of equity |
| 11:03:28 | 17 | or amount," no, he didn't say that. |
| 11:03:30 | 18 | Q. And were there any discussions about |
| 11:03:31 | 19 | allocation of equity during your |
| 11:03:33 | 20 | relationship with Mr. Zuckerberg? |
| 11:03:34 | 21 | A. As I said before, it was premature to talk |
| 11:03:37 | 22 | about allocation.  This was a contribution |
| 11:03:38 | 23 | basis where, you know, you join a team, you |
| 11:03:40 | 24 | contribute, and you can reallocate |
| 11:03:43 | 25 | partnerships.  With myself and Tyler and |

68

| | | |
|---|---|---|
| 11:03:46 | 1 | Divya Narendra we didn't allocate |
| 11:03:48 | 2 | partnership until later on because it was |
| 11:03:50 | 3 | unclear what our respective contributions |
| 11:03:53 | 4 | would be. |
| 11:03:54 | 5 | Q.  So that actually raises another issue. |
| 11:03:56 | 6 | Prior to joining with Mr. Zuckerberg, were |
| 11:04:01 | 7 | there any discussions between Mr. Tyler |
| 11:04:04 | 8 | Winklevoss, you, Divya Narendra about how |
| 11:04:08 | 9 | the equity would be divided? |
| 11:04:10 | 10 | A.  We, again, as I said before, were -- we |
| 11:04:15 | 11 | operated on an equality basis, and so we had |
| 11:04:18 | 12 | four individuals with Mark Zuckerberg.  When |
| 11:04:22 | 13 | Mark Zuckerberg decided to -- or effectively |
| 11:04:25 | 14 | launched Thefacebook, there was three |
| 11:04:28 | 15 | individuals.  At that point there's three |
| 11:04:30 | 16 | equal partners in the company.  Over time |
| 11:04:32 | 17 | that has clearly changed in terms of the |
| 11:04:36 | 18 | contributions that individuals have put into |
| 11:04:37 | 19 | the company. |
| 11:04:41 | 20 | Q.  And with respect to the other programmers |
| 11:04:43 | 21 | that you had, did you ever discuss giving |
| 11:04:46 | 22 | them any equity? |
| 11:04:46 | 23 | A.  So Victor Gao was a contract-based |
| 11:04:51 | 24 | programmer, so he was not interested in |
| 11:04:53 | 25 | equity.  We had offered it.  We had |

SARNOFF COURT REPORTERS AND LEGAL TECHNOLOGIES
877.955.3855