**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| CONNECTU LLC,<br><br>                     Plaintiff,<br><br>    v.<br><br>MARK ZUCKERBERG, EDUARDO SAVERIN, DUSTIN MOSKOVITZ, ANDREW MCCOLLUM, CHRISTOPHER HUGHES, and THEFACEBOOK, INC.,<br><br>                     Defendants.<br><br>MARK ZUCKERBERG and THEFACEBOOK, INC.,<br><br>                     Counterclaimants,<br><br>    v.<br><br>CONNECTU LLC,<br><br>                     Counterdefendant,<br><br>    and<br><br>CAMERON WINKLEVOSS, TYLER WINKLEVOSS, and DIVYA NARENDRA,<br><br>                     Additional Counterdefendants. | CIVIL ACTION NO. 1:04-cv-11923 (DPW)<br><br>District Judge Douglas P. Woodlock<br><br>Magistrate Judge Robert B. Collings |

**[PROPOSED] ORDER GRANTING ASSENTED-TO MOTION FOR LEAVE TO
FILE PLAINTIFF'S REPLY TO DEFENDANTS' OPPOSITIONS TO PLAINTIFF'S
<u>MOTION TO COMPEL ANSWERS TO INTERROGATORY NOS. 6, 9-14, 16, AND 18</u>**

      Having Considered Plaintiff ConnectU LLC's Assented-To Motion for Leave to file Reply to Defendants' Oppositions to Plaintiff's Motion to Compel Answers to Interrogatory Nos. 6, 9-14, 16, and 18, this Court orders as follows:

      ConnectU is granted leave to file the Reply attached as Exhibit A to its Motion for Leave.

**SO ORDERED**


DATED: _____    _____
District Judge Douglas P. Woodlock

Magistrate Judge Robert B. Collings