## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CONNECTU LLC,<br><br>               Plaintiff,<br><br>    v.<br><br>MARK ZUCKERBERG, EDUARDO SAVERIN, DUSTIN MOSKOVITZ, ANDREW MCCOLLUM, CHRISTOPHER HUGHES, and THEFACEBOOK, INC.,<br><br>               Defendants.<br><br>MARK ZUCKERBERG and THEFACEBOOK, INC.,<br><br>               Counterclaimants,<br><br>    v.<br><br>CONNECTU LLC,<br><br>               Counterdefendant,<br><br>    and<br><br>CAMERON WINKLEVOSS, TYLER WINKLEVOSS, and DIVYA NARENDRA,<br><br>        Additional Counterdefendants. | CIVIL ACTION NO. 1:04-cv-11923 (DPW)<br><br>District Judge Douglas P. Woodlock<br><br>Magistrate Judge Robert B. Collings |

**PLAINTIFF'S NOTICE OF NEWLY IDENTIFIED AUTHORITY IN SUPPORT OF PLAINTIFF'S MOTION TO COMPEL THE PRODUCTION OF MIRROR IMAGES OF DEFENDANTS' HARD DRIVES AND OTHER ELECTRONIC MEMORY DEVICES AND DOCUMENTS CREATED AFTER MAY 21, 2004**

Plaintiff ConnectU files this notice of newly identified authority in support of its Motion to Compel the Production of Mirror Images of Defendants' Hard Drives and Other Electronic Memory Devices and Documents Created After May 21, 2004 (Docket No. 37, filed July 28, 2005).

Counsel for ConnectU have become aware of a recent case that may have a bearing on whether Defendants should be compelled to produce mirror images of their hard drives and other electronic memory devices.[1]

In *Experian Info. Solutions, Inc. v. I-Centrix, L.L.C.*, No. 04 C 4437, at 1 (N.D. Ill. July 21, 2005) (Ex. A), plaintiffs sought to obtain mirror images of the defendant's computers. *Id.* at 1. The court rejected the defendant's arguments that plaintiffs would capture confidential information and that the procedure would bring defendant's business to a halt. The court ordered the mirror imaging of defendant's computers using a modified version of the procedure set forth in *Simon Prop. Group L.P. v. mySimon, Inc.*, 194 F.R.D. 639 (S.D. Ind. 2000). *Id.* at 3-5.

Plaintiff ConnectU respectfully requests that the Court consider this newly identified authority when deciding Plaintiff's motion to compel the production of mirror images of Defendants' hard drives and other electronic memory devices.

---

[1] The *Experian* case was located when reading the September 13, 2005 version of *Kroll Ontrack Case Law Update and E-Discovery News*.

Respectfully submitted,

DATED:  September 20, 2005                    /s/ Troy E. Grabow
                                                         Lawrence R. Robins (BBO# 632610)
Jonathan M. Gelchinsky (BBO# 656282)
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, L.L.P.
55 Cambridge Parkway
Cambridge, MA  02142
Telephone:  (617) 452-1600
Facsimile:  (617) 452-1666
larry.robins@finnegan.com
jon.gelchinsky@finnegan.com

John F. Hornick (*pro hac vice*)
Margaret A. Esquenet (*pro hac vice*)
Troy E. Grabow (*pro hac vice*)
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, L.L.P.
901 New York Avenue N.W.
Washington, DC  20001
Telephone:  (202) 408-4000
Facsimile:  (202) 408-4400

Attorneys for Plaintiff and Counterclaim Defendants