**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| CONNECTU LLC,<br><br>                  Plaintiff,<br><br>    v.<br><br>MARK ZUCKERBERG, EDUARDO SAVERIN, DUSTIN MOSKOVITZ, ANDREW MCCOLLUM, CHRISTOPHER HUGHES, and THEFACEBOOK, INC.,<br><br>                  Defendants.<br>MARK ZUCKERBERG and THEFACEBOOK, INC.,<br><br>                  Counterclaimants,<br><br>    v.<br><br>CONNECTU LLC,<br><br>                  Counterdefendant,<br><br>    and<br><br>CAMERON WINKLEVOSS, TYLER WINKLEVOSS, and DIVYA NARENDRA,<br><br>                  Additional Counterdefendants. | CIVIL ACTION NO. 1:04-cv-11923 (DPW)<br><br>District Judge Douglas P. Woodlock<br><br>Magistrate Judge Robert B. Collings |

**[PROPOSED] ORDER GRANTING PLAINTIFF'S ASSENTED-TO MOTION TO SEAL EXHIBIT 21 TO PLAINTIFF'S OPPOSITION TO THE FACEBOOK DEFENDANTS' MOTION TO COMPEL PARTICULARIZED IDENTIFICATION OF TRADE SECRETS <u>IN RESPONSE TO THE FACEBOOK DEFENDANTS' INTERROGATORY 2</u>**

      Having Considered Plaintiff ConnectU LLC's Assented-To Motion to Seal Exhibit 21 to Plaintiff's Opposition to the Facebook Defendants' Motion to Compel Particularized Identification of Trade Secrets in Response to the Facebook Defendants' Interrogatory 2, this Court orders as follows:

2

ConnectU is granted leave to file the Exhibit 21 under seal pursuant to the parties' Stipulated Protective Order.

**SO ORDERED**


DATED: _____    _____
District Judge Douglas P. Woodlock
Magistrate Judge Robert B. Collings