| | | |
|---|---|---|
| 01:37:35 | 1 | And they are also two-dimensional with |
| 01:37:37 | 2 | respect to the fact that they're not social |
| 01:37:39 | 3 | networks. |
| 01:37:39 | 4 | Q. So people could tie together, is that -- |
| 01:37:41 | 5 | A. I don't believe that people do -- I believe |
| 01:37:43 | 6 | that these are more of a sort of a direct |
| 01:37:47 | 7 | listing in these things. |
| 01:37:48 | 8 | Q. Are you speculating or did you know -- do |
| 01:37:50 | 9 | you know that to be true? |
| 01:37:51 | 10 | A. I'm almost certain at the time that there |
| 01:37:53 | 11 | was no real social networking components to |
| 01:37:57 | 12 | these websites. |
| 01:37:58 | 13 | Q. Are you familiar with a company called Club |
| 01:38:02 | 14 | Nexus? |
| 01:38:02 | 15 | A. I've heard of that website, yeah, but I did |
| 01:38:05 | 16 | not actually hear about it until the summer |
| 01:38:07 | 17 | of 2004. |
| 01:38:08 | 18 | Q. Do you know what it is? |
| 01:38:08 | 19 | A. I believe it was a Stanford community. |
| 01:38:12 | 20 | Q. And was it -- how was it different than what |
| 01:38:16 | 21 | you conceived HarvardConnection to be? |
| 01:38:19 | 22 | A. Well, I think in some ways it was similar. |
| 01:38:21 | 23 | We're talking about a social network, an |
| 01:38:23 | 24 | on-line community based at the college |
| 01:38:25 | 25 | level. There was no mention of the site |

165

|  |  |  |
|---|---|---|
| 01:38:28 | 1 | from our side. We had not heard of it, and |
| 01:38:32 | 2 | there was no mention from Mr. Zuckerberg's |
| 01:38:34 | 3 | side about the site. And also, as I pointed |
| 01:38:38 | 4 | out, Club Nexus was a project specifically |
| 01:38:42 | 5 | and only for Stanford students. It was not |
| 01:38:45 | 6 | a project meant to branch out to other |
| 01:38:49 | 7 | campuses or interconnect on a higher level. |
| 01:38:51 | 8 | Q. And so the point of differentiation between |
| 01:38:58 | 9 | Club Nexus and HarvardConnection is that |
| 01:39:01 | 10 | HarvardConnection had a plan to roll out to |
| 01:39:03 | 11 | other universities? |
| 01:39:04 | 12 | A. You know, I haven't seen the Club Nexus |
| 01:39:08 | 13 | website. I don't believe it's operational, |
| 01:39:09 | 14 | so I can't tell you exactly piece by piece |
| 01:39:12 | 15 | like what the difference between the |
| 01:39:14 | 16 | websites are. I know it was basically a |
| 01:39:16 | 17 | project by some students there. It was only |
| 01:39:18 | 18 | intended for the Stanford community. That's |
| 01:39:21 | 19 | where it stayed. That's where it died. I |
| 01:39:23 | 20 | know that our project was a social network |
| 01:39:25 | 21 | that was -- specifically the end goal was to |
| 01:39:29 | 22 | leave Harvard and actually interconnect all |
| 01:39:32 | 23 | the schools together. That was one of the |
| 01:39:34 | 24 | major differences, I would say. |
| 01:39:35 | 25 | Q. And do you know when Club Nexus launched? |

