
"I won't philosophize and will be read."

SEARCH

Advanced Search

Today's Issue

In This Archive:
Front Page
News
Opinion
Sports
* Magazine
Arts
Photo Gallery
Comics
OnAir

Archives
Classifieds
Corrections
E-Digest
Web Specials

About THC
Advertising
Contact
Deliveries
Rights/Permissions
Summer Academy

Alumni Website
Make a Donation

paid advertising

| Online MBA Programs | Interior Design Schools | Online Nursing Programs | Colleges in California |
| Online Colleges | Online College Degrees | Online Universities | Interior Decorating Schools |
| Culinary Art Schools | MBA Degrees Online | Technical Schools | Online Colleges & Degrees |
| Fashion Design Schools | Medical Career Schools | Trade Schools | Colleges in Chicago Illinois |
| Online Colleges | Directory of Colleges | Vinyl Replacement Windows | Colleges in Florida |
| Graphic Design Schools | Online Masters Programs | Online Degree Programs | MBA Programs Online |



MAGAZINE

Published on Thursday, February 24, 2005

# How They Got Here

By **FM STAFF**

In just a year, TheFacebook has seen seemingly unrestrained growth. Here are some highlights from the past twelve months.

ARTICLE OPTIONS
- Email this article to a friend
- Send a letter to the editor
- Print this article

**FEBRUARY 4**
- Zuckerberg launches TheFacebook during Harvard's shopping week
- The site runs off of one server for $85 per month

**FEBRUARY 18 – 4,300 users**
- Zuckerberg is first approached by investors
- Moskovitz is enlisted to expand site to other schools

**LATE FEBRUARY - MARCH 5 – 10,000**
- TheFacebook reaches Columbia, Yale, Stanford

**MARCH 31 – 31,000**
- The site now runs off of 5 servers, costing $450 per month

**APRIL 14 – 51,910**

- TheFacebook moves its servers to a boutique hosting service near Zuckerberg's new York hometown

**APRIL 25 – EARLY MAY – 82,000**

- Moskovitz leads nationwide expansion
- Saverin experiments with national advertising
- Zuckerberg and McCollum begin discussing Wirehog

**JUNE 10 – LATE JUNE – 160,000**

- TheFacebook moves to Palo Alto, California
- Sean Parker, two interns join the team
- Saverin goes to New York

**JULY 21 – AUGUST 25 – 190,000**

- TheFacebook falls $50,000 in debt
- Zuckerberg meets with investors
- The team redesigns and relaunches the site

**EARLY SEPTEMBER – 250,000**

- ConnectU files lawsuit against TheFacebook
- Casa Facebook moves to Los Altos, CA
- D'Angelo, Saverin, interns return to school.

**OCT 21 – 500,000**

Ads by Gooooogle

Online Education
Advance Your Career Quickly with an Online Degree from a Top College!
www.KnowledgeStop.com

Online Masters Degrees
Attend Leading Colleges Nationwide From Your Own Home. Learn How!
ClassesUSA.com

MU - Online Degrees
Accredited Online Degrees & courses Free Catalog & Credit Evaluation.
www.MadisonUniversity.c

No Exam Masters, MLA, MPM
No required courses. Approved by Fortune 500 firms. Learn by writing
www.rushmore.edu

Ads by Gooooogle

Online Education
Advance Your Career Quickly with an Online Degree from a Top College!
www.KnowledgeStop.com

Online Masters Degrees
Convenient Online Programs, 100+ Accredited Schools - Learn More!
ClassesUSA.com

MU - Online Degrees
Accredited Online Degrees & courses Free Catalog & Credit Evaluation.
www.MadisonUniversity.c

No Exam Masters, MLA, MPM
No required courses. Approved by Fortune 500 firms. Learn by writing
www.rushmore.edu

PAID ADVERTISING:
Donate Car

- Wirehog launches (first week in November)
- Zuckerberg meets with East Coast investors

**NOVEMBER 30 – 910,000**

- Angel investor Peter Thiel throws One Million User Party at Frisson (San Francisco)

**JANUARY 16 – 1.3 million**

- Casa Facebook moves to Menlo Park
- Press representative Chris Hughes moves to France

**FEB 7 – 1.5 million**

- National Beirut Tournament briefly launched, cancelled
- First European schools launched

Web Marketing
Weight Loss Pill
School Fundraisers: Fundraising
California Mortgage
Ltd. edition art & collectibles
Best Student Credit Cards
iambigbrother
North Cyprus Estate Agent
Enzyte

paid advertising

Shops And Services UK
Buy Coldplay Tickets Online
Techy Links
School Fundraisers: Fundraising
California Mortgage

Ltd. edition art & collectibles
Best Student Credit Cards
iambigbrother
North Cyprus Estate Agent
Enzyte

Life Quote
Dental Plans from $79/year!
Software Downloads
Alaska Tours: Princess Lodges
Natural Breast Enhancement

Copyright © 2005, The Harvard Crimson Inc. | Privacy Policy | Terms and Conditions