# EXHIBIT J

login   registe

**E-mail:**

**Password:**

# Frequently Asked Questions

## General

» What is the Facebook?
» Who made this site?
» When was the site started?
» Is this a class project?
» How do you get our information? Does the school give it to you?
» How can I protect my privacy?
» Where do I say what school I'm going to?

## Searching

» What is the social net?
» Why does the social net repeat people?
» How do I search by something besides names?

## Friends

» If I reject someone, will they find out?
» If I remove someone from my friends list, will they be notified?
» What does it mean when friends display on the left side of my profile?

## Features

» What is poking?
» What is the wall?
» Can I delete entries on my wall?
» How can I view the visualization?
» Why is the visualization slow?
» How do I navigate through the visualization?

## Groups

» How do I create a group?
» What is a groupie?
» What is a sponsored group?

## Accounts

» Can I change my name and password?
» When I try to log in, the page just refreshes. What's going on?
» The site says I don't have a valid email address. Why?
» Can I transfer my account to another school on the network?
» What do I do if I try to change my profile but it doesn't seem to save?

## Facebook Announcements / Advertising

» What are Facebook Announcements?
» How can I buy a Facebook Announcement?
» Where can I get more info about Facebook Announcements?

## Other

» What kind of graph theory algorithms are you using to process connections?
» My school is not on Facebook -- why not and how can it be added?
» How do I select a department, major, or dorm that's not in the drop-down menus?
» I have a question that's not covered in the FAQ. How can I ask it?

### What is the Facebook?

The Facebook is an online directory that connects people through social networks at schools.

### Who made this site?

See the about page.

### When was the site started?

It was launched to the public on Wednesday, February 4th, 2004.

### Is this a class project?

Nope, just for fun.

### How do you get our information? Does the school give it to you?

Your school is not providing us with any information about you. All information and pictures are provid voluntarily by users.

### How can I protect my privacy?

You can adjust your privacy settings to allow only people within certain divisions of certain schools to You can also create different privacy settings to control who can search for you, see your profile and s contact information.

### Where do I say what school I'm going to?

When you join the Facebook, you aren nott just joining one large social network. Instead, you are aff yourself with a specific branch of the site that just includes other people from your school. When peop other branch sites view your listing in search results, it will automatically display which branch of the s belong to.

### What is the social net?

Your social net is the group of all users whose privacy settings allow you to view their information. To things more interesting, we also limit it to only users who have submitted pictures. When you click on net", ten random users from your social net are displayed.

### Why does the social net repeat people?

Since we pick people to display randomly, there is a chance that the same person will be displayed on pages. This problem will alleviate itself as more people join.

### How do I search by something besides names?

You can either click the "Search all Fields" button on the search page, or try the advanced search pag

### If I reject someone, will they find out?

No. When you reject someone, their friend request will leave your list of friendships to confirm, but th not be notified. They also will not be able to send you another friend request for some amount of time them, it will just seem as if you haven't confirmed their friendship yet.

### If I remove someone from my friends list, will they be notified?

No, but all friend links are reciprocal, so you will be removed from their list as well.

### What does it mean when friends display on the left side of my profile?

The Facebook randomly chooses 6 of your friends from your school to display on your profile.

### What is poking?

We have about as much of an idea as you do. We thought it would be fun to make a feature that had purpose and to see what happens from there. So mess around with it, because you're not getting an explanation from us.

### What is the wall?

Your wall is a forum for your friends to post comments or insights about you. You can always remove comments you don't like from your own wall. If you want your wall turned off, you can do that on the Privacy page.

### Can I delete entries on my wall?

Yes, you can delete any comment on your own wall.

### How can I view the visualization?

In order to see the visualized social nets, you need to have the SVG plugin for your browser. Installati takes about 15 seconds; you can get it here. If you are using Firefox, you may also need to follow the instructions at the bottom of this page.

### Why is the visualization slow?

Because we're too lazy to program it in a way that would be faster.

### How do I navigate through the visualization?

Hold down 'Alt' while dragging to scroll, or right-click to zoom. We apologize for the difficulty of navig the visualizations. We didn't make the SVG viewer; we just use it to bring you pretty pictures.

### How do I create a group?

If you are unable to find the group you are looking to join, you can start a new one on the My Groups Click on "Create Group" near the bottom of this page.

### What is a groupie?

A groupie is a person who is not a member of a group but is friends with many of the members of the The cutoff for being a groupie depends on the size of the group.

### What is a sponsored group?

These groups are paid promotions by outside companies. The sponsor controls the look and feel of th but does not have access to its members' personal information or profiles. The money from these pro like the money from all our ads, goes towards the Facebook's server and operational costs. Sponsored help us keep the service free and fast.

### Can I change my name and password?

Yes -- you can request a name change and change your password on the My Account page. For qualit control purposes, we confirm all name changes before they take place. Password changes take place immediately.

### When I try to log in, the page just refreshes. What's going on?

You need to enable cookies on your browser. In order to do this in Internet Explorer, go to tools: opti from the menu at the top. Then click on the privacy tab and alter your privacy settings to allow cookie close and restart your browser and try logging in again.

### The site says I don't have a valid email address. Why?

If you're in college or you're an alum, you need to register with an email provided by your school. Thi we make sure you're actually affiliated with that school.

### Can I transfer my account to another school on the network?

Yes, you can request a network transfer on your my account page. Note that you need a valid school from your new school.

### What do I do if I try to change my profile but it doesn't seem to save?

If you have particularly long entries in parts of your profile, some browsers (particularly Internet Explo have trouble saving the form. The Facebook team recommends Mozilla Firefox for best use.

### What are Facebook Announcements?

Facebook Announcements allow students and local businesses to provide a variety of relevant links to at the schools on our network. These announcements only appear at certain schools. And hey, they're definitely better than having to look at banner ads.

### How can I buy a Facebook Announcement?

You can buy Facebook Announcements here.

### Where can I get more info about Facebook Announcements?

Facebook Announcements have their own FAQ, which you can see here.

### What kind of graph theory algorithms are you using to process connections?

I'm going to pretend you didn't just ask that.

### My school is not on Facebook -- why not and how can it be added?

Drats, I thought we had all of them. Each school has a custom site built for it before its students can If we're missing your school, fill out this form and we'll add it.

### How do I select a department, major, or dorm that's not in the drop-down m

We can easily add new selections for your school. To request an addition, please email suggest@facebook.com. Please remember to specify which school to add them to or write to us from school email account.

### I have a question that's not covered in the FAQ. How can I ask it?

Email us.

about   contact   announce   advertise   terms   privacy
a Mark Zuckerberg production
Facebook © 2005