**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| CONNECTU LLC,<br><br>             Plaintiffs,<br><br>v.<br><br>MARK ZUCKERBERG, EDUARDO SAVERIN, DUSTIN MOSKOVITZ, ANDREW MCCOLLUM, CHRISTOPHER HUGHES, and THEFACEBOOK, INC.,<br><br>             Defendants. | Civil Action No. 1:04-CV-11923 (DPW)<br><br>District Judge Douglas P. Woodlock |
| MARK ZUCKERBERG, and THEFACEBOOK, INC.,<br><br>             Counterclaimants,<br><br>v.<br><br>CONNECTU LLC,<br><br>             Counterdefendant,<br><br>and<br><br>CAMERON WINKLEVOSS, TYLER WINKLEVOSS, and DIUVYA NARENDRA,<br><br>             Additional Counterdefendants. | |

**APPENDIX OF NON-PUBLISHED CASES IN SUPPORT OF FACEBOOK DEFENDANTS' OPPOSITION TO CONNECTU LLC'S MOTION TO COMPEL THE PRODUCTION OF DOCUMENTS IN RESPONSE TO PRODUCTION REQUEST NOS. 42, 44-46, 70-71, 85-96, 98-105, 107-110, 113, AND 169**

For the convenience of the Court, Defendants Mark Zuckerberg, Dustin Moskovitz, Andrew McCollum, Christopher Hughes, and TheFacebook, Inc.[1] ("The Facebook Defendants") enclose the following Appendix of Non-Published Judicial Decision cited in support of their Opposition to ConnectU LLC's Motion to Compel the Production of Documents in Response to

Production Request Nos. 42, 44-46, 70-71, 85-96, 98-105, 107-110, 113, and 169.

1. *Cambridge Internet Solutions, Inc. v. Avicon Group*, 10 Mass. L. Rptr. 539, 1999 WL 959673,*2 (Mass. Super., Sept. 21, 1999), (Exhibit 1).

2. *In re Lupron® Mktg. & Sales Practices Litig.*, Case No. MDL 1430, 01-CV-10861-RGS, 2004 WL 764466, *1, (D. Mass. Mar. 2, 2004).   (Exhibit 2).

3. *In re Lupron® Mktg & Sales Practices Litig.*, Case No. MDL 1430, 01-CV-10861-RGS, 2004 WL 764454, *1(D. Mass. Mar. 17, 2004), (Exhibit 3).

4. *L-3 Communications Corp. v. Reveal Imaging Techs., Inc.*, No 035810BLS, 2004 WL 2915743 (Mass. Super. Dec. 2, 2004), (Exhibit 4).

5. *Staffbridge, Inc. v. Nelson Assocs., Inc.*, No. 024912-BLS, 2004 WL 1429935, at *1 (Mass. Super. June 11, 2004), (Exhibit 5).

---

[1] Defendant Eduardo Saverin is represented by separate counsel in this matter.

Dated:  September 23, 2005.  Respectfully submitted,

/s/ Joshua H. Walker
Joshua H. Walker*
G. Hopkins Guy, III*
I. Neel Chatterjee*
Monte M.F. Cooper*
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA  94025
Telephone:  (650) 614-7400
Facsimile:   (650) 614-7401
hopguy@orrick.com
nchatterjee@orrick.com
mcooper@orrick.com
ddaybell@orrick.com

Steven M. Bauer
Jeremy P. Oczek
PROSKAUER ROSE LLP
One International Place, 22nd Floor
Boston, MA 02110-2600
Telephone:     (617) 526-9600
Facsimile:      (617) 526-9899
sbauer@proskauer.com
joczek@proskauer.com

ATTORNEYS FOR MARK ZUCKERBERG, DUSTIN MOSKOVITZ, ANDREW MCCOLLUM, CHRISTOPHER HUGHES, and THEFACEBOOK, INC.

* Admitted Pro Hac Vice

DOCSSV1:427117.1

-3-