## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CONNECTU LLC<br><br>    Plaintiff,<br><br>v.<br><br>MARK ZUCKERBERG, EDUARDO SAVERIN, DUSTIN MOSKOVITZ, ANDREW MCCOLLUM, CHRISTOPHER HUGHES, and THEFACEBOOK, INC.,<br><br>    Defendants.<br>MARK ZUCKERBERG, and THEFACEBOOK, INC.,<br><br>    Counterclaimants,<br><br>v.<br><br>CONNECTU LLC,<br><br>    Counterdefendant,<br><br>and<br><br>CAMERON WINKLEVOSS, TYLER WINKLEVOSS, and DIVYA NARENDRA,<br><br>    Additional Defendants on Counterclaims. | Civil Action No.: 04-11923-DPW |

### MOTION FOR ADMISSION *PRO HAC VICE* FOR
### ROBERT D. NAGEL TO APPEAR ON BEHALF OF FACEBOOK DEFENDANTS

Pursuant to Local Rule 83.5.3(b), the undersigned counsel hereby moves for the admission *pro hac vice* of attorney Robert D. Nagel of the law firm Orrick, Herrington & Sutcliffe LLP to appear on behalf of the following Defendants in the above-captioned case: 1) TheFacebook, Inc.; 2) Mark Zuckerberg; 3) Dustin Moskovitz; 4) Andrew McCollum; and 5) Christopher Hughes.

As set forth in the attached certification, Attorney Nagel is a member in good standing in every jurisdiction where he has been admitted to practice; there are no disciplinary proceedings pending against him as a member of the bar in any jurisdiction; and he is familiar with the Local Rules of the U.S. District Court for the District of Massachusetts.

The undersigned counsel is sending a check by first class mail to the Clerk of the Court in the amount of $50.00 to cover the required filing fee for *pro hac vice* admission.

WHEREFORE, it is respectfully requested that Attorney Nagel be admitted *pro hac vice* to appear on behalf of Defendants TheFacebook, Inc., Zuckerberg, Moskovitz, McCollum, and Hughes in the above-referenced case.

Dated:  September 25, 2005

Respectfully submitted,

DEFENDANTS THEFACEBOOK, INC., MARK ZUCKERBERG, DUSTIN MOSKOVITZ, ANDREW MCCOLLUM, AND CHRISTOPHER HUGHES.

By their Attorneys,

    */s/ Jeremy P. Oczek*
Steven M. Bauer (BBO# 542531)
Jeremy P. Oczek (BBO #647509)
PROSKAUER ROSE LLP
One International Place
Boston, MA 02110
Tel: (617) 526-9600
Fax: (617) 526-9899