## CERTIFICATION BY ROBERT D. NAGEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5.3(b), I, Robert D. Nagel, Esquire, hereby certify that (1) I am

a member of the bar in good standing in every jurisdiction where I have been admitted to

practice (California State Bar); (2) there are no disciplinary proceedings pending against me as a

member of the bar in any jurisdiction; and (3) I am familiar with the Local Rules of the U.S.

District Court for the District of Massachusetts.

Robert D. Nagel
Orrick, Herrington & Sutcliffe LLP
4 Park Plaza, Suite 1600
Irvine, CA 92614-2558
Tel: (949) 567-6700
Fax: (949) 567-67101

Dated:  September 2l, 2005