IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CONNECTU LLC,<br><br>    Plaintiff,<br><br>v.<br><br>MARK ZUCKERBERG, EDUARDO SAVERIN, DUSTIN MOSKOVITZ, ANDREW MCCOLLUM, CHRISTOPHER HUGHES, and THEFACEBOOK, INC.,<br><br>    Defendants.<br><br>MARK ZUCKERBERG, and THEFACEBOOK, INC.,<br><br>    Counterclaimants,<br><br>v.<br><br>CONNECTU LLC,<br><br>    Counterdefendant,<br><br>and<br><br>CAMERON WINKLEVOSS, TYLER WINKLEVOSS, and DIVYA NARENDRA,<br><br>    Additional Counterdefendants. | CIVIL ACTION NO. 1:04-CV-11923 (DPW) |

**ASSENTED TO MOTION FOR LEAVE TO FILE FACEBOOK DEFENDANTS' REPLY TO PLAINTIFF'S OPPOSITION TO MOTION TO COMPEL PARTICULARIZED IDENTIFICATION OF TRADE SECRETS IN RESPONSE TO THE FACEBOOK DEFENDANTS' INTERROGATORY NO. 2**

Defendants Mark Zuckerberg, Dustin Moskovitz, Andrew McCollum, Christopher Hughes, and TheFacebook, Inc.[1] ("The Facebook Defendants") hereby move for leave to file a reply to Plaintiff's Opposition to Motion to Compel Particularized Identification of Trade Secrets in Response to the Facebook Defendants' Interrogatory No. 2.

This motion is necessary to address new issues raised in Plaintiff's Opposition and to clarify the record for the Court. Plaintiff's Opposition contains numerous legal and factual errors which must be corrected. New issues raised in the Opposition include new arguments by Plaintiff relating to secrecy of matter designated, as well as issues relating to numerous new factual assertions.

The Facebook Defendants' reply (Exhibit A) will clarify these issues and will assist the Court in ruling on the Facebook Defendants' Motion to Compel Particularized Identification of Trade Secrets in Response the Facebook Defendants' Interrogatory No. 2.

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1

Counsel for the Facebook Defendants certifies that pursuant to Local Rule 7.1, the parties have conferred regarding the issues presented by this motion, and that counsel for Plaintiff ConnectU (Troy E. Grabow) and for Defendant Eduardo Saverin (Robert Hawk) each consent to this motion.

---

[1] Defendant Eduardo Saverin is represented by separate counsel in this matter.

- 1 -

Dated: September 27, 2005.                    Respectfully submitted,

                                              /s/ Joshua H. Walker
                                              _____
                                              G. Hopkins Guy, III*
                                              I. Neel Chatterjee*
                                              Monte M.F. Cooper*
                                              Joshua H. Walker*
                                              ORRICK, HERRINGTON & SUTCLIFFE LLP
                                              1000 Marsh Road
                                              Menlo Park, CA 94025
                                              Telephone: (650) 614-7400
                                              Facsimile: (650) 614-7401
                                              hopguy@orrick.com
                                              nchatterjee@orrick.com
                                              mcooper@orrick.com
                                              jwalker@orrick.com

                                              Steve M. Bauer
                                              Jeremy P. Oczek
                                              PROSKAUER ROSE, LLP
                                              One International Plaza, 14th Floor
                                              Boston, MA 02110-2600
                                              Telephone:   (617) 526-9600
                                              Facsimile:   (617) 526-9899
                                              sbauer@proskauer.com
                                              joczek@proskauer.com

                                              ATTORNEYS FOR MARK ZUCKERBERG,
                                              DUSTIN MOSKOVITZ, ANDREW
                                              MCCOLLUM, CHRISTOPHER HUGHES, and
                                              THEFACEBOOK, INC.

                                              * Admitted Pro Hac Vice

## CERTIFICATE OF SERVICE

I hereby certify that on September 27, 2005, a true and correct copy of the foregoing document was served on counsel of record by use of the Court's ECF system.

<u>[[/s/]] Joshua H. Walker</u>
Joshua H. Walker*

* Admitted Pro Hac Vice

DOCSSV1:427496.1