

901 New York Avenue, NW ■ Washington, DC 20001-4413 ■ 202.408.4000 ■ Fax 202.408.4400
www.finnegan.com

FINNEGAN
HENDERSON
FARABOW
GARRETT &
DUNNER LLP

TROY E. GRABOW
202.408.4391
troy.grabow@finnegan.com

September 28, 2005

Joshua H. Walker, Esq.                                    **VIA FACSIMILE**
ORRICK, HERRINGTON & SUTCLIFFE, LLP
1000 Marsh Road
Menlo Park, CA 94025

*ConnectU LLC v. Zuckerberg et al.*
Civil Action No: 1:04-cv-11923 (DPW)

Dear Joshua:

We have reviewed the Facebook Defendants' supplemental production enclosed in the letter from Amy Dalton dated September 12, 2005. Unfortunately, the 27 pages of production documents (TFB000025-51) do not include important financial documents that ConnectU is entitled to receive. In particular, the recently produced documents fail to include the following:

(1) balance sheets and profit & loss statements, on a monthly basis, prior to December 2004;

(2) an update to the current date of the "Trended Revenue Detail" spreadsheet produced at TFB0000023; and

(3) balance sheets, profit & loss statements, and cash flow statements for April, July, August, and September 2005.

Please produce these documents and any other responsive financial documents without further delay. Your delay in producing such documents is prejudicing our ability to prepare our damages expert report by the November 1, 2005 deadline.

Sincerely,

*Troy E Grabow*

Troy E. Grabow

TEG

Washington, DC ■ Atlanta, GA ■ Cambridge, MA ■ Palo Alto, CA ■ Reston, VA ■ Brussels ■ Taipei ■ Tokyo

Joshua Walker, Esq.
September 28, 2005
Page 2

FINNEGAN
HENDERSON
FARABOW
GARRETT &
DUNNER LLP

cc: Daniel K. Hampton, Esq.
Steven M. Bauer, Esq.
Neel I. Chatterjee, Esq.
Monte Cooper, Esq.
G. Hopkins Guy, III, Esq.
Robert B. Hawk, Esq.
Gordon P. Katz, Esq.
Jeremy P. Oczek, Esq.
Bhanu K. Sadasivan, Esq.