IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CONNECTU LLC,<br><br>                Plaintiff,<br><br>v.<br><br>MARK ZUCKERBERG, EDUARDO SAVERIN, DUSTIN MOSKOVITZ, ANDREW MCCOLLUM, CHRISTOPHER HUGHES, and THEFACEBOOK, INC.,<br><br>                Defendants.<br><br>MARK ZUCKERBERG and THEFACEBOOK, INC.,<br><br>                Counterclaimants,<br><br>v.<br><br>CONNECTU LLC,<br><br>                Counterdefendant,<br><br>and<br><br>CAMERON WINKLEVOSS, TYLER WINKLEVOSS, and DIVYA NARENDRA,<br><br>                Additional Counterdefendants. | CIVIL ACTION NO. 1:04-cv-11923 (DPW)<br><br>District Judge Douglas P. Woodlock<br><br>Magistrate Judge Robert B. Collings |

**[PROPOSED] ORDER GRANTING ASSENTED-TO MOTION
FOR LEAVE TO FILE PLAINTIFF'S REPLY TO DEFENDANTS'
OPPOSITIONS TO PLAINTIFF'S MOTION TO COMPEL THE
PRODUCTION OF DOCUMENTS IN RESPONSE TO PRODUCTION
REQUEST NOS. 42, 44-46, 70-71, 85-96, 98-105, 107-110, 113, AND 169**

Having Considered Plaintiff ConnectU LLC's Assented-To Motion for Leave to file Reply to Defendants' Oppositions to Plaintiff's Motion to Compel the Production of Documents in Response to Production Request Nos. 42, 44-46, 70-71, 85-96, 98-105, 107-110, 113, and 169, this Court orders as follows:

ConnectU is granted leave to file the Reply attached as Exhibit A to its Motion for Leave.

**SO ORDERED**


DATED: _____                    _____
                                     District Judge Douglas P. Woodlock

                                     Magistrate Judge Robert B. Collings

2