# EXHIBIT 4



# ORRICK

Joshua H. Walker
(650) 614-7339
jwalker@orrick.com

September 23, 2005

*VIA FACSIMILE AND MAIL*

John F. Hornick, Esq.
Finnegan, Henderson, Farabow,
Garrett & Dunner, LLP
901 New York Avenue, N.W.
Washington, D.C. 20001

Re: *ConnectU, LLC v. Zuckerberg, et. al.*,
Civil Action No. 1:04-cv-11923 (DPW)

Dear Mr. Hornick:

This letter relates to the deposition of Plaintiff ConnectU, LLC of August 9, 2005, pursuant to Federal Rule of Civil Procedure 30(b)(6), and the supplementation thereof.

The parties have exchanged their positions regarding such deposition in writing and during a telephonic meet and confer held today, September 23, 2005. It is clear that there is no agreement between defendants and plaintiff. Therefore, we expect to file a motion to compel further testimony shortly.

Sincerely,

Joshua H. Walker

cc: Troy E. Grabow Esq. (via e-mail)
Daniel K. Hampton, Esq. (via e-mail)
Steve M. Bauer, Esq. (via e-mail)
Jeremy Oczek, Esq. (via e-mail)

DOCSSV1:427335.2

# EXHIBIT 5

**Walker, Joshua**
___

| | |
|---|---|
| **From:** | Hornick, John [John.Hornick@finnegan.com] |
| **Sent:** | Monday, September 26, 2005 6:47 AM |
| **To:** | DOMGWIA.Internet.jwalker@orrick.com; Cooper, Monte |
| **Cc:** | Bhanu.Sadasivan@hellerehrman.com; dan.hampton@hklaw.com; Facebook/Connectu - OHS and Co-Counsel; Halpern, Kenneth; robert.hawk@hellerehrman.com; Grabow, Troy; Hart, Pat; Rinaldi, Cynthia |
| **Subject:** | RE: Meet and Confer re ConnectU Deposition |

Dear Joshua:

This letter responds to your September 23, 2005 letter regarding the meet and confer we held that day. As we told you during the conference, if you will identify the questions with which you are dissatisfied with ConnectU's Rule 30(b)(6) witness's answers, or if you will identify the categories (that you identified during the conference) into which each of the entries on your Exhibit A fall, we will consider such information in light of the deposition transcript and may provide a Rule 30(b)(6) witness for ConnectU for an additional one-half day of testimony. However, you would not agree to do either. Our offer stands.

Sincerely,

John

This e-mail message is intended only for individual(s) to whom it is addressed and may contain information that is privileged, confidential, proprietary, or otherwise exempt from disclosure under applicable law. If you believe you have received this message in error, please advise the sender by return e-mail and delete it from your mailbox. Thank you.

1

# EXHIBIT 6

**Walker, Joshua**

---

| | |
|---|---|
| From: | Walker, Joshua |
| Sent: | Monday, September 26, 2005 6:54 AM |
| To: | 'Hornick, John'; DOMGWIA.Internet.jwalker@orrick.com; Cooper, Monte |
| Cc: | Bhanu.Sadasivan@hellerehrman.com; dan.hampton@hklaw.com; Facebook/Connectu - OHS and Co-Counsel; Halpern, Kenneth; robert.hawk@hellerehrman.com; Grabow, Troy; Hart, Pat; Rinaldi, Cynthia |
| Subject: | RE: Meet and Confer re ConnectU Deposition |

Dear John:

As stated repeatedly, the Facebook Defendants cannot further supplement their previous extensive designation of transcript testimony, as doing so would minimize ConnectU's failure to meet its discovery obligations and the degree to which the purposes of Rule 30(b)(6) were thwarted at deposition. The Facebook Defendants view further requests for elaboration as a mere attempt to delay discovery, especially since even such heroic measures would only trigger your "consideration".

Sincerely,

Joshua Walker


Joshua H. Walker
Associate

Orrick, Herrington & Sutcliffe LLP

tel (650) 614-7339
fax (650) 614-7401

email jwalker@orrick.com
www.orrick.com


-----Original Message-----
From: Hornick, John [mailto:John.Hornick@finnegan.com]
Sent: Monday, September 26, 2005 6:47 AM
To: DOMGWIA.Internet.jwalker@orrick.com; Cooper, Monte
Cc: Bhanu.Sadasivan@hellerehrman.com; dan.hampton@hklaw.com; Facebook/Connectu - OHS and Co-Counsel; Halpern, Kenneth; robert.hawk@hellerehrman.com; Grabow, Troy; Hart, Pat; Rinaldi, Cynthia
Subject: RE: Meet and Confer re ConnectU Deposition

Dear Joshua:

This letter responds to your September 23, 2005 letter regarding the meet and confer we held that day. As we told you during the conference, if you will identify the questions with which you are dissatisfied with ConnectU's Rule 30(b)(6) witness's answers, or if you will identify the categories (that you identified during the conference) into which each of the entries on your Exhibit A fall, we will consider such information in light of the deposition transcript and may provide a Rule 30(b)(6) witness for ConnectU for an additional one-half day of testimony. However, you would not agree to do either. Our offer stands.

Sincerely,

John

1

This e-mail message is intended only for individual(s) to whom it is addressed and may contain information that is privileged, confidential, proprietary, or otherwise exempt from disclosure under applicable law. If you believe you have received this message in error, please advise the sender by return e-mail and delete it from your mailbox. Thank you.