# EXHIBIT 10
# (PART 3 OF 3)

Page 283

04:12:16 1    MR. HAWK: -- except conduct an
2    examination --
3        MR. HORNICK: You can't mislead the
4    witness.
5        MR. HAWK: -- and you're
6    interfering.
7        THE REPORTER: Hold on. I can't
8    take you guys both.
9        MR. HORNICK: You can't mislead the
10    witness.
04:12:21 11    MR. HAWK: Fine. All right.
04:12:21 12 A.    To answer your question, when we asked Mr.
04:12:23 13    Gao for the code, I asked him for -- we
04:12:26 14    specifically asked him for code that did not
04:12:28 15    include Mark Zuckerberg's code when filing
04:12:30 16    with the copyright office, okay?
04:12:32 17 Q.    Why did you do that?
04:12:33 18 A.    Because we wouldn't file Mark Zuckerberg's
04:12:37 19    code with the copyright office. We filed
04:12:39 20    the code that we wrote.
04:12:41 21 Q.    I thought you said there was only one
04:12:42 22    version of the code. So there are two
04:12:44 23    versions of the code, right?
04:12:45 24 A.    No, no, no. There's one version of the
04:12:47 25    code. Mark -- as I said, Mark didn't upload

Page 282

04:12:50 1    any of his stuff into the server.
04:12:52 2 Q.    Well, let me ask you this: You said you
04:12:56 3    instructed Mr. Gao to give you code that did
04:13:01 4    not contain any contributions by Mark
04:13:04 5    Zuckerberg. Is that what you told Mr. Gao?
04:13:06 6 A.    Yes, but there were no contributions from
04:13:09 7    Mr. Zuckerberg in the code, is what I'm
04:13:12 8    getting at.
04:13:12 9 Q.    Well, did Mr. Gao confirm to you that he did
04:13:18 10    not strip out anything from the code that --
04:13:21 11    before he gave it to you?
04:13:22 12 A.    I believe that Mr. Gao told me that there
04:13:24 13    was no code in there, that Mark Zuckerberg
04:13:28 14    wrote when he file -- when he gave us the
04:13:30 15    code to file with the copyright office.
04:13:32 16 Q.    Okay. So that's your testimony: Mr. Gao
04:13:34 17    told you that there was no code written by
04:13:37 18    Mr. Zuckerberg, no code whatsoever in the
04:13:46 19    HarvardConnection code that he found and
04:13:47 20    that he gave to you?
04:13:48 21 A.    My testimony is that the code that was filed
04:13:50 22    with the copyright office did not contain
04:13:54 23    Mark Zuckerberg's code. Now, in addition to
04:13:55 24    that, I am under the impression that Mr. Gao
04:13:59 25    said that there was no contribution from

Page 284

04:14:02 1    Mark on the server, aside from him poking
04:14:05 2    around in files and duplicating code that
04:14:08 3    Mr. Gao had already written.
04:14:10 4        Now, if you want to call that a
04:14:11 5    version, I'm not sure what you mean by a
04:14:14 6    version. You're talking about multiple
04:14:15 7    versions of the code.
04:14:16 8 Q.    Well, you're not answering my question.
04:14:16 9        MR. HORNICK: Yes, he has answered
04:14:16 10    your question.
04:14:18 11 Q.    Let me ask you this. Let me ask you this.
04:14:19 12        MR. HORNICK: You showed him the
04:14:21 13    code --
04:14:21 14        MR. CHATTERJEE: Counsel, lodge an
04:14:23 15    objection. You don't need to instruct the
04:14:24 16    witness, and you don't need to argue.
04:14:25 17        MR. HORNICK: I'm not instructing
04:14:27 18    the witness.
04:14:27 19        MR. HAWK: Yeah, you're --
04:14:28 20        MR. HORNICK: You're asking unfair
04:14:29 21    questions.
04:14:29 22        MR. CHATTERJEE: I'm looking
04:14:30 23    forward to bringing this in front of the
04:14:32 24    Court.
04:14:33 25 BY MR. HAWK:

04:14:33 1 Q.    Did Mr. Gao strip out any code from the
04:14:36 2    version that he gave you which you gave to
04:14:38 3    your lawyers to deposit with the copyright
04:14:39 4    office?
04:14:39 5 A.    I am -- I can't answer that. I don't know
04:14:42 6    the answer to that. I know that the code
04:14:44 7    given to the copyright office has none of
04:14:47 8    Mark Zuckerberg's code.
04:14:48 9 Q.    And how do you know that? Is that because
04:14:49 10    Mr. Gao told you that?
04:14:50 11 A.    Because we wouldn't have filed code that he
04:14:55 12    written -- wrote for copyright because it's
04:14:57 13    not our code.
04:14:58 14 Q.    Right. And I know you didn't intend to do
04:15:02 15    that, but you've made an unequivocal
04:15:05 16    statement that you did not file code with
04:15:06 17    the copyright office that contained
04:15:08 18    contributions by Mr. Zuckerberg. Now, hold
04:15:11 19    on, let me finish the question. And so I
04:15:13 20    want to know what is your factual basis for
04:15:15 21    that statement, not what you intended to do,
04:15:17 22    but what your factual basis for that
04:15:19 23    statement is?
04:15:19 24 A.    Simply based on the fact that it was not --
04:15:27 25    you know, it would not be our intent to file

71 (Pages 281 to 284)

Page 285

```
04:15:31  1      such code.
04:15:32  2   Q. Okay. Did you ever have any discussion with
04:15:34  3      Mr. Gao about whether or not he stripped out
04:15:38  4      any code that was done by Mr. Zuckerberg?
04:15:40  5   A. To be quite honest, I don't remember if -- I
04:15:44  6      remember that the contribution -- Mark's
04:15:46  7      contribution was nil, okay? He went onto
04:15:49  8      the server, and there was no contribution.
04:15:50  9   Q. That wasn't my question. My question was,
04:15:52 10      did you ever have any conversation with Mr.
04:15:55 11      Gao about whether he stripped out any code?
04:15:58 12   A. I believe that I asked Mr. Gao at the time,
04:16:08 13      is there any code -- is any of Mr.
04:16:12 14      Zuckerberg's code in this? And his response
04:16:14 15      was that -- I believe that there was no code
04:16:20 16      from Mr. Zuckerberg in that piece of code.
04:16:24 17   Q. And that there never had been?
04:16:27 18   A. Well, see, the thing is, like, you know, if
04:16:32 19      you want to contin -- if you want to -- I'm
04:16:34 20      not a programmer, I'm not an expert, but are
04:16:36 21      you -- would you consider -- you know, are
04:16:39 22      you considering code that Mark Zuckerberg
04:16:40 23      copied and renamed from -- that Victor Gao
04:16:45 24      wrote? Because that code is Victor Gao's
04:16:48 25      code. Do you see what I'm getting at? And
```

Page 286

```
04:16:50  1      that's what Mark Zuckerberg did.
04:16:51  2   Q. But you know what? My question -- the
04:16:53  3      problem that I'm having is that you're not
04:16:54  4      answering my question. My question went
04:16:57  5      simply to your conversations with Mr. Gao,
04:16:59  6      and you're like two or three steps ahead of
04:17:02  7      me --
04:17:03  8   A. Okay.
04:17:03  9   Q. -- about, you know, whether code if it's
04:17:04 10      copied over. I'm asking you about a
04:17:06 11      specific question about your conversation
04:17:07 12      with Mr. Gao, and that's what I'd like you
04:17:09 13      to answer.
04:17:10 14      Did you ever discuss with Mr. Gao,
04:17:11 15      No. 1, whether he stripped out any code that
04:17:13 16      was written by Mark Zuckerberg?
04:17:15 17   A. Okay. I -- to the best of my recollection,
04:17:18 18      I asked Mr. Gao, "Is any of Mark
04:17:22 19      Zuckerberg's code -- like, we need code --
04:17:24 20      we need the HarvardConnection without Mark
04:17:27 21      Zuckerberg's code," okay? And I don't
04:17:29 22      remember if Mr. Gao had to take something
04:17:32 23      out. It's my assumption that --
04:17:35 24   Q. I don't want your assumption.
04:17:37 25   A. Okay. I believe that Mr. Gao -- well,
```

Page 287

```
04:17:38  1      assumption, belief, same thing.
04:17:40  2   Q. I know, that's what I'm saying. I don't
04:17:42  3      want that. I want your recollections of
04:17:45  4      conversations --
04:17:45  5   A. Okay.
04:17:45  6   Q. -- with Mr. Gao.
04:17:46  7   A. Okay. I asked -- okay. If we're talking
04:17:47  8      about recollections, my recollection was
04:17:50  9      "Give me the HarvardConnection code that
04:17:53 10      everybody contributed to without Mark
04:17:54 11      Zuckerberg," okay? He gave that to me.
04:17:57 12   Q. Okay. And you know he gave that to you
04:17:59 13      because he said, "Here's the code you asked
04:18:01 14      for" --
04:18:02 15   A. Yes.
04:18:03 16   Q. -- correct?
04:18:05 17      All right. Did you ever discuss with
04:18:07 18      Mr. Gao whether or not he had stripped out
04:18:08 19      any code that was attributable to Mr.
04:18:10 20      Zuckerberg?
04:18:11 21   A. I don't believe we had that discussion.
04:18:15 22   Q. Okay. That was easy. Did the version that
04:18:17 23      Mr. Gao gave you and that you gave to your
04:18:21 24      attorneys to deposit with the copyright
04:18:23 25      office, did it include code from the connect
```

Page 288

```
04:18:26  1      side of HarvardConnection?
04:18:28  2   A. I believe that, to the best of my knowledge,
04:18:33  3      it would contain code that we would have
04:18:35  4      written from the connect side. You know,
04:18:37  5      there was parts of the connect side that
04:18:39  6      worked, yes.
04:18:41  7   Q. Okay. So the answer to my question was yes?
04:18:43  8   A. Yes, there was some connect code.
04:18:44  9   Q. In November 2003 who owned the
04:19:15 10      HarvardConnection source code?
04:19:16 11      MR. HORNICK: Objection, calls for
04:19:17 12      a legal conclusion, but you can answer it.
04:19:18 13      MR. HAWK: I just want the
04:19:19 14      witness's understanding.
04:19:21 15   Q. Who owned that code?
04:19:26 16   A. November 2003 who owned that code.
04:19:33 17   Q. And if you don't know, you can tell me that.
04:19:40 18   A. At that point I don't know from a legal
04:19:43 19      standpoint who would own that code, no.
04:19:48 20   Q. In January 2004 who owned, according to your
04:19:52 21      understanding, the HarvardConnection code?
04:19:54 22   A. Well, certainly we owned parts of the code.
04:20:20 23      I can -- you know, all the contract work
04:20:22 24      that we did we absolutely owned.
04:20:23 25   Q. Who is "we"?
```

72 (Pages 285 to 288)

Page 291

```
04:20:24  1      A.  "We" being --
04:20:26  2      Q.  Who is the "we" that owned the code in
04:20:28  3          2000 -- January --
04:20:28  4      A.  Okay.
04:20:30  5      Q.  -- 2004?
04:20:30  6      A.  Myself.  You know, I paid the programmer.  I
04:20:32  7          owned the code.  I owned Victor Gao and Joe
04:20:35  8          Jackson's code.
04:20:36  9      Q.  All right.  So in January 2004 Cameron
04:20:39 10          Winklevoss owned the HarvardConnection code?
04:20:41 11      A.  Sure.
04:20:41 12      Q.  That's true?
04:20:43 13      A.  Yes.
04:20:43 14      Q.  Okay.  In September 2004 who owned the
04:20:51 15          HarvardConnection code?
04:20:52 16      A.  Well, at that point we, you know, had become
04:20:59 17          a business entity, so I would say ConnectU
04:21:01 18          owned that code.
04:21:02 19      Q.  So ConnectU owned the code in September
04:21:09 20          2004.
04:21:09 21              When did -- when, if you in fact did,
04:21:12 22          when did you convey the code -- the
04:21:14 23          HarvardConnection code to ConnectU?
04:21:16 24      A.  Well, when the company -- I mean, assuming
04:21:21 25          that I owned it when we formed the business
```

Page 290

```
4:21:24   1          entity, that's when I would have, you
04:21:28  2          know --
04:21:29  3      Q.  I don't know what you would have done.  I
04:21:31  4          want to know what happened.  I want to know
04:21:33  5          when you -- if it in fact occurred, when did
04:21:35  6          you as owner of the HarvardConnection code
04:21:38  7          convey that code to ConnectU?
04:21:40  8              MR. HORNICK:  Objection, calls for
04:21:40  9          a legal conclusion, but you can answer if
04:21:45 10          you can.
04:21:45 11      A.  Well, I know for a fact that the code was
04:21:47 12          signed over in, I believe, July of 2004 by
04:21:50 13          Victor and, you know, all -- you guys had
04:21:54 14          the document where -- what exhibit was
04:21:55 15          it? -- where it was signed over to --
04:22:02 16      Q.  The LLC agreement?  Is that what you're
04:22:04 17          referring to?
04:22:04 18      A.  The business entity.
04:22:05 19      Q.  Yeah, that was July 2005.
04:22:07 20      A.  See, this one, you know, copyright
04:22:10 21          claimants, they gave their rights to
04:22:12 22          ConnectU.  And ConnectU was created March
04:22:16 23          26th, 2004, and this would have happened
04:22:19 24          around July/August of 2004.
1:22:22 25       Q.  All right.  So in June of 2004 you gave the
```

Page 292

```
04:22:31  1          HarvardConnection code to ConnectU; is that
04:22:33  2          your testimony?
04:22:33  3      A.  I -- okay.  Joseph Jackson and Victor Gao
04:22:40  4          and Sanjay gave -- signed over their rights
04:22:45  5          and/or gave co-ownership to ConnectU of the
04:22:49  6          code that they owned.
04:22:51  7      Q.  Right.  But I -- we were on a track where
04:22:53  8          you owned the code.  Your testimony is that
04:22:55  9          you --
04:22:56 10      A.  I owned parts of the code.  I owned parts of
04:22:58 11          the code.  So there's various owners, and it
04:23:00 12          was transferred at different times --
04:23:02 13      Q.  Okay.
04:23:02 14      A.  -- but I have been a constant owner from
04:23:06 15          September 2003 to today, okay?
04:23:10 16      Q.  What parts of the code did you own?
04:23:11 17      A.  I owned a good portion of the code.  I owned
04:23:14 18          all the code that Victor Gao wrote, and that
04:23:18 19          was a big bulk of the back end.  And I've
04:23:20 20          owned that from Day 1.
04:23:23 21      Q.  Okay.  So the parts of the code that you've
04:23:26 22          always owned have been Mr. Gao's parts, the
04:23:28 23          parts that he wrote --
04:23:29 24      A.  Yes.
04:23:30 25      Q.  -- correct?
```

```
04:23:31  1      A.  Uh-huh.
04:23:31  2      Q.  Right?
04:23:32  3      A.  Uh-huh.
04:23:32  4      Q.  You have to say yes or --
04:23:32  5      A.  Yes.
04:23:33  6      Q.  -- right or something like that.
04:23:34  7      A.  Yes.
04:23:36  8      Q.  And it's your testimony that at some point
04:23:39  9          you gave Victor Gao's code to ConnectU; is
04:23:43 10          that right?
04:23:43 11      A.  Yeah, either I did or -- we basically --
04:23:52 12          yes, I did.  Yeah.  Victor gave it to me,
04:23:54 13          and then I gave it to --
04:23:55 14      Q.  And when did you give the Victor Gao written
04:23:59 15          code to ConnectU?  When did that happen?
04:24:03 16              MR. HORNICK:  Objection, calls for
04:24:04 17          a legal conclusion, legal expertise, and
04:24:06 18          this is a waste of time, but other than
04:24:08 19          that, you can answer.
04:24:08 20      A.  Well, I would say, you know, when we formed
04:24:15 21          the entity ConnectU in March 26th '04,
04:24:19 22          that's when I would have given it, because I
04:24:21 23          formed the entity.
04:24:22 24      Q.  Did you sign any writing, do anything in
04:24:24 25          writing to give over that code to ConnectU
```

73 (Pages 289 to 292)

Page 295

| | | |
|---|---|---|
| 04:24:27 | 1 | at that point? |
| 04:24:27 | 2 | A.  In writing at that point, I don't believe I |
| 04:24:34 | 3 | did, no. |
| 04:24:37 | 4 | Q.  At that time or prior did you have any |
| 04:24:40 | 5 | discussions with anyone during which you |
| 04:24:44 | 6 | indicated that you were giving the Victor |
| 04:24:47 | 7 | Gao written code to ConnectU? |
| 04:24:49 | 8 | A.  Did I have any discussions?  Well, again, |
| 04:25:08 | 9 | you know, I'm not a lawyer.  My partners |
| 04:25:10 | 10 | aren't lawyers.  We may not have had a -- we |
| 04:25:13 | 11 | did not have a discussion -- I personally |
| 04:25:15 | 12 | gave it to ConnectU.  I'm a member of |
| 04:25:17 | 13 | ConnectU.  Did I tell Divya and Tyler "I'm |
| 04:25:22 | 14 | giving the rights of the source code to |
| 04:25:24 | 15 | ConnectU"?  No, on the -- |
| 04:25:24 | 16 | Q.  Right. |
| 04:25:25 | 17 | A.  -- 26th -- |
| 04:25:25 | 18 | Q.  Right. |
| 04:25:26 | 19 | A.  -- of '04. |
| 04:25:27 | 20 | Q.  Okay.  So you gave it, it's just that there |
| 04:25:29 | 21 | was no writing and no discussion -- |
| 04:25:30 | 22 | A.  I didn't write it -- |
| 04:25:30 | 23 | Q.  -- of this, correct? |
| 04:25:30 | 24 | A.  -- down and put it in an e-mail and say, |
| 04:25:33 | 25 | "This is what I'm doing." |

| | | |
|---|---|---|
| 04:26:44 | 1 | e-mails, but I believe that we talked about |
| 04:26:46 | 2 | a co-ownership.  I think so. |
| 04:26:50 | 3 | Q.  Did ConnectU or anyone else give anything of |
| 04:26:52 | 4 | value to Mr. Mavinkurve for his agreement to |
| 04:26:55 | 5 | transfer his rights in the code to ConnectU? |
| 04:26:59 | 6 | A.  We -- no, we did not give any value to -- |
| 04:27:02 | 7 | anything of value with respect to that, no. |
| 04:27:07 | 8 | Q.  What -- when you communicated with Mr. |
| 04:27:10 | 9 | Mavinkurve about assigning his rights to |
| 04:27:13 | 10 | ConnectU, did you tell him why you wanted |
| 04:27:16 | 11 | him to do that? |
| 04:27:18 | 12 | MR. HORNICK:  Objection, assumes |
| 04:27:19 | 13 | facts not in evidence.  You can answer. |
| 04:27:21 | 14 | A.  I believe that when I sent an e-mail to him |
| 04:27:26 | 15 | stating that, you know -- regarding the |
| 04:27:30 | 16 | rights and whatnot, that -- as to why we |
| 04:27:39 | 17 | need the authorship, I believe I indicated |
| 04:27:41 | 18 | that we just needed to basically get our |
| 04:27:44 | 19 | ducks in a row.  This is our code, and we |
| 04:27:47 | 20 | need to formalize it. |
| 04:27:48 | 21 | Q.  So does Mr. Mavinkurve still have an |
| 04:27:55 | 22 | ownership interest in the code per your |
| 04:27:57 | 23 | understanding? |
| 04:27:58 | 24 | A.  Per my understanding, I believe he's able to |
| 04:28:00 | 25 | use it at will. |

Page 294

| | | |
|---|---|---|
| 04:25:47 | 1 | Q.  Okay.  So Sanjay has entered into an |
| 04:25:50 | 2 | agreement, Sanjay -- how do you say his last |
| 04:25:52 | 3 | name? |
| 04:25:52 | 4 | A.  Mavinkurve. |
| 04:25:53 | 5 | Q.  Mavinkurve.  Sanjay Mavinkurve has entered |
| 04:25:56 | 6 | into an agreement with ConnectU LLC, it's |
| 04:26:01 | 7 | your understanding -- |
| 04:26:01 | 8 | A.  Uh-huh. |
| 04:26:02 | 9 | Q.  -- where Mr. Mavinkurve conveyed his rights |
| 04:26:04 | 10 | to HarvardConnection code to ConnectU? |
| 04:26:07 | 11 | MR. HORNICK:  Objection, calls for |
| 04:26:07 | 12 | a legal expertise, but you can answer if you |
| 04:26:09 | 13 | can. |
| 04:26:09 | 14 | A.  I believe we have a co- --- an authorship or |
| 04:26:14 | 15 | a co-ownership of the code, ability to use |
| 04:26:16 | 16 | it. |
| 04:26:16 | 17 | Q.  There was a written agreement somewhere, |
| 04:26:19 | 18 | correct? |
| 04:26:19 | 19 | A.  I believe so.  I believe we produced it, |
| 04:26:22 | 20 | yeah. |
| 04:26:22 | 21 | Q.  Did you talk to Mr. Mavinkurve about this |
| 04:26:25 | 22 | agreement?  Have you ever? |
| 04:26:26 | 23 | A.  We -- yes, we exchanged e-mails, I believe. |
| 04:26:31 | 24 | Actually, wait.  Let me think.  I believe |
| 04:26:41 | 25 | that there -- I can't recall if there was |

