IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CONNECTU LLC,<br><br>             Plaintiffs,<br><br>v.<br><br>MARK ZUCKERBERG, EDUARDO SAVERIN,<br>DUSTIN MOSKOVITZ, ANDREW MCCOLLUM,<br>CHRISTOPHER HUGHES, and THEFACEBOOK,<br>INC.,<br><br>             Defendants. | CIVIL ACTION NO. 1:04-CV-11923<br>(DPW) |
| MARK ZUCKERBERG, and THEFACEBOOK,<br>INC.,<br><br>             Counterclaimants,<br><br>v.<br><br>CONNECTU LLC,<br><br>             Counterdefendant,<br><br>and<br><br>CAMERON WINKLEVOSS, TYLER<br>WINKLEVOSS, and DIVYA NARENDRA,<br><br>             Additional Counterdefendants. | |

## [PROPOSED] ORDER GRANTING THEFACEBOOK DEFENDANTS' MOTION TO DISMISS UNDER FEDERAL RULE OF CIVIL PROCEDURE 12(b)(1) DUE TO LACK OF SUBJECT MATTER JURISDICTION

Defendants Mark Zuckerberg, Dustin Moskovitz, Andrew McCollum, Christopher

Hughes, and TheFacebook, Inc. have moved to dismiss this case under Federal Rule of Civil

Procedure 12(b)(1) due to lack of subject matter jurisdiction (the "Facebook Defendants'

Motion").

For the reasons fully set forth in the pleadings, including such motion,

IT IS HEREBY ORDERED:

The Facebook Defendants' Motion is GRANTED and this case is DISMISSED without prejudice to any party.


IT IS SO ORDERED

Dated: _____, 2005

_____

Hon. Douglas P. Woodlock