IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CONNECTU LLC,<br><br>        Plaintiffs,<br><br>v.<br><br>MARK ZUCKERBERG, EDUARDO SAVERIN, DUSTIN MOSKOVITZ, ANDREW MCCOLLUM, CHRISTOPHER HUGHES, and THEFACEBOOK, INC.,<br><br>        Defendants. | CIVIL ACTION NO. 1:04-CV-11923 (DPW) |
| MARK ZUCKERBERG, and THEFACEBOOK, INC.,<br><br>        Counterclaimants,<br><br>v.<br><br>CONNECTU LLC,<br><br>        Counterdefendant,<br><br>and<br><br>CAMERON WINKLEVOSS, TYLER WINKLEVOSS, and DIVYA NARENDRA,<br><br>        Additional Counterdefendants. | |

**[PROPOSED] ORDER GRANTING THE FACEBOOK DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S NON-COPYRIGHT CLAIMS UNDER FEDERAL RULE OF CIVIL PROCEDURE 17(a) ON GROUNDS THAT PLAINTIFF IS NOT THE REAL PARTY IN INTEREST**

Defendants Mark Zuckerberg, Dustin Moskovitz, Andrew McCollum, Christopher Hughes, and TheFacebook, Inc. have moved to dismiss Plaintiff's non-copyright claims under Federal Rule of Civil Procedure 17(a) on the grounds that Plaintiff is not a real party in interest for such claims and that cure would be improper (the "Facebook Defendants' Motion").

-1-

For the reasons fully set forth in the pleadings, including such motion,

IT IS HEREBY ORDERED:

The Facebook Defendants' Motion is GRANTED and the following state law claims of Plaintiff are dismissed, without prejudice:

1. Breach of Contract;

2. Misappropriation of Trade Secrets;

3. Breach of Fiduciary Duty;

4. Unjust Enrichment;

5. Unfair Business Practices;

6. Intentional Interference with Prospective Business Advantage;

7. Breach of Duty of Good Faith and Fair Dealing; and

8. Fraud.

IT IS SO ORDERED

Dated: _____, 2005

                                                Hon. Douglas P. Woodlock