IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CONNECTU LLC,<br><br>        Plaintiffs,<br><br>v.<br><br>MARK ZUCKERBERG, EDUARDO SAVERIN, DUSTIN MOSKOVITZ, ANDREW MCCOLLUM, CHRISTOPHER HUGHES, and THEFACEBOOK, INC.,<br><br>        Defendants. | CIVIL ACTION NO. 1:04-CV-11923 (DPW) |
| MARK ZUCKERBERG, and THEFACEBOOK, INC.,<br><br>        Counterclaimants,<br><br>v.<br><br>CONNECTU LLC,<br><br>        Counterdefendant,<br><br>and<br><br>CAMERON WINKLEVOSS, TYLER WINKLEVOSS, and DIVYA NARENDRA,<br><br>        Additional Counterdefendants. | |

**DECLARATION OF MONTE M.F. COOPER IN SUPPORT OF THE FACEBOOK DEFENDANTS' MOTION TO DISMISS**

I, Monte M.F. Cooper declare as follows:

1.  I am an attorney with the law firm of Orrick, Herrington & Sutcliffe LLP, counsel for Defendants Mark Zuckerberg, Dustin Moskovitz, Andrew McCollum, Christopher Hughes, and TheFacebook, Inc. (collectively, the "Facebook Defendants"). I make this Declaration in support of the Facebook Defendants' motion to dismiss under Fed. R. Civ. P. 12(b)(1) due to lack of subject matter jurisdiction, or, in the alternative to dismiss Plaintiff's non-copyright claims under Fed. R. Civ. P.17(a) on grounds that Plaintiff is not the real party in interest. I am an active member in good standing of the California State Bar, and I am admitted to appear *pro hac vice* before this court. I have personal knowledge of the facts stated therein and if called as a witness, could and would competently testify thereto.

2.  Attached hereto as **Exhibit 1** is a true and correct copy of the Delaware Certificate of Incorporation of TheFacebook, Inc. dated July 29, 2004, bates labeled TFB000058-TFB000061.

3.  Attached hereto as **Exhibit 2** is a true and correct copy of the Delaware Certificate of Formation of ConnectU, LLC (as a limited liability company), dated April 6, 2004, obtained via a public search.

4.  Attached hereto as **Exhibit 3** are true and correct copies of written assignments from Joseph Jackson and Victor Gao to ConnectU LLC regarding source code related to the Harvard Connection website, dated August 4, 2004, bates labeled C011336-37. **[FILED UNDER SEAL WITH THE CLERK OF THE COURT].**

5.  Attached hereto as **Exhibit 4** is a true and correct copy of Defendant and Counterclaimant TheFacebook, Inc.'s First Set of Interrogatories to ConnectU LLC (Nos. 1-17), dated July 11, 2005.

6.  Attached hereto as **Exhibit 5** is a true and correct copy of the Amended Notice of Deposition of Plaintiff and Counterdefendant ConnectU LLC pursuant to Fed.R.Civ. P. 30(b)(6), dated July 27, 2005.

7.  Attached hereto as **Exhibit 6** is a true and correct copy of the ConnectU LLC Operating Agreement executed on August 5, 2005 but dated as of April 6, 2004. **[FILED UNDER SEAL WITH THE CLERK OF THE COURT].**

8.  Attached hereto as **Exhibit 7** is a true and correct copy of Plaintiff and Counterclaim Defendant ConnectU LLC's Responses to Defendant and Counterclaim Plaintiff TheFacebook, Inc.'s First Set of Interrogatories (Nos. 1-17), dated August 22, 2005. **[FILED UNDER SEAL WITH THE CLERK OF THE COURT].**

9.  Attached hereto as **Exhibit 8** is a true and correct copy of the certified condensed transcript of ConnectU LLC 30(b)(6) deposition, dated August 9, 2005, confidential in part. **[FILED UNDER SEAL WITH THE CLERK OF THE COURT].**

10. Attached hereto as **Exhibit 9** is a true and correct copy of a draft ConnectU LLC Operating Agreement, which does not include § 13.5 "Member Intellectual Property". **[FILED UNDER SEAL WITH THE CLERK OF THE COURT].**

11. Attached hereto as **Exhibit 10** is a true and correct copy of a letter from Monte M.F. Cooper to John F. Hornick, dated August 22, 2005.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct. This Declaration is executed on this 14th day of October 2005, at Menlo Park, California.

/s/ Monte M.F. Cooper /s/
Monte M.F. Cooper