IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CONNECTU LLC,<br><br>        Plaintiffs,<br><br>v.<br><br>MARK ZUCKERBERG, EDUARDO SAVERIN, DUSTIN MOSKOVITZ, ANDREW MCCOLLUM, CHRISTOPHER HUGHES, and THEFACEBOOK, INC.,<br><br>        Defendants.<br><br>MARK ZUCKERBERG, and THEFACEBOOK, INC.,<br><br>        Counterclaimants,<br><br>v.<br><br>CONNECTU LLC,<br><br>        Counterdefendant,<br><br>and<br><br>CAMERON WINKLEVOSS, TYLER WINKLEVOSS, and DIVYA NARENDRA,<br><br>        Additional Counterdefendants. | CIVIL ACTION NO. 1:04-CV-11923 (DPW) |

**APPENDIX OF NON-PUBLISHED CASES IN SUPPORT OF THE FACEBOOK DEFENDANTS' MOTION TO DISMISS**

For the convenience of the Court, the Facebook Defendants enclose the following cases cited in support of their Motion to Dismiss.

1. *Boosey & Hawkes Music Publishers, LTD v. The Walt Disney Co. et al.*, No. 93 CIV. 0373 KTD, 2000 WL 204524 (S.D.N.Y. Feb. 18, 2000) (Exhibit 1 hereto).

2. *Wieburg v. GTE Southwest, Inc.*, No. 02-11217, 2003 WL 21417074 (71 Fed. Appx. 440) (5th Cir. June 2, 2003) (Exhibit 2 hereto).

Dated:  October 14, 2005.　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　/s/ Monte M.F. Cooper /s/
　　　　　　　　　　　　　　　　　G. Hopkins Guy, III*
　　　　　　　　　　　　　　　　　I. Neel Chatterjee*
　　　　　　　　　　　　　　　　　Monte M.F. Cooper*
　　　　　　　　　　　　　　　　　Joshua H. Walker*
　　　　　　　　　　　　　　　　　ORRICK, HERRINGTON & SUTCLIFFE LLP
　　　　　　　　　　　　　　　　　1000 Marsh Road
　　　　　　　　　　　　　　　　　Menlo Park, CA  94025
　　　　　　　　　　　　　　　　　Telephone:  (650) 614-7400
　　　　　　　　　　　　　　　　　Facsimile:   (650) 614-7401
　　　　　　　　　　　　　　　　　hopguy@orrick.com
　　　　　　　　　　　　　　　　　nchatterjee@orrick.com
　　　　　　　　　　　　　　　　　mcooper@orrick.com
　　　　　　　　　　　　　　　　　jwalker@orrick.com

　　　　　　　　　　　　　　　　　Steve M. Bauer
　　　　　　　　　　　　　　　　　Jeremy P. Oczek
　　　　　　　　　　　　　　　　　PROSKAUER ROSE, LLP
　　　　　　　　　　　　　　　　　One International Plaza, 14th Floor
　　　　　　　　　　　　　　　　　Boston, MA 02110-2600
　　　　　　　　　　　　　　　　　Telephone:     (617) 526-9600
　　　　　　　　　　　　　　　　　Facsimile:      (617) 526-9899
　　　　　　　　　　　　　　　　　sbauer@proskauer.com
　　　　　　　　　　　　　　　　　joczek@proskauer.com

　　　　　　　　　　　　　　　　　ATTORNEYS FOR MARK ZUCKERBERG,
　　　　　　　　　　　　　　　　　DUSTIN MOSKOVITZ, ANDREW
　　　　　　　　　　　　　　　　　MCCOLLUM, CHRISTOPHER HUGHES, and
　　　　　　　　　　　　　　　　　THEFACEBOOK, INC.

　　　　　　　　　　　　　　　　　* Admitted *Pro Hac Vice*