IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CONNECTU LLC,<br>Plaintiffs,<br>v.<br>MARK ZUCKERBERG, EDUARDO SAVERIN, DUSTIN MOSKOVITZ, ANDREW MCCOLLUM, CHRISTOPHER HUGHES, and THEFACEBOOK, INC.,<br>Defendants. | CIVIL ACTION NO. 1:04-CV-11923 (DPW) |
| MARK ZUCKERBERG, and THEFACEBOOK, INC.,<br>Counterclaimants,<br>v.<br>CONNECTU LLC,<br>Counterdefendant,<br>and<br>CAMERON WINKLEVOSS, TYLER WINKLEVOSS, and DIUVYA NARENDRA,<br>Additional Counterdefendants. | |

**PROOF OF SERVICE VIA FEDERAL EXPRESS**

I am more than eighteen years old and not a party to this action. My place of employment and business address is 1000 Marsh Road, Menlo Park, CA 94025.

On October 14, 2005, I delivered to the below listed individuals the following documents:

1. **MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF THE FACEBOOK DEFENDANTS' MOTION TO DISMISS (FILED UNDER SEAL);**



DOCSSV1:430689.1

2. **EXHIBITS 3, 6, 7, 8, AND 9 TO THE DECLARATION OF MONTE M.F. COOPER IN SUPPORT OF THE FACEBOOK DEFENDANTS' MOTION TO DISMISS (FILED UNDER SEAL).**

| | |
|---|---|
| | By transmitting via facsimile the document(s) listed above to the fax number(s) set forth below before 5:00 p.m. on October 14, 2005. |
| | By placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Menlo Park, California addressed as set forth below on October 14, 2005. |
| | By causing personal delivery by CAREFUL COURIER of the document(s) listed above to the person(s) at the address(es) set forth below. |
| **X** | By placing a true and correct copy of the document(s) in a Federal Express envelope addressed as set forth below and then sealing the envelope, affixing a pre-paid Federal Express air bill, and causing the envelope to be delivered to a Federal Express agent for next day delivery. |

**John F. Hornick, Esq,**
Finnegan, Henderson, Farabow, Garrett & Dunner, LLP
901 New York Ave., N.W.
Washington, D.C. 20001
Telephone: (202) 408-4000
**Facsimile: (202) 408-4400**

**Lawrence R. Robins, Esq.**
Finnegan, Henderson, Farabow, Garrett & Dunner, LLP
55 Cambridge Parkway
Cambridge, MA 02142
Telephone: (617) 452-1600
**Facsimile: (617) 452-1666**

**ATTORNEYS FOR PLAINTIFF CONNECTU**

**Robert B. Hawk, Esq.**
**Bhanu K. Sadasivan, Esq.**
Heller Ehrman, LLP
275 Middlefield Road
Menlo Park, CA 94025
Telephone: (650) 324-7000
**Facsimile: (650) 324-0638**

**Daniel K. Hampton, Esq.**
Holland & Knight, LLP
10 St. James Avenue, 11th Floor
Boston, MA 02116
Telephone: (617) 523-2700
**Facsimile: (617) 523-6850**

**ATTORNEYS FOR DEFENDANT EDUARDO SAVERIN**

Executed on October 14, 2005, at Menlo Park, California. I declare under penalty of perjury that the foregoing is true and correct.

Karen N. Mudurian

From : I. N Chatterjee
Orrick Silicon Valley
1000 Marsh Rd.
-
Menlo Park CA 94025


FedEx Revenue Barcode



SHIP DATE : 14OCT2005

ACTUAL WEIGHT : 2

Bill Sender

To : **Finnegan, Henderson, Farabow**
**Troy Grabow, Esq.**
**901 New York Ave. N.W.**
**-**
**Washington DC 20001**
**(202)408-4000**

REF: 016069-000004/004793


DELIVERY ADDRESS BARCODE (FEDEX-EDR)
**'none'**

**RELEASE #**

DELIVERY DAY : SAT

Deliver By: 15Oct05

CAD #665804 **Fedex Priority Overnight**
TRK# **7156 1794 1796** Form 0201

**IAD**

20001 - DC - US

# X0 NHKA

**A1**

---

PLEASE FOLD THIS SHIPPING DOCUMENT IN HALF AND PLACE IT IN A AIR WAYBILL POUCH AFFIXED TO YO SHIPMENT SO THAT THE BARCODE PORTION OF THE LABEL CAN BE READ AND SCANNED.
**** WARNING **** USE ONLY THE PRINTED ORIGINAL LABEL FOR SHIPPING. USING A PHOTOCOPY OF TH FOR SHIPPING PURPOSE IS FRADULENT AND COULD RESULT IN ADDITIONAL BILLING CHARGES, ALONG W CANCELLATION OF YOUR FEDEX ACCOUNT NUMBER.

