**From:** Hornick, John
**Sent:** Tuesday, September 13, 2005 4:43 PM
**To:** jwalker@orrick.com; Grabow, Troy
**Cc:** Bhanu.Sadasivan@hellerehrman.com; dan.hampton@hklaw.com; Facebook/ConnectU-OHSandCo-Counsel@orrick.com; robert.hawk@hellerehrman.com
**Subject:** Re: Joint Letter

Dear Joshua:

Regarding your September 12, 2005 letter that you sent attached to the email set forth below, it would be very helpful, and would enable us to prepare much more quickly to meet and confer with you and respond to the points in your letter, if you would identify the specific questions to which you are unsatisfied with ConnectU's deposition testimony.  We will then consider them in light of the testimony you cited, as well as other places in the transcript where such questions were asked and/or answered, and respond to you accordingly.

Sincerely,

John

John F. Hornick
Finnegan, Henderson, Farabow,
Garrett & Dunner, L.L.P.
901 New York Avenue, N.W.
Washington, D.C. 20001

Phone (direct): (202) 408-4076
Phone (main):  (202) 408-4000
Fax: (202) 408-4400
E-Mail: john.hornick@finnegan.com
Firm Web site: www.finnegan.com

NOTICE: This e-mail is from a law firm and may contain information that is confidential, protected, or privileged. If you are not the intended recipient, please delete the e-mail and any attachments and notify us immediately. Thank you.