| | |
|---|---|
| **From:** | Hornick, John |
| **Sent:** | Thursday, September 15, 2005 12:31 AM |
| **To:** | MCOOPER@ORRICK.COM |
| **Cc:** | Bhanu.Sadasivan@hellerehrman.com; dan.hampton@hklaw.com; Facebook/Connectu-OHSandCo-Counsel@orrick.com; jwalker@orrick.com; robert.hawk@hellerehrman.com; Grabow, Troy; Hart, Pat; Rinaldi, Cynthia |
| **Subject:** | RE: Meet and Confer re ConnectU Deposition |

```
Dear Monte:

 We are trying to be cooperative.  We have not refused anything you asked, and
we will meet and confer at a mutually convenient time.  We simply ask that you
meet us half way, as requested in our 9/14/05 12:29pm email (set forth below).
 We simply ask that you reconsider the request set forth in our 9/14/05
12:29pm email, set forth below.

 We don't know how to respond to your request for testimony on questions you
did not ask during the deposition.

 It has been a long day and I'm going to sleep now.  As I told Joshua earlier
today, I will be changing email systems on Thursday (9/15/05) and will have no
access to email until sometime on Friday (if all goes well).  However, I will
be out of the office on Friday and Troy is not currently versed on this issue.
 I will look for your response on Monday.  We endeavor to respond to email on
a reasonably timely basis.  You should never view our delay in responding to
an email (or any other communication) as a refusal or failure to respond.


Sincerely,

John



John F. Hornick
Finnegan, Henderson, Farabow,
Garrett & Dunner, L.L.P.
901 New York Avenue, N.W.
Washington, D.C. 20001

Phone (direct): (202) 408-4076
Phone (main):  (202) 408-4000
Fax: (202) 408-4400
E-Mail: john.hornick@finnegan.com
Firm Web site: www.finnegan.com

NOTICE: This e-mail is from a law firm and may contain information that is
confidential, protected, or privileged. If you are not the intended recipient,
please delete the e-mail and any attachments and notify us immediately. Thank
you.
```

1

| | |
|---|---|
| **From:** | DOMGWIA.Internet.jwalker@orrick.com |
| **Sent:** | Thursday, September 15, 2005 12:48 AM |
| **To:** | MCOOPER@ORRICK.COM; Hornick, John |
| **Cc:** | Bhanu.Sadasivan@hellerehrman.com; dan.hampton@hklaw.com; Facebook/Connectu-OHSandCo-Counsel@orrick.com; robert.hawk@hellerehrman.com; Rinaldi, Cynthia; Hart, Pat; Grabow, Troy |
| **Subject:** | RE: Meet and Confer re ConnectU Deposition |
| **Attachments:** | Mime.822 |



Mime.822 (13 KB)

John:

Irrespective of the clarification issue you raised, when will you be available for the meet and confer?

Thank you.

JHW

| | |
|---|---|
| **From:** | DOMGWIA.Internet.MCOOPER@ORRICK.COM |
| **Sent:** | Wednesday, September 21, 2005 5:55 PM |
| **To:** | Hart, Pat; Grabow, Troy |
| **Cc:** | Facebook/Connectu-OHSOnly@orrick.com |
| **Subject:** | FW: Meet and Confer re ConnectU Deposition |
| **Attachments:** | Mime.822 |


Mime.822 (16 KB)

    I received mail exchange messages indicated that this earlier email did not reach either of you, so I am sending it again.

1

# Rinaldi, Cynthia

| | |
|---|---|
| **From:** | Hornick, John |
| **Sent:** | Thursday, September 22, 2005 4:03 PM |
| **To:** | 'DOMGWIA.Internet.jwalker@orrick.com'; MCOOPER@ORRICK.COM |
| **Cc:** | Bhanu.Sadasivan@hellerehrman.com; dan.hampton@hklaw.com; Facebook/Connectu-OHSandCo-Counsel@orrick.com; KHalpern@Orrick.com; robert.hawk@hellerehrman.com; Grabow, Troy; Hart, Pat; Rinaldi, Cynthia |
| **Subject:** | RE: Meet and Confer re ConnectU Deposition |

Dear Joshua:

11:30 a.m. ET (8:30 a.m. PT) will be fine.  Please provide call-in information.  Also, please send the list of questions with which you are dissatisfied with ConnectU's deposition testimony sufficiently in advance of the conference call that we can consider it in light of the lengthy deposition transcript.

Sincerely,

John

1

| | |
|---|---|
| **From:** | DOMGWIA.Internet.MCOOPER@ORRICK.COM |
| **Sent:** | Thursday, September 22, 2005 4:33 PM |
| **To:** | DOMGWIA.Internet.HORNICKJ |
| **Cc:** | ahall@orrick.com; Bhanu.Sadasivan@hellerehrman.com; dan.hampton@hklaw.com; Facebook/Connectu-OHSandCo-Counsel@orrick.com; KHalpern@Orrick.com; robert.hawk@hellerehrman.com; Rinaldi, Cynthia; Hart, Pat; Grabow, Troy |
| **Subject:** | RE: Meet and Confer re ConnectU Deposition |
| **Attachments:** | Header; Mime.822 |

 

Header (1 KB)   Mime.822 (33 KB)

Robert:

We have now stated at least three separate times what is our position on your demand for a "list of questions", and why none is forthcoming. I attach an email I sent to you just yesterday on this precise issue.

Monte

1