**From:** Hornick, John
**Sent:** Monday, September 26, 2005 9:47 AM
**To:** 'DOMGWIA.Internet.jwalker@orrick.com'; MCOOPER@ORRICK.COM
**Cc:** Bhanu.Sadasivan@hellerehrman.com; dan.hampton@hklaw.com; Facebook/Connectu-OHSandCo-Counsel@orrick.com; KHalpern@Orrick.com; robert.hawk@hellerehrman.com; Grabow, Troy; Hart, Pat; Rinaldi, Cynthia
**Subject:** RE: Meet and Confer re ConnectU Deposition

Dear Joshua:

This letter responds to your September 23, 2005 letter regarding the meet and confer we held that day. As we told you during the conference, if you will identify the questions with which you are dissatisfied with ConnectU's Rule 30(b)(6) witness's answers, or if you will identify the categories (that you identified during the conference) into which each of the entries on your Exhibit A fall, we will consider such information in light of the deposition transcript and may provide a Rule 30(b)(6) witness for ConnectU for an additional one-half day of testimony. However, you would not agree to do either. Our offer stands.

Sincerely,

John