| | |
|---|---|
| **From:** | DOMGWIA.Internet.jwalker@orrick.com |
| **Sent:** | Monday, September 26, 2005 9:53 AM |
| **To:** | IMCEAGWISE-DOMGWIA+2EInternet+2Ejwalker+40orrick+2Ecom@finnegan.com; Hornick, John |
| **Cc:** | Bhanu.Sadasivan@hellerehrman.com; dan.hampton@hklaw.com; Facebook/Connectu-OHSandCo-Counsel@orrick.com; KHalpern@Orrick.com; robert.hawk@hellerehrman.com; Rinaldi, Cynthia; Hart, Pat; Grabow, Troy |
| **Subject:** | RE: Meet and Confer re ConnectU Deposition |
| **Attachments:** | TEXT.htm; Mime.822 |

 

TEXT.htm (6 KB)   Mime.822 (13 KB)

Dear John:

As stated repeatedly, the Facebook Defendants cannot further supplement their previous extensive designation of transcript testimony, as doing so would minimize ConnectU's failure to meet its discovery obligations and the degree to which the purposes of Rule 30(b)(6) were thwarted at deposition. The Facebook Defendants view further requests for elaboration as a mere attempt to delay discovery, especially since even such heroic measures would only trigger your "consideration".

Sincerely,

Joshua Walker



Joshua H. Walker
Associate

Orrick, Herrington & Sutcliffe LLP

tel (650) 614-7339
fax (650) 614-7401

email jwalker@orrick.com
www.orrick.com

1