IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CONNECTU LLC,<br><br>       Plaintiff,<br><br> v.<br><br>MARK ZUCKERBERG, EDUARDO SAVERIN, DUSTIN MOSKOVITZ, ANDREW MCCOLLUM, CHRISTOPHER HUGHES, and THEFACEBOOK, INC.,<br><br>       Defendants.<br>MARK ZUCKERBERG and THEFACEBOOK, INC.,<br><br>       Counterclaimants,<br><br> v.<br><br>CONNECTU LLC,<br><br>       Counterdefendant,<br><br> and<br><br>CAMERON WINKLEVOSS, TYLER WINKLEVOSS, and DIVYA NARENDRA,<br><br> Additional Counterdefendants. | CIVIL ACTION NO. 1:04-cv-11923 (DPW) |

**[PROPOSED] ORDER GRANTING JOINT MOTION TO MODIFY SCHEDULING ORDER PURSUANT TO FED. R. CIV. P. 16 AND LOCAL RULE 16.1(G)**

 For the reasons fully set forth in the Joint Motion to Modify Scheduling Order Pursuant to Fed. R. Civ. P. 16 and Local Rule 16.1(G), the Court grants the Joint Motion. Accordingly, the parties having demonstrated good cause,

 IT IS HEREBY ORDERED:

 The parties' Joint Motion to Modify Scheduling Order Pursuant to Fed. R. Civ. P. 16 and Local Rule 16.1(G) is GRANTED, and paragraphs (2) through (4) and (6) of the existing March

29, 2005 Scheduling Order are vacated and new deadlines will be set after the currently pending motions are resolved.

IT IS SO ORDERED

Dated: _____, 2005            _____
                                             Hon. Douglas P. Woodlock