IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CONNECTU LLC,<br><br>    Plaintiff,<br><br>v.<br><br>MARK ZUCKERBERG, EDUARDO SAVERIN, DUSTIN MOSKOVITZ, ANDREW MCCOLLUM, CHRISTOPHER HUGHES, and THEFACEBOOK, INC.,<br><br>    Defendants. | CIVIL ACTION NO. 1:04-CV-11923 (DPW) |
| MARK ZUCKERBERG, and THEFACEBOOK, INC.,<br><br>    Counterclaimants,<br><br>v.<br><br>CONNECTU LLC,<br><br>    Counterdefendant,<br><br>and<br><br>CAMERON WINKLEVOSS, TYLER WINKLEVOSS, and DIVYA NARENDRA,<br><br>    Additional Counterdefendants. | |

**ASSENTED-TO MOTION FOR LEAVE TO FILE DEFENDANTS' REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANTS' JOINT MOTION TO COMPEL TESTIMONY FROM CONNECTU LLC RESPONSIVE TO DEFENDANTS' AMENDED 30(b)(6) NOTICE**

Defendants Mark Zuckerberg, Dustin Moskovitz, Andrew McCollum, Christopher Hughes, and TheFacebook, Inc.[1] ("The Facebook Defendants") and Defendant Eduardo Saverin (collectively "Defendants") hereby jointly move for leave to file a oint reply to Plaintiff's Opposition to Defendants' Joint Motion to Compel Testimony From ConnectU LLC Responsive to Defendants' Amended 30(b)(6) Notice ("Joint Reply").

The Joint Reply is necessary to address new issues raised in Plaintiff's Opposition and to clarify the record for the Court. Plaintiff's Opposition contains numerous legal and factual errors which must be corrected. New issues raised in the Opposition include new arguments by Plaintiff relating to the party's meet and confers on the issues presented in the Joint Motion, as well as issues relating to numerous new factual assertions by Plaintiff.

Defendants' Joint Reply with supporting declarations from Joshua H. Walker and Robert B. Hawk (Exhibits A-C) will clarify these issues and assist the Court in ruling on Defendants' Joint Motion to Compel Testimony From ConnectU LLC Responsive to Defendants' Amended 30(b)(6) Notice.

### CERTIFICATION PURSUANT TO LOCAL RULE 7.1

Counsel for Defendants certify that pursuant to Local Rule 7.1, the parties have conferred regarding the issues presented by this motion, and that counsel for Plaintiff ConnectU (Troy E. Grabow) consents to the filing of the Joint Reply.

---

[1] Defendant Eduardo Saverin is represented by separate counsel in this matter.

Dated:  October 25, 2005.                    Respectfully submitted,

/s/  Robert D. Nagel /s/
G. Hopkins Guy, III*
I. Neel Chatterjee*
Monte M.F. Cooper*
Joshua H. Walker*
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA  94025
Telephone:  (650) 614-7400
Facsimile:   (650) 614-7401
hopguy@orrick.com
nchatterjee@orrick.com
mcooper@orrick.com
jwalker@orrick.com

Steve M. Bauer
Jeremy P. Oczek
PROSKAUER ROSE, LLP
One International Plaza, 14th Floor
Boston, MA 02110-2600
Telephone:    (617) 526-9600
Facsimile:     (617) 526-9899
sbauer@proskauer.com
joczek@proskauer.com

ATTORNEYS FOR MARK ZUCKERBERG, DUSTIN MOSKOVITZ, ANDREW MCCOLLUM, CHRISTOPHER HUGHES, and THEFACEBOOK, INC.

* Admitted Pro Hac Vice

Dated:  October 25, 2005.                    Respectfully submitted,

                    /s/ Robert B. Hawk /s/
Robert B. Hawk*
Bhanu Sadasivan*
HELLER EHRMAN WHITE MCCULLIFF LLP
275 Middlefield Road
Menlo Park, CA  94025
Telephone:  (650) 614-7400
Facsimile:   (650) 614-7401
robert.hawk@hellerehrman.com
bhanu.sadasivan@hellerehrman.com

Daniel K. Hampton
HOLLAND & KNIGHT, LLP
10 St. James Avenue, 11th Floor
Boston, MA 02116
Telephone:     (617) 523-2700
Facsimile:      (617) 523-6850
dan.hampton@hklaw.com

ATTORNEYS FOR DEFENDANT EDUARDO SAVERIN

* Admitted Pro Hac Vice

## CERTIFICATE OF SERVICE

      I hereby certify that on October 26, 2005, a true and correct copy of the foregoing document was served on counsel of record by use of the Court's ECF system.

                                    **[[/s/]]** Robert D. Nagel
                                    Robert D. Nagel*

                                    * Admitted Pro Hac Vice

DOCSSV1:431960.1