# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CONNECTU LLC<br><br>Plaintiff,<br><br>    v.<br><br>MARK ZUCKERBERG, EDUARDO SAVERIN, DUSTIN MOSKOVITZ, ANDREW MCCOLLUM, CHRISTOPHER HUGHES, and THEFACEBOOK, INC.,<br><br>Defendants. | Civil Action No. 1:04-CV-11923 (DPW)<br><br>District Judge Douglas P. Woodlock<br><br>Magistrate Judge Robert B. Collings |
| MARK ZUCKERBERG, and THEFACEBOOK, INC.,<br>Counterclaimants,<br><br>    v.<br><br>CONNECTU LLC,<br>Counterdefendant,<br><br>    and<br><br>CAMERON WINKLEVOSS, TYLER WINKLEVOSS, and DIVYA NARENDRA,<br>Additional Defendants on Counterclaims. | |

**[PROPOSED] ORDER GRANTING DEFENDANTS' ASSENTED-TO MOTION FOR LEAVE TO FILE DEFENDANTS' REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANTS' JOINT MOTION TO COMPEL TESTIMONY FROM CONNECTU LLC RESPONSIVE TO DEFENDANTS' AMENDED 30(b)(6) NOTICE**

-2-

Having considered Defendants Assented to Motion for Leave to File Facebook Defendants' Reply to Plaintiff's Plaintiff's Opposition to Defendants' Joint Motion to Compel Testimony From ConnectU LLC Responsive to Defendants' Amended 30(b)(6) Notice, this Court orders as follows:

Defendants are granted leave to file the Joint Reply and supporting declarations of Joshua H. Walker and Robert B. Hawk, attached as Exhibits A-C to its Motion for Leave.

**IT IS SO ORDERED**

Dated: _____, 2005

                                              Hon. Douglas P. Woodlock

-3-

## CERTIFICATE OF SERVICE

I hereby certify that on October 26, 2005, a true and correct copy of the foregoing document was served on counsel of record by use of the Court's ECF system.

                                                      [[/s/]] Robert D. Nagel
                                                      Robert D. Nagel*

                                                      * Admitted Pro Hac Vice