IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

CONNECTU LLC,

        Plaintiff,

v.                      C.A. No. 04-1923(DPW)

MARK ZUCKERBERG, EDUARDO SAVERIN,
DUSTIN MOSKOVITZ, ANDREW McCOLLUM,
CHRISTOPHER HUGHES and THE FACEBOOK,
INC.,

        Defendants.



---

VOLUME 1

VIDEOTAPED DEPOSITION OF CONNECTU LLC

BY CAMERON H. WINKLEVOSS

Boston, Massachusetts

Tuesday, August 9, 2005

9:44 a.m. to 6:27 p.m.

Reported by:
Jessica L. Williamson, RMR, RPR, CRR
Notary Public, CSR No. 138795

JOB NO. 36599

www.sarnoffcourtreporters.com
46 Corporate Park, Suite 100   445 South Figueroa St., Suite 2950
Irvine, CA 92606   Los Angeles, CA 90071
phone 877.955.3855
fax 949.955.3854

SARNOFF Court Reporters and Legal Technologies

| | | |
|---|---|---|
| 09:53:47 | 1 | as to what you mean by "formed"? |
| 09:53:50 | 2 | Q.  As a business entity. |
| 09:53:52 | 3 | A.  Registered -- ConnectU was first registered, |
| 09:53:55 | 4 | I believe, in May -- I believe May 26th of |
| 09:54:04 | 5 | 2004. |
| 09:54:08 | 6 | Q.  And when you say "registered," what do you |
| 09:54:11 | 7 | mean? |
| 09:54:11 | 8 | A.  Excuse me, registered as an LLC corporation. |
| 09:54:16 | 9 | Q.  Did ConnectU have any other business form |
| 09:54:19 | 10 | other than an LLC prior to May 26th, 2004? |
| 09:54:24 | 11 | A.  No, I don't believe so. |
| 09:54:24 | 12 | Q.  So it was -- was it just a name? |
| 09:54:27 | 13 | A.  What do you mean by that? |
| 09:54:28 | 14 | Q.  Well, what was ConnectU prior to May 26th, |
| 09:54:30 | 15 | 2004? |
| 09:54:32 | 16 | MR. HORNICK:  Well, I'll object to |
| 09:54:34 | 17 | the extent that this calls for legal |
| 09:54:36 | 18 | knowledge of what constitutes a corporation |
| 09:54:38 | 19 | or proprietorship or anything else, but you |
| 09:54:40 | 20 | can answer to the best of your ability. |
| 09:54:42 | 21 | A.  Okay.  Could you please rephrase the |
| 09:54:44 | 22 | question or -- |
| 09:54:44 | 23 | Q.  Okay.  Prior to -- |
| 09:54:44 | 24 | A.  -- repeat it, please? |
| 09:54:45 | 25 | Q.  Sure.  Prior to May 26th, 2004, was -- what |

16

| | | |
|---|---|---|
| 10:59:43 | 1 | Q.   Please just answer the question.  It's a yes |
| 10:59:47 | 2 |      or no. |
| 10:59:47 | 3 |           MR. HORNICK:  The witness can |
| 10:59:48 | 4 |      answer the question however he wants. |
| 10:59:49 | 5 | A.   Yeah, I mean, you're -- I'm assuming you're |
| 10:59:53 | 6 |      talking about equity share, the multiple |
| 10:59:55 | 7 |      benefits to a project, which could include |
| 10:59:57 | 8 |      prestige, equity.  There's multiple levels. |
| 11:00:01 | 9 |      And at that point we had no revenue source, |
| 11:00:03 | 10 |     and the product was far from completion.  We |
| 11:00:06 | 11 |     stressed to him multiple times that one of |
| 11:00:08 | 12 |     his major benefits would be a sort of a |
| 11:00:12 | 13 |     reinventing of himself in terms of his |
| 11:00:14 | 14 |     reputation post the Facemash debacle.  In |
| 11:00:20 | 15 |     fact, he would be the center point of the |
| 11:00:21 | 16 |     launch, not us, even though it was our idea. |
| 11:00:23 | 17 |          So we did not have specific talks |
| 11:00:25 | 18 |     about equity share, but as I said, he was an |
| 11:00:28 | 19 |     equal partner.  Whatever you might want to |
| 11:00:33 | 20 |     infer from the equal partner, be it a |
| 11:00:35 | 21 |     quarter, a quarter, a quarter, that's fine. |
| 11:00:36 | 22 | Q.  Did you tell Mr. Zuckerberg that he would be |
| 11:00:38 | 23 |     an equal partner? |
| 11:00:39 | 24 | A.  I told Mr. Zuckerberg that he was -- we |
| 11:00:42 | 25 |     conveyed to Mr. Zuckerberg that he would be |

