# REDACTED

ige 1

| | |
|---|---|
| From: | "Mark Elliot Zuckerberg" <mzuckerb@fas.harvard.edu> |
| To: | "Cameron Winklevoss" <winklev@fas.harvard.edu> |
| Date: | 1/8/04 5:58AM |
| Subject: | Re: hey |

Hey Cameron,

Sorry it's taken a while for me to get back to you. I'm completely swamped with work this week. I have three programming projects and a final paper due by Monday, as well as a couple of problem sets due Friday. I'll be available to discuss the site again starting Tuesday.

As far as the site goes for now, I've made some of the changes, although not all of them, and they seem to be working on my computer. I have not uploaded them to the live site yet though. I'll do this once I get everything done. I'm still a little skeptical that we have enough functionality in the site to really draw the attention and gain the critical mass necessary to get a site like this to run. And in its current state, if the site does get the type of traffic we're looking for, I don't know if we have enough bandwidth from the ISP you're using to handle the load without some serious image optimization, which will take a few more days to implement.

Anyhow, we'll talk about it once I get everything else done. Sorry for the delay in going live, but I guess it wasn't going to happen without new images from Sanjay anyway, so I'm not the only one who's lagging.

We'll speak soon.

Mark

On Tue, 6 Jan 2004, Cameron Winklevoss wrote:

> hey mark,
> drop me a line when you get a chance. Thanks
> -Cameron