# REDACTED

From:       "Mark Elliot Zuckerberg" <mzuckerb@fas.harvard.edu>
To:         "Cameron Winklevoss" <winklev@fas.harvard.edu>
Date:       1/14/04 4:37AM
Subject:    Re: hey

Hey sorry it took me a while to respond to this. Tomorrow should be fine but we probably shouldn't use my room since my roommate will be writing a paper all day long and I don't really want to disturb him. I also can't meet for too long since whenever we meet, I'll be taking time away from a project I'm working on with some other people that needs to be finished by tomorrow night. But I think I can do 2:30-3:00 or so, so just name a place and I'll be there.

Mark

On Mon, 12 Jan 2004, Cameron Winklevoss wrote:

> yeah wed is fine. let say 1pm your place.
>
>
> ----- Original Message -----
> From: "Mark Elliot Zuckerberg" <mzuckerb@fas.harvard.edu>
> To: "Cameron Winklevoss" <winklev@fas.harvard.edu>
> Sent: Monday, January 12, 2004 2:36 PM
> Subject: Re: hey
>
>
> > Can we do wednesday instead? I am free in the afternoon then.
> >
> > On Mon, 12 Jan 2004, Cameron Winklevoss wrote:
> >
> > > what time do you want to meet tommorow?
> > > -CW
> >
> >