The Harvard Crimson Online :: Magazine



"I won't philosophize
and will be read."

> SEARCH

Online advertising

Advanced Search

· Today's Issue

In This Archive:
· Front Page
· News
· Opinion
· Sports
· **Magazine**
· Arts
· Photo Gallery
· Comics
· OnAir

Archives
Classifieds
Corrections
E-Digest
Web Specials

About THC
Advertising
Contact
Deliveries
Rights/Permissions
Summer Academy

Alumni Website
Make a Donation

Online MBA Programs
Online Colleges
Culinary Art Schools
Fashion Design Schools
Online Colleges
Graphic Design Schools

Interior Design Schools
Online College Degrees
MBA Degrees Online
Medical Career Schools
Directory of Colleges
Online Masters Programs

Online Nursing Programs
Online Universities
Technical Schools
Trade Schools
Vinyl Replacement Windows
Online Degree Programs

Colleges in California
Interior Decorating Schools
Online Colleges & Degrees
Colleges in Chicago Illinois
Colleges in Florida
MBA Programs Online

MAGAZINE

Published on Thursday, February 24, 2005
# How They Got Here

**By FM STAFF**

In just a year, TheFacebook has seen seemingly unrestrained growth. Here are some highlights from the past twelve months.

## FEBRUARY 4

· Zuckerberg launches TheFacebook during Harvard's shopping week

· The site runs off of one server for $85 per month

## FEBRUARY 18 – 4,300 users

· Zuckerberg is first approached by investors

· Moskovitz is enlisted to expand site to other schools

## LATE FEBRUARY - MARCH 5 – 10,000

· TheFacebook reaches Columbia, Yale, Stanford

## MARCH 31 – 31,000

· The site now runs off of 5 servers, costing $450 per month

**ARTICLE OPTIONS**

> Email this article to a friend
> Send a letter to the editor
> Print this article

The Harvard Crimson Online :: Magazine

Ads by Goooooogle

**Online Education**
Advance Your
Career Quickly with
an Online Degree
from a Top
College!
www.KnowledgesStop.com

**APRIL 14 – 51,910**

• TheFacebook moves its servers to a boutique hosting service near Zuckerberg's new York hometown

**APRIL 25 – EARLY MAY – 82,000**

• Moskovitz leads nationwide expansion

• Saverin experiments with national advertising

• Zuckerberg and McCollum begin discussing Wirehog

**Online Masters
Degrees**
Attend Leading
Colleges
Nationwide From
Your Own Home.
Learn How!
ClassesUSA.com

**JUNE 10 – LATE JUNE – 160,000**

• TheFacebook moves to Palo Alto, California

• Sean Parker, two interns join the team

• Saverin goes to New York

**MU - Online
Degrees**
Accredited Online
Degrees & courses
Free Catalog &
Credit Evaluation.
www.MadisonUniversity.c

**JULY 21 – AUGUST 25 – 190,000**

• TheFacebook falls $50,000 in debt

• Zuckerberg meets with investors

• The team redesigns and relaunches the site

**No Exam Masters,
MLA, MPM**
No required
courses. Approved
by Fortune 500
firms. Learn by
writing
www.rushmore.edu

**EARLY SEPTEMBER – 250,000**

• ConnectU files lawsuit against TheFacebook

• Casa Facebook moves to Los Altos, CA

• D'Angelo, Saverin, interns return to school.

**OCT 21 – 500,000**

PAID ADVERTISING:
Donate Car

http://www.thecrimson.com/article.aspx?ref=505941

Ads by Goooooogle

**Online Education**
Advance Your
Career Quickly with
an Online Degree
from a Top
College!
www.KnowledgesStop.com

**Online Masters
Degrees**
Convenient Online
Programs, 100+
Accredited Schools
- Learn More!
ClassesUSA.com

**MU - Online
Degrees**
Accredited Online
Degrees & courses
Free Catalog &
Credit Evaluation.
www.MadisonUniversity.c

**No Exam Masters,
MLA, MPM**
No required
courses. Approved
by Fortune 500
firms. Learn by
writing
www.rushmore.edu

7/26/2005

The Harvard Crimson Online :: Magazine

Web Marketing
Weight Loss Pill
School Fundraisers: Fundraising
California Mortgage
Ltd. edition art & collectibles
Best Student Credit Cards
iambigbrother
North Cyprus Estate Agent
Enzyte

- Wirehog launches (first week in November)

- Zuckerberg meets with East Coast investors

**NOVEMBER 30 – 910,000**

- Angel investor Peter Thiel throws One Million User Party at Frisson (San Francisco)

**JANUARY 16 – 1.3 million**

- Casa Facebook moves to Menlo Park

- Press representative Chris Hughes moves to France

**FEB 7 – 1.5 million**

- National Beirut Tournament briefly launched, cancelled

- First European schools launched

paid advertising

Shops And Services UK
Buy Coldplay Tickets Online
Techy Links
School Fundraisers: Fundraising
California Mortgage

Ltd. edition art & collectibles
Best Student Credit Cards
iambigbrother
North Cyprus Estate Agent
Enzyte

Life Quote
Dental Plans from $79/year!
Software Downloads
Alaska Tours: Princess Lodges
Natural Breast Enhancement

Copyright © 2005, The Harvard Crimson Inc. | Privacy Policy | Terms and Conditions

7/26/2005

http://www.thecrimson.com/article.aspx?ref=505941