# Delaware

PAGE 1

### The First State

I, HARRIET SMITH WINDSOR, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY THE ATTACHED IS A TRUE AND CORRECT COPY OF THE CERTIFICATE OF INCORPORATION OF "THEFACEBOOK, INC.", FILED IN THIS OFFICE ON THE TWENTY-NINTH DAY OF JULY, A.D. 2004, AT 11:34 O'CLOCK A.M.

A FILED COPY OF THIS CERTIFICATE HAS BEEN FORWARDED TO THE NEW CASTLE COUNTY RECORDER OF DEEDS.



3835815  8100

040555647

Harriet Smith Windsor, Secretary of State

AUTHENTICATION: 3266744

DATE: 07-30-04

TFB000058

State of Delaware
Secretary of State
Division of Corporations
Delivered 12:07 PM 07/29/2004
FILED 11:34 AM 07/29/2004
SRV 040555647 - 3835815 FILE

# CERTIFICATE OF INCORPORATION

## OF

## THEFACEBOOK, INC.

### ARTICLE I

The name of the corporation is TheFacebook, Inc. (the "Corporation").

### ARTICLE II

The address of the Corporation's registered office in the State of Delaware is 2711 Centerville Road, Suite 400, Wilmington, County of New Castle, 19808. The name of its registered agent at such address is Corporation Service Company.

### ARTICLE III

The purpose of the Corporation is to engage in any lawful act or activity for which corporations may be organized under the General Corporation Law of Delaware.

### ARTICLE IV

The aggregate number of shares which the Corporation shall have authority to issue is 10,000,000 shares of capital stock all of which shall be designated "Common Stock" and have a par value of $0.0001 per share.

### ARTICLE V

In furtherance of and not in limitation of the powers conferred by the laws of the State of Delaware, the Board of Directors of the Corporation is expressly authorized to make, amend or repeal Bylaws of the Corporation.

### ARTICLE VI

The business and affairs of the Corporation shall be managed by or under the direction of the Board of Directors. Elections of directors need not be by written ballot unless otherwise provided in the Bylaws of the Corporation.

### ARTICLE VII

(A) To the fullest extent permitted by the Delaware General Corporation Law, as the same exists or as may hereafter be amended, a director of the Corporation shall not be personally liable to the Corporation or its stockholders for monetary damages for breach of fiduciary duty as a director.

(B)   The Corporation shall indemnify to the fullest extent permitted by law any person made or threatened to be made a party to an action or proceeding, whether criminal, civil, administrative or investigative, by reason of the fact that he, his testator or intestate is or was a director or officer of the Corporation or any predecessor of the Corporation, or serves or served at any other enterprise as a director or officer at the request of the Corporation or any predecessor to the Corporation.

(C)   Neither any amendment nor repeal of this Article VII, nor the adoption of any provision of the Corporation's Certificate of Incorporation inconsistent with this Article VII, shall eliminate or reduce the effect of this Article VII in respect of any matter occurring, or any action or proceeding accruing or arising or that, but for this Article VII, would accrue or arise, prior to such amendment, repeal or adoption of an inconsistent provision.

## ARTICLE VIII

The name and mailing address of the incorporator are as follows:

> Mark Zuckerberg
> 819 La Jennifer Way
> Palo Alto, CA 94036

Executed this 26th day of July, 2004.

_____
Mark Zuckerberg, Incorporator

# EXHIBIT 2



State of Delaware
Secretary of State
Division of Corporations
Delivered 05:15 PM 04/06/2004
FILED 04:10 PM 04/06/2004
SRV 040253305 - 3784619 FILE

## CERTIFICATE OF FORMATION
## OF
## LIMITED LIABILITY COMPANY

FIRST.   The name of the limited liability company is CONNECTU, LLC.

SECOND.   The address of its registered office in the State of Delaware is 2711 Centerville Road, Suite 400 in the City of Wilmington.  The name of its Registered Agent at such address is THE COMPANY CORPORATION.

IN WITNESS WHEREOF, the undersigned have executed this Certificate of Formation of CONNECTU, LLC this 6th day of April, 2004.

NAME: _____
Angela Norton
Authorized Person

08/22/05   WED 08:35   [TX/RX NO 7915]