# United States District Court
# District of Massachusetts

CONNECTU LLC.,
    Plaintiff,

V.                             CIVIL ACTION NO. 2004-11923-DPW

MARK ZUCKERBERG,
EDUARDO SAVERIN,
DUSTIN MOSKOVITZ,
ANDREW McCOLLUM,
CHRISTOPHER HUGHES,
THE FACEBOOK.COM,
    Defendants,
    Plaintiffs-in-Counterclaim,

v.

DIVYA NARENDRA,
RTYLER WINKLEVOSS,
CAMERON WINKLEVOSS,
CONNECTU LLC,.
    Defendants-in-Counterclaim.

# *ORDER*

COLLINGS, U.S.M.J.

    In view of the scope of the Order of Reference (#104) recently entered in the above-styled case, counsel shall notify the Court in writing, **on or**

***before the close of business on Wednesday, November 16, 2005,*** whether or not their clients consent to the reassignment of this case to the undersigned United States Magistrate Judge pursuant to 28 U.S.C. § 636(c).

/s/ Robert B. Collings
ROBERT B. COLLINGS
United States Magistrate Judge

Date: November 1, 2005.