IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CONNECTU LLC,<br><br>    Plaintiff,<br><br>v.<br><br>MARK ZUCKERBERG, EDUARDO SAVERIN, DUSTIN MOSKOVITZ, ANDREW MCCOLLUM, CHRISTOPHER HUGHES, and THEFACEBOOK, INC.,<br><br>    Defendants. | CIVIL ACTION NO. 1:04-CV-11923 (DPW)<br><br>District Judge Douglas P. Woodlock |
| MARK ZUCKERBERG, and THEFACEBOOK, INC.,<br><br>    Counterclaimants,<br><br>v.<br><br>CONNECTU LLC,<br><br>    Counterdefendant,<br><br>and<br><br>CAMERON WINKLEVOSS, TYLER WINKLEVOSS, and DIVYA NARENDRA,<br><br>    Additional Counterdefendants. | |

**ASSENTED-TO MOTION FOR LEAVE TO FILE FACEBOOK DEFENDANTS' REPLY TO PLAINTIFF'S OPPOSITION TO FACEBOOK DEFENDANTS' MOTION TO DISMISS**

Defendants Mark Zuckerberg, Dustin Moskovitz, Andrew McCollum, Christopher Hughes, and TheFacebook, Inc.[1] ("The Facebook Defendants") hereby move for leave to file a reply to Plaintiff's Opposition to Facebook Defendants' Joint Motion to Dismiss ("Reply").

The Reply is necessary to address new issues raised in Plaintiff's Opposition and to clarify the record for the Court. Plaintiff's Opposition contains numerous legal and factual errors which must be corrected. New issues raised in the Opposition include new arguments by Plaintiff relating to standing, including cure and mistake, as well as issues relating to numerous new factual assertions by Plaintiff.

Facebook Defendants' Reply (Exhibit A) will clarify these issues and assist the Court in ruling on Facebook Defendants' Motion to Dismiss.

### CERTIFICATION PURSUANT TO LOCAL RULE 7.1

Counsel for Facebook Defendants certify that pursuant to Local Rule 7.1, the parties have conferred regarding the issues presented by this motion, and that counsel for Plaintiff ConnectU (Troy E. Grabow) consents to the filing of the Reply.

---

[1] Defendant Eduardo Saverin is represented by separate counsel in this matter.

Dated:  November 8, 2005.                    Respectfully submitted,

                                                        /s/  Robert D. Nagel /s/

G. Hopkins Guy, III*
I. Neel Chatterjee*
Monte M.F. Cooper*
Robert D. Nagel*
Joshua H. Walker*
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA  94025
Telephone:  (650) 614-7400
Facsimile:   (650) 614-7401
hopguy@orrick.com
nchatterjee@orrick.com
mcooper@orrick.com
jwalker@orrick.com

Steve M. Bauer
Jeremy P. Oczek
PROSKAUER ROSE, LLP
One International Plaza, 14th Floor
Boston, MA 02110-2600
Telephone:     (617) 526-9600
Facsimile:     (617) 526-9899
sbauer@proskauer.com
joczek@proskauer.com

ATTORNEYS FOR MARK ZUCKERBERG, DUSTIN MOSKOVITZ, ANDREW MCCOLLUM, CHRISTOPHER HUGHES, and THEFACEBOOK, INC.

* Admitted Pro Hac Vice

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that on November 8, 2005, a true and correct copy of the foregoing document was served on counsel of record by use of the Court's ECF system.

[[/s/]] Robert D. Nagel
Robert D. Nagel*

* Admitted Pro Hac Vice

DOCSSV1:434095.1