UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CONNECTU LLC<br><br>Plaintiff,<br><br>v.<br><br>MARK ZUCKERBERG, EDUARDO SAVERIN, DUSTIN MOSKOVITZ, ANDREW MCCOLLUM, CHRISTOPHER HUGHES, and THEFACEBOOK, INC.,<br><br>Defendants. | Civil Action No. 1:04-CV-11923 (DPW)<br><br>District Judge Douglas P. Woodlock<br><br>Magistrate Judge Robert B. Collings |
| MARK ZUCKERBERG, and THEFACEBOOK, INC.,<br>Counterclaimants,<br><br>v.<br><br>CONNECTU LLC,<br>Counterdefendant,<br><br>and<br><br>CAMERON WINKLEVOSS, TYLER WINKLEVOSS, and DIVYA NARENDRA,<br>Additional Defendants on Counterclaims. | |

**[PROPOSED] ORDER GRANTING FACEBOOK DEFENDANTS' ASSENTED-TO MOTION FOR LEAVE TO FILE FACEBOOK DEFENDANTS' REPLY TO PLAINTIFF'S OPPOSITION TO FACEBOOK DEFENDANTS' MOTION TO DISMISS**

-2-

      Having considered Facebook Defendants' Assented-to Motion for Leave to File Facebook Defendants' Reply to Plaintiff's Plaintiff's Opposition to Facebook Defendants' Motion to Dismiss, this Court orders as follows:

      Facebook Defendants are granted leave to file the Reply, attached as Exhibit A to its Motion for Leave.

**IT IS SO ORDERED**

Dated: _____, 2005

                                                                  Hon. Douglas P. Woodlock