IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CONNECTU LLC,<br><br>    Plaintiff,<br><br>v.<br><br>MARK ZUCKERBERG, EDUARDO SAVERIN, DUSTIN MOSKOVITZ, ANDREW MCCOLLUM, CHRISTOPHER HUGHES, and THEFACEBOOK, INC.,<br><br>    Defendants. | Civil Action No. 1:04-CV-11923 (DPW)<br><br>Judge Douglas P. Woodlock<br><br>Magistrate Judge Robert B. Collings |
| MARK ZUCKERBERG, and THEFACEBOOK, INC.,<br><br>    Counterclaimants,<br><br>v.<br><br>CONNECTU LLC,<br><br>    Counterdefendant,<br><br>and<br><br>CAMERON WINKLEVOSS, TYLER WINKLEVOSS, and DIVYA NARENDRA,<br><br>    Additional Counterdefendants. | |

**ASSENTED-TO MOTION FOR LEAVE TO FILE
FACEBOOK DEFENDANTS' AMENDED REPLY TO
PLAINTIFF'S OPPOSITION TO FACEBOOK DEFENDANTS' MOTION TO DISMISS**

Defendants Mark Zuckerberg, Dustin Moskovitz, Andrew McCollum, Christopher Hughes, and Facebook, Inc.[1] ("Facebook Defendants") hereby move for leave to file an amended reply to Plaintiff's Opposition to Facebook Defendants' Motion to Dismiss ("Amended Reply").

After Facebook Defendants filed their reply in support of its motion to dismiss, ConnectU requested that Facebook Defendants clarify an issue regarding the residency of Mark Zuckerberg. In response, Facebook Defendants seek to file the attached Amended Reply, adding footnote number 2. The addition of footnote number 2 is the only modification to the original reply, filed November 8, 2005 (Docket #110).

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1

Counsel for Facebook Defendants certify that pursuant to Local Rule 7.1, the parties have conferred regarding the issues presented by this motion, and that counsel for Plaintiff ConnectU (Troy E. Grabow) assented to Facebook Defendants filing of an amended reply.

---

[1] Defendant Eduardo Saverin is represented by separate counsel in this matter.

| | |
|---|---|
| Dated:  November 14, 2005. | Respectfully submitted, |

/s/  Robert D. Nagel /s/
G. Hopkins Guy, III*
I. Neel Chatterjee*
Monte M.F. Cooper*
Robert D. Nagel*
Joshua H. Walker*
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA  94025
Telephone:  (650) 614-7400
Facsimile:   (650) 614-7401
hopguy@orrick.com
nchatterjee@orrick.com
mcooper@orrick.com
jwalker@orrick.com

Steve M. Bauer
Jeremy P. Oczek
PROSKAUER ROSE, LLP
One International Plaza, 22nd Floor
Boston, MA 02110-2600
Telephone:     (617) 526-9600
Facsimile:      (617) 526-9899
sbauer@proskauer.com
joczek@proskauer.com

ATTORNEYS FOR MARK ZUCKERBERG, DUSTIN MOSKOVITZ, ANDREW MCCOLLUM, CHRISTOPHER HUGHES, and FACEBOOK, INC.

* Admitted Pro Hac Vice

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that on November 14, 2005, a true and correct copy of the foregoing document was served on counsel of record by use of the Court's ECF system.

                                            [[/s/]] Robert D. Nagel
                                            Robert D. Nagel*

                                            * Admitted Pro Hac Vice

DOCSSV1:435227.2