## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

CONNECTU LLC,

                              Plaintiff,

            v.

MARK ZUCKERBERG, EDUARDO SAVERIN,
DUSTIN MOSKOVITZ, ANDREW MCCOLLUM,
CHRISTOPHER HUGHES, and FACEBOOK,
INC.,

                              Defendants.

MARK ZUCKERBERG and
FACEBOOK, INC.,

                              Counterclaimants,

            v.

CONNECTU LLC,

                              Counterdefendant,

            and

CAMERON WINKLEVOSS, TYLER
WINKLEVOSS, and DIVYA NARENDRA,

            Additional Counterdefendants.

CIVIL ACTION NO. 1:04-cv-11923
(DPW)

## PLAINTIFF'S NOTIFICATION REGARDING
## REASSIGNMENT UNDER 28 U.S.C. § 636(c)

Pursuant to the Court's Order (Docket No. 108) dated November 1, 2005,
counsel for Plaintiff ConnectU LLC hereby notifies the Court that Plaintiff does not
consent to the reassignment of this case to a United States Magistrate Judge pursuant
to 28 U.S.C. § 636(c).

DATED:  November 16, 2005

/s/ Troy E. Grabow
Lawrence R. Robins (BBO# 632610)
Jonathan M. Gelchinsky (BBO# 656282)
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, L.L.P.
55 Cambridge Parkway
Cambridge, MA  02142
Telephone:  (617) 452-1600
Facsimile:  (617) 452-1666
larry.robins@finnegan.com
jon.gelchinsky@finnegan.com


John F. Hornick (*pro hac vice*)
Margaret A. Esquenet (*pro hac vice*)
Troy E. Grabow (*pro hac vice*)
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, L.L.P.
901 New York Avenue N.W.
Washington, DC  20001
Telephone:  (202) 408-4000
Facsimile:  (202) 408-4400

Attorneys for Plaintiff and Counterclaim
Defendant