## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CONNECTU LLC<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>MARK ZUCKERBERG, EDUARDO SAVERIN, DUSTIN MOSKOVITZ, ANDREW MCCOLLUM, CHRISTOPHER HUGHES, and FACEBOOK, INC.,<br><br>　　　　　Defendants.<br><br>MARK ZUCKERBERG, and FACEBOOK, INC.,<br><br>　　　　　Counterclaimants,<br><br>　v.<br><br>CONNECTU LLC,<br><br>　　　　　Counterdefendant,<br><br>　and<br><br>CAMERON WINKLEVOSS, TYLER WINKLEVOSS, and DIVYA NARENDRA,<br><br>　　　　　Additional Defendants on Counterclaims. | Civil Action No.: 04-11923-DPW<br><br>Judge Douglas P. Woodlock<br><br>Magistrate Judge Robert B. Collings |

### DEFENDANTS' JOINT NOTICE REGARDING
### REASSIGNMENT PURSUANT TO 28 U.S.C. § 636(c)

Pursuant to the Court's Order dated November 1, 2005 (Docket #108), counsel for Defendants Mark Zuckerberg, Eduardo Saverin, Dustin Moskovitz, Andrew McCollum, Christopher Hughes, and Facebook, Inc. hereby inform the Court that they respectfully decline to consent to reassignment of this case for all purposes to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(c).

-2-

Dated: November 16, 2005

By: ___/s/ Jeremy P. Oczek___

Steven M. Bauer (BBO# 542531)
Jeremy P. Oczek (BBO #647509)
PROSKAUER ROSE LLP
One International Place
Boston, MA  02110
Telephone:  (617) 526-9600

G. Hopkins Guy, III (*pro hac vice*)
I. Neel Chatterjee (*pro hac vice*)
Monte M.F. Cooper (*pro hac vice*)
Robert D. Nagel (*pro hac vice*)
Joshua H. Walker (*pro hac vice*)
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA  94025
Telephone:  (650) 614-7400

ATTORNEYS FOR DEFENDANTS
ZUCKERBERG, MOSKOVITZ, MCCOLLUM,
HUGHES, AND FACEBOOK.COM, INC.

By: ___/s/ Daniel K. Hampton (by permission)___

Gordon P. Katz (BBO# 261080)
Daniel K. Hampton (BBO# 634195)
HOLLAND & KNIGHT, LLP
10 St. James Avenue
Boston, MA  02116
Telephone: (617) 523-2700

Robert B. Hawk (*pro hac vice*)
Bhanu Sadasivan (*pro hac vice*)
HELLER EHRMAN WHITE &
   McCAULIFFE, LLP
2775 Sand Hill Road
Menlo Park, CA  94025
Telephone:  (650) 324-7165

ATTORNEYS FOR DEFENDANT SAVERIN