IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CONNECTU LLC,<br><br>                      Plaintiff,<br><br>v.<br><br>MARK ZUCKERBERG, EDUARDO SAVERIN, DUSTIN MOSKOVITZ, ANDREW MCCOLLUM, CHRISTOPHER HUGHES, and FACEBOOK, INC.,<br><br>                      Defendants.<br><br>MARK ZUCKERBERG and FACEBOOK, INC.,<br><br>                      Counterclaimants,<br><br>v.<br><br>CONNECTU LLC,<br><br>                      Counterdefendant,<br><br>and<br><br>CAMERON WINKLEVOSS, TYLER WINKLEVOSS, and DIVYA NARENDRA,<br><br>                      Additional Counterdefendants. | CIVIL ACTION NO. 1:04-cv-11923 (DPW)<br><br>District Judge Douglas P. Woodlock<br><br>Magistrate Judge Robert B. Collings |

**[PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO
FILE SURREPLY TO FACEBOOK DEFENDANTS'
AMENDED REPLY TO PLAINTIFF'S OPPOSITION TO FACEBOOK
DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

Having Considered Plaintiff ConnectU's Motion for Leave to file Surreply to Facebook Defendants' Amended Reply to Plaintiff's Opposition to Facebook Defendants' Motion to Dismiss Plaintiff's Complaint, this Court orders as follows:

ConnectU is granted leave to file the Surreply attached as Exhibit A to its Motion for Leave.

**SO ORDERED**


DATED: _____

_____
District Judge Douglas P. Woodlock

Magistrate Judge Robert B. Collings