**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| CONNECTU LLC,<br><br>                          Plaintiff,<br><br>     v.<br><br>MARK ZUCKERBERG, EDUARDO SAVERIN, DUSTIN MOSKOVITZ, ANDREW MCCOLLUM, CHRISTOPHER HUGHES, and FACEBOOK, INC.,<br><br>                          Defendants.<br>MARK ZUCKERBERG and FACEBOOK, INC.,<br><br>                          Counterclaimants,<br><br>     v.<br><br>CONNECTU LLC,<br><br>                          Counterdefendant,<br><br>     and<br><br>CAMERON WINKLEVOSS, TYLER WINKLEVOSS, and DIVYA NARENDRA,<br><br>                          Additional Counterdefendants. | CIVIL ACTION NO. 1:04-cv-11923<br><br>District Judge Douglas P. Woodlock<br><br>Magistrate Judge Robert B. Collings |

**ASSENTED-TO MOTION TO SEAL PLAINTIFF'S MEMORANDUM IN
SUPPORT OF ITS MOTION TO COMPEL FACEBOOK DEFENDANTS'
<u>ANSWERS TO INTERROGATORY NOS. 19-23 - AND EXHIBITS 1, 2, and 5</u>**

Plaintiff ConnectU LLC, ("ConnectU") hereby moves to file under seal, pursuant to the Parties' Stipulated Protective Order entered by the Court in this case, Plaintiff's Memorandum in Support of its Motion to Compel Facebook Defendants' Answers to Interrogatory Nos. 19-23 - and Exhibits 1, 2, and 5. This

Motion is necessary to comply with the provisions of the Stipulated Protective Order.

CERTIFICATION PURSUANT TO LOCAL RULE 7.1

I hereby certify that counsel for the parties have conferred regarding the issues presented by this motion and that Defendants' counsel (Robert Nagel for Facebook Defendants, Daniel Hampton for defendant Eduardo Saverin) consent to this motion.

Respectfully submitted,

Dated: January 5, 2006

/s/Troy E. Grabow
Lawrence R. Robins (BBO# 632610)
Jonathan M. Gelchinsky (BBO# 656282)
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, L.L.P.
55 Cambridge Parkway
Cambridge, MA  02142
Telephone:  (617) 452-1600
Facsimile:   (617) 452-1666
larry.robins@finnegan.com
jon.gelchinsky@finnegan.com

John F. Hornick (*pro hac vice*)
Margaret A. Esquenet (*pro hac vice*)
Troy E. Grabow (*pro hac vice*)
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, L.L.P.
901 New York Avenue N.W.
Washington, DC  20001
Telephone:  (202) 408-4000
Facsimile:   (202) 408-4400

Attorneys for Plaintiff and Counterclaim Defendants

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on January 5, 2006.