**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| CONNECTU LLC, | CIVIL ACTION NO. 1:04-cv-11923 (DPW) |
| Plaintiff, | |
| v. | District Judge Douglas P. Woodlock |
| MARK ZUCKERBERG, EDUARDO SAVERIN, DUSTIN MOSKOVITZ, ANDREW MCCOLLUM, CHRISTOPHER HUGHES, and FACEBOOK, INC., | Magistrate Judge Robert B. Collings |
| Defendants. | |
| MARK ZUCKERBERG and FACEBOOK, INC., | |
| Counterclaimants, | |
| v. | |
| CONNECTU LLC, | |
| Counterdefendant, | |
| and | |
| CAMERON WINKLEVOSS, TYLER WINKLEVOSS, and DIVYA NARENDRA, | |
| Additional Counterdefendants. | |

**[PROPOSED] ORDER GRANTING PLAINTIFF'S ASSENTED-TO MOTION
TO SEAL PLAINTIFF'S MEMORANDUM IN SUPPORT OF ITS MOTION
TO COMPEL FACEBOOK DEFENDANTS'
ANSWERS TO INTERROGATORY NOS. 19-23 - AND EXHIBITS 1, 2, and 5**

Having Considered Plaintiff ConnectU LLC's Assented-To Motion to Seal its Memorandum in Support of its Motion to Compel Facebook Defendants' Answers to Interrogatory Nos. 19-23 - and Exhibits 1, 2, and 5, this Court orders as follows:

ConnectU is granted leave to file the Memorandum, and Exhibits 1, 2, and 5 under seal pursuant to the parties' Stipulated Protective Order.

**SO ORDERED**


DATED: _____                    _____

                                       District Judge Douglas P. Woodlock

                                       Magistrate Judge Robert B. Collings