**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| CONNECTU LLC,<br><br>       Plaintiff,<br><br>  v.<br><br>MARK ZUCKERBERG, EDUARDO SAVERIN, DUSTIN MOSKOVITZ, ANDREW MCCOLLUM, CHRISTOPHER HUGHES, and FACEBOOK, INC.,<br><br>       Defendants.<br><br>MARK ZUCKERBERG and FACEBOOK, INC.,<br><br>       Counterclaimants,<br><br>  v.<br><br>CONNECTU LLC,<br><br>       Counterdefendant,<br><br>  and<br><br>CAMERON WINKLEVOSS, TYLER WINKLEVOSS, and DIVYA NARENDRA,<br><br>    Additional Counterdefendants. | CIVIL ACTION NO. 1:04-cv-11923 (DPW)<br><br>District Judge Douglas P. Woodlock<br><br>Magistrate Judge Robert B. Collings |

## [PROPOSED] ORDER

    For the reasons fully set forth in Plaintiff's Motion to Compel Facebook Defendants' Answers to Interrogatory Nos. 19-23, and accompanying memorandum, Facebook Defendants are hereby ordered to provide complete answers to Interrogatory Nos. 19-23, no later than _____, 2006.

**SO ORDERED**

DATED: _____  _____
District Judge Douglas P. Woodlock

Magistrate Judge Robert B. Collings