**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| CONNECTU LLC,<br><br>        Plaintiff,<br><br>  v.<br><br>MARK ZUCKERBERG, EDUARDO SAVERIN, DUSTIN MOSKOVITZ, ANDREW MCCOLLUM, CHRISTOPHER HUGHES, and THEFACEBOOK, INC.,<br><br>        Defendants.<br><br>MARK ZUCKERBERG and THEFACEBOOK, INC.,<br><br>        Counterclaimants,<br><br>  v.<br><br>CONNECTU LLC,<br><br>        Counterdefendant,<br><br>  and<br><br>CAMERON WINKLEVOSS, TYLER WINKLEVOSS, and DIVYA NARENDRA,<br><br>    Additional Counterdefendants. | CIVIL ACTION NO. 1:04-cv-11923 |

**PLAINTIFF'S MEMORANDUM IN SUPPORT OF ITS MOTION TO COMPEL
<u>FACEBOOK DEFENDANTS' ANSWERS TO INTERROGATORY NOS. 19-23</u>**

# FILED UNDER SEAL PURSUANT TO PARTIES' STIPULATED PROTECTIVE ORDER