## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CONNECTU LLC, <br><br>      Plaintiff, <br><br> v. <br><br>MARK ZUCKERBERG, EDUARDO SAVERIN, DUSTIN MOSKOVITZ, ANDREW MCCOLLUM, CHRISTOPHER HUGHES, and THEFACEBOOK, INC., <br><br>      Defendants. <br> MARK ZUCKERBERG and THEFACEBOOK, INC., <br><br>      Counterclaimants, <br><br> v. <br><br>CONNECTU LLC, <br><br>      Counterdefendant, <br><br> and <br><br>CAMERON WINKLEVOSS, TYLER WINKLEVOSS, and DIVYA NARENDRA, <br><br>  Additional Counterdefendants. | CIVIL ACTION NO. 1:04-cv-11923 |

**EXHIBIT 2 TO PLAINTIFF'S MEMORANDUM IN SUPPORT OF ITS MOTION TO COMPEL FACEBOOK DEFENDANTS' ANSWERS TO INTERROGATORY NOS. 19-23**

# FILED UNDER SEAL PURSUANT TO PARTIES' STIPULATED PROTECTIVE ORDER