**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| CONNECTU LLC,<br><br>                       Plaintiff,<br><br>    v.<br><br>MARK ZUCKERBERG, EDUARDO SAVERIN, DUSTIN MOSKOVITZ, ANDREW MCCOLLUM, CHRISTOPHER HUGHES, and FACEBOOK, INC.,<br><br>                       Defendants.<br>MARK ZUCKERBERG and FACEBOOK, INC.,<br><br>                       Counterclaimants,<br><br>    v.<br><br>CONNECTU LLC,<br><br>                       Counterdefendant,<br><br>    and<br><br>CAMERON WINKLEVOSS, TYLER WINKLEVOSS, and DIVYA NARENDRA,<br><br>                       Additional Counterdefendants. | CIVIL ACTION NO. 1:04-cv-11923 (DPW)<br><br>District Judge Douglas P. Woodlock<br><br>Magistrate Judge Robert B. Collings |

**[PROPOSED] ORDER GRANTING PLAINTIFF'S ASSENTED-TO MOTION
TO SEAL PLAINTIFF'S MOTION TO COMPEL FACEBOOK DEFENDANTS'
PRODUCTION OF DOCUMENTS IN RESPONSE TO REQUEST FOR PRODUCTION
NOS. 171, 174-182, and 184-187**

    Having Considered Plaintiff ConnectU LLC's Assented-To Motion to Seal Exhibit 3 to Plaintiff's Motion to Compel Facebook Defendants' Production of Documents in Response to Request for Production Nos. 171, 174-182, and 184-187, this Court orders as follows:

2

ConnectU is granted leave to file the Exhibit 3 under seal pursuant to the parties' Stipulated Protective Order.

**SO ORDERED**

DATED: _____            _____
                                  District Judge Douglas P. Woodlock
                                  Magistrate Judge Robert B. Collings