Page 1

```
1       IN THE UNITED STATES DISTRICT COURT
2       FOR THE DISTRICT OF MASSACHUSETTS
3
4   CONNECTU LLC,
5           Plaintiff,
6   v.           C.A. No. 04-1923(DPW)
7   MARK ZUCKERBERG, EDUARDO SAVERIN,
    DUSTIN MOSKOVITZ, ANDREW McCOLLUM,
8   CHRISTOPHER HUGHES and THE FACEBOOK,
    INC.,
9
            Defendants.
10
11   _____
12
13              VOLUME 1
14      VIDEOTAPED DEPOSITION OF CONNECTU LLC
15          BY CAMERON H. WINKLEVOSS
16            Boston, Massachusetts
17            Tuesday, August 9, 2005
18            9:44 a.m. to 6:27 p.m.
19
20
21   Reported by:
     Jessica L. Williamson, RMR, RPR, CRR
22   Notary Public, CSR No. 138795
23   JOB NO. 36599
24
25
```

Page 2

```
1       VIDEOTAPED DEPOSITION OF CONNECTU LLC
2   by CAMERON H. WINKLEVOSS, a witness called
3   on behalf of the Defendant Mark Zuckerberg,
4   Dustin Moskovitz, Andrew McCollum,
5   Christopher Hughes and The Facebook, Inc.,
6   pursuant to Rule 30(b)(6) of the Federal
7   Rules of Civil Procedure, before Jessica L.
8   Williamson, Registered Merit Reporter,
9   Certified Realtime Reporter and Notary
10  Public in and for the Commonwealth of
11  Massachusetts, at the Offices of Proskauer
12  Rose, LLP, One International Place, Boston,
13  Massachusetts, on Tuesday, August 9, 2005,
14  commencing at 9:44 a.m.
15
16          APPEARANCES
17  FINNEGAN HENDERSON FARABOW GARRETT & DUNNER
18  LLP
19      (By John F. Hornick, Esq.
20      and Troy E. Grabow, Esq.)
21      901 New York Avenue, NW
22      Washington, D.C. 20001-4413
23      (202) 408-4000
24      john.hornick@finnegan.com
25      Counsel for the Plaintiff
```

Page 3

```
1           A P P E A R A N C E S, Continued
2
3   ORRICK, HERRINGTON & SUTCLIFFE LLP
4       (By I. Neel Chatterjee, Esq.
5       and Joshua H. Walker, Esq.)
6       1000 Marsh Road
7       Menlo Park, California 94025
8       (650) 614-7356
9       nchatterjee@orrick.com
10      Counsel for the Defendants Mark
11      Zuckerberg, Dustin Moskovitz, Andrew
12      McCollum, Christopher Hughes and The
13      Facebook, Inc.
14
15  HELLER EHRMAN LLP
16      (By Robert B. Hawk, Esq.)
17      275 Middlefield Road
18      Menlo Park, California 94025-3506
19      (650) 324-7000
20      robert.hawk@hellerehrman.com
21      Counsel for the Defendant Eduardo Saverin
22
23  ALSO PRESENT:
24
25      George Dobrentey, Videographer
```

Page 4

```
1                  I N D E X
2   DEPONENT                        PAGE
3   CAMERON H. WINKLEVOSS
4   Examination By Mr. Chatterjee      7
5   Examination By Mr. Hawk          244
6
7               E X H I B I T S
8   NO.                             PAGE
9   1  Amended Notice of Deposition   44
       of Plaintiff and
10     Counterdefendant ConnectU
       Pursuant to Fed.R.Civ.P.
11     30(b)(6)
12  2  First Amended Complaint        62
13  3  E-mail dated May 4, 2004,      71
       Bates Nos. C003165 - 3166
14
    4  E-mails, Bates Nos. C004577 - 103
15     4631
16  5  Certificate of Registration,  152
       Bates Nos. C004842 - 4845
17
    6  E-mail string, Bates Nos.     159
18     C004792 - 4793
19  7  E-mail, Bates No. C004791     162
20  8  E-mail, Bates No. C004810     176
21  9  E-mail, Bates No. C004820     182
22  10 E-mail, Bates No. C003852     188
23  11 E-mail, Bates No. C004841     192
24  12 E-mail, Bates No. C009556     197
25
```

