**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| CONNECTU LLC, <br><br> Plaintiff, <br><br> v. <br><br> MARK ZUCKERBERG, EDUARDO SAVERIN, DUSTIN MOSKOVITZ, ANDREW MCCOLLUM, CHRISTOPHER HUGHES, and THEFACEBOOK, INC., <br><br> Defendants. <br><br> MARK ZUCKERBERG and THEFACEBOOK, INC., <br><br> Counterclaimants, <br><br> v. <br><br> CONNECTU LLC, <br><br> Counterdefendant, <br><br> and <br><br> CAMERON WINKLEVOSS, TYLER WINKLEVOSS, and DIVYA NARENDRA, <br><br> Additional Counterdefendants. | CIVIL ACTION NO. 1:04-cv-11923 |

**EXHIBIT 3 TO PLAINTIFF'S MOTION TO COMPEL FACEBOOK DEFENDANTS' PRODUCTION OF DOCUMENTS IN RESPONSE TO REQUEST FOR PRODUCTION <u>NOS. 171, 174-182, AND 184-187</u>**

# FILED UNDER SEAL PURSUANT TO PARTIES' STIPULATED PROTECTIVE ORDER