UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CONNECTU LLC,<br>Plaintiff,<br><br>v.<br><br>MARK ZUCKERBERG, EDUARDO SAVERIN, DUSTIN MOSKOVITZ, ANDREW MCCOLLUM, CHRISTOPHER HUGHES, and FACEBOOK, INC.,<br>Defendants.<br><br>MARK ZUCKERBERG, and FACEBOOK, INC.,<br>Counterclaimants,<br><br>v.<br><br>CONNECTU LLC,<br>Counterdefendant,<br><br>and<br><br>CAMERON WINKLEVOSS, TYLER WINKLEVOSS, and DIVYA NARENDRA,<br>Additional Defendants on Counterclaims. | Civil Action No.: 04-11923-DPW<br><br>Judge Douglas P. Woodlock<br><br>Magistrate Judge Robert B. Collings |

### ASSENTED-TO MOTION FOR A SHORT EXTENSION OF TIME FOR FACEBOOK DEFENDANTS TO FILE OPPOSITIONS TO CONNECTU'S MOTIONS TO COMPEL (DOCKET NOS. 121 AND 126)

Defendants Mark Zuckerberg, Dustin Moskovitz, Andrew McCollum, Christopher Hughes, and Facebook, Inc. (collectively, "Facebook Defendants") file this assented-to motion for a short extension of time until Monday, January 23, 2006 by which they are to respond to the following motions:

(1) ConnectU's Motion to Compel Facebook Defendants' Answers to Interrogatory Nos. 19-23 (Docket No. 121); and

(2) ConnectU's Motion to Compel Facebook Defendants' Production of Documents in Response to Request for Production Nos. 171, 174-182, and 184-187 (Docket No. 126).

Counsel for plaintiff ConnectU, Inc. has assented to this short extension of time. Further, this motion is not being brought for any improper purpose or delay.

WHEREFORE, the Facebook Defendants respectfully request that the Court enter an Order extending until Monday, January 23, 2006 the date by which they are allowed to respond to the above-described motions.

Dated: January 18, 2006

Respectfully submitted,

DEFENDANTS ZUCKERBERG, MOSKOVITZ, MCCOLLUM, HUGHES, and FACEBOOK, INC.

By their Attorneys,

*/s/ Jeremy P. Oczek*
Steven M. Bauer (BBO# 542531)
Jeremy P. Oczek (BBO #647509)
PROSKAUER ROSE LLP
One International Place
Boston, MA  02110
Tel:  (617) 526-9600

G. Hopkins Guy, III (*pro hac vice*)
I. Neel Chatterjee (*pro hac vice*)
Monte M.F. Cooper (*pro hac vice*)
Robert D. Nagel (*pro hac vice*)
Joshua H. Walker (*pro hac vice*)
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA  94025
Tel:  (650) 614-7400

**Certificate Pursuant To Rule 7.1**

I certify that counsel for the parties have conferred in an attempt to resolve or narrow the issues presented by this motion, and that counsel for plaintiff ConnectU, Inc., Troy E. Grabow, has assented to this motion.

*/s/ Jeremy P. Oczek*