# EXHIBIT

# A

# REDACTED

**From:**      "Mark Elliot Zuckerberg" <mzuckerb@fas.harvard.edu>
**To:**        "Cameron Winklevoss" <winklev@fas.harvard.edu>
**Date:**      11/25/03 3:35AM
**Subject:**   Re: meeting

Hey man,

Sorry I had to cancel at the last minute tonight. I have a cs problem set
that will probably take up most of my day tomorrow, but we should be able
to meet in the afternoon for a little while. I get out of class at 2:30
and will probably go over to work around 4, so maybe we could meet
sometime in there? Let me know.

Mark

On Mon, 24 Nov 2003, Cameron Winklevoss wrote:

> hey mark,
> what is a good time for you to meet tommorow?
> -Cameron



# REDACTED

**From:** "Cameron Winklevoss" <winklev@fas.harvard.edu>
**To:** "Mark Elliot Zuckerberg" <mzuckerb@fas.harvard.edu>
**Date:** 11/25/03 3:45AM
**Subject:** Re: meeting

Hey,
No worries. lets shoot for 3pm tommorow in Kirkland. I can come to your
room, or we could meet in the dinning hall. Whichever you prefer (but your
room might be better since we can look at the site, etc.). How does that
sound?
-Cameron


----- Original Message -----
From: "Mark Elliot Zuckerberg" <mzuckerb@fas.harvard.edu>
To: "Cameron Winklevoss" <winklev@fas.harvard.edu>
Sent: Tuesday, November 25, 2003 3:35 AM
Subject: Re: meeting


> Hey man,
>
> Sorry I had to cancel at the last minute tonight. I have a cs problem set
> that will probably take up most of my day tomorrow, but we should be able
> to meet in the afternoon for a little while. I get out of class at 2:30
> and will probably go over to work around 4, so maybe we could meet
> sometime in there? Let me know.
>
> Mark
>
> On Mon, 24 Nov 2003, Cameron Winklevoss wrote:
>
> > hey mark,
> > what is a good time for you to meet tommorow?
> > -Cameron

C004578

# REDACTED

ge 1

From:       "Mark Elliot Zuckerberg" <mzuckerb@fas.harvard.edu>
To:         "Cameron Winklevoss" <winklev@fas.harvard.edu>
Date:       11/25/03 4:36AM
Subject:    Re: meeting

Cameron,

Looking over the cs set now, I may need all the time I can get to work on
it before it's due at midnight.  So will you be around Wednesday morning
or early afternoon to go over this stuff?  If not I could definitely fit
it in tomorrow, but the extra hour or so to look over the set might be
helpful if it's possible to meet Wednesday instead.  Sorry to keep
pushing it back...

Mark

On Tue, 25 Nov 2003, Cameron Winklevoss wrote:

> Hey,
> No worries.  lets shoot for 3pm tommorow in Kirkland.  I can come to your
> room, or we could meet in the dinning hall.  Whichever you prefer (but your
> room might be better since we can look at the site, etc.).  How does that
> sound?
> -Cameron
>
>
> ----- Original Message -----
> From: "Mark Elliot Zuckerberg" <mzuckerb@fas.harvard.edu>
> To: "Cameron Winklevoss" <winklev@fas.harvard.edu>
> Sent: Tuesday, November 25, 2003 3:35 AM
> Subject: Re: meeting
>
>
> > Hey man,
> >
> > Sorry I had to cancel at the last minute tonight.  I have a cs problem set
> > that will probably take up most of my day tomorrow, but we should be able
> > to meet in the afternoon for a little while.  I get out of class at 2:30
> > and will probably go over to work around 4, so maybe we could meet
> > sometime in there?  Let me know.
> >
> > Mark
> >
> > On Mon, 24 Nov 2003, Cameron Winklevoss wrote:
> >
> > > hey mark,
> > > what is a good time for you to meet tommorow?
> > > -Cameron
> >
> >

C004579

# REDACTED

ge 1

| | |
|---|---|
| **From:** | "Cameron Winklevoss" <winklev@fas.harvard.edu> |
| **To:** | "Mark Elliot Zuckerberg" <mzuckerb@fas.harvard.edu> |
| **Date:** | 11/25/03 11:55AM |
| **Subject:** | Re: meeting |

Mark,
As it stands now, I'm leaving tonight. It would be possible to condense the
meeting to 20-25 min (I don't think we'll need too much time). Does that
put you in too much of a bind? Let me know
-Cameron


----- Original Message -----
From: "Mark Elliot Zuckerberg" <mzuckerb@fas.harvard.edu>
To: "Cameron Winklevoss" <winklev@fas.harvard.edu>
Sent: Tuesday, November 25, 2003 4:36 AM
Subject: Re: meeting


> Cameron,
>
> Looking over the cs set now, I may need all the time I can get to work on
> it before it's due at midnight. So will you be around Wednesday morning
> or early afternoon to go over this stuff? If not I could definitely fit
> it in tomorrow, but the extra hour or so to look over the set might be
> helpful if it's possible to meet Wednesday instead. Sorry to keep
> pushing it back...
>
> Mark
>
> On Tue, 25 Nov 2003, Cameron Winklevoss wrote:
>
> > Hey,
> > No worries. lets shoot for 3pm tommorow in Kirkland. I can come to
> your
> > room, or we could meet in the dinning hall. Whichever you prefer (but
> your
> > room might be better since we can look at the site, etc.). How does
> that
> > sound?
> > -Cameron
> >
> >
> > ----- Original Message -----
> > From: "Mark Elliot Zuckerberg" <mzuckerb@fas.harvard.edu>
> > To: "Cameron Winklevoss" <winklev@fas.harvard.edu>
> > Sent: Tuesday, November 25, 2003 3:35 AM
> > Subject: Re: meeting
> >
> >
> > > Hey man,
> > >
> > > Sorry I had to cancel at the last minute tonight. I have a cs problem
> set
> > > that will probably take up most of my day tomorrow, but we should be
> able

C004580

# REDACTED



> > > to meet in the afternoon for a little while.  I get out of class at
2:30
> > > and will probably go over to work around 4, so maybe we could meet
> > > sometime in there?  Let me know.
> > >
> > > Mark
> > >
> > > On Mon, 24 Nov 2003, Cameron Winklevoss wrote:
> > >
> > > > hey mark,
> > > > what is a good time for you to meet tommorow?
> > > > -Cameron
> >
> >

C004581

# REDACTED

| | |
|---|---|
| **From:** | "Mark Elliot Zuckerberg" <mzuckerb@fas.harvard.edu> |
| **To:** | "Cameron Winklevoss" <winklev@fas.harvard.edu> |
| **Date:** | 11/25/03 12:16PM |
| **Subject:** | Re: meeting |

That should work, but I'd like to ask a tf some questions during his
office hours, which run until 3, so maybe we could push the meeting back
until around 3:15 so I don't keep you waiting.  I'll see you in the
Kirkland dining hall then.

