**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| CONNECTU LLC,<br><br>                        Plaintiff,<br><br>    v.<br><br>MARK ZUCKERBERG, EDUARDO SAVERIN, DUSTIN MOSKOVITZ, ANDREW MCCOLLUM, CHRISTOPHER HUGHES, and FACEBOOK, INC.,<br><br>                        Defendants.<br>MARK ZUCKERBERG and FACEBOOK, INC.,<br><br>                        Counterclaimants,<br><br>    v.<br><br>CONNECTU LLC,<br><br>                        Counterdefendant,<br><br>    and<br><br>CAMERON WINKLEVOSS, TYLER WINKLEVOSS, and DIVYA NARENDRA,<br><br>                        Additional Counterdefendants. | CIVIL ACTION NO. 1:04-cv-11923 (DPW)<br><br>District Judge Douglas P. Woodlock<br><br>Magistrate Judge Robert B. Collings |

**[PROPOSED] ORDER GRANTING PLAINTIFF'S ASSENTED-TO MOTION
TO SEAL PLAINTIFF'S PROPOSED REPLY (AND EXHIBITS 6, 7, 8, and 9) TO
FACEBOOK DEFENDANTS' OPPOSITION TO CONNECTU'S MOTION TO COMPEL
FACEBOOK DEFENDANTS' PRODUCTION OF DOCUMENTS IN RESPONSE TO
<u>REQUEST FOR PRODUCTION NOS. 171, 174-182, AND 184-187</u>**

Having Considered Plaintiff ConnectU LLC's Assented-To Motion to Seal

Plaintiff's Proposed Reply (and Exhibits 6, 7, 8, and 9) To Facebook Defendants'

Opposition To ConnectU's Motion To Compel Facebook Defendants' Production of

2

Documents In Response to Request For Production Nos. 171, 174-182, And 184-187, this Court orders as follows:

      ConnectU is granted leave to file the above-mentioned documentes under seal pursuant to the parties' Stipulated Protective Order.

**SO ORDERED**

DATED: _____                    _____
District Judge Douglas P. Woodlock
Magistrate Judge Robert B. Collings