**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| CONNECTU LLC,<br><br>                    Plaintiff,<br><br>     v.<br><br>MARK ZUCKERBERG, EDUARDO SAVERIN, DUSTIN MOSKOVITZ, ANDREW MCCOLLUM, CHRISTOPHER HUGHES, and FACEBOOK, INC.,<br><br>                    Defendants.<br><br>MARK ZUCKERBERG and FACEBOOK, INC.,<br><br>                    Counterclaimants,<br><br>     v.<br><br>CONNECTU LLC,<br><br>                    Counterdefendant,<br><br>     and<br><br>CAMERON WINKLEVOSS, TYLER WINKLEVOSS, and DIVYA NARENDRA,<br><br>                    Additional Counterdefendants. | CIVIL ACTION NO. 1:04-cv-11923 (DPW)<br><br>District Judge Douglas P. Woodlock<br><br>Magistrate Judge Robert B. Collings |

**EXHIBIT 9 TO PLAINTIFF'S PROPOSED REPLY TO FACEBOOK DEFENDANTS' OPPOSITION TO CONNECTU'S MOTION TO COMPEL FACEBOOK DEFENDANTS' PRODUCTION OF DOCUMENTS IN RESPONSE TO
REQUEST FOR PRODUCTION NOS. 171, 174-182, AND 184-187**

# DOCUMENT FILED UNDER SEAL