

**E-mail:**

**Password:**

Login  Register

**Facebook is an online directory that connects people through social networks at schools.**

Now there are two Facebooks: one for people in **college** and one for people in **high school**.

The site is open to a lot of schools, but not everywhere yet. We're working on it.

You can use Facebook to:

- Look up people at your school.
- See how people know each other.
- Find people in your classes and groups.



about   contact   jobs   advertise   terms   privacy
a Mark Zuckerberg production
Facebook © 2006