**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| CONNECTU LLC,<br><br>       Plaintiff,<br><br>  v.<br><br>MARK ZUCKERBERG, EDUARDO SAVERIN, DUSTIN MOSKOVITZ, ANDREW MCCOLLUM, CHRISTOPHER HUGHES, and FACEBOOK, INC.,<br><br>       Defendants.<br><br>MARK ZUCKERBERG and FACEBOOK, INC.,<br><br>       Counterclaimants,<br><br>  v.<br><br>CONNECTU LLC,<br><br>       Counterdefendant,<br><br>  and<br><br>CAMERON WINKLEVOSS, TYLER WINKLEVOSS, and DIVYA NARENDRA,<br><br>       Additional Counterdefendants. | CIVIL ACTION NO. 1:04-cv-11923 (DPW)<br><br>District Judge Douglas P. Woodlock<br><br>Magistrate Judge Robert B. Collings |

**[PROPOSED] ORDER GRANTING ASSENTED-TO MOTION**
**FOR LEAVE TO FILE PLAINTIFF'S REPLY TO FACEBOOK DEFENDANTS'**
**OPPOSITION TO CONNECTU'S MOTION TO COMPEL FACEBOOK DEFENDANTS'**
**PRODUCTION OF DOCUMENTS IN RESPONSE TO**
**<u>REQUEST FOR PRODUCTION NOS. 171, 174-182, AND 184-187</u>**

Having Considered Plaintiff ConnectU LLC's Assented-To Motion for Leave to File Reply to Facebook Defendants' Opposition to ConnectU's Motion to Compel Facebook Defendants' Production of Documents in Response to Request for Production Nos. 171, 174-182, and 184-187, this Court orders as follows:

      ConnectU is granted leave to file the Reply attached as Exhibit A to its Motion for Leave.

**SO ORDERED**

DATED: _____                               _____
                                                              District Judge Douglas P. Woodlock
                                                              Magistrate Judge Robert B. Collings