## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CONNECTU LLC,<br><br>                      Plaintiff,<br><br>    v.<br><br>MARK ZUCKERBERG, EDUARDO SAVERIN, DUSTIN MOSKOVITZ, ANDREW MCCOLLUM, CHRISTOPHER HUGHES, and FACEBOOK, INC.,<br><br>                      Defendants.<br><br>MARK ZUCKERBERG and FACEBOOK, INC.,<br><br>                      Counterclaimants,<br><br>    v.<br><br>CONNECTU LLC,<br><br>                      Counterdefendant,<br><br>    and<br><br>CAMERON WINKLEVOSS, TYLER WINKLEVOSS, and DIVYA NARENDRA,<br><br>                  Additional Counterdefendants. | CIVIL ACTION NO. 1:04-cv-11923 (DPW)<br><br>District Judge Douglas P. Woodlock<br><br>Magistrate Judge Robert B. Collings |

## [PROPOSED] ORDER GRANTING ASSENTED-TO MOTION
## FOR LEAVE TO FILE PLAINTIFF'S REPLY TO FACEBOOK DEFENDANTS' OPPOSITION TO CONNECTU'S MOTION TO COMPEL FACEBOOK DEFENDANTS' <u>ANSWERS TO INTERROGATORY NOS. 19-23</u>

      Having Considered Plaintiff ConnectU LLC's Assented-To Motion for Leave to File Reply to Facebook Defendants' Opposition to ConnectU's Motion to Compel Facebook Defendants' Answers to Interrogatory Nos. 19-23, this Court orders as follows:

ConnectU is granted leave to file the Reply attached as Exhibit A to its Motion for Leave.

**SO ORDERED**


DATED: _____                                  _____
                                                   District Judge Douglas P. Woodlock
                                                   Magistrate Judge Robert B. Collings

2