**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| CONNECTU LLC,<br><br>                                   Plaintiff,<br><br>      v.<br><br>MARK ZUCKERBERG, EDUARDO SAVERIN, DUSTIN MOSKOVITZ, ANDREW MCCOLLUM, CHRISTOPHER HUGHES, and FACEBOOK, INC.,<br><br>                                   Defendants.<br><br>MARK ZUCKERBERG and FACEBOOK, INC.,<br><br>                                   Counterclaimants,<br><br>      v.<br><br>CONNECTU LLC,<br><br>                                   Counterdefendant,<br><br>      and<br><br>CAMERON WINKLEVOSS, TYLER WINKLEVOSS, and DIVYA NARENDRA,<br><br>               Additional Counterdefendants. | CIVIL ACTION NO. 1:04-cv-11923 (DPW)<br>District Judge Douglas P. Woodlock<br><br>Magistrate Judge Robert B. Collings |

## ASSENTED-TO-MOTION TO ADMIT COUNSEL PRO HAC VICE ON BEHALF OF PLAINTIFF CONNECTU LLC

Pursuant to Local Rule 83.5.3(b) of the United States District Court for the District of Massachusetts, Jonathan M. Gelchinsky, a member of the bar of this Court and counsel of record for Plaintiff ConnectU LLC, and Counterdefendants Cameron Winklevoss, Tyler Winklevoss, and Divya Narendra (collectively "ConnectU"), hereby moves for the admission *pro hac vice* of Kenneth W. Curtis who is an attorney with the

law firm of Finnegan, Henderson, Farabow, Garrett & Dunner, L.L.P., Two Freedom Square, 11955 Freedom Drive, Reston, Virginia, 20190, as counsel for ConnectU.

In support of this motion, ConnectU hereby submits the accompanying declaration (Exhibit A) which states that (1) the above mentioned individual is a member of the bar in good standing in every jurisdiction where he has been admitted to practice; (2) there are no disciplinary proceedings pending against him as a member of the bar in any jurisdiction; and (3) he is familiar with the Local Rules of this District.

WHEREFORE, ConnectU respectfully requests that this Court grant this motion to admit counsel *pro hac vice* for the purposes of participating in this lawsuit.

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1

I hereby certify that counsel for the parties conferred on or about February 17, 2006 regarding the issues presented by this motion and that Defendants' counsel consents to this motion.

Dated: February 21, 2006        By:   /s/ Jonathan M. Gelchinsky

Lawrence R. Robins (BBO# 632610)
Jonathan M. Gelchinsky (BBO# 656282)
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, L.L.P.
55 Cambridge Parkway
Cambridge, Massachusetts  02142
Telephone:  (617) 452-1600
Facsimile:   (617) 452-1666
larry.robins@finnegan.com
jon.gelchinsky@finnegan.com

John F. Hornick (*pro hac vice*)
Margaret A. Esquenet (*pro hac vice*)
Troy E. Grabow (*pro hac vice*)
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, L.L.P.
901 New York Avenue N.W.

Washington, DC  20001
Telephone:  (202) 408-4000
Facsimile:   (202) 408-4400

Attorneys for Plaintiff and Counterclaim Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on February 21, 2006.

3