IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CONNECTU LLC,<br><br>                Plaintiff,<br><br>v.<br><br>MARK ZUCKERBERG, EDUARDO SAVERIN, DUSTIN MOSKOVITZ, ANDREW MCCOLLUM, CHRISTOPHER HUGHES, and FACEBOOK, INC.,<br><br>                Defendants.<br><br>MARK ZUCKERBERG and FACEBOOK, INC.,<br><br>                Counterclaimants,<br><br>v.<br><br>CONNECTU LLC,<br><br>                Counterdefendant,<br><br>and<br><br>CAMERON WINKLEVOSS, TYLER WINKLEVOSS, and DIVYA NARENDRA,<br><br>                Additional Counterdefendants. | CIVIL ACTION NO. 1:04-cv-11923 (DPW)<br>District Judge Douglas P. Woodlock<br><br>Magistrate Judge Robert B. Collings |

## DECLARATION OF KENNETH W. CURTIS IN SUPPORT OF CONNECTU LLC'S MOTION TO ADMIT COUNSEL PRO HAC VICE

I, Kenneth W. Curtis, declare that the following are true and correct under penalty of perjury, pursuant to 28 U.S.C. § 1746;

1. I am a member in good standing of the Bar of the Commonwealth of Virginia; the District of Columbia; and the State of Maryland.

2. There are no disciplinary proceedings pending against me in any court or jurisdiction.

1

3.  I am familiar with the Local Rules for the United States District Court for the District of Massachusetts.

_____
Kenneth W. Curtis