**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| CONNECTU LLC,<br><br>       Plaintiff,<br><br>  v.<br><br>MARK ZUCKERBERG, EDUARDO SAVERIN, DUSTIN MOSKOVITZ, ANDREW MCCOLLUM, CHRISTOPHER HUGHES, and FACEBOOK, INC.,<br><br>       Defendants.<br>MARK ZUCKERBERG and FACEBOOK, INC.,<br><br>       Counterclaimants,<br><br>  v.<br><br>CONNECTU LLC,<br><br>       Counterdefendant,<br><br>  and<br><br>CAMERON WINKLEVOSS, TYLER WINKLEVOSS, and DIVYA NARENDRA,<br><br>   Additional Counterdefendants. | CIVIL ACTION NO. 1:04-cv-11923<br><br>District Judge Douglas P. Woodlock<br><br>Magistrate Judge Robert B. Collings |

## NOTICE OF FILING WITH CLERK'S OFFICE

  Notice is hereby given that the documents, exhibits or attachments listed below have been manually filed with the Court and are available in paper form only:

- **EXHIBITS 3, 4, 6, 8, 9, 13, 18, 20, AND 21 TO CONNECTU'S SUMMARY OF MARCH 3, 2006 STATUS REPORT AND REQUESTS RELATED TO DISCOVERY PERMITTED BY NOVEMBER 18, 2005 ELECTRONIC ORDER**

The original documents are maintained in the case file in the Clerk's office.

Dated: March 10, 2006

/s/ John F. Hornick
Lawrence R. Robins (BBO# 632610)
Jonathan M. Gelchinsky (BBO# 656282)
FINNEGAN, HENDERSON, FARABOW,
 GARRETT & DUNNER, L.L.P.
55 Cambridge Parkway
Cambridge, MA  02142
Telephone:  (617) 452-1600
Facsimile:   (617) 452-1666
larry.robins@finnegan.com
jon.gelchinsky@finnegan.com

John F. Hornick (*pro hac vice*)
Margaret A. Esquenet (*pro hac vice*)
Troy E. Grabow (*pro hac vice*)
FINNEGAN, HENDERSON, FARABOW,
 GARRETT & DUNNER, L.L.P.
901 New York Avenue N.W.
Washington, DC  20001
Telephone:  (202) 408-4000
Facsimile:   (202) 408-4400

Attorneys for Plaintiff and Counterclaim Defendants

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on March 10, 2006.