**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| CONNECTU LLC, | CIVIL ACTION NO. 1:04-cv-11923 |
| Plaintiff, | District Judge Douglas P. Woodlock |
| v. | Magistrate Judge Robert B. Collings |
| MARK ZUCKERBERG, EDUARDO SAVERIN, DUSTIN MOSKOVITZ, ANDREW MCCOLLUM, CHRISTOPHER HUGHES, and FACEBOOK, INC., | |
| Defendants. | |
| MARK ZUCKERBERG and FACEBOOK, INC., | |
| Counterclaimants, | |
| v. | |
| CONNECTU LLC, | |
| Counterdefendant, | |
| and | |
| CAMERON WINKLEVOSS, TYLER WINKLEVOSS, and DIVYA NARENDRA, | |
| Additional Counterdefendants. | |

**ASSENTED-TO MOTION TO SEAL EXHIBITS 3, 4, 6, 8, 9, 13, 18,
20, AND 21 TO CONNECTU'S SUMMARY OF MARCH 3, 2006
STATUS REPORT AND REQUESTS RELATED TO DISCOVERY
PERMITTED BY NOVEMBER 18, 2005 ELECTRONIC ORDER**

Plaintiff ConnectU LLC, ("ConnectU") hereby moves to file under seal, pursuant to the Parties' Stipulated Protective Order entered by the Court in this case, Exhibits 3, 4, 6, 8, 9, 13, 18, 20, and 21 to the Summary of March 3, 2006

Status Report and Requests Related to Discovery Permitted by November 18, 2005 Electronic Order.

CERTIFICATION PURSUANT TO LOCAL RULE 7.1

I hereby certify that counsel for the parties have conferred regarding the issues presented by this motion and that Defendants' counsel (Robert Nagel for Facebook Defendants, Bhanu Sadasivan for defendant Eduardo Saverin) consent to this motion.

Respectfully submitted,

Dated:  March 10, 2006

/s/ John F. Hornick
Lawrence R. Robins (BBO# 632610)
Jonathan M. Gelchinsky (BBO# 656282)
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, L.L.P.
55 Cambridge Parkway
Cambridge, MA  02142
Telephone:  (617) 452-1600
Facsimile:   (617) 452-1666
larry.robins@finnegan.com
jon.gelchinsky@finnegan.com

John F. Hornick (*pro hac vice*)
Margaret A. Esquenet (*pro hac vice*)
Troy E. Grabow (*pro hac vice*)
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, L.L.P.
901 New York Avenue N.W.
Washington, DC  20001
Telephone:  (202) 408-4000
Facsimile:   (202) 408-4400

Attorneys for Plaintiff and Counterclaim Defendants

2

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on March 10, 2006.