**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| CONNECTU LLC,<br><br>                    Plaintiff,<br><br>    v.<br><br>MARK ZUCKERBERG, EDUARDO SAVERIN, DUSTIN MOSKOVITZ, ANDREW MCCOLLUM, CHRISTOPHER HUGHES, and FACEBOOK, INC.,<br><br>                    Defendants.<br><br>MARK ZUCKERBERG and FACEBOOK, INC.,<br><br>                  Counterclaimants,<br><br>    v.<br><br>CONNECTU LLC,<br><br>                  Counterdefendant,<br><br>    and<br><br>CAMERON WINKLEVOSS, TYLER WINKLEVOSS, and DIVYA NARENDRA,<br><br>                  Additional Counterdefendants. | CIVIL ACTION NO. 1:04-cv-11923<br><br>District Judge Douglas P. Woodlock<br><br>Magistrate Judge Robert B. Collings |

**[PROPOSED] ORDER GRANTING PLAINTIFF'S ASSENTED-TO MOTION TO SEAL EXHIBITS 3, 4, 6, 8, 9, 13, 18, 20, AND 21 TO CONNECTU'S SUMMARY OF MARCH 3, 2006 STATUS REPORT AND REQUESTS RELATED TO <u>DISCOVERY PERMITTED BY NOVEMBER 18, 2005 ELECTRONIC ORDER</u>**

Having Considered Plaintiff ConnectU LLC's Assented-To Motion to Seal Exhibits 3, 4, 6, 8, 9, 13, 18, 20, and 21, this Court orders as follows:

2

ConnectU is granted leave to file the above-mentioned documents under seal pursuant to the parties' Stipulated Protective Order.

**SO ORDERED**


DATED: _____                    _____
                                      District Judge Douglas P. Woodlock
                                      Magistrate Judge Robert B. Collings