**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| CONNECTU LLC,<br><br>    Plaintiff,<br><br> v.<br><br>MARK ZUCKERBERG, EDUARDO SAVERIN, DUSTIN MOSKOVITZ, ANDREW MCCOLLUM, CHRISTOPHER HUGHES, and FACEBOOK, INC.,<br><br>    Defendants.<br>MARK ZUCKERBERG and FACEBOOK, INC.,<br><br>    Counterclaimants,<br><br> v.<br><br>CONNECTU LLC,<br><br>    Counterdefendant,<br><br> and<br><br>CAMERON WINKLEVOSS, TYLER WINKLEVOSS, and DIVYA NARENDRA,<br><br> Additional Counterdefendants. | CIVIL ACTION NO. 1:04-cv-11923 (DPW)<br><br>District Judge Douglas P. Woodlock<br><br>Magistrate Judge Robert B. Collings |

**EXHIBIT 6 TO CONNECTU'S SUMMARY OF MARCH 3, 2006
STATUS REPORT AND REQUESTS RELATED TO DISCOVERY
<u>PERMITTED BY NOVEMBER 18, 2005 ELECTRONIC ORDER</u>**

# <u>DOCUMENT FILED UNDER SEAL</u>