| | |
|---|---|
| **From:** | Walker, Joshua [jwalker@orrick.com] |
| **Sent:** | Thursday, November 17, 2005 12:04 PM |
| **To:** | Grabow, Troy; Hornick, John |
| **Cc:** | Facebook/Connectu - OHS and Co-Counsel; robert.hawk@hellerehrman.com; Bhanu.Sadasivan@hellerehrman.com; dan.hampton@hklaw.com |//
| **Subject:** | Meet and Confer |

Dear Troy and John:

This email confirms your discussion yesterday with Monte Cooper and Robert Nagel related to the numerous hard disk drives possessed by Defendants. Specifically, we indicated that we would attempt to identify the location of all hard drives identified in response to interrogatories, as well as their "custodians". Please also be advised that we have recently located additional electronic devices which may include data from early to mid 2004. We are currently attempting to ascertain the contents. We currently have no information that suggests whether or not the devices contain responsive documents or relevant information. If they do, and without prejudice to our present motions, we will supplement earlier responses and production as necessary, including those which you discussed with Monte Cooper and Rob Nagel on Wednesday, November 16.

Regards,

JHW


**Joshua H. Walker**
Associate
Orrick, Herrington & Sutcliffe LLP
tel (650) 614-7339
fax (650) 614-7401
email jwalker@orrick.com
www.orrick.com


From Orrick, Herrington & Sutcliffe LLP <orrick.com> on 11/17/2005 09:01:45 AM
IRS Circular 230 disclosure:
To ensure compliance with requirements imposed by the IRS, we inform you that any tax advice contained in this communication, unless expressly stated otherwise, was not intended or written to be used, and cannot be used, for the purpose of (i) avoiding tax-related penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any tax-related matter(s) addressed herein.

==================================================================

NOTICE TO RECIPIENT: THIS E-MAIL IS MEANT FOR ONLY THE INTENDED RECIPIENT OF THE TRANSMISSION, AND MAY BE A COMMUNICATION PRIVILEGED BY LAW. IF YOU RECEIVED THIS E-MAIL IN ERROR, ANY REVIEW, USE, DISSEMINATION, DISTRIBUTION, OR COPYING OF THIS E-MAIL IS STRICTLY PROHIBITED. PLEASE NOTIFY US

11/17/2005

IMMEDIATELY OF THE ERROR BY RETURN E-MAIL AND PLEASE DELETE THIS MESSAGE FROM YOUR SYSTEM. THANK YOU IN ADVANCE FOR YOUR COOPERATION.
For more information about Orrick, please visit http://www.orrick.com/

11/17/2005