# EXHIBIT A

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CONNECTU LLC,<br><br>                        Plaintiff,<br><br>v.<br><br>MARK ZUCKERBERG, EDUARDO SAVERIN, DUSTIN MOSKOVITZ, ANDREW MCCOLLUM, CHRISTOPHER HUGHES AND THEFACEBOOK, INC.,<br><br>                        Defendants. | CIVIL ACTION No.: 1:04-cv-11923 (DPW) |
| MARK ZUCKERBERG, and THEFACEBOOK, INC.,<br><br>                        Counterclaimants,<br><br>v.<br><br>CONNECTU LLC, CAMERON WINKLEVOSS, TYLER WINKLEVOSS, and DIVYA NARENDRA,<br><br>                        Counterdefendants. | |

**DECLARATION OF EDUARDO SAVERIN**

      I, Eduardo Saverin, declare as follows:

      1.    I have personal knowledge of the facts stated below and could and would testify to those facts if called upon to do so.

      2.    Beginning in 2001, I have been a student at Harvard University. My Major at Harvard is Economics; I have not taken any computer science courses at Harvard.

During the 2003-2004 school year, I became one of the founders of Thefacebook, a defendant in this case.

3. I have never possessed on any computer hard drive or memory device belonging to me, any source code for Harvard Connection or any other website associated with Harvard Connection, ConnectU, Tyler Winklevoss, Cameron Winklevoss or Divya Narendra. Nor have I ever possessed on any computer hard drive or memory device belonging to me any source code for Thefacebook, Coursematch or Facemash.

4. During the 2003-2004 academic year, the computer that I used was a desktop computer that is now being used by my mother. My mother is a practicing psychotherapist in Florida, and uses that desktop computer in connection with her practice. The hard drive on that computer now contains highly confidential and private, patient-psychotherapist information.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on __8__ day of August, 2005, at __New York, NY__.


_Eduardo Saverin_
Eduardo Saverin