# EXHIBIT D



# ORRICK

ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 MARSH ROAD
MENLO PARK, CA 94025

tel 650-614-7400
fax 650-614-7401

WWW.ORRICK.COM

January 7, 2006

**VIA FEDERAL EXPRESS**

John F. Hornick, Esq.
Finnegan, Henderson, Farabow, Garrett & Dunner, LLP
901 New York Avenue N.W.
Washington, DC 20001

Re:  *ConnectU LLC v. Zuckerberg et al.*, Civil Action No. 1:04-cv-11923 (DPW)

Dear Mr. Hornick,

Please find enclosed Facebook Defendants' supplemental production of one compact disk, Bates labeled TFB000084. This CD contains the PHP and HTML source code recovered from the hard drive from Mark Zuckerberg's original computer he used at Harvard. The CD has been designated as Confidential pursuant to the protective order entered in this matter. If you have any questions, please do not hesitate to contact me at (650) 614-7612.

Very truly yours,

Robert D. Nagel

cc:    Robert B. Hawk, Esq. (via facsimile w/o attachment)
       Daniel K. Hampton, Esq. (via facsimile w/o attachment)
       Steve M. Bauer, Esq. (via facsimile w/o attachment)
       Jeremy Oczek, Esq. (via facsimile w/o attachment)

DOCSSV1:442155.1