# EXHIBIT E



# ORRICK

ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 MARSH ROAD
MENLO PARK, CA 94025

tel 650-614-7400
fax 650-614-7401

WWW.ORRICK.COM

February 2, 2006

**VIA FEDERAL EXPRESS**

John F. Hornick, Esq.
Finnegan, Henderson, Farabow, Garrett & Dunner, LLP
901 New York Avenue N.W.
Washington, DC 20001

Re:   *ConnectU LLC v. Zuckerberg et al.*, Civil Action No. 1:04-cv-11923 (DPW)

Dear Mr. Hornick,

Please find enclosed the Facebook Defendants' supplemental production of one disk, Bates labeled TFB000085. This disk contains any and all PHP source code last modified up through December 31, 2004 from various devices, including a server (called the "Maverick" server) that was used for the Facebook website at or near the time of its launch (folders 371-02 and 371-03) and a Dell Inspiron 8200 laptop (371-05) and a Sony Viao laptop (371-07), both used by Andrew McCollum. The "371-0_" folders correspond to different devices. Devices corresponding to folders 371-04, 371-06 and 371-08 did not contain any PHP code last modified by December 2004.

The PHP files on this disk contain any and all pre-2005 PHP files recovered from these devices. To the extent there are no PHP files from certain time periods on this disk, there were no PHP files recovered for those time periods. The Facebook Defendants are not withholding any pre-2005 PHP files recovered from these devices.

The disk has been designated as Confidential pursuant to the protective order entered in this matter. If you have any questions, please do not hesitate to contact me at (650) 614-7612.

Very truly yours,

*Rob Nagel*

Robert D. Nagel

cc:   John Hornick, Esq. (via email w/o attachment)
      Robert B. Hawk, Esq. (via email w/o attachment)
      Daniel K. Hampton, Esq. (via email w/o attachment)
      Steve M. Bauer, Esq. (via email w/o attachment)
      Jeremy Oczek, Esq. (via email w/o attachment)

DOCSSV1:444772.1