# EXHIBIT F



**ORRICK**

ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 MARSH ROAD
MENLO PARK, CA 94025

tel 650-614-7400
fax 650-614-7401
WWW.ORRICK.COM

February 15, 2006

*VIA FEDERAL EXPRESS*

John F. Hornick, Esq.
Finnegan, Henderson, Farabow, Garrett & Dunner, LLP
901 New York Avenue N.W.
Washington, DC 20001

Re:   *ConnectU LLC v. Zuckerberg et al.*, Civil Action No. 1:04-cv-11923 (DPW)

Dear Mr. Hornick,

Please find enclosed the Facebook Defendants' supplemental production of one disk, Bates labeled TFB000086. This disk contains PHP, HTML and PRL source code from two devices – Dustin Moskovitz's Maxtor hard drive and Andrew McCollum's WD Caviar hard drive, designated 371-09 and 371-10, respectively. In addition, this disk contains PRL source code from Mark Zuckerberg's hard drive (previously designated 371-01), Maverick server (371-02 and 371-03), Andrew McCollum's Dell Inspiron 8200 (371-05) and Sony Viao (371-07), and Dustin Moskovitz's ThinkPad (371-06). The code on this disk was limited to files with a date of last modification on or before December 31, 2004.

Upon production of this disk, we believe that we have produced all relevant recoverable source code found with a date of last modification on or before December 31, 2004.

The disk has been designated as Confidential pursuant to the protective order entered in this matter. If you have any questions, please do not hesitate to contact me at (650) 614-7612.

Very truly yours,

Robert D. Nagel

cc:   John Hornick, Esq. (via email w/o attachment)
      Robert B. Hawk, Esq. (via email w/o attachment)
      Daniel K. Hampton, Esq. (via email w/o attachment)
      Steve M. Bauer, Esq. (via email w/o attachment)
      Jeremy Oczek, Esq. (via email w/o attachment)

DOCSSV1:447690.1