# EXHIBIT G



**ORRICK**

ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 MARSH ROAD
MENLO PARK, CA 94025

tel 650-614-7400
fax 650-614-7401
WWW.ORRICK.COM

Amy Dalton
(650) 614-7418
adalton@orrick.com

March 6, 2006

*VIA FEDERAL EXPRESS AND EMAIL*

John F. Hornick, Esq.
Finnegan, Henderson, Farabow, Garrett & Dunner, LLP
901 New York Avenue N.W.
Washington, DC 20001

Re:   *ConnectU LLC v. Zuckerberg et al.*, Civil Action No. 1:04-cv-11923 (DPW)

Dear Mr. Hornick:

Please find enclosed Facebook Defendants' supplemental document production of one compact disk, containing documents Bates labeled TFB0000108-984. This CD contains the directory of previously produced source code files, which was discussed at the March 3, 2006 hearing before Judge Collings. This production has been designated as "CONFIDENTIAL" and should be treated as such pursuant to the stipulated protective order in place in this action.

Very truly yours,

Amy Dalton
Paralegal

cc:   Robert B. Hawk, Esq. (via e-mail w/o attachment)
      Steve M. Bauer, Esq. (via e-mail w/o attachment)
      Jeremy Oczek, Esq. (via e-mail w/o attachment)

DOCSSV1:450462.1