# EXHIBIT I



**ORRICK**

ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 MARSH ROAD
MENLO PARK, CA 94025

*tel* 650-614-7400
*fax* 650-614-7401
WWW.ORRICK.COM

March 15, 2006

Monte M.F. Cooper
(650) 614-7375
mcooper@orrick.com

*VIA FACSIMILE AND MAIL*

John F. Hornick, Esq.
Margaret A. Esquenet, Esq.
Troy Grabow, Esq.
Finnegan, Henderson, Farabow,
Garrett & Dunner, LLP
901 New York Avenue, N.W.
Washington, D.C. 20001

Re:    *ConnectU, LLC v. Zuckerberg, et. al.*, Civil Action No. 1:04-cv-11923 (DPW)

Dear John:

Both during your comments made at the outset of the hearing held before Magistrate Judge Collings on March 3, 2006, and again at page 4 of ConnectU's March 10, 2006 Summary and Status Report, ConnectU represents that a file exists on Device Number 371-02 that allegedly "deletes old versions" of any Harvard Connection or Facebook code. However, the specific file referenced in these statements has never been named; nor has its functionality been explained beyond ConnectU's statements that it deletes old versions of code.

Therefore, Facebook asks as a courtesy that you identify by March 17, 2005 the file to which you are referring, so that Facebook may address this issue in the Response that Magistrate Judge Collings requested. Your prompt attention to this request would be appreciated.

Very truly yours,

Monte M.F. Cooper

cc:    Robert B. Hawk, Esq. (via e-mail)
       Daniel K. Hampton, Esq. (via e-mail)
       Steve M. Bauer, Esq. (via e-mail)
       Jeremy Oczek, Esq. (via e-mail)

```
*************************
***   TX REPORT   ***
*************************


TRANSMISSION OK

TX/RX NO              2934
RECIPIENT ADDRESS     5799#16069#4#12024084400
DESTINATION ID
ST. TIME              03/15 14:05
TIME USE              00'53
PAGES SENT            2
RESULT                OK
```

**ORRICK**

ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 MARSH ROAD
MENLO PARK, CALIFORNIA 94025
TEL  650-614-7400
FAX  650-614-7401
WWW.ORRICK.COM

## FAX TRANSMISSION

DATE  03/15/06                          NO. OF PAGES(INCLUDING COVER SHEET)  **2**

FROM
*name*                    *tel*
Monte Cooper              (650) 614-7375

TO
*name*                *company/firm*        *tel*              *fax*

**John F. Hornick, Esq.**    FINNEGAN, HENDERSON,    (202) 408-4000    **(202) 408-4400**
**Troy E. Grabow, Esq.**     FARABOW, GARRETT &
**Margaret A. Esquenet, Esq.**   DUNNER, LLP

RE   *ConnectU LLC v. Zuckerberg et al.*

MESSAGE
Please see attached correspondence dated March 15, 2006.