# EXHIBIT J

## Dalton, Amy

**Sent:**           Wednesday, March 29, 2006 9:21 AM
**To:**              Dalton, Amy
**Subject:**       FW: March 15, 2006 Letter

```
-----Original Message-----
From: Hornick, John [mailto:John.Hornick@finnegan.com]
Sent: Friday, March 24, 2006 10:22 AM
To: Cooper, Monte
Cc: Walker, Joshua; dan.hampton@hklaw.com; Hawk, Robert B.; Grabow, Troy;
mthaler@proskauer.com; Hart, Pat; Nagel, Robert; Guy, Hopkins; Joczek; Chatterjee, I.
Neel; Sadasivan, Bhanu; Esquenet, Margaret
Subject: RE: March 15, 2006 Letter
```

Dear Monte:

This responds to your March 15, 2006 letter.  To date, Facebook Defendants have refused all of ConnectU's requests to identify the location of facebook.com code, coursematch code, facemash code, and/or Harvard Connection code they allege is present on TFB84-86. Facebook Defendants now make a similar request of ConnectU.  Facebook Defendants produced TFB84-86, so they should be knowledgeable of their contents.  During the hearing, ConnectU did not identify the device on which it found the program mentioned at the hearing, but did so in the summary filed 3/10/06.  ConnectU views your request for additional information as an attempt to obtain work product we chose not to reveal at the March 3 hearing or in the subsequent summary, which ConnectU developed at great expense due to the way that Facebook Defendants have conducted discovery in this action.

Sincerely,

John

John F. Hornick
Finnegan, Henderson, Farabow,
Garrett & Dunner, L.L.P.
901 New York Avenue, N.W.
Washington, D.C. 20001
Phone (direct): (202) 408-4076
Phone (main): (202) 408-4000
Fax: (202) 408-4400
E-Mail: john.hornick@finnegan.com
Firm Web site: www.finnegan.com

NOTICE: This e-mail is from a law firm and may contain information that is confidential, protected, or privileged. If you are not the intended recipient, please delete the e-mail and any attachments and notify us immediately. Thank you.