# EXHIBIT M



# ORRICK

ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 MARSH ROAD
MENLO PARK, CA 94025

tel 650-614-7400
fax 650-614-7401

WWW.ORRICK.COM

March 29, 2006

Monte M.F. Cooper
(650) 614-7375
mcooper@orrick.com

*VIA FACSIMILE AND MAIL*

Scott R. Mosko, Esq.
Finnegan, Henderson, Farabow, Garrett & Dunner, LLP
Stanford Research Park
3300 Hillview Drive
Palo Alto, California 94304-1203

Re:   *Facebook v. ConnectU et al.*

Dear Scott:

      Your letter to me dated March 23, 2006 accurately summarizes several of the agreements reached during our meet-and-confer held on March 22, 2006. However, it omits the separate agreement we reached whereby I understand that, consistent with the Court's February 17, 2006 Order, each of the individual Defendants will produce their own Declarations pursuant to C.C.P. § 2031.230 averring to their diligent search for documents.

      As I understood your explanations concerning those Declarations, all prior searches for documents were undertaken by Finnegan Henderson, and the only relevant records that exist are on the ConnectU server (rather than individual email accounts or personal computers of the individual Defendants). I further understand that all documents that have been generated by any of the Defendants since the original search made in the Boston action, and that are now responsive to discovery requests in the California case, have been produced either in Boston or in the two productions in this matter. I also understood that these facts will be encompassed in your further confirmation relating to information concerning California-based users referenced in point (2) of your March 23, 2006 letter.

      I also wish to confirm that on March 23, 2006, I advised you that the Facebook Defendants will not seek a protective order to enjoin the deposition of Mark Zuckerberg that previously had been noticed to occur on April 1, 2006, and even will allow you to ask questions related to Mr. Zuckerberg's efforts to locate electronic devices from which code in the Boston action has been produced. However, as I noted, that agreement was subject to the condition that if such questions are asked, we will advise the Court in Boston that no reason exists for further depositions in that litigation duplicating the inquiry. Accordingly, in discussions held on March 23, 2006 and March 24, 2006, we agreed to re-set the deposition of Mark Zuckerberg to April 6, 2006, beginning at 10:00 a.m. at Finnegan Henderson's Palo Alto offices.

DOCSSV1:453047.1



**ORRICK**

Scott R. Mosko, Esq.
March 29, 2006

.   I appreciate your efforts to resolve the various discovery and deposition matters we discussed. If you have any further questions relating to this matter, please do not hesitate to call.

Very truly yours,

Monte M.F. Cooper

cc:   John Hornick, Esq.
      Rudy Gadre, Esq.