# EXHIBIT N

# HellerEhrman LLP

May 31, 2005

Bhanu K. Sadasivan
bhanu.sadasivan@hellerehrman.com
Direct +1.650.324.7169
Direct Fax +1.650.324.6074
Main +1.650.324.7000
Fax +1.650.324.0638

*Via Federal Express*

41446.0003

John F. Hornick, Esq.
Finnegan Henderson Farabow Garrett & Dunner LLP
901 New York Avenue, NW
Washington, DC 20001-4413

Re:   *ConnectU LLC et al. v. TheFacebook, Inc. et al.*, Civil Action No. 04-11923-DWP

Dear Mr. Hornick:

Enclosed herewith are additional responsive documents which are bates numbered FACE 002795 through FACE 003231. All the code on the enclosed CD is confidential, notwithstanding that confidentiality is marked on the CD. Note that a large percentage of documents that have been produced are designated confidential under the protective order.

Very truly yours,

Bhanu K. Sadasivan

cc: Daniel K. Hampton

Heller Ehrman LLP  275 Middlefield Road  Menlo Park, CA 94025-3506  www.hellerehrman.com

Anchorage   Beijing   Hong Kong   Los Angeles   Madison, WI   New York   San Diego   San Francisco   Seattle
Silicon Valley   Singapore   Washington, D.C.