IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CONNECTU LLC,<br><br>    Plaintiff,<br><br>v.<br><br>MARK ZUCKERBERG, EDUARDO SAVERIN, DUSTIN MOSKOVITZ, ANDREW MCCOLLUM, CHRISTOPHER HUGHES, and FACEBOOK, INC.,<br><br>    Defendants. | CIVIL ACTION NO. 1:04-CV-11923 (DPW) |
| MARK ZUCKERBERG, and FACEBOOK, INC.,<br><br>    Counterclaimants,<br><br>v.<br><br>CONNECTU LLC,<br><br>    Counterdefendant,<br><br>and<br><br>CAMERON WINKLEVOSS, TYLER WINKLEVOSS, and DIVYA NARENDRA,<br><br>    Additional Counterdefendants. | |

## NOTICE OF FILING WITH CLERK'S OFFICE

Notice is hereby given that the exhibit listed below has been manually filed with the Court and are available in paper form only:

1. **EXHIBIT L** TO THE AFFIDAVIT OF MONTE COOPER IN SUPPORT OF THE FACEBOOK DEFENDANTS' RESPONSE TO CONNECTU'S RENEWED "FORENSIC RECOVERY" ARGUMENTS FROM THE MARCH 3, 2006 MOTIONS HEARING.

The original documents are maintained in the case file in the Clerk's Office.

Dated:  March 29, 2006.                                   Respectfully submitted,

                                                                         /s/ Monte M.F. Cooper /s/
                                                          Monte M.F. Cooper*
                                                          I. Neel Chatterjee*
                                                          G. Hopkins Guy, III*
                                                          Robert D. Nagel*
                                                          ORRICK, HERRINGTON & SUTCLIFFE LLP
                                                          1000 Marsh Road
                                                          Menlo Park, CA  94025
                                                          Telephone:  (650) 614-7400
                                                          Facsimile:   (650) 614-7401
                                                          hopguy@orrick.com
                                                          nchatterjee@orrick.com
                                                          mcooper@orrick.com
                                                          jwalker@orrick.com

                                                          Steve M. Bauer
                                                          Jeremy P. Oczek
                                                          PROSKAUER ROSE, LLP
                                                          One International Plaza, 14th Floor
                                                          Boston, MA 02110-2600
                                                          Telephone:     (617) 526-9600
                                                          Facsimile:     (617) 526-9899
                                                          sbauer@proskauer.com
                                                          joczek@proskauer.com

                                                          ATTORNEYS FOR MARK ZUCKERBERG,
                                                          DUSTIN MOSKOVITZ, ANDREW
                                                          MCCOLLUM, CHRISTOPHER HUGHES, and
                                                          THEFACEBOOK, INC.

                                                          * Admitted Pro Hac Vice