IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CONNECTU LLC,<br><br>    Plaintiff,<br><br>v.<br><br>MARK ZUCKERBERG, EDUARDO SAVERIN, DUSTIN MOSKOVITZ, ANDREW MCCOLLUM, CHRISTOPHER HUGHES, and THEFACEBOOK, INC.,<br><br>    Defendants.<br><br>MARK ZUCKERBERG, and THEFACEBOOK, INC.,<br><br>    Counterclaimants,<br><br>v.<br><br>CONNECTU LLC,<br><br>    Counterdefendant,<br><br>and<br><br>CAMERON WINKLEVOSS, TYLER WINKLEVOSS, and DIVYA NARENDRA,<br><br>    Additional Counterdefendants. | CIVIL ACTION NO. 1:04-CV-11923 (DPW) |

**ASSENTED-TO MOTION TO SEAL EXHIBIT L TO THE AFFIDAVIT OF MONTE COOPER IN SUPPORT OF THE FACEBOOK DEFENDANTS' RESPONSE TO CONNECTU'S RENEWED "FORENSIC RECOVERY" ARGUMENTS FROM THE <u>MARCH 3, 2006 MOTIONS HEARING</u>**

Defendants Mark Zuckerberg, Dustin Moskovitz, Andrew McCollum, Christopher Hughes, and TheFacebook, Inc.[1] ("The Facebook Defendants") hereby move to file under seal pursuant to the Stipulated Protective Order entered by the Court in this case, the following documents, exhibits and attachments:

1. **EXHIBIT L TO THE AFFIDAVIT OF MONTE COOPER IN SUPPORT OF THE FACEBOOK DEFENDANTS' RESPONSE TO CONNECTU'S RENEWED "FORENSIC RECOVERY" ARGUMENTS FROM THE MARCH 3, 2006 MOTIONS HEARING**

This motion is necessary to comply with the provisions of the Stipulated Protective Order.

**CERTIFICATION PURSUANT TO LOCAL RULE 7.1**

Counsel for the Facebook Defendants certifies that pursuant to Local Rule 7.1, the parties have conferred regarding the issues presented by this motion, and counsel for the plaintiff ConnectU and Eduardo Saverin (Troy E. Grabow and Daniel Hampton) consent to the motion.

---

[1] Defendant Eduardo Saverin is represented by separate counsel in this matter.

| | |
|---|---|
| Dated:  March 29, 2006. | Respectfully submitted,<br><br>_____/s/  Monte M. F. Cooper /s/_____<br>Monte M.F. Cooper*<br>I. Neel Chatterjee*<br>G. Hopkins Guy, III*<br>Robert D. Nagel*<br>ORRICK, HERRINGTON & SUTCLIFFE LLP<br>1000 Marsh Road<br>Menlo Park, CA  94025<br>Telephone:  (650) 614-7400<br>Facsimile:   (650) 614-7401<br>hopguy@orrick.com<br>nchatterjee@orrick.com<br>mcooper@orrick.com<br>rnagel@orrick.com<br><br>Steve M. Bauer<br>Jeremy P. Oczek<br>PROSKAUER ROSE, LLP<br>One International Plaza, 14th Floor<br>Boston, MA 02110-2600<br>Telephone:     (617) 526-9600<br>Facsimile:     (617) 526-9899<br>sbauer@proskauer.com<br>joczek@proskauer.com<br><br>ATTORNEYS FOR MARK ZUCKERBERG, DUSTIN MOSKOVITZ, ANDREW MCCOLLUM, CHRISTOPHER HUGHES, and THEFACEBOOK, INC.<br><br>* Admitted Pro Hac Vice |

## CERTIFICATE OF SERVICE

      I hereby certify that on March 29, 2006 a true and correct copy of the foregoing document was served on counsel of record by use of the Court's ECF system.

      /s/ Monte M. F. Cooper /s/
      Monte M. F. Cooper*

      * Admitted Pro Hac Vice

DOCSSV1:453108.1