# EXHIBIT A

## TO THE DECLARATION OF JAMES W. BUTTERWORTH



Computer and Enterprise Investigation Solutions

*Curriculum Vitae for* **James J. Butterworth**

## Statement of Qualifications

Twenty Years of distinguished and highly decorated service to the United States Navy with over Eleven years of hands-on experience in Computer Network Security, covering all aspects of vulnerability testing, perimeter defense installations, and Intrusion Detection techniques. He is experienced in providing support to legal investigations in the form of evidence seizure, computer forensic analysis, and data recovery. Specialist in Intrusion Detection datagram analysis, Incident Handling and Recovery of network attacks.

## Present Employment

**Guidance Software, Inc.**
Professional Services Division
Pasadena, California

Manager, Professional Services – 12/2005 – Present
Responsibilities: Conduct Incident Response and forensic examinations in support of corporate, civil and law enforcement investigations. Additional duties include managing computer forensic engagements with clients, directing and coordinating efforts of GSI examiners assigned to Professional Services Pasadena. Continues work performed as Sr. Forensic Consultant, and Project Manager, Incident Response.

Project Manager, Incident Response – 08/2005 – 12/2005
Responsibilities: Conduct Incident Response and forensic examinations in support of corporate, civil and law enforcement investigations. Additional duties include managing onsite Incident Response engagements with clients, directing and coordinating efforts of GSI examiners assigned as IR examiners. Continues work performed as Sr. Forensic Consultant.

Senior Forensic Consultant – 01/2004 – 08/2005
Responsibilities: Conduct forensic examinations in support of corporate, civil and law enforcement investigations. Additional duties include implementing and training clients on the various EnCase software solutions, best practices, and methodologies.

*Copyright © 2004 Guidance Software, Inc. May not be copied or reproduced without the written permission of Guidance Software, Inc.*



Computer and Enterprise Investigation Solutions

## Contact

Guidance Software, Inc
215 North Marengo Avenue, 2nd Floor
Pasadena, California 91101
Office: (626)229-9191 x239
Mobile: (626)381-8574
Fax: (626)229-9199
Email: jim.butterworth@guidancesoftware.com

## Professional Experience

**[Jun 1999-Current] Computer Forensic Consultant**

Performed forensic analysis on literally thousands of computers and removable devices in support of Civil and Criminal matters.

Performed permissive and court ordered non-permissive seizure, data extraction and replication, emergency recovery, and forensic analysis for criminal cases, domestic abuse investigations, child exploitation investigations, preserving evidence and providing definitive results by using professional licensed forensic software and employing industry standard MD5 algorithm verification methods.

Investigated thousands of computers subject to global hacking and data mining incidents involving the defense industry; investigated corporate theft of proprietary source code; performed Zero-day outbreak containment; Investigated intellectual property theft; traced spoofed emails to their source; identified victims of phishing expeditions; performed electronic discovery on large scale federal cases and mattes at the request of the Government Accounting Office (GAO); expert in evidence seizure; data recovery; corporate policy enforcement; Web defacement; harmful threat communications; and packet capture/analysis of unknown activity.

**[Oct 2002-Current] Fleet Information Warfare Center San Diego, CA**
**Computer Network Defense Intrusion Analyst**

Specifically requested for temporarily assignment to Commander Third Fleet as a Computer Network Defense Expert to assist in the development of tactics, techniques, and procedures for Afloat Computer Network Defense in Depth. Authored numerous documents and technical briefings to be used by Third Fleet personnel in defining requirements and justifying continued funding for this emerging Information Warfare discipline.

Conducted technical analysis of Embedded Firewall Network Interface Card technology, and Windows 2000 IPSec enforcement to ensure that the Host based defenses were on par with industry best practices and afforded the highest level of security. This analysis was used by SPAWARSYSCEN in technical briefings presented to a resource sponsor.

