IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CONNECTU LLC,<br><br>Plaintiffs,<br><br>v.<br><br>MARK ZUCKERBERG, EDUARDO SAVERIN, DUSTIN MOSKOVITZ, ANDREW MCCOLLUM, CHRISTOPHER HUGHES, and FACEBOOK, INC.,<br><br>Defendants.<br><br>MARK ZUCKERBERG, and FACEBOOK, INC.,<br><br>Counterclaimants,<br><br>v.<br><br>CONNECTU LLC,<br><br>Counterdefendant,<br><br>and<br><br>CAMERON WINKLEVOSS, TYLER WINKLEVOSS, and DIVYA NARENDRA,<br><br>Additional Counterdefendants. | CIVIL ACTION NO. 1:04-CV-11923 (DPW) |

## PROOF OF SERVICE VIA FEDERAL EXPRESS

I am more than eighteen years old and not a party to this action. My place of employment and business address is 1000 Marsh Road, Menlo Park, CA 94025.

On March 29, 2006, I delivered to the below listed individuals the following documents:

1. **EXHIBIT L TO THE AFFIDAVIT OF MONTE COOPER IN SUPPORT OF THE FACEBOOK DEFENDANTS' RESPONSE TO CONNECTU'S RENEWED "FORENSIC RECOVERY" ARGUMENTS FROM THE MARCH 3, 2006 MOTIONS HEARING**

| | |
|---|---|
| | By transmitting via facsimile the document(s) listed above to the fax number(s) set forth below before 5:00 p.m. on. |
| | By placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Menlo Park, California addressed as set forth below on. |
| | By causing personal delivery by WESTERN MESSENGER of the document(s) listed above to the person(s) at the address(es) set forth below. |
| | By personally delivering the document(s) listed above to the person(s) at the address(es) set forth below. |
| X | By placing a true and correct copy of the document(s) in a Federal Express envelope addressed as set forth below and then sealing the envelope, affixing a pre-paid Federal Express air bill, on March 29, 2006 and causing the envelope to be delivered to a Federal Express agent for delivery. |

**John F. Hornick, Esq,**
**Troy E. Grabow, Esq.**
Finnegan, Henderson, Farabow, Garrett &
Dunner, LLP
901 New York Ave.
Washington, D.C. 20001
Telephone: (202) 408-4000

### ATTORNEYS FOR PLAINTIFF CONNECTU

**Robert B. Hawk, Esq.**            **Daniel K. Hampton, Esq.**
**Bhanu K. Sadasivan, Esq.**        Holland & Knight, LLP
Heller Ehrman, LLP                  10 St. James Avenue, 11th Floor
275 Middlefield Road                Boston, MA 02116
Menlo Park, CA 94025                Telephone: (617) 523-2700
Telephone: (650) 324-7000

### ATTORNEYS FOR DEFENDANT EDUARDO SAVERIN

Executed on March 29, 2006, at Menlo Park, California. I declare under penalty of perjury that the foregoing is true and correct.

_____
Amy Dalton

DOCSSV1:453103.1
16069-4 A3D/A3D

From : Amy E. Dalton
Orrick Silicon Valley
1000 Marsh Rd.
-
Menlo Park CA 94025



FedEx Revenue Barcode



SHIP DATE : 29MAR2006

To : **Holland and Knight, LLP**
**Daniel Hampton**
**10 St. James Avenue, 11th Floor**
-
**Boston MA 02116**
**(617)-52-2700**

ACTUAL WEIGHT : 10

Bill Sender

REF: 016069-000004/008060

**RELEASE #**



DELIVERY ADDRESS BARCODE (FEDEX-EDR)
'none'

