**Esquenet, Margaret**

| | |
|---|---|
| **From:** | dan.hampton@hklaw.com |
| **Sent:** | Tuesday, March 21, 2006 6:02 PM |
| **To:** | Esquenet, Margaret |
| **Cc:** | Hornick, John; MCOOPER@ORRICK.COM; Bhanu.Sadasivan@hellerehrman.com; jwalker@orrick.com; robert.hawk@hellerehrman.com; Grabow, Troy; Hart, Pat; rnagel@orrick.com; HOPGUY@Orrick.com; joczek@proskauer.com; NCHATTERJEE@Orrick.com |
| **Subject:** | RE: Discovery Conference Followup |

Margaret:

On behalf of defendant Saverin, our position with respect to the proposed amendments is as follows:

(1) It does not appear to us that the proposed amendments affect the claims against our client;
(2) Because the proposed amendments may affect the claims against the Facebook Defendants, we believe that Orrick's request (not set forth below but discussed extensively elsewhere) that ConnectU provide answers to certain questions they have put forward is reasonable;
(3) Because ConnectU is unable or unwilling to provide answers to those requests, we are not prepared to assent to a motion we have not yet had the chance to review without further explanation;
(4) Although if the proposed amendments are confined to those you have listed below and are satisfactorily explained by your proposed motion, we do not currently believe that we would file an independent opposition such a motion, we have to reserve any final judgment about whether we would oppose it or join any opposition that Orrick might make on behalf of the Facebook Defendants until we see the motion.

Let me know if you have any further questions.

Regards,
Dan
Holland + Knight
Daniel K. Hampton
Partner
Holland & Knight LLP

NOTICE: This e-mail is from a law firm, Holland & Knight LLP ("H&K"), and is intended solely for the use of the individual(s) to whom it is addressed. If you believe you received this e-mail in error, please notify the sender immediately, delete the e-mail from your computer and do not copy or disclose it to anyone else. If you are not an existing client of H&K, do not construe anything in this e-mail to make you a client unless it contains a specific statement to that effect and do not disclose anything to H&K in reply that you expect it to hold in confidence. If you properly received this e-mail as a client, co-counsel or retained expert of H&K, you should maintain its contents in confidence in order to preserve the attorney-client or work product privilege that may be available to protect confidentiality.

-----Original Message-----
From: Esquenet, Margaret [mailto:margaret.esquenet@finnegan.com]
Sent: Tuesday, March 21, 2006 5:41 PM
To: Hornick, John; Cooper, Monte; Bhanu.Sadasivan@hellerehrman.com
Cc: Walker, Joshua; dan.hampton@hklaw.com; robert.hawk@hellerehrman.com; Grabow, Troy; Hart, Pat; Nagel, Robert; Guy, Hopkins; Joczek; Chatterjee, I. Neel

1

Subject: RE: Discovery Conference Followup

Dear Bhanu:

We still have not received Defendant Saverin's response to ConnectU's request for consent to amend the Complaint. Although you indicated that others in your firm would address the issue, we have yet to receive any such correspondence.

We look forward to your early reply.

Sincerely,
Margaret


Margaret A. Esquenet
Finnegan, Henderson, Farabow, Garrett & Dunner, L.L.P.
901 New York Avenue, NW
Washington, DC 20001-4413
Tel: 202.408.4007
Fax: 202.408.4400
Email: margaret.esquenet@finnegan.com

-----Original Message-----
From: Hornick, John
Sent: Friday, February 24, 2006 6:34 PM
To: 'Cooper, Monte'; Bhanu.Sadasivan@hellerehrman.com
Cc: Walker, Joshua; dan.hampton@hklaw.com; robert.hawk@hellerehrman.com; Grabow, Troy; Esquenet, Margaret; Hart, Pat; Nagel, Robert; Guy, Hopkins; Joczek; Chatterjee, I. Neel
Subject: RE: Discovery Conference Followup


Dear Monte and Bhanu:

We wish to amend paragraph 48 of the First Amended Complaint to read as follows:

"48.    The actions of Defendants Zuckerberg, Moskovitz, McCollum, and Hughes described above constitute unfair or deceptive acts or practices in the conduct of trade or commerce within the meaning of M.G.L. ch. 93A, §§ 2, 9, and/or 11."

We also wish to amend the heading of the Second Claim for Relief to read as follows:

"SECOND CLAIM FOR RELIEF
Misappropriation of Trade Secrets
Massachusetts G.L. ch. 266, § 30(4) and ch. 93, § 42"

We also wish to amend Prayer for Relief G to read as follows:

"G.    Other relief as the Court may deem appropriate, including increased damages available under applicable law."

We also wish to amend paragraph 5 to read as follows:

2

."5.    Defendant Mark Zuckerberg is an individual and citizen of California."

Do Facebook Defendants (and Saverin) consent to these amendments? If not, we plan to raise them with the Court at the March 3, 2006 hearing.

Sincerely,

John

John F. Hornick
Finnegan, Henderson, Farabow,
Garrett & Dunner, L.L.P.
901 New York Avenue, N.W.
Washington, D.C. 20001
Phone (direct): (202) 408-4076
Phone (main): (202) 408-4000
Fax: (202) 408-4400
E-Mail: john.hornick@finnegan.com
Firm Web site: www.finnegan.com

NOTICE: This e-mail is from a law firm and may contain information that is confidential, protected, or privileged. If you are not the intended recipient, please delete the e-mail and any attachments and notify us immediately. Thank you.

This e-mail message is intended only for individual(s) to whom it is addressed and may contain information that is privileged, confidential, proprietary, or otherwise exempt from disclosure under applicable law. If you believe you have received this message in error, please advise the sender by return e-mail and delete it from your mailbox. Thank you.