# DEPOSITION ERRATA SHEET FOR THE DEPOSITION OF
# MAX KELLY TAKEN ON MARCH 1, 2006

| PAGE | LINE | CURRENT TEXT | CORRECTED TEXT | REASON FOR CHANGE |
|---|---|---|---|---|
| 16 | 13 | John | Jon | Misspelled |
| 16 | 14 | hawk | Hawk | Misspelled |
| 24 | 4 | argumentment | argument | Misspelled |
| 29-30 | 21-1 | Taner, whose last name I can't Pronounce. Can you spell it? I can't spell it. | Taner Halicioglu | Witness Clarification |
| 30 | 7, 8 | Hamman | Heyman | Misspelled |
| 32 | 22 | October or November 2005. | August or September 2005. | Witness Clarification |
| 36 | 16 | In the possession of Mr. Berryhill. | In the possession of Mr. Berryhill or counsel. | Witness Clarification |
| 42 | 20 | produced. | searched. | Witness Clarification |
| 71 | 9 | Yes. | I don't know. | Witness Clarification |
| 79 | 13, 14, 15 | Redundnt | Redundant | Misspelled |
| 111 | 21, 22 | Hamman | Heyman | Misspelled |
| 112 | 4, 7, 12 | Hamman | Heyman | Misspelled |
| 113 | 1 | Hamman | Heyman | Misspelled |
| 116 | 1 | Hamman | Heyman | Misspelled |
| 118 | 4 | Hamman | Heyman | Misspelled |
| 134 | 6 | Hamman | Heyman | Misspelled |
| 139 | 6 | Hamman | Heyman | Misspelled |
| 140 | 17 | Hamman | Heyman | Misspelled |
| 142 | 7, 9, 11 | Hamman | Heyman | Misspelled |
| 148 | 17, 18, 22 | Hamman | Heyman | Misspelled |

| PAGE | LINE | CURRENT TEXT | CORRECTED TEXT | REASON FOR CHANGE |
|---|---|---|---|---|
| 149 | 2, 20 | Hamman | Heyman | Misspelled |
| 149 | 16 | In August of 05 | In October of 05 | Witness Clarification |
| 149 | 19 | That's his recollection, yes. | No, in October 2005. | Witness Clarification |
| 150 | 1, 5, 17 | Hamman | Heyman | Misspelled |
| 151 | 1 | gave me this device that he had forgotten he had it. | gave me device 371-10 that he had forgotten he had it. | Witness Clarification |
| 151 | 7, 9 | Hamman | Heyman | Misspelled |
| 166 | 4 | Hamman | Heyman | Misspelled |
| 177 | 15, 20 | Hamman | Heyman | Misspelled |
| 178 | 5 | August or September. | October. | Witness Clarification |
| 178 | 1, 8, 19 | Hamman | Heyman | Misspelled |
| 178 | 10 | Yes | No, October. | Witness Clarification |
| 179 | 4 | Hamman | Heyman | Misspelled |
| 182 | 3 | Mischle. r | Mischler | Misspelled |
| 182 | 2, 7 | Hamman | Heyman | Misspelled |
| 183 | 17 | from 2002 through the middle of 2004. | from 2004 through the middle of 2005. | Witness Clarification |
| 184 | 12, 16, 17 | Hamman | Heyman | Misspelled |
| 193 | 12, 16 | Linox | Linux | Misspelled |
| 197 | 6 | hypotheticals | hypothetical | Misspelled |
| 228 | 20 | The hard drive was put into the Sony Vaio | A hard drive was put into the Dell 8200 | Witness Clarification |
| 230 | 12 | I meant August and September. | I meant October. | Witness Clarification |
| 230 | 4, 8, 11, 18, | Hamman | Heyman | Misspelled |
| 232 | 6 | Hamman | Heyman | Misspelled |
| 233 | 9 | Hamman | Heyman | Misspelled |
| 250 | 4, 5 | Hamman | Heyman | Misspelled |
| 251 | 16 | Redundnt | Redundant | Misspelled |
| 261 | 11 | Sonoy | Sony | Misspelled |

| PAGE | LINE | CURRENT TEXT | CORRECTED TEXT | REASON FOR CHANGE |
|---|---|---|---|---|
| 274 | 15 | Subsequent | Prior | Witness Clarification |
| 282 | 12 | CV | CD | Misspelled |
| 287 | 20 | Hamman | Heyman | Misspelled |

31MAR06            Max Kelly