UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CONNECTU LLC,<br><br>                              Plaintiff,<br><br>     v.<br><br>MARK ZUCKERBERG, EDUARDO SAVERIN, DUSTIN MOSKOVITZ, ANDREW MCCOLLUM, CHRISTOPHER HUGHES AND THEFACEBOOK, INC.,<br><br>                              Defendants. | CIVIL ACTION No.: 1:04-cv-11923 (DPW) |
| MARK ZUCKERBERG, and THEFACEBOOK, INC.,<br><br>                              Counterclaimants,<br><br>     v.<br><br>CONNECTU LLC, CAMERON WINKLEVOSS, TYLER WINKLEVOSS, and DIVYA NARENDRA,<br><br>                              Counterdefendants. | |

**DEFENDANT EDUARDO SAVERIN'S RESPONSE
TO PLAINTIFF CONNECTU LLC'S
MOTION FOR LEAVE TO AMEND THE COMPLAINT**

Plainiff ConnectU LLC ("ConnectU") has requested leave of Court to amend its current complaint (Docket No. 163). The requested amendments do not change the allegations with respect to defendant Eduardo Saverin ("Saverin"), so Saverin makes no separate opposition to the proposed amendments. The requested amendments do apply to the Facebook Defendants, who are filing an opposition to ConnectU's request. By filing no opposition, Saverin does not

suggest that he believes that the Court should grant ConnectU's motion. Rather, Saverin's statement of non-opposition is only to provide notice to the Court that Saverin believes that the Court need only consider whether to grant or deny the motion with reference to the matters set forth in motion and the opposition of the Facebook Defendants.

Respectfully submitted,

/s/ Daniel K. Hampton

Gordon P. Katz (BBO# 261080)
Daniel K. Hampton (BBO# 634195)
HOLLAND & KNIGHT, LLP
10 St. James Avenue
Boston, MA  02116
Telephone:  (617) 523-2700
dan.hampton@hklaw.com
gordon.katz@hklaw.com

Robert B. Hawk (*pro hac vice*)
Bhanu K. Sadasivan (*pro hac vice*)
HELLER EHRMAN LLP
275 Middlefield Road
Menlo Park, CA  94025
Telephone:  (650) 324-7197

DATED: April 13, 2006

Attorneys for Defendant Eduardo Saverin

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on April 13, 2006, via first class mail.

/s/ Daniel K. Hampton
Daniel K. Hampton

# 3716862_v1