# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CONNECTU LLC, <br><br> Plaintiff, <br><br> v. <br><br> MARK ZUCKERBERG, EDUARDO SAVERIN, DUSTIN MOSKOVITZ, ANDREW MCCOLLUM, CHRISTOPHER HUGHES, and FACEBOOK, INC., <br><br> Defendants. <br> MARK ZUCKERBERG and FACEBOOK, INC., <br><br> Counterclaimants, <br><br> v. <br><br> CONNECTU LLC, <br><br> Counterdefendant, <br><br> and <br><br> CAMERON WINKLEVOSS, TYLER WINKLEVOSS, and DIVYA NARENDRA, <br><br> Additional Counterdefendants. | CIVIL ACTION NO. 1:04-cv-11923 <br><br> District Judge Douglas P. Woodlock <br><br> Magistrate Judge Robert B. Collings |

## NOTICE OF FILING WITH CLERK'S OFFICE

Notice is hereby given that the documents, exhibits or attachments listed below have been manually filed with the Court and are available in paper form only:

- MEMORANDUM IN SUPPORT OF PLAINTIFF'S MOTION FOR CONTEMPT

- EXHIBITS 15, 16, and 17 TO THE DECLARATION OF MEREDITH SCHOENFELD IN SUPPORT OF PLAINTIFF'S MOTION FOR CONTEMPT

The original documents are maintained in the case file in the Clerk's office.

|  |  |
|---|---|
| Dated: June 9, 2006 | /s/ John F. Hornick_____<br>John F. Hornick (*pro hac vice*)<br>Margaret A. Esquenet (*pro hac vice*)<br>Troy E. Grabow (*pro hac vice*)<br>FINNEGAN, HENDERSON, FARABOW,<br>  GARRETT & DUNNER, L.L.P.<br>901 New York Avenue N.W.<br>Washington, DC  20001<br>Telephone:  (202) 408-4000<br>Facsimile:   (202) 408-4400<br><br>Lawrence R. Robins (BBO# 632610)<br>Jonathan M. Gelchinsky (BBO# 656282)<br>FINNEGAN, HENDERSON, FARABOW,<br>  GARRETT & DUNNER, L.L.P.<br>55 Cambridge Parkway<br>Cambridge, MA  02142<br>Telephone:  (617) 452-1600<br>Facsimile:   (617) 452-1666<br>larry.robins@finnegan.com<br>jon.gelchinsky@finnegan.com<br><br>Attorneys for Plaintiff and Counterclaim Defendants |

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on June 9, 2006.

/s/ John F. Hornick_____
John F. Hornick