# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CONNECTU LLC,<br><br>        Plaintiff,<br><br>  v.<br><br>MARK ZUCKERBERG, EDUARDO SAVERIN, DUSTIN MOSKOVITZ, ANDREW MCCOLLUM, CHRISTOPHER HUGHES, and FACEBOOK, INC.,<br><br>        Defendants.<br><br>MARK ZUCKERBERG and FACEBOOK, INC.,<br><br>        Counterclaimants,<br><br>  v.<br><br>CONNECTU LLC,<br><br>        Counterdefendant,<br><br>  and<br><br>CAMERON WINKLEVOSS, TYLER WINKLEVOSS, and DIVYA NARENDRA,<br><br>        Additional Counterdefendants. | CIVIL ACTION NO. 1:04-cv-11923 (DPW)<br><br>District Judge Douglas P. Woodlock<br><br>Magistrate Judge Robert B. Collings |

## [PROPOSED] ORDER GRANTING
## PLAINTIFF'S MOTION TO SEAL DOCUMENTS

Having Considered Plaintiff ConnectU LLC's Motion to Seal Documents in Support of its Motion for Contempt, this Court orders as follows:

ConnectU is granted leave to file the following documents under seal pursuant to the parties' Stipulated Protective Order:

1. Plaintiff's Memorandum in Support of its Motion for Contempt

2

2. Exhibits 15, 16, and 17 to the Declaration of Meredith Schoenfeld in Support of Plaintiff's Motion for Contempt

**SO ORDERED**

DATED: _____  _____
District Judge Douglas P. Woodlock
Magistrate Judge Robert B. Collings