IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CONNECTU LLC,<br><br>                            Plaintiff,<br><br>     v.<br><br>MARK ZUCKERBERG, EDUARDO SAVERIN, DUSTIN MOSKOVITZ, ANDREW MCCOLLUM, CHRISTOPHER HUGHES, and FACEBOOK, INC.,<br><br>                            Defendants.<br>MARK ZUCKERBERG and FACEBOOK, INC.,<br><br>                            Counterclaimants,<br><br>     v.<br><br>CONNECTU LLC,<br><br>                            Counterdefendant,<br><br>     and<br><br>CAMERON WINKLEVOSS, TYLER WINKLEVOSS, and DIVYA NARENDRA,<br><br>     Additional Counterdefendants. | CIVIL ACTION NO. 1:04-cv-11923<br><br>District Judge Douglas P. Woodlock<br><br>Magistrate Judge Robert B. Collings |

## MOTION TO SEAL DOCUMENTS

Plaintiff ConnectU LLC, ("ConnectU") hereby moves to file under seal, pursuant to the Parties' Stipulated Protective Order entered by the Court in this case, the following documents:

- PLAINTIFF'S SUPPLEMENT BRIEF IN OPPOSITION TO MOTION TO DISMISS, PRESENTING NEW EVIDENCE AND SUPPLEMENTAL AUTHORITY IN VIEW OF *PRAMCO*

- EXHIBITS 4, 7, 9, AND 10-22 TO THE DECLARATION OF MEREDITH SCHOENFELD IN SUPPORT OF PLAINTIFF'S SUPPLEMENTAL BRIEF IN OPPOSITION TO MOTION TO DISMISS, PRESENTING NEW EVIDENCE AND SUPPLEMENTAL AUTHORITY IN VIEW OF *PRAMCO*

CERTIFICATION PURSUANT TO LOCAL RULE 7.1

I hereby certify that counsel for the parties have conferred regarding the issues presented by this motion and that Defendants' counsel does not consent to this motion.

Respectfully submitted,

Dated:  June 12, 2006              /s/ John F. Hornick_____
                                   John F. Hornick (*pro hac vice*)
                                   Margaret A. Esquenet (*pro hac vice*)
                                   Troy E. Grabow (*pro hac vice*)
                                   FINNEGAN, HENDERSON, FARABOW,
                                      GARRETT & DUNNER, L.L.P.
                                   901 New York Avenue N.W.
                                   Washington, DC  20001
                                   Telephone:  (202) 408-4000
                                   Facsimile:   (202) 408-4400

                                   Lawrence R. Robins (BBO# 632610)
                                   Jonathan M. Gelchinsky (BBO# 656282)
                                   FINNEGAN, HENDERSON, FARABOW,
                                   GARRETT & DUNNER, L.L.P.
                                   55 Cambridge Parkway
                                   Cambridge, MA  02142
                                   Telephone:  (617) 452-1600
                                   Facsimile:   (617) 452-1666
                                   larry.robins@finnegan.com
                                   jon.gelchinsky@finnegan.com
                                   Attorneys for Plaintiff and Counterclaim Defendants

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on June 12, 2006.

/s/ John F. Hornick
John F. Hornick