**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| CONNECTU LLC,<br><br>         Plaintiff,<br><br>  v.<br><br>MARK ZUCKERBERG, EDUARDO SAVERIN, DUSTIN MOSKOVITZ, ANDREW MCCOLLUM, CHRISTOPHER HUGHES, and FACEBOOK, INC.,<br><br>         Defendants. | CIVIL ACTION NO. 1:04-cv-11923 (DPW)<br><br>District Judge Douglas P. Woodlock<br><br>Magistrate Judge Robert B. Collings |
| MARK ZUCKERBERG and FACEBOOK, INC.,<br><br>         Counterclaimants,<br><br>  v.<br><br>CONNECTU LLC,<br><br>         Counterdefendant,<br><br>  and<br><br>CAMERON WINKLEVOSS, TYLER WINKLEVOSS, and DIVYA NARENDRA,<br><br>  Additional Counterdefendants. | |

**[PROPOSED] ORDER GRANTING
PLAINTIFF'S MOTION TO SEAL DOCUMENTS**

  Having Considered Plaintiff ConnectU LLC's Motion to Seal Documents in Support of its Supplemental Brief in Opposition to Motion to Dismiss, Presenting New Evidence and Supplemental Authority in View of *Pramco*, this Court orders as follows:

  ConnectU is granted leave to file the following documents under seal pursuant to the parties' Stipulated Protective Order:

2

- PLAINTIFF'S SUPPLEMENT BRIEF IN OPPOSITION TO MOTION TO DISMISS, PRESENTING NEW EVIDENCE AND SUPPLEMENTAL AUTHORITY IN VIEW OF *PRAMCO*

- EXHIBITS 4, 7, 9, AND 10-22 TO THE DECLARATION OF MEREDITH SCHOENFELD IN SUPPORT OF PLAINTIFF'S SUPPLEMENTAL BRIEF IN OPPOSITION TO MOTION TO DISMISS, PRESENTING NEW EVIDENCE AND SUPPLEMENTAL AUTHORITY IN VIEW OF *PRAMCO*

**SO ORDERED**

DATED: _____                                   _____

District Judge Douglas P. Woodlock

Magistrate Judge Robert B. Collings