# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CONNECTU LLC, | |
|                   Plaintiff, | CIVIL ACTION NO. 1:04-cv-11923 (DPW) |
|     v. | District Judge Douglas P. Woodlock |
| MARK ZUCKERBERG, EDUARDO SAVERIN, DUSTIN MOSKOVITZ, ANDREW MCCOLLUM, CHRISTOPHER HUGHES, and FACEBOOK, INC., | Magistrate Judge Robert B. Collings |
|                   Defendants. | |
| MARK ZUCKERBERG and FACEBOOK, INC., | |
|                   Counterclaimants, | |
|     v. | |
| CONNECTU LLC, | |
|                   Counterdefendant, | |
|     and | |
| CAMERON WINKLEVOSS, TYLER WINKLEVOSS, and DIVYA NARENDRA, | |
|                   Additional Counterdefendants. | |

### MOTION FOR LEAVE TO FILE PLAINTIFF'S SUPPLEMENTAL BRIEF IN OPPOSITION TO MOTION TO DISMISS, PRESENTING NEW EVIDENCE AND SUPPLEMENTAL AUTHORITY IN VIEW OF *PRAMCO*

In view of the First Circuit's January 19, 2006 decision in *Pramco, LLC v. San Juan Bay Marina, Inc.*, 435 F.3d 51 (1st Cir. 2006), the effects of which have not been fully briefed by the parties, and in view of substantial new evidence, ConnectU LLC hereby requests leave to file PLAINTIFF'S SUPPLEMENTAL BRIEF IN OPPOSITION TO MOTION TO DISMISS, PRESENTING NEW EVIDENCE AND SUPPLEMENTAL AUTHORITY IN VIEW OF *PRAMCO,* attached hereto as Exhibit A.

Facebook Defendants refused ConnectU's request to stipulate to the filing of this brief and their response. Nevertheless, ConnectU consents to Defendants filing a response to ConnectU's supplemental brief submitted with this motion.

Plaintiff's Supplemental Brief clarifies these issues and will assist the Court in considering Facebook Defendants' Motion to Dismiss Plaintiff's Complaint (Docket No. 94, filed October 14, 2005)  The proposed Order granting this Motion for Leave to File is attached hereto as Exhibit B.

**CERTIFICATION UNDER L.R. 7.1**

Plaintiff's counsel hereby certifies under L.R. 7.1 that John Hornick, counsel for Plaintiff, conferred with Hopkins Guy (counsel for the Facebook Defendants) but Facebook Defendants did not consent to this motion.

DATED:  June 12, 2006

/s/ John Hornick_____
Lawrence R. Robins (BBO# 632610)
Jonathan M. Gelchinsky (BBO# 656282)
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, L.L.P.
55 Cambridge Parkway
Cambridge, MA  02142
Telephone:  (617) 452-1600
Facsimile:   (617) 452-1666
larry.robins@finnegan.com
jon.gelchinsky@finnegan.com

John F. Hornick (*pro hac vice*)
Margaret A. Esquenet (*pro hac vice*)
Troy E. Grabow (*pro hac vice*)
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, L.L.P.
901 New York Avenue N.W.
Washington, DC  20001
Telephone:  (202) 408-4000
Facsimile:   (202) 408-4400

Attorneys for Plaintiff and Counterclaim Defendant

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on June 12, 2006.

/s/ John F. Hornick  _____

John F. Hornick