# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CONNECTU LLC,<br><br>                        Plaintiff,<br><br>     v.<br><br>MARK ZUCKERBERG, EDUARDO SAVERIN, DUSTIN MOSKOVITZ, ANDREW MCCOLLUM, CHRISTOPHER HUGHES, and FACEBOOK, INC.,<br><br>                        Defendants.<br>MARK ZUCKERBERG and FACEBOOK, INC.,<br><br>                        Counterclaimants,<br><br>     v.<br><br>CONNECTU LLC,<br><br>                        Counterdefendant,<br><br>     and<br><br>CAMERON WINKLEVOSS, TYLER WINKLEVOSS, and DIVYA NARENDRA,<br><br>                        Additional Counterdefendants. | CIVIL ACTION NO. 1:04-cv-11923 (DPW)<br><br>District Judge Douglas P. Woodlock<br><br>Magistrate Judge Robert B. Collings |

### [PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO FILE PLAINTIFF'S SUPPLEMENTAL BRIEF IN OPPOSITION TO MOTION TO DISMISS, PRESENTING NEW EVIDENCE AND SUPPLEMENTAL AUTHORITY IN VIEW OF *PRAMCO*

      Having considered ConnectU LLC's Motion for Leave to File "Plaintiff's Supplemental Brief In Opposition To Motion To Dismiss, Presenting New Evidence And Supplemental Authority In View Of *Pramco*" this Court ORDERS as follows:

      ConnectU is granted leave to file the Supplemental Brief attached as Exhibit A to its Motion for Leave.

**SO ORDERED**

DATED: _____                              _____

District Judge Douglas P. Woodlock

Magistrate Judge Robert B. Collings