# APPLICATION FOR REGISTRATION
## FOREIGN LIMITED LIABILITY COMPANY
Office of the Secretary of the State
30 Trinity Street  P.O. Box 150470  Hartford, CT 06115-0170  Rev. 05/07/2004
See reverse for instructions

Space For Office Use Only    Filing Fee: $60.00

Please contact the Department of Revenue Services or your tax advisor as to any potential tax liability relating to your business.

1. NAME OF LIMITED LIABILITY COMPANY IN STATE OR COUNTRY OF FORMATION
   ConnectU LLC

2. NAME UNDER WHICH THE LIMITED LIABILITY COMPANY WILL TRANSACT BUSINESS IN CONNECTICUT, IF DIFFERENT FROM NAME STATED ABOVE

3. STATE/COUNTRY OF FORMATION: Delaware U.S.A.
4. DATE OF FORMATION: July 2004

5. DATE LIMITED LIABILITY COMPANY BEGAN TRANSACTING BUSINESS IN CONNECTICUT: 5 / 15 / 2004

6. ADDRESS REQUIRED TO BE MAINTAINED IN PLACE OF FORMATION OR, IF NOT REQUIRED, THE PRINCIPAL OFFICE ADDRESS OF THE LIMITED LIABILITY COMPANY
   ConnectU LLC
   c/o Winklevoss Consultants, Inc.
   500 West Putnam Avenue
   Greenwich, CT 06830

7. CHARACTER OF BUSINESS TO BE TRANSACTED IN CONNECTICUT
   Website that allows students to list e-mail address, cell numbers, screennames, classes being taken, etc. Allowing any to seek out people with same interest as yourself.

8. APPOINTMENT OF REGISTERED AGENT FOR SERVICE OF PROCESS
   (Check A or complete B)

   A. X  The limited liability company appoints the Secretary of the State of Connecticut and his successors in office to be its agent upon whom any process, in any action or proceeding against it, may be served.

   B. Print or type Name of Agent
      Business address (P.O. Box is unacceptable)
      Acceptance of Appointment
      Residence address (P.O. Box is unacceptable)
      Signature of Agent

9. MANAGER(S) OR MEMBER(S) INFORMATION

| Name | Title | Residence Address | Business Address |
|---|---|---|---|
| Cameron Winklevoss | Member | 14 Khakum Wood Road, Greenwich CT 06830 | 500 West Putnam Ave, Greenwich CT 06830 |
| Tyler Winklevoss | Member | 14 Khakum Wood Road, Greenwich CT 06830 | 500 West Putnam Ave, Greenwich CT 06830 |

10. EXECUTION
    Dated this 9 day of 9, 2004.

The undersigned asserts that the subject limited liability company is a foreign limited liability company as defined in Connecticut General Statute Section 34-101(8).

| Print or type Name of Signatory | Capacity of Signatory | Signature |
|---|---|---|
| Cameron Winklevoss | Member | Cameron Winklevoss |

Reference an 8½ x 11 attachment if additional space is required.

C011381