L040000Z8443

(Requestor's Name)

(Address)

(Address)

(City/State/Zip/Phone #)

☐ PICK-UP   ☐ WAIT   ☐ MAIL

(Business Entity Name)

(Document Number)

Certified Copies _____   Certificates of Status _____

Special Instructions to Filing Officer:



Office Use Only



100053485101



FILED 05 MAY -2 PM 5:18 SECRETARY OF STATE TALLAHASSEE, FLORIDA

RECEIVED 05 MAY -2 PM 4:14 DEPARTMENT OF STATE DIVISION OF CORPORATIONS TALLAHASSEE, FLORIDA



```
                    ACCOUNT NO.    : 072100000032
                    REFERENCE      : 348502      7124655
                    AUTHORIZATION  : Patricia Pippit
                    COST LIMIT     : $ 25.00
------------------------------------------------------------------

ORDER DATE  :  May 2, 2005

ORDER TIME  :   3:42 PM

ORDER NO.   :  348502-005

CUSTOMER NO:    7124655

CUSTOMER:   Jennifer Mar
            Orrick, Herrington &
            1020 Marsh Road

            Menlo Park, CA  94025
------------------------------------------------------------------
```

FILED 05 MAY -2 PM 5:18 SECRETARY OF STATE TALLAHASSEE, FLORIDA

## DOMESTIC AMENDMENT FILING

NAME:      THEFACEBOOK LLC


EFFECTIVE DATE:


XX____  ARTICLES OF AMENDMENT
_____   RESTATED ARTICLES OF INCORPORATION


PLEASE RETURN THE FOLLOWING AS PROOF OF FILING:

_____   CERTIFIED COPY
XX_____   PLAIN STAMPED COPY
_____   CERTIFICATE OF GOOD STANDING


CONTACT PERSON:  Amanda Haddan -- EXT# 2955
                            EXAMINER'S INITIALS: _____

# AMENDED AND RESTATED ARTICLES OF ORGANIZATION
## OF
### thefacebook LLC

The undersigned, Mark Zuckerberg, hereby certifies that:

1. He is the duly authorized representative of thefacebook LLC.

2. The Articles of Organization of this limited liability company were originally filed with the Secretary of State of Florida on April 13, 2004.

3. These Amended and Restated Articles of Organization were duly executed and are being filed in accordance with Section 608.411 of the Florida Limited Liability Company Act.

4. The Articles of Organization of this limited liability company shall be amended and restated to read in full as follows:

**ARTICLE I          NAME**

The name of the limited liability company shall be: **thefacebook LLC**

**ARTICLE II         PRINCIPAL OFFICE**

The principal place of business and mailing address of this Limited Liability Company shall be: 13621 Deering Bay Dr., Apt. 402, Coral Gables, Florida 33158.

**ARTICLE III        REGISTERED AGENT & STREET ADDRESS**

The name and address of the registered agent is: Corporation Service Company, 1201 Hays Street, Tallahassee, FL 32301-2607.

**ARTICLE IV         DURATION**

The duration for the limited liability company shall be: 12/31/2044.

**ARTICLE V          MANAGERS/MEMBERS**

The management of the limited liability company is reserved for the Members and the name and address of the sole member of the Limited Liability Company is:

TheFacebook, Inc, 471 Emerson St., Palo Alto, CA 94036

_____
Mark Zuckerberg, Authorized Representative

DOCSSV1:403879.5

CERTIFICATE OF DESIGNATION OF REGISTERED
AGENT/REGISTERED OFFICE

PURSUANT TO THE PROVISIONS OF SECTION 608.415, FLORIDA STATUTES, THE UNDERSIGNED COMPANY, ORGANIZED UNDER THE LAWS OF THE STATE OF FLORIDA, SUBMITS THE FOLLOWING STATEMENT IN DESIGNATING THE REGISTERED OFFICE/REGISTERED AGENT, IN THE STATE OF FLORIDA.

The name of the limited liability company is: **thefacebook LLC**

The name and address of the registered agent and office is: Corporation Service Company, 1201 Hays Street, Tallahassee, FL 32301-2607.

Having been named as registered agent and to accept service of process for the above stated company at the place designated in this certificate, I hereby accept the appointment as registered agent and agree to act in this capacity. I further agree to comply with the provisions of all statutes relating to the proper and complete performance of my duties, and I am familiar with and accept the obligations of my position as registered agent.

Signature: *Deborah D. Skipper*    Date: April 27, 2005

**Deborah D. Skipper**
**Asst. V. Pres.**

-2-

DOCSSV1:403879.5

ACTION BY WRITTEN CONSENT OF THE

SOLE MEMBER AND SOLE MANAGER OF

thefacebook, LLC

Effective April 27, 2005

The undersigned, being the sole Member and Manager of thefacebook LLC (the "Company"), does hereby undertake the actions set forth below by written consent without a meeting, effective for all purposes as of the date first written above.

