**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| CONNECTU LLC, <br><br> Plaintiff, <br><br> v. <br><br> MARK ZUCKERBERG, EDUARDO SAVERIN, DUSTIN MOSKOVITZ, ANDREW MCCOLLUM, CHRISTOPHER HUGHES, and FACEBOOK, INC., <br><br> Defendants. <br> MARK ZUCKERBERG and FACEBOOK, INC., <br><br> Counterclaimants, <br><br> v. <br><br> CONNECTU LLC, <br><br> Counterdefendant, <br><br> and <br><br> CAMERON WINKLEVOSS, TYLER WINKLEVOSS, and DIVYA NARENDRA, <br><br> Additional Counterdefendants. | CIVIL ACTION NO. 1:04-cv-11923 <br><br> District Judge Douglas P. Woodlock <br><br> Magistrate Judge Robert B. Collings |

**EXHIBIT 4 TO THE DECLARATION OF MEREDITH SCHOENFELD IN SUPPORT OF PLAINTIFF'S SUPPLEMENTAL BRIEF IN OPPOSITION TO MOTION TO DISMISS, PRESENTING NEW EVIDENCE AND SUPPLEMENTAL AUTHORITY IN VIEW OF _PRAMCO_**

**FILED UNDER SEAL PURSUANT TO PARTIES' STIPULATED PROTECTIVE ORDER**