IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CONNECTU LLC,<br><br>Plaintiff,<br><br>v.<br><br>MARK ZUCKERBERG, EDUARDO SAVERIN, DUSTIN MOSKOVITZ, ANDREW MCCOLLUM, CHRISTOPHER HUGHES, and THEFACEBOOK, INC.,<br><br>Defendants.<br> | CIVIL ACTION NO. 1:04-cv-11923 (DPW) |
| MARK ZUCKERBERG, and THEFACEBOOK, INC.,<br>Counterclaimants,<br><br>v.<br><br>CONNECTU LLC,<br><br>Counterdefendant,<br><br>and<br><br>CAMERON WINKLEVOSS, TYLER WINKLEVOSS, and DIVYA NARENDRA,<br><br>Additional Counterdefendants. | |

**PLAINTIFF AND COUNTERCLAIM DEFENDANTS'
FIRST REQUEST FOR THE PRODUCTION OF DOCUMENTS AND THINGS**

Pursuant to Rule 34 of the Federal Rules of Civil Procedure, Plaintiff and Counterclaim Defendants (collectively, "Plaintiff") hereby serve this First Request for the Production of Documents and Things on Defendants and Counterclaim Plaintiffs (collectively, "Defendants"), and request that Defendants respond by producing the requested documents at the offices of Plaintiff's counsel, FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, L.L.P.,

1

**Request No. 100**

All documents sufficient to identify, and relating to, all debt of Thefacebook, Inc., and of the individual Defendants relating to the thefacebook.com website, on a monthly basis from August 2003 to the date of Defendants' response to this request.

**Request No. 101**

All documents sufficient to identify, and relating to, the value of Thefacebook, Inc. and the thefacebook.com website.

**Corporate Documents of Thefacebook, Inc.**

**Request No. 102**

All documents constituting or relating to Thefacebook, Inc.'s Articles of Incorporation, Bylaws, corporate name registrations in any state, fictitious name registrations in any state, and licenses to do business in any state.

**Request No. 103**

All documents constituting or relating to Thefacebook, Inc.'s corporate records, including but not limited to records and minutes of directors' meetings, other business meetings, corporate resolutions, other corporate filings with any state on behalf of the corporation or any employee, payroll records, financial records, stock certificates, contracts, loan documents, financing documents and financing statements, mortgages, schedules of corporate assets, and shareholder documents.

**Request No. 104**

All documents constituting or relating to contracts between any nonparty and the Thefacebook, Inc., or between any nonparty and any other Defendant or any related person or entity relating to Thefacebook, Inc. or the thefacebook.com website.

Dated: April 7, 2005

Respectfully submitted,

_____
Jonathan M. Gelchinsky (BBO #656282)
Lawrence R. Robins (BBO #632610)
FINNEGAN, HENDERSON, FARABOW,
    GARRETT & DUNNER, L.L.P.
55 Cambridge Parkway
Cambridge, MA 02142
Tel: (617) 452-1600
Fax: (617) 452-1666

jon.gelchinsky@finnegan.com
larry.robins@finnegan.com


John F. Hornick, *Pro Hac Vice*
Margaret A. Esquenet, *Pro Hac Vice*
FINNEGAN, HENDERSON, FARABOW,
    GARRETT & DUNNER, L.L.P.
901 New York Avenue, N.W.
Washington, D.C. 20001
Tel: (202) 408-4000
Fax: (202) 408-4400

Attorneys for Plaintiff
ConnectU LLC

37

## CERTIFICATE OF SERVICE

I, Jonathan M. Gelchinsky, hereby certify that on April 7, 2005, a true and correct copy of the foregoing PLAINTIFF AND COUNTERCLAIM DEFENDANTS' FIRST REQUEST FOR THE PRODUCTION OF DOCUMENTS AND THINGS was served by the indicated means to the persons at the addresses listed:

Daniel K. Hampton, Esq.  
Gordon P. Katz, Esq.  
HOLLAND & KNIGHT, LLP  
10 St. James Avenue  
Boston, MA 02116

☐ Via First Class Mail  
☒ Via Hand Delivery  
☐ Via Overnight Courier  
☐ Via Facsimile

Robert B. Hawk, Esq.  
HELLER EHRMAN, LLP  
275 Middlefield Road  
Menlo Park, CA 94025

☐ Via First Class Mail  
☐ Via Hand Delivery  
☒ Via Overnight Courier  
☐ Via Facsimile

_____  
Jonathan M. Gelchinsky  
FINNEGAN, HENDERSON, FARABOW,  
  GARRETT & DUNNER, L.L.P.  
55 Cambridge Parkway, Suite 700  
Cambridge, MA 02142  
Telephone: (617) 452-1600