**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| CONNECTU LLC,<br><br>                    Plaintiff,<br><br>     v.<br><br>MARK ZUCKERBERG, EDUARDO SAVERIN, DUSTIN MOSKOVITZ, ANDREW MCCOLLUM, CHRISTOPHER HUGHES, and FACEBOOK, INC.,<br><br>                    Defendants.<br>MARK ZUCKERBERG and FACEBOOK, INC.,<br><br>                    Counterclaimants,<br><br>     v.<br><br>CONNECTU LLC,<br><br>                    Counterdefendant,<br><br>     and<br><br>CAMERON WINKLEVOSS, TYLER WINKLEVOSS, and DIVYA NARENDRA,<br><br>                    Additional Counterdefendants. | CIVIL ACTION NO. 1:04-cv-11923<br><br>District Judge Douglas P. Woodlock<br><br>Magistrate Judge Robert B. Collings |

**EXHIBIT 9 TO THE DECLARATION OF MEREDITH SCHOENFELD
IN SUPPORT OF PLAINTIFF'S SUPPLEMENTAL BRIEF IN OPPOSITION TO
MOTION TO DISMISS, PRESENTING NEW EVIDENCE AND SUPPLEMENTAL
AUTHORITY IN VIEW OF *PRAMCO***

**FILED UNDER SEAL PURSUANT TO
PARTIES' STIPULATED PROTECTIVE ORDER**