**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| CONNECTU LLC,<br><br>                          Plaintiff,<br><br>     v.<br><br>MARK ZUCKERBERG, EDUARDO SAVERIN, DUSTIN MOSKOVITZ, ANDREW MCCOLLUM, CHRISTOPHER HUGHES, and FACEBOOK, INC.,<br><br>                          Defendants.<br>MARK ZUCKERBERG and FACEBOOK, INC.,<br><br>                          Counterclaimants,<br><br>     v.<br><br>CONNECTU LLC,<br><br>                          Counterdefendant,<br><br>     and<br><br>CAMERON WINKLEVOSS, TYLER WINKLEVOSS, and DIVYA NARENDRA,<br><br>                          Additional Counterdefendants. | CIVIL ACTION NO. 1:04-cv-11923<br><br>District Judge Douglas P. Woodlock<br><br>Magistrate Judge Robert B. Collings |

**EXHIBIT 10 TO THE DECLARATION OF MEREDITH SCHOENFELD IN SUPPORT OF PLAINTIFF'S SUPPLEMENTAL BRIEF IN OPPOSITION TO MOTION TO DISMISS, PRESENTING NEW EVIDENCE AND
<u>SUPPLEMENTAL AUTHORITY IN VIEW OF *PRAMCO*</u>**

**FILED UNDER SEAL PURSUANT TO
PARTIES' STIPULATED PROTECTIVE ORDER**