**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| CONNECTU LLC, <br><br>        Plaintiff, <br><br>  v. <br><br>MARK ZUCKERBERG, EDUARDO SAVERIN, DUSTIN MOSKOVITZ, ANDREW MCCOLLUM, CHRISTOPHER HUGHES, and FACEBOOK, INC., <br><br>        Defendants. <br> MARK ZUCKERBERG and FACEBOOK, INC., <br><br>        Counterclaimants, <br><br>  v. <br><br>CONNECTU LLC, <br><br>        Counterdefendant, <br><br>  and <br><br>CAMERON WINKLEVOSS, TYLER WINKLEVOSS, and DIVYA NARENDRA, <br><br>        Additional Counterdefendants. | CIVIL ACTION NO. 1:04-cv-11923 <br><br> District Judge Douglas P. Woodlock <br><br> Magistrate Judge Robert B. Collings |

**EXHIBIT 14 TO THE DECLARATION OF MEREDITH SCHOENFELD
IN SUPPORT OF PLAINTIFF'S SUPPLEMENTAL BRIEF IN OPPOSITION TO
MOTION TO DISMISS, PRESENTING NEW EVIDENCE AND SUPPLEMENTAL
AUTHORITY IN VIEW OF *PRAMCO***

**FILED UNDER SEAL PURSUANT TO
PARTIES' STIPULATED PROTECTIVE ORDER**