IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CONNECTU LLC,<br><br>      Plaintiff,<br><br>  v.<br><br>MARK ZUCKERBERG, EDUARDO SAVERIN, DUSTIN MOSKOVITZ, ANDREW MCCOLLUM, CHRISTOPHER HUGHES, and THEFACEBOOK, INC.,<br><br>      Defendants.<br>MARK ZUCKERBERG, and THEFACEBOOK, INC.,<br><br>      Counterclaimants,<br><br>  v.<br><br>CONNECTU LLC,<br><br>      Counterdefendant,<br><br>  and<br><br>CAMERON WINKLEVOSS, TYLER WINKLEVOSS, and DIVYA NARENDRA,<br><br>  Additional Counterdefendants. | CIVIL ACTION NO. 1:04-cv-11923 (DPW) |

**ASSENTED-TO MOTION TO ADMIT COUNSEL**
***PRO HAC VICE* ON BEHALF OF PLAINTIFF CONNECTU LLC**

  Pursuant to Local Rule 83.5.3(b) of the United States District Court for the District of Massachusetts, Lawrence Robins, a member of the bar of this Court and counsel of record for Plaintiff ConnectU LLC ("ConnectU"), hereby moves for the admission *pro hac vice* of Meredith H. Schoenfeld who is an attorney with the law firm of Finnegan, Henderson, Farabow, Garrett & Dunner, L.L.P., 901 New York Ave., NW, Washington, DC 20001, as counsel for ConnectU.

1

In support of this motion, ConnectU hereby submits the accompanying declaration which states that (1) the above mentioned individual is a member of the bar in good standing in every jurisdiction where she has been admitted to practice; (2) there are no disciplinary proceedings pending against her as a member of the bar in any jurisdiction; and (3) she is familiar with the Local Rules of this District.

WHEREFORE, ConnectU respectfully requests that this Court grant this motion to admit counsel *pro hac vice* for the purposes of participating in this lawsuit.

**CERTIFICATION PURSUANT TO LOCAL RULE 7.1**

I hereby certify that Plaintiff's counsel conferred with Defendants' counsel. Defendants' counsel consents to this motion.

Respectfully submitted,

/s/ Lawrence R. Robins_____
Lawrence R. Robins (BBO# 632610)
Jonathan M. Gelchinsky (BBO# 656282)
FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, L.L.P.
55 Cambridge Parkway
Cambridge, MA  02142
Telephone:  (617) 452-1600
Facsimile:   (617) 452-1666
larry.robins@finnegan.com
jon.gelchinsky@finnegan.com

John F. Hornick (*pro hac vice*)
Margaret A. Esquenet (*pro hac vice*)
Troy E. Grabow (*pro hac vice*)
FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, L.L.P.
901 New York Avenue N.W.
Washington, DC  20001
Telephone:  (202) 408-4000
Facsimile:   (202) 408-4400

Attorneys for Plaintiff and Counterclaim Defendants

2

**CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on June 14, 2006.

      /s/ Lawrence R. Robins
      Lawrence R. Robins (BBO# 632610)