N THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CONNECTU LLC,<br><br>                            Plaintiff,<br><br>      v.<br><br>MARK ZUCKERBERG, EDUARDO SAVERIN, DUSTIN MOSKOVITZ, ANDREW MCCOLLUM, CHRISTOPHER HUGHES, and THEFACEBOOK, INC.,<br><br>                            Defendants.<br>MARK ZUCKERBERG, and THEFACEBOOK, INC.,<br><br>                            Counterclaimants,<br><br>      v.<br><br>CONNECTU LLC,<br><br>                            Counterdefendant,<br><br>      and<br><br>CAMERON WINKLEVOSS, TYLER WINKLEVOSS, and DIVYA NARENDRA,<br><br>      Additional Counterdefendants. | CIVIL ACTION NO. 1:04-cv-11923 (DPW) |

**DECLARATION OF MEREDITH H. SCHOENFELD IN SUPPORT OF
CONNECTU LLC'S MOTION TO ADMIT COUNSEL PRO HAC VICE**

I, Meredith H. Schoenfeld, declare that the following are true and correct under penalty of perjury, pursuant to 28 U.S.C. § 1746;

1. I am a member of the bar of the State of California (#230,928) and the District of Columbia (# 491,141).

2. There are no disciplinary proceedings pending against me in any court or jurisdiction.

1

3. I am familiar with the Local Rules for the United States District Court for the District of Massachusetts.

Dated: June 13, 2006                    /s/ Meredith H. Schoenfeld _____
                                        Meredith H. Schoenfeld