UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| |
|---|
| CONNECTU LLC,<br>Plaintiff,<br><br>v.<br><br>MARK ZUCKERBERG, EDUARDO SAVERIN, DUSTIN MOSKOVITZ, ANDREW MCCOLLUM, CHRISTOPHER HUGHES, and FACEBOOK, INC.,<br>Defendants. |
| MARK ZUCKERBERG, and FACEBOOK, INC.,<br>Counterclaimants,<br><br>v.<br><br>CONNECTU LLC,<br>Counterdefendant,<br><br>and<br><br>CAMERON WINKLEVOSS, TYLER WINKLEVOSS, and DIVYA NARENDRA,<br>Additional Defendants on Counterclaims. |

Civil Action No.: 04-11923-DPW

Judge Douglas P. Woodlock

Magistrate Judge Robert B. Collings

**ASSENTED-TO MOTION FOR A BRIEF EXTENSION OF TIME
UNTIL JULY 10, 2006 BY WHICH FACEBOOK DEFENDANTS ARE TO
RESPOND TO CONNECTU'S MOTION FOR CONTEMPT (DOCKET NO. 175)**

Defendants Mark Zuckerberg, Dustin Moskovitz, Andrew McCollum, Christopher Hughes, and Facebook, Inc. (collectively, "Facebook Defendants") file this assented-to motion for a brief extension of time until Monday, July 10, 2006 by which they are to respond to plaintiff ConnectU LLC's motion for contempt (Docket No. 175).

Counsel for plaintiff ConnectU LLC has assented to this brief extension of time. Further, this motion is not being brought for any improper purpose or delay.

WHEREFORE, the Facebook Defendants respectfully request that the Court enter an Order extending until Monday, July 10, 2006 the date by which they are allowed to respond to ConnectU's motion (Docket No. 175).

| | |
|---|---|
| Dated: June 14, 2006 | Respectfully submitted,<br>DEFENDANTS ZUCKERBERG, MOSKOVITZ, MCCOLLUM, HUGHES, and FACEBOOK, INC.<br><br>By their Attorneys,<br><br>    */s/ Jeremy P. Oczek*<br>Steven M. Bauer (BBO# 542531)<br>Jeremy P. Oczek (BBO #647509)<br>PROSKAUER ROSE LLP<br>One International Place<br>Boston, MA  02110<br>Tel:  (617) 526-9600<br><br>G. Hopkins Guy, III (*pro hac vice*)<br>I. Neel Chatterjee (*pro hac vice*)<br>Monte M.F. Cooper (*pro hac vice*)<br>Robert D. Nagel (*pro hac vice*)<br>Joshua H. Walker (*pro hac vice*)<br>ORRICK, HERRINGTON & SUTCLIFFE LLP<br>1000 Marsh Road<br>Menlo Park, CA  94025<br>Tel:  (650) 614-7400 |

**Certificate Pursuant To Rule 7.1**

I hereby certify that counsel for the parties have conferred in an attempt to resolve or narrow the issues presented by this motion, and that counsel for plaintiff ConnectU LLC, Margaret A. Esquenet, Esq., has assented to the relief requested by this motion.

    */s/ Jeremy P. Oczek*
Jeremy P. Oczek

-3-

## Certificate of Service

The undersigned hereby certifies that this document was filed through the ECF system on June 14, 2006 and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

          */s/ Jeremy P. Oczek*
          Jeremy P. Oczek