UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CONNECTU LLC,<br><br>    Plaintiff,<br><br>v.<br><br>MARK ZUCKERBERG, EDUARDO SAVERIN, DUSTIN MOSKOVITZ, ANDREW MCCOLLUM, CHRISTOPHER HUGHES AND THEFACEBOOK, INC.,<br><br>    Defendants.<br><br>MARK ZUCKERBERG, and THEFACEBOOK, INC.,<br><br>    Counterclaimants,<br><br>v.<br><br>CONNECTU LLC,<br><br>    Counterdefendant,<br><br>CAMERON WINKLEVOSS, TYLER WINKLEVOSS, and DIVYA NARENDRA,<br><br>    Additional Counterdefendants. | Case No.: 04-11923 DPW |

**ASSENTED-TO MOTION FOR ADMISSION**
*PRO HAC VICE* **OF**
<u>**ANNETTE L. HURST**</u>

Pursuant to Local Rule 83.5.3(b) of the United States District Court for the District of

Massachusetts, Daniel K. Hampton, a member of the bar of this Court and counsel of record for

Defendant Eduardo Saverin hereby moves for the admission *pro hac vice* of Annette L. Hurst with the law firm of Heller Ehrman, LLP, 333 Bush Street, San Francisco, California 94104-2878, as counsel for Defendant Eduardo Saverin.

In support of this Motion Defendant Eduardo Saverin hereby submits the accompanying declaration of Annette Hurst, attached hereto as Exhibit A, which states that (1) the above-mentioned individual has always been a member in good standing in every jurisdiction where she has been admitted to practice; (2) there are no disciplinary proceedings pending against her as a member of the bar in any jurisdiction; and (3) she is familiar with the Local Rules of the District of Massachusetts.  A proposed order granting the Motion is attached hereto as Exhibit B.

WHEREFORE, Defendant Eduardo Saverin respectfully requests that this Court grant the motion to admit counsel *pro hac vice* for the purposes of participating in this lawsuit.

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that counsel for Defendant Eduardo Saverin has conferred with counsel for Plaintiff regarding the filing of this motion, and that counsel for Plaintiff assents to the motion.

Respectfully submitted,

EDUARDO SAVERIN

By his attorneys,

HOLLAND & KNIGHT LLP

/s/ Daniel K. Hampton
Gordon P. Katz (BBO No. 261080)
Daniel K. Hampton (BBO No. 634195)
10 St. James Avenue
Boston, MA 02116
(617) 523-2700

Dated:  June 14, 2006

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on June 14, 2006, via first class mail.

/s/ Daniel K. Hampton
Daniel K. Hampton

# 3847829_v2