UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CONNECTU LLC,<br><br>                     Plaintiff,<br><br>v.<br><br>MARK ZUCKERBERG, EDUARDO SAVERIN, DUSTIN MOSKOVITZ, ANDREW MCCOLLUM, CHRISTOPHER HUGHES AND THEFACEBOOK, INC.,<br><br>                     Defendants.<br><br>MARK ZUCKERBERG, and THEFACEBOOK, INC.,<br><br>                     Counterclaimants,<br><br>v.<br><br>CONNECTU LLC,<br><br>                     Counterdefendant,<br><br>CAMERON WINKLEVOSS, TYLER WINKLEVOSS, and DIVYA NARENDRA,<br><br>                     Additional Counterdefendants. | Case No.: 04-11923 DPW |

**DECLARATION OF ANNETTE L. HURST IN SUPPORT OF
ASSENTED-TO MOTION FOR ADMISSION
*PRO HAC VICE***

I, Annette L. Hurst, declare as follows:

1. I am an attorney who has been admitted to practice before the following courts on the following dates. I have always been in good standing in all courts before which I am or was admitted (I am no longer a member of the bar of the District of Colorado, but I was at all times in good standing there while I was a member). There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

|  | Date Admitted |
| --- | --- |
| State Bar of California | 12/4/90 |
| United States District Court, Northern District of California | 12/4/90 |
| United States Court of Appeals, Ninth Circuit | 12/17/90 |
| United States District Court, Central District of California | 8/13/91 |
| United States District Court, District of Colorado | 4/19/01 |
| United States District Court, Eastern District of California | 6/28/05 |
| United States Court of Appeals, Third Circuit | 12/6/05 |

2. I have been granted *pro hac vice* status by the Delaware Chancery Court and by several United States District Courts, including the Southern District of New York, the District of Alaska, the Western District of Texas, the District of Nevada, the Eastern District of Pennsylvania, and this Court on December 6, 2005, in connection with *Ariba, Inc. v. Sky Technologies, LLC*, Case No. 05 CA 11883-WGY.

3. I am familiar with the Local Rules of the United States District Court of the District of Massachusetts.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: June 14, 2006 in San Francisco, California.

Annette L. Hurst

2