UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CONNECTU LLC,<br><br>                              Plaintiff,<br><br>   v.<br><br>MARK ZUCKERBERG, EDUARDO SAVERIN, DUSTIN MOSKOVITZ, ANDREW MCCOLLUM, CHRISTOPHER HUGHES AND THEFACEBOOK, INC.,<br><br>                              Defendants.<br><hr>MARK ZUCKERBERG, and THEFACEBOOK, INC.,<br><br>                              Counterclaimants,<br><br>   v.<br><br>CONNECTU LLC,<br><br>                              Counterdefendant,<br><br>CAMERON WINKLEVOSS, TYLER WINKLEVOSS, and DIVYA NARENDRA,<br><br>                              Additional Counterdefendants. | Case No.: 04-11923 DPW |

**PROPOSED ORDER ON
ASSENTED-TO MOTION FOR ADMISSION
<u>*PRO HAC VICE*</u> OF ANNETTE L. HURST**

    This matter having come before the Court on Defendant Eduardo Saverin's Assented-To

Motion for Admission *Pro Hac Vice* of Annette L. Hurst with the law firm of Heller Ehrman,

LLP, 333 Bush Street, San Francisco, California 94104-2878, as counsel of record for Defendant

Saverin, and the Court having considered the within Motion, and for good cause shown,

It is, on this ____ day of _____, 2006,

**ORDERED** that Annette L. Hurst be admitted *pro hac* vice for the purposes of

participating in this lawsuit.

                                                                                                                                                                                      _____

                                                                                                                                                                                    Woodlock, D.J.

# 3847811_v1