# EXHIBIT 1

# William Francis Galvin
## Secretary of the Commonwealth of Massachusetts





June 20, 2006

**Latest news:**

Secretary Galvin Files Against Two Oil and Gas Offerings, Warns Investors of Potential Energy Scam

Secretary Galvin Charges Investors Capital Corp. for Unregistered Investment Advisory Activities Related to Unsuitable Sales of Equity Indexed Annuities to Seniors

What You Need to Know About 529 College Savings Plans

Current Initiative Petitions

Secretary Galvin settles with Citizens over unsuitable sales of variable annuities to Seniors and failure to retain e-mails.

Secretary Galvin reaches Agreement with Bank of America on Variable Annuities

**My Election Information**

See Commonwealth Museum Big Dig exhibit on CBS

**Most requested:**

Massachusetts Maps

**Back to:**

Commonwealth of Massachusetts Home Page

**Divisions of the Office of the Secretary of the Commonwealth:**

- Address Confidentiality Division
- Citizen Information Service
- Commonwealth Museum
- Corporations Division
- Elections Division
- Massachusetts Archives
- Massachusetts Historical Commission
- Public Records Division/Lobbyist Section
- Registry of Deeds
- Securities Division
- State House Tours
- State Register/Publications and Regulations
- State Records Center
- Western and Southeastern Office

The Secretary of the Commonwealth is t principal public information officer for t state government of Massachusetts. This web site offers an exciting additional method for citizens to obtain that infor- mation so that this office can better serv as many of our citizens as possible, quickly and conveniently.

I invite you to take advantage of this outstanding resource. Please feel free to offer any suggestions that could make t service more useful to you.

Sincerely,
William Francis Galvin
Secretary of the Commonwealth



**Secretary Galvin and Salvation Army Announce Drive to Help Massachusetts Military Families**
Click Here for More Information

---

©1996-2006 Secretary of the Commonwealth of Massachusetts. The documents provided in this web site are for informational purposes onl
obtain an official copy of any free document or publication, please contact the Secretary of the Commonwealth of Massachusetts, Citize
Information Service, (617) 727-7030 or 1-800-392-6090 (toll-free in Massachusetts only).

# William Francis Galvin

## Secretary of the Commonwealth of Massachusetts

Most requested:

A Citizen's Guide to Massachusetts State Services

Corporations Forms

Massachusetts Maps

Researching Your Family History

Helpful Massachusetts Telephone Numbers

Related pages:

Secretary of the Commonwealth Home

Search the Office of the Secretary of the Commonwealth:

Type a word or words below to search the entire website of the Secretary of the Commonwealth:

Search

---

### Search tips:

Use **AND** to find both words. For example: **house and senate** will find only pages that have both senate and house.

Use **OR** to find all instances of either one word or another, for example: **abbott or costello.** This query finds all pages that mention Abbott or Costello or both.

Use **NEAR** to find words close to each other. For example, both system and manager and **system near manager** look for the words **system and manager** on the same page. If you use NEAR, the returned pages are ranked in order of proximity, so the first items on the list will have the words clc together than items lower on the list.

Use **AND NOT** to exclude certain text from your search. For example, if you want to find all instances of surfing but not surfing the Net, search for **surfing and not the Net.**

Use * to look for words that start the same. For example, **key*** will find key, keying, keyhole, keyboard, and so on.

Use ** to search for all forms of a word. For example, **sink**** will find sink, sinking, sank, and sun

Put quotation marks around phrases if you want the search engine to take them literally. For instanc **"Ways and Means"** would find the phrase ways and means. **Ways and Means** (without the quote: would produce a list of pages that have both means and ways, but not necessarily in the same phras

---



**The Commonwealth of Massachusetts**
**William Francis Galvin**

Secretary of the Commonwealth
One Ashburton Place, Boston, Massachusetts 02108-1512
Telephone: (617) 727-9640

## Search the Corporate Database - Entry Screen

Help with this form

○ **Search by Entity Name** *(Name of: Company, LP, LLP, LLC, etc.)*

**Name:** connectu **Type of Search** Begins With

○ **Search by Identification Number :** *(must be 9 digits)*

○ **Search by Filing Number:**

◉ **Search by an Individual** *(Officer, Director, etc.)* **Type of Search** Begins With

