# EXHIBIT G

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CONNECTU LLC,<br><br>Plaintiff,<br><br>v.<br><br>MARK ZUCKERBERG, EDUARDO SAVERIN, DUSTIN MOSKOVITZ, ANDREW MCCOLLUM, CHRISTOPHER HUGHES, and THEFACEBOOK, INC.,<br><br>Defendants.<br>MARK ZUCKERBERG, and THEFACEBOOK, INC.,<br>Counterclaimants,<br><br>v.<br><br>CONNECTU LLC,<br><br>Counterdefendant,<br><br>and<br><br>CAMERON WINKLEVOSS, TYLER WINKLEVOSS, and DIVYA NARENDRA,<br><br>Additional Counterdefendants. | CIVIL ACTION NO. 1:04-cv-11923 (DPW) |

### PLAINTIFF AND COUNTERCLAIM DEFENDANTS' INITIAL DISCLOSURES PURSUANT TO FED. R. CIV. P. 26(a)

Pursuant to Rule 26(a) of the Federal Rules of Civil Procedure, Plaintiff ConnectU LLC and Counterclaim Defendants ConnectU LLC, Cameron Winklevoss, Tyler Winklevoss, and Divya Narendra (collectively, solely for purposes of this disclosure, "ConnectU") make the following Initial Disclosures to Defendants Mark Zuckerberg, Eduardo Saverin, Dustin

1

Moskovitz, Andrew McCollum, Christopher Hughes, and TheFaceBook, Inc., and Counterclaim Plaintiffs Mark Zuckerberg and TheFaceBook, Inc. (collectively, "TheFaceBook").

These Initial Disclosures are preliminary in nature. To the best of ConnectU's knowledge, information, and belief, formed after reasonable inquiry, the disclosures are complete and correct as of the time they are made. ConnectU reserves the right to amend and/or supplement these disclosures as pertinent facts become known in the future, as contemplated by Federal Rule of Civil Procedure 26(e).

By specifying that certain documents are located in the offices of ConnectU's counsel, ConnectU does not waive attorney-client privilege or work product immunity with respect to any such documents or the subject matter thereof.

### A.    26(a)(1)(A):    Witnesses

At present, ConnectU has identified the following persons as persons who may have discoverable information that ConnectU may use to support its Complaint and defend against the counterclaims. ConnectU reserves the right to amend this list.

| NAME/ADDRESS | TITLE | SUBJECT MATTER |
|---|---|---|
| Cameron Winklevoss<br>10 Khakum Wood Rd.<br>Greenwich, CT 06831 | Founder, ConnectU LLC | All subjects relevant to Complaint and Counterclaims |
| Tyler Winklevoss<br>10 Khakum Wood Rd.<br>Greenwich, CT 06831 | Founder, ConnectU LLC | All subjects relevant to Complaint and Counterclaims |
| Divya Narendra<br>16 Park Avenue<br>New York, NY 10016 | Founder, ConnectU LLC | All subjects relevant to Complaint and Counterclaims |
| Victor Gao<br>927 N. Sycamore Street<br>Arlington, VA 22207 | Software Programmer | Development of the Harvard Connection website and software |
| Sanjay Mavinkurve<br>916 Oakes Street<br>Palo Alto, CA 94303 | Software Programmer | Development of the Harvard Connection website and software |

| Joseph Jackson<br>Harvard University<br>Pforzheimer House<br>56 Linnaean Street<br>Cambridge, MA 02138 | Software Programmer | Harvard Connection Software |
|---|---|---|
| Lawrence H. Summers<br>Massachusetts Hall<br>Cambridge, MA 02138 | President, Harvard University | Mr. Summer's consideration of the dispute between the parties |
| John T. O'Keefe<br>Massachusetts Hall<br>Cambridge, MA 02138 | Assistant Dean and Secretary, Harvard Administrative Board | Harvard Administrative Board's consideration of the dispute between the parties |
| Melinda Gray<br>Current Address Unknown | House Tutor,<br>Harvard University | Harvard Administrative Board's consideration of the dispute between the parties |
| Timothy J. McGinn<br>The Harvard Crimson<br>14 Plympton Street<br>Cambridge, MA 02138 | Staff Writer, Harvard Crimson | Comments by the parties to the press |
| Shirin Sharie<br>The Stanford Daily<br>Storke Publications<br>Bldg., Suite 101<br>Stanford, CA 94305 | Desk Editor, The Stanford Daily | Comments by the parties to the press |
| Marcella Bombardieri<br>The Boston Globe<br>135 Morrissey Blvd.<br>Boston, MA 02125 | Staff Writer, The Boston Globe | Comments by the parties to the press |
| Kevin J. Feeney<br>The Harvard Crimson<br>14 Plympton Street<br>Cambridge, MA 02138 | Staff Writer, Harvard Crimson | Comments by the parties to the press |
| Sean Parker<br>c/o TheFaceBook, Inc.<br>471 Emerson Street<br>Palo Alto, CA | Unknown | Development and funding of thefacebook.com |
| Adam D'Angelo<br>California Institute of Technology<br>Lloyd House<br>Pasadena, CA 91126 | Unknown | Development and funding of thefacebook.com |
| Jonathan Abrams<br>c/o Friendster, Inc.<br>1380 Villa Street<br>Mountain View, CA 94041 | Unknown | Development and funding of thefacebook.com |

3

| Marc Pierrat<br>iMarc LLC<br>14 Inn Street<br>Newburyport, MA 01950 | Director of Marketing and Business Development | Software development for connectu.com |
|---|---|---|

### B. 26(a)(1)(B): Documents

At present, ConnectU has identified the following documents, data compilations, and tangible things that are in ConnectU's possession, custody, or control that ConnectU may use to support its claims. ConnectU reserves the right to amend this list.

| DESCRIPTION OF DOCUMENTS | LOCATION |
|---|---|
| Documents relating to the creation and development of the Harvard Connection and ConnectU business plan(s) | On the business premises of ConnectU LLC<br><br>At the home of Cameron Winklevoss<br><br>At the home of Tyler Winklevoss<br><br>At the home of Divya Narendra<br><br>Finnegan Henderson et al.<br>Washington, DC |
| Documents relating to the creation and development of the Harvard Connection and ConnectU software and website | On the business premises of ConnectU LLC<br><br>At the home of Cameron Winklevoss<br><br>At the home of Tyler Winklevoss<br><br>At the home of Divya Narendra<br><br>At the home of Victor Gao<br><br>Finnegan Henderson et al.<br>Washington, DC |
| Documents relating to the Copyright Registration for the work entitled Harvard Connection Code (Reg. No. TXu-196-126) | On the business premises of ConnectU LLC<br><br>Finnegan Henderson et al.<br>Washington, DC |

| | |
|---|---|
| Documents relating to the business relationship between ConnectU and TheFaceBook | On the business premises of ConnectU LLC <br><br> At the home of Cameron Winklevoss <br><br> At the home of Tyler Winklevoss <br><br> At the home of Divya Narendra <br><br> At the home of Victor Gao <br><br> Finnegan Henderson et al. Washington, DC |
| Documents relating to the business, operations, and marketing of ConnectU LLC | On the business premises of ConnectU LLC <br><br> At the home of Cameron Winklevoss <br><br> At the home of Tyler Winklevoss <br><br> At the home of Divya Narendra <br><br> Finnegan Henderson et al. Washington, DC |
| Media coverage of TheFaceBook.com, ConnectU.com, and the dispute between the parties | On the business premises of ConnectU LLC <br><br> At the home of Cameron Winklevoss <br><br> At the home of Tyler Winklevoss <br><br> At the home of Divya Narendra <br><br> Finnegan Henderson et al. Washington, DC |
| Documents relating to the parties' proceedings before the Harvard Administrative Board | On the business premises of ConnectU LLC <br><br> At the home of Cameron Winklevoss <br><br> At the home of Tyler Winklevoss <br><br> At the home of Divya Narendra <br><br> Harvard University <br><br> Finnegan Henderson et al. Washington, DC |

C.  26(a)(1)(C) Calculation of Damages

ConnectU cannot calculate its damages prior to obtaining discovery materials from TheFaceBook and obtaining expert opinions regarding the value of TheFaceBook, Inc.

D.  26(a)(1)(D):  Insurance

ConnectU is not aware of any applicable insurance policies at this time.

DATED this 7th day of April, 2005

Lawrence R. Robins (BBO# 632610)
Jonathan M. Gelchinsky (BBO# 656282)
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, L.L.P.
55 Cambridge Parkway
Cambridge, MA  02142
Telephone:  (617) 452-1600
Facsimile:  (617) 452-1666
larry.robins@finnegan.com
jon.gelchinsky@finnegan.com

John F. Hornick (*pro hac vice*)
Margaret A. Esquenet (*pro hac vice*)
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, L.L.P.
901 New York Avenue N.W.
Washington, DC  20001
Telephone:  (202) 408-4000
Facsimile:  (202) 408-4400

Attorneys for Plaintiff and Counterclaim Defendants

## CERTIFICATE OF SERVICE

I, Jonathan M. Gelchinsky, hereby certify that on April 7, 2005, a true and correct copy of the foregoing PLAINTIFF AND COUNTERCLAIM DEFENDANTS' INITIAL DISCLOSURES PURSUANT TO FED. R. CIV. P. 26(a) was served by the indicated means to the persons at the addresses listed:

| | |
|---|---|
| Daniel K. Hampton, Esq.<br>Gordon P. Katz, Esq.<br>HOLLAND & KNIGHT, LLP<br>10 St. James Avenue<br>Boston, MA 02116 | ☐ Via First Class Mail<br>☒ Via Hand Delivery<br>☐ Via Overnight Courier<br>☐ Via Facsimile |
| Robert B. Hawk, Esq.<br>HELLER EHRMAN, LLP<br>275 Middlefield Road<br>Menlo Park, CA 94025 | ☐ Via First Class Mail<br>☐ Via Hand Delivery<br>☒ Via Overnight Courier<br>☐ Via Facsimile |

_____
Jonathan M. Gelchinsky

FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, L.L.P.
55 Cambridge Parkway, Suite 700
Cambridge, MA 02142
Telephone: (617) 452-1600