# EXHIBIT I



| | | |
|---|---|---|
| **CAROLEE C. SUNDERLAND**<br>Commissioner<br>Fax 914-995-3190<br>**MELISSA J. NACERINO**<br>Deputy Commissioner | 25 Quarropas Street<br>White Plains, NY 10601<br>914-995-5700<br>www.westchestergov.com/boe | **REGINALD A. LAFAYETTE**<br>Commissioner<br>Fax 914-995-7753<br>**JEANNIE L. PALAZOLA**<br>Deputy Commissioner |

## Certification of Registration

We, the Commissioners of the Westchester County Board of Elections, do hereby certify that the following information is a true and correct copy of the voter registration record on file in this office for:

MARK ELLIOT ZUCKERBERG

**Date of Registration:** 09-30-2002
**Serial Number:** 97100174
**Status:** ACTIVE
**Address:** 2 RUSSELL PL, DOBBS FERRY NY 10522
**T/W/D:** 40065          **Sex:** M
**Date of Birth:** 05-14-1984
**Party:** NON

Witness my hand and official seal at Westchester County, State of New York, on June 19, 2006.

Commissioners of Elections
County of Westchester, State of New York

_____
Commissioners

Jun 19 06 03:02p    West Cty Bd of Elections    9953190    p.2

TFB007660

97100174  ZUCKERBERG, MARK ELLIOT
Image Loc: 2002273L370MAIL

| | | | | |
|---|---|---|---|---|
| You may use this form to:<br>■ register to vote<br>■ report that your name or address has changed<br>■ register with a party | This space for office use only. | | | |

Please print in blue or black ink.

1. Last Name: Zuckerberg   First Name: Mark   Middle Name(s): Elliot   (Circle one) Jr Sr II III IV

2. Address — Street (or route and box number): 2 Russell Place   Apt. or Lot #:   City/Town: Dobbs Ferry   State: NY   Zip Code: 10522

3. Address Where You Get Your Mail If Different From Above:

4. Date of Birth: 05 / 14 / 84

5. Telephone Number (optional):

6. ID Number:

7. Choice of Party:

8. Race or Ethnic Group:

9. I swear/affirm that:
■ I am a United States citizen
■ I meet the eligibility requirements of my state and subscribe to any oath required.
■ The information I have provided is true to the best of my knowledge under penalty of perjury. If I have provided false information, I may be fined, imprisoned, or (if not a U.S. citizen) deported from or refused entry to the United States.

Signature: Mark Zuckerberg
Date: 09 / 09 / 02

RECEIVED BOARD OF ELECTIONS WESTCHESTER COUNTY N.Y.

10. If the applicant is unable to sign, who helped the applicant fill out this application?

25 Quarropas Street
White Plains, New York 10601
(914) 995-5700
www.westchestergov.com/boe

**Board of Elections**

# Fax

To: Barbara Peck       From: Jason B.
Fax: (914) 995—3190    Pages: 3
Phone: (914) 995—5708  Date: 6/19/06
Re:                    CC:

☐ Urgent    ☐ For Review    ☐ Please Comment    ☐ Please Reply    ☐ Please Recycle

● Comments:

Jun 19 06 03:02p    West Cty Bd of Elections    9953190    p.1

TFB007662