# EXHIBIT J



# CITY OF CAMBRIDGE

51 INMAN STREET, CAMBRIDGE, MASSACHUSETTS 02139-1732 • TEL. (617) 349-4361
FAX (617) 349-4366
TTY (617) 492-0235
EMAIL Elections@cambridgema.gov

**BOARD OF
ELECTION COMMISSIONERS**

TERESA S. NEIGHBOR
Executive Director

ARTIS B. SPEARS
DARLEEN G. BONISLAWSKI
WAYNE A. DRUGAN, JR.
GERALD A. McDONOUGH
Commissioners

June 19, 2006

To Whom It May Concern:

This is to certify that Mark E Zuckerberg was a resident in Cambridge, Massachusetts. He was not registered to vote.

Recorded address in Cambridge was 0 Currier House

Very truly yours,

*Artis B. Spears*
*Darleen G. Bonislawski*
*Wayne A. Drugan*
*G. A. McDonough*

**BOARD OF ELECTION COMMISSIONERS**

# CITY OF CAMBRIDGE
## ELECTION COMMISSION
### 51 INMAN STREET – FIRST FLOOR
### CAMBRIDGE, MA 02139
TELEPHONE- 617-349-4361 / FAX- 617-349-4366

---

## FACSIMILE TRANSMITTAL SHEET

TO: Adria  
FROM: Cambridge Election Comm

FAX NUMBER: 650 614 7401  
DATE: 6-19-06

RE:  
TOTAL NO. OF PAGES INCLUDING COVER: 2

☐ URGENT   ☐ FOR REVIEW   ☐ PLEASE COMMENT   ☐ PLEASE REPLY   ☐ PLEASE RECYCLE

---

**NOTICE OF CONFIDENTIALITY**

THIS TRANSMISSION IS INTENDED ONLY FOR THE ADDRESSEE (S) LISTED ABOVE AND MAY CONTAIN INFORMATION THAT IS CONFIDENTIAL AND PRIVILEGED. IF YOU ARE NOT THE ADDRESSEE, ANY USE, DISCLOSURE, COPYING AND/OR COMMUNICATION OF THE CONTENTS OF THIS TRANSMISSION IS PROHIBITED. IF THIS MESSAGE WAS RECEIVED IN ERROR, PLEASE TELEPHONE US IMMEDIATELY AT 617-349-4361.

TFB007664

# CITY OF CAMBRIDGE

51 INMAN STREET, CAMBRIDGE, MASSACHUSETTS 02139-1732 • TEL. (617) 349-4361
FAX (617) 349-4366
TTY (617) 492-0235
EMAIL   Elections@cambridgema.gov

**BOARD OF
ELECTION COMMISSIONERS**

ARTIS B. SPEARS
DARLEEN G. BONISLAWSKI
WAYNE A. DRUGAN, JR.
GERALD A. McDONOUGH
Commissioners

TERESA S. NEIGHBOR
Executive Director

June 19, 2006

To Whom It May Concern:

This is to certify that Mark E Zuckerberg was a resident in Cambridge, Massachusetts. He was not registered to vote.

Recorded address in Cambridge was 0 Currier House

Very truly yours,

*Artis B. Spears*
*Darleen G. Bonislawski*
*Wayne A. Drugan*
*Gerald A. McDonough*

**BOARD OF ELECTION COMMISSIONERS**

**FedEx USA Airbill**  
FedEx Tracking Number: 8100 8722 9834  
Form I.D. No. 0200  
Recipient's Copy

**1 From**
- Date: 6/19/00
- Sender's Name: GLUB ETERNEN COMM
- Phone: (617) 349-4361
- Company: VIRGINIA KELLEY
- Address: 51 INMAN ST. 1ST FLOOR
- City: CAMBRIDGE
- State: MA
- ZIP: 02139

**2** Your Internal Billing Reference Information

**3 To**
- Recipient's Name: ADRIA HIRSCH
- Phone: (650) 614-7424
- Company: ORRICK, HERRINGTON, SUTCLIFFE  QX 7424
- Address: 1000 MARSH RD
- City: MENLO PARK
- State: CA
- ZIP: 94025

For HOLD at FedEx Location check here
- [ ] Hold Weekday
- [ ] Hold Saturday

For WEEKEND Delivery check here
- [ ] Saturday Delivery
- [ ] NEW Sunday Delivery

**4a Express Package Service** — Packages under 150 lbs.
- [✓] FedEx Priority Overnight
- [ ] FedEx Standard Overnight
- [ ] FedEx First Overnight
- [ ] FedEx 2Day
- [ ] FedEx Express Saver

**4b Express Freight Service** — Packages over 150 lbs.
- [ ] FedEx Overnight Freight
- [ ] FedEx 2Day Freight
- [ ] FedEx Express Saver Freight

**5 Packaging**
- [✓] FedEx Letter
- [ ] FedEx Pak
- [ ] FedEx Box
- [ ] FedEx Tube
- [ ] Other Pkg.

**6 Special Handling**
- Does this shipment contain dangerous goods? [✓] No
- [ ] Dry Ice
- [ ] Cargo Aircraft Only

**7 Payment**
Bill to:
- [ ] Sender
- [✓] Recipient
- [ ] Third Party
- [ ] Credit Card
- [ ] Cash/Check

Total Packages / Total Weight / Total Declared Value $ .00 / Total Charges $

**8 Release Signature**

321

WCSL 1098  
Rev. Date 7/98  
Part #153023  
©1994-98 FedEx  
PRINTED IN U.S.A.

8100 8722 9834

TFB007666