# EXHIBIT K

# County of Santa Clara
Registrar of Voters

1555 Berger Drive, Building 2
San Jose, California 95112
Mailing Address: P.O. Box 1147, San Jose, CA 95108
(408) 299-VOTE (8683)  (866) 430-VOTE (8683)  FAX (408) 998-7314
www.sccvote.org

---

June 16, 2006

To Whom It May Concern:

The Santa Clara County, California, Registrar of Voters' office shows no record of one Mark Zuckerberg, date of birth, May 14, 1984, ever being registered to vote.

If you have any questions regarding this matter, please contact me at (408) 282-3045.

Sincerely,

Joyce Jahnke
Deputy Registrar



Board of Supervisors: Donald F. Gage, Blanca Alvarado, Pete McHugh, James T. Beall Jr., Liz Kniss
County Executive: Peter Kutras, Jr.

**FedEx Express USA Airbill**

plu 118
FedEx Tracking Number: 844950783808

Recipient's Copy

**1 From**
Date: 6/16/06
Sender's Name: Joyce Jahnke
Phone: 408 282 3045
Company: SCC. Registrar of Voters
Address: 1555 Berger Dr. 1st Flr. 1rt
City: San Jose  State: CA  ZIP: 95112

**2 Your Internal Billing Reference**

**3 To**
Recipient's Name: Adria Hirsch — Law Library
Phone: 650 614-7424
Company: Orrick, Herrington & Sutcliffe
Address: 1000 Marsh Rd
City: Menlo Park  State: CA  ZIP: 94025

Barcode: 8449 5078 3808

**4a Express Package Service** — Packages up to 150 lbs.
☐ FedEx Priority Overnight
☒ FedEx Standard Overnight
☐ FedEx First Overnight
☐ FedEx 2Day
☐ FedEx Express Saver

**4b Express Freight Service** — Packages over 150 lbs.
☐ FedEx 1Day Freight
☐ FedEx 2Day Freight
☐ FedEx 3Day Freight

**5 Packaging**
☒ FedEx Envelope
☐ FedEx Pak
☐ Other

**6 Special Handling**
☐ SATURDAY Delivery
☐ HOLD Weekday at FedEx Location
☐ HOLD Saturday at FedEx Location

Does this shipment contain dangerous goods?
☒ No  ☐ Yes (As per attached Shipper's Declaration)  ☐ Yes (Shipper's Declaration not required)  ☐ Dry Ice  ☐ Cargo Aircraft Only

**7 Payment** Bill to:
☐ Sender  ☒ Recipient  ☐ Third Party  ☐ Credit Card  ☐ Cash/Check

Total Packages | Total Weight | Total Declared Value $ .00 | Total Charges

**8 Release Signature**

446

TFB007668