# EXHIBIT L



# Warren Slocum
Chief Elections Officer & Assessor-County Clerk-Recorder

40 Tower Road
San Mateo, CA 94402-4098
**phone** 650.312.5222
**fax** 650.312.5348

June 15, 2006

Orrick, Herrington & Sutcliffe
Attn: Adria Hirsch, Law Library
1000 Marsh Road
Menlo Park, CA 94025

SUBJECT: MARK E. ZUCKERBERG (ZUKERBERG)

Dear Ms. Hirsch:

Per your request of June 15, 2006 for voter registration status information for Mark E. Zuckerberg (Zukerberg), this letter will confirm that there is no voter registration information on the aforementioned individual in the San Mateo County voter file database.

If you should have any questions, please do not hesitate to contact me directly at (650) 312-5365.

Respectfully,

Narda Garcia
Elections Specialist
Voter Registration & Absentee Units

email registrar@smcare.org    web www.shapethefuture.org

TFB007669