# EXHIBIT M

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CONNECTU LLC,<br><br>    Plaintiffs,<br><br>v.<br><br>MARK ZUCKERBERG, EDUARDO SAVERIN, DUSTIN MOSKOVITZ, ANDREW MCCOLLUM, CHRISTOPHER HUGHES, and FACEBOOK, INC.,<br><br>    Defendants. | CIVIL ACTION NO. 1:04-CV-11923 (DPW) |
| MARK ZUCKERBERG, and FACEBOOK, INC.,<br><br>    Counterclaimants,<br><br>v.<br><br>CONNECTU LLC,<br><br>    Counterdefendant,<br><br>and<br><br>CAMERON WINKLEVOSS, TYLER WINKLEVOSS, and DIVYA NARENDRA,<br><br>    Additional Counterdefendants. | |

**NOTICE OF RULE 30(B)(6) DEPOSITION OF CONNECTU LLC**

-2-

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure, Defendant and Counterclaimant Facebook, Inc. will take, by oral examination, the deposition of ConnectU LLC, which will commence on June 15, 2006, at 9:00 a.m. at the law offices of Orrick, Herrington & Sutcliffe, LLP, 666 Fifth Avenue, New York, NY 10103, or at such other time and place as mutually agreed upon by counsel. The deposition will continue from day to day until completed.

Pursuant to the Court's May 1, 2006 Order Rule 30(b)(6), ConnectU shall designate one or more officers, directors, managing agents, or other persons who consent and are knowledgeable to testify on ConnectU's behalf on the subject of the citizenship of ConnectU as of September 2, 2004. For purposes of this subject, "citizenship" relates to how citizenship for purposes of diversity jurisdiction is determined pursuant to *Pramco, LLC ex rel. CFSC Consortium, LLC v. San Juan Bay Marina, Inc.*, 435 F.3d 51, 54-55 (1st Cir. 2006).

The testimony of ConnectU will be recorded by video, as well as stenographic means including the instant visual display of testimony. The deposition will be taken before an officer authorized by law to administer oaths pursuant to Rule 28 of the Federal Rules of Civil Procedure.

Dated: June 2, 2006

_____
Monte M.F. Cooper (*Admitted Pro Hac Vice*)
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025
Telephone: (650) 614-7400
Facsimile: (650) 614-7401

PROSKAUER ROSE, LLP
One International Plaza, 14th Floor
Boston, MA 02110-2600
Telephone:   (617) 526-9600
Facsimile:   (617) 526-9899

Attorneys for Mark Zuckerberg,
Dustin Moskovitz, Andrew Mccollum, Christopher Hughes, and Facebook, Inc.