## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CONNECTU LLC, <br><br>             Plaintiff, <br><br>       v. <br><br> MARK ZUCKERBERG, EDUARDO SAVERIN, DUSTIN MOSKOVITZ, ANDREW MCCOLLUM, CHRISTOPHER HUGHES, FACEBOOK, INC., <br><br>             Defendants. | Civil Action No. 1:04-cv-11923 (DPW) <br><br> District Judge Douglas P. Woodlock <br><br> Magistrate Judge Robert B. Collings |
| MARK ZUCKERBERG and FACEBOOK, INC., <br><br>             Counterclaimants, <br><br>       v. <br><br> CONNECTU LLC, <br><br>             Counterdefendant, <br><br>      and <br><br> CAMERON WINKLEVOSS, TYLER WINKLEVOSS, and DIVYA NARENDRA, <br><br>             Additional Counterdefendants. | |

## MOTION TO SEAL DOCUMENTS

Plaintiff ConnectU LLC, ("ConnectU") hereby moves to file under seal, pursuant to the Parties' Stipulated Protective Order entered by the Court in this case, the following documents:

- EXHIBIT 1 TO THE DECLARATION OF MARGARET A. ESQUENET IN SUPPORT OF PLAINTIFF'S OPPOSITION TO FACEBOOK DEFENDANT'S MOTION TO STRIKE PLAINTIFF'S SUPPLEMENTAL DECLARATION OF DIVYA NARENDRA, TYLER AND CAMERON WINKLEVOSS IN SUPPORT OF PLAINTIFF'S SUPPLEMENTAL BRIEF

CERTIFICATION PURSUANT TO LOCAL RULE 7.1

I hereby certify that counsel for the parties have conferred regarding the issues

presented by this motion and that Defendants' counsel consents to this motion.

Respectfully submitted,

Dated:  July 5, 2006            /s/ Margaret A. Esquenet_____
                                John F. Hornick (*pro hac vice*)
                                Margaret A. Esquenet (*pro hac vice*)
                                Troy E. Grabow (*pro hac vice*)
                                FINNEGAN, HENDERSON, FARABOW,
                                  GARRETT & DUNNER, L.L.P.
                                901 New York Avenue N.W.
                                Washington, DC  20001
                                Telephone:  (202) 408-4000
                                Facsimile:   (202) 408-4400

                                Lawrence R. Robins (BBO# 632610)
                                Jonathan M. Gelchinsky (BBO# 656282)
                                FINNEGAN, HENDERSON, FARABOW,
                                GARRETT & DUNNER, L.L.P.
                                55 Cambridge Parkway
                                Cambridge, MA  02142
                                Telephone:  (617) 452-1600
                                Facsimile:   (617) 452-1666
                                larry.robins@finnegan.com
                                jon.gelchinsky@finnegan.com
                                Attorneys for Plaintiff and Counterclaim
                                Defendants

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent

electronically to the registered participants as identified on the Notice of Electronic Filing

(NEF) and paper copies will be sent to those indicated as non registered participants on

July 5, 2006.


/s/ Margaret A. Esquenet _____
Margaret A. Esquenet