**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| CONNECTU LLC,<br><br>                Plaintiff,<br><br>     v.<br><br>MARK ZUCKERBERG, EDUARDO SAVERIN, DUSTIN MOSKOVITZ, ANDREW MCCOLLUM, CHRISTOPHER HUGHES, FACEBOOK, INC.,<br><br>                Defendants. | Civil Action No. 1:04-cv-11923 (DPW)<br><br>District Judge Douglas P. Woodlock<br><br>Magistrate Judge Robert B. Collings |
| MARK ZUCKERBERG and<br>FACEBOOK, INC.,<br><br>                Counterclaimants,<br><br>     v.<br><br>CONNECTU LLC,<br><br>                Counterdefendant,<br><br>     and<br><br>CAMERON WINKLEVOSS, TYLER WINKLEVOSS, and DIVYA NARENDRA,<br><br>                Additional Counterdefendants. | |

**[PROPOSED] ORDER GRANTING
<u>PLAINTIFF'S MOTION TO SEAL DOCUMENTS</u>**

Having Considered Plaintiff ConnectU LLC's Motion to Seal Documents in Support of its Opposition to Facebook Defendant's Motion to Strike Plaintiff's Supplemental Declaration of Divya Narendra, Tyler and Cameron Winklevoss in Support of Plaintiff's Supplemental Brief this Court orders as follows:

ConnectU is granted leave to file the following documents under seal pursuant to the parties' Stipulated Protective Order:

**- EXHIBIT 1 TO THE DECLARATION OF MARGARET A. ESQUENET IN SUPPORT OF PLAINTIFF'S OPPOSITION TO FACEBOOK DEFENDANT'S MOTION TO STRIKE PLAINTIFF'S SUPPLEMENTAL DECLARATION OF DIVYA NARENDRA, TYLER AND CAMERON WINKLEVOSS IN SUPPORT OF PLAINTIFF'S SUPPLEMENTAL BRIEF**

**SO ORDERED**

DATED: _____       _____

District Judge Douglas P. Woodlock

Magistrate Judge Robert B. Collings