# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CONNECTU LLC,<br><br>        Plaintiff,<br><br>        v.<br><br>MARK ZUCKERBERG, EDUARDO SAVERIN, DUSTIN MOSKOVITZ, ANDREW MCCOLLUM, CHRISTOPHER HUGHES, FACEBOOK, INC.,<br><br>        Defendants. | Civil Action No. 1:04-cv-11923 (DPW)<br><br>District Judge Douglas P. Woodlock<br><br>Magistrate Judge Robert B. Collings |
| MARK ZUCKERBERG and<br>FACEBOOK, INC.,<br><br>        Counterclaimants,<br><br>        v.<br><br>CONNECTU LLC,<br><br>        Counterdefendant,<br><br>        and<br><br>CAMERON WINKLEVOSS, TYLER WINKLEVOSS, and DIVYA NARENDRA,<br><br>        Additional Counterdefendants. | |

**DECLARATION OF MARGARET A. ESQUENET
IN SUPPORT OF PLAINTIFF'S OPPOSITION TO FACEBOOK
DEFENDANT'S MOTION TO STRIKE PLAINTIFF'S SUPPLEMENTAL
DECLARATION OF DIVYA NARENDRA, TYLER AND CAMERON WINKLEVOSS IN
SUPPORT OF PLAINTIFF'S SUPPLEMENTAL BRIEF**

I, Margaret A. Esquenet, declare as follows:

1. I am an attorney with the law firm of Finnegan, Henderson, Farabow, Garrett & Dunner, LLP, counsel for Plaintiff ConnectU LLC and Counterdefendants Cameron Winklevoss, Tyler Winklevoss, and Divya Narendra ("collectively ConnectU"). I make this Declaration in support of Plaintiff's Opposition To Facebook Defendant's Motion To Strike Plaintiff's Supplemental Declaration Of Divya Narendra, Tyler And Cameron Winklevoss In Support

Of Plaintiff's Supplemental Brief . I am an active member in good standing of the Bars of the State of Maryland and the District of Columbia and I am admitted to appear *pro hac vice* before this Court. I have personal knowledge of the facts stated therein and if called as a witness, could and would competently testify thereto.

2. Attached hereto as Exhibit 1 is a true and correct copy of the deposition transcript of Divya Narendra taken on June 16, 2006 (FILED UNDER SEAL).

3. Attached hereto as Exhibit 2 is a true and correct copy of a June 19, 2006 e-mail from Facebook Defendants' counsel, Monte Cooper.

4. Attached hereto as Exhibit 3 are a true and correct copies of the Amended Notices of Deposition of Cameron Winklevoss and Tyler Winklevoss, served on June 14, 2006.

5. Attached here to as Exhibit 4 is a true and correct copy of a June 9, 2006 letter from Facebook Defendants' counsel, G. Hopkins Guy.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. This Declaration is executed on the 5th day of July 2006.

/s/ Margaret A. Esquenet  
Margaret A. Esquenet

3

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on July 5, 2006.

/s/ Margaret A. Esquenet
Margaret A. Esquenet