**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| CONNECTU LLC,<br><br>          Plaintiff,<br><br>     v.<br><br>MARK ZUCKERBERG, EDUARDO SAVERIN, DUSTIN MOSKOVITZ, ANDREW MCCOLLUM, CHRISTOPHER HUGHES, FACEBOOK, INC.,<br><br>          Defendants.| Civil Action No. 1:04-cv-11923 (DPW)<br><br>District Judge Douglas P. Woodlock<br><br>Magistrate Judge Robert B. Collings |
| MARK ZUCKERBERG and FACEBOOK, INC.,<br><br>          Counterclaimants,<br><br>     v.<br><br>CONNECTU LLC,<br><br>          Counterdefendant,<br><br>     and<br><br>CAMERON WINKLEVOSS, TYLER WINKLEVOSS, and DIVYA NARENDRA,<br><br>          Additional Counterdefendants. | |

**EXHIBIT 1 TO THE DECLARATION OF MARGARET A. ESQUENET
IN SUPPORT OF PLAINTIFF'S OPPOSITION TO FACEBOOK DEFENDANT'S
MOTION TO STRIKE PLAINTIFF'S SUPPLEMENTAL DECLARATION OF DIVYA
NARENDRA, TYLER AND CAMERON WINKLEVOSS IN
<u>SUPPORT OF PLAINTIFF'S SUPPLEMENTAL BRIEF</u>**

**FILED UNDER SEAL PURSUANT TO
PARTIES' STIPULATED PROTECTIVE ORDER**

Dated: July 5, 2006