

**ORRICK**

ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 MARSH ROAD
MENLO PARK, CA 94025

tel +1-650-614-7400
fax +1-650-614-7401

WWW.ORRICK.COM

June 9, 2006

G. Hopkins Guy
(650) 614-7452
hopguy@orrick.com

*VIA FACSIMILE AND U.S. MAIL*

John F. Hornick, Esq.
Finnegan, Henderson, Farabow, Garrett & Dunner, LLP
901 New York Avenue, N.W.
Washington, D.C. 20001

Re:   *ConnectU v. Zuckerberg, et. al.*

Dear John:

Following the conclusion of the deposition of Mark Zuckerberg on June 8, 2006, you requested the Facebook Defendants stipulate that ConnectU could file a supplemental Memorandum relating to the pending Motion to Dismiss. As you know, the Motion has been fully briefed, and ConnectU already has filed an Opposition Brief, a proposed Sur-Reply, and a Response to the Facebook Defendant's Notice of Supplemental Authority. Moreover, the Court's May 1, 2006 Order explicitly sets forth that the scope of the evidentiary hearing scheduled for June 22, 2006, will be limited to the citizenship of Divya Narendra and Mark Zuckerberg as of September 2, 2006. That Order also makes several rulings on the arguments set forth in the prior papers.

Accordingly, inasmuch as all issues have been adequately briefed, and the May 1, 2006 Order does not invite further papers, the Facebook Defendants will not stipulate to the filing of additional pleadings by the parties. At this late date, it would be unfair to expect Facebook to prepare a response in any event, and this issue was not raised during either of the meet-and-confer sessions held on June 2, 2006, and June 5, 2006.

On the other hand, we would like to discuss with you stipulations as to the procedures to be used at the hearing, including the marking of exhibits, etc. Therefore, please call or write concerning your proposals on those aspects of the June 22, 2006 hearing.

Very truly yours,

G. Hopkins Guy

cc:   Margaret A. Esquenet, Esq. (via email)
      Troy E. Grabow, Esq. (via email)

US_WEST:260034312.1

John F. Hornick, Esq.
May 5, 2006

    Kenneth Curtis, Esq. (via email)
    Pat Hart , Esq. (via email)
    Robert B. Hawk, Esq. (via email)
    Daniel K. Hampton, Esq. (via email)
    Steve M. Bauer, Esq. (via email)