**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| CONNECTU LLC,<br><br>                            Plaintiff,<br><br>     v.<br><br>MARK ZUCKERBERG, EDUARDO SAVERIN, DUSTIN MOSKOVITZ, ANDREW MCCOLLUM, CHRISTOPHER HUGHES, and FACEBOOK, INC.,<br><br>                            Defendants.<br>MARK ZUCKERBERG and FACEBOOK, INC.,<br><br>                            Counterclaimants,<br><br>     v.<br><br>CONNECTU LLC,<br><br>                            Counterdefendant,<br><br>     and<br><br>CAMERON WINKLEVOSS, TYLER WINKLEVOSS, and DIVYA NARENDRA,<br><br>                Additional Counterdefendants. | CIVIL ACTION NO. 1:04-cv-11923<br><br>District Judge Douglas P. Woodlock<br><br>Magistrate Judge Robert B. Collings |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the following:

- **EXHIBIT 1 TO THE DECLARATION OF MARGARET A. ESQUENET IN SUPPORT OF PLAINTIFF'S OPPOSITION TO FACEBOOK DEFENDANT'S MOTION TO STRIKE PLAINTIFF'S SUPPLEMENTAL DECLARATION OF DIVYA NARENDRA, TYLER AND CAMERON WINKLEVOSS IN SUPPORT OF PLAINTIFF'S SUPPLEMENTAL BRIEF**

was served by overnight courier on July 5, 2006, to the following:

Robert D. Nagel, Esq.
Neel I. Chatterjee, Esq.
Monte Cooper, Esq.
G. Hopkins Guy, III, Esq.
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025-1015
650.614.7401 (fax)

Daniel K. Hampton, Esq.
Gordon P. Katz, Esq.
HOLLAND & KNIGHT, LLP
10 St. James Avenue, 11th Floor
Boston, MA 02116
617.523.6850 (fax)

Robert B. Hawk, Esq.
Bahanu K. Sadasivan, Esq.
HELLER EHRMAN, LLP
275 Middlefield Road
Menlo Park, CA 94025
650.324.0638 (fax)

Steven M. Bauer, Esq.
Jeremy P. Oczek, Esq.
PROSKAUER ROSE LLP
One International Place, 14th Floor
Boston, MA 02110-2600
617.526.9899 (fax)


    _/s/ Jenny Macioge-Reilly_____