IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CONNECTU LLC,<br><br>    Plaintiff,<br><br>v.<br><br>MARK ZUCKERBERG, EDUARDO SAVERIN, DUSTIN MOSKOVITZ, ANDREW MCCOLLUM, CHRISTOPHER HUGHES, and THEFACEBOOK, INC.,<br><br>    Defendants. | Civil Action No. 1:04-CV-11923 (DPW) |
| MARK ZUCKERBERG, and THEFACEBOOK, INC.,<br><br>    Counterclaimants,<br><br>v.<br><br>CONNECTU LLC,<br><br>    Counterdefendant,<br><br>and<br><br>CAMERON WINKLEVOSS, TYLER WINKLEVOSS, and DIVYA NARENDRA,<br><br>    Additional Counterdefendants. | |

**ASSENTED-TO MOTION TO FILE DOCUMENTS UNDER SEAL**

Defendants Mark Zuckerberg, Dustin Moskovitz, Andrew McCollum, Christopher Hughes, and Facebook, Inc. ("the Facebook Defendants") hereby move to file under seal, pursuant to the Stipulated Protective Order entered by the Court in this case, the following documents:

US_WEST:260052604.1

-2-

1. **EXHIBITS E AND F** to the Declaration of Monte M.F. Cooper In Support of Facebook Defendants' Opposition to Plaintiff's Motion for Contempt.

The Facebook Defendants respectfully request permission to file this pleading under seal because it contains information that has been designated by the Defendants as confidential under the Stipulated Protective Order entered in this case. In accordance with the Local Rules, the Facebook Defendants respectfully request that this pleading be impounded until the final resolution of this litigation between the parties, at which time it will be retrieved by counsel for the Facebook Defendants.

WHEREFORE, it is respectfully requested that the Court grant this assented-to motion to file the above-described document under seal.

### Certification Pursuant to Local Rule 7.1

The undersigned counsel certifies that counsel for the parties have conferred in an attempt to resolve or narrow the issues presented by this motion, and that counsel for plaintiff ConnectU LLC has assented to the relief requested by this motion.

///

///

| | |
|---|---|
| Dated: July 10, 2006. | Respectfully submitted,<br><br>_/s/ Monte M.F. Cooper /s/_<br>G. Hopkins Guy, III*<br>I. Neel Chatterjee*<br>Monte M.F. Cooper*<br>Robert D. Nagel*<br>ORRICK, HERRINGTON & SUTCLIFFE LLP<br>1000 Marsh Road<br>Menlo Park, CA  94025<br>Telephone:  (650) 614-7400<br>Facsimile:   (650) 614-7401<br>hopguy@orrick.com<br>nchatterjee@orrick.com<br>mcooper@orrick.com<br>rnagel@orrick.com<br><br>Steve M. Bauer<br>Jeremy P. Oczek<br>PROSKAUER ROSE, LLP<br>One International Plaza, 14th Floor<br>Boston, MA 02110-2600<br>Telephone:     (617) 526-9600<br>Facsimile:      (617) 526-9899<br>sbauer@proskauer.com<br>joczek@proskauer.com<br><br>ATTORNEYS FOR MARK ZUCKERBERG, DUSTIN MOSKOVITZ, ANDREW MCCOLLUM, CHRISTOPHER HUGHES, and FACEBOOK, INC.<br><br>* Admitted Pro Hac Vice |

-4-

## **CERTIFICATE OF SERVICE**

      I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on July 10, 2006.

Dated:  July 10, 2006.                        Respectfully submitted,

                                                                           Name of Attorney