IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CONNECTU LLC,<br>Plaintiff,<br>v.<br>MARK ZUCKERBERG, EDUARDO SAVERIN, DUSTIN MOSKOVITZ, ANDREW MCCOLLUM, CHRISTOPHER HUGHES, and FACEBOOK, INC.,<br>Defendants. | CIVIL ACTION NO. 1:04-CV-11923 (DPW) |
| MARK ZUCKERBERG, and FACEBOOK, INC.,<br>Counterclaimants,<br>v.<br>CONNECTU LLC,<br>Counterdefendant,<br>and<br>CAMERON WINKLEVOSS, TYLER WINKLEVOSS, and DIVYA NARENDRA,<br>Additional Counterdefendants. | |

**NOTICE OF FILING WITH CLERK'S OFFICE**

Notice is hereby given that the exhibits listed below have been manually filed with the Court and are available in paper form only:

1. **EXHIBITS E AND F TO THE DECLARATION OF MONTE M.F. COOPER IN SUPPORT OF FACEBOOK DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR CONTEMPT.**

The original documents are maintained in the case file in the Clerk's Office.

Dated: July 10, 2006.

Respectfully submitted,

/s/ Monte M.F. Cooper /s/

G. Hopkins Guy, III*
I. Neel Chatterjee*
Monte M.F. Cooper*
Robert D. Nagel*
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025
Telephone: (650) 614-7400
Facsimile: (650) 614-7401
hopguy@orrick.com
nchatterjee@orrick.com
mcooper@orrick.com
rnagel@orrick.com

Steve M. Bauer
Jeremy P. Oczek
PROSKAUER ROSE, LLP
One International Plaza, 14th Floor
Boston, MA 02110-2600
Telephone: (617) 526-9600
Facsimile: (617) 526-9899
sbauer@proskauer.com
joczek@proskauer.com

ATTORNEYS FOR MARK ZUCKERBERG, DUSTIN MOSKOVITZ, ANDREW MCCOLLUM, CHRISTOPHER HUGHES, and FACEBOOK, INC.

* Admitted Pro Hac Vice

**CERTIFICATE OF SERVICE**

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on July 10, 2006.

Dated: July 10, 2006.

Respectfully submitted,

/s/ Monte M. F. Cooper/s/

Name of Attorney