-1-

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CONNECTU LLC,<br><br>       Plaintiffs,<br><br>v.<br><br>MARK ZUCKERBERG, EDUARDO SAVERIN, DUSTIN MOSKOVITZ, ANDREW MCCOLLUM, CHRISTOPHER HUGHES, and FACEBOOK, INC.,<br><br>       Defendants.<br><br>MARK ZUCKERBERG, and FACEBOOK, INC.,<br><br>       Counterclaimants,<br><br>v.<br><br>CONNECTU LLC,<br><br>       Counterdefendant,<br><br>and<br><br>CAMERON WINKLEVOSS, TYLER WINKLEVOSS, and DIVYA NARENDRA,<br><br>       Additional Counterdefendants. | CIVIL ACTION NO. 1:04-CV-11923 (DPW) |

**DECLARATION OF SERVICE VIA FEDERAL EXPRESS**

I am more than eighteen years old and not a party to this action. My place of employment and business address is 1000 Marsh Road, Menlo Park, CA 94025.

On July 10, 2006, I delivered to the below listed individuals the following documents:

1. **UNDER SEAL Exhibit E to the Declaration of Monte Cooper in Support of Facebook's Opposition to ConnectU's Motion for Contempt;**

2. **UNDER SEAL Exhibit F to the Declaration of Monte Cooper in Support of Facebook's Opposition to ConnectU's Motion for Contempt.**

|   | By transmitting via facsimile the document(s) listed above to the fax number(s) set forth below before 5:00 p.m. on July 10, 2006. |
|---|---|
|   | By placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Menlo Park, California addressed as set forth below on July 10, 2006. |
|   | By causing personal delivery by WESTERN MESSENGER of the document(s) listed above to the person(s) at the address(es) set forth below. |
|   | By personally delivering the document(s) listed above to the person(s) at the address(es) set forth below. |
| X | By placing a true and correct copy of the document(s) in a Federal Express envelope addressed as set forth below and then sealing the envelope, affixing a pre-paid Federal Express air bill, and causing the envelope to be delivered to a Federal Express agent for delivery. |

**John F. Hornick, Esq,**
**Troy E. Grabow, Esq.**
Finnegan, Henderson, Farabow, Garrett & Dunner, LLP
901 New York Ave.
Washington, D.C. 20001
Telephone: (202) 408-4000
**Facsimile: (202) 408-4400**

**Lawrence R. Robins, Esq.**
Finnegan, Henderson, Farabow, Garrett & Dunner, LLP
55 Cambridge Parkway
Cambridge, MA 02142
Telephone: (617) 452-1600
**Facsimile: (617) 452-1666**

**ATTORNEYS FOR PLAINTIFF CONNECTU**

**Robert B. Hawk, Esq.**
**Bhanu K. Sadasivan, Esq.**
Heller Ehrman, LLP
275 Middlefield Road
Menlo Park, CA 94025
Telephone: (650) 324-7000
**Facsimile: (650) 324-0638**

**Daniel K. Hampton, Esq.**
Holland & Knight, LLP
10 St. James Avenue, 11th Floor
Boston, MA 02116
Telephone: (617) 523-2700
**Facsimile: (617) 523-6850**

**ATTORNEYS FOR DEFENDANT EDUARDO SAVERIN**

Executed on July 10, 2006, at Menlo Park, California. I declare under penalty of perjury that the foregoing is true and correct.

      /s/ Karen Mudurian /s/
      Karen Mudurian