IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CONNECTU LLC,<br><br>       Plaintiffs,<br><br>v.<br><br>MARK ZUCKERBERG, EDUARDO SAVERIN, DUSTIN MOSKOVITZ, ANDREW MCCOLLUM, CHRISTOPHER HUGHES, and FACEBOOK, INC.,<br><br>       Defendants. | CIVIL ACTION NO. 1:04-CV-11923 (DPW) |
| MARK ZUCKERBERG, and FACEBOOK, INC.,<br><br>       Counterclaimants,<br><br>v.<br><br>CONNECTU LLC,<br><br>       Counterdefendant,<br><br>and<br><br>CAMERON WINKLEVOSS, TYLER WINKLEVOSS, and DIVYA NARENDRA,<br><br>       Additional Counterdefendants. | |

**ASSENTED-TO MOTION FOR ADMISSION *PRO HAC VICE* FOR
THERESA A. SUTTON TO APPEAR ON BEHALF OF FACEBOOK DEFENDANTS**

      Pursuant to Local Rule 83.5.3(b), the undersigned counsel moves for the admission *pro hac vice* of Theresa A. Sutton, of the law firm Orrick, Herrington & Sutcliffe LLP, to appear on behalf of Defendants Facebook, Inc., Mark Zuckerberg, Dustin Moskovitz, Andrew McCollum, and Christopher Hughes in the above-captioned case.

      As set forth in the attached declaration, Attorney Theresa A. Sutton is a member in good standing in every jurisdiction where she has been admitted to practice; there are no disciplinary proceedings pending against her as a member of the bar in any jurisdiction; and she is familiar with the Local Rules of the U.S. District Court, District of Massachusetts.

WHEREFORE, it is respectfully requested that Attorney Sutton be admitted *pro hac vice* to appear on behalf of Defendants Facebook, Inc., Mark Zuckerberg, Dustin Moskovitz, Andrew McCollum, and Christopher Hughes in the above-captioned case.

Dated:  July 13, 2006                           Respectfully submitted,

                                                */s/ Jeremy P. Oczek*
                                                Steven M. Bauer (BBO# 542531)
                                                Jeremy P. Oczek (BBO #647509)
                                                PROSKAUER ROSE LLP
                                                One International Place
                                                Boston, MA  02110
                                                Tel:  (617) 526-9600

                                                ATTORNEYS FOR DEFENDANTS FACEBOOK,
                                                INC., ZUCKERBERG, MOSKOVITZ,
                                                MCCOLLUM, AND HUGHES


Certificate Pursuant To Rule 7.1

I hereby certify that counsel for the parties have conferred regarding this motion, and that counsel for plaintiff ConnectU LLC, Margaret A. Esquenet, Esq., has assented to the relief requested by this motion.

                                                */s/ Jeremy P. Oczek*
                                                Jeremy P. Oczek


Certificate of Service

The undersigned hereby certifies that this document was filed through the ECF system on July 13, 2006 and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

                                                */s/ Jeremy P. Oczek*
                                                Jeremy P. Oczek