-1-

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CONNECTU LLC,<br><br>       Plaintiffs,<br><br>v.<br><br>MARK ZUCKERBERG, EDUARDO SAVERIN, DUSTIN MOSKOVITZ, ANDREW MCCOLLUM, CHRISTOPHER HUGHES, and THEFACEBOOK, INC.,<br><br>       Defendants. | CIVIL ACTION NO. 1:04-CV-11923 (DPW) |
| MARK ZUCKERBERG, and THEFACEBOOK, INC.,<br><br>       Counterclaimants,<br><br>v.<br><br>CONNECTU LLC,<br><br>       Counterdefendant,<br><br>and<br><br>CAMERON WINKLEVOSS, TYLER WINKLEVOSS, and DIUVYA NARENDRA,<br><br>       Additional Counterdefendants. | |

### DECLARATION OF THERESA A. SUTTON IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE

      I, Theresa A. Sutton, declare that the following is true and correct under penalty of perjury, pursuant to 28 U.S.C. § 1746;

      1.    I am a member in good standing of the bar in the State of California, and the United States District Court for the Northern District of California.

      2.    There are no disciplinary proceedings pending against me in any court or jurisdiction.

-2-

3. I am familiar with the Local Rules for the United States District Court for the District of Massachusetts.

Dated: July 12, 2006.

_____
Theresa A. Sutton