**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| CONNECTU LLC, <br><br>                Plaintiff, <br><br>       v. <br><br>MARK ZUCKERBERG, EDUARDO SAVERIN, DUSTIN MOSKOVITZ, ANDREW MCCOLLUM, CHRISTOPHER HUGHES, FACEBOOK, INC., <br><br>                Defendants. | Civil Action No. 1:04-cv-11923 (DPW) <br><br> District Judge Douglas P. Woodlock <br><br> Magistrate Judge Robert B. Collings |
| MARK ZUCKERBERG and FACEBOOK, INC., <br><br>                Counterclaimants, <br><br>       v. <br><br>CONNECTU LLC, <br><br>                Counterdefendant, <br><br>       and <br><br>CAMERON WINKLEVOSS, TYLER WINKLEVOSS, and DIVYA NARENDRA, <br><br>                Additional Counterdefendants. | |

**NOTICE OF FILING WITH CLERK'S OFFICE**

Notice is hereby given that the documents, exhibits or attachments listed below have been manually filed with the Court and are available in paper form only:

- EXHIBITS 1, 2, and 7 TO THE DECLARATION OF MEREDITH H. SCHOENFELD IN SUPPORT OF PLAINTIFF'S MEMORANDUM OF LAW IN COMPLIANCE WITH THE COURT'S JUNE 22, 2006 ORDER REGARDING ARGUMENTS RAISED BY FACEBOOK DEFENDANTS

The original documents are maintained in the case file in the Clerk's office.

| | |
|---|---|
| Dated: July 13, 2006 | /s/ John F. Hornick_____ |
| | John F. Hornick (*pro hac vice*) |
| | Margaret A. Esquenet (*pro hac vice*) |
| | Meredith H. Schoenfeld (*pro hac vice*) |
| | FINNEGAN, HENDERSON, FARABOW, |
| |   GARRETT & DUNNER, L.L.P. |
| | 901 New York Avenue N.W. |
| | Washington, DC  20001 |
| | Telephone:  (202) 408-4000 |
| | Facsimile:  (202) 408-4400 |
| | |
| | Lawrence R. Robins (BBO# 632610) |
| | Jonathan M. Gelchinsky (BBO# 656282) |
| | FINNEGAN, HENDERSON, FARABOW, |
| |   GARRETT & DUNNER, L.L.P. |
| | 55 Cambridge Parkway |
| | Cambridge, MA  02142 |
| | Telephone:  (617) 452-1600 |
| | Facsimile:  (617) 452-1666 |
| | larry.robins@finnegan.com |
| | jon.gelchinsky@finnegan.com |
| | |
| | Attorneys for Plaintiff and Counterclaim Defendants |

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on July 13, 2006.

/s/ John F. Hornick_____
John F. Hornick