**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| CONNECTU LLC, | Civil Action No. 1:04-cv-11923 (DPW) |
|                Plaintiff, | |
| | District Judge Douglas P. Woodlock |
|      v. | |
| | Magistrate Judge Robert B. Collings |
| MARK ZUCKERBERG, EDUARDO SAVERIN, DUSTIN MOSKOVITZ, ANDREW MCCOLLUM, CHRISTOPHER HUGHES, FACEBOOK, INC., | |
|              Defendants. | |
| MARK ZUCKERBERG and FACEBOOK, INC., | |
|              Counterclaimants, | |
|      v. | |
| CONNECTU LLC, | |
|              Counterdefendant, | |
|      and | |
| CAMERON WINKLEVOSS, TYLER WINKLEVOSS, and DIVYA NARENDRA, | |
|              Additional Counterdefendants. | |

**[PROPOSED] ORDER GRANTING
PLAINTIFF'S MOTION TO SEAL DOCUMENTS**

Having considered plaintiff Connectu LLC's Motion to Seal Documents in Support of its Memorandum of Law in Compliance with the Court's June 22, 2006 Order Regarding Arguments Raised by Facebook Defendants, this court orders as follows:

ConnectU is granted leave to file the following documents under seal pursuant to the parties' Stipulated Protective Order:

- EXHIBITS 1, 2, and 7 TO THE DECLARATION OF MEREDITH H. SCHOENFELD IN SUPPORT OF PLAINTIFF'S MEMORANDUM OF LAW IN COMPLIANCE

WITH THE COURT'S JUNE 22, 2006 ORDER REGARDING ARGUMENTS RAISED
BY FACEBOOK DEFENDANTS


**SO ORDERED**


DATED:  _____                    _____

                                       District Judge Douglas P. Woodlock

                                       Magistrate Judge Robert B. Collings