**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| CONNECTU LLC, | |
| Plaintiff, | Civil Action No. 1:04-cv-11923 (DPW) |
| v. | District Judge Douglas P. Woodlock |
| MARK ZUCKERBERG, EDUARDO SAVERIN, DUSTIN MOSKOVITZ, ANDREW MCCOLLUM, CHRISTOPHER HUGHES, FACEBOOK, INC., | Magistrate Judge Robert B. Collings |
| Defendants. | |
| MARK ZUCKERBERG and FACEBOOK, INC., | |
| Counterclaimants, | |
| v. | |
| CONNECTU LLC, | |
| Counterdefendant, | |
| and | |
| CAMERON WINKLEVOSS, TYLER WINKLEVOSS, and DIVYA NARENDRA, | |
| Additional Counterdefendants. | |

**DECLARATION OF MEREDITH H. SCHOENFELD IN SUPPORT OF
PLAINTIFF'S MEMORANDUM OF LAW IN COMPLIANCE WITH
THE COURT'S JUNE 22, 2006 ORDER REGARDING LEGAL ARGUMENTS
<u>RAISED BY FACEBOOK DEFENDANTS</u>**

I, Meredith H. Schoenfeld, declare as follows:

I am an attorney with the law firm of Finnegan, Henderson, Farabow, Garrett & Dunner,

LLP, counsel for Plaintiff ConnectU LLC and Counterdefendants Cameron Winklevoss, Tyler

Winklevoss, and Divya Narendra ("collectively ConnectU").  I make this Declaration in support

of Plaintiff's Memorandum Of Law In Compliance With The Court's June 22, 2006 Order

Regarding Legal Arguments Raised By Facebook Defendants

1. I am an active member in good standing of the Bars of the State of California and the District of Columbia. I have personal knowledge of the facts stated therein and if called as a witness, could and would competently testify thereto.

2. Attached hereto as Exhibit 1 is a true and correct copy of ConnectU's 2004 Connecticut Composite Income Tax Return, produced in this litigation as CO11446-11449. [FILED UNDER SEAL]

3. Attached hereto as Exhibit 2 is a true and correct copy of the 2004 Schedule K-1 filing of Divya Narendra, produced in this litigation as CO11437-CO11445. [FILED UNDER SEAL]

4. Attached hereto as Exhibit 3 is a true and correct copy of the TheFaceBook, Inc.'s First Set of Special Interrogatories To Defendant Divya Narendra in Case No. 1:05-CV-047381 in the Superior Court of California.

5. Attached hereto as Exhibit 4 is a true and correct copy of the Response and Objections of Defendant Divya Narenda to Plaintiff's First Set of Special Interrogatories in Case No. 1:05-CV-047381 in the Superior Court of California, served on December 5, 2005.

6. Attached hereto as Exhibit 5 is a true and correct copy of the Amended Response of Defendant Divya Narenda to Plaintiff's First Set of Special Interrogatories in Case No. 1:05-CV-047381 in the Superior Court of California, served on March 9, 2006.

7. Attached hereto as Exhibit 6 is a true and correct copy of the June 1, 2006 Court Order Granting ConnectU's Motion to Quash in Case No. 1:05-CV-047381 in the Superior Court of California.

8. Attached hereto as Exhibit 7 is a true and correct copy of the June 16, 2006 deposition of Divya Narendra, pp. 173-74. [FILED UNDER SEAL]

9.  Attached hereto as Exhibit 8 is a true and correct copy of  the Amendment to Second

Amended Response Defendant ConnectU LLC to Plaintiff's First Set of Special

Interrogatories in Case No. 1:05-CV-047381 in the Superior Court of California, served on

June 21, 2006.

10. Attached hereto as Exhibit 9 is a true and correct copy of  ConnectU, Inc.'s application to

register to do business in the Commonwealth of Massachusetts.

I declare under penalty of perjury under the laws of the United States of America that the

foregoing is true and correct.  This Declaration is executed on the 13th day of July 2006.


/s/ Meredith H. Schoenfeld
Meredith H. Schoenfeld




**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent

electronically to the registered participants as identified on the Notice of Electronic Filing (NEF)

and paper copies will be sent to those indicated as non registered participants on July 13, 2006.


/s/ John F. Hornick
John F. Hornick


3