**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| CONNECTU LLC,<br><br>                Plaintiff,<br><br>     v.<br><br>MARK ZUCKERBERG, EDUARDO SAVERIN, DUSTIN MOSKOVITZ, ANDREW MCCOLLUM, CHRISTOPHER HUGHES, FACEBOOK, INC.,<br><br>                Defendants. | Civil Action No. 1:04-cv-11923 (DPW)<br><br>District Judge Douglas P. Woodlock<br><br>Magistrate Judge Robert B. Collings |
| MARK ZUCKERBERG and FACEBOOK, INC.,<br><br>                Counterclaimants,<br><br>     v.<br><br>CONNECTU LLC,<br><br>                Counterdefendant,<br><br>     and<br><br>CAMERON WINKLEVOSS, TYLER WINKLEVOSS, and DIVYA NARENDRA,<br><br>                Additional Counterdefendants. | |

**EXHIBIT 2 TO THE DECLARATION OF MEREDITH H. SCHOENFELD IN SUPPORT
OF PLAINTIFF'S MEMORANDUM OF LAW IN COMPLIANCE WITH THE
COURT'S JUNE 22, 2006 ORDER REGARDING
<u>ARGUMENTS RAISED BY FACEBOOK DEFENDANTS</u>**

**FILED UNDER SEAL PURSUANT TO
PARTIES' STIPULATED PROTECTIVE ORDER**

Dated:  July 13, 2006