1  G. HOPKINS GUY, III (STATE BAR NO. 124811)
   I. NEEL CHATTERJEE (STATE BAR NO. 173985)
2  MONTE COOPER (STATE BAR NO. 196746)
   ROBERT D. NAGEL (STATE BAR NO. 211113)
3  JOSHUA H. WALKER (STATE BAR NO. 224940)
   ORRICK, HERRINGTON & SUTCLIFFE LLP
4  1000 Marsh Road
   Menlo Park, CA 94025
5  Telephone:   650-614-7400
   Facsimile:   650-614-7401
6
   Attorneys for Plaintiff
7  THEFACEBOOK, INC.

8                SUPERIOR COURT OF THE STATE OF CALIFORNIA
9                          COUNTY OF SANTA CLARA
10

11 THEFACEBOOK, INC.,                    CASE NO. 1:05-CV-047381
12           Plaintiff,                  THEFACEBOOK, INC.'S FIRST SET
                                         OF SPECIAL INTERROGATORIES
13    v.                                 TO DEFENDANT DIVYA
                                         NARENDRA
14 CONNECTU LLC, CAMERON
   WINKLEVOSS, TYLER WINKLEVOSS,
15 HOWARD WINKLEVOSS, DIVYA
   NARENDRA, AND DOES 1-25,
16
             Defendants.
17

18

19     PROPOUNDING PARTY:  THEFACEBOOK, INC.
20     RESPONDING PARTY:   DIVYA NARENDRA
21     SET NO.:            ONE (NOS. 1-23)
22

23     YOU ARE HEREBY REQUESTED, pursuant to California Code of Civil Procedure

24 section 2030, to answer the following interrogatories separately and fully, in writing, and under

25 penalty of perjury, within thirty (30) days after service.

26                              **DEFINITIONS**

27     A.    "ANY" shall be understood to include and encompass "ALL." As used herein, the

28
DOCSSV1:432605.1
INTERROGATORIES: SET ONE

WINKLEVOSS COMPANIES' licenses OR registrations regarding the ability to do business in California.

**INTERROGATORY NO. 10:**

IDENTIFY the first date YOU knew OR believed that FACEBOOK, its servers, facilities, offices, OR personnel were located in California.

**INTERROGATORY NO. 11:**

IDENTIFY the services provided through the connectu.com website to USERS, including without limitation, how the services are provided.

**INTERROGATORY NO. 12:**

IDENTIFY ALL USERS, including without limitation, their respective email addresses.

**INTERROGATORY NO. 13:**

IDENTIFY the circumstances surrounding the formation AND maintenance of CONNECTU as a limited liability company, including without limitation, filings, investments, COMMUNICATIONS, PERSONS involved, capitalization, directors, officers, attorneys, investors, AND reasons for the formation, as well as organizational meetings, including without limitation meetings of directors, officers, board member, AND Members, Managers AND Board of Managers, as defined in the Limited Liability Company Operating Agreement of ConnectU, LLC – bates numbers C011285 through 011335.

**INTERROGATORY NO. 14:**

IDENTIFY current AND former directors, officers, employees, AND agents of CONNECTU (including without limitation, Members, Managers AND Board of Managers as defined in the Limited Liability Company Operating Agreement of ConnectU, LLC – bates numbers C011285 through 011335), HARVARDCONNECTION, AND WINKLEVOSS COMPANIES, including without limitation, dates in these positions, duties, job descriptions, authorities, AND responsibilities.

**INTERROGATORY NO. 15:**

IDENTIFY ALL of YOUR, CONNECTU'S, HARVARDCONNECTION'S OR WINKLEVOSS COMPANIES' advertising, promotions AND marketing activities directed, at

1  Agreement of ConnectU, LLC – bates numbers C011285 through 011335, including without
2  limitation, the dollar amount, the recipient, the reason, AND the date of each Distribution.

3  **INTERROGATORY NO. 22:**

4  IDENTIFY ALL universities, colleges, high schools, AND institutes of higher learning
5  located in California at which CONNECTU provides OR provided services including without
6  limitation, access to the connectu.com website, including without limitation University of
7  California (all campuses), California State University (all campuses), Stanford University, San
8  Jose State University, Santa Clara University, University of San Francisco, University of
9  Southern California, University of San Diego, San Diego State University, AND Claremont
10 Colleges (all campuses), as well as the USERS using email domains (*e.g.*, name@stanford.edu)
11 from those universities, colleges, high schools, AND institutes of higher learning.

12 **INTERROGATORY NO. 23:**

13 IDENTIFY ALL actions made on behalf of CONNECTU by YOU.

14 Dated: November 3, 2005                    Orrick, Herrington & Sutcliffe LLP

_____
Robert D. Nagel
Attorneys for Plaintiff
THEFACEBOOK, INC.

DOCSSV1:432605.1                          - 10 -

INTERROGATORIES: SET ONE