1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

FILED

JUN 0 2 2006

KIRI TORRE
Chief Executive Officer/Clerk
Superior Court of CA County of Santa Clara

BY _____ M. HIJDUK _____ DEPUTY

## SUPERIOR COURT OF CALIFORNIA

## COUNTY OF SANTA CLARA

FACEBOOK, INC.

Plaintiffs

v.

CONNECTU, LLC; CAMERON
WINKLEVOSS; TYLER WINKLEVOSS;
HOWARD WINKLEVOSS; DIVYA
NARENDRA; and DOES 1 to 25, inclusive,
Defendants.

Case No.    1 – 05 – CV047381

Order re:    Demurrer of Defendant
CONNECTU, LLC to
Complaint

Motion of Defendants
CAMERON WINKLEVOSS,
TYLER WINKLEVOSS,
HOWARD WINKLEVOSS and
DIVYA NARENDRA to Quash
Service of Summons and
Complaint for Lack of Personal
Jurisdiction

On June 1, 2006, at 9:00 a.m. in Department 2, the demurrer of Defendant CONNECTU,

LLC to the Complaint of Plaintiff FACEBOOK, INC. and the Motion of Defendants

CAMERON WINKLEVOSS, TYLER WINKLEVOSS, HOWARD WINKLEVOSS and

DIVYA NARENDRA to Quash Service of Summons and Complaint for Lack of Personal

Jurisdiction came on for hearing before the Honorable William J. Elfving.  The matter having

been submitted, the Court orders as follows:

**DEMURRER**

1.     Defendant CONNECTU, LLC's special demurrer to the First Cause of Action for

Violation of California Penal Code Section 502 on grounds of uncertainty is overruled.

Order re:  Demurrer of Deft. CONNECTU, LLC to Complaint; Motion of Defts. C. WINKLEVOSS, T.
WINKLEVOSS, H. WINKLEVOSS and D. NARENDRA to Quash Service of Summons and Complaint
Page 1

2.    Defendant CONNECTU, LLC's general demurrer to the First Cause of Action on grounds of failure to state facts sufficient to constitute a cause of action is overruled.

3.    Defendant CONNECTU, LLC's special demurrer to the Second Cause of Action for Common Law Misappropriation/Unfair Competition is overruled.

4.    Defendant CONNECTU, LLC's general demurrer to the Second Cause of Action for Common Law Misappropriation/Unfair Competition on grounds of failure to state facts sufficient to constitute a cause of action is overruled.

**MOTION TO STRIKE**

The Motion of Defendants CAMERON WINKLEVOSS, TYLER WINKLEVOSS, HOWARD WINKLEVOSS, and DIVYA NARENDRA to Quash Service of Complaint and Summons for Lack of Personal Jurisdiction is granted.

Date: 6/1/06

WILLIAM J. ELFVING
Judge of the Superior Court

Order re:  Demurrer of Deft. CONNECTU, LLC to Complaint; Motion of Defts. C. WINKLEVOSS, T. WINKLEVOSS, H. WINKLEVOSS and D. NARENDRA to Quash Service of Summons and Complaint
Page 2