**F**
**FPC**

# The Commonwealth of Massachusetts
William Francis Galvin
Secretary of the Commonwealth
One Ashburton Place, Boston, Massachusetts 02108-1512

FORM MUST BE TYPED            **Foreign Corporation**            FORM MUST BE TYPED
**Certificate of Registration**
(General Laws, Chapter 156D, Section 15.03; 950 CMR 113.48)

(1) Exact name of the corporation, including any words or abbreviations indicating incorporation:

CONNECTU, INC.

(2) Name under which the corporation will transact business in the commonwealth that satisfies the requirements of G.L. Chapter 156D, Section 15.06:

ConnectU, Inc.

*If applicable, please attach:*

- an agreement to refrain from use of the unavailable name in the commonwealth; and
- a copy of the doing business certificate filed in the city or town where it maintains its registered office; and
- a copy of the resolution of the corporation's board of directors, certified by its secretary, the name under which the corporation will transact business in the commonwealth pursuant to 950 CMR 113.50(4).

(3) Jurisdiction of incorporation: CONNECTICUT

Date of incorporation: May 23, 2006    Duration if not perpetual: _____
*(month, day, year)*

(4) Street address of principal office: 500 West Putnam Ave., Greenwich, CT 06830
*(number, street, city or town, state, zip code)*

(5) Street address of registered office in the commonwealth: 84 State Street, Boston, MA 02109
*(number, street, city or town, state, zip code)*

Name of registered agent in the commonwealth at the above address: Corporation Service Company

I, Corporation Service Company
registered agent of the above corporation consent to my appointment as registered agent pursuant to G.L. Chapter 156D, Section 5.02*

* Or attach registered agent's consent hereto.

P.C.

(6) Fiscal year end: __12/31__
                     (month, day)

(7) Brief description of the corporation's activities to be conducted in the commonwealth:
__General business and social network__

(8) Names and business addresses of its current officers and directors:

|  | NAME | BUSINESS ADDRESS |
|---|---|---|
| President: | Cameron Winklevoss | 560 West Putnam Ave, Greenwich, CT 06830 |
| Vice-president: |  |  |
| Treasurer: |  |  |
| Secretary: | Tyler Winklevoss | " | " |
| Assistant secretary: |  |  |
| Director(s): | Howard, Cameron and Tyler Winklevoss and Divya Narendra | " | " |

Attach certificate of legal existence or a certificate of good standing issued by an officer or agency properly authorized in the jurisdiction of organization. If the certificate is in a foreign language, a translation thereof under oath of the translator shall be attached.

This certificate is effective at the time and on the date approved by the Division, unless a later effective date not more than 90 days from the date of filing is specified: _____

## COMMONWEALTH OF MASSACHUSETTS

William Francis Galvin
Secretary of the Commonwealth
One Ashburton Place, Boston, Massachusetts 02108-1512

## Foreign Corporation
## Certificate of Registration
(General Laws, Chapter 156D, Section 15.03; 950 CMR 113.48)

I hereby certify that upon examination of this foreign corporation certificate, duly submitted to me, it appears that the provisions of the General Laws relative thereto have been complied with, and I hereby approve said certificate; and the filing fee in the amount of $_____ having been paid, said certificate is deemed to have been filed with me this _____ day of _____, 20_____ , at _____a.m / p.m.
                                                                                                      *time*

Effective date: _____
         *(must be within 90 days of date submitted)*

WILLIAM FRANCIS GALVIN
*Secretary of the Commonwealth*

Filing fee: $400

Examiner

Name approval

C

M

### TO BE FILLED IN BY CORPORATION
Contact Information:

Maris Antonelli

ConnectU, Inc.

500 West Putnam Ave, Greenwich, CT 06830

Telephone: 203-861-5552

Email: mantonelli@winklevoss.com

Upon filing, a copy of this filing will be available at www.sec.state.ma.us/cor
If the document is rejected, a copy of the rejection sheet and rejected document will be available in the rejected queue

Signed by: _____
(signature of authorized individual)

- ☐ Chairman of the board of directors,
- ☒ President,
- ☐ Other officer,
- ☐ Court-appointed fiduciary,

on this ___7___ day of ___July___, ___2006___.