**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| CONNECTU LLC,<br><br>                Plaintiff,<br><br>    v.<br><br>MARK ZUCKERBERG, EDUARDO SAVERIN, DUSTIN MOSKOVITZ, ANDREW MCCOLLUM, CHRISTOPHER HUGHES, and FACEBOOK, INC.,<br><br>                Defendants.<br>MARK ZUCKERBERG and FACEBOOK, INC.,<br><br>                Counterclaimants,<br><br>    v.<br><br>CONNECTU LLC,<br><br>                Counterdefendant,<br><br>    and<br><br>CAMERON WINKLEVOSS, TYLER WINKLEVOSS, and DIVYA NARENDRA,<br><br>                Additional Counterdefendants. | CIVIL ACTION NO. 1:04-cv-11923<br><br>District Judge Douglas P. Woodlock<br><br>Magistrate Judge Robert B. Collings |

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that true and correct copies of the following:

- EXHIBITS 1, 2, and 7 TO THE DECLARATION OF MEREDITH H. SCHOENFELD IN SUPPORT OF PLAINTIFF'S MEMORANDUM OF LAW IN COMPLIANCE WITH THE COURT'S JUNE 22, 2006 ORDER REGARDING ARGUMENTS RAISED BY FACEBOOK DEFENDANTS

were served by overnight courier on July 13, 2006, to the following:

Robert D. Nagel, Esq.
Neel I. Chatterjee, Esq.
Monte Cooper, Esq.
G. Hopkins Guy, III, Esq.
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025-1015
650.614.7401 (fax)

Daniel K. Hampton, Esq.
Gordon P. Katz, Esq.
HOLLAND & KNIGHT, LLP
10 St. James Avenue, 11th Floor
Boston, MA 02116
617.523.6850 (fax)

Robert B. Hawk, Esq.
Bahanu K. Sadasivan, Esq.
HELLER EHRMAN, LLP
275 Middlefield Road
Menlo Park, CA 94025
650.324.0638 (fax)

Steven M. Bauer, Esq.
Jeremy P. Oczek, Esq.
PROSKAUER ROSE LLP
One International Place, 14th Floor
Boston, MA 02110-2600
617.526.9899 (fax)


_/s/ Jenny Macioge-Reilly_