**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| CONNECTU LLC, | CIVIL ACTION NO. 1:04-cv-11923 (DPW) |
| Plaintiff, | |
| v. | District Judge Douglas P. Woodlock |
| MARK ZUCKERBERG, EDUARDO SAVERIN, DUSTIN MOSKOVITZ, ANDREW MCCOLLUM, CHRISTOPHER HUGHES, and FACEBOOK, INC., | Magistrate Judge Robert B. Collings |
| Defendants. | |
| MARK ZUCKERBERG and FACEBOOK, INC., | |
| Counterclaimants, | |
| v. | |
| CONNECTU LLC, | |
| Counterdefendant, | |
| and | |
| CAMERON WINKLEVOSS, TYLER WINKLEVOSS, and DIVYA NARENDRA, | |
| Additional Counterdefendants. | |

**ASSENTED-TO MOTION FOR LEAVE TO FILE REPLY TO THE FACEBOOK
DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR CONTEMPT**

Plaintiff ConnectU LLC hereby moves for leave to file a reply to Facebook Defendants' Opposition to Plaintiff's Motion for Contempt (attached hereto as Exhibit A).

As grounds for this motion, a reply brief is necessary to address new issues raised in Facebook Defendants' Opposition and to clarify the record for the Court.

Plaintiff's reply (Exhibit A) will clarify these issues and will assist the Court in ruling on Plaintiff's Motion for Contempt.  The Proposed Order granting this assented-to motion is attached as Exhibit B.

## CERTIFICATION UNDER L.R. 7.1

Plaintiff's counsel hereby certifies under L.R. 7.1 that counsel for Plaintiff conferred with counsel for the Facebook Defendants, and that they consent to this motion.

DATED:  July 14, 2006

/s/ Margaret A Esquenet  
Lawrence R. Robins (BBO# 632610)  
Jonathan M. Gelchinsky (BBO# 656282)  
FINNEGAN, HENDERSON, FARABOW,  
 GARRETT & DUNNER, L.L.P.  
55 Cambridge Parkway  
Cambridge, MA  02142  
Telephone:  (617) 452-1600  
Facsimile:   (617) 452-1666  
larry.robins@finnegan.com  
jon.gelchinsky@finnegan.com  

John F. Hornick (*pro hac vice*)  
Margaret A. Esquenet (*pro hac vice*)  
Meredith H. Schoenfeld (*pro hac vice*)  
FINNEGAN, HENDERSON, FARABOW,  
 GARRETT & DUNNER, L.L.P.  
901 New York Avenue N.W.  
Washington, DC  20001  
Telephone:  (202) 408-4000  
Facsimile:   (202) 408-4400  

Attorneys for Plaintiff and Counterclaim Defendant

3

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on July 14, 2006.

/s/ Margaret A Esquenet
Margaret A. Esquenet