**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| CONNECTU LLC, | |
| Plaintiff, | CIVIL ACTION NO. 1:04-cv-11923 (DPW) |
| v. | District Judge Douglas P. Woodlock |
| MARK ZUCKERBERG, EDUARDO SAVERIN, DUSTIN MOSKOVITZ, ANDREW MCCOLLUM, CHRISTOPHER HUGHES, and FACEBOOK, INC., | Magistrate Judge Robert B. Collings |
| Defendants. | |
| MARK ZUCKERBERG and FACEBOOK, INC., | |
| Counterclaimants, | |
| v. | |
| CONNECTU LLC, | |
| Counterdefendant, | |
| and | |
| CAMERON WINKLEVOSS, TYLER WINKLEVOSS, and DIVYA NARENDRA, | |
| Additional Counterdefendants. | |

**[PROPOSED] ORDER GRANTING ASSENTED-TO MOTION
FOR LEAVE TO FILE PLAINTIFF'S REPLY TO FACEBOOK DEFENDANTS'
OPPOSITION TO PLAINTIFF'S MOTION FOR CONTEMPT**

Having Considered Plaintiff ConnectU LLC's Assented-To Motion for Leave to File

Reply to Facebook Defendants' Opposition to Plaintiff's Motion for Contempt, this Court orders

as follows:

ConnectU is granted leave to file the Reply attached as Exhibit A to its Motion for Leave.

2

**SO ORDERED**


DATED:  _____                    _____

District Judge Douglas P. Woodlock

Magistrate Judge Robert B. Collings

2