# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CONNECTU LLC,<br><br>    Plaintiff,<br><br>  v.<br><br>MARK ZUCKERBERG, EDUARDO SAVERIN, DUSTIN MOSKOVITZ, ANDREW MCCOLLUM, CHRISTOPHER HUGHES, FACEBOOK, INC.,<br><br>    Defendants.<br><br>MARK ZUCKERBERG and FACEBOOK, INC.,<br><br>    Counterclaimants,<br><br>  v.<br><br>CONNECTU LLC,<br><br>    Counterdefendant,<br><br>  and<br><br>CAMERON WINKLEVOSS, TYLER WINKLEVOSS, and DIVYA NARENDRA,<br><br>    Additional Counterdefendants. | Civil Action No. 1:04-cv-11923 (DPW)<br><br>District Judge Douglas P. Woodlock<br><br>Magistrate Judge Robert B. Collings |

### DECLARATION OF MARGARET A. ESQUENET
### IN SUPPORT OF PLAINTIFF'S REPLY TO FACEBOOK DEFENDANTS' OPPOSITON TO PLAINTIFF'S MOTION FOR CONTEMPT

I, Margaret A. Esquenet, declare as follows:

1. I am an attorney with the law firm of Finnegan, Henderson, Farabow, Garrett & Dunner, LLP, counsel for Plaintiff ConnectU LLC and Counterdefendants Cameron Winklevoss, Tyler Winklevoss, and Divya Narendra (collectively "ConnectU"). I make this Declaration in support of Plaintiff's Reply to Facebook Defendants' Opposition to Plaintiff's Motion for Contempt. I am an active member in good standing of the Bars of the State of Maryland and the District of Columbia and I am admitted to appear *pro hac vice* before this Court. I have

personal knowledge of the facts stated therein and if called as a witness, could and would competently testify thereto.

2.  Attached hereto as Exhibit 1 is a true and correct copy an article entitled *More Investors Pretend Facebook is Worth $2b* by Nick Douglas, published online by Internet Financial News on June 20, 2006.  As of today, this article could be found at http://www.internetfinancialnews.com/financialblogtalk/news/ifn-6-20060620MoreinvestorspretendFacebookisworth2b.html.

3.  Attached hereto as Exhibit 2 is a true and correct copy of an article entitled *IPG to Partner with Facebook* by Brian Morissey, Andrew McMains, and Kathleen Sampey, published online by MediaWeek on June 16, 2006.  As of today, this article could be found at http://www.mediaweek.com/mw/news/interactive/article_display.jsp?vnu_content_id=1002689868.

4.  Attached hereto as Exhibit 3 is a true and correct of an article entitled *IPG Takes Stake in Facebook* by Liz Gannes, published online by Red Herring on June 20, 2006.  As of today, this article could be found at http://www.redherring.com/Article.aspx?a=17327&hed=Facebook+Signs+%2410M+Ad+Deal&sector=Industries&subsector=EntertainmentAndMedia.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  This Declaration is executed on the 14th day of July 2006.

                                                        /s/ Margaret A. Esquenet
                                                           Margaret A. Esquenet

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on July 14, 2006.

/s/ Margaret A. Esquenet
Margaret A. Esquenet