Case 1:04-cv-11923-DPW    Document 216-2    Filed 07/14/2006    Page 1 of 1

# InternetFinancialNews

UPDATED: 2006-06-20

## More Investors Pretend Facebook Is Worth $2b



**By:** Nick Douglas
2006-06-20

**Facebook, the plain vanilla version of MySpace that recently rejected a $1.4 billion offer from Yahoo...**

..., convinced another schmuck that it's worth $2 billion.

Ad and marketing company Interpublic (owner of PR firms DeVries and Weber Shandwick, Donny Deustch's Deustch Advertising, and scads of other firms) just agreed to sink $10 million into Facebook at a $2 billion valuation.

Naturally, valuation numbers don't mean much until it's time to IPO or flip (both pipe dreams for Facebook now). But Interpublic should easily earn its new .5% stake in Facebook with a few smart advertising partnerships. So far, the site's scant ads are nowhere near earning it a profit.

IPG to Partner With Facebook [MediaWeek]

Earlier: Rumormonger: Facebook turned down Yahoo's $1.4 billion [Valleywag]

Read More: advertising, facebook

*__Originally published at Valleywag.__

_View All Articles by Nick Douglas_

**About the Author:**
Nick Douglas writes the Silicon Valley gossip rag Valleywag. On the side, he writes Fibonacci poetry and short stories about net-saturated life.

| | |
|---|---|
| Dow | 10846.29  -166.89  (-1.54%) |
| Nasdaq | 2054.11  0.00  (0.00%) |
| S&P 500 | 1242.29  0.00  (0.00%) |

**Latest News**

- Quality Change Has Google Clients Grumbling
- Are Vlogs Heading Mainstream?
- Bubble Threat Level: Elevated
- Options May Make Monster Restate Earnings
- Condé Nast bought Wired News: What it means

InternetFinancialNews is an iEntry, Inc. ® publication © 1998-2006 All Rights Reserved.
Privacy Policy - Legal - Sitemap - Contact Us - RSS Feeds