July 14, 2006

# MEDIAWEEK

■ LOGIN »
■ SUBSCRIBE »

■ ARTICLE SEARCH  ⦿ Mediaweek
ADVANCED SEARCH • HELP  ○ Web
FIND IT!

## interactive media

SAVE | EMAIL | PRINT | MOST POPULAR | RSS XML | REPRINTS

### IPG to Partner With Facebook

**Brian Morissey, Adweek, with Andrew McMains and Kathleen Sampey**

*JUNE 16, 2006 -*

Interpublic Group is in final negotiations of a partnership deal with hot social networking site Facebook that would give the agency group a small piece of the operation, the companies confirmed.

The pact, which could be completed in the next week, calls for IPG to spend up to $10 million for clients on Facebook in exchange for a .5 percent stake in the startup, sources said. Such a deal would give IPG opportunities beyond display advertising to include IPG mining Facebook for market research trends among its young user base, according to sources.

"Consumer insight is a key strategic initiative for us and working with Facebook will allow us to deliver valuable understanding of the elusive youth market," Howard Draft, CEO of Draft FCB Group, said in a statement. (Draft is involved in the talks for IPG.)

The size of the investment could clarify Facebook's valuation. In April, Business Week reported the company turned down a $750 million offer, looking for $2 billion instead. The IPG investment would imply a $2 billion valuation for the Palo Alto, Calif., company.

Started by Harvard college student Mark Zuckerberg in February 2004, Facebook quickly became a fixture at campuses nationwide, giving students the chance to connect with one another through profile pages. In May, it drew 14 million visitors, according to ComScore, more than double a year ago, ranking as the No. 7 site online in terms of page views. Its status as a fixture of college life was confirmed this

**Related Articles** ▸ TBWA\C\D Is Anything but Boring for Skittles
▸ McCann Thinks Local for Global Microsoft
▸ The 2005 Gunn Report, which tabulates winners
▸ *View more related articles*

**QuickLinks:** 1-click access to topics in this article.
People ▸ Mark Zuckerberg ▸ Howard Draft ▸ Mike Murphy Companies ▸ Interpublic Group ▸ Draft FCB Group ▸ Business Week ▸ Harvard ▸ Student Monitor Concepts ▸ college life ▸ innovative advertising solutions ▸ valuable user data ▸ elusive youth market ▸ through profile pages Categories ▸ Advertisements ▸ Colleges & universities ▸ Content providers

**Upfront Notebook: Stalled Cable Market Trending at Flat-to-Down CPMs**
Media buyers now say that even the top cable networks will be hard-pressed to get cost-per-thousand rate increases as high as 1 percent above last year's pricing, because ratings and reach aside, it's not a seller's market.

MORE »

### news

NETWORK TV / SYNDICATION ▸  ▸▸
▸ Levitan, Lloyd Sign Three-Year Deal
▸ AT&T U-Verse TV to Offer NFL Net
▸ Positive Ions Sues Paxon Over Name Change
CABLE TELEVISION ▸  ▸▸
▸ The Tube Gets Digital Distribution
▸ ESPY Awards Go to Pujols, White
▸ USA Tops Cable Ratings for 3rd Week
INTERACTIVE MEDIA ▸  ▸▸
▸ FoxSoccer.com, Foxsports.com Score Record Traffic Levels in June
▸ Nielsen: Podcasting Remains a Niche Activity
▸ TNT to Promote Show on Veoh
MAGAZINES / NEWSPAPERS ▸  ▸▸
▸ VNU's BRM to Be Renamed Radio & Records
▸ PIB: June Ad Pages Down 1.7%
▸ Essence, Allure Offer Advertisers Beauty Tips
TV / RADIO STATIONS / OUTDOOR ▸  ▸▸
▸ XM Eyes Marketing, With New Division, Hires
▸ MyNetworkTV Clears 91% of U.S.
▸ CBS Radio Axes 115 Staffers
MEDIA AGENCIES/RESEARCH ▸  ▸▸
▸ Nielsen Ups Watson to SVP Communications
▸ Nielsen Signs Starcom, Zenith for Outdoor
▸ Nielsen Commercial Data "Misleading"

AD AGENCIES | TOP TENS


MEDIAWEEK MAGAZINE

month by a Student Monitor survey that found Facebook tied with beer as the most "in" item of college life, trailing only Apple's iPod.

Linking up with IPG could further Facebook's development of an ad model. The site has not concentrated on advertising, relying on third-party ad networks for many of the placements on its site.

"With this focus, we will be able to deliver more innovative advertising solutions to all marketers," Mike Murphy, vp of sales at Facebook, said in a statement. "We look forward to working with a partner whose values match so well with our own."

Zuckerberg has spoken of developing an ad model for Facebook that does not rely solely on banner executions. Facebook's 7.5 million members contribute valuable user data in their profiles, detailing their favorite bands, books and hobbies. Facebook also has affinity groups, including some sponsored by brands, where users post feedback. Apple, for example has a group that offers product deals and solicits user discussion.

SAVE | EMAIL | PRINT | MOST POPULAR | RSS XML | REPRINTS
SUBSCRIBE TO MEDIAWEEK »

Related Articles ▸ TBWA\C\D Is Anything but Boring for Skittles
Mar 27, 2006 — Adweek ▸ McCann Thinks Local for Global Microsoft
Jan 9, 2006 — Adweek ▸ The 2005 Gunn Report, which tabulates winners
Nov 7, 2005 — Adweek ▸ Harrah's $150 Mil. Media To Horizon
Feb 6, 2006 — Adweek ▸ 'Lord of Mishap' Reigns Supreme
May 25, 2006 — Adweek ▸ **View more related articles**



vnu media group  ADWEEK  BRANDWEEK  MEDIAWEEK  EDITOR&PUBLISHER  M&M

SUBSCRIBE | AD OPPORTUNITIES | ABOUT US | CONTACT US | SITE MAP

© 2006 VNU eMedia Inc. All rights reserved. **Terms Of Use** and **Privacy Policy**.