

**FINNEGAN
HENDERSON
FARABOW
GARRETT &
DUNNER LLP**

901 New York Avenue, NW ■ Washington, DC 20001-4413 ■ 202.408.4000 ■ Fax 202.408.4400
www.finnegan.com

MARGARET A. ESQUENET
202-408-4007
margaret.esquenet@finnegan.com

July 24, 2006

Ms. Noreen Russo
Courtroom Clerk to Judge Collings
United States District Court
District of Massachusetts
United States Courthouse
One Courthouse Way
Boston, MA 02210

   *ConnectU LLC v. Zuckerberg, et al.*
   <u>Civil Action No. 04-11923 (DPW)</u>

Dear Ms. Russo:

  On July 13, 2006, ConnectU filed Exhibit 9, ConnectU, Inc.'s application to register to do business in the Commonwealth of Massachusetts, as an attachment to the Declaration of Meredith H. Schoenfeld in support of Plaintiff's Memorandum Of Law In Compliance With The Court's June 22, 2006 Order Regarding Legal Arguments Raised By Facebook Defendants (D.I. #213). ConnectU has since received the certified copy of the certificate of registration, which has been produced to opposing counsel. We attach the certified copy of the certificate of registration as replacement pages that should replace the old Exhibit 9.

  Feel free to contact me at the number listed above with any questions and we apologize for any inconvenience this may cause.

            Sincerely,

            <u>/s/ Margaret A. Esquenet</u>
             Margaret A. Esquenet

MAE

cc: All counsel of record.

Washington, DC ■ Atlanta, GA ■ Cambridge, MA ■ Palo Alto, CA ■ Reston, VA ■ Brussels ■ Taipei ■ Tokyo