# THE COMMONWEALTH OF MASSACHUSETTS

I hereby certify that, upon examination of this document, duly submitted to me, it appears that the provisions of the General Laws relative to corporations have been complied with, and I hereby approve said articles; and the filing fee having been paid, said articles are deemed to have been filed with me on:

July 14, 2006 11:24 AM

*William Francis Galvin*

**WILLIAM FRANCIS GALVIN**

*Secretary of the Commonwealth*

185378-1-0

C0011581

MA SOC   Filing Number: 200652600580   Date: 07/14/2006 11:24 AM
JUL. 14. 2006 11:29AM   CSC16175233189                                NO. 3113   P. 2

F
FPC

# The Commonwealth of Massachusetts
William Francis Galvin
Secretary of the Commonwealth
One Ashburton Place, Boston, Massachusetts 02108-1512

FORM MUST BE TYPED

**Foreign Corporation
Certificate of Registration**

FORM MUST BE TYPED

(General Laws, Chapter 156D, Section 15.03; 950 CMR 113.48)

(1) Exact name of the corporation, including any words or abbreviations indicating incorporation:

    CONNECTU, INC.

(2) Name under which the corporation will transact business in the commonwealth that satisfies the requirements of G.L. Chapter 156D, Section 15.06:

    _____

*If applicable, please attach:*

- an agreement to refrain from use of the unavailable name in the commonwealth; and
- a copy of the doing business certificate filed in the city or town where it maintains its registered office; and
- a copy of the resolution of the corporation's board of directors, certified by its secretary, the name under which the corporation will transact business in the commonwealth pursuant to 950 CMR 113.50(4).

(3) Jurisdiction of Incorporation: CONNECTICUT

    Date of incorporation: MAY 23, 2006         Duration if not perpetual: _____
                          (month, day, year)

(4) Street address of principal office: 500 WEST PUTNAM AVENUE, GREENWICH, CT 06830
                                        (number, street, city or town, state, zip code)

(5) Street address of registered office in the commonwealth: 84 State Street, Boston, MA 02109
                                                              (number, street, city or town, state, zip code)

Name of registered agent in the commonwealth at the above address: Corporation Service Company

I, Corporation Service Company, registered agent of the above corporation consent to my appointment as registered agent pursuant to G.L. Chapter 156D, Section 5.02*

* Or attach registered agent's consent hereto.

PC

C0011582

(6) Fiscal year end: __12/31__
                      (month, day)

(7) Brief description of the corporation's activities to be conducted in the commonwealth:
GENERAL BUSINESS AND SOCIAL NETWORK

(8) Names and business addresses of its current officers and directors:

| | NAME | BUSINESS ADDRESS |
|---|---|---|
| President: | CAMERON WINKLEVOSS | 500 WEST PUTNAM AVE., GREENWICH, CT 06830 |
| Vice-president: | | |
| Treasurer: | | |
| Secretary: | TYLER WINKLEVOSS | 500 WEST PUTNAM AVE., GREENWICH, CT 06830 |
| Assistant secretary: | | |
| Director(s): | HOWARD, CAMERON AND TYLER WINKLEVOSS and DIVYA NARENDRA | 500 WEST PUTNAM AVE., GREENWICH, CT. 06830 |

Attach certificate of legal existence or a certificate of good standing issued by an officer or agency properly authorized in the jurisdiction of organization. If the certificate is in a foreign language, a translation thereof under oath of the translator shall be attached.

This certificate is effective at the time and on the date approved by the Division, unless a later effective date not more than 90 days from the date of filing is specified: _____

C0011583

Signed by: _____(signature)_____
                              *(signature of authorized individual)*

- ☐ Chairman of the board of directors,
- ☒ President,
- ☐ Other officer,
- ☐ Court-appointed fiduciary,

on this ___7___ day of ___July___, ___2006___

C0011584

JUL. 14. 2006 11:29AM    CSC16175233189                                    NO. 3113    P. 6

## Office of the Secretary of the State of Connecticut

I, the Connecticut Secretary of the State, and keeper of the seal thereof, DO HEREBY CERTIFY, that the certificate of incorporation of

**CONNECTU, INC.**

a domestic STOCK corporation, was filed in this office on May 23, 2006, a certificate of dissolution has not been filed, and so far as indicated by the records of this office such corporation is in existence.

_____
Secretary of the State

Date Issued: July 13, 2006

C0011585

Business ID: 0860706            Express           Certificate Number: 2006166822001

Note: To verify this certificate, visit the web site http://www.concord.sots.ct.gov