IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CONNECTU LLC,<br><br>    Plaintiff,<br><br>v.<br><br>MARK ZUCKERBERG, EDUARDO SAVERIN, DUSTIN MOSKOVITZ, ANDREW MCCOLLUM, CHRISTOPHER HUGHES, and THEFACEBOOK, INC.,<br><br>    Defendants.<br><br>MARK ZUCKERBERG, and THEFACEBOOK, INC.,<br><br>    Counterclaimants,<br><br>v.<br><br>CONNECTU LLC,<br><br>    Counterdefendant,<br><br>and<br><br>CAMERON WINKLEVOSS, TYLER WINKLEVOSS, and DIVYA NARENDRA,<br><br>    Additional Counterdefendants. | Civil Action No. 1:04-CV-11923 (DPW) |

### ASSENTED-TO MOTION TO FILE DOCUMENTS UNDER SEAL

Defendants Mark Zuckerberg, Dustin Moskovitz, Andrew McCollum, Christopher Hughes, and Facebook, Inc. ("the Facebook Defendants") hereby move to file under seal, pursuant to the Stipulated Protective Order entered by the Court in this case, the following documents:

US_WEST:260063928.1

1.	Exhibits F, J, K, Q, S, T, U, W, and X to the Declaration of Theresa A. Sutton in support of Facebook Defendants' Opposition to Plaintiff's Memorandum of law in Compliance with the Court's June 22, 2006 Order Regarding Legal Arguments Raised by Facebook Defendants.

The Facebook Defendants respectfully request permission to file this pleading under seal because it contains information that has been designated by the Defendants as confidential under the Stipulated Protective Order entered in this case. In accordance with the Local Rules, the Facebook Defendants respectfully request that this pleading be impounded until the final resolution of this litigation between the parties, at which time it will be retrieved by counsel for the Facebook Defendants.

WHEREFORE, it is respectfully requested that the Court grant this assented-to motion to file the above-described document under seal.

### Certification Pursuant to Local Rule 7.1

The undersigned counsel certifies that counsel for the parties have conferred in an attempt to resolve or narrow the issues presented by this motion, and that counsel for plaintiff ConnectU LLC has assented to the relief requested by this motion.

///

///

Dated: July 27, 2006.                    Respectfully submitted,

                                         /s/ I. Neel Chatterjee /s/
                                         G. Hopkins Guy, III*
                                         I. Neel Chatterjee*
                                         Monte M.F. Cooper*
                                         Robert D. Nagel*
                                         Theresa A. Sutton*
                                         ORRICK, HERRINGTON & SUTCLIFFE LLP
                                         1000 Marsh Road
                                         Menlo Park, CA  94025
                                         Telephone:  (650) 614-7400
                                         Facsimile:  (650) 614-7401
                                         hopguy@orrick.com
                                         nchatterjee@orrick.com
                                         mcooper@orrick.com
                                         rnagel@orrick.com
                                         tsutton@orrick.com

                                         Steve M. Bauer
                                         Jeremy P. Oczek
                                         PROSKAUER ROSE, LLP
                                         One International Plaza, 14th Floor
                                         Boston, MA 02110-2600
                                         Telephone:     (617) 526-9600
                                         Facsimile:     (617) 526-9899
                                         sbauer@proskauer.com
                                         joczek@proskauer.com

                                         ATTORNEYS FOR MARK ZUCKERBERG,
                                         DUSTIN MOSKOVITZ, ANDREW
                                         MCCOLLUM, CHRISTOPHER HUGHES, and
                                         FACEBOOK, INC.

                                         * Admitted Pro Hac Vice

## CERTIFICATE OF SERVICE

    I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on July 27, 2006.

Dated: July 27, 2006.

                                              Respectfully submitted,

                                                       /s/ I. Neel Chatterjee /s/
                                                            I. Neel Chatterjee