IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CONNECTU LLC,<br><br>  Plaintiff,<br><br>v.<br><br>MARK ZUCKERBERG, EDUARDO SAVERIN, DUSTIN MOSKOVITZ, ANDREW MCCOLLUM, CHRISTOPHER HUGHES, and FACEBOOK, INC.,<br><br>  Defendants. | CIVIL ACTION NO. 1:04-CV-11923 (DPW) |
| MARK ZUCKERBERG, and FACEBOOK, INC.,<br><br>  Counterclaimants,<br><br>v.<br><br>CONNECTU LLC,<br><br>  Counterdefendant,<br><br>and<br><br>CAMERON WINKLEVOSS, TYLER WINKLEVOSS, and DIVYA NARENDRA,<br><br>  Additional Counterdefendants. | |

## NOTICE OF FILING WITH CLERK'S OFFICE

  Notice is hereby given that the exhibits listed below have been manually filed with the Court and are available in paper form only:

1. **EXHIBITS F, J, K, Q, S, T, U, W, AND X TO THE DECLARATION OF THERESA A. SUTTON IN SUPPORT OF FACEBOOK DEFENDANTS' OPPOSITION TO PLAINTIFF'S MEMORANDUM OF LAW IN COMPLIANCE WITH THE COURT'S JUNE 22, 2006 ORDER REGARDING LEGAL ARGUMENTS RAISED BY FACEBOOK DEFENDANTS.**

The original documents are maintained in the case file in the Clerk's Office.

Dated:  July 27, 2006.                    Respectfully submitted,

                              /s/ I. Neel Chatterjee /s/
                              ──────────────────────────────
                              G. Hopkins Guy, III*
                              I. Neel Chatterjee*
                              Monte M.F. Cooper*
                              Robert D. Nagel*
                              Theresa A. Sutton*
                              ORRICK, HERRINGTON & SUTCLIFFE LLP
                              1000 Marsh Road
                              Menlo Park, CA  94025
                              Telephone:  (650) 614-7400
                              Facsimile:   (650) 614-7401
                              hopguy@orrick.com
                              nchatterjee@orrick.com
                              mcooper@orrick.com
                              rnagel@orrick.com
                              tsutton@orrick.com

                              Steve M. Bauer
                              Jeremy P. Oczek
                              PROSKAUER ROSE, LLP
                              One International Plaza, 14th Floor
                              Boston, MA 02110-2600
                              Telephone:     (617) 526-9600
                              Facsimile:     (617) 526-9899
                              sbauer@proskauer.com
                              joczek@proskauer.com

                              ATTORNEYS FOR MARK ZUCKERBERG,
                              DUSTIN MOSKOVITZ, ANDREW
                              MCCOLLUM, CHRISTOPHER HUGHES, and
                              FACEBOOK, INC.

                              * Admitted Pro Hac Vice

US_WEST:260063915.1

## **CERTIFICATE OF SERVICE**

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on July 27, 2006.

Dated: July 27, 2006.

Respectfully submitted,

/s/ I. Neel Chatterjee /s/
I. Neel Chatterjee