**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| CONNECTU LLC,<br><br>    Plaintiff,<br><br> v.<br><br>MARK ZUCKERBERG, EDUARDO SAVERIN, DUSTIN MOSKOVITZ, ANDREW MCCOLLUM, CHRISTOPHER HUGHES, and FACEBOOK, INC.,<br><br>    Defendants.<br><br>MARK ZUCKERBERG and FACEBOOK, INC.,<br><br>    Counterclaimants,<br><br> v.<br><br>CONNECTU LLC,<br><br>    Counterdefendant,<br><br> and<br><br>CAMERON WINKLEVOSS, TYLER WINKLEVOSS, and DIVYA NARENDRA,<br><br>    Additional Counterdefendants. | Civil Action No. 1:04-cv-11923 (DPW)<br><br>District Judge Douglas P. Woodlock<br><br>Magistrate Judge Robert B. Collings |

**PLAINTIFF'S MOTION TO SUBSTITUTE PARTY PLAINTIFF**

Pursuant to Rule 25(c) of the Federal Rules of Civil Procedure, and for the reasons more fully set forth in the accompanying memorandum, Plaintiff moves this Court to substitute ConnectU, Inc. in place of ConnectU LLC as party Plaintiff, and as a Counterdefendant.

**CERTIFICATION UNDER L.R. 7.1**

Plaintiff's counsel hereby certifies under L.R. 7.1 that counsel for Plaintiff conferred with counsel for Defendants. Defendants did not consent to this motion.

                Respectfully submitted,

DATED:  August 15, 2006      /s/ John F. Hornick_____
                Lawrence R. Robins (BBO# 632610)
                Jonathan M. Gelchinsky (BBO# 656282)
                FINNEGAN, HENDERSON, FARABOW,
                GARRETT & DUNNER, L.L.P.
                55 Cambridge Parkway
                Cambridge, MA  02142
                Telephone:  (617) 452-1600
                Facsimile:   (617) 452-1666
                larry.robins@finnegan.com
                jon.gelchinsky@finnegan.com

                John F. Hornick (*pro hac vice*)
                Margaret A. Esquenet (*pro hac vice*)
                Meredith H. Schoenfeld (*pro hac vice*)
                FINNEGAN, HENDERSON, FARABOW,
                GARRETT & DUNNER, L.L.P.
                901 New York Avenue N.W.
                Washington, DC  20001
                Telephone:  (202) 408-4000

## **CERTIFICATE OF SERVICE**

  I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on August 15, 2006.

                /s/ John F. Hornick_____
                John F. Hornick