# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CONNECTU LLC, | Civil Action No. 1:04-cv-11923 (DPW) |
| Plaintiff, | |
| v. | District Judge Douglas P. Woodlock |
| MARK ZUCKERBERG, EDUARDO SAVERIN, DUSTIN MOSKOVITZ, ANDREW MCCOLLUM, CHRISTOPHER HUGHES, FACEBOOK, INC., | Magistrate Judge Robert B. Collings |
| Defendants. | |
| MARK ZUCKERBERG and FACEBOOK, INC., | |
| Counterclaimants, | |
| v. | |
| CONNECTU LLC, | |
| Counterdefendant, | |
| and | |
| CAMERON WINKLEVOSS, TYLER WINKLEVOSS, and DIVYA NARENDRA, | |
| Additional Counterdefendants. | |

**DECLARATION OF MEREDITH H. SCHOENFELD IN SUPPORT OF PLAINTIFF'S MEMORANDUM IN SUPPORT OF PLAINTIFF'S <u>MOTION TO SUBSTITUTE PARTY PLAINTIFF</u>**

I, Meredith H. Schoenfeld, declare as follows:

I am an attorney with the law firm of Finnegan, Henderson, Farabow, Garrett & Dunner, LLP, counsel for ConnectU, Inc., Plaintiff and Counterdefendant ConnectU LLC, and Counterdefendants Cameron Winklevoss, Tyler Winklevoss, and Divya Narendra (collectively "ConnectU"). I make this Declaration in support of Plaintiff's Memorandum in Support of Plaintiff's Motion to Substitute Party Plaintiff.

1. I am an active member in good standing of the Bar of the District of Columbia and the State of California.  I have personal knowledge of the facts stated herein and if called as a witness, could and would competently testify thereto.

2. Attached hereto as Exhibit 1 is a true and correct copy of the certified copy of the Foreign Corporation Certificate of Registration for ConnectU, Inc., as filed with and approved by the Secretary of the Commonwealth of Massachusetts, bearing production nos. C0011581-11585.

3. Attached hereto as Exhibit 2 is a true and correct copy of the certificate of merger filed in Connecticut, the certificate of merger filed in Delaware, and the merger agreement, bearing production nos. C0011586-11597.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  This Declaration is executed on the 15th day of August 2006.

/s/ Meredith H. Schoenfeld
Meredith H. Schoenfeld

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on August 15, 2006.

/s/ John F. Hornick
John F. Hornick