UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CONNECTU LLC,<br><br>        Plaintiff,<br><br>v.<br><br>MARK ZUCKERBERG, EDUARDO SAVERIN, DUSTIN MOSKOVITZ, ANDREW MCCOLLUM, CHRISTOPHER HUGHES AND THEFACEBOOK, INC.,<br><br>        Defendants. | CIVIL ACTION No.: 1:04-cv-11923 (DPW) |
| MARK ZUCKERBERG, and THEFACEBOOK, INC.,<br><br>        Counterclaimants,<br><br>v.<br><br>CONNECTU LLC, CAMERON WINKLEVOSS, TYLER WINKLEVOSS, and DIVYA NARENDRA,<br><br>        Counterdefendants. | |

**DEFENDANT EDUARDO SAVERIN'S NOTICE OF CLARIFICATION REGARDING JOINING OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION TO SUBSTITUTE PARTY PLAINTIFF**

On August 15, 2006, Plaintiff ConnectU LLC ("ConnectU") filed a motion to substitute ConnectU, Inc. in place of ConnectU LLC as party plaintiff, and as Counterdefendant. (See Docket No. 227). On August 29, 2006, Facebook Defendants

and Defendant Eduardo Saverin filed an opposition to Plaintiff's motion to substitute party plaintiff. (See Docket No. 231). The title of the Opposition and the notice of filing indicate that the Opposition was filed by Facebook Defendants as well as Defendant Saverin. However, the signature block for Defendant Saverin was inadvertently omitted and the introductory language could be read to suggest that Defendant Saverin has not joined the Opposition. Defendant Saverin, therefore, files this notice to clarify that Defendant Saverin intended to join and does join Defendants' Opposition to Plaintiff's motion to substitute party plaintiff filed on August 29, 2006.

DATED: September 5, 2006

Respectfully submitted,

EDUARDO SAVERIN

By his attorneys,

/s/ Daniel K. Hampton
Gordon P. Katz (BBO# 261080)
Daniel K. Hampton (BBO# 634195)
HOLLAND & KNIGHT, LLP
10 St. James Avenue
Boston, MA 02116
Telephone: (617) 523-2700
dan.hampton@hklaw.com
gordon.katz@hklaw.com

Bhanu K. Sadasivan (*pro hac vice*)
Robert B. Hawk (*pro hac vice*)
HELLER EHRMAN LLP
275 Middlefield Road
Menlo Park, CA 94025
Telephone: (650) 324-7197

CERTIFICATE OF SERVICE

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on September 5, 2006, via first class mail.

                                            /s/Daniel K. Hampton
                                            Daniel K. Hampton

# 4026615_v2