| | | | |
|---|---|---|---|
| 01:39:40 | 1 | A. | As I said, I believe it launched before, |
| 01:39:42 | 2 | | probably in 2001/2002, but as I said before, |
| 01:39:48 | 3 | | I was not aware of it and none of us had |
| 01:39:50 | 4 | | come across that site until 2004. |
| 01:39:52 | 5 | Q. | Have you ever heard of a company called |
| 01:39:53 | 6 | | inCircle? |
| 01:39:55 | 7 | A. | I have heard of it now, but again, I was |
| 01:39:59 | 8 | | unaware of it at the time. |
| 01:40:00 | 9 | Q. | And what do you understand inCircle to be? |
| 01:40:02 | 10 | A. | I believe it's a social network, or it was. |
| 01:40:04 | 11 | Q. | And is it for, you know, university-specific |
| 01:40:08 | 12 | | communities? |
| 01:40:08 | 13 | A. | I believe it's a macro level social network. |
| 01:40:11 | 14 | Q. | Meaning what? |
| 01:40:12 | 15 | A. | Meaning anybody can join. |
| 01:40:14 | 16 | Q. | Anybody can join it. |
| 01:40:15 | 17 | | And so it's not for like college |
| 01:40:18 | 18 | | alumni or anything like that? |
| 01:40:19 | 19 | A. | I'm sure some of the people joining could be |
| 01:40:23 | 20 | | college alumni, but is it specifically |
| 01:40:26 | 21 | | geared towards that demographic? Does it |
| 01:40:28 | 22 | | require people with a college affiliation or |
| 01:40:30 | 23 | | an e-mail to sign up? I don't believe so. |
| 01:40:32 | 24 | Q. | Do you know when it was launched? |
| 01:40:35 | 25 | A. | I think I would say 2001/2002 maybe. |

| | | |
|---|---|---|
| 01:40:39 | 1 | Q. What about Affinity Engines; are you |
| 01:40:42 | 2 | familiar with that company? |
| 01:40:43 | 3 | A. I've heard of Affinity Engines, yes. |
| 01:40:47 | 4 | Q. And what do they do? |
| 01:40:49 | 5 | A. I believe they make alumni social networks. |
| 01:40:51 | 6 | Q. And for specific alumni groups? |
| 01:40:54 | 7 | A. Yeah. I believe they sell it to different |
| 01:41:00 | 8 | universities. |
| 01:41:01 | 9 | Q. And do you know when it was launched? |
| 01:41:03 | 10 | A. No, but I think that some of the individuals |
| 01:41:07 | 11 | involved with Affinity Engines were involved |
| 01:41:11 | 12 | with Club Nexus. |
| 01:41:12 | 13 | Q. And why do you think that? |
| 01:41:13 | 14 | A. Because I spoke with one member of Affinity |
| 01:41:20 | 15 | Engines. He just, you know, asked -- I |
| 01:41:23 | 16 | think one day he asked me what, you know, |
| 01:41:25 | 17 | just said hello in ConnectU and he mentioned |
| 01:41:29 | 18 | that he -- I think he was involved with that |
| 01:41:30 | 19 | project. |
| 01:41:33 | 20 | Q. And do you know when Affinity Engines |
| 01:41:37 | 21 | launched? |
| 01:41:37 | 22 | A. I don't know, but, again, Affinity Engines |
| 01:41:40 | 23 | is strictly an alumni-based company. |
| 01:41:44 | 24 | Q. So what's the difference between Affinity |
| 01:41:47 | 25 | Engines and your view of HarvardConnection? |

168

| | | | |
|---|---|---|---|
| 01:41:50 | 1 | A. | Well, again HarvardConnection allows |
| 01:41:52 | 2 | | students to connect to students, students to |
| 01:41:56 | 3 | | connect to alumni, alumni to connect to |
| 01:41:56 | 4 | | students.  I mean, it's not defined as an |
| 01:41:58 | 5 | | alumni social network, it's defined as a |
| 01:42:01 | 6 | | school social network.  It's also not -- a |
| 01:42:05 | 7 | | company like Affinity Engines sells it to an |
| 01:42:10 | 8 | | alumni association.  Ours is separate |
| 01:42:10 | 9 | | outside of the alumni association, and it |
| 01:42:12 | 10 | | allows student to student, student to |
| 01:42:13 | 11 | | alumni, et cetera. |
| 01:42:14 | 12 | Q. | Now, how could alumni sign on to |
| 01:42:17 | 13 | | HarvardConnection? |
| 01:42:18 | 14 | A. | They could get a post e-mail address which |
| 01:42:21 | 15 | | is now -- at this stage in the game is |
| 01:42:24 | 16 | | pretty much given to everybody by default, |
| 01:42:27 | 17 | | but let's say you were a class of '67 from |
| 01:42:30 | 18 | | Harvard when they didn't have e-mail.  You |
| 01:42:33 | 19 | | could go to the Harvard web -- whatever |
| 01:42:34 | 20 | | website was and apply for a post e-mail and |
| 01:42:36 | 21 | | apply. |
| 01:42:37 | 22 | Q. | What's a post e-mail? |
| 01:42:39 | 23 | A. | Post just is a forwarding account, so if you |
| 01:42:41 | 24 | | go to Harvard, you can be a student and -- |
| 01:42:43 | 25 | | you can get an e-mail for when you graduate |

169

| | | |
|---|---|---|
| 01:42:46 | 1 | that you can specify pretty much any first |
| 01:42:50 | 2 | part of the e-name.  It could be, you know, |
| 01:42:52 | 3 | your first name @post.harvard.edu, and so |
| 01:42:57 | 4 | that would fulfill our Harvard.edu |
| 01:43:04 | 5 | requirement. |
| 01:43:04 | 6 | Q.   Are you familiar with a group called CU |
| 01:43:06 | 7 | Community? |
| 01:43:07 | 8 | A.   Yes, I've heard of CU Community, but, again, |
| 01:43:11 | 9 | I did not hear about CU Community till |
| 01:43:14 | 10 | spring of '04.  I had not heard of it prior |
| 01:43:17 | 11 | to meeting with Mr. Zuckerberg or during our |
| 01:43:20 | 12 | meetings -- meeting. |
| 01:43:20 | 13 | Q.   And what was CU Community? |
| 01:43:21 | 14 | A.   I believe CU Community was basically a |
| 01:43:23 | 15 | meeting place of some sort with -- allowing |
| 01:43:28 | 16 | Columbia students to post information up |
| 01:43:29 | 17 | onto the website like pictures, and maybe |
| 01:43:32 | 18 | they had forums and whatnot. |
| 01:43:35 | 19 | Q.   Was it a social network? |
| 01:43:37 | 20 | A.   I don't know.  I am not sure what -- I don't |
| 01:43:39 | 21 | know if they were -- they allowed that |
| 01:43:41 | 22 | functionality. |
| 01:43:41 | 23 | Q.   And do you know when they launched? |
| 01:43:44 | 24 | A.   As I said, they were before, I think.  I |
| 01:43:49 | 25 | believe they were in 2002, but we had not |

170

| | | |
|---|---|---|
| 01:43:51 | 1 | heard of them or mentioned any of that |
| 01:43:52 | 2 | information to any other... |
| 01:43:57 | 3 | Q.  What about something called MIT Matchup; |
| 01:44:02 | 4 | have you ever heard of that? |
| 01:44:03 | 5 | A.  I think maybe I did hear about that.  I |
| 01:44:06 | 6 | mean, I think that's basically -- again, I |
| 01:44:09 | 7 | don't recall what that was, but I think that |
| 01:44:11 | 8 | might have been just sort of a lottery shoot |
| 01:44:13 | 9 | where you put in your e-mail maybe and it |
| 01:44:15 | 10 | matches you up or something like that.  But |
| 01:44:19 | 11 | I don't know that site.  I don't know -- |
| 01:44:20 | 12 | never saw it, don't really know to what |
| 01:44:22 | 13 | extent -- |
| 01:44:23 | 14 | Q.  Was it a dating site? |
| 01:44:25 | 15 | A.  It might have been.  I think so.  I don't |
| 01:44:29 | 16 | know, though, exactly what... |
| 01:44:33 | 17 | Q.  And do you know where it was started? |
| 01:44:34 | 18 | A.  I would assume MIT. |
| 01:44:36 | 19 | Q.  Was it rolled out to Harvard or anywhere |
| 01:44:38 | 20 | else? |
| 01:44:38 | 21 | A.  I don't know.  And I think that, again, |
| 01:44:42 | 22 | it's -- I think it was a very flat site in |
| 01:44:46 | 23 | scope.  I don't believe it was a social |
| 01:44:47 | 24 | network.  I think it was basically a lottery |
| 01:44:50 | 25 | where you threw in -- maybe filled out some |

171

```
01:44:53   1           parameters, and, you know, it ran an
01:44:55   2           algorithm and spit some stuff out.
01:44:58   3      Q.   What about Crimson Connection; are you
01:45:02   4           familiar with that?
01:45:02   5      A.   No.  I may have gone to that domain, but I
01:45:06   6           don't believe -- I can't recall exactly what
01:45:07   7           Crimson Connection is right now.
01:45:10   8      Q.   SEASCommunity?
01:45:12   9      A.   I believe SEAS is -- was either the
01:45:16  10           precursor or the -- or after CU Community.
01:45:20  11      Q.   And do you know what SEASCommunity is?
01:45:23  12      A.   I believe it's the same sort of Columbia-
01:45:25  13           based messaging board, website.
01:45:30  14      Q.   And Campus Network?
01:45:31  15      A.   I believe that's the further incarnation of
01:45:34  16           SEAS, CU and then Campus Network.
01:45:40  17      Q.   Have you ever heard of Crimsonhookups.com?
01:45:44  18      A.   I think so, but I don't -- yeah, I've heard
01:45:47  19           of it, but I don't know about its time
01:45:48  20           frame.  I don't know where it falls into
01:45:50  21           play.
01:45:50  22      Q.   Do you know what it is?
01:45:51  23      A.   I would assume it's a dating site.
01:45:54  24      Q.   HarvardParties.com?
01:45:56  25      A.   Yeah, that's just a party directory, party
```

172

| | | |
|---|---|---|
| 01:45:59 | 1 | directory. |
| 01:45:59 | 2 | Q. And did you ever sign on to it? |
| 01:46:01 | 3 | A. I might have looked at it, maybe looked at |
| 01:46:05 | 4 | some pictures, but that's just basically -- |
| 01:46:07 | 5 | it's an informational website.  It's |
| 01:46:09 | 6 | really -- there's no social networking. |
| 01:46:12 | 7 | There's no -- that's a flat page. |
| 01:46:14 | 8 | Q. And what about WesMatch? |
| 01:46:16 | 9 | A. No, have not, have not heard about that. |
| 01:46:19 | 10 | Q. Have you ever heard about it? |
| 01:46:21 | 11 | A. I think I remember reading about that last |
| 01:46:23 | 12 | spring. |
| 01:46:23 | 13 | Q. And what is WesMatch? |
| 01:46:25 | 14 | A. I think it's for Wesleyan University, and it |
| 01:46:29 | 15 | matched people up for dating, I guess.  I |
| 01:46:33 | 16 | don't know, though.  I'm -- I believe that's |
| 01:46:35 | 17 | what it is. |
| 01:46:36 | 18 | Q. And do you know how it was different, if at |
| 01:46:39 | 19 | all, from HarvardConnection? |
| 01:46:41 | 20 | A. Well, I don't -- I don't know if it had any |
| 01:46:45 | 21 | social networking components.  Clearly the |
| 01:46:48 | 22 | name indicates that it started and stopped |
| 01:46:51 | 23 | on Wesleyan, and I think that there was no |
| 01:46:57 | 24 | plan to branch that out.  And, again, |
| 01:47:00 | 25 | that's -- HarvardConnection dating -- using |

173

| | | |
|---|---|---|
| 01:47:04 | 1 | the website for dating is one sort of part |
| 01:47:09 | 2 | of the user functionability of the site. |
| 01:47:36 | 3 | Q.   Isn't it true that Divya Narendra never |
| 01:47:38 | 4 | considered this information about a |
| 01:47:39 | 5 | university-based community confidential? |
| 01:47:43 | 6 | MR. HORNICK:  I'll object to the |
| 01:47:44 | 7 | form of the question, but you can answer it. |
| 01:47:46 | 8 | A.   No, I don't believe that he thought it |
| 01:47:48 | 9 | was -- I don't believe that that was true. |
| 01:47:52 | 10 | I believe that he did think that it was |
| 01:47:53 | 11 | confidential. |
| 01:47:56 | 12 | Q.   Do you know who else Mr. Narendra talked to |
| 01:48:00 | 13 | about this website development project? |
| 01:48:05 | 14 | A.   The only people that Divya have talked to in |
| 01:48:09 | 15 | terms of website project would have been |
| 01:48:12 | 16 | prospective programmers or programmers that |
| 01:48:15 | 17 | we had and people, perhaps close, trusted |
| 01:48:23 | 18 | friends maybe, to test parts of the site |
| 01:48:29 | 19 | were clearly instructed that it was |
| 01:48:30 | 20 | confidential, proprietary.  And the only |
| 01:48:34 | 21 | other people would have been perhaps one or |
| 01:48:38 | 22 | two or maybe three prospective employers |
| 01:48:41 | 23 | that he was interviewing with who couldn't |
| 01:48:44 | 24 | possibly have been in a position to compete. |
| 01:48:46 | 25 | Q.   With respect to these prospective employers, |

174

| | | |
|---|---|---|
| 06:07:18 | 1 | (Recess taken.) |
| 06:11:29 | 2 | THE VIDEOGRAPHER: The time is |
| 06:11:32 | 3 | 6:11, and we are back on the record. |
| 06:11:37 | 4 | BY MR. HAWK: |
| 06:11:38 | 5 | Q.  Just a couple more questions.  When someone |
| 06:11:43 | 6 | went to the HarvardConnection URL in -- |
| 06:11:49 | 7 | prior to February 4, 2004, what did they |
| 06:11:56 | 8 | see? |
| 06:11:56 | 9 | A.  They saw a front page. |
| 06:12:00 | 10 | Q.  Was there ever anything accessible on the |
| 06:12:03 | 11 | website prior to February 2004 other than |
| 06:12:07 | 12 | just a single front home page? |
| 06:12:10 | 13 | A.  I believe that they would have to log in to |
| 06:12:14 | 14 | get to the bulk of the site functionality. |
| 06:12:18 | 15 | I think there may have been a splash -- like |
| 06:12:23 | 16 | if you -- I think you could go one step |
| 06:12:26 | 17 | beyond the front page and access what would |
| 06:12:29 | 18 | be a search field, but it would -- to do any |
| 06:12:31 | 19 | kind of searching would prompt you for a |
| 06:12:33 | 20 | log-in. |
| 06:12:35 | 21 | Q.  And what did you need to log in? |
| 06:12:37 | 22 | A.  You would have to register. |
| 06:12:38 | 23 | Q.  And when could people register for the |
| 06:12:42 | 24 | HarvardConnection -- first register for the |
| 06:12:45 | 25 | HarvardConnection website? |

386

| | | | |
|---|---|---|---|
| 06:12:46 | 1 | A. | See, I think the registration pages were |
| 06:12:49 | 2 | | never actually completed, and so I don't |
| 06:12:53 | 3 | | believe a user could register unless the |
| 06:12:55 | 4 | | programmer registered them. |
| 06:13:00 | 5 | Q. | How many -- how many people were registered |
| 06:13:03 | 6 | | by the programmers or otherwise prior to |
| 06:13:06 | 7 | | February 4, 2004 for HarvardConnection? |
| 06:13:08 | 8 | A. | I think myself, Divya, Tyler, Victor, |
| 06:13:14 | 9 | | Sanjay. I'm not sure if Mark was |
| 06:13:16 | 10 | | registered. Joseph Jackson would have been. |
| 06:13:22 | 11 | | I believe those would be all the people that |
| 06:13:24 | 12 | | were registered. |
| 06:13:24 | 13 | Q. | You don't think there was anyone besides |
| 06:13:28 | 14 | | yourself and the programmers and the |
| 06:13:29 | 15 | | partners of HarvardConnection that were ever |
| 06:13:31 | 16 | | registered prior to February 4, 2004? |
| 06:13:33 | 17 | A. | One -- there may have been a trusted friend |
| 06:13:39 | 18 | | that was asked to potentially test out the |
| 06:13:41 | 19 | | site who was registered, but -- |
| 06:13:43 | 20 | Q. | How many trusted friends were asked? |
| 06:13:45 | 21 | A. | There may have been one or two. |
| 06:13:49 | 22 | Q. | What did you need to log in? |
| 06:13:51 | 23 | A. | A user name and password. |
| 06:13:54 | 24 | Q. | And how many people were ever given this |
| 06:13:57 | 25 | | user name and password prior to February 4, |

387

| | | |
|---|---|---|
| 06:14:00 | 1 | 2004? |
| 06:14:01 | 2 | A.  I mean, those -- the people that I just |
| 06:14:05 | 3 | outlined as potential registered users would |
| 06:14:08 | 4 | have had log-in and password.  That would |
| 06:14:12 | 5 | have been the extent. |
| 06:14:12 | 6 | Q.  So without the user log-in and password, you |
| 06:14:16 | 7 | could see two pages of the HarvardConnection |
| 06:14:21 | 8 | website, correct? |
| 06:14:21 | 9 | A.  Yes. |
| 06:14:21 | 10 | Q.  And the URL to reach that functioning |
| 06:14:24 | 11 | website such as it was was |
| 06:14:26 | 12 | www.harvardconnection.com, right? |
| 06:14:29 | 13 | A.  That would take you to the splash front |
| 06:14:34 | 14 | page. |
| 06:14:34 | 15 | Q.  Right.  And then you could get to one other |
| 06:14:36 | 16 | search page beyond that, right? |
| 06:14:37 | 17 | A.  You could get to one other page.  That would |
| 06:14:39 | 18 | be a logged-out page, yeah.  You would not |
| 06:14:41 | 19 | be like a log-in user. |
| 06:14:44 | 20 | Q.  Right.  And what showed up on the logged-out |
| 06:14:47 | 21 | page, this second page? |
| 06:14:48 | 22 | A.  As I said, it was basically a search, and to |
| 06:14:51 | 23 | do anything to prompt, you would have to log |
| 06:14:54 | 24 | in.  It would have probably had links |
| 06:14:55 | 25 | illustrating -- sort of duplicating the |

| | | |
|---|---|---|
| 06:14:57 | 1 | front two links.  And I think that's about |
| 06:15:03 | 2 | it. |
| 06:15:03 | 3 | Q.   I mean, did it show both the connect and the |
| 06:15:05 | 4 | dating functionality of the website, or |
| 06:15:10 | 5 | suggest it? |
| 06:15:10 | 6 | A.   You would be suggested just by the name and |
| 06:15:12 | 7 | what you saw on the front.  But, again, I |
| 06:15:17 | 8 | don't think -- it's speculation for me to |
| 06:15:19 | 9 | say what a person could infer other than the |
| 06:15:21 | 10 | fact that they would see a search that they |
| 06:15:24 | 11 | couldn't use. |
| 06:15:24 | 12 | Q.   Okay.  Would you look at Defendants' Exhibit |
| 06:15:29 | 13 | 11 to the deposition again.  There are two |
| 06:15:33 | 14 | URLs on that e-mail, correct? |
| 06:15:36 | 15 | A.   Right.  Right. |
| 06:15:37 | 16 | Q.   What is the -- what is the second URL, the |
| 06:15:40 | 17 | one that has php -- |
| 06:15:43 | 18 | A.   Connect home? |
| 06:15:44 | 19 | Q.   Right. |
| 06:15:44 | 20 | A.   Is that what you're talking about? |
| 06:15:48 | 21 | Q.   Right. |
| 06:15:48 | 22 | A.   Yeah, I'm not sure if that page was up at |
| 06:15:51 | 23 | this time.  Well, I guess that would be sort |
| 06:15:54 | 24 | of a landing page for the connect side.  So |
| 06:15:59 | 25 | there's two layers of pages, and you would |

389

| | | |
|---|---|---|
| 06:16:02 | 1 | go on the splash side. There would be the |
| 06:16:04 | 2 | front splash, and then if you went down the |
| 06:16:06 | 3 | date side, you'd hit a search that you can't |
| 06:16:09 | 4 | use, and if you went down the connect side, |
| 06:16:12 | 5 | you would hit a search that you couldn't |
| 06:16:14 | 6 | use. |
| 06:16:14 | 7 | Q. And so what -- would that second URL give |
| 06:16:16 | 8 | you access to the actual source code? |
| 06:16:18 | 9 | A. No. No, it would not. It would -- I |
| 06:16:21 | 10 | believe it was just a duplication of the |
| 06:16:24 | 11 | date home, what that search -- but it would |
| 06:16:28 | 12 | not give you -- again, you would have to log |
| 06:16:31 | 13 | in. And that side was even less complete, |
| 06:16:34 | 14 | so even if you logged in you may not have |
| 06:16:36 | 15 | been able to operate anything. |
| 06:16:38 | 16 | Q. Did you ever access the source code for |
| 06:16:42 | 17 | HarvardConnection? |
| 06:16:42 | 18 | A. No, I don't believe that I've looked at the |
| 06:16:48 | 19 | source code. |
| 06:16:49 | 20 | Q. Have you ever had any communications, |
| 06:16:51 | 21 | e-mail, telephone, meetings, otherwise, with |
| 06:16:53 | 22 | Mr. Moskovitz? |
| 06:16:53 | 23 | A. Huh-uh. |
| 06:16:55 | 24 | Q. No? |
| 06:16:55 | 25 | A. No. |

SARNOFF COURT REPORTERS AND LEGAL TECHNOLOGIES
877.955.3855