Page 296

| | | |
|---|---|---|
| 04:28:04 | 1 | Q.  Okay.  Does Mr. Gao still have any ownership |
| 04:28:07 | 2 | interest in the HarvardConnection code -- |
| 04:28:09 | 3 | A.  He does not. |
| 04:28:10 | 4 | Q.  -- per your understanding? |
| 04:28:11 | 5 | A.  He does not. |
| 04:28:12 | 6 | Q.  Did Mr. Gao assign his rights to the |
| 04:28:15 | 7 | HarvardConnection code -- |
| 04:28:17 | 8 | A.  Yes. |
| 04:28:17 | 9 | Q.  -- to ConnectU? |
| 04:28:18 | 10 | A.  Yes, he did. |
| 04:28:19 | 11 | Q.  When did he do that? |
| 04:28:20 | 12 | A.  Well, as I said, the moment we had a |
| 04:28:25 | 13 | development for hire, when he -- when I |
| 04:28:28 | 14 | hired him to write work and I paid him for |
| 04:28:30 | 15 | work, his contract was to write code for me. |
| 04:28:33 | 16 | So I own that code, okay?  When he wrote |
| 04:28:36 | 17 | that code over to me was July 2004, but I |
| 04:28:40 | 18 | effectively owned it the day he -- I paid |
| 04:28:43 | 19 | him for the code. |
| 04:28:45 | 20 | Q.  Okay. |
| 04:28:45 | 21 | A.  Does that make sense? |
| 04:28:47 | 22 | Q.  Other than the -- you think you paid him |
| 04:28:49 | 23 | about $200 altogether? |
| 04:28:51 | 24 | A.  Could have been more, up -- a little more |
| 04:28:55 | 25 | than that, I would say. |

Page 299

```
04:28:56  1    Q.  How much?
04:28:56  2    A.  I would say maybe closer to $400.
04:28:59  3    Q.  Okay.  And you made those payments at or
04:29:02  4        near the time he was doing the coding,
04:29:04  5        correct?
04:29:04  6    A.  Yes.  It would have been right after
04:29:08  7        completion, yeah.
04:29:08  8    Q.  In July 2004 when Mr. Gao entered into some
04:29:15  9        further agreement with you or ConnectU
04:29:18 10        regarding the code, did he receive at that
04:29:20 11        time anything of value --
04:29:22 12    A.  No.
04:29:22 13    Q.  -- from you?
04:29:23 14    A.  No.
04:29:26 15    Q.  Did you have any communications with Mr. Gao
04:29:27 16        about why you wanted him to enter into this
04:29:31 17        agreement in July 2004?
04:29:32 18    A.  As I said before, this was actually really
04:29:36 19        an agreement that already had been entered
04:29:39 20        into.  It was more of a formalization.  His
04:29:41 21        signing over of copyright, I could have
04:29:44 22        given that to him -- the moment he wrote
04:29:45 23        code for me, it was my ownership.
04:29:48 24    Q.  Again, my question was, did you have any
04:29:50 25        communications with him regarding him
```

Page 298

```
4:29:53  1        signing over the right to the --
04:29:56  2    A.  Yes, we did --
04:29:56  3    Q.  -- code in July 2004?
04:29:58  4    A.  Yes.  Yes.  That's how --
04:30:00  5    Q.  Give me your best recollection of those
04:30:01  6        conversations --
04:30:01  7    A.  Okay.
04:30:02  8    Q.  -- or e-mails.
04:30:02  9    A.  The best recollection is that I needed to
04:30:09 10        obtain the correct copyright license for it.
04:30:11 11        And I asked him for it and he gave it to me.
04:30:15 12    Q.  And did you tell him why you wanted to, as
04:30:17 13        you put it, obtain the correct copyright
04:30:20 14        license for it?
04:30:21 15    A.  I believe that I told him essentially that
04:30:27 16        we need an ownership -- or I needed to
04:30:30 17        rather solidify the ownership that I had of
04:30:33 18        the code, the existing ownership.
04:30:38 19    Q.  Did you tell him it was in connection with
04:30:40 20        the lawsuit?
04:30:40 21    A.  I may have mentioned that we were going to
04:30:44 22        go to trial and that I -- and that in order
04:30:48 23        to do so, I would need to solidify the
04:30:51 24        existing ownership that I had of the code.
:30:53   25    Q.  Mr. Jackson, he was also a contributor to
```

Page 299

```
04:30:58  1        the code, correct?
04:30:58  2    A.  Uh-huh.
04:31:02  3    Q.  Yes?
04:31:02  4    A.  Yes.  Yes.
04:31:05  5    Q.  Did Mr. Jackson also sign a written
04:31:05  6        agreement conveying rights -- his rights in
04:31:08  7        HarvardConnection code to ConnectU in July
04:31:12  8        2004?
04:31:12  9    A.  He did.
04:31:12 10    Q.  Did you have any communications with Mr.
04:31:14 11        Jackson regarding that?
04:31:15 12    A.  Yes.  With Mr. Jackson as well, he did work
04:31:21 13        for hire.  And I owned that code when I paid
04:31:25 14        him for the code, and I told him that I
04:31:26 15        needed to formalize my relationship with him
04:31:28 16        in July 2004.
04:31:32 17    Q.  Did -- was there any discussion of any
04:31:34 18        further payment to Mr. Jackson?
04:31:35 19    A.  No.
04:31:37 20    Q.  How much did you pay Mr. Jackson at the time
04:31:39 21        he did the coding?
04:31:39 22    A.  Maybe $100, not very much.
04:31:45 23    Q.  Did you discuss with any of these
04:31:47 24        individuals the possibility of an agreement
04:31:51 25        that they might share in any recovery that
```

Page 300

```
04:31:55  1        you might obtain from this lawsuit?
04:31:57  2    A.  No.
04:31:57  3    Q.  Nobody raised that?
04:31:58  4    A.  No, nobody raised that.
04:32:29  5    Q.  Let's shift gears a little bit.  As of
04:32:31  6        November 2003 at the time that you allegedly
04:32:36  7        engaged Mr. Zuckerberg to work with you, how
04:32:41  8        many coding hours remained to be done to
04:32:43  9        finish the HarvardConnection website so that
04:32:46 10        it could be launched?
04:32:47 11    A.  I can't say that specifically, because I'm
04:32:54 12        not a computer programmer.
04:32:56 13    Q.  So the answer is you don't know?
04:33:01 14    A.  The answer is how many hours he could
04:33:04 15        have -- he could have ascertained how many
04:33:07 16        hours.  I don't know how many hours.
04:33:10 17    Q.  Okay.
04:33:10 18    A.  My assumption, though, was, based on Victor
04:33:13 19        Gao's accounts, that a large portion of the
04:33:20 20        website had been completed.
04:33:20 21    Q.  Okay.  So let me just try and recap here.
04:33:25 22        In November 2003, you of your own knowledge,
04:33:30 23        you were not aware of how many programming
04:33:32 24        hours were necessary to finish the
04:33:35 25        HarvardConnection website, correct?
```

75 (Pages 297 to 300)

Page 301

| | | |
|---|---|---|
| 04:33:37 | 1 | A. I would be aware that it's less than what we |
| 04:33:42 | 2 | already put into the site and that it was |
| 04:33:45 | 3 | closer to completion, but an exact hour |
| 04:33:48 | 4 | number I would not be aware of, no. |
| 04:33:50 | 5 | Q. Okay. Well, now I'm going to -- and so now |
| 04:33:53 | 6 | I'll ask you about beliefs. I told you -- |
| 04:33:55 | 7 | A. Okay. Sure. |
| 04:33:56 | 8 | Q. -- that unless I told you, I wasn't going to |
| 04:33:58 | 9 | be asking you -- |
| 04:33:58 | 10 | A. Right. |
| 04:33:59 | 11 | Q. -- about your beliefs. |
| 04:33:59 | 12 | MR. HORNICK: And I'll warn you not |
| 04:34:01 | 13 | to speculate. |
| 04:34:04 | 14 | Q. Did you believe that less than 10 hours of |
| 04:34:08 | 15 | work was necessary to complete the |
| 04:34:11 | 16 | HarvardConnection website so that it could |
| 04:34:13 | 17 | be launched as of late November 2003? |
| 04:34:33 | 18 | A. I believe that there was perhaps -- |
| 04:34:34 | 19 | according to Victor's accounts of what |
| 04:34:36 | 20 | needed to basically be tied up on the |
| 04:34:37 | 21 | connect side -- again, a lot of the |
| 04:34:40 | 22 | functionality is the same, so if you do the |
| 04:34:42 | 23 | date side, you can use that functionality |
| 04:34:44 | 24 | for the connect side and vice versa, is that |
| 04:34:49 | 25 | it would not -- it's not a task that should |

Page 302

| | | |
|---|---|---|
| 04:34:51 | 1 | be exorbitant. |
| 04:34:53 | 2 | Let me preface that, though, or rather |
| 04:34:55 | 3 | just caution that when we outlined the |
| 04:35:03 | 4 | undertaking, what was required, we gave the |
| 04:35:06 | 5 | developer the source code to assess their |
| 04:35:09 | 6 | own estimate of time. You know, just like |
| 04:35:12 | 7 | you don't ask -- you don't go to your car |
| 04:35:15 | 8 | dealership and tell them how long your |
| 04:35:17 | 9 | transmission's going the take, you give them |
| 04:35:18 | 10 | the car and they take a look. |
| 04:35:20 | 11 | So -- but to answer -- you know, to |
| 04:35:22 | 12 | get back to your question, I would say that |
| 04:35:29 | 13 | I was fairly -- I was under the impression |
| 04:35:30 | 14 | that the connect side of the website, those |
| 04:35:32 | 15 | specific pages tying up the registration, |
| 04:35:34 | 16 | tying the profile and the searches would be |
| 04:35:38 | 17 | about the ballpark of 10 to 15 hours, yes. |
| 04:35:41 | 18 | Q. Okay. So it is correct that in November of |
| 04:35:43 | 19 | 2003 when you engaged, allegedly, Mr. |
| 04:35:48 | 20 | Zuckerberg, you believed that 10 to 15 hours |
| 04:35:52 | 21 | were all that was necessary to complete the |
| 04:35:56 | 22 | website, correct? |
| 04:35:57 | 23 | A. Yes. And in addition, Mr. Zuckerberg said |
| 04:36:00 | 24 | that he had completed the website as of a |
| 04:36:04 | 25 | couple days after our first meeting, so that |

Page 303

| | | |
|---|---|---|
| 04:36:08 | 1 | would lend it to be true, I would think. |
| 04:36:09 | 2 | Q. Well, I'll object. I'm going to move to |
| 04:36:11 | 3 | strike your last answer -- |
| 04:36:12 | 4 | A. Okay. |
| 04:36:12 | 5 | Q. -- you know? And let me ask the question |
| 04:36:14 | 6 | again. Sometimes it -- |
| 04:36:15 | 7 | A. I'm just telling you -- |
| 04:36:17 | 8 | Q. Well, you know, the problem is I ask |
| 04:36:19 | 9 | specific questions, and I am entitled to |
| 04:36:21 | 10 | answers -- |
| 04:36:21 | 11 | A. Sure. |
| 04:36:21 | 12 | Q. -- to those questions without a bunch of |
| 04:36:23 | 13 | other -- |
| 04:36:23 | 14 | A. Right. |
| 04:36:23 | 15 | Q. -- stuff tacked on. |
| 04:36:24 | 16 | MR. HORNICK: No, that's not true. |
| 04:36:26 | 17 | He can answer -- |
| 04:36:26 | 18 | MR. HAWK: It's absolutely true -- |
| 04:36:26 | 19 | MR. HORNICK: -- the question |
| 04:36:27 | 20 | however he wants. |
| | 21 | MR. HAWK: -- and we're not going |
| | 22 | to argue about it. |
| | 23 | A. I'll reanswer the question. |
| | 24 | MR. HAWK: Yeah, he's going to |
| | 25 | reanswer. He's more cooperative than you |

Page 304

| | | |
|---|---|---|
| | 1 | are. |
| 04:36:33 | 2 | BY MR. HAWK: |
| 04:36:33 | 3 | Q. Let me reask the question -- |
| 04:36:33 | 4 | A. Okay. |
| 04:36:35 | 5 | Q. -- okay? In November 2003 when you |
| 04:36:37 | 6 | allegedly engaged Mr. Zuckerberg, your |
| 04:36:40 | 7 | belief was that 10 to 15 hours was required |
| 04:36:43 | 8 | to finish the HarvardConnection website? |
| 04:36:47 | 9 | A. My belief, based on the fact that Mr. |
| 04:36:49 | 10 | Zuckerberg said that he completed the code |
| 04:36:51 | 11 | shortly after he began work on it, would |
| 04:36:54 | 12 | lead to -- and this is my belief. And I'm |
| 04:36:56 | 13 | giving you the facts as to why I'm basing my |
| 04:36:59 | 14 | belief -- beliefs are based on sort of a set |
| 04:37:03 | 15 | of facts that are, you know, in your |
| 04:37:04 | 16 | repertoire, and my belief is that based on |
| 04:37:08 | 17 | the expedient nature in which he said he |
| 04:37:11 | 18 | completed the website, it was approximately |
| 04:37:13 | 19 | 10 to 15 hours' worth of work. |
| 04:37:16 | 20 | Q. Sir, but I -- |
| 04:37:16 | 21 | MR. CHATTERJEE: I'm sorry, could |
| 04:37:17 | 22 | the court reporter read your question back, |
| 04:37:19 | 23 | please. |
| 04:37:20 | 24 | THE WITNESS: I heard the question. |
| 04:37:22 | 25 | MR. HORNICK: Yeah, I don't |

76 (Pages 301 to 304)

**SARNOFF COURT REPORTERS AND LEGAL TECHNOLOGIES**
**877.955.3855**

Page 307

```
04:37:22  1    think --
04:37:22  2         MR. CHATTERJEE: Could you read it
04:37:24  3    back, please?
04:37:24  4         MR. HORNICK: I don't think -- I
04:37:24  5    think you're harassing the witness.
04:37:24  6         MR. CHATTERJEE: I'm just trying to
04:37:26  7    hear what the question was.
04:37:26  8         MR. HAWK: Well, let's have the
04:37:28  9    question read back.
04:37:28 10         MR. CHATTERJEE: I just -- I want
04:37:28 11    to hear what it was.
04:37:29 12         MR. HAWK: Let's have the question
04:37:33 13    read back.
04:37:34 14         (Record read.)
04:37:48 15         MR. CHATTERJEE: Okay, "engaged."
04:37:50 16    Okay. Thank you.
04:37:53 17    BY MR. HAWK:
04:37:53 18    Q.  All right. So let me just -- I'm going to
04:37:57 19    ask the question again, because I'm going to
04:37:58 20    move to strike your last answer because I
04:38:00 21    don't think it was responsive. I didn't ask
04:38:02 22    you about the basis of your belief. I
04:38:03 23    wanted to know what you believed in November
04:38:08 24    2003 when you engaged Mr. Zuckerberg,
04:38:10 25    according to your testimony, to work on the
```

Page 306

```
04:38:12  1    HarvardConnection website. I don't want to
04:38:14  2    know about what he later told you or any of
04:38:17  3    that because I want to know what your belief
04:38:20  4    was at the time, if you have one.
04:38:22  5         MR. HORNICK: Objection,
04:38:23  6    misleading, asked and answered. You can
04:38:25  7    answer it again.
04:38:26  8    Q.  Okay. So my question is, in November 2003
04:38:28  9    when you allegedly engaged Mr. Zuckerberg to
04:38:32 10    finish coding on the HarvardConnection
04:38:34 11    website, it was your belief that
04:38:35 12    approximately 10 to 15 hours of coding was
04:38:38 13    needed, correct?
04:38:39 14         MR. HORNICK: Object to the form of
04:38:41 15    the question, but you can answer.
04:38:41 16    A.  Well, again, I didn't -- I was not the
04:38:44 17    person who engaged Mr. Zuckerberg, okay?
04:38:48 18    Divya Narendra engaged him. And prior to my
04:38:50 19    engaging of him Victor Gao did, so by the
04:38:54 20    time I engaged Mr. Zuckerberg and he had
04:38:56 21    gone through those two meetings, I was under
04:38:59 22    the impression that it was about 10 to 15
04:39:01 23    hours.
04:39:03 24    Q.  All right.
4:39:03 25    A.  That was my --
```

Page 307

```
04:39:03  1    Q.  Fair enough.
04:39:03  2    A.  -- belief.
04:39:03  3    Q.  Fair enough.
04:39:04  4    A.  And I was not -- I was not disabused of my
04:39:07  5    belief from Mr. Zuckerberg when I engaged
04:39:10  6    him.
04:39:10  7    Q.  Okay. It was Mr. Gao -- did Mr. Gao tell
04:39:18  8    you in November of 2003 that approximately
04:39:20  9    10 to 15 hours of additional coding would be
04:39:23 10    necessary to finish the site?
04:39:24 11    A.  I think he indicated that the functionality,
04:39:27 12    the connect functionality, that would be
04:39:31 13    about in that ballpark, I believe so.
04:39:32 14    Q.  All right. So in -- when did you conclude
04:39:43 15    that Mr. Zuckerberg was not going to do any
04:39:46 16    more work on your website?
04:39:48 17    A.  February 4th, 2004.
04:39:50 18    Q.  Okay. All right. So on February 4th, 2004
04:39:55 19    was it your belief that there was about 10
04:39:58 20    to 15 hours' worth of work that needed to be
04:40:01 21    done to finish the HarvardConnection website
04:40:03 22    so that it could be launched?
04:40:05 23    A.  As I said, there was a lot of -- there was a
04:40:09 24    lot of creativity that occurred in between
04:40:12 25    November 3rd -- do you mean the website that
```

Page 308

```
04:40:14  1    was on November 2003?
04:40:18  2    Q.  I'm talking about the HarvardConnection
04:40:21  3    website, and I think you've testified
04:40:23  4    there's only been one version ever of the
04:40:25  5    HarvardConnection website.
04:40:26  6    A.  Uh-huh.
04:40:26  7    Q.  And what I want to know, you've told me that
04:40:29  8    as of -- in November 2003 you believed that
04:40:31  9    there was about 10 to 15 hours' worth of
04:40:34 10    work that needed to be done to complete that
04:40:36 11    website.
04:40:37 12    A.  Uh-huh.
04:40:38 13    Q.  On February 4, 2003 when you concluded --
04:40:42 14    A.  2004.
04:40:43 15    Q.  I'm sorry, thank you. On February 4, 2004
04:40:46 16    when you concluded that Mr. Zuckerberg was
04:40:48 17    not going to do further work on your
04:40:52 18    website, did you believe that there still
04:40:54 19    remained 10 to 15 hours' worth of work to do
04:40:58 20    to complete the website?
04:40:59 21    A.  To complete the connect side of, you know,
04:41:01 22    the project that he was supposedly going to
04:41:03 23    complete, yes, I would have believed that
04:41:06 24    would be 10 to 15 hours, yes.
04:41:08 25    Q.  All right. And did you determine on
```

77 (Pages 305 to 308)

Page 309

04:41:11  1    February 4th to get someone else to do that
04:41:13  2    work?
04:41:14  3    A.  Well, yes.  I mean, we looked around to
04:41:18  4    other people, yeah.
04:41:19  5    Q.  Did you find someone to do that 10 to 15
04:41:23  6    hours' worth of work?
04:41:25  7    A.  Well, what ended up happening is we
04:41:29  8    eventually found iMarc.  That's, you know,
04:41:32  9    who we eventually -- and we started over
04:41:34 10    again.  Because at that point the code
04:41:36 11    had -- see, Victor spent a lot of time
04:41:39 12    bringing Mark up to speed with the code, and
04:41:42 13    code had been through a lot of different
04:41:43 14    hands, and at that point to sort of patch it
04:41:48 15    up is sometimes harder than to start again.
04:41:52 16    Q.  Why was it harder in February 2004 to put in
04:41:57 17    the 10 to 15 hours' worth of work to
04:42:00 18    complete the code than it would have been in
04:42:02 19    November 2003?
04:42:06 20         MR. HORNICK:  Objection,
04:42:08 21    misleading.  You can answer.
04:42:08 22    A.  It couldn't have been.  It would have
04:42:10 23    theoretically been 10 to 15 -- assuming that
04:42:13 24    my belief of 10 to 15 hours is correct, then
04:42:15 25    it would have been -- to finish the same

Page 310

04:42:17  1    work in February would be the same amount of
04:42:19  2    time.
04:42:19  3    Q.  And it was important that you'd get this
04:42:21  4    first-mover advantage or that you'd get --
04:42:25  5    that you launched the website as soon as you
04:42:27  6    could, right?
04:42:27  7    A.  Uh-huh.  Yes.
04:42:28  8    Q.  Why didn't you go ahead and have somebody do
04:42:30  9    that 10 to 15 hours of work in February
04:42:36 10    2004?
04:42:36 11    A.  Well, the first developer, Animal 57, that
04:42:39 12    we talked to convinced us that the site was
04:42:41 13    not, you know -- it was not robust enough
04:42:45 14    and that it was better to write it -- try
04:42:48 15    and write it again.
04:42:50 16    Q.  What did -- it was Animal 57?
04:42:52 17    A.  Yeah.
04:42:53 18    Q.  157?
04:42:54 19    A.  57, yeah.
04:42:55 20    Q.  What did Animal 157 tell you about the code?
04:42:59 21         MR. HORNICK:  57, Animal 57.
04:43:01 22    A.  The --
04:43:02 23    Q.  I'm sorry, let me rephrase.
04:43:02 24    A.  Sure.
04:43:05 25    Q.  I was going to be a little bit more

Page 311

04:43:06  1    specific.  What did Animal 57 tell you about
04:43:08  2    the HarvardConnection code that led you to
04:43:11  3    conclude that it should not be finished and
04:43:13  4    that you should start over?
04:43:14  5    A.  They told us that it was not robust, that it
04:43:19  6    wouldn't withhold a lot of users, and that
04:43:24  7    was their belief.
04:43:25  8    Q.  Did you -- did you believe them?
04:43:31  9    A.  We did believe them, yeah.
04:43:33 10    Q.  And this belief that the HarvardConnection
04:43:38 11    code would not have been robust enough to
04:43:40 12    succeed, that was the basis of your
04:43:43 13    conclusion to start over?
04:43:45 14    A.  Well, it was that -- it was that, coupled --
04:43:50 15    their belief that it wouldn't be robust --
04:43:53 16    my belief is that they wanted to charge us
04:43:55 17    more and do more work.  That is my belief,
04:43:58 18    and that's my -- I think that, coupled
04:44:00 19    with -- as I said before, when you have code
04:44:02 20    going through many different hands, you have
04:44:05 21    different programmers, different styles, and
04:44:07 22    it's sometimes harder to sort of try and
04:44:10 23    patch up what's there than start again.
04:44:12 24    Q.  Well, that was true in November of 2003,
04:44:16 25    correct?

Page 312

04:44:16  1    A.  Well, Victor -- as I said, Victor spent a
04:44:19  2    lot of time with Mark.  He was supposedly
04:44:21  3    very skilled, and he brought him up to speed
04:44:24  4    with the code.  And Mark went through the
04:44:26  5    code a lot and poked around and learned
04:44:28  6    about it and was brought up to speed with
04:44:31  7    it, so --
04:44:32  8    Q.  Right.  But that didn't change the code,
04:44:34  9    that's your testimony, right, that Mark
04:44:37 10    Zuckerberg really didn't affect the code, or
04:44:39 11    is that -- or is that right?
04:44:40 12    A.  Well, no.  Sorry, what were you saying?
04:44:43 13    That --
04:44:45 14    Q.  I'm just saying in November -- let's just --
04:44:47 15    let's go back to where we are about the code
04:44:49 16    not being robust enough.
04:44:52 17    A.  Right.
04:44:52 18    Q.  Animal 57 told you guys that the
04:44:56 19    HarvardConnection code was not robust enough
04:44:58 20    to be successful?
04:44:59 21    A.  It was their opinion, yes.
04:45:01 22    Q.  Right.
04:45:01 23    A.  And --
04:45:01 24    Q.  And you ultimately agreed with that opinion,
04:45:03 25    correct?

78 (Pages 309 to 312)

Page 315

04:45:04 1   A.   We -- yes, we did.
04:45:05 2   Q.   And that was the reason in fact that
04:45:11 3        HarvardConnection/ConnectU decided to write
04:45:14 4        a whole new code base for ConnectU, correct?
04:45:17 5   A.   Yes.
04:45:18 6   Q.   Okay.
04:45:18 7   A.   Yes.
04:45:18 8   Q.   All right.
04:45:25 9   A.   But, you know, if I could add that it was
04:45:27 10       not under Victor's -- that was not Victor's
04:45:30 11       impression. And it was never made clear
04:45:32 12       from us by Mark that that was his
04:45:34 13       impression, that it was not robust enough,
04:45:36 14       the code.
04:45:42 15  Q.   Well, let's look -- let's look at Victor's
04:45:44 16       e-mail, or I think it's your e-mail to
04:45:46 17       Victor, if we can find it. I think it's
04:45:49 18       Exhibit 15. Would you get Exhibit 15 --
04:45:55 19  A.   Sure.
04:45:55 20  Q.   -- in front of you, please. Exhibit 15 is
04:46:09 21       an e-mail that you wrote to Victor Gao on
04:46:12 22       January 25, 2004, correct?
04:46:14 23  A.   Uh-huh.
04:46:14 24  Q.   Yes?
04:46:14 25  A.   (No verbal response.)

Page 314

04:46:18 1   Q.   And you say to Mr. Gao that on January 25th,
04:46:21 2        2004, "The bulk of the site, however, has
04:46:24 3        been completed."
04:46:25 4             Do you see that?
04:46:28 5   A.   What line is that? Yeah, yeah.
04:46:30 6   Q.   It's -- okay. What was the basis for your
04:46:33 7        statement on January 25, 2004 that the bulk
04:46:37 8        of the site had been completed?
04:46:38 9   A.   Well, based on both Victor and Mark's
04:46:43 10       accounts, Victor said that, you know, that
04:46:45 11       most of the date -- he had completed the
04:46:47 12       date side. I mean, when he -- when he sort
04:46:50 13       of presented the project to Mark, he
04:46:52 14       presented it as the bulk of it being done.
04:46:55 15       When Mark wrote in e-mails to us he
04:46:57 16       presented it as almost being done. You
04:47:01 17       know, every time he wrote about the site it
04:47:03 18       was almost done, so that's my -- that was my
04:47:06 19       belief that it was almost -- the bulk of it
04:47:08 20       was complete.
04:47:09 21  Q.   Okay. So your belief in January 25 -- on
04:47:14 22       January 25, 2004 that the bulk of the site
04:47:17 23       had been completed, that was based on what
04:47:18 24       you had heard from Victor Gao and Mark
04:47:23 25       Zuckerberg, correct?

04:47:23 1   A.   Correct.
04:47:24 2   Q.   And did you subsequently find out anything
04:47:26 3        that contradicted that conclusion?
04:47:28 4   A.   Well, if you look at -- well, sure,
04:47:35 5        absolutely. I think Victor found out
04:47:36 6        that -- see, at this point we were under the
04:47:38 7        impression that Mark had done a fair bit
04:47:41 8        more work than he had done. And when we --
04:47:44 9        yes, we found out later that it was further
04:47:48 10       from completion.
04:47:50 11  Q.   That it was -- okay. All right. How many
04:48:00 12       hours away from -- I think we've already
04:48:02 13       covered that. We've already covered -- what
04:48:04 14       was Mr. Gao's response to this January 25th,
04:48:06 15       2004 e-mail that you sent him asking him to
04:48:09 16       get involved in HarvardConnection again?
04:48:12 17  A.   Well, clearly he didn't get involved. He --
04:48:17 18       you know, it was his thesis, and I don't
04:48:20 19       think he could have done it.
04:48:22 20           THE WITNESS: Is it possible to --
04:48:24 21       for me to take a quick bathroom break?
04:48:24 22           MR. HAWK: Oh, absolutely.
04:48:26 23           THE WITNESS: I have to go really
04:48:28 24       badly. I was just --
04:48:29 25           MR. HAWK: Okay. All right. Sure.

Page 316

04:48:31 1        Let's take a break.
04:48:31 2            THE VIDEOGRAPHER: The time is
04:48:34 3        4:48. This is the end of Tape 5, and we are
04:48:38 4        off the record.
04:48:39 5            (Recess taken.)
04:57:36 6            THE VIDEOGRAPHER: The time is
04:57:39 7        4:57. This is the beginning of Tape 6, and
04:57:41 8        we are back on the record.
04:57:43 9   BY MR. HAWK:
04:57:43 10  Q.   Mr. Winklevoss, would you please get Exhibit
04:57:46 11       2, the ConnectU complaint, in front of you.
04:57:49 12  A.   Sure.
04:57:49 13  Q.   Here it is. Would you please turn to Page 5
04:58:02 14       of the ConnectU complaint, Paragraph 21. By
04:58:06 15       the way, did you -- did you read over this
04:58:08 16       complaint before it was filed?
04:58:09 17  A.   Yes, I did.
04:58:10 18  Q.   And when you read it over, did you believe
04:58:14 19       that the statements made in the complaint,
04:58:16 20       the factual statements were true and
04:58:18 21       correct?
04:58:19 22  A.   I would say, to the best of my knowledge,
04:58:21 23       yes.
04:58:22 24  Q.   Well, were there certain statements in here
04:58:25 25       that you believe were incorrect?

**SARNOFF COURT REPORTERS AND LEGAL TECHNOLOGIES**
**877.955.3855**

Page 319

Page 317

A. Do you want to ask me a specific statement that --

Q. No. What I want to know is -- you said that you read over the complaint, and I want to know if when you read it over, do you recall thinking that any of the statements in it were incorrect?

A. I believed that the statements were correct, to the best of my knowledge, at the time.

Q. Okay. All right. Well, let's look at Paragraph 21. You've already been asked some questions about that paragraph, but is there anything in that paragraph that, as you sit here today, that you believe is incorrect?

A. I'm not sure "incorrect" is the right word or the correct word, for that matter. The HarvardConnection code, as we've mentioned, there was no definitive way, I guess you could say, that I knew that Mr. Saverin had seen that code; however, I believe that the code is inextricably linked to the business plan, the model. And from that belief, I believe that Paragraph 21 is correct and accurate.

Page 318

Q. Okay. So you do believe Paragraph 21 is --

A. Yes.

Q. -- accurate? Okay. Fair enough.

Well, then let's talk about the particulars of Paragraph 21. 21 says, quote, "Defendant Zuckerberg shared Plaintiff's confidential business information and the HarvardConnection code with Defendants Saverin" -- and let's just stop with Mr. Saverin.

What specific information did Mr. Zuckerberg share with Mr. Saverin?

A. I don't know specific information.

Q. And so you don't know when this supposed sharing of confidential business information or the HarvardConnection code with Defendant Saverin occurred, correct?

A. I can give you a time frame.

Q. Okay. Well, give me a time frame.

A. I would say anywhere between November 2003 and February -- you know, February 4th when Thefacebook launched, any time between that point -- but, yeah, that's a time frame I can give you.

Q. And what's your basis for saying that from

November 2003 to February 2004 Defendant Zuckerberg shared plaintiff's confidential business information with Defendant Saverin?

MR. HORNICK: Objection, asked and answered. You can answer it again.

A. Again, Mr. Saverin was privy to the development of Thefacebook and was involved prior to the coding in the concept and the co-creation of Thefacebook, as I've stated before, and I believe that Thefacebook has misappropriated confidential business information. Therefore, it's upon that belief that I believe that he was -- Mr. Zuckerberg shared that information with him.

Q. Okay. Now, you say that Mr. Saverin "knowingly used, and continued to use" the HarvardConnection code. Do you see that? It's the remainder of Paragraph 21.

A. Yes.

Q. When did Defendant Saverin knowingly use the HarvardConnection code?

A. The English here is perhaps a little bit confusing. Let me just read this again.

(Witness reviews document.)

A. Okay. I mean, based on -- as I said before,

Page 320

based on the belief that the code is inextricably linked with the business model and knowing that upon launch and upon the cease and desist letter, that we, you know, brought sort of issue with the website and what we believed were the use of the business information, that he continued and knowingly continued to use it.

Q. So he knowingly -- when did he knowingly use the HarvardConnection code, Mr. Saverin?

A. Mr. Saverin directly as in using that code to code would not have used it, most likely.

Q. Okay.

A. Would he have seen that code? You know, it's unclear in here whether that code really means the website, what a user can view and see, and it's our contention -- it's my contention that he was able to see that website, saw that website and continued to use what he saw on that website or what, if you will, the code produced in the form of a website.

Q. So, but the HarvardConnection code -- I just want to know, when did Mr. Saverin use the HarvardConnection code, not the

80 (Pages 317 to 320)

Page 321

05:03:44 1    HarvardConnection website, but when did Mr.
05:03:46 2    Saverin use the HarvardConnection code?
05:03:48 3    A.  The code by itself, he didn't.  I would
05:03:56 4    assume -- it would be my understanding that
05:03:56 5    he would not have used the code itself.
05:04:01 6    Q.  Okay.  Fine.  When did Mr. Saverin knowingly
05:04:02 7    use confidential business plans belonging to
05:04:05 8    HarvardConnection?
05:04:05 9    A.  2003, November to --
05:04:10 10   Q.  Sometime during --
05:04:11 11   A.  -- ad infinitum.
05:04:14 12   Q.  It is your contention that sometime in
05:04:17 13   November 2003 to February 2004 Mr. Saverin
05:04:22 14   knowingly used confidential business plans
05:04:25 15   belonging to --
05:04:27 16   A.  Yes.
05:04:27 17   Q.  -- HarvardConnection?
05:04:27 18   A.  Yes.
05:04:28 19   Q.  But -- well, tell me this:  You don't
05:04:33 20   know, I think you've already testified, that
05:04:35 21   Mr. Saverin was ever even aware of
05:04:37 22   HarvardConnection prior to February 4?
05:04:40 23   That's right, correct?
05:04:42 24       MR. HORNICK:  Objection,
05:04:43 25   argumentative and mischaracterizes the

Page 322

5:04:45 1     witness's testimony.
05:04:46 2        MR. HAWK:  We'll see if it's right.
05:04:49 3    A.  Well, I -- what I -- okay.  I believe that
05:04:49 4    the answer that I gave to your question was
05:04:51 5    do I know if he used our website at -- or do
05:04:54 6    I know that he used our business information
05:04:56 7    and code between the time of November 2003
05:05:01 8    to February 4, and I said to that --
05:05:04 9    Q.  Knowingly.
05:05:04 10   A.  Knowingly.  Meaning that Mark Zuckerberg
05:05:08 11   shared that code with him?
05:05:09 12   Q.  Meaning that he knew that some information
05:05:11 13   that he had relating to Thefacebook came
05:05:14 14   from HarvardConnection?
05:05:16 15   A.  I said that I was not -- okay.  I said I was
05:05:21 16   not sure.  I did not say at that time that
05:05:26 17   he knowingly used it.  However, based upon
05:05:31 18   the outcome of Thefacebook, which he was a
05:05:37 19   co-creator at that time, it is my belief
05:05:39 20   that he used it.
05:05:43 21   Q.  Okay.  I want to ask you now, not about your
05:05:45 22   belief, but your knowledge of facts.  In the
05:05:47 23   period from November 2003 to February 4,
05:05:50 24   2004, you're not aware of any evidence that
05:55 25      Mr. Saverin knowingly used confidential --

Page 323

05:06:03 1    confidential business information of
05:06:06 2    HarvardConnection, correct?
05:06:06 3        MR. HORNICK:  Objection,
05:06:07 4    mischaracterizes.
05:06:08 5    Q.  Correct?
05:06:09 6    A.  I think you're conflating the issue.
05:06:14 7    Knowing something and believing something
05:06:16 8    are two different things.  I can't knowingly
05:06:18 9    say he used it.  I believe he used it.
05:06:20 10   Q.  Okay.
05:06:20 11   A.  And I think we went over why I believe he
05:06:22 12   used it.  So --
05:06:24 13   Q.  Right.  But let me try this again.
05:06:27 14   A.  All right.
05:06:27 15   Q.  I don't think we're quite communicating.  I
05:06:30 16   don't want to know what evidence you have,
05:06:32 17   if any.  I don't want to -- this is another
05:06:33 18   one of those questions I don't want to know
05:06:37 19   about your belief --
05:06:38 20   A.  Okay.
05:06:38 21   Q.  -- right now.  I want to know if you have
05:06:39 22   any evidence that my client, Mr. Saverin,
05:06:41 23   knowingly used confidential information of
05:06:43 24   HarvardConnection during the period November
05:06:46 25   2003 up until February 4, 2004 when Facebook

Page 324

05:06:53 1    was launched?
05:06:53 2    A.  My evidence, which I've stated and on which
05:06:57 3    I've formed my belief, however, the evidence
05:07:00 4    is that Thefacebook.com website of which he
05:07:03 5    was a co-creator during that time period
05:07:05 6    utilized traits and misappropriated trade
05:07:08 7    secrets and business information from
05:07:09 8    HarvardConnection.
05:07:11 9    Q.  Okay.
05:07:11 10   A.  That's my evidence.
05:07:12 11   Q.  Is there any other evidence?
05:07:13 12   A.  No.  That would be -- that would -- I would
05:07:17 13   say that that, to the best of my knowledge,
05:07:19 14   would be the main evidence.
05:07:23 15   Q.  It's the main evidence.  Is there any other
05:07:26 16   evidence, sir?
05:07:26 17   A.  The evidence my weak, untrained legal mind
05:07:30 18   can think of, that's -- yeah.  Yeah.
05:07:54 19   Q.  Now, over in Paragraph 26 of the complaint,
05:07:57 20   would you turn there, please.  You allege in
05:08:06 21   Paragraph 26 that "Defendants copied
05:08:10 22   copyrighted subject matter of ConnectU's
05:08:13 23   HarvardConnection Code and created a
05:08:15 24   derivative work thereof."
05:08:16 25       Do you see that?

81 (Pages 321 to 324)

Page 325

05:08:17 1   A.  Uh-huh.
05:08:17 2   Q.  Yes?
05:08:18 3   A.  Right.
05:08:19 4   Q.  Did Eduardo Saverin copy any copyrighted
05:08:24 5       subject matter of ConnectU or
05:08:27 6       HarvardConnection?
05:08:28 7           MR. HORNICK:  Objection.  It calls
05:08:29 8       for legal testimony, and it assumes that the
05:08:32 9       witness has seen defendants' confidential
05:08:35 10      documents.
05:08:35 11  A.  Yeah.
05:08:36 12          MR. HAWK:  Doesn't assume anything.
05:08:37 13      I want to know if this individual who's been
05:08:40 14      designated as the person most knowledgeable
05:08:43 15      on a number of topics has any evidence that
05:08:45 16      he can point to that Defendant Saverin
05:08:50 17      copied any copyrighted subject matter of
05:08:52 18      ConnectU or HarvardConnection.
05:08:56 19          MR. HORNICK:  Objection, the same
05:08:59 20      as before.
05:08:59 21  A.  Give me a minute.  Let me just read this.
05:09:38 22      (Witness reviews document.)
05:09:38 23  A.  Well, I mean, my evidence is I believe that
05:09:42 24      Thefacebook is derivative of work of
05:09:43 25      HarvardConnection.  Do I have evidence of

Page 326

05:09:45 1       him going into the code and physically
05:09:49 2       duplicating it?  No, I do not.
05:09:51 3   Q.  All right.  So it's fair to say, sir, that
05:09:53 4       you are aware of no evidence, as you sit
05:09:56 5       here, that Defendant Saverin copied
05:09:58 6       copyrighted subject matter of ConnectU or
05:10:02 7       HarvardConnection, correct?
05:10:04 8   A.  With respect to code and documents that I
05:10:07 9       have not seen, no, I would say that I don't
05:10:11 10      have -- I do not know whether or not -- I
05:10:16 11      cannot definitively say whether or not he
05:10:18 12      copied the code.
05:10:19 13  Q.  Okay.  As you sit here, you are aware of no
05:10:22 14      evidence that Defendant Saverin copied
05:10:25 15      copyrighted subject matter of ConnectU's
05:10:28 16      HarvardConnection code, correct?
05:10:29 17          MR. HORNICK:  Objection,
05:10:30 18      argumentative, asked and answered, assumes
05:10:32 19      facts not in evidence, assumes the witness
05:10:34 20      has seen defendants' confidential
05:10:36 21      information, calls for legal conclusions.
05:10:41 22  Q.  Correct, sir?
05:10:42 23  A.  I think I've answered -- I think I've
05:10:45 24      answered the question.
05:10:45 25  Q.  You haven't answered the question.  Please

Page 327

05:10:47 1       listen to it again, and even if you think
05:10:49 2       you've answered it, I want you to go ahead
05:10:52 3       and give me an answer --
05:10:52 4   A.  Okay.  I --
05:10:53 5   Q.  -- because I'm not clear.  If you don't
05:10:54 6       know, you can tell me you don't know.
05:10:55 7   A.  I cannot answer that question.
05:10:56 8   Q.  All right.  Let me --
05:10:57 9   A.  I can't because I do not know.
05:10:59 10  Q.  Let me put it out on the table, and if your
05:11:03 11      response is "I cannot answer that question,"
05:11:04 12      give it to me after I've answered (sic) --
05:11:04 13  A.  Okay.
05:11:06 14  Q.  -- the question, okay?
05:11:09 15          As you sit here, isn't it correct that
05:11:12 16      you are aware of no evidence that Defendant
05:11:13 17      Saverin copied copyrighted subject matter of
05:11:16 18      ConnectU's HarvardConnection code?
05:11:20 19  A.  I cannot say whether -- there could be
05:11:36 20      evidence.  I have -- I'm unable to see all
05:11:39 21      that's out there, so --
05:11:40 22  Q.  You're not aware of any evidence; isn't that
05:11:42 23      right?
05:11:42 24          MR. HORNICK:  Objection, puts words
05:11:44 25      in the witness's mouth.  You can say you

Page 328

05:11:50 1       can't answer the question.
05:11:51 2           MR. HAWK:  Hey, don't coach the
05:11:52 3       witness, okay?
05:11:53 4           MR. HORNICK:  He can say --
05:11:54 5           MR. HAWK:  This is cross-
05:11:54 6       examination.
05:11:54 7           MR. HORNICK:  You told him to say
05:11:54 8       that.
05:11:55 9           MR. HAWK:  Don't coach the witness.
05:11:56 10          MR. HORNICK:  You told him he could
05:11:57 11      say that.
05:11:57 12          MR. HAWK:  Don't coach the witness.
05:11:58 13  BY MR. HAWK:
05:11:58 14  Q.  All right.  I'll ask the question again, and
05:11:58 15      if you want to parrot the answer that your
05:12:03 16      lawyer just put on the table, feel free.
05:12:03 17  A.  Well, that was actually my answer --
05:12:03 18  Q.  Okay.  Well --
05:12:03 19  A.  -- before.
05:12:08 20  Q.  -- let's get a question and answer --
05:12:05 21  A.  He's parroting it from me.
05:12:08 22  Q.  Let's get a question and answer on the
05:12:09 23      table.  Isn't it correct, Mr. Winklevoss,
05:12:13 24      that as you sit here, you are aware of no
05:12:16 25      evidence that Defendant Saverin copied

82 (Pages 325 to 328)

Page 331

```
05:12:19  1    copyrighted subject matter of ConnectU's
05:12:22  2    HarvardConnection code, correct?
05:12:23  3  A.  Okay.  I -- you know, as I said, there could
05:12:31  4    be --
05:12:36  5  Q.  I thought you were going to tell me that you
05:12:38  6    couldn't answer that question.
05:12:41  7  A.  Well, that's what I did tell you.  You seem
05:12:45  8    to not be satisfied with that, so...
05:12:47  9        MR. HORNICK:  I think the witness
05:12:48 10    has given you his answer.
05:12:49 11        MR. HAWK:  Well, I don't think so.
05:12:51 12    I really disagree, and I want to put it out
05:12:54 13    one more time.  I want to see -- I want the
05:12:57 14    witness to deal with it, and I want him to
05:12:58 15    answer the question.  I think I'm entitled
05:13:00 16    to an answer.  I think the Court will think
05:13:03 17    I'm entitled to an answer.
05:13:05 18        MR. HORNICK:  He's told you three
05:13:05 19    times he's given you his answer.  You keep
05:13:06 20    asking the same question, and then --
05:13:06 21        MR. HAWK:  Okay.
05:13:07 22        MR. HORNICK:  -- when you don't
05:13:08 23    like his answer, he says, "I gave you my
05:13:10 24    answer."
05:13:11 25        MR. HAWK:  Well, that's really not
```

Page 330

```
05:13:12  1    what it's been about.  I disagree, okay?
05:13:15  2    And because --
05:13:15  3        MR. HORNICK:  Ask him again.
05:13:16  4        MR. HAWK:  -- because I'm entitled
05:13:16  5    to cross-examine the witness --
05:13:16  6  A.  Okay.
05:13:17  7        MR. HAWK:  -- I'm going to go ahead
05:13:18  8    and put it another --
05:13:19  9  A.  It's --
05:13:19 10  Q.  Mr. Winklevoss, I'm going to put it out on
05:13:21 11    the table --
05:13:21 12  A.  It's very simple.  Mr. Saverin, or Saverin,
05:13:25 13    has dubbed himself a creator of Thefacebook,
05:13:28 14    okay, a creator of that entity.  It is our
05:13:31 15    belief and evidence -- we have evidence -- I
05:13:35 16    have evidence to believe that that is a
05:13:36 17    derivative work based on HarvardConnection
05:13:38 18    code, okay?  Him calling himself a
05:13:42 19    co-founder, co-creator would give me
05:13:45 20    evidence to believe that he has copied the
05:13:47 21    code.  That would be evidence, yes.
05:13:50 22  Q.  Okay.  So the evidence that you are aware of
05:13:53 23    that Defendant Saverin copied copyrighted
05:13:56 24    subject matter of ConnectU's
05:13:59 25    HarvardConnection code is the fact that Mr.
```

Page 332

```
05:14:01  1    Saverin has held himself out to be a founder
05:14:04  2    of Thefacebook, correct?
05:14:07  3        MR. HORNICK:  Mischaracterizes.
05:14:11  4  A.  To the extent, as a creator of that -- as a
05:14:15  5    creator of that entity, yes, I would say
05:14:16  6    there's evidence to say that that entity
05:14:19  7    copied -- I have evidence to believe that
05:14:21  8    they and reason to believe that that entity,
05:14:24  9    of which he is a creator of, of which we
05:14:26 10    have yet to really define what his role is,
05:14:30 11    he copied -- there is evidence to believe
05:14:33 12    that he copied the HarvardConnection code in
05:14:38 13    creating that work.
05:14:38 14  Q.  You're really not answering my question.
05:14:38 15  A.  I think I am.
05:14:41 16  Q.  You're really --
05:14:41 17        MR. HORNICK:  -- and if you don't
05:14:42 18    stop, we're going to end the deposition.
05:14:43 19        MR. HAWK:  Hey, you do what you
05:14:44 20    have to do.
05:14:46 21  A.  Okay.  At all times Mr. --
05:14:46 22        MR. HORNICK:  This witness is not
05:14:49 23    answering the question.  You're at the
05:14:51 24    oppressive level.
05:14:52 25  A.  I'll try and be -- I mean, I'm trying to
```

```
05:14:53  1    make it as simple as possible, okay?
05:14:53  2  Q.  All right.
05:14:55  3  A.  We believe we've established and we agree
05:14:56  4    upon the fact that he is a co-creator,
05:14:59  5    co-founder of Thefacebook entity, okay?
05:15:02  6    Now, we have not established his respective
05:15:04  7    role.  You haven't told me his respective
05:15:06  8    role.  In fact, I have told you we don't
05:15:08  9    know what his respective role is other than
05:15:10 10    the fact that he's a creator.  He's a
05:15:15 11    creator in a project which we allege, and we
05:15:17 12    believe -- I believe I have evidence, that
05:15:18 13    took copyrighted derivative code from
05:15:21 14    HarvardConnection.
05:15:21 15        Based on that line of reasoning, I
05:15:23 16    believe that we have evidence that would
05:15:26 17    indicate that Mr. Saverin, either together
05:15:29 18    or by proxy via Mark Zuckerberg, copied our
05:15:34 19    HarvardConnection code, yes.
05:15:34 20  Q.  What did Mr. Saverin create as far as
05:15:37 21    Thefacebook goes?
05:15:40 22  A.  Again, he was involved in the initial talks
05:15:45 23    before the coding.  I would assume that he
05:15:48 24    was involved with --
05:15:49 25  Q.  I don't want you to assume.  Here's my
```

**SARNOFF COURT REPORTERS AND LEGAL TECHNOLOGIES**
**877.955.3855**

Page 335

05:15:53 1    question.
05:15:53 2    A.  I don't know.  I said -- and I told you --
05:15:54 3    Q.  If you don't know, that's the answer --
05:15:58 4    A.  But I told you that before.
05:16:01 5    Q.  -- okay?  But what did Mr. Saverin create as
05:16:03 6        far as Thefacebook goes?
05:16:05 7    A.  I don't -- other than the fact that he's a
05:16:07 8        creator, I don't know.
05:16:08 9    Q.  Okay.
05:16:08 10   A.  However, you know, you can't draw that he
05:16:11 11       did -- what he didn't create from that.  So
05:16:14 12       you know that he created something, and we
05:16:16 13       have evidence through, as I mentioned
05:16:18 14       before, either himself or through proxy
05:16:21 15       being a creator or part of a creative entity
05:16:23 16       that works off of a derivative work, you're
05:16:27 17       inextricably linked to the copying of that
05:16:30 18       copyrighted code.  That's my belief and
05:16:32 19       evidence.
05:16:32 20   Q.  Okay.  See, the problem, though, and the
05:16:36 21       reason that I'm staying with this line of
05:16:38 22       questioning is that I ask a very simple
05:16:40 23       question, and then you give me an answer
05:16:43 24       that most times doesn't answer the question,
05:16:45 25       but it certainly goes and gives me a lot of

05:17:46 1    copied copyrighted subject matter of
05:17:49 2    ConnectU's HarvardConnection code?
05:17:51 3    A.  Again, we know that -- I know that Mr.
05:17:55 4        Hughes has repeatedly indicated the
05:18:01 5        Thefacebook is a dorm-room late-night
05:18:04 6        situation of talks and discussions.  So I
05:18:07 7        know from that that he was involved in the
05:18:09 8        development of the site, so he says, based
05:18:12 9        on his account.
05:18:13 10   Q.  Any other evidence that you're aware of
05:18:16 11       other than what you've just testified to
05:18:19 12       that Defendant Hughes copied copyrighted
05:18:22 13       subject matter of ConnectU's
05:18:23 14       HarvardConnection code?
05:18:24 15   A.  Other than the fact that he was involved in
05:18:25 16       the development of the website by his
05:18:28 17       account, no.
05:18:31 18   Q.  Okay.  All right.  Mr. McCollum, what
05:18:34 19       evidence are you aware of that Mr. McCollum
05:18:37 20       copied copyrighted subject matter of
05:18:40 21       ConnectU's HarvardConnection code?
05:18:43 22   A.  I would give the same answer for that.
05:18:47 23   Q.  And that same answer is?
05:18:48 24   A.  Same answer is that he was -- we have reason
05:18:53 25       to believe that he was involved with the

Page 334

05:16:48 1    other information that I haven't asked for.
05:16:50 2    And I'm entitled to move to strike such a
05:16:53 3    response and then to ask the question over
05:16:57 4    and ask you politely, which I'm going to do,
05:16:59 5    just to answer my question.
05:17:00 6        MR. HORNICK:  And I'm entitled to
05:17:01 7    tell you that you are badgering the witness,
05:17:03 8    and you're going to stop it, or we're going
05:17:05 9    to leave.
05:17:05 10       MR. HAWK:  Okay.  You do what you
05:17:08 11   have to do.
05:17:09 12   Q.  So let me -- Mr. Winklevoss, let me just ask
05:17:12 13       the question one more time, and, you know,
05:17:13 14       if you can give me an answer, that will be
05:17:15 15       great.
05:17:16 16       My question to you is, what did
05:17:18 17   Defendant Saverin create as far as
05:17:19 18   Thefacebook is concerned, if you know?
05:17:23 19   A.  I do not know specifically what he
05:17:26 20       created --
05:17:30 21   Q.  Fair enough.
05:17:28 22   A.  -- in terms of development.
05:17:30 23   Q.  Fair enough.  Thank you.
05:17:41 24       What about Mr. Hughes; what evidence
05:17:43 25   are you aware of that Defendant Hughes

Page 336

05:18:54 1    development of the site, and to the extent
05:18:56 2    the development of the site is based on
05:18:59 3    copyrighted code of HarvardConnection, he
05:19:02 4    copied HarvardConnection code.
05:19:03 5    Q.  And you don't know specifically what Mr.
05:19:05 6        McCollum's contributions to Thefacebook
05:19:08 7        were, correct?
05:19:09 8    A.  I believe that part of this contribution
05:19:12 9        might have been in the nature of graphics.
05:19:15 10       I believe that he is a graphic design
05:19:18 11       individual who took an internship at EA
05:19:22 12       Systems, and that is certainly one of the
05:19:25 13       contributions I believe he made.
05:19:26 14   Q.  Is that the only contribution that he made
05:19:27 15       to Thefacebook that you're aware of?
05:19:29 16   A.  I can't say -- I can't say that that's the
05:19:30 17       only contribution.  That's only --
05:19:32 18   Q.  Well, tell me which other one you're aware
05:19:34 19       of.
05:19:34 20   A.  I only said that's -- I said that's the
05:19:35 21       only -- the graphics is the only one
05:19:37 22       contribution that I can say for sure that he
05:19:40 23       made.  I can't say that that's his only
05:19:41 24       contribution.
05:19:43 25   Q.  Well, okay.  Are you aware of any other

84 (Pages 333 to 336)

Page 339

| | |
|---|---|
| 05:19:45 1 | contributions that Mr. McCollum made to |
| 05:19:47 2 | Thefacebook other than graphics? |
| 05:19:48 3 | A. I am unaware. |
| 05:19:50 4 | Q. Fine. Are you aware of specifically what |
| 05:19:53 5 | Mr. Hughes contributed to Thefacebook? |
| 05:19:56 6 | MR. HORNICK: Objection, asked and |
| 05:19:58 7 | answered. |
| 05:19:58 8 | A. Yeah, other than, you know -- rather, let me |
| 05:20:02 9 | go back and recorrect myself in the last |
| 05:20:03 10 | answer. I said graphics, but I also said -- |
| 05:20:06 11 | I also included prior to that that he was |
| 05:20:08 12 | involved in the creation and development, so |
| 05:20:11 13 | graphics, and it could be more than one |
| 05:20:14 14 | thing, could be just graphics. I don't know |
| 05:20:15 15 | the answer to that. |
| 05:20:17 16 | Q. Right. All that you're aware of is |
| 05:20:18 17 | graphics, correct? |
| 05:20:19 18 | A. Right. |
| 05:20:20 19 | Q. Okay. |
| 05:20:20 20 | A. And with Mr. Hughes I'm aware that he's |
| 05:20:22 21 | involved with the creation of the site. I'm |
| 05:20:24 22 | not invol -- other than the fact that |
| 05:20:26 23 | post-launch he did a lot of media relations, |
| 05:20:28 24 | I'm unaware of exactly what his role was in |
| 05:20:31 25 | the creation. |

Page 338

| | |
|---|---|
| 05:20:31 1 | Q. Okay. So other than Mr. Hughes' |
| 05:20:35 2 | contributions to media relations, you're |
| 05:20:38 3 | unaware of any other contribution to |
| 05:20:40 4 | Thefacebook, correct? |
| 05:20:41 5 | A. Post-Facebook launch, yes. |
| 05:20:43 6 | Q. Let's talk -- |
| 05:20:46 7 | A. No, no, no, in 2 -- |
| 05:20:46 8 | Q. No, no, no. |
| 05:20:48 9 | A. In 2004 when Thefacebook launched, post that |
| 05:20:50 10 | I can say for a fact that he talked to -- |
| 05:20:53 11 | that he was the press media person. |
| 05:20:56 12 | Q. Sir, what I'm asking -- listen to the |
| 05:20:58 13 | question, please -- other than media |
| 05:20:59 14 | relations, you are unaware of any other |
| 05:21:02 15 | contribution by Mr. Hughes to Thefacebook at |
| 05:21:06 16 | any time, correct? |
| 05:21:07 17 | MR. HORNICK: Objection, |
| 05:21:07 18 | mischaracterizes, and it's asked and |
| 05:21:09 19 | answered. |
| 05:21:10 20 | A. Again, prior to launch I'm aware that he was |
| 05:21:14 21 | involved in the creation. To what extent I |
| 05:21:17 22 | do not know. Post-launch I know that one of |
| 05:21:18 23 | his roles, and it might be his only role or |
| 05:21:22 24 | it could be one of many roles, was media |
| 05:21:24 25 | relations. |

| | |
|---|---|
| 05:21:25 1 | Q. Okay. What did he create prior to the |
| 05:21:27 2 | launch? What did Mr. Hughes create prior to |
| 05:21:29 3 | the launch? |
| 05:21:30 4 | A. I already answered that. I said -- |
| 05:21:32 5 | Q. You don't know? |
| 05:21:33 6 | A. I said I do not know. All I know is that he |
| 05:21:36 7 | was part of the creation. |
| 05:21:38 8 | Q. But you don't know any specific contribution |
| 05:21:40 9 | to the creation that Mr. Hughes made, |
| 05:21:41 10 | correct? |
| 05:21:41 11 | A. No, I don't. |
| 05:21:43 12 | Q. Okay. Fine. Mr. Moskovitz, what were his |
| 05:21:48 13 | contributions to Thefacebook at any time |
| 05:21:50 14 | that you're aware of? |
| 05:21:51 15 | A. I know that he's a coder. I know that he |
| 05:21:55 16 | roommates with Mr. Zuckerberg. I know that |
| 05:21:57 17 | Mr. Zuckerberg has labeled the site as much |
| 05:22:00 18 | his project as Mr. Zuckerberg's project. He |
| 05:22:03 19 | has put in a ton of time as far as coding's |
| 05:22:08 20 | related. That's what I know. |
| 05:22:09 21 | Q. Okay. What specific parts of the site has |
| 05:22:11 22 | Mr. Moskovitz been involved with coding? |
| 05:22:13 23 | A. To -- from what I can recollect from media |
| 05:22:18 24 | accounts, that he's been involved in the |
| 05:22:21 25 | expansion of the site, taking it to other |

Page 340

| | |
|---|---|
| 05:22:25 1 | schools, and that's all I can say for |
| 05:22:27 2 | certain that I know which role he played. |
| 05:22:29 3 | Q. Okay. So the only contribution in the |
| 05:22:31 4 | creation of Thefacebook by Mr. Moskovitz as |
| 05:22:34 5 | far as coding goes, that you're aware of, is |
| 05:22:37 6 | involvement in the expansion of that website |
| 05:22:40 7 | to other universities, correct? |
| 05:22:43 8 | A. Yes. I would say the role -- yeah, the |
| 05:22:48 9 | expansion in that -- |
| 05:22:50 10 | Q. Okay. Fine. |
| 05:22:50 11 | A. -- with that respect, yeah. |
| 05:22:52 12 | Q. Okay. And as you sit here, what evidence |
| 05:22:54 13 | are you aware of that Defendant Moskovitz |
| 05:22:58 14 | copied copyrighted subject matter of |
| 05:22:59 15 | ConnectU's HarvardConnection code? |
| 05:23:00 16 | A. Okay. So the -- to the extent that he was |
| 05:23:05 17 | involved in the creation of Thefacebook |
| 05:23:10 18 | idea? |
| 05:23:10 19 | MR. HORNICK: This witness can't |
| 05:23:11 20 | answer that question other than what he has |
| 05:23:12 21 | so far. We told you that in our objections. |
| 05:23:16 22 | A. It's my belief and evidence that he's a |
| 05:23:18 23 | roommate, he's a coder, he's been billed as |
| 05:23:21 24 | a very big part of the project and that he |
| 05:23:25 25 | was involved in the creation of the website. |

85 (Pages 337 to 340)

Page 341

05:23:27 1   And as I said for the other defendants,
05:23:30 2   based on their involvement in the creation
05:23:31 3   and the fact that I believe that the
05:23:33 4   creation is derivative work, that I believe
05:23:39 5   he's used copyrighted code.
05:23:41 6   Q.  I think I'll go with your counsel's
05:23:44 7   stipulation that you can't answer the
05:23:45 8   question so we'll move on.
05:23:47 9       MR. HORNICK:  The witness gave you
05:23:48 10  the best answer to the best of his ability.
05:24:03 11  Q.  Now, Mr. Saverin was never a partner of the
05:24:05 12  HarvardConnection, correct?
05:24:06 13  A.  No, he would not have been involved.  No.
05:24:10 14  Q.  Right.  And neither you nor anyone else at
05:24:14 15  HarvardConnection ever made the
05:24:16 16  HarvardConnection source code available to
05:24:17 17  Mr. Saverin, correct?
05:24:22 18  A.  We directly did not make it available --
05:24:22 19  Q.  Right.
05:24:26 20  A.  -- to him, yeah.
05:24:26 21  Q.  And no one, to your knowledge, at ConnectU
05:24:27 22  ever disclosed any HarvardConnection trade
05:24:29 23  secrets to Mr. Saverin, correct?
05:24:31 24  A.  No, not directly to Mr. Saverin.
05:24:48 25  Q.  All right.  And just to clean up a few

Page 342

05:24:49 1   things from this morning, talk about this
05:24:51 2   partnership, this HarvardConnection
05:24:53 3   partnership.
05:24:54 4   A.  Uh-huh.
05:24:55 5   Q.  There was never any written agreement
05:24:57 6   between Mark Zuckerberg and
05:24:59 7   HarvardConnection that Mr. Zuckerberg would
05:25:01 8   be a partner of HarvardConnection, correct?
05:25:03 9   A.  There was no written agreement.
05:25:08 10  Q.  All right.  And there was never any explicit
05:25:09 11  agreement, oral or written, by Mr.
05:25:11 12  Zuckerberg that he was going to be a partner
05:25:15 13  of HarvardConnection, correct?
05:25:17 14  A.  Not correct to the extent that there was --
05:25:21 15  as I mentioned before, there was explicit
05:25:24 16  talk of contributions to the
05:25:26 17  HarvardConnection team.
05:25:28 18  Q.  Well, let's talk about the word "partner."
05:25:30 19  A.  Okay.
05:25:30 20  Q.  Did Mr. Zuckerberg ever say to you, "I
05:25:33 21  understand I'm a partner in this
05:25:35 22  HarvardConnection venture"?  Did he ever say
05:25:38 23  the word "partner"?
05:25:39 24  A.  No, he did not use the word "partner."  No.
05:25:42 25  Q.  And did you, you personally, ever use the

Page 343

05:25:45 1   word "partner" to Mr. Zuckerberg?
05:25:47 2   A.  No, and I don't believe I had to.  I --
05:25:50 3   Q.  But I didn't ask you about what you had to
05:25:52 4   do.
05:25:52 5       MR. HORNICK:  He can give a
05:25:53 6   complete answer.
05:25:53 7   A.  I used the word "part," which is part --
05:25:55 8   which assumes a partner is a part of a slice
05:25:58 9   of the pie, you know, if you want to go down
05:26:02 10  to the semantics level.  But, no, we did not
05:26:05 11  use the word "partner."  We're college
05:26:07 12  students.  You know, we are on a project,
05:26:11 13  and it's a team.  That's what we called it.
05:26:12 14  Q.  Okay.  So just to be clear, you never told
05:26:19 15  Mr. Zuckerberg that he was going to be a
05:26:19 16  partner --
05:26:19 17  A.  I never --
05:26:20 18  Q.  -- quote, "partner" in the venture, correct?
05:26:22 19  A.  Quote, "partner" -- quote, "partner," no, I
05:26:25 20  did not use the word, quote, "partner."
05:26:27 21  Q.  Okay.  Fine.  And just to be clear again,
05:26:29 22  there was never any written -- oral or
05:26:34 23  written agreement with Mr. Zuckerberg that
05:26:35 24  he would have some specific percentage
05:26:38 25  ownership in HarvardConnection, correct?

Page 344

05:26:39 1   A.  Specific ownership, yes.  Specific as in
05:26:44 2   specific equity stakes, yes, there was --
05:26:48 3   that conversation never happened.
05:26:48 4   Q.  Listen to my question again.
05:26:50 5       MR. HORNICK:  Listen to his answer.
05:26:52 6   Did you hear it?
05:26:53 7       MR. CHATTERJEE:  Robert, let's have
05:26:55 8   the court reporter read that answer back.
05:26:56 9       MR. HAWK:  Okay.  Let's have the
05:26:58 10  answer back, question and answer, if you
05:27:00 11  wouldn't mind.
05:27:01 12      (Record read.)
05:27:27 13  A.  So, well, I was --
05:27:28 14      MR. HORNICK:  Wait, wait.  There's
05:27:29 15  no question pending.
05:27:30 16  Q.  Right.  So let me -- I'm a little unclear, I
05:27:31 17  will say, after the last question and
05:27:33 18  answer, so let me try if I can reask it --
05:27:33 19  A.  It was supposed to be --
05:27:36 20  Q.  -- and clear it up.
05:27:37 21  A.  Yeah, I mean, if you want to reask that same
05:27:41 22  question --
05:27:41 23  Q.  Yeah --
05:27:41 24  A.  -- sure.
05:27:41 25  Q.  -- let me reask the question, okay?

86 (Pages 341 to 344)

Page 347

```
05:27:44  1      Isn't it correct that there was never
05:27:45  2   any written or oral agreement with Mr.
05:27:47  3   Zuckerberg that he would have a specific
05:27:49  4   percentage ownership in HarvardConnection?
05:27:53  5   A.  Specific percentage ownership, as I said
05:27:59  6      before, we did not talk about because it was
05:28:01  7      premature at all.
05:28:03  8   Q.  Okay.  Fine.
05:28:04  9   A.  -- okay?
05:28:04 10   Q.  All right.  All right.  You never talked
05:28:06 11      about it with Mr. Zuckerberg, correct?
05:28:07 12   A.  Specific percentage ownership.  Outside of
05:28:10 13      what I said earlier, which was that it was
05:28:12 14      an equal -- an equal partnership based on
05:28:18 15      contribution, no.
05:28:19 16   Q.  See, that's the problem I'm having here.
05:28:20 17   A.  Why is that so hard?
05:28:22 18      MR. HORNICK:  Robert, listen.  You
05:28:23 19   don't like his answers, and you keep getting
05:28:24 20   him to try to change them.  He has given you
05:28:26 21   his answer.  He gave it this morning.  He's
05:28:28 22   been consistent all day.  I think you should
05:28:30 23   stop badgering the witness.
05:28:31 24      MR. CHATTERJEE:  Mr. Hornick, what
05:28:33 25   federal rule of evidence are you citing to
```

Page 346

```
5:28:35  1   at this point?  Because badgering with
05:28:36  2   counsel has nothing to do with the
05:28:38  3   deposition.
05:28:38  4      MR. HORNICK:  He is badgering the
05:28:39  5   witness.  He keeps asking the same question
05:28:43  6   that's been asked all day.  He keeps
05:28:45  7   answering it.
05:28:45  8      MR. HAWK:  We'll put this record
05:28:47  9   before the Judge, okay?
05:28:47 10      MR. HORNICK:  You're getting your
05:28:47 11   answers.
05:28:46 12      MR. HAWK:  We'll put the record --
05:28:46 13   we'll put the record before the Judge, and
05:28:48 14   we'll --
05:28:48 15      MR. HORNICK:  Go ahead.  You're
05:28:49 16   getting your answers.
05:28:50 17      MR. HAWK:  All right.  Let's turn
05:28:51 18   it down a notch.  We're almost done today.
05:28:54 19   Let me try and put another question.  I was
05:28:55 20   just trying to explain to the witness why I
05:28:58 21   keep going back to the same thing.
05:28:58 22   BY MR. HAWK:
05:29:00 23   Q.  And the reason that I keep going back is
05:29:02 24   because you're giving an argumentative
05:29:05 25   answer.
```

Page 348

```
05:29:05  1      MR. HORNICK:  No, I disagree.
05:29:07  2      MR. HAWK:  Hold it.  Hold it.
05:29:07  3   Don't interrupt me, okay?
05:29:08  4      MR. HORNICK:  No, I will interrupt
05:29:10  5   you if you misstate the witness.  You
05:29:12  6   don't have the right to advise him of how he
05:29:14  7   has to answer a question.
05:29:15  8      MR. HAWK:  I have a right to
05:29:16  9   conduct a deposition.  I will try and do it.
05:29:19 10      MR. HORNICK:  Go ahead.  Do it
05:29:21 11   properly.
05:29:21 12   BY MR. HAWK:
05:29:22 13   Q.  Here's my -- here's my question:  There was
05:29:24 14      never any written or oral agreement with Mr.
05:29:27 15      Zuckerberg that he would have a specific
05:29:30 16      percentage ownership in HarvardConnection;
05:29:37 17      isn't that correct?
05:29:37 18   A.  Can you define "specific percentage
05:29:39 19      ownership"?
05:29:40 20   Q.  Is there something that's unclear --
05:29:42 21   A.  Yeah, there is.
05:29:42 22   Q.  -- about specific percentage ownership?  All
05:29:45 23      right.  I'll give you an example.  You could
05:29:47 24      have said, "Mark, you're going to have a 25
05:29:49 25      percent ownership in this venture," or you
```

Page 348

```
05:29:53  1   could have said, "Mark, you're going to have
05:29:55  2   a 10 percent ownership," okay?  That's what
05:29:59  3   I have in mind when I say the words
05:30:00  4   "specific percentage ownership."  Now that
05:30:02  5   I've given you that example, do you
05:30:04  6   understand what I --
05:30:04  7   A.  Right.
05:30:06  8   Q.  Okay.  All right.  Now let me reask the
05:30:07  9   question.  Isn't it correct, sir, that there
05:30:09 10   was never any written or oral agreement with
05:30:11 11   Mr. Zuckerberg that he would have a specific
05:30:13 12   percentage ownership in HarvardConnection?
05:30:15 13   A.  Specific percentage ownership, well, you
05:30:22 14   know, with respect to an equal ownership,
05:30:25 15   yes, there was that oral agreement.  There
05:30:27 16   was that oral discussion.  There was no
05:30:30 17   written; however, there was an oral.
05:30:33 18      If you want to go by a specific
05:30:35 19   percentage and we use my barometer, which
05:30:38 20   I've said multiple times is that it was an
05:30:41 21   equal team, an equal partnership based on
05:30:43 22   the contributions at that time and that it
05:30:46 23   was premature to go any further than that,
05:30:49 24   there was an oral agreement to that extent,
05:30:51 25   yes.
```

87 (Pages 345 to 348)

```
05:30:52  1    Q.  There was an oral agreement that there would
05:30:53  2        be equal or, in other words, 25 percent
05:30:56  3        ownership by each of the partners; is that
05:30:59  4        your testimony, sir?
05:31:00  5    A.  My answer is that it was -- I mean, as I
05:31:03  6        said before, equal, equal to the
05:31:06  7        contribution that each person brought to the
05:31:08  8        table.
05:31:08  9    Q.  Oh, okay. Well, I thought you meant equal
05:31:11 10        that everybody would have an equal share,
05:31:13 11        but let's --
05:31:16 12    A.  Well, no.
05:31:16 13    Q.  -- explore that.
05:31:17 14        So you had a conversation with Mr.
05:31:19 15        Zuckerberg in which you told him that you
05:31:22 16        wanted him to be a partner and that his
05:31:25 17        partnership interest in this
05:31:26 18        HarvardConnection partnership would be equal
05:31:28 19        to his contribution; is that correct?
05:31:32 20    A.  Sure. He had -- I mean, you are -- Mr.
05:31:37 21        Zuckerberg in his e-mail discourse has
05:31:43 22        indicated that he expected to be part of the
05:31:49 23        development of the project and control.
05:31:51 24        Now, we all brought different contributions
05:31:52 25        to the table. They were all relatively
```

```
05:31:57  1        critical in terms of the development of the
05:31:58  2        site. And we all treated each other as
05:32:01  3        equals, acted as equals.
05:32:03  4        Again, we're college students, and
05:32:05  5        this is a project that's going to launch.
05:32:08  6        It was premature to talk about specific
05:32:11  7        equity stake at that point with respect to
05:32:13  8        percentages.
05:32:14  9    Q.  Sir, my question was about a conversation
05:32:17 10        that you had or didn't have with Mr.
05:32:19 11        Zuckerberg. The answer you just gave had
05:32:22 12        nothing to do with any conversation that you
05:32:22 13        had --
05:32:26 14        MR. HORNICK: Robert, you cut off
05:32:27 15        his answer.
05:32:24 16    Q.  -- or didn't have with Mr. Zuckerberg.
05:32:25 17        MR. HORNICK: You cut off his
05:32:27 18        answer, and you sit there and you shake his
05:32:30 19        head -- you shake your head while he's
05:32:31 20        talking, and you laugh and you smile while
05:32:34 21        he's talking, and that is improper. You
05:32:37 22        should sit there quietly, without shaking
05:32:38 23        your head, without smiling and without
05:32:40 24        laughing while the witness finishes his
05:32:43 25        answer, and then you can ask another
```

```
05:32:44  1        question.
05:32:44  2        MR. HAWK: Well, thank you for your
05:32:45  3        advice. Let me ask the question again
05:32:47  4        because I don't think I got an answer to it,
05:32:49  5        in all fairness.
05:32:50  6        BY MR. HAWK:
05:32:50  7    Q.  Did you ever have a conversation with Mr.
05:32:53  8        Zuckerberg in which you communicated to him
05:32:56  9        that he would receive an equal partnership
05:33:05 10        share in HarvardConnection and that his
05:33:06 11        share would be equal to his contribution?
05:33:10 12    A.  I think it was clear in our second meeting
05:33:13 13        that he would -- as I mentioned before
05:33:16 14        earlier, I mean, we've gone over this
05:33:17 15        question multiple times, and I'm starting to
05:33:20 16        believe that it's not because my answer is
05:33:22 17        not correct, but that the answer is -- you
05:33:27 18        guys don't want to seem to take my answer.
05:33:29 19        And the answer is simple. Mr. Zuckerberg
05:33:35 20        was invited to become part of a team. He
05:33:38 21        became -- he agreed to become part of that
05:33:40 22        team.
05:33:41 23        It was an equal opportunity
05:33:43 24        partnership. Each person had respective
05:33:46 25        contributions, and down the road as those
```

```
05:33:49  1        contributions increased or decreased we
05:33:53  2        would certainly have attached what you call,
05:33:55  3        you know, more of a specific allocation,
05:33:58  4        okay? At that time it was an equal
05:34:00  5        allocation, okay? You're at the starting
05:34:02  6        gate of a race. You can't predict who's
05:34:04  7        going to be the winner, who's going to pull
05:34:06  8        the most.
05:34:09  9        So -- and I would go so far as to say
05:34:11 10        that actually his compensation was initially
05:34:14 11        perhaps larger than ours because we made it
05:34:17 12        very clear to him that we wanted him to be
05:34:21 13        the center point in the Crimson article at
05:34:24 14        the launch of the site and that he would be
05:34:26 15        sort of reinventing his character, which he
05:34:28 16        would not be a part of. So from some
05:34:31 17        accounts you could say that it was skewed in
05:34:34 18        his favor.
05:34:36 19    Q.  Okay.
05:34:36 20    A.  But --
05:34:38 21    Q.  Are you finished?
05:34:39 22    A.  -- to the extent, that, again, we're college
05:34:42 23        students and this is a team, a project, Mr.
05:34:45 24        Zuckerberg has reapportioned shares and
05:34:48 25        aspects of this company multiple times.
```

88 (Pages 349 to 352)

Page 355

```
05:34:51  1    Q.  All right.  I -- you know, I've reached the
05:34:55  2         point where I'm not going to, at your
05:34:57  3         counsel's suggestion, ask you the question
05:34:58  4         again unless -- unless you tell me that you
05:35:04  5         actually intend to answer it the next time.
05:35:05  6            MR. HORNICK:  Objection.
05:35:06  7    Q.  The question --
05:35:07  8            MR. HAWK:  Just let me finish this.
05:35:09  9    Q.  The question that I ask had to do with
05:35:11 10         conversations that you either had or didn't
05:35:13 11         have with Mr. Zuckerberg.  I think I've
05:35:16 12         asked that question at least three times
05:35:18 13         now, and I don't -- I don't believe, in all
05:35:21 14         fairness, that I've gotten an answer to the
05:35:22 15         question.  If you want to take another shot
05:35:25 16         at answering the question, then I'll reask
05:35:27 17         it.  If you believe or you're not going to
05:35:30 18         give me anything other than another answer
05:35:32 19         like the one that you just gave me, I'll
05:35:34 20         move on, and then I'll go to the Court and
05:35:37 21         I'll try and seek an order that you may be
05:35:39 22         ordered to answer the questions that are
05:35:40 23         asked in the deposition.
05:35:42 24            So I'm going to put it out there one
05:35:44 25         more time.
```

Page 354

```
05:35:45  1            MR. HORNICK:  And I'll say that I
05:35:46  2         believe the witness has answered the
05:35:48  3         questions to the best of his ability.  You
05:35:50  4         just don't like his answers.
05:35:51  5            MR. HAWK:  Okay.  All right.  I
05:35:53  6         understand your position.  You can argue
05:35:54  7         that to the Court based on this record, all
05:35:56  8         right?
05:35:57  9    BY MR. HAWK:
05:35:58 10    Q.  My question to you, sir, is did you ever
05:36:00 11         have any conversation with Mr. Zuckerberg in
05:36:02 12         which you said to him that he would be
05:36:04 13         getting an equal partnership share in the --
05:36:09 14         in the HarvardConnection team?
05:36:13 15            MR. HORNICK:  Objection.  You've
05:36:15 16         asked a question he can answer because
05:36:18 17         he's already said that he didn't use the
05:36:19 18         word "partner."  So your question's unfair.
05:36:21 19    Q.  All right.  Let me rephrase.  Let me
05:36:22 20         rephrase.  Let me don't use -- because in
05:36:23 21         all fairness, you have said that you didn't
05:36:25 22         say "partner."  You didn't say "partner."
05:36:29 23            Did you ever tell or discuss with Mr.
05:36:32 24         Zuckerberg that he would be getting an equal
05:36:35 25         share of HarvardConnection?
```

Page 356

```
05:36:38  1    A.  Well, I think your question should be did
05:36:45  2         he -- did we have a discussion for Mr.
05:36:49  3         Zuckerberg to get a share of the
05:36:51  4         partnership, okay?
05:36:52  5    Q.  Well, I wanted to ask my question, Mr.
05:36:55  6         Winklevoss.  I ask you the question.
05:36:55  7    A.  No, you asked me --
05:36:57  8    Q.  I don't want you --
05:36:57  9    A.  -- did he say --
05:36:57 10    Q.  -- to reformulate my question.
05:36:58 11    A.  You know, equal partnership with respect to
05:37:02 12         a partnership based on equality, meaning
05:37:05 13         people's contributions would be weighed
05:37:07 14         accurately and you would divvy out equity
05:37:11 15         based on contribution in an equal manner,
05:37:14 16         yes, we had an equal partnership by that
05:37:16 17         definition, to answer your question.
05:37:17 18    Q.  Okay.  Now, my question was not about the
05:37:19 19         kind of partnership you had.  My question
05:37:21 20         was about whether you ever had any
05:37:24 21         discussion along the lines of --
05:37:26 22    A.  Yeah.
05:37:26 23    Q.  -- you just testified -- let me finish.
05:37:28 24            Did you ever have that discussion with
05:37:30 25         Mr. Zuckerberg?
```

Page 356

```
05:37:31  1    A.  Yes, as I said before, we -- in the second
05:37:34  2         meeting we discussed people's respective
05:37:37  3         roles.  Everybody was on an equal playing
05:37:41  4         field.  That's why I'm referring to it as an
05:37:43  5         equal partnership, if you will, okay, or
05:37:45  6         equal team, based on contributions.  If
05:37:47  7         contributions six months down the road were
05:37:50  8         unequal, then the partnership, you know,
05:37:53  9         would certainly change in scope.  But
05:37:55 10         everybody was equal in terms of what they
05:37:57 11         brought to the table, what they can
05:37:59 12         contribute.  So to answer your question,
05:38:01 13         yes, we did have a discussion about equal
05:38:04 14         partnership.
05:38:05 15    Q.  Okay.  And you had that discussion with --
05:38:07 16    A.  Not using the word "partner."
05:38:09 17    Q.  Okay.  But you had the discussion about
05:38:11 18         equal shares of HarvardConnection based on
05:38:15 19         contribution, you had that discussion with
05:38:16 20         Mr. Zuckerberg in your second meeting with
05:38:20 21         him, correct?
05:38:21 22    A.  Yes.  We --
05:38:23 23    Q.  Okay.
05:38:23 24    A.  -- went through the fact that he would reap
05:38:27 25         in an equal manner any and all benefits that
```

**SARNOFF COURT REPORTERS AND LEGAL TECHNOLOGIES**
**877.955.3855**

Page 357

05:38:30 1      came along with the site, okay?
05:38:31 2    Q. All right. What did your brother Tyler
05:38:34 3      Winklevoss -- what is his contribution to
5:38:39 4      HarvardConnection?
05:38:39 5    A. He was part of the promotional aspects and
05:38:44 6      the marketing aspects of which I was a part
05:38:46 7      of.
05:38:47 8    Q. What specifically did he do?
05:38:48 9    A. As I said earlier, we were going to set up
05:38:53 10      a -- well, that would have been more of a
05:38:56 11      post-launch role. We were going to do a
05:38:58 12      launch party and do some promotional stuff
05:39:01 13      around campus, but aside from that, in terms
05:39:04 14      of the creation, he was involved with the
05:39:05 15      strategy and overall concept and
05:39:07 16      development.
05:39:07 17    Q. How many hours did Tyler Winklevoss
05:39:09 18      contribute to HarvardConnection prior to,
05:39:14 19      let's say, February 4th, 2004?
05:39:16 20    A. Again, you know, you're asking sort of a
05:39:19 21      question for me to recall exactly how many
05:39:22 22      hours.
05:39:24 23    Q. Give me a range.
05:39:25 24    A. Well, I can't -- you know, hours. I would
05:39:33 25      answer your question to say that he put in

Page 358

05:39:36 1      as many hours and as much work as myself and
05:39:39 2      Divya did. How many hours that would be
05:39:41 3      might be -- you know, every time we thought
05:39:47 4      about the site, it could be hundreds,
05:39:49 5      hundreds and hundreds of hours. You know,
05:39:52 6      the hours we sat with programmers or talked
05:39:54 7      with them and spent time communicating, it
05:39:56 8      would be in the hundreds of hours.
05:39:58 9    Q. You think you worked more than 100 hours on
05:40:02 10      HarvardConnection prior to February 4th,
05:40:05 11      2004; is that your testimony?
05:40:06 12    A. I would say that if you coupled in all the
05:40:09 13      sort of the discourse and the thinking and
05:40:12 14      the work involved with it, I would say it
05:40:16 15      could be upwards of 100 hours, perhaps.
05:40:19 16    Q. Between 100 and 200 hours?
05:40:22 17    A. No, I didn't say that. I said it could be
05:40:24 18      up to 100 hours.
05:40:27 19    Q. Okay. All right. You think it was no more
05:40:29 20      than 100 hours?
05:40:29 21    A. Probably not, probably not.
05:40:33 22    Q. Okay. Have you ever spoken to Mr. Saverin?
05:40:41 23    A. I think we already went over this. I have
5:40:43 24      not.
05:40:43 25    Q. Okay. You've never --

Page 359

05:40:45 1    A. Oh, oh, oh, like --
05:40:46 2    Q. Ever, have you ever spoken to Mr. Saverin?
05:40:49 3    A. Yeah, I believe I first met him in New York
05:40:52 4      City in the summer of 2004, but that is, I
05:40:55 5      believe, the only time I've ever spoken to
05:40:57 6      him.
05:40:57 7    Q. What did you say to Mr. Saverin in the
05:40:59 8      summer of 2004 when you met him?
05:41:01 9    A. I actually didn't really say anything to Mr.
05:41:04 10      Saverin. He introduced himself to me, and I
05:41:08 11      said Hello.
05:41:09 12    Q. Okay. You didn't say anything to him. What
05:41:12 13      did he say to you?
05:41:12 14    A. He said, "Hey, I heard" -- he told me
05:41:18 15      that -- I guess he said he was sorry that
05:41:25 16      Mr. Zuckerberg had done what he did.
05:41:29 17    Q. What's your best recollection of the precise
05:41:31 18      words that Mr. Saverin said to you?
05:41:33 19    A. I believe he said that -- he apologized that
05:41:39 20      he -- you know, for what we alleged that
05:41:42 21      happened, and he said that Mark screwed him,
05:41:44 22      too.
05:41:47 23    Q. Did Mr. Saverin say anything that he had any
05:41:49 24      knowledge that the allegations that you were
05:41:52 25      making against Mr. Zuckerberg were correct?

Page 360

05:41:55 1      MR. HORNICK: Objection. The
05:41:57 2      complaint hadn't been filed at that point,
05:41:59 3      so do you want to rephrase your question?
05:42:01 4      MR. HAWK: No, I don't want to
05:42:02 5      rephrase the question.
05:42:03 6    A. He apologized for our -- what we believed
05:42:07 7      was a wrongdoing, and this was -- that was
05:42:12 8      about all he said, I believe.
05:42:14 9    Q. Well, what wrongdoing did he apologize for?
05:42:16 10    A. Well, again, he said -- I think he said the
05:42:19 11      word basically "screwed." You know, I'll
05:42:25 12      use that operative word, saying, "Sorry that
05:42:27 13      he screwed you," or something to that extent
05:42:29 14      and then said that Mark had screwed him,
05:42:31 15      too.
05:42:31 16    Q. Did he say anything else more specific other
05:42:33 17      than screwed with regard to some wrongdoing?
05:42:36 18    A. No, I don't believe that he really -- I
05:42:39 19      mean, the complaint wasn't filed. We had
05:42:42 20      alleged something in the paper. I don't
05:42:44 21      think he specifically mentioned anything
05:42:47 22      specifically.
05:42:48 23      MR. HORNICK: I would just like to
05:42:49 24      say to the witness if there were other words
05:42:51 25      that you're concerned about using, you can

90 (Pages 357 to 360)

Page 363

05:42:53 1 use any words. You can say the actual
05:42:55 2 words. I don't know if there are or not --
05:42:57 3 THE WITNESS: Okay.
05:42:58 4 A. Again, like this was late at night. It was
05:43:00 5 in a very noisy atmosphere, and that's all I
05:43:05 6 could really make out from what he was
05:43:06 7 saying.
05:43:07 8 Q. All right. This was in a bar?
05:43:08 9 A. Yeah.
05:43:08 10 Q. Okay. And was there anybody else there with
05:43:11 11 you at the time?
05:43:12 12 A. When he introduced --
05:43:14 13 Q. Who overheard Mr. Saverin?
05:43:17 14 A. Nobody would have overheard the conversation
05:43:19 15 between the two of us.
05:43:21 16 Q. Okay. And any other contacts with Mr.
05:43:23 17 Saverin?
05:43:23 18 A. I think that he may have messaged me once on
05:43:28 19 ConnectU or sent me some sort of message,
05:43:31 20 and I might have, I believe -- I think I
05:43:34 21 wrote back sort of saying, "I missed your
05:43:36 22 message." And this would have been in the
05:43:38 23 summer of 2004, I believe, but there was no
05:43:41 24 real content in either of those exchanges or
05:43:44 25 any follow-up. I think -- I mean, from --

Page 362

05:43:48 1 my guess is that he was trying out a fright
05:43:52 2 (sic) feature and clicked on my name and
05:43:53 3 sent me a message, and I wrote
05:43:55 4 back -- I believe I wrote back, like, "I
05:43:58 5 missed your message, wasn't here," something
05:44:00 6 to that extent.
05:44:03 7 Q. And you never got his message, his
05:44:07 8 substantive message?
05:44:08 9 A. There was no substantive message.
05:44:10 10 Q. Oh, it --
05:44:11 11 A. I think he opened up a window and didn't
05:44:13 12 write anything into it. You know, it was
05:44:16 13 like a chat window.
05:44:16 14 Q. Ah, okay. All right. So in 2003 when you
05:44:25 15 began the relationship with Mr. Zuckerberg,
05:44:28 16 were you aware of the need to protect the
05:44:31 17 confidentiality of HarvardConnection's
05:44:33 18 business plan?
05:44:35 19 A. I was aware, yes, I would say that I was
05:44:37 20 aware that it was a confidential plan.
05:44:43 21 Q. Okay. And did you believe that you needed
05:44:48 22 to do anything to protect that
05:44:49 23 confidentiality?
05:44:50 24 A. Other than sort of the express nature that
5:44:57 25 it was confidential, I was not aware that we

Page 363

05:45:01 1 had to take further steps.
05:45:04 2 Q. Okay. Did you -- were you aware that people
05:45:10 3 in business -- were you aware in November of
05:45:13 4 2003 that people in business who have trade
05:45:17 5 secrets and proprietary information
05:45:19 6 frequently enter into written nondisclosure
05:45:21 7 agreements? Were you aware of that?
05:45:23 8 A. At that time I'm not sure I was aware of
05:45:26 9 what a nondisclosure was. I was aware that
05:45:29 10 private information should not be made
05:45:31 11 public if you believe that it is protectable
05:45:37 12 information.
05:45:37 13 Q. And in November 2000 -- well, let's skip
05:45:43 14 forward to February 4, 2003. Had you ever
05:45:48 15 gotten any written commitments from anyone
05:45:51 16 to whom you had shared HarvardConnection
05:45:54 17 information with to hold that information
05:45:58 18 confidential?
05:45:58 19 A. Prior to February 4th, 2003?
05:46:02 20 Q. Prior to February 4th, 2003, had you ever
05:46:05 21 gotten any written commitments --
05:46:06 22 A. 2004, mean, right?
05:46:08 23 Q. 2004. Yeah, let me start over, okay?
05:46:10 24 Prior to February 4, 2004, had
05:46:16 25 ConnectU or you or anyone else at

Page 364

05:46:18 1 HarvardConnection, that you know of, ever
05:46:20 2 obtained any written commitments from any
05:46:22 3 third parties to respect confidentiality of
05:46:25 4 HarvardConnection information that was
05:46:26 5 shared with them?
05:46:26 6 A. No, I don't think so.
05:46:33 7 Q. All right. Now, you believe that you, I
05:46:39 8 think testified earlier, got some sort of
05:46:43 9 oral commitment from Mr. Lentz that he would
05:46:47 10 respect confidentiality of HarvardConnection
05:46:50 11 information; is that right?
05:46:51 12 A. I believe it was oral, yes.
05:46:55 13 Q. Right. Other -- and I want to come back to
05:46:58 14 this alleged oral agreement that you had
05:47:00 15 with Mr. Lentz. Other than Mr. Lentz, are
05:47:03 16 you aware of any other oral agreements on
05:47:09 17 the part of ConnectU, HarvardConnection or
05:47:12 18 any of the people that were involved with it
05:47:15 19 with third parties, that these third parties
05:47:17 20 would respect the confidentiality of
05:47:20 21 HarvardConnection information shared with
05:47:21 22 them?
05:47:21 23 MR. HORNICK: Could you read back
05:47:22 24 that question before we --
05:47:23 25 MR. HAWK: No, I'll restate it.

91 (Pages 361 to 364)

Page 367

05:47:25 1       MR. HORNICK: Okay.

05:47:26 2   Q. Prior to February 2004, did you or anyone

05:47:29 3   else at HarvardConnection have any oral

05:47:33 4   agreements with any third parties that they

05:47:37 5   would respect the confidentiality of

05:47:39 6   HarvardConnection information shared with

05:47:41 7   those people?

05:47:41 8   A. Other than our programmers, I don't believe

05:47:48 9   so.

05:47:48 10   Q. All right. Well, let's -- and which

05:47:50 11   programmers did you have an oral commitment

05:47:53 12   that they would respect confidentiality?

05:47:56 13   A. Again, I didn't engage a lot of the initial

05:47:59 14   programmers. Divya would most certainly

05:48:01 15   have made it clear to them that it was

05:48:05 16   proprietary information.

05:48:06 17   Q. Okay. Let's just start with you. Other

05:48:08 18   than Mr. Lentz, did you have an oral

05:48:12 19   agreement with anyone else to respect

05:48:14 20   confidentiality of HarvardConnection

05:48:16 21   information?

05:48:17 22       MR. HORNICK: You're asking him

05:48:18 23   personally now, not as a 30(b)(6) witness,

05:48:20 24   correct?

05:48:20 25   A. Yeah, ConnectU or --

Page 366

05:48:23 1       MR. HORNICK: Hold on, Cameron.

05:48:24 2   It's important. You asked him did you, so

05:48:27 3   it's not 30(b)(6) testimony.

05:48:29 4       MR. HAWK: Just listen to the

05:48:29 5   question. If you have an objection, just

05:48:29 6   make it. You're being silly here --

05:48:32 7       MR. HORNICK: No, I'm not being --

05:48:33 8       MR. HAWK: -- the last few minutes.

05:48:33 9   BY MR. HAWK:

05:48:33 10   Q. Okay. Look, you don't understand, and I'm

05:48:35 11   sorry. Let me pose my question, okay? My

05:48:39 12   question to you as a 30(b)(6) witness is,

05:48:42 13   did you personally have any conversations

05:48:44 14   with anyone else prior to February 4, 2004,

05:48:48 15   aside from Mr. Lentz, about respecting the

05:48:51 16   confidentiality of HarvardConnection

05:48:53 17   information?

05:48:53 18       MR. HORNICK: And I object, this is

05:48:54 19   not 30(b)(6) testimony. You can answer as a

05:48:58 20   personal witness.

05:48:58 21   A. I believe that I personally did not have an

05:49:05 22   oral agreement with those programmers.

05:49:08 23   Q. Okay. Now, the only people that you think

05:49:11 24   that there was an oral agreement to respect

05:49:13 25   confidentiality of HarvardConnection

05:49:16 1   information were programmers, correct?

05:49:18 2   A. Programmers and any trusted friends,

05:49:22 3   close --

05:49:22 4   Q. You didn't mention trusted friends a while

05:49:25 5   ago.

05:49:25 6   A. Well, I'm mentioning them now.

05:49:28 7   Q. Oh, you thought -- all right. Let me -- I

05:49:28 8   want you to give me the name of every person

05:49:31 9   whom ConnectU or HarvardConnection had oral

05:49:34 10   agreements with at any time to respect

05:49:37 11   confidentiality.

05:49:38 12   A. Well, I think we already went over them in

05:49:40 13   the morning.

05:49:40 14   Q. Just give me their names again. If we've

05:49:42 15   gone over them, I won't belabor them.

05:49:45 16   A. Okay. Well, Chris Lentz, Mr. Lentz. We

05:49:48 17   talked about all the programmers, all the --

05:49:51 18   Q. Just give me all their names, everybody you

05:49:54 19   had an agreement with.

05:49:55 20   A. I didn't --

05:49:56 21   Q. I'm sorry, everybody that HarvardConnection

05:49:58 22   had an agreement with.

05:49:59 23   A. Okay. Let me think, so the -- Sanjay,

05:50:07 24   Victor. Who else? Joseph, any employers --

05:50:16 25   I don't know their names -- that Divya might

Page 368

05:50:18 1   have talked to, they would be bound as well.

05:50:25 2   And as we said -- as I said, let's see, you

05:50:30 3   have the -- you showed me an e-mail from

05:50:32 4   Marko Soldo, Rob Scott. That's all I can

05:50:37 5   think of.

05:50:41 6   Q. All right. Well, let's start -- you left

05:50:43 7   off Mr. Zuckerberg. So let's talk about him

05:50:45 8   first.

05:50:45 9   A. Oh, well -- yeah.

05:50:47 10   Q. Let me just finish my question.

05:50:51 11       Did you ever have an oral agreement

05:50:52 12   with Mr. Zuckerberg in which Mr. Zuckerberg

05:50:55 13   said words to the substance of "I understand

05:51:00 14   this information is confidential, and I will

05:51:02 15   respect that confidentiality"?

05:51:05 16   A. To me personally --

05:51:08 17   Q. Correct.

05:51:08 18   A. -- he did not say that.

05:51:11 19   Q. Okay. Did you hear him say that to anyone

05:51:12 20   else?

05:51:13 21   A. He, I think -- sorry. Can you rephrase --

05:51:24 22   say the question again, please --

05:51:25 23   Q. Yeah.

05:51:25 24   A. -- what the phrase --

05:51:25 25   Q. Yea.

92 (Pages 365 to 368)

Page 371

```
05:51:27  1    A.  -- was?
05:51:27  2    Q.  Yeah.  Did you overhear Mr. Zuckerberg
05:51:30  3         commit to anyone else at HarvardConnection
05:51:33  4         that he would respect the confidentiality of
05:51:36  5         information that he had been given about
05:51:38  6         HarvardConnection?
05:51:39  7    A.  Specifically the phrasing that you used, no,
05:51:44  8         I did not overhear him say those words.
05:51:46  9    Q.  Okay.  All right.  Fine.  And did anyone --
05:51:51 10         did Mr. Narendra ever tell you at any time
05:51:53 11         that he had obtained assurances from Mr.
05:51:56 12         Zuckerberg that Mr. Zuckerberg would respect
05:52:00 13         confidentiality of HarvardConnection
05:52:02 14         information?
05:52:05 15    A.  You know, as I said earlier, both Mr.
05:52:07 16         Narendra and Mr. Gao, specifically Mr. Gao,
05:52:10 17         explained to Mr. Zuckerberg the proprietary
05:52:14 18         and confidential nature of the --
05:52:16 19    Q.  That wasn't my question, sir.  My question
05:52:18 20         was, did Mr. Narendra ever tell you that Mr.
05:52:21 21         Zuckerberg had committed to him to respect
05:52:24 22         the confidentiality of HarvardConnection
05:52:26 23         information?
05:52:28 24    A.  I'm not sure.  I don't -- I believe that in
05:52:34 25         the second meeting when we were all present
```

Page 370

```
05:52:36  1         we made it very clear the proprietary nature
05:52:39  2         of the site.  Making something clear that
05:52:42  3         it's proprietary is not -- is the same
05:52:45  4         effect of telling someone "Don't tell them,"
05:52:48  5         you know?
05:52:48  6    Q.  Not my question.
05:52:49  7    A.  Because Mr. Zuckerberg understands what
05:52:52  8         proprietary information is.
05:52:52  9    Q.  I'm not asking about what Mr. Zuckerberg
05:52:54 10         understood.  My question was very specific,
05:52:56 11         and I'll ask it for the third time --
05:52:58 12              MR. HORNICK:  And I'll object that
05:53:00 13         he's answered it many times today and that
05:53:02 14         you're now badgering the witness again.
05:53:04 15              MR. HAWK:  Okay.  All right.  Let's
05:53:05 16         just have it again.  If he doesn't want to
05:53:08 17         answer the question again, he doesn't -- you
05:53:10 18         know, I can't make him.
05:53:11 19              MR. HORNICK:  And otherwise, it's
05:53:12 20         asking him personally.  You're asking a
05:53:12 21         personal question here, not a 30(b)(6)
05:53:15 22         question.
05:53:16 23              MR. HAWK:  Yeah, okay.  Whatever.
05:53:18 24    BY MR. HAWK:
5:53:18  25    Q.  Did Mr. Narendra ever tell you that Mr.
```

Page 371

```
05:53:20  1         Zuckerberg had committed in his presence to
05:53:21  2         respect the confidentiality of
05:53:23  3         HarvardConnection information?
05:53:26  4    A.  Let's just say -- I would say that --
05:53:31  5    Q.  Did he ever -- yes or no, did he ever tell
05:53:33  6         you that?
05:53:34  7              MR. HORNICK:  Let him finish his
05:53:35  8         answer, Robert.
05:53:36  9    A.  Mr. Zuckerberg agreeing to become part of
05:53:38 10         the team, and to answer any questions that
05:53:42 11         you might have like -- let's not talk about
05:53:44 12         micro this, that, words, phrases, okay?
05:53:48 13    Q.  No, that's not what my question was.
05:53:50 14              MR. HORNICK:  Robert, let him
05:53:51 15         finish his answer.
05:53:51 16              MR. HAWK:  I want him to answer my
05:53:53 17         question.
05:53:53 18    A.  His agreement to complete that side of the
05:53:55 19         code and become part of the team was
05:53:57 20         understanding and accepting of the fact that
05:54:00 21         it's proprietary information, and as I
05:54:03 22         pointed out on C4 -- 46 -- whatever that
05:54:09 23         document was, the fact that Mr. Zuckerberg
05:54:11 24         didn't use our code proves that he was fully
05:54:15 25         aware of it.  So, you know, you're asking --
```

Page 372

```
05:54:18  1         I can't recall every instance and every
05:54:21  2         personal sentence that was said to Mr.
05:54:23  3         Zuckerberg and if he said yes, like, you
05:54:26  4         know, specifically in the way that you're
05:54:28  5         describing to this person that he
05:54:30  6         understood.  What I'm saying is that by
05:54:32  7         becoming part of the team he effectively and
05:54:35  8         directly knew that it was proprietary and
05:54:39  9         confidential information.
05:54:39 10    Q.  Right.  But do you understand, sir, that you
05:54:42 11         haven't answered my question?
05:54:43 12              MR. HORNICK:  Object.  He has
05:54:44 13         answered your question, and again you sit
05:54:46 14         there and you shake your head while he's
05:54:48 15         talking and you keep cutting him off.  It's
05:54:51 16         oppressive.
05:54:51 17              MR. HAWK:  Well, I think the Judge
05:54:52 18         is going to shake his head, and I --
05:54:55 19              MR. HORNICK:  The Judge can't see
05:54:57 20         your behavior.
05:54:57 21              MR. HAWK:  Well, we'll put it
05:54:59 22         before the Judge because this witness is not
05:55:00 23         answering my question.
05:55:01 24              MR. HORNICK:  I think if you go
05:55:02 25         back and read the transcript calmly, you'll
```

93 (Pages 369 to 372)

Page 373

Page 375

05:55:04 1 realize that he has answered all your
05:55:06 2 questions today, you just don't like the
05:55:07 3 answers.
05:55:08 4         MR. HAWK:  Okay.  All right.
05:55:08 5         MR. CHATTERJEE:  I think he doesn't
05:55:09 6 like the questions, but...
05:55:10 7         MR. HAWK:  Yeah.  Yeah.
05:55:15 8 BY MR. HAWK:
05:55:19 9 Q.  Let me go one other place --
05:55:22 10 A.  Sure.
05:55:22 11 Q.  -- all right?  Or two other places.  I want
05:55:26 12 to talk about your -- this supposed
05:55:27 13 confidentiality commitment that Mr. Lentz
05:55:29 14 made.
05:55:30 15 A.  Uh-huh.
05:55:30 16 Q.  When did he make that commitment to you,
05:55:33 17 sir?
05:55:33 18 A.  He would -- what time?  What time frame?
05:55:38 19 Q.  Yeah.  When?
05:55:38 20 A.  It could be about Thanksgiving or so or
05:55:41 21 whenever we talked prior, you know, on the
05:55:44 22 phone.
05:55:44 23 Q.  Was it on the phone, or was it in person?
05:55:46 24 A.  I can't recall specifically if it was -- it
05:55:49 25 would have been one or the other.

05:57:05 1 second meeting, as I said, yes.
05:57:09 2 Q.  So Friendster was also a model for ConnectU,
05:57:13 3 correct?
05:57:13 4 A.  To that extent, yeah, it would be.
05:57:16 5 Q.  All right.  And what other models were there
05:57:21 6 for HarvardConnection, aside from
05:57:22 7 Friendster?
05:57:23 8 A.  As I said, we -- you know, you've looked
05:57:26 9 through the documents.  I mean, we've talked
05:57:28 10 about -- we looked at Yahoo Personals.  I
05:57:32 11 think that a lot of it was just sort of our
05:57:35 12 own thought.  So those were -- I would say
05:57:38 13 those were two main sites that were
05:57:40 14 bookmarked.
05:57:40 15 Q.  Yahoo Personals and Facebook.  Any other
05:57:44 16 models?
05:57:45 17 A.  No, not Facebook, Friendster.
05:57:47 18 Q.  Yeah.  Other than Yahoo Personals and
05:57:50 19 Friendster, any other models for
05:57:53 20 HarvardConnection?
05:57:54 21 A.  I might have looked at some other sites like
05:57:57 22 maybe looked at American Single -- actually,
05:58:00 23 no, that was post-February.  Pretty much
05:58:05 24 those two sites did it well.  There could --
05:58:08 25 I mean, I guess Divya mentioned TigerLink,

Page 374

Page 376

05:55:51 1 Q.  And who was there?  Was there anyone else
05:55:55 2 present either on the phone or in person?
05:55:57 3 A.  No, it would have only been the two of us.
05:55:59 4 Q.  Okay.  And give us your best recollection of
05:56:05 5 specifically what was said during the
05:56:07 6 conversation in which you say that Mr. Lentz
05:56:10 7 gave you an oral agreement regarding
05:56:13 8 confidentiality?
05:56:14 9 A.  Well, it was both of us.  We were talking
05:56:18 10 about a business synergy potential.  He had
05:56:23 11 protectable stuff.  I had protectable stuff.
05:56:25 12 We acknowledged to respect that and protect
05:56:27 13 that, and that's really to the extent I can
05:56:29 14 tell you.
05:56:32 15 Q.  Whose idea was it to enter into this sort of
05:56:34 16 bilateral confidentiality commitment?  Was
05:56:36 17 it his, or was it yours?
05:56:38 18 A.  I would say it was mutual.  We both had
05:56:42 19 protectable stuff that we were bringing to
05:56:44 20 the table.
05:56:45 21 Q.  You don't recall who raised it first?
05:56:47 22 A.  No, I don't.
05:56:57 23 Q.  So it's correct that Friendster was a model
05:57:00 24 for HarvardConnection, correct?
05:57:02 25 A.  We bookmarked it.  We talked about it in the

05:58:11 1 that Princeton website that had some alumni
05:58:14 2 offerings.  I think that's about it.
05:58:16 3 Q.  Okay.  So the three models for
05:58:18 4 HarvardConnection that you recall were the
05:58:21 5 Princeton website, Friendster and Yahoo
05:58:25 6 Personals, correct?
05:58:26 7 A.  Yeah, I believe so.
05:58:27 8 Q.  Did you do any specific research, let's say,
05:58:40 9 prior to February 4, 2004 to determine if
05:58:43 10 anyone out there was working on or doing
05:58:46 11 what you were proposing to do with
05:58:48 12 HarvardConnection?
05:58:49 13 A.  We did look -- I mean, as I said, we looked
05:58:53 14 at those various sites.  We did not come
05:58:55 15 across the sites that I said we didn't come
05:58:58 16 across in the previous set of questioning.
05:59:02 17 And as I've also said in this set of
05:59:04 18 questioning about it's to my knowledge that
05:59:09 19 today at that -- prior to February 4th there
05:59:12 20 was nothing like HarvardConnection.
05:59:13 21 Q.  Yeah, but my question is very specific here.
05:59:16 22 Did you or, to your knowledge, anyone else
05:59:18 23 at HarvardConnection do any research
05:59:22 24 specifically directed at determining if
05:59:25 25 there was anyone else out there who was

94 (Pages 373 to 376)

Page 379

| | |
|---|---|
| 05:59:27 1 | already doing what you were thinking about |
| 05:59:29 2 | doing with HarvardConnection? |
| 05:59:30 3 | MR. HORNICK: Objection, asked and |
| 05:59:31 4 | answered. You can answer it again. |
| 05:59:32 5 | A. Yeah, I mean I believe that I did answer in |
| 05:59:34 6 | the first part of my answer, and that is -- |
| 05:59:37 7 | Q. Yes. |
| 05:59:37 8 | A. -- that we looked at those two sites and the |
| 05:59:41 9 | Princeton site, and we looked at -- we -- |
| 05:59:43 10 | you have to also remember, we were dealing |
| 05:59:45 11 | with computer programmers, and these people, |
| 05:59:48 12 | they know everything that's out there. |
| 05:59:50 13 | Nothing was brought to our attention. |
| 05:59:52 14 | Nothing came to our attention. We Googled a |
| 05:59:54 15 | lot of different stuff, and we didn't find |
| 05:59:56 16 | it. |
| 05:59:56 17 | Q. So you did do research? |
| 05:59:57 18 | A. I would say it's fair to say that we looked |
| 05:59:59 19 | into it, and we didn't come up with anything |
| 06:00:02 20 | that was similar, no. |
| 06:00:05 21 | Q. Okay. Fine. We're in the homestretch since |
| 06:00:09 22 | we're almost out of time. We have to be in |
| 06:00:12 23 | the homestretch. I want to talk about Mr. |
| 06:00:16 24 | Moskovitz. |
| 06:00:16 25 | A. Sure. |

Page 378

| | |
|---|---|
| 06:00:16 1 | Q. All right? When did Mr. Moskovitz first |
| 06:00:20 2 | become involved in doing any work on behalf |
| 06:00:23 3 | of Thefacebook, what day? |
| 06:00:24 4 | A. I believe that he was in the creation. I |
| 06:00:27 5 | don't know what day that would be. |
| 06:00:28 6 | Q. And your belief that he was in the creation |
| 06:00:33 7 | is based on the website? |
| 06:00:35 8 | MR. HORNICK: Objection, asked and |
| 06:00:36 9 | answered. Mischaracterizes it, too. |
| 06:00:37 10 | A. It's based on the website, based on the |
| 06:00:43 11 | press accounts and based on the fact that |
| 06:00:44 12 | they are roommates and he is a computer |
| 06:00:46 13 | programmer. |
| 06:00:47 14 | Q. Okay. When did Mr. Moskovitz first become |
| 06:00:49 15 | aware of HarvardConnection? |
| 06:00:50 16 | A. As I said, I can't specifically say when he |
| 06:00:55 17 | became aware of HarvardConnection. |
| 06:00:57 18 | Q. Did Mr. Moskovitz ever see any Web page for |
| 06:01:00 19 | any version of the HarvardConnection |
| 06:01:03 20 | website? |
| 06:01:04 21 | A. I cannot say that specifically. |
| 06:01:05 22 | Q. You don't know? |
| 06:01:07 23 | MR. HORNICK: The witness can't |
| 06:01:08 24 | answer this question without seeing |
| 6:01:10 25 | confidential information. |

Page 379 (continued, right column)

| | |
|---|---|
| 06:01:10 1 | A. Yeah, I can't say that. |
| 06:01:13 2 | MR. HAWK: No, I want to know if he |
| 06:01:14 3 | knows or not. |
| 06:01:15 4 | MR. HORNICK: I told you he can't |
| 06:01:17 5 | answer this question without seeing |
| 06:01:18 6 | confidential information. |
| 06:01:19 7 | MR. HAWK: I appreciate your |
| 06:01:21 8 | testimony, but I'm asking for his, and I |
| 06:01:23 9 | just want to know if he knows the answer to |
| 06:01:25 10 | the question. |
| 06:01:26 11 | BY MR. HAWK: |
| 06:01:27 12 | Q. Sir, do you know, did Mr. Moskovitz ever see |
| 06:01:29 13 | any Web page or any version of the |
| 06:01:35 14 | HarvardConnection website? |
| 06:01:36 15 | A. I cannot say other than what I've stated |
| 06:01:36 16 | before, which is that I believe, based on |
| 06:01:36 17 | evidence, that he was involved in the |
| 06:01:38 18 | creation of Thefacebook, which I believe was |
| 06:01:39 19 | a derivative work of HarvardConnection. |
| 06:01:42 20 | Q. Yeah, but that's not my question. My |
| 06:01:44 21 | question is, did Mr. Moskovitz ever see any |
| 06:01:47 22 | Web page -- |
| 06:01:47 23 | A. I don't -- |
| 06:01:47 24 | Q. -- for any version of the HarvardConnection |
| 06:01:50 25 | website? |

Page 380

| | |
|---|---|
| 06:01:50 1 | A. I don't know. |
| 06:01:50 2 | Q. Okay. |
| 06:01:51 3 | A. I don't know. |
| 06:01:51 4 | Q. That was easy, wasn't it? Did Mr. Moskovitz |
| 06:01:55 5 | ever see any line of source code for |
| 06:01:57 6 | HarvardConnection? |
| 06:01:58 7 | A. Again, it's my belief; however, I don't |
| 06:02:02 8 | know. |
| 06:02:02 9 | Q. You don't know? |
| 06:02:03 10 | A. But my belief, based on evidence -- |
| 06:02:04 11 | Q. I didn't ask for your belief. Remember the |
| 06:02:06 12 | little lecture that I gave at the beginning? |
| 06:02:08 13 | MR. HORNICK: He's entitled to give |
| 06:02:10 14 | his answer, Robert. |
| 06:02:11 15 | MR. HAWK: Okay. And I'm entitled |
| 06:02:12 16 | to cross-examine the witness. |
| 06:02:14 17 | MR. HORNICK: And you're -- |
| 06:02:14 18 | Q. Did Mr. -- |
| 06:02:14 19 | MR. HORNICK: I'm not going to let |
| 06:02:16 20 | you trap him in a corner. |
| 06:02:16 21 | Q. Did Mr. Moskovitz ever see any line of |
| 06:02:20 22 | source code for HarvardConnection? |
| 06:02:22 23 | A. It's my belief that he did. |
| 06:02:25 24 | Q. Okay. Do you know if Mr. Moskovitz ever saw |
| 06:02:27 25 | any line of source code for |

95 (Pages 377 to 380)

Page 381

HarvardConnection? I'm not asking for your
belief. Do you know whether he ever saw any
line of source code?
A. If by that have I seen him, I would say no,
I do not know --
Q. Fine.
A. -- I believe.
Q. Did Mr. Moskovitz -- did Mr. Zuckerberg ever
discuss or otherwise communicate to Mr.
Moskovitz anything about HarvardConnection?
A. It is my belief that he did. I do not know.
Q. All right. And let me ask you these
questions, then, about Mr. McCollum: When
did Mr. McCollum first become involved in
doing any work on behalf of Thefacebook?
A. Again, based on the fact that he's a
creator, the fact the press accounts
involved mult -- you know --
Q. What day?
A. I don't know what day.
Q. Okay. Do you know what month?
A. It's my belief that it's --
Q. Do you know what month?
A. Prior -- it would be -- it would have
been -- I can give you a time frame.

Page 382

After --
Q. I'm just asking you, do you know what month
that Mr. McCollum became involved?
A. No, I can't --
Q. Okay.
A. -- answer specifically what month he
became --
Q. All right.
A. -- involved.
Q. Fine. And do you know when Mr. McCollum
first became aware of HarvardConnection?
A. I do not know specifically when he became
aware.
Q. Do you know or -- let me just ask you this:
Did Mr. McCollum ever see any Web page for
any version of the HarvardConnection
website?
A. It is my belief that he did. I do not know
if he did.
Q. Okay. And did Mr. McCollum ever see any
line of source code for HarvardConnection?
A. Again, it's my belief, based on evidence,
that he did. I do not know if he did.
Q. All right. You know what? I'm just going
to make it easy for you. I'm not asking

Page 383

about your belief, I'm asking about your
knowledge, and I have been for the last 20
questions, all right?
     MR. HORNICK: Objection,
argumentative. And there's no question
pending so just ask another question.
Q. Did Mr. McCollum ever discuss or otherwise
communicate with Mr. Zuckerberg about
HarvardConnection?
A. To the extent that he was in the creation of
Thefacebook, yes.
Q. And what's that based on, sir?
A. As I've gone over before, he was -- well,
his creation is based on news accounts.
Q. What did Mr. Zuckerberg communicate to Mr.
McCollum about HarvardConnection?
A. I can't say specifically what he
communicated. As I said before, all four
defendants were creators of Thefacebook
entity, okay, based on accounts and based on
multiple different accounts. They are
creators, okay?
Q. Did Mr. McCollum write any of the source
code for Thefacebook?
A. I do not know that. I don't know.

Page 384

Q. Okay. Well, let's switch gears, then, to
Mr. Hughes. When did Mr. Hughes first
become involved in doing any work on behalf
of Thefacebook?
A. I don't know the specific date.
Q. Okay. When did Mr. Hughes first become
aware of HarvardConnection?
A. I don't know the specific date.
Q. Did Mr. Hughes ever see any Web page for any
version of the HarvardConnection website?
A. It's my belief that he did --
Q. No, I'm not asking about your belief, sir.
Did Mr. Hughes ever see any Web page for any
version of the HarvardConnection website?
A. I do not know.
Q. Okay. Did Mr. Hughes ever see any line of
source code for HarvardConnection?
A. I do not know.
Q. Did Mr. Zuckerberg ever discuss or otherwise
communicate with Mr. Hughes about
HarvardConnection?
A. It's -- yes, my belief is that he did --
Q. I'm not asking about your belief --
A. You asked --
Q. -- I'm asking about your knowledge.

**SARNOFF COURT REPORTERS AND LEGAL TECHNOLOGIES**
**877.955.3855**

Page 387

```
06:06:17  1    A.   -- my knowledge.  And my knowledge -- and
06:06:19  2         we've already gone over this five -- this is
06:06:22  3         the fifth time we've gone over it, is that
06:06:24  4         my knowledge is based on my belief and
06:06:26  5         evidence that Thefacebook is a derivative
06:06:28  6         work of HarvardConnection.  And with that
06:06:31  7         respect, yes, he did, I can say that, yes,
06:06:33  8         he did communicate --
06:06:36  9    Q.   Okay.
06:06:37 10    A.   -- knowledge of HarvardConnection.
06:06:38 11    Q.   Okay.  What did Mr. Zuckerberg communicate
06:06:39 12         to Mr. Hughes about HarvardConnection?
06:06:42 13    A.   Specifically, I cannot say what.
06:06:44 14    Q.   Okay.  And did Mr. Hughes write any of the
06:06:48 15         source code for Thefacebook?
06:06:49 16    A.   I do not know.
06:06:57 17         MR. HAWK:  I think we're about out
06:06:58 18    of tape, near enough.
06:07:01 19         THE VIDEOGRAPHER:  A few more
06:07:02 20    minutes.
06:07:03 21         MR. HAWK:  Let's go off the record,
06:07:04 22    please, for five minutes.  I'm going to
06:07:07 23    confer with co-counsel, and I may be done.
06:07:12 24         THE VIDEOGRAPHER:  The time is 6:07
06:07:16 25    and we're off the record.
```

Page 386

```
06:07:18  1         (Recess taken.)
06:11:29  2         THE VIDEOGRAPHER:  The time is
06:11:32  3    6:11, and we are back on the record.
06:11:37  4    BY MR. HAWK:
06:11:38  5    Q.   Just a couple more questions.  When someone
06:11:43  6         went to the HarvardConnection URL in --
06:11:49  7         prior to February 4, 2004, what did they
06:11:56  8         see?
06:11:56  9    A.   They saw a front page.
06:12:00 10    Q.   Was there ever anything accessible on the
06:12:03 11         website prior to February 2004 other than
06:12:07 12         just a single front home page?
06:12:10 13    A.   I believe that they would have to log in to
06:12:14 14         get to the bulk of the site functionality.
06:12:18 15         I think there may have been a splash -- like
06:12:23 16         if you -- I think you could go one step
06:12:26 17         beyond the front page and access what would
06:12:29 18         be a search field, but it would -- to do any
06:12:31 19         kind of searching would prompt you for a
06:12:33 20         log-in.
06:12:35 21    Q.   And what did you need to log in?
06:12:37 22    A.   You would have to register.
06:12:38 23    Q.   And when people register for the
06:12:42 24         HarvardConnection -- first register for the
 6:12:45 25         HarvardConnection website?
```

Page 388

```
06:12:46  1    A.   See, I think the registration pages were
06:12:49  2         never actually completed, and so I don't
06:12:53  3         believe a user could register unless the
06:12:55  4         programmer registered them.
06:13:00  5    Q.   How many -- how many people were registered
06:13:03  6         by the programmers or otherwise prior to
06:13:06  7         February 4, 2004 for HarvardConnection?
06:13:08  8    A.   I think myself, Divya, Tyler, Victor,
06:13:14  9         Sanjay.  I'm not sure if Mark was
06:13:16 10         registered.  Joseph Jackson would have been.
06:13:22 11         I believe those would be all the people that
06:13:24 12         were registered.
06:13:24 13    Q.   You don't think there was anyone besides
06:13:28 14         yourself and the programmers and the
06:13:29 15         partners of HarvardConnection that were ever
06:13:31 16         registered prior to February 4, 2004?
06:13:33 17    A.   One -- there may have been a trusted friend
06:13:39 18         that was asked to potentially test out the
06:13:41 19         site who was registered, but --
06:13:43 20    Q.   How many trusted friends were asked?
06:13:45 21    A.   There may have been one or two.
06:13:49 22    Q.   What did you need to log in?
06:13:51 23    A.   A user name and password.
06:13:54 24    Q.   And how many people were ever given this
06:13:57 25         user name and password prior to February 4,
```

Page 388

```
06:14:00  1    2004?
06:14:01  2    A.   I mean, those -- the people that I just
06:14:05  3         outlined as potential registered users would
06:14:08  4         have had log-in and password.  That would
06:14:12  5         have been the extent.
06:14:12  6    Q.   So without the user log-in and password, you
06:14:16  7         could see two pages of the HarvardConnection
06:14:21  8         website, correct?
06:14:21  9    A.   Yes.
06:14:21 10    Q.   And the URL to reach that functioning
06:14:24 11         website such as it was was
06:14:26 12         www.harvardconnection.com, right?
06:14:29 13    A.   That would take you to the splash front
06:14:34 14         page.
06:14:34 15    Q.   Right.  And then you could get to one other
06:14:36 16         search page beyond that, right?
06:14:37 17    A.   You could get to one other page.  That would
06:14:39 18         be a logged-out page, yeah.  You would not
06:14:41 19         be like a log-in user.
06:14:44 20    Q.   Right.  And what showed up on the logged-out
06:14:47 21         page, this second page?
06:14:48 22    A.   As I said, it was basically a search, and to
06:14:51 23         do anything to prompt, you would have to log
06:14:54 24         in.  It would have probably had links
06:14:55 25         illustrating -- sort of duplicating the
```

SARNOFF COURT REPORTERS AND LEGAL TECHNOLOGIES
877.955.3855

Page 391

06:14:57 1  front two links. And I think that's about
06:15:03 2  it.
06:15:03 3  Q.  I mean, did it show both the connect and the
06:15:05 4  dating functionality of the website, or
06:15:10 5  suggest it?
06:15:10 6  A.  You would be suggested just by the name and
06:15:12 7  what you saw on the front. But, again, I
06:15:17 8  don't think -- it's speculation for me to
06:15:19 9  say what a person could infer other than the
06:15:21 10  fact that they would see a search that they
06:15:24 11  couldn't use.
06:15:24 12  Q.  Okay. Would you look at Defendants' Exhibit
06:15:29 13  11 to the deposition again. There are two
06:15:33 14  URLs on that e-mail, correct?
06:15:36 15  A.  Right. Right.
06:15:37 16  Q.  What is the -- what is the second URL, the
06:15:40 17  one that has php --
06:15:43 18  A.  Connect home?
06:15:44 19  Q.  Right.
06:15:44 20  A.  Is that what you're talking about?
06:15:48 21  Q.  Right.
06:15:48 22  A.  Yeah, I'm not sure if that page was up at
06:15:51 23  this time. Well, I guess that would be sort
06:15:54 24  of a landing page for the connect side. So
06:15:59 25  there's two layers of pages, and you would

Page 390

06:16:02 1  go on the splash side. There would be the
06:16:04 2  front splash, and then if you went down the
06:16:06 3  date side, you'd hit a search that you can't
06:16:09 4  use, and if you went down the connect side,
06:16:12 5  you would hit a search that you couldn't
06:16:14 6  use.
06:16:14 7  Q.  And so what -- would that second URL give
06:16:16 8  you access to the actual source code?
06:16:18 9  A.  No. No, it would not. It would -- I
06:16:21 10  believe it was just a duplication of the
06:16:24 11  date home, what that search -- but it would
06:16:28 12  not give you -- again, you would have to log
06:16:31 13  in. And that side was even less complete,
06:16:34 14  so even if you logged in you may not have
06:16:36 15  been able to operate anything.
06:16:38 16  Q.  Did you ever access the source code for
06:16:42 17  HarvardConnection?
06:16:42 18  A.  No, I don't believe that I've looked at the
06:16:48 19  source code.
06:16:49 20  Q.  Have you ever had any communications,
06:16:51 21  e-mail, telephone, meetings, otherwise, with
06:16:53 22  Mr. Moskovitz?
06:16:53 23  A.  Huh-uh.
06:16:55 24  Q.  No?
06:16:55 25  A.  No.

Page 391

06:16:56 1  Q.  All right. Have you ever had any
06:16:58 2  communications with Mr. McCollum?
06:17:02 3  A.  No, I have not.
06:17:03 4  Q.  Have you ever had any communications with
06:17:04 5  Mr. Hughes?
06:17:05 6  A.  No, I have not.
06:17:06 7  Q.  Who have you spoken with about this lawsuit,
06:17:18 8  other than your attorneys?
06:17:19 9  A.  And the part -- you know, the partners
06:17:23 10  involved in ConnectU?
06:17:25 11  Q.  Yeah. Let's exclude them.
06:17:26 12  A.  Well, what do you mean by "speak"? I mean,
06:17:29 13  do you mean --
06:17:29 14  Q.  Communicate by e-mail or speak over the
06:17:31 15  telephone or in person.
06:17:32 16  A.  I think, you know, certainly there's been
06:17:35 17  people that have asked, including reporters,
06:17:39 18  who have said, you know, "Are you suing?",
06:17:40 19  and "Do you have a lawsuit?"
06:17:42 20  Q.  Okay.
06:17:43 21  A.  Those people would be some.
06:17:46 22  Q.  Excluding reporters, who else? Excluding
06:17:49 23  reporters and your partners and your
06:17:52 24  lawyers, who else have you spoken with --
06:17:53 25  spoken to or communicated to about this

Page 392

06:17:56 1  lawsuit?
06:17:57 2  A.  Specifically about the details of the
06:17:59 3  lawsuit I don't believe anybody outside of
06:18:02 4  counsel and the parties sort of involved in
06:18:05 5  terms of myself, Tyler and Divya and Howard.
06:18:10 6  Other than that, there's been hundreds of
06:18:12 7  people who have said, "Oh, I hear you're
06:18:15 8  suing Thefacebook," or I heard this and
06:18:17 9  that, to which, you know, my response is,
06:18:19 10  "Yes, we are suing them."
06:18:22 11  Q.  Have you had any discussions with anyone in
06:18:24 12  which you've discussed the possibility of
06:18:26 13  them being a witness in this litigation?
06:18:29 14  A.  No. To the extent that, you know, Victor
06:18:33 15  Gao is -- you know, Victor and all the
06:18:35 16  previous programmers are aware that they
06:18:38 17  could be involved with the lawsuit by the
06:18:39 18  nature of their involvement with
06:18:41 19  HarvardConnection, but with respect to them
06:18:44 20  being a witness, no.
06:18:48 21  Q.  Okay. So you have not spoken with Mr. Gao
06:18:51 22  about the possibility of him being a
06:18:52 23  witness?
06:18:52 24  A.  He's -- Mr. Gao is aware that he's an
06:18:58 25  authority on the HarvardConnection code. So

**SARNOFF COURT REPORTERS AND LEGAL TECHNOLOGIES**
**877.955.3855**

Page 395

06:19:01 1   what exactly do you mean in terms of
06:19:03 2   "witness"? What respect --
06:19:03 3   Q. A witness --
06:19:04 4   A. -- to a witness?
06:19:05 5   Q. -- to testify at trial or to provide written
06:19:09 6   testimony. That's what I mean by a witness.
06:19:12 7   Have you spoken to Mr. Gao about the
06:19:14 8   possibility of him being a witness in this
06:19:18 9   proceeding?
06:19:18 10   A. I told Mr. Gao that there was a very good
06:19:21 11   chance that he would be involved in the
06:19:23 12   proceeding, yes.
06:19:23 13   Q. And what was his reaction?
06:19:24 14   A. He was fine and at ease with it.
06:19:27 15   Q. Who else besides Mr. Gao have you
06:19:30 16   communicated to that they may be somehow
06:19:32 17   involved in the proceeding?
06:19:33 18   A. You know, let's see. I'm not sure if
06:19:49 19   there's anybody else really that I've really
06:19:52 20   mentioned that they would be involved,
06:19:55 21   maybe -- any programmer really could be
06:20:00 22   potentially brought into this situation.
06:20:03 23   Q. Right. But I'm asking you who you've
06:20:05 24   mentioned it to.
06:20:07 25   A. Okay. Well, every programmer that we've

Page 394

6:20:09 1   worked with we've, you know, told that we
06:20:12 2   had a lawsuit and that they -- there might
06:20:15 3   be a chance at some point that they could be
06:20:17 4   involved with it.
06:20:18 5   Q. Okay. And when you mentioned that to Mr.
06:20:21 6   Jackson, what was his reaction?
06:20:23 7   A. Well, Mr. Jackson didn't really have a
06:20:30 8   reaction. I mean, again, I asked him for
06:20:33 9   his copyright assignments, and that was
06:20:38 10   that, really. He didn't have much to say
06:20:39 11   about it.
06:20:40 12   Q. What about Mr. Gao; what was his reaction?
06:20:42 13   MR. HORNICK: Asked and answered.
06:20:43 14   A. Again --
06:20:44 15   Q. Oh, I'm sorry, I already asked Gao. I meant
06:20:47 16   Mr. -- well, I can't say Sanjay's last name.
06:20:50 17   What about Sanjay?
06:20:51 18   A. Again, he didn't really have much to say
06:20:53 19   about it. I don't think he -- you know,
06:20:57 20   these guys don't really have much of an
06:21:00 21   opinion, really.
06:21:02 22   Q. What about your mother; have you told her
06:21:04 23   that she may be involved?
06:21:05 24   A. Sure. She's aware that there's -- there
:21:09 25   could be pending litigation, absolutely.

06:21:11 1   Q. Any of your trusted friends that you've
06:21:13 2   mentioned earlier, have you told any of
06:21:14 3   them --
06:21:15 4   A. Are you referring to prior litigation or --
06:21:17 5   Q. No. I'm referring to this litigation,
06:21:18 6   mentioning to them that they may be involved
06:21:20 7   in the litigation as a witness or in some
06:21:23 8   other capacity.
06:21:23 9   A. Friends, let's see. Not sure -- I just -- I
06:21:30 10   don't believe that I -- you know, any of my
06:21:32 11   friends would -- there would be reason to
06:21:34 12   believe that they would be involved. So I
06:21:36 13   would say no to that answer (sic).
06:21:39 14   Q. Okay.
06:21:40 15   MR. HAWK: All right. Well, fair
06:21:41 16   enough. We're out of tape. We're out of
06:21:46 17   minutes for this seven-hour chunk that we're
06:21:49 18   entitled to, so we'll see you another day.
06:21:54 19   THE WITNESS: All righty.
06:21:55 20   MR. HORNICK: I would actually like
06:21:57 21   to put something on the record. How much
06:21:59 22   time do you have?
06:22:00 23   THE VIDEOGRAPHER: A minute and a
06:22:01 24   half.
06:22:01 25   MR. HORNICK: New tape.

Page 396

06:22:01 1   THE VIDEOGRAPHER: Pardon me?
06:22:03 2   MR. HORNICK: A new tape.
06:22:03 3   THE VIDEOGRAPHER: The time is
06:22:04 4   6:22. This is the end of Tape No. 6, and we
06:22:11 5   are off the record.
06:22:24 6   (Discussion off the record.)
06:22:32 7   THE VIDEOGRAPHER: The time is
06:23:26 8   6:23. This is the beginning of Tape 7, and
06:23:27 9   we are back on the record.
06:23:30 10   MR. HORNICK: Neel, you indicated
06:23:31 11   earlier today, I think it was off the
06:23:33 12   record, that you were dissatisfied with
06:23:35 13   certain answers and you wanted to meet and
06:23:37 14   confer about them as a first step before
06:23:39 15   going to the Judge. I'm willing to do that
06:23:41 16   now, and if you have any specific questions
06:23:44 17   that you would like to reask the witness,
06:23:46 18   you can have that opportunity now as long as
06:23:48 19   it's a reasonable amount of time. You know,
06:23:50 20   we are over the seven-hour limit. And that
06:23:52 21   goes for you, too, Robert.
06:23:54 22   MR. CHATTERJEE: I think the more
06:23:56 23   wise strategy is there's such an incredible
06:23:59 24   volume of questions that Mr. Winklevoss
06:24:00 25   would not answer, we are happy to identify

99 (Pages 393 to 396)

Page 397

```
06:24:02  1   the questions and the answers we think are
06:24:05  2   non-responsive and to try and come up with a
06:24:06  3   productive way to get direct, concrete,
06:24:10  4   specific answers to those questions.
06:24:12  5        Going through them all now would
06:24:14  6   simply keep us here till way too late, and
06:24:18  7   given that Mr. Winklevoss has already had a
06:24:20  8   long day, I think prudence would suggest
06:24:22  9   that we get a very clear record and we meet
06:24:25 10   and confer based upon that record upon what
06:24:28 11   questions we want answered.  And perhaps we
06:24:30 12   will be able to come up with a more
06:24:32 13   effective way than bringing Mr. Winklevoss
06:24:34 14   back here and requiring him to sit through
06:24:38 15   restatements of those questions.
06:24:40 16        MR. HORNICK:  Well, I'm giving your
06:24:43 17   opportunity now, and I'm not agreeing to
06:24:45 18   bring the witness back under any
06:24:46 19   circumstances.  I believe today when you
06:24:48 20   asked me to meet and confer, you identified
06:24:50 21   two questions that you weren't happy with.
06:24:53 22   I'm willing to let you reask those
06:24:59 23   questions.  I think, Robert, you didn't --
06:25:02 24   you actually did, I believe, concede that
06:25:04 25   you eventually got answers to all the
```

Page 399

```
06:25:47  1   Court.
06:25:48  2        Mr. Hawk, I don't know if you have a
06:25:51  3   position.
06:25:52  4        MR. HAWK:  No, I agree with that.
06:25:53  5   I think you've made your record, John,
06:25:55  6   about -- you know, for what it's worth,
06:25:57  7   you've offered to go back.  I agree that's
06:25:58  8   not practical right now for me to go back
06:26:01  9   and try and remember without the aid of a
06:26:05 10   transcript what questions I thought that he
06:26:07 11   did not fairly answer.  I will tell you that
06:26:09 12   I thought there were a number of them, and I
06:26:11 13   said so at the time.  And I think I
06:26:12 14   repeatedly gave him opportunities to answer
06:26:15 15   those questions at the time.
06:26:17 16        We may be able to work this out, but
06:26:19 17   we're certainly not -- Defendant Saverin is
06:26:22 18   not waiving his right to have this witness
06:26:24 19   back either as an individual or even as a
06:26:27 20   30(b)(6) witness, but I don't think we're
06:26:29 21   going to resolve that today.
06:26:32 22        MR. HORNICK:  Well, I guess the
06:26:33 23   final word is I expected you guys would keep
06:26:35 24   track of those questions.  It doesn't seem
06:26:37 25   like you've done so.  I'm giving your
```

Page 398

```
06:25:05  1   questions that you were trying to ask.  So I
06:25:07  2   don't think there are more than two
06:25:08  3   questions that you guys were unhappy with.
06:25:11  4        MR. HAWK:  I don't think I conceded
06:25:13  5   that.
06:25:13  6        MR. CHATTERJEE:  I think your
06:25:13  7   recollection of this deposition is
06:25:14  8   fundamentally different than mine.  I don't
06:25:18  9   know about you, Mr. Hawk.  We will identify
06:25:18 10   for you all of the questions for which Mr.
06:25:21 11   Winklevoss provided no answer.  There were
06:25:23 12   not two.  There were well over 20.
06:25:23 13        MR. HORNICK:  Okay.
06:25:26 14        MR. CHATTERJEE:  I'm not going to
06:25:28 15   sit here and go through the entire record
06:25:30 16   and read the answer he didn't answer and
06:25:31 17   then revise it.  We simply don't have time
06:25:32 18   for that.  That's going to take us until
06:25:34 19   very late in the day.
06:25:35 20        I think prudence would suggest we get
06:25:37 21   through the transcript.  I identify where I
06:25:41 22   don't think he gave a response, you will
06:25:42 23   have a transcript, clearly stated, and you
06:25:44 24   can make a determination.  Should you
06:25:45 25   disagree with it, you can then take that to
```

Page 400

```
06:26:39  1   opportunity now.  I'm not agreeing to bring
06:26:41  2   the witness back.  We'll see if we can work
06:26:43  3   it out with you in some other way short of
06:26:43  4   bringing the witness back, but I think that
06:26:45  5   you got answers to all of your questions,
06:26:47  6   and you didn't keep track of the ones you
06:26:49  7   weren't happy with, so I think this
06:26:50  8   deposition is over.
06:26:52  9        MR. CHATTERJEE:  Yeah, and, Mr.
06:26:52 10   Hornick, it's interesting that you take that
06:26:54 11   position when you've raised this opportunity
06:26:55 12   to meet and confer now rather than during
06:26:58 13   the numerous breaks throughout the day --
06:26:58 14        MR. HORNICK:  Well, actually --
06:26:59 15        MR. CHATTERJEE:  -- but that's
06:27:00 16   enough.
06:27:00 17        MR. HORNICK:  I would like to say,
06:27:01 18   though, on that, Neel, you did ask me to
06:27:03 19   let's do it later, and I did wait until your
06:27:06 20   deposition was over before I brought it up.
06:27:07 21   I wanted to give you full and fair
06:27:09 22   opportunity to ask all your questions and
06:27:11 23   not take up your time, eat into your time.
06:27:13 24   Your time is over, so now I'm bringing it
06:27:16 25   up, you know, as you asked me to do.
```

100 (Pages 397 to 400)

| | | | |
|---|---|---|---|
| 06:27:17 | 1 | MR. CHATTERJEE: Well, we'll take a | |
| 06:27:19 | 2 | look at how much time you spent -- | |
| 06:27:19 | 3 | MR. HORNICK: But I'm willing to -- | |
| 06:27:21 | 4 | MR. CHATTERJEE: -- on your | |
| 06:27:21 | 5 | objections. | |
| 06:27:22 | 6 | MR. HORNICK: I'm willing to give | |
| 06:27:23 | 7 | you more time now, and I think when you look | |
| 06:27:26 | 8 | at the objections in context, you'll see | |
| 06:27:29 | 9 | that I spent very little time today | |
| 06:27:30 | 10 | objecting. That's all I have to say. Thank | |
| 06:27:32 | 11 | you. | |
| 06:27:33 | 12 | MR. CHATTERJEE: Be my guest. | |
| 06:27:34 | 13 | We'll meet and confer with you on it. | |
| 06:27:36 | 14 | THE VIDEOGRAPHER: The time is | |
| 06:27:40 | 15 | 6:27. This is the end of Tape 7. The | |
| 06:27:44 | 16 | deposition is concluded, and we're off the | |
| 06:27:49 | 17 | record. | |
| 06:27:49 | 18 | (Whereupon the deposition was | |
| | 19 | concluded at 6:27 p.m.) | |
| | 20 | | |
| | 21 | | |
| | 22 | | |
| | 23 | | |
| | 24 | | |
| | 25 | | |

1   In the United States District Court
2   For the District of Massachusetts
3       I, Jessica L. Williamson, Registered,
4   Merit Reporter, Certified Realtime Reporter
5   and Notary Public in and for the
6   Commonwealth of Massachusetts, do hereby
7   certify that CAMERON H. WINKLEVOSS, the
8   witness whose deposition is hereinbefore set
9   forth, was duly sworn by me and that such
10  deposition is a true record of the testimony
11  given by the witness.
12      I further certify that I am neither
13  related to or employed by any of the parties
14  in or counsel to this action, nor am I
15  financially interested in the outcome of
16  this action.
17      In witness whereof, I have hereunto set
18  my hand and seal this 11th day of August,
19  2005.
20
21
22
23  Jessica L. Williamson, RMR, RPR, CRR
24  Notary Public, CSR No. 138795
25  My commission expires: 12/18/2009

Page 402

1
2
3
4
5
6
7
8
9       I, CAMERON H. WINKLEVOSS, do hereby declare under
10  penalty of perjury that I have read the foregoing
11  transcript; that I have made any corrections as appear
12  noted, in ink, initialed by me, or attached hereto; that
13  my testimony as contained herein, as corrected, is true
14  and correct.
15      EXECUTED this _____ day of _____,
16  20_____, at _____, _____.
                    (City)            (State)
17
18
19
20      _____
            CAMERON H. WINKLEVOSS
21
22
23
24
25

**SARNOFF COURT REPORTERS AND LEGAL TECHNOLOGIES**
**877.955.3855**

Page 403

1        In the United States District Court

2    For the District of Massachusetts

3        I, Jessica L. Williamson, Registered,

4    Merit Reporter, Certified Realtime Reporter

5    and Notary Public in and for the

6    Commonwealth of Massachusetts, do hereby

7    certify that CAMERON H. WINKLEVOSS, the

8    witness whose deposition is hereinbefore set

9    forth, was duly sworn by me and that such

10   deposition is a true record of the testimony

11   given by the witness.

12       I further certify that I am neither

13   related to or employed by any of the parties

14   in or counsel to this action, nor am I

15   financially interested in the outcome of

16   this action.

17       In witness whereof, I have hereunto set

18   my hand and seal this 11th day of August,

19   2005.

20

21

22   _____

23       Jessica L. Williamson, RMR, RPR, CRR

24   Notary Public, CSR No. 138795

25   My commission expires: 12/18/2009

G&M Court Reporters, Ltd.
617-338-0030