CLOSE WINDOW - You may only print one copy of the label.

From : I. N Chatterjee
Orrick Silicon Valley
1000 Marsh Rd.
-
Menlo Park CA 94025



FedEx Revenue Barcode

FedEx.

SHIP DATE : 14OCT2005

To : **Finnegan, Henderson, Farabow**
**Lawrence R. Robins**
**55 Cambridge Parkway**
**-**
**Cambridge MA 02142**
**(617)452-1600**

ACTUAL WEIGHT : 2

Bill Sender

REF: 016069-000004/004793



DELIVERY ADDRESS BARCODE (FEDEX-EDR)
**'none'**

**RELEASE #**

DELIVERY DAY : SAT

Deliver By: 15Oct05

CAD #665804 **Fedex Priority Overnight**
TRK# **7156 1794 1833** Form 0201

**BOS**



**A1**

02142 - MA - US

X0 EFOA

PLEASE FOLD THIS SHIPPING DOCUMENT IN HALF AND PLACE IT IN A AIR WAYBILL POUCH AFFIXED TO YO SHIPMENT SO THAT THE BARCODE PORTION OF THE LABEL CAN BE READ AND SCANNED.
**** WARNING **** USE ONLY THE PRINTED ORIGINAL LABEL FOR SHIPPING. USING A PHOTOCOPY OF TH FOR SHIPPING PURPOSE IS FRADULENT AND COULD RESULT IN ADDITIONAL BILLING CHARGES, ALONG W CANCELLATION OF YOUR FEDEX ACCOUNT NUMBER.

CLOSE WINDOW - You may only print one copy of the label.

From : I. N Chatterjee
Orrick Silicon Valley
1000 Marsh Rd.
-
Menlo Park CA 94025


FedEx Revenue Barcode



SHIP DATE : 14OCT2005

ACTUAL WEIGHT : 2

Bill Sender

To : **Holland and Knight, LLP**
**Daniel K. Hampton**
**10 St. James Ave.**
**11th Floor**
**Boston MA 02116**
**(617)523-2700**

REF: 016069-000004/004793



DELIVERY ADDRESS BARCODE (FEDEX-EDR)
**'none'**

**RELEASE #**

DELIVERY DAY : SAT

Deliver By: 15Oct05

CAD #665804 **Fedex Priority Overnight**
TRK# **7156 1794 1811** Form 0201

**BOS**

02116 - MA - US

# X0 GBRA

**A1**

PLEASE FOLD THIS SHIPPING DOCUMENT IN HALF AND PLACE IT IN A AIR WAYBILL POUCH AFFIXED TO YO SHIPMENT SO THAT THE BARCODE PORTION OF THE LABEL CAN BE READ AND SCANNED.
**** WARNING **** USE ONLY THE PRINTED ORIGINAL LABEL FOR SHIPPING. USING A PHOTOCOPY OF TH FOR SHIPPING PURPOSE IS FRADULENT AND COULD RESULT IN ADDITIONAL BILLING CHARGES, ALONG W CANCELLATION OF YOUR FEDEX ACCOUNT NUMBER.

CLOSE WINDOW - You may only print one copy of the label.

From : I. N Chatterjee
Orrick Silicon Valley
1000 Marsh Rd.
-
Menlo Park CA 94025


FedEx Revenue Barcode



SHIP DATE : 14OCT2005

ACTUAL WEIGHT : 2

Bill Sender

To : **Heller Ehrman, LLP**
**Robert B. Hawk**
**275 Middlefield Road**
**-**
**Menlo Park CA 94025**
**(650)324-7000**

REF: 016069-000004/004793


DELIVERY ADDRESS BARCODE (FEDEX-EDR)
**'none'**

**RELEASE #**

DELIVERY DAY : SAT

Deliver By: 15Oct05

CAD #665804 **Fedex Priority Overnight**
TRK# **7156 1794 1800** Form 0201

**SFO**

**A2**

94025 - CA - US

# W0 HGTA



---

PLEASE FOLD THIS SHIPPING DOCUMENT IN HALF AND PLACE IT IN A AIR WAYBILL POUCH AFFIXED TO YO SHIPMENT SO THAT THE BARCODE PORTION OF THE LABEL CAN BE READ AND SCANNED.
**** WARNING **** USE ONLY THE PRINTED ORIGINAL LABEL FOR SHIPPING. USING A PHOTOCOPY OF TH FOR SHIPPING PURPOSE IS FRADULENT AND COULD RESULT IN ADDITIONAL BILLING CHARGES, ALONG W CANCELLATION OF YOUR FEDEX ACCOUNT NUMBER.

CLOSE WINDOW - You may only print one copy of the label.