65

| | | |
|---|---|---|
| 11:00:44 | 1 | a part of the HarvardConnection team -- |
| 11:00:46 | 2 | Q. And -- |
| 11:00:48 | 3 | A. -- okay, not a contract programmer. |
| 11:00:50 | 4 | Q. And did you convey to him what his share of |
| 11:00:53 | 5 | the partnership would be? |
| 11:00:54 | 6 | MR. HORNICK: Objection, asked and |
| 11:00:55 | 7 | answered. |
| 11:00:55 | 8 | A. As I said before, we did not speak about |
| 11:00:59 | 9 | specific equity stakes at that point. It |
| 11:01:01 | 10 | was premature. If, you know -- I might |
| 11:01:05 | 11 | point out at that time that Mr. Zuckerberg |
| 11:01:10 | 12 | had yet to make a contribution. So, |
| 11:01:11 | 13 | generally speaking, you know, in any law |
| 11:01:14 | 14 | firm, particularly -- you know, I'm sure |
| 11:01:16 | 15 | your firm works this way -- you work for |
| 11:01:18 | 16 | seven, eight, ten years and then become a |
| 11:01:20 | 17 | partner. People don't hand out partnership. |
| 11:01:22 | 18 | You know, you don't give out equity. |
| 11:01:25 | 19 | So everybody was aware that they were |
| 11:01:26 | 20 | on a team, they'd make contributions, and |
| 11:01:28 | 21 | that depending on the size of the |
| 11:01:30 | 22 | contribution after a certain time period, |
| 11:01:33 | 23 | they would be given equity. |
| 11:01:34 | 24 | Q. Was there ever any discussion at any point |
| 11:01:38 | 25 | with Mr. Zuckerberg about what his share of |

| | | |
|---|---|---|
| 11:01:42 | 1 | the partnership would be? |
| 11:01:43 | 2 | A.   Other than the fact that he was an equal |
| 11:01:46 | 3 | partner on ConnectU and given full creative |
| 11:01:49 | 4 | control and full input into what the product |
| 11:01:52 | 5 | could and should be, there was not a |
| 11:01:55 | 6 | specific discussion about specific amounts |
| 11:01:57 | 7 | of equity at that time. |
| 11:01:59 | 8 | Q.   Was there ever discussions stating that he |
| 11:02:01 | 9 | was an equal partner? |
| 11:02:02 | 10 | A.   As I said, we invited him to be part of the |
| 11:02:07 | 11 | team.  We invited him to contribute.  He |
| 11:02:09 | 12 | agreed to contribute, end of story. |
| 11:02:12 | 13 | Q.   And where I'm focusing now is the word |
| 11:02:15 | 14 | "equal." |
| 11:02:16 | 15 | A.   Uh-huh. |
| 11:02:17 | 16 | Q.   So did you ever tell Mr. Zuckerberg he would |
| 11:02:19 | 17 | be an equal partner? |
| 11:02:20 | 18 | A.   Well, I think the fact that we gave him our |
| 11:02:24 | 19 | whole source code, gave him creative |
| 11:02:27 | 20 | control, gave him full, you know -- asked |
| 11:02:30 | 21 | him for multiple input would certainly lend |
| 11:02:33 | 22 | to the word "equal."  There was no one-way |
| 11:02:35 | 23 | dialogue.  In fact, if anything, it was |
| 11:02:37 | 24 | skewed in his favor.  And so he had more |
| 11:02:40 | 25 | than enough reason to believe that it was |