**Page 141**

```
01:09:29  1   would certainly be equally distributed, were
01:09:33  2   and when it were to come in. So to answer
01:09:36  3   your question, any and all remuneration
01:09:39  4   based on the Web side, even if it was --
01:09:42  5   Q. Okay.
01:09:42  6   A. -- you know --
01:09:43  7   Q. Finish your question -- finish your answer.
01:09:46  8   A. So I'm saying while we didn't harp on the
01:09:49  9   advertising or the revenue potential, it was
01:09:51 10   certainly understood that any benefit from
01:09:53 11   the site, specifically because he was a
01:09:56 12   coder and involved with that aspect of it
01:09:58 13   and was part of the time, would be his.
01:10:00 14   Q. Okay. So did you tell him specifically that
01:10:03 15   any benefit from the site he would be able
01:10:06 16   to have a piece of?
01:10:11 17   A. Okay. Any benefit from the site he would
01:10:16 18   have a piece of, yes, being a partner of our
01:10:20 19   team, yes.
01:10:20 20   Q. And you told him that specific statement?
01:10:23 21   A. That specific word by word? It was probably
01:10:27 22   a fair -- it was probably different than
01:10:29 23   that. It was probably more to the extent,
01:10:32 24   "Look, you're on the HarvardConnection team.
01:10:35 25   This is going to be great for your
```

**Page 142**

```
01:10:36  1   reputation. We're all in this together.
01:10:39  2   This is an equal partnership. And also,
01:10:43  3   think of the enormous advertising potential
01:10:45  4   this thing has."
01:10:46  5   Q. And so you told him it was an equal
01:10:48  6   partnership?
01:10:48  7   A. Again, at that time, as I mentioned before,
01:10:52  8   we didn't -- you know, he was brought on
01:10:54  9   with -- he had the expectation that, you
01:10:57 10   know, he was going to be part of the overall
01:10:59 11   development and the control of the site and
01:11:00 12   that at that point we divvied up the
01:11:03 13   contributions and it was premature to talk
01:11:05 14   about specific equity.
01:11:06 15   Q. Why didn't you just hire him as a contractor
01:11:08 16   like everyone else?
01:11:10 17   A. Because we -- ultimately when you're looking
01:11:14 18   for -- equity's a very good way of getting
01:11:20 19   really the most out of a situation and
01:11:23 20   people. And I think that, you know, Victor,
01:11:27 21   to take Victor for example, we did want him
01:11:29 22   as a partner, but he felt personally that he
01:11:32 23   could not undertake the responsibility of
01:11:38 24   being that, so he wanted to be contracted
01:11:40 25   piecemeal. But ultimately you want a
```

**Page 143**

```
01:11:43  1   partner in the situation because they put,
01:11:44  2   you know, effort in. They go that extra
01:11:46  3   mile.
01:11:57  4   Q. Now, when you were -- did you ever tell Mr.
01:12:01  5   Zuckerberg that he couldn't work on any
01:12:04  6   competitive websites that were under
01:12:07  7   development?
01:12:08  8   A. Well, I think that -- I think certainly if
01:12:22  9   there is a project. I mean, when you
01:12:24 10   undertake a partnership, specifically did we
01:12:30 11   say don't work on, you know, the exact same
01:12:34 12   thing, well, I think that being part of the
01:12:38 13   team and the partnership, you know, is
01:12:41 14   proprietary. So he could not use a
01:12:43 15   proprietary code or functionality to work on
01:12:45 16   another similar website that had the same
01:12:49 17   proprietary functionality and code. So that
01:12:52 18   absolutely would be understood there, okay?
01:12:55 19   Q. But was it stated?
01:12:57 20   A. Was it specifically stated that I say, "You
01:13:00 21   cannot work on another project exactly like
01:13:05 22   this"? No, I did not say that.
01:13:06 23   Q. Okay.
01:13:06 24   A. However --
01:13:07 25   Q. Go ahead.
```

**Page 144**

```
01:13:08  1   A. However, as I said before, he was unable and
01:13:11  2   not allowed to use the same proprietary
01:13:13  3   information and functionality and business
01:13:15  4   models and everything that we conveyed to
01:13:17  5   him for another project like that.
01:13:20  6   Q. Was he allowed to pull upon anything else --
01:13:24  7   well, let me say, you knew that he was doing
01:13:26  8   software projects for other people, right?
01:13:28  9   A. I was aware of Facemash, and that's all I
01:13:30 10   was aware of when we -- and that's all he
01:13:33 11   made us aware of that he was involved in.
01:13:35 12   Q. What about Coursematch?
01:13:36 13   A. I had not heard of that prior to -- and he
01:13:39 14   never brought that up.
01:13:42 15   Q. Had you ever heard of it?
01:13:42 16   A. I ever heard of it, yes.
01:13:43 17   Q. What is it?
01:13:44 18   A. I believe, my understanding is that
01:13:47 19   Coursematch allows people to basically say
01:13:51 20   what courses they're in, and then you can
01:13:53 21   effectively tell what course a person's in
01:13:55 22   from that website. But I've never been on
01:13:57 23   it.
01:13:57 24   Q. And are you aware about whether people who
01:14:00 25   are taking similar courses can connect to
```