Mark

On Tue, 25 Nov 2003, Cameron Winklevoss wrote:

> Mark,
> As it stands now, I'm leaving tonight.  It would be possible to condense the
> meeting to 20-25 min (I don't think we'll need too much time).  Does that
> put you in too much of a bind?  Let me know
> -Cameron
>
>
> ----- Original Message -----
> From: "Mark Elliot Zuckerberg" <mzuckerb@fas.harvard.edu>
> To: "Cameron Winklevoss" <winklev@fas.harvard.edu>
> Sent: Tuesday, November 25, 2003 4:36 AM
> Subject: Re: meeting
>
>
> > Cameron,
> >
> > Looking over the cs set now, I may need all the time I can get to work on
> > it before it's due at midnight.  So will you be around Wednesday morning
> > or early afternoon to go over this stuff?  If not I could definitely fit
> > it in tomorrow, but the extra hour or so to look over the set might be
> > helpful if it's possible to meet Wednesday instead.  Sorry to keep
> > pushing it back...
> >
> > Mark
> >
> > On Tue, 25 Nov 2003, Cameron Winklevoss wrote:
> >
> > > Hey,
> > > No worries. lets shoot for 3pm tommorow in Kirkland.  I can come to
> your
> > > room, or we could meet in the dinning hall.  Whichever you prefer (but
> your
> > > room might be better since we can look at the site, etc.).  How does
> that
> > > sound?
> > > -Cameron
> > >
> > >
> > > ----- Original Message -----
> > > From: "Mark Elliot Zuckerberg" <mzuckerb@fas.harvard.edu>
> > > To: "Cameron Winklevoss" <winklev@fas.harvard.edu>
> > > Sent: Tuesday, November 25, 2003 3:35 AM

C004582

# REDACTED

age 2

> > > Subject: Re: meeting
> > >
> > >
> > > > Hey man,
> > > >
> > > > Sorry I had to cancel at the last minute tonight.  I have a cs problem
> set
> > > > that will probably take up most of my day tomorrow, but we should be
> able
> > > > to meet in the afternoon for a little while.  I get out of class at
> 2:30
> > > > and will probably go over to work around 4, so maybe we could meet
> > > > sometime in there?  Let me know.
> > > >
> > > > Mark
> > > >
> > > > On Mon, 24 Nov 2003, Cameron Winklevoss wrote:
> > > >
> > > > > hey mark,
> > > > > what is a good time for you to meet tommorow?
> > > > > -Cameron
> > >
> > >
> >
> >

C004583

# REDACTED

**From:**       "Cameron Winklevoss" <winklev@fas.harvard.edu>
**To:**          "Mark Elliot Zuckerberg" <mzuckerb@fas.harvard.edu>
**Date:**       11/25/03 2:41PM
**Subject:**    Re: meeting

okay 3:15 it is. see you there
-Cameron


----- Original Message -----
From: "Mark Elliot Zuckerberg" <mzuckerb@fas.harvard.edu>
To: "Cameron Winklevoss" <winklev@fas.harvard.edu>
Sent: Tuesday, November 25, 2003 12:16 PM
Subject: Re: meeting


> That should work, but I'd like to ask a tf some questions during his
> office hours, which run until 3, so maybe we could push the meeting back
> until around 3:15 so I don't keep you waiting. I'll see you in the
> Kirkland dining hall then.
>
> Mark
>
> On Tue, 25 Nov 2003, Cameron Winklevoss wrote:
>
> > Mark,
> > As it stands now, I'm leaving tonight. It would be possible to condense the
> > meeting to 20-25 min (I don't think we'll need too much time). Does that
> > put you in too much of a bind? Let me know
> > -Cameron
> >
> >
> > ----- Original Message -----
> > From: "Mark Elliot Zuckerberg" <mzuckerb@fas.harvard.edu>
> > To: "Cameron Winklevoss" <winklev@fas.harvard.edu>
> > Sent: Tuesday, November 25, 2003 4:36 AM
> > Subject: Re: meeting
> >
> >
> > > Cameron,
> > >
> > > Looking over the cs set now, I may need all the time I can get to work on
> > > it before it's due at midnight. So will you be around Wednesday morning
> > > or early afternoon to go over this stuff? If not I could definitely fit
> > > it in tomorrow, but the extra hour or so to look over the set might be
> > > helpful if it's possible to meet Wednesday instead. Sorry to keep
> > > pushing it back...
> > >
> > > Mark
> > >
> > > On Tue, 25 Nov 2003, Cameron Winklevoss wrote:

C004584

# REDACTED



> > >
> > > > Hey,
> > > > No worries. lets shoot for 3pm tommorow in Kirkland. I can come to
> > your
> > > > room, or we could meet in the dinning hall. Whichever you prefer
(but
> > your
> > > > room might be better since we can look at the site, etc.). How does
> > that
> > > > sound?
> > > > -Cameron
> > > >
> > > >
> > > > —-- Original Message ——-
> > > > From: "Mark Elliot Zuckerberg" <mzuckerb@fas.harvard.edu>
> > > > To: "Cameron Winklevoss" <winklev@fas.harvard.edu>
> > > > Sent: Tuesday, November 25, 2003 3:35 AM
> > > > Subject: Re: meeting
> > > >
> > > >
> > > > > Hey man,
> > > > >
> > > > > Sorry I had to cancel at the last minute tonight. I have a cs
problem
> > set
> > > > > that will probably take up most of my day tomorrow, but we should
be
> > able
> > > > > to meet in the afternoon for a little while. I get out of class
at
> > 2:30
> > > > > and will probably go over to work around 4, so maybe we could meet
> > > > > sometime in there? Let me know.
> > > > >
> > > > > Mark
> > > > >
> > > > > On Mon, 24 Nov 2003, Cameron Winklevoss wrote:
> > > > >
> > > > > > hey mark,
> > > > > > what is a good time for you to meet tommorow?
> > > > > > -Cameron
> > > >
> > > >
> >
> >

# REDACTED



**From:**      "Cameron Winklevoss" <winklev@fas.harvard.edu>
**To:**        <twinklev@fas.harvard.edu>, "Divya Narendra" <narendra@fas.harvard.edu>, "Mark
Elliot Zuckerberg" <mzuckerb@fas.harvard.edu>
**Date:**      11/29/03 12:57AM
**Subject:**   Harvard Connection

Mark,
Hope your thanksgiving was good. I have compiled a preliminary list of nightclubs that are to be included
on the nightclub page (along with their info, reviews, etc.). I was thinking about using radial buttons to
select a club they want to go to. Once a person selects the club, and submits the info, it is put into a
temporary database. At 6pm on the day of the night they are going to, this list is emailed to the promoter
(I will supply the email address later). A person can also check to see what harvard students have signed
up to go to that club on a given night (so they can get a feel of the crowd, etc.) I also want to put action
pictures of people at each club but I'll get those to you a little bit later. I am also thinking about putting in
live concerts at middle east, but that will also be later.

Victor mentioned the ability to set up a page where we could update the info on the nightclub page on the
web? Is this possible, and can you do this? I think it would make updating, and keeping the events
current much easier. Also how about a message board where people can post their reviews of the nights?

Lastly, how is the site going? Do you have stuff up that we could beta test for you? I'm looking forward to
getting this thing rolling next week! Talk to you later
-Cameron


Info on top of page: HarvardConnection has compiled a list of the premiere nights of the hottest clubs and
lounges in the Boston area. We have brokered deals with promoters at these clubs to give all of our
registered users reduced admission on these given nights. Please select the night you would like to
attend. Once you have submitted your choice(s), you will be placed on the HarvardConnection list. In
order to receive reduced cover, you must bring proper identification (driver's license) with your name on it.
For those clubs marked with a *, it is highly recommended that you arrive at 11pm, or due to overcrowding
you may not be gauranteed admission. Your selection must be submitted no later than 6pm the night of.
Thank you and enjoy!

Wednesday
Pravda 116
Address: 116 Boylston Street (Theater District), Boston
Telephone: (617) 482-7799
MBTA Stop: Boylston
Age: 21+
www.pravda116.com
Voted Boston's best nightclub in 2002 by the Improper Bostonian, Pravda, which means "truth" and was the
name of the Soviet state newspaper, is a Russian chic night spot with a bar in the front and a nightclub
back. Located in the Theater District in Boston, on Wednesday nights you can brush up on your salsa and
merengue dancing in the front as DJJC spins, or check out the latest house music in the back.

Thursday
Aria *
Address: 246 Tremont Street, Boston
Phone: (617) 338-7080
MBTA Stop: Boylston
Age: guys 21+, ladies 19+ with proper college ID
www.ariaboston.com
A night dedicated to Boston's fashion and modelin industry, featuring live fashion shows, industry parties

C004586

# REDACTED

and events.  DJ Roger M. spins high energy Euro & Hip Hop.

Friday
Venu *
Address: 100 Warrenton Street, Boston
Telephone: (617) 338-8061
MBTA Stop: Boylston
Age: 21+
The pale walls, art-deco style, high heels and dancing bodies in this Theater District nightclub seem to be transplanted from the Miami scene. Several resident DJs host theme nights for city clubbers and the international set, including International Fridays and Greek Saturdays. Jackets are required, and you will see a lot of Armani and Versace attire on the dance floor.  (Yahoo Travel)

Saturday
Venu * (see above)

Trio
Address: 174 Lincoln Street, Boston
Telephona: (617) 357-TRIO
Age: 21+
www.trioboston.com
The scene-meisters have declared it cool, a happening place for the lounge set. The Euro-brats, the artsy crowd, the dot-com late nighters, and the all-in-black sipping pink cosmos move through there, wending their way to the vast bar past the dining area. (Boston Globe)

Sunday
33
Address: 33 Stanhope Street, Boston
Telephone: (617) 572-3311
Age: 21+
www.33restaurant.com
For the hippest of hip, head to the newly-opened 33 Restaurant & Lounge co-owners Greg Den Herder and Igor Blatnik have provided a modern space filled with colorful, dramatic lighting and funky stairwells, a top-notch sound system,
and an "art" room for private functions. (Welcome to Boston).

# REDACTED

**From:**     "Mark Elliot Zuckerberg" <mzuckerb@fas.harvard.edu>
**To:**        "Cameron Winklevoss" <winklev@fas.harvard.edu>
**Date:**      11/30/03 5:24AM
**Subject:**   Re: Harvard Connection

Hey Cameron,

It turns out I forgot to bring my charger home with me for Thanksgiving so
I haven't had access to my laptop since the battery ran out Wednesday
evening. So I still need to get the registration page up but I'll do that
once I get back tomorrow (Sunday) evening so everything will be ready for
testing by Monday. Sorry for the delay there.

I read over all the stuff you sent and it seems like it shouldn't take too
long to implement, so we can talk about that after I get all the basic
functionality up tomorrow night. I had another idea for directing people
to parties on campus, but I don't know how easily it can be incorporated
into this project. We'll speak about it though.

I'll shoot you an email late tomorrow evening when I get everything up on
the server.

Mark

On Sat, 29 Nov 2003, Cameron Winklevoss wrote:

> Mark,
> Hope your thanksgiving was good. I have compiled a preliminary list of nightclubs that are to be
included on the nightclub page (along with their info, reviews, etc.). I was thinking about using radial
buttons to select a club they want to go to. Once a person selects the club, and submits the info, it is put
into a temporary database. At 6pm on the day of the night they are going to, this list is emailed to the
promoter (I will supply the email address later). A person can also check to see what harvard students
have signed up to go to that club on a given night (so they can get a feel of the crowd, etc.) I also want to
put action pictures of people at each club but I'll get those to you a little bit later. I am also thinking about
putting in live concerts at middle east, but that will also be later.
>
> Victor mentioned the ability to set up a page where we could update the info on the nightclub page on
the web? Is this possible, and can you do this? I think it would make updating, and keeping the events
current much easier. Also how about a message board where people can post their reviews of the nights?
>
> Lastly, how is the site going? Do you have stuff up that we could beta test for you? I'm looking forward
to getting this thing rolling next week! Talk to you later
> -Cameron
>
>
>
>
> Info on top of page: HarvardConnection has compiled a list of the premiere nights of the hottest clubs
and lounges in the Boston area. We have brokered deals with promoters at these clubs to give all of our
registered users reduced admission on these given nights. Please select the night you would like to
attend. Once you have submitted your choice(s), you will be placed on the HarvardConnection list. In
order to receive reduced cover, you must bring proper identification (driver's license) with your name on it.
For those clubs marked with a *, it is highly recommended that you arrive at 11pm, or due to overcrowding
you may not be gauranteed admission. Your selection must be submitted no later than 6pm the night of.
Thank you and enjoy!
>

# REDACTED

age 2

> Wednesday
> Pravda 116
> Address: 116 Boylston Street (Theater District), Boston
> Telephone: (617) 482-7799
> MBTA Stop: Boylston
> Age: 21+
> www.pravda116.com
> Voted Boston's best nightclub in 2002 by the Improper Bostonian, Pravda, which means "truth" and was the name of the Soviet state newspaper, is a Russian chic night spot with a bar in the front and a nightclub back. Located in the Theater District in Boston, on Wednesday nights you can brush up on your salsa and merengue dancing in the front as DJJC spins, or check out the latest house music in the back.
>
> Thursday
> Aria *
> Address: 246 Tremont Street, Boston
> Phone: (617) 338-7080
> MBTA Stop: Boylston
> Age: guys 21+, ladies 19+ with proper college ID
> www.ariaboston.com
> A night dedicated to Boston's fashion and modelin industry, featuring live fashion shows, industry parties and events. DJ Roger M. spins high energy Euro & Hip Hop.
>
> Friday
> Venu *
> Address: 100 Warrenton Street, Boston
> Telephone: (617) 338-8061
> MBTA Stop: Boylston
> Age: 21+
> The pale walls, art-deco style, high heels and dancing bodies in this Theater District nightclub seem to be transplanted from the Miami scene. Several resident DJs host theme nights for city clubbers and the international set, including International Fridays and Greek Saturdays. Jackets are required, and you will see a lot of Armani and Versace attire on the dance floor. (Yahoo Travel)
>
> Saturday
> Venu * (see above)
>
> Trio
> Address: 174 Lincoln Street, Boston
> Telephone: (617) 357-TRIO
> Age: 21+
> www.trioboston.com
> The scene-meisters have declared it cool, a happening place for the lounge set. The Euro-brats, the artsy crowd, the dot-com late nighters, and the all-in-black sipping pink cosmos move through there, wending their way to the vast bar past the dining area. (Boston Globe)
>
> Sunday
> 33
> Address: 33 Stanhope Street, Boston
> Telephone: (617) 572-3311
> Age: 21+
> www.33restaurant.com
> For the hippest of hip, head to the newly-opened 33 Restaurant & Lounge co-owners Greg Den Herder and Igor Blatnik have provided a modern space filled with colorful, dramatic lighting and funky stairwells, a top-notch sound system,
> and an "art" room for private functions. (Welcome to Boston).

# REDACTED

**From:**      "Mark Elliot Zuckerberg" <mzuckerb@fas.harvard.edu>
**To:**        "Cameron Howard Winklevoss" <winklev@fas.harvard.edu>
**Date:**      12/1/03 6:20AM
**Subject:**   meeting

Cameron,

I put together one of the two registration pages so I have everything
working on my system now.  I tried to upload everything to the main server
and some things weren't working perfectly so I'll take a look at them
tomorrow.  Do you want to meet up on Tuesday to go over everything we
have?  I could probably meet for an hour or two that evening if you want.

I'll keep you posted as I patch stuff up and it starts to become
completely functional.

Mark

C004590

# REDACTED

**From:**      "Cameron Winklevoss" <winklev@fas.harvard.edu>
**To:**        "Mark Elliot Zuckerberg" <mzuckerb@fas.harvard.edu>
**Date:**      12/3/03 8:46PM
**Subject:**   meeting

hey mark,
let's try and meet tonight.  How does sometime around 10 sound?
-Cameron

C004591

# REDACTED

age 1

| | |
|---|---|
| **From:** | "Mark Elliot Zuckerberg" <mzuckerb@fas.harvard.edu> |
| **To:** | "Cameron Winklevoss" <winklev@fas.harvard.edu> |
| **Date:** | 12/4/03 4:03AM |
| **Subject:** | Re: meeting |

Hey man,

Sorry I was unreachable tonight. I just got about three of your missed calls. I was working on a problem set and I had my phone silenced in my pocket the whole time, wondering why nobody was calling me...

Anyhow, let's try to meet up Friday morning/early afternoon if that works for you. Let's set up a time now so we don't miss each other on the day of. How does noon sound in Kirkland? We can meet in the dining hall and then come up to my room or you can just come straight to H-33 if you want. Let me know.

Mark

On Wed, 3 Dec 2003, Cameron Winklevoss wrote:

> hey mark,
> let's try and meet tonight. How does sometime around 10 sound?
> -Cameron

C004592

# REDACTED



From:       "Cameron Winklevoss" <winklev@fas.harvard.edu>
To:         "Mark Elliot Zuckerberg" <mzuckerb@fas.harvard.edu>
Date:       12/4/03 7:51PM
Subject:    Re: meeting

Mark,
Lets shoot for 12:20-12:30 (divya is free then). Let's meet in your room so
we can talk and view the website at the same time.
-Cameron

----- Original Message -----
From: "Mark Elliot Zuckerberg" <mzuckerb@fas.harvard.edu>
To: "Cameron Winklevoss" <winklev@fas.harvard.edu>
Sent: Thursday, December 04, 2003 4:03 AM
Subject: Re: meeting


> Hey man,
>
> Sorry I was unreachable tonight. I just got about three of your missed
> calls. I was working on a problem set and I had my phone silenced in my
> pocket the whole time, wondering why nobody was calling me...
>
> Anyhow, let's try to meet up Friday morning/early afternoon if that works
> for you. Let's set up a time now so we don't miss each other on the day
> of. How does noon sound in Kirkland? We can meet in the dining hall and
> then come up to my room or you can just come straight to H 33 if you want.
> Let me know.
>
> Mark
>
> On Wed, 3 Dec 2003, Cameron Winklevoss wrote:
>
> > hey mark,
> > let's try and meet tonight. How does sometime around 10 sound?
> > -Cameron

# REDACTED



**From:**       "Cameron Winklevoss" <winklev@fas.harvard.edu>
**To:**          <twinklev@fas.harvard.edu>, "Divya Narendra" <narendra@fas.harvard.edu>, "Mark Elliot Zuckerberg" <mzuckerb@fas.harvard.edu>
**Date:**       12/4/03 10:36PM
**Subject:**   HC Team

Hey guys,
So the plan is to meet tommorow at 12:30 in Mark's room in Kirkland House (H-33).  See you all there
-Cameron

C004594

# REDACTED

| | |
|---|---|
| **From:** | "Cameron Winklevoss" <winklev@fas.harvard.edu> |
| **To:** | "Mark Elliot Zuckerberg" <mzuckerb@fas.harvard.edu> |
| **Date:** | 12/6/03 5:52PM |
| **Subject:** | HC ideas |

Hey Mark,
I was thinking about ideas that might possibly help the site.

1.)
One idea I came up with is an "incest rating". This number would be calculated everytime you look at a person's profile. Essentially it is a measure of how close your interests and the person's interests you are looking at are. This should be calculated as follows:
House: First determine if they are in the same house. If not, then determine river vs. quad
Major: First determine if they are in the same major. If not, then determine science vs. humanities
Atheletics: First determine if they are in the same sport. If not, then determine athlete vs. non-athelete
Smoking: Smoker vs. Non-smoker
etc.....

For each a value should be assigned, and then calculated. I think you get the idea. In any event it would be funny to see how closely related and how "incestuous" it would be to request a date with a give person.

2.)
As we talked before, we should definitely have a recommendation function. I think this should be something on the left bar when a person logs In (as opposed to when they search). If the person wants recommendations, they press the button, and an algorithm gives them several people. I think this should be calculated based on what that the person searches for/who they choose to look at. Divya thought there should be some random element in it, so that they could get recommeneded people from all ranges of the spectrum. I'm not sure what I think about this, but perhaps there could be some random element incorporated into it (obviously people viewing the site shouldn't know this, for all they know its a thoughtfully calculated recommendation).

3.)
How about a "matchmaker" function on the leftbar. This would allow a user to set up a date between two people (presumable friends) on the site they think would work well together. This would eliminate any embarasement an individual might have about directly contacting another person to go on a date. Some quality control measures, however, would have to be taken so that silly or prank matches aren't made. in order to prevent for example a person from setting up two straight guys with each other, we should only allow matches that concur with the sex that a given user is looking for (i.e. straight guys can only be set up with straight girls, gays with gays, etc.). We could also limit the number of matches a person can make per week.

4.)
I don't think we set down guildines for people who have not yet registered. I think that we should allow them to do searches on both date/connect, but only see the thumbnales and a few lines of their description field. When they click a thumbnail to view the profile, they should be directed to the registration page.


Im not sure how revolutionary these ideas are, but I think they are on the track to setting our site apart from other dating sites. Let me know what you think, and if you've thought of anything else. In the meantime, I'm continuing to think up stuff.
-Cameron

**CC:**        <twinklev@fas.harvard.edu>, "Divya Narendra" <narendra@fas.harvard.edu>

C004595

# REDACTED

age 1

| | |
|---|---|
| **From:** | "Cameron Winklevoss" <winklev@fas.harvard.edu> |
| **To:** | "Mark Elliot Zuckerberg" <mzuckerb@fas.harvard.edu>, <twinklev@fas.harvard.edu>, "Divya Narendra" <narendra@fas.harvard.edu> |
| **Date:** | 12/9/03 10:34PM |
| **Subject:** | HC |

Hey Mark,
let's meet tommorow.  When are you available?
-Cameorn

C004596

# REDACTED

| | |
|---|---|
| **From:** | "Mark Elliot Zuckerberg" <mzuckerb@fas.harvard.edu> |
| **To:** | "Cameron Winklevoss" <winklev@fas.harvard.edu> |
| **Date:** | 12/10/03 4:22AM |
| **Subject:** | Re: HC |

Cameron,

The week has been pretty busy thus far, so I haven't gotten a chance to do much work on the site or even think about it really, so I think it's probably best to postpone meeting until we have more to discuss. I'm also really busy tomorrow so I don't think I'd be able to meet then anyway. I'll keep you posted on what I'm working on though so you can see the latest versions of everything on the site.

Mark

On Tue, 9 Dec 2003, Cameron Winklevoss wrote:

> Hey Mark,
> let's meet tommorow. When are you available?
> -Cameorn

# REDACTED

| | |
|---|---|
| **From:** | "Cameron Winklevoss" <winklev@fas.harvard.edu> |
| **To:** | "Mark Elliot Zuckerberg" <mzuckerb@fas.harvard.edu> |
| **Date:** | 12/10/03 9:27AM |
| **Subject:** | Re: HC |

mark,
okay. Let's just make sure to meet before we head off for break.
-Cameron


----- Original Message -----
From: "Mark Elliot Zuckerberg" <mzuckerb@fas.harvard.edu>
To: "Cameron Winklevoss" <winklev@fas.harvard.edu>
Sent: Wednesday, December 10, 2003 4:22 AM
Subject: Re: HC


> Cameron,
>
> The week has been pretty busy thus far, so I haven't gotten a chance to do
> much work on the site or even think about it really, so I think it's
> probably best to postpone meeting until we have more to discuss.  I'm also
> really busy tomorrow so I don't think I'd be able to meet then anyway.
> I'll keep you posted on what I'm working on though so you can see the
> latest versions of everything on the site.
>
> Mark
>
> On Tue, 9 Dec 2003, Cameron Winklevoss wrote:
>
> > Hey Mark,
> > let's meet tommorow.  When are you available?
> > -Cameorn
>

C004598

# REDACTED



| | |
|---|---|
| **From:** | "Cameron Winklevoss" <winklev@fas.harvard.edu> |
| **To:** | "Mark Elliot Zuckerberg" <mzuckerb@fas.harvard.edu>, "Divya Narendra" |
| | <narendra@fas.harvard.edu>, <twinklev@fas.harvard.edu>, <winklev@fas.harvard.edu> |
| **Date:** | 12/14/03 2:07PM |
| **Subject:** | meeting |

Hey guys,
lets meet today.  Let me know what time is good.
-Cameron

C004599

# REDACTED



**From:**      "Cameron Winklevoss" <winklev@fas.harvard.edu>
**To:**        "Mark Elliot Zuckerberg" <mzuckerb@fas.harvard.edu>
**Date:**      12/15/03 4:34PM
**Subject:**   hey

hey dude,
what's the good word?  when are you free to meet?
-Cameron

C004600

# REDACTED

ge 1

| | |
|---|---|
| **From:** | "Mark Elliot Zuckerberg" <mzuckerb@fas.harvard.edu> |
| **To:** | "Cameron Winklevoss" <winklev@fas.harvard.edu> |
| **Date:** | 12/15/03 4:38PM |
| **Subject:** | Re: hey |

When are you going to be around until? I have a cs problem set that I'm
just getting started with and it should be about 15 hours of coding, so
I'm hoping to be done by tomorrow evening. I'm busy tomorrow night though
so unless I finish really early, I won't really be free to meet until
Wednesday afternoon. Let me know if this works for you, and I'll let you
know if I get this set finished earlier...

Mark

On Mon, 15 Dec 2003, Cameron Winklevoss wrote:

> hey dude,
> what's the good word?  when are you free to meet?
> -Cameron

C004601

# REDACTED



**From:**      "Cameron Winklevoss" <winklev@fas.harvard.edu>
**To:**        "Mark Elliot Zuckerberg" <mzuckerb@fas.harvard.edu>
**Date:**      12/15/03 7:13PM
**Subject:**   Re: hey

I want to get out of her as earlier as possible on wednesday.  Let me know
if you get your problem set done early and we can meet up early tues night
(im busy from 7 onwards).  Otherwise lets go for late wed morning (around
11).  Let me know
-Cameron


\---- Original Message ----
From: "Mark Elliot Zuckerberg" <mzuckerb@fas.harvard.edu>
To: "Cameron Winklevoss" <winklev@fas.harvard.edu>
Sent: Monday, December 15, 2003 4:38 PM
Subject: Re: hey


> When are you going to be around until?  I have a cs problem set that I'm
> just getting started with and it should be about 15 hours of coding, so
> I'm hoping to be done by tomorrow evening.  I'm busy tomorrow night though
> so unless I finish really early, I won't really be free to meet until
> Wednesday afternoon.  Let me know if this works for you, and I'll let you
> know if I get this set finished earlier...
>
> Mark
>
> On Mon, 15 Dec 2003, Cameron Winklevoss wrote:
>
> > hey dude,
> > what's the good word?  when are you free to meet?
> > -Cameron
>

C004602

# REDACTED

age 1

| | |
|---|---|
| From: | "Cameron Winklevoss" <winklev@fas.harvard.edu> |
| To: | "Mark Elliot Zuckerberg" <mzuckerb@fas.harvard.edu> |
| Date: | 12/16/03 7:50PM |
| Subject: | IMPORTANT |

Mark,
let me know when/where I should meet you tommorow.
-Cameron

C004603

# REDACTED

| | |
|---|---|
| **From:** | "Mark Elliot Zuckerberg" <mzuckerb@fas.harvard.edu> |
| **To:** | "Cameron Winklevoss" <winklev@fas.harvard.edu> |
| **Date:** | 12/17/03 3:43PM |
| **Subject:** | Re: IMPORTANT |

Cameron,

Sorry I have not been reachable for the past few days. I've basically been in the lab the whole time working on a cs problem set which I'm still not finished with. I don't know when you're taking off -- I think you said something about this morning -- but I'm pretty sure I'll be done with the problem set before this evening so if you're still around we should be able to meet around 10pm. Let me know.

Mark

On Tue, 16 Dec 2003, Cameron Winklevoss wrote:

> Mark,
> let me know when/where I should meet you tommorow.
> -Cameron

C004604

# REDACTED



**From:**  "Cameron Winklevoss" <winklev@fas.harvard.edu>
**To:**  "Mark Elliot Zuckerberg" <mzuckerb@fas.harvard.edu>
**Date:**  12/17/03 5:43PM
**Subject:**  Re: IMPORTANT

I'll be here later tonight....how about 8pm?
-Cameron


----- Original Message -----
From: "Mark Elliot Zuckerberg" <mzuckerb@fas.harvard.edu>
To: "Cameron Winklevoss" <winklev@fas.harvard.edu>
Sent: Wednesday, December 17, 2003 3:43 PM
Subject: Re: IMPORTANT


> Cameron,
>
> Sorry I have not been reachable for the past few days.  I've basically
> been in the lab the whole time working on a cs problem set which I'm still
> not finished with.  I don't know when you're taking off -- I think you
> said something about this morning -- but I'm pretty sure I'll be done with
> the problem set before this evening so if you're still around we should be
> able to meet around 10pm.  Let me know.
>
> Mark
>
> On Tue, 16 Dec 2003, Cameron Winklevoss wrote:
>
> > Mark,
> > let me know when/where I should meet you tommorow.
> > -Cameron
>

# REDACTED



| | |
|---|---|
| **From:** | "Cameron Winklevoss" <winklev@fas.harvard.edu> |
| **To:** | "Mark Elliot Zuckerberg" <mzuckerb@fas.harvard.edu> |
| **Date:** | 12/17/03 9:11PM |
| **Subject:** | hey, |

hey,
Im going to be doing some stuff for the next hour or so, so I'll try and stop by your room after ten for a bit.

C004606

# REDACTED

 age 1

**From:**      "Mark Elliot Zuckerberg" <mzuckerb@fas.harvard.edu>
**To:**        "Cameron Winklevoss" <winklev@fas.harvard.edu>
**Date:**      12/17/03 9:24PM
**Subject:**   Re: your mail

I'm actually still not done with the problem set yet.  I'll email you if I
finish it up before midnight.

Mark

On Wed, 17 Dec 2003, Cameron Winklevoss wrote:

> hey,
> Im going to be doing some stuff for the next hour or so, so I'll try and stop by your room after ten for a
bit.
>

C004607

# REDACTED



| | |
|---|---|
| **From:** | "Cameron Winklevoss" <winklev@fas.harvard.edu> |
| **To:** | "Mark Elliot Zuckerberg" <mzuckerb@fas.harvard.edu> |
| **Date:** | 12/17/03 9:31PM |
| **Subject:** | Re: your mail |

k

----- Original Message -----
From: "Mark Elliot Zuckerberg" <mzuckerb@fas.harvard.edu>
To: "Cameron Winklevoss" <winklev@fas.harvard.edu>
Sent: Wednesday, December 17, 2003 9:24 PM
Subject: Re: your mail

> I'm actually still not done with the problem set yet.  I'll email you if I
> finish it up before midnight.
>
> Mark
>
> On Wed, 17 Dec 2003, Cameron Winklevoss wrote:
>
> > hey,
> > Im going to be doing some stuff for the next hour or so, so I'll try and
stop by your room after ten for a bit.
> >
>

C004608

# REDACTED



**From:**      "Cameron Winklevoss" <winklev@fas.harvard.edu>
**To:**        "Mark Elliot Zuckerberg" <mzuckerb@fas.harvard.edu>
**Date:**      12/17/03 11:21PM
**Subject:**   Re: your mail

Yo I'm here till tommorow, so let me know if you can meet either later
tongith when you are done, or early tommorow

----- Original Message -----
From: "Mark Elliot Zuckerberg" <mzuckerb@fas.harvard.edu>
To: "Cameron Winklevoss" <winklev@fas.harvard.edu>
Sent: Wednesday, December 17, 2003 9:24 PM
Subject: Re: your mail


> I'm actually still not done with the problem set yet.  I'll email you if I
> finish it up before midnight.
>
> Mark
>
> On Wed, 17 Dec 2003, Cameron Winklevoss wrote:
>
> > hey,
> > Im going to be doing some stuff for the next hour or so, so I'll try and
> stop by your room after ten for a bit.
> >
>

C004609

# REDACTED



**From:**      "Cameron Winklevoss" <winklev@fas.harvard.edu>
**To:**        "Mark Elliot Zuckerberg" <mzuckerb@fas.harvard.edu>
**Date:**      12/20/03 11:02AM
**Subject:**   hey

hey mark,
Hope your problem set went okay. I wanted to touch base with you about the site. We really want to have it up and running when we get back so we can start promoting the site. Its a great launch time, because i will be free to focus on the site, and students will be looking for diversions from studying. Do you think this it is possible to implement the things we talked about, and have an operational website by then? Sanjay is doing graphics work and he should have something for us very shortly. Let me know where you stand, and if you have any other ideas. Also, let me know a good time I can call you and talk to over the phone about the website. Thanks
-Cameron

C004610

# REDACTED

| | |
|---|---|
| **From:** | "Cameron Winklevoss" <winklev@fas.harvard.edu> |
| **To:** | "Mark Elliot Zuckerberg" <mzuckerb@fas.harvard.edu> |
| **Date:** | 12/25/03 4:20PM |
| **Subject:** | HC website |

Mark,
Good talking to you. So as we discussed before, this site is more of a utility, so we don't necessarily need a revolutionary idea to generate a lot of quick temporary traffic. That being said, it is imperative that we have it done before the 5th of January so we can get it off the ground. If its not done by then, then we it won't get out till Feb. I know you have a lot of stuff to do, but please make a good effort to get it done so we can start promoting it. Tyler, Divya, and myself want to leave a mark on Harvard with this site while we are here.

Here is the basic functionality that needs to be done by the 5th:

1.) incest rating-This number would be calculated every time you look at a person's profile. It is a measure of how close your interests and the person's interests you are looking at are. This should be calculated as follows:
House: First determine if they are in the same house. If not, then determine river vs. quad
Major: First determine if they are in the same major. If not, then determine science vs. humanities
Atheletics: First determine if they are in the same sport. If not, then determine athlete vs. non-athelete
Smoking: Smoker vs. Non-smoker
etc.....

For each a value should be assigned, and then calculated. I think you get the idea. In any event it would be funny to see how closely related and how "incestuous" it would be to request a date with a given person.

2.) Daily Recommendation-each time a member logs in, we recommend a match for them. I'm not sure what type of algorithm should be used, but I'm sure you can make up a pretty standard one like data match..or perhaps use an algorithm half the time, and the rest of time make it completely random (it doesn't matter as long as people don't know).

3.) Matchmaker function-This allows a third party user to set up a date between two users. This is a good way to break the ice between people, and eliminate an embarrassment an individual might have about directly contacting another person on the site. We would, however, have to implement some quality control measures so that there aren't silly prank matches being made (straight guy being set up by straight guy, etc.). Therefore, only allow matches that concur with the sex that a given user is looking for (I e straight guys can only be set up with straight girls, etc.) and limit number of matches a person can make each week.

4.) Non-registered users-I don't think we set down guidelines for people who have not yet registered. I think that we should allow them to do searches on both date/connect, but only see the thumbnails and a few lines of their description field. When they click a thumbnail to view the profile, they should be directed to the registration page.

5.) Connect Home-we need to update the quick search for the connect home. I think we decided on a job search, major search, and school search. I think we were going to separate it into 2 searches. 1 for employers (major select menu and school drop down menu) and 1 for students looking for an employer (job select menu).

5.) Nightclub Page-Lets try to set up this page with the info I sent you. I'm not sure we will be able to launch with it yet though, since it will take time to set up the contacts at the clubs. Also, make it so we can update/edit the info of the page via a web page.

6.) Finish Loose-ends-tie up the remaining stuff on connect and date, make sure links work, etc.

C004611

# REDACTED



I hope all of this makes sense. I think the functionality is pretty straightforward, and won't be too taxing to implement. Any new links of the left bar just put in as text (we'll get the graphcis figured out later). As I said before, we really need this thing up so we can spend the second semester promoting it. Let me know if you have any questions, and send me back an email letting me know what's up. Thanks
-Cameron

C004612

# REDACTED

ge 1

| | |
|---|---|
| **From:** | "Cameron Winklevoss" <winklev@fas.harvard.edu> |
| **To:** | "Mark Elliot Zuckerberg" <mzuckerb@fas.harvard.edu> |
| **Date:** | 1/2/04 1:05PM |
| **Subject:** | menu graphics |

http://www.eecs.harvard.edu/~sanjay/hc/

C004613

# REDACTED

age 1

From:      "Cameron Winklevoss" <winklev@fas.harvard.edu>
To:        "Mark Elliot Zuckerberg" <mzuckerb@fas.harvard.edu>
Date:      1/4/04 4:22PM
Subject:   connect homepage

hey mark,
use this image for the top left of the connecthompage.

C004614



C004615

# REDACTED

| | |
|---|---|
| **From:** | "Cameron Winklevoss" <winklev@fas.harvard.edu> |
| **To:** | "Mark Elliot Zuckerberg" <mzuckerb@fas.harvard.edu> |
| **Date:** | 1/6/04 10:28PM |
| **Subject:** | hey |

hey mark,
drop me a line when you get a chance.  Thanks
-Cameron

C004616

# REDACTED



**From:**       "Mark Elliot Zuckerberg" <mzuckerb@fas.harvard.edu>
**To:**         "Cameron Winklevoss" <winklev@fas.harvard.edu>
**Date:**       1/8/04 5:58AM
**Subject:**    Re: hey

Hey Cameron,

Sorry it's taken a while for me to get back to you. I'm completely
swamped with work this week. I have three programming projects and a
final paper due by Monday, as well as a couple of problem sets due Friday.
I'll be available to discuss the site again starting Tuesday.

As far as the site goes for now, I've made some of the changes, although
not all of them, and they seem to be working on my computer. I have not
uploaded them to the live site yet though. I'll do this once I get
everything done. I'm still a little skeptical that we have enough
functionality in the site to really draw the attention and gain the
critical mass necessary to get a site like this to run. And in its
current state, if the site does get the type of traffic we're looking for,
I don't know if we have enough bandwidth from the ISP you're using to
handle the load without some serious image optimization, which will take a
few more days to implement.

Anyhow, we'll talk about it once I get everything else done. Sorry for
the delay in going live, but I guess it wasn't going to happen without new
images from Sanjay anyway, so I'm not the only one who's lagging.

We'll speak soon.

Mark

On Tue, 6 Jan 2004, Cameron Winklevoss wrote:

> hey mark,
> drop me a line when you get a chance. Thanks
> -Cameron

C004617

# REDACTED



**From:**     "Cameron Winklevoss" <winklev@fas.harvard.edu>
**To:**        "Mark Elliot Zuckerberg" <mzuckerb@fas.harvard.edu>
**Date:**      1/12/04 2:30PM
**Subject:**   hey

what time do you want to meet tommorow?
-CW

C004618

# REDACTED

**From:**      "Mark Elliot Zuckerberg" <mzuckerb@fas.harvard.edu>
**To:**        "Cameron Winklevoss" <winklev@fas.harvard.edu>
**Date:**      1/12/04 2:36PM
**Subject:**   Re: hey

Can we do wednesday instead?  I am free in the afternoon then.

On Mon, 12 Jan 2004, Cameron Winklevoss wrote:

> what time do you want to meet tommorow?
> -CW

C004619

# REDACTED

age 1

| | |
|---|---|
| **From:** | "Cameron Winklevoss" <winklev@fas.harvard.edu> |
| **To:** | "Mark Elliot Zuckerberg" <mzuckerb@fas.harvard.edu> |
| **Date:** | 1/12/04 2:39PM |
| **Subject:** | Re: hey |

yeah wed is fine.  let say 1pm your place.


----- Original Message -----
From: "Mark Elliot Zuckerberg" <mzuckerb@fas.harvard.edu>
To: "Cameron Winklevoss" <winklev@fas.harvard.edu>
Sent: Monday, January 12, 2004 2:36 PM
Subject: Re: hey


> Can we do wednesday instead?  I am free in the afternoon then.
>
> On Mon, 12 Jan 2004, Cameron Winklevoss wrote:
>
> > what time do you want to meet tommorow?
> > -CW
>

C004620

# REDACTED

| | |
|---|---|
| **From:** | "Mark Elliot Zuckerberg" <mzuckerb@fas.harvard.edu> |
| **To:** | "Cameron Winklevoss" <winklev@fas.harvard.edu> |
| **Date:** | 1/14/04 4:37AM |
| **Subject:** | Re: hey |

Hey sorry it took me a while to respond to this. Tomorrow should be fine
but we probably shouldn't use my room since my roommate will be writing a
paper all day long and I don't really want to disturb him. I also can't
meet for too long since whenever we meet, I'll be taking time away from a
project I'm working on with some other people that needs to be finished by
tomorrow night. But I think I can do 2:30-3:00 or so, so just name a
place and I'll be there.

Mark

On Mon, 12 Jan 2004, Cameron Winklevoss wrote:

> yeah wed is fine. let say 1pm your place.
>
>
> ----- Original Message -----
> From: "Mark Elliot Zuckerberg" <mzuckerb@fas.harvard.edu>
> To: "Cameron Winklevoss" <winklev@fas.harvard.edu>
> Sent: Monday, January 12, 2004 2:36 PM
> Subject: Re: hey
>
>
> > Can we do wednesday instead? I am free in the afternoon then.
> >
> > On Mon, 12 Jan 2004, Cameron Winklevoss wrote:
> >
> > > what time do you want to meet tommorow?
> > > -CW
> >
> >

# REDACTED

 age 1

**From:**      "Cameron Winklevoss" <winklev@fas.harvard.edu>
**To:**        "Mark Elliot Zuckerberg" <mzuckerb@fas.harvard.edu>
**Date:**      1/14/04 12:04PM
**Subject:**   Re: hey

okay lets do 2:30 kirkland dinning hall.
-Cameron


----- Original Message -----
From: "Mark Elliot Zuckerberg" <mzuckerb@fas.harvard.edu>
To: "Cameron Winklevoss" <winklev@fas.harvard.edu>
Sent: Wednesday, January 14, 2004 4:37 AM
Subject: Re: hey


> Hey sorry It took me a while to respond to this.  Tomorrow should be fine
> but we probably shouldn't use my room since my roommate will be writing a
> paper all day long and I don't really want to disturb him.  I also can't
> meet for too long since whenever we meet, I'll be taking time away from a
> project I'm working on with some other people that needs to be finished by
> tomorrow night.  But I think I can do 2:30-3:00 or so, so just name a
> place and I'll be there.
>
> Mark
>
> On Mon, 12 Jan 2004, Cameron Winklevoss wrote:
>
> > yeah wed is fine.  let say 1pm your place.
> >
> >
> > ----- Original Message -----
> > From: "Mark Elliot Zuckerberg" <mzuckerb@fas.harvard.edu>
> > To: "Cameron Winklevoss" <winklev@fas.harvard.edu>
> > Sent: Monday, January 12, 2004 2:36 PM
> > Subject: Re: hey
> >
> >
> > > Can we do wednesday instead?  I am free in the afternoon then.
> > >
> > > On Mon, 12 Jan 2004, Cameron Winklevoss wrote:
> > >
> > > > what time do you want to meet tommorow?
> > > > -CW
> > >
> >

C004622

# REDACTED

e1

| | |
|---|---|
| From: | "Cameron Winklevoss" <winklev@fas.harvard.edu> |
| To: | "Mark Elliot Zuckerberg" <mzuckerb@fas.harvard.edu> |
| Date: | 1/14/04 4:12PM |
| Subject: | Fw: connect homepage |

----- Original Message -----
From: Cameron Winklevoss
To: Mark Elliot Zuckerberg
Sent: Sunday, January 04, 2004 4:22 PM
Subject: connect homepage


hey mark,
use this image for the top left of the connecthompage.

C004623



C004624

# REDACTED

| | |
|---|---|
| **From:** | "Cameron Winklevoss" <winklev@fas.harvard.edu> |
| **To:** | "Mark Elliot Zuckerberg" <mzuckerb@fas.harvard.edu> |
| **Date:** | 1/14/04 9:45PM |
| **Subject:** | hey |

hey mark,
good meeting today.  Please let me know of anything/questions that comes up.  I'll be happy to try and answer/help with them.
Cheers,
Cameron

C004625

# REDACTED

| | |
|---|---|
| **From:** | "Cameron Winklevoss" <winklev@fas.harvard.edu> |
| **To:** | "Mark Elliot Zuckerberg" <mzuckerb@fas.harvard.edu> |
| **Date:** | 1/19/04 11:05PM |
| **Subject:** | frontpage |

Hey mark,

The front page should be model after www.ysl.com. We are going to take the (guy and girl) images off and leave the title and the left and right boxes. It was would neat if they could be programmed to appear and move to their respective sides when you move the cursor over the "harvardconnection" logo. Is this possible? If you don't know how to do it I'll try and figure it out.

-Cameron

C004626

# REDACTED

| | |
|---|---|
| **From:** | "Cameron Winklevoss" <winklev@fas.harvard.edu> |
| **To:** | "Mark Elliot Zuckerberg" <mzuckerb@fas.harvard.edu> |
| **Date:** | 1/22/04 1:37PM |
| **Subject:** | hey |

hey mark,
just checking to see how things are going.  Lemme know what's up
-Cameron

C004627

# REDACTED



| | |
|---|---|
| **From:** | "Cameron Winklevoss" <winklev@fas.harvard.edu> |
| **To:** | "Mark Elliot Zuckerberg" <mzuckerb@fas.harvard.edu> |
| **Date:** | 2/10/04 8:59PM |
| **Subject:** | Important Notice |

Mark,

It has come to our attention (Tyler, Divya and myself) that you have launched a website named TheFacebook.com. Prior to this launch, we had entered into an agreement with you under which you would help us develop our proprietary website (HarvardConnection) and do so in a timely manner (specifically noting that the window for launching our site was quickly closing).

Over the last three months, in breach of our agreement, and to our material detriment in reliance on your misrepresentations, fraud and/or other actionable behavior, for which we assert that damages are payable, you stalled the development of our website, while you were developing your own website in unfair competition with ours, and without our knowledge or agreement. You have also misappropriated our work product, including our ideas, thoughts, concepts and research.

At this time we have notified our counsel and are prepared to take action, based upon the above legal considerations.

We are also prepared to petition the Harvard University Administrative Board regarding your breach of ethical standards of conduct, as stated in the Student Handbook. Please note that our petition will be based on your violation of the College's expectations of honesty and forthrightness in your dealings with fellow students, your violation of the standard of high respect for the property and rights of others, and your lack of respect for the dignity of others. Misappropriation is also actionable under these ethical rules, as well as at law.

We demand the following in order to put a temporary stay to these actions, until we have fully evaluated your website and what actions we may take:

1. Cease and desist all further expansion and updates of TheFacebook.com;

2. State in writing to us that you have done so; and

3. State in writing that you will not disclose to any third person our work product, our agreement, or this demand.

4. These demands must be met no later than 5pm Wednesday February 11th, 2004

Notwithstanding your compliance with the above, we reserve the right to consider other action to further protect our rights and to recover damages against you. Your cooperation will prevent further violation of our rights and further damages.

Any failure to meet these demands will lead us to consider immediate action on both legal and ethical fronts. If you have any questions you are welcome to email me back or set up a meeting.

Cameron Winklevoss


Hardcopy also sent via University Mail

C004628

# REDACTED



| | |
|---|---|
| **From:** | "Cameron Winklevoss" <winklev@fas.harvard.edu> |
| **To:** | "Mark Elliot Zuckerberg" <mzuckerb@fas.harvard.edu> |
| **Date:** | 2/11/04 10:19PM |
| **Subject:** | Important Notice (2) |

Mark,

In response to your letter, we will extend our deadline until 5pm Thursday the 12th of February 2004. Again, we demand the following until we have fully evaluated your website and what actions we may take:

1. Cease and desist all further expansion and updates of TheFacebook.com. Leave TheFacebook.com as it stood as of Monday February 9th 2004;

2. Confirm in writing that you have done so; and

3. State in writing that you will not disclose to any third person our work product, our agreement, or this demand.

We note that your counsel stated "there is no formal agreement regarding work by Mr. Zuckerberg on the Harvard Connection ("HC") website". A formal agreement is not required, rather an oral agreement will suffice.

Your counsel also states that "TheFacebook.com is wholly unrelated to the HC website in its underlying code, purpose, structure and functionality, apart from the fact that both involve online directories, which by itself is hardly a protectable concept". The two websites are indeed related and our work is protected under misappropriation of work product.

Lastly, we find it interesting that neither you nor your counsel have addressed our material detriment in reliance on your misrepresentations and the many ethical standards of conduct which you have breached, as outlined in the Student Handbook.

In response to copyright infringement, if we do choose to launch our site we will not use any of your code.

If our demands are not met we will initially pursue an ethical route while we continue to examine our legal options. If any of the demands are unclear, feel free to set up a meeting.

Cameron Winklevoss

Hardcopy delivered via University Mail

C004629

# REDACTED

**From:**    "Mark Elliot Zuckerberg" <mzuckerb@fas.harvard.edu>
**To:**      "Cameron Howard Winklevoss" <winklev@fas.harvard.edu>
**Date:**    2/12/04 5:43PM
**Subject:** Re: Important Notice (2)

Cameron,

In response to your email, I would like to let you know that I have no intention of disclosing your work product, any of your ideas, or your demands.

>From the initiation of this project, I perceived it as a non-business oriented venture, with its primary purpose of developing an interesting product to aid the Harvard community. You asserted this yourself when I asked about the business model around the site. Originally, I was intrigued by the project and was asked to finish the Connect side of the web site. I did this, and in doing so, I realized over time that my concept of the web site was not as it had initially been portrayed by yourself and Divya.

When we met in January, I expressed my doubts about the site (where it stood with graphics, how much programming was left that I had not anticipated, the lack of hardware we had to deal with site use, the lack of promotion that would go on to successfully launch the web site, etc) and suggested that you have Victor or someone else work on it if you wanted it to be launched as quickly as possible. Further, I told you that I had other projects I was working on, and that those were higher priorities than finishing the HarvardConnection site. Based on this meeting, your claims of material detriment are not applicable.

After this meeting, and not before, I began working on Thefacebook, using none of the same code nor functionality that is present in HarvardConnection. This was a separate venture, and did not draw on any of the ideas discussed in our meetings. The only common aspects of the site are that users can upload information about and images of themselves, and that information is searchable. The idea of an online directory is not protectable, so any coincidental similarity between our sites is not a misappropriation of your work product.

Finally, I think I have as much of a reason to be disappointed with this arrangement as you do, since I worked with the expectation that I would be included in the overall development and control of the project but found that I was being subjected to demands on my time without truly being made a part of the development team and without receiving any other compensation.

If you would like to meet to discuss any of this, I am willing to meet with you alone. Let me know...

Mark

# REDACTED



| | |
|---|---|
| **From:** | "Cameron Winklevoss" <winklev@fas.harvard.edu> |
| **To:** | "Mark Elliot Zuckerberg" <mzuckerb@fas.harvard.edu> |
| **Date:** | 2/12/04 8:12PM |
| **Subject:** | Important Notice (3) |

Mark,

Your response is unsatisfactory. You have failed to meet our demands. We are going to proceed with our plan of action as outlined in the previous emails.

Cameron