Master Level Intrusion Analyst for US Navy, serving in NIMITZ Carrier Strike Group during Operation Iraqi Freedom. Tasked with defending enterprise networks by installing and operating perimeter and internal defenses, ensuring system availability and data integrity during

*Copyright © 2004 Guidance Software, Inc. May not be copied or reproduced without the written permission of Guidance Software, Inc.*

Computer and Enterprise Investigation Solutions

wartime. Performed continuous penetration testing and vulnerability assessments of all Strike Group networks, resulting in several policy changes being implemented and zero incidents.

Developed preplanned responses and incident handling procedures for US Navy system administrators for detection of worms, Trojans, viruses, surveillance, penetration, and how to recognize these events by reviewing system logs, base lining network performance, and analyzing network datagrams.

Developed Computer Network Defense Job Qualification Requirement standard and implemented a training program for US Navy Computer Network Defense personnel. This ensured that all personnel were operating with the same knowledge and direction, and able to provide a uniform level of support.

## Court Experience

- Niitakaya vs. Golden Ginger Products, In the Los Angeles Superior Court, 2004
- Comerica vs. Commercial Capital Bancorp, In the Superior Court of the State of California, 2005
- 3700 Associates, LLP vs. D. Friedman, In the Court of Chancery of the State of Delaware, 2006

## Military Experience

**United States Navy**
Electronics Warfare Chief Petty Officer (NEC 1781/1734/9502)
03/1984 – 01/2004
*(Transferred to Fleet Reserve – (Retired))*
Electronic Warfare Technicians operate and conduct preventive maintenance on computer-controlled electronic equipment used for detection, analysis, and identification of radar emissions. They operate systems that produce high-power electronic signals used to deceive and jam enemy electronic sensors, including those associated with electronically guided weapons. They are responsible for interpreting incoming electronic signals to determine their source and location. They utilize computer databases to analyze the electronic intelligence they receive, allowing them to evaluate weapon and detection system capabilities and limitations.

## Professional Education

Pursuing B.S. Information Technology (3rd year), University of Phoenix; GPA 3.84



*Copyright © 2004 Guidance Software, Inc. May not be copied or reproduced without the written permission of Guidance Software, Inc.*



Computer and Enterprise Investigation Solutions

## Professional Training

SANS Incident Handling and Hacker Exploits Track (2005)
SANS Reverse Engineering Certificate track (2005)
EnCase Network Intrusion Examinations (2004)
EnCase Field Intelligence Model, Live Forensic Investigations (2004)
Incident Response, Forensic Analysis and Discovery (2004)
SANS Security Essentials and CISSP Common Body Knowledge (2003)
SANS Intrusion Detection in Depth (2000)
Advanced TCP/IP Troubleshooting and Network Support, Vortex, San Diego (1998)
UNIX System Administrator (1998)
Windows NT 4.0 System Administrator (1998)
MS Exchange Administrator (1998)
Novell 3.0 System Administrator (1998)
Alcatel/Xylan ATM switch factory training (1998)
Advanced PC Troubleshooting (1997)

## Professional Certifications

SANS GIAC Certified Intrusion Analyst (GCIA) #0129
EnCase Certified Examiner (EnCE)

## Memberships and Affiliations

High Technology Crime Investigation Association
Institute of Electrical & Electronics Engineers
Information Systems Security Association
Disabled American Veterans

## Public Speaking on Computer Forensics

CSI 16th Annual NetSec (2006), Scottsdale AZ
2nd Annual National Intelligence Conference and Exposition, Maryland (2006)
Computer and Enterprise Investigations Conference (CEIC), Las Vegas (2006)
INFOSECURITY Europe, London (2006)
3rd Annual Dept of Defense International Computer Crime Conference (2005), Germany
NEbraskaCERT Conference (2005), Omaha, NE
CSI 15th Annual NetSec (2005), Scottsdale AZ
DoD Cybercrime Conference (2005), Clearwater, FL
TOORCON (2005), San Diego, CA

*Copyright © 2004 Guidance Software, Inc. May not be copied or reproduced without the written permission of Guidance Software, Inc.*