DELIVERY DAY : THU

Deliver By: 30Mar06

CAD #665804    Fedex **Priority Overnight**
TRK# **7156 1798 7710**  Form 0201

**BOS**

**XH GBRA**

A1

02116 - MA - US



---

PLEASE FOLD THIS SHIPPING DOCUMENT IN HALF AND PLACE IT IN A AIR WAYBILL POUCH AFFIXED TO YOUR SHIPMENT SO THAT THE BARCODE PORTION OF THE LABEL CAN BE READ AND SCANNED.
**** WARNING **** USE ONLY THE PRINTED ORIGINAL LABEL FOR SHIPPING. USING A PHOTOCOPY OF THIS LABEL FOR SHIPPING PURPOSE IS FRADULENT AND COULD RESULT IN ADDITIONAL BILLING CHARGES, ALONG WITH THE CANCELLATION OF YOUR FEDEX ACCOUNT NUMBER.

CLOSE WINDOW - You may only print one copy of the label.

FedEx FrontOffice Integration - Display Shipping Label    Page 1 of 1

From : Amy E. Dalton
Orrick Silicon Valley
1000 Marsh Rd.
-
Menlo Park CA 94025


FedEx Revenue Barcode



SHIP DATE : 29MAR2006

To : **Heller Ehrman White and McAuliff**
**Robert Hawk**
**275 Middlefield Rd**
-
**Menlo Park CA 94025**
**(650)-61-7418**

ACTUAL WEIGHT : 10

Bill Sender

REF: 016069-000004/008060



DELIVERY ADDRESS BARCODE (FEDEX-EDR)
'none'

**RELEASE #**

DELIVERY DAY : THU

Deliver By:   30Mar06

CAD #665804   Fedex **Priority Overnight**
TRK# **7156 1798 7700**  Form 0201    **SFO**

94025 - CA - US

**82 HGTA**

A2



---

PLEASE FOLD THIS SHIPPING DOCUMENT IN HALF AND PLACE IT IN A AIR WAYBILL POUCH AFFIXED TO YOUR SHIPMENT SO THAT THE BARCODE PORTION OF THE LABEL CAN BE READ AND SCANNED.
**** WARNING **** USE ONLY THE PRINTED ORIGINAL LABEL FOR SHIPPING. USING A PHOTOCOPY OF THIS LABEL FOR SHIPPING PURPOSE IS FRADULENT AND COULD RESULT IN ADDITIONAL BILLING CHARGES, ALONG WITH THE CANCELLATION OF YOUR FEDEX ACCOUNT NUMBER.

CLOSE WINDOW - You may only print one copy of the label.

From : Amy E. Dalton
Orrick Silicon Valley
1000 Marsh Rd.
-
Menlo Park CA 94025


FedEx Revenue Barcode



To : **Finnegan, Henderson, Farabow, Garre**
**John F. Hornick and Troy Grabow**
**901 New York Avenue N.W.**
-
**Washington DC 20001**
**(650)-61-7418**

REF: 016069-000004/008060


DELIVERY ADDRESS BARCODE (FEDEX-EDR)
'none'

CAD #665804    Fedex **Priority Overnight**
TRK# **7156 1798 7695**   Form 0201

20001 - DC - US

IAD
**XC NHKA**



SHIP DATE : 29MAR2006

ACTUAL WEIGHT : 10

Bill Sender

**RELEASE #**

DELIVERY DAY : THU

Deliver By: 30Mar06

A1

---

PLEASE FOLD THIS SHIPPING DOCUMENT IN HALF AND PLACE IT IN A AIR WAYBILL POUCH AFFIXED TO YOUR SHIPMENT SO THAT THE BARCODE PORTION OF THE LABEL CAN BE READ AND SCANNED.
**** WARNING **** USE ONLY THE PRINTED ORIGINAL LABEL FOR SHIPPING. USING A PHOTOCOPY OF THIS LABEL FOR SHIPPING PURPOSE IS FRADULENT AND COULD RESULT IN ADDITIONAL BILLING CHARGES, ALONG WITH THE CANCELLATION OF YOUR FEDEX ACCOUNT NUMBER.

CLOSE WINDOW - You may only print one copy of the label.