1. **Ratification of the Chief Executive Officer.**

   **RESOLVED:** That Mark Zuckerberg is hereby appointed and is ratified Chief Executive Officer of the Company to serve at the pleasure of the Manager.

   **RESOLVED FURTHER:** That all prior acts by Mark Zuckerberg taken in connection with his duties as an officer of the Company are hereby ratified and approved.

   **RESOLVED FURTHER:** That Mark Zuckerberg is authorized to sign and deliver any agreement in the name of the Company and to otherwise obligate the Company in any respect relating to matters of the business of the Company, and to delegate such authority in his discretion.

2. **Amendment and Restatement of the Articles of Organization.**

   **WHEREAS:** TheFacebook, Inc. acquired all of the outstanding interests of the Company on October 31, 2004.

   **WHEREAS:** The following actions are being taken to reflect such an acquisition of interest by TheFacebook, Inc.

   **RESOLVED:** That the Amended and Restated Articles of Organization of the Company in the form attached hereto as Exhibit A (the "Restated Articles"), is hereby adopted and approved.

   **RESOLVED FURTHER:** That Mark Zuckerberg is authorized and directed to take all steps necessary to file the Restated Articles with the Secretary of State of Florida.

DOCSSV1:404813.3

**RESOLVED FURTHER**: That, notwithstanding approval of the Restated Articles by the Member of the Company, the Manager may, at any time prior to the filing of the Restated Articles with the Secretary of State, abandon the filing of the Restated Articles without further action by the Member of the Company.

3. **Omnibus Resolution.**

   **RESOLVED**: That each of the officers of the Company is authorized and empowered to take such other actions and sign such other documents as may be necessary or advisable to carry out the intent and accomplish the purposes of the foregoing resolutions.

   *[Signature Page Follows]*

This action by Unanimous Written Consent of the sole Member and Manager of thefacebook LLC is effective as of the date first set forth above.

SOLE MEMBER AND SOLE MANAGER

THEFACEBOOK, INC.

_____
Mark Zuckerberg
Chief Executive Officer

DOCSSV1:404813.3

# EXHIBIT A

## Restated Articles

L04000028443

P.01

# Florida Department of State
## Division of Corporations
### Public Access System

Electronic Filing Cover Sheet

**Note: Please print this page and use it as a cover sheet.** Type the fax audit number (shown below) on the top and bottom of all pages of the document.

(((H04000077355 3)))

**Note:** DO NOT hit the REFRESH/RELOAD button on your browser from this page. Doing so will generate another cover sheet.

```
To:
    Division of Corporations
    Fax Number      : (850)205-0383

From:
    Account Name    : BUSINESS FILINGS
    Account Number  : 105256001620
    Phone           : (608)827-5300
    Fax Number      : (608)827-5501
```

FILED 2004 APR 13 A 4:51 SECRETARY OF STATE TALLAHASSEE, FLORIDA

## LIMITED LIABILITY COMPANY

### thefacebook LLC

| | |
|---|---|
| Certificate of Status | 0 |
| Certified Copy | 1 |
| Page Count | 03 |
| Estimated Charge | $155.00 |

[x] Electronic Filing Main Menu     [x]     [x] Public Access Help

https://efile.sunbiz.org/scripts/efilcovr.exe                    4/12/2004

APR-13-2004  09:09                                                                        P.02
FAX AUDIT # H04000077355 3

# ARTICLES OF ORGANIZATION
# OF
## thefacebook LLC

**ARTICLE I**       **NAME**

The name of the limited liability company shall be: **thefacebook LLC**

**ARTICLE II**      **PRINCIPAL OFFICE**

The principal place of business and mailing address of this Limited Liability Company shall be: 13621 Deering Bay Dr., Apt. 402, Coral Gables, Florida 33158.

**ARTICLE III**     **INITIAL REGISTERED AGENT & STREET ADDRESS**

The name and address of the initial registered agent is: Business Filings Incorporated, 660 East Jefferson Street, Tallahassee, Florida 32301. Located in the County of Leon.

**ARTICLE IV**      **DURATION**

The duration for the limited liability company shall be: 12/31/2044.

**ARTICLE V**       **MANAGERS/MEMBERS**

The management of the limited liability company is reserved for the Members and the names and addresses of the members of the Limited Liability Company are:

Mark Zuckerberg, 2 Russell Place, Dobbs Ferry, Massachusetts 10522
Eduardo Saverin, 13621 Deering Bay Dr., Apt. 402, Coral Gables, Florida 33158
Dustin Moskovitz, 6135 S.W. 21st Ave. Rd., Ocala, Florida 34474

*[signature]*

Business Filings Incorporated, Organizer
Mark Schiff, AVP
Authorized Representative
Prepared by Mark Schiff, Business Filings Incorporated
8025 Excelsior Dr., Suite 200, Madison, WI 53717
(608) 827-5300

FAX AUDIT # H04000077355 3

APR-13-2004  09:09                                                          P.03

**FAX AUDIT # H04000077355 3**

## CERTIFICATE OF DESIGNATION OF REGISTERED AGENT/REGISTERED OFFICE

PURSUANT TO THE PROVISIONS OF SECTION 608.415, FLORIDA STATUTES, THE UNDERSIGNED COMPANY, ORGANIZED UNDER THE LAWS OF THE STATE OF FLORIDA, SUBMITS THE FOLLOWING STATEMENT IN DESIGNATING THE REGISTERED OFFICE/REGISTERED AGENT, IN THE STATE OF FLORIDA.

The name of the limited liability company is: **thefacebook LLC**

The name and address of the registered agent and office is Business Filings Incorporated, 660 East Jefferson Street, Tallahassee, Florida 32301. Located in the County of Leon.

Having been named as registered agent and to accept service of process for the above stated company at the place designated in this certificate, I hereby accept the appointment as registered agent and agree to act in this capacity. I further agree to comply with the provisions of all statutes relating to the proper and complete performance of my duties, and I am familiar with and accept the obligations of my position as registered agent.

Signature: _____                Date: April 12, 2004
Mark Schiff, AVP
Business Filings Incorporated

FILED
2004 APR 13 A 4: 51
SECRETARY OF STATE
TALLAHASSEE, FLORIDA

**FAX AUDIT # H04000077355 3**

TOTAL P.03

# 2006 LIMITED LIABILITY COMPANY REINSTATEMENT

DOCUMENT # L04000028443

1. Entity Name
THEFACEBOOK LLC

05

| Principal Place of Business | Mailing Address |
|---|---|
| 13621 DEERING BAY., APT 402 CORAL GABLES, FL 33158 | 13621 DEERING BAY., APT 402 CORAL GABLES, FL 33158 |

2. Principal Place of Business
3. Mailing Address

Suite, Apt. #, etc.
City & State
Zip  Country

01312006  REIN-LLC  CR2E101 (11/05)

4. FEI Number: 20-1113877   Applied For / Not Applicable
6. Certificate of Status Desired ☐  $5.00 Additional Fee Required

6. Name and Address of Current Registered Agent

CORPORATION SERVICE COMPANY
1201 HAYS ST.
TALLAHASSEE, FL 32301-2607

7. Name and Address of New Registered Agent

Name:
Street Address (P.O. Box Number is Not Acceptable):
City: FL  Zip Code:

8. The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida. I am familiar with, and accept the obligations of registered agent.

SIGNATURE: Laura R. Dunlap   as its agent   2/1/06

FILE NOW!! FEE IS $200.00

Make check payable to Florida Department of State

9. MANAGING MEMBERS/MANAGERS

| | | | ADDITIONS/CHANGES | |
|---|---|---|---|---|
| TITLE | MGRM | ☐ Delete | Manager | ☐ Change ☑ Addition |
| NAME | THEFACEBOOK, INC. | | Mark Zuckerberg | |
| STREET ADDRESS | 471 EMERSON STREET | | 156 University Avenue | |
| CITY-ST-ZIP | PALO ALTO, CA 94036 | | Palo Alto, CA 94301 | |

400065019164

REINSTATEMENT 2005-2006

11. I hereby certify that the information supplied with this filing does not qualify for the exemptions contained in Chapter 119, Florida Statutes. I further certify that the information indicated on this report is true and accurate and that my signature shall have the same legal effect as if made under oath; that I am a managing member or manager of the limited liability company or the receiver or trustee empowered to execute this report as required by Chapter 608, Florida Statutes.

SIGNATURE: MZ / Mark Zuckerberg   Authorized representative   1-31-06   650-853-7300

FILED 2006 FEB -1 AM 8:47 SECRETARY OF STATE TALLAHASSEE, FLORIDA



L04000028443

```
              ACCOUNT NO.    :  072100000032
              REFERENCE      :  845160      7124655
              AUTHORIZATION  :  [signature]
              COST LIMIT     :  $200.00
```

ORDER DATE : February 1, 2006

ORDER TIME : 2:22 PM

ORDER NO. : 845160-005

CUSTOMER NO: 7124655

DOMESTIC FILINGS

NAME:   THEFACEBOOK LLC

XX____ REINSTATEMENT

PLEASE RETURN THE FOLLOWING AS PROOF OF FILING:

_____  CERTIFIED COPY
XX____  PLAIN STAMPED COPY
_____  CERTIFICATE OF GOOD STANDING

CONTACT PERSON: Amanda Haddan - Ext# 2955

EXAMINER'S INITIALS _____

RECEIVED 06 FEB -1 PM 4:15 DEPT OF CORPORATIONS DIVISION OF CORPORATIONS TALLAHASSEE, FLORIDA

FILED 2006 FEB -1 AM 8:47 SECRETARY OF STATE TALLAHASSEE, FLORIDA