**First Name:** **Middle Name:** **Last Name:** narendra

**Display** 25 **names per page**

Search Clear

© 2001 - 2006 Commonwealth of Massachusetts
All Rights Reserved

Help

Home Business Entities U.C.C. Trademarks Contact Us Help

© 2001 - 2006Commonwealth of Massachusetts
All Rights Reserved

LEGAL INFORMATION & DISCLAIMERS & POLICIES



# The Commonwealth of Massachusetts
# William Francis Galvin

Secretary of the Commonwealth
One Ashburton Place, Boston, Massachusetts 02108-1512
Telephone: (617) 727-9640

## Public Browse and Search - Entity Results

Help with this form

**2 Records Matched Your Begins With Search for Entity Name: connectu** **(Page 1 of 1)**

| Entity Name | Identification Number | Old Identification Number | Principal Office Address, City, State, Zip, Country |
|---|---|---|---|
| CONNECT-US/ALTWHEELS, INC. | 000909499 | | 3B HOLLIS ST., CAMBRIDGE, MA 02140 USA |
| CONNECTUS LLC | 000741099 | | 35 JULIAN'S WAY, SUDBURY, MA 01776-0000 USA |

New Search

© 2001 - 2006 Commonwealth of Massachusetts
All Rights Reserved



# The Commonwealth of Massachusetts
## William Francis Galvin

Secretary of the Commonwealth
One Ashburton Place, Boston, Massachusetts 02108-1512
Telephone: (617) 727-9640

## *CONNECTUS LLC* Summary Screen

Help with this form

Request a Certificate

**The exact name of the Domestic Limited Liability Company (LLC):** CONNECTUS LLC

**Entity Type:** Domestic Limited Liability Company (LLC)

**Identification Number:** 000741099

**Date of Organization in Massachusetts:** 02/06/2001

**The location of its principal office:**
No. and Street: 35 JULIAN'S WAY
City or Town: SUDBURY State: MA Zip: 01776-0000 Country: USA

**If the business entity is organized wholly to do business outside Massachusetts, the location of that office:**
No. and Street:
City or Town: State: Zip: Country:

**The name and address of the Resident Agent:**
Name: KLAUS SCHOTTENHAMEL
No. and Street: 35 JULIAN'S WAY
City or Town: SUDBURY State: MA Zip: 01776-0000 Country: USA

**The name and business address of each manager:**

| Title | Individual Name<br>First, Middle, Last, Suffix | Address (no PO Box)<br>Address, City or Town, State, Zip Code |
|---|---|---|
| MANAGER | KLAUS SCHOTTENHAMEL | 35 JULIAN'S WAY<br>SUDBURY, MA 01776-0000 USA |

**The name and business address of the person in addition to the manager, who is authorized to execute documents to be filed with the Corporations Division.**

| Title | Individual Name<br>First, Middle, Last, Suffix | Address (no PO Box)<br>Address, City or Town, State, Zip Code |
|---|---|---|
| SOC SIGNATORY | KLAUS SCHOTTENHAMEL | 35 JULIAN'S WAY<br>SUDBURY, MA 01776-0000 USA |

**The name and business address of the person(s) authorized to execute, acknowledge, deliver and record any recordable instrument purporting to affect an interest in real property**

| Title | Individual Name<br>First, Middle, Last, Suffix | Address (no PO Box)<br>Address, City or Town, State, Zip Code |
|---|---|---|
| Prior to August 27, 2001, Records can be obtained on Microfilm | | |

Consent | Manufacturer | Confidential Data | Does Not Require Annual Report
Partnership | Resident Agent | For Profit | Merger Allowed

**Select a type of filing from below to view this business entity filings:**

ALL FILINGS
Annual Report
Articles of Entity Conversion
Certificate of Amendment
Certificate of Cancellation

View Filings | New Search

**Comments**

© 2001 - 2006 Commonwealth of Massachusetts
All Rights Reserved

Help



# The Commonwealth of Massachusetts
# William Francis Galvin

Secretary of the Commonwealth
One Ashburton Place, Boston, Massachusetts 02108-1512
Telephone: (617) 727-9640

## *CONNECT-US/ALTWHEELS, INC.* Summary Screen

Help with this form

Request a Certificate

**The exact name of the Nonprofit Corporation:** CONNECT-US/ALTWHEELS, INC.

**Entity Type:** Nonprofit Corporation

**Identification Number:** 000909499

**Date of Organization in Massachusetts:** 11/10/2005

**Current Fiscal Month / Day:** 12 / 31

**The location of its principal office in Massachusetts:**
No. and Street: 3B HOLLIS ST.
City or Town: CAMBRIDGE State: MA Zip: 02140 Country: USA

**If the business entity is organized wholly to do business outside Massachusetts, the location of that office:**
No. and Street:
City or Town: State: Zip: Country:

**The name and address of the Resident Agent:**
Name: UNKNOWN
No. and Street: NONE
City or Town: NONE State: MA Zip: 00000 Country: USA

**The officers and all of the directors of the corporation:**

| Title | Individual Name<br>First, Middle, Last, Suffix | Address (no PO Box)<br>Address, City or Town, State, Zip Code | Expiration of Term |
|---|---|---|---|
| PRESIDENT | ALISON SANDER | 3B HOLLIS ST.<br>CAMBRIDGE, MA 02140 USA | |
| TREASURER | TOM SANDER | 53 BOW RD.<br>BELMONT, MA 02478 USA | |
| SECRETARY | EMILY SANDER | 74 BUCKINGHAM ST.<br>CAMBRIDGE, MA 02138 USA | |

| | | | |
|---|---|---|---|
| DIRECTOR | TOM SANDER | 53 BOW RD.<br>BELMONT, MA 02478 USA | |
| DIRECTOR | EMILY SANDER | 123 W. 93RD ST.<br>NEW YORK, NY 10025 USA | |
| DIRECTOR | ALISON SANDER | 3B HOLLIS ST.<br>CAMBRIDGE, MA 02140 USA | |
| DIRECTOR | EMILY SANDER | 74 BUCKINGHAM ST.<br>CAMBRIDGE, MA 02138 USA | |

Consent ___ Manufacturer ___ Confidential Data ___ Does Not Require Annual Report
Partnership ___ Resident Agent ___ For Profit ___ Merger Allowed

**Select a type of filing from below to view this business entity filings:**

ALL FILINGS
Annual Report
Application For Revival
Articles of Amendment
Articles of Consolidation - Foreign and Domestic

View Filings | New Search

**Comments**

© 2001 - 2006 Commonwealth of Massachusetts
All Rights Reserved

Help



**The Commonwealth of Massachusetts**
**William Francis Galvin**

Secretary of the Commonwealth
One Ashburton Place, Boston, Massachusetts 02108-1512
Telephone: (617) 727-9640

**Public Browse and Search - Entity Results**

Help with this form

**No Records Matched Your Begins With Search for Last Name: winklevoss**

New Search

© 2001 - 2006 Commonwealth of Massachusetts
All Rights Reserved

# The Commonwealth of Massachusetts
# William Francis Galvin

Secretary of the Commonwealth
One Ashburton Place, Boston, Massachusetts 02108-1512
Telephone: (617) 727-9640

## Public Browse and Search - Entity Results

Help with this form

**5 Records Matched Your Begins With Search for Last Name: narendra** **(Page 1 of 1)**

| Individual's Name | Position Held | Individual's Address | EntityName | Identification Number (FEIN, Trust ID, etc.) | Old Identification Number (Old FEIN, Old Trust ID, etc.) |
|---|---|---|---|---|---|
| NARENDRAN, A | SECRETARY | PO BOX 885<br>CHICOPEE, MA 01014 USA<br>734 LONGMEADOW ST<br>LONGMEADOW, MA 01106 USA | GIRL & COMPANY INC. | 100007102 | |
| NARENDRAN, A. | TREASURER | P O BOX 885<br>CHICOPEE, MA 01106 USA<br>734 LONGMEADOW STREET<br>LONGMEADOW, MA 01106 USA | GIRL & COMPANY INC. | 100007102 | |
| NARENDRAN, KAILAS | TREASURER | 56 ROLAND ST., STE #212<br>BOSTON, MA 02129 USA | MYOMO, INC. | 000918292 | |
| NARENDRAN, KAILAS | DIRECTOR | 56 ROLAND ST., STE #212<br>BOSTON, MA 02129 USA | MYOMO, INC. | 000918292 | |
| NARENDRAN, KAILAS NATH | MANAGER | 18 THORPE ST #1<br>SOMERVILLE, MA 02143 USA | XITOME DESIGN LLC. | 841661053 | |

The Commonwealth of Massachusetts William Francis Galvin - Public Browse and Search Page 2 of 2

New Search

© 2001 - 2006 Commonwealth of Massachusetts
All Rights Reserved

http://corp.sec.state.ma.us/corp/corpsearch/CorpSearchEntityList.asp?ReadFromDB=True&UpdateAllowed= 6/20/2006