**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| CONNECTU LLC,<br><br>               Plaintiff,<br><br>   v.<br><br>MARK ZUCKERBERG, EDUARDO SAVERIN, DUSTIN MOSKOVITZ, ANDREW MCCOLLUM, CHRISTOPHER HUGHES, and FACEBOOK, INC.,<br><br>               Defendants. | Civil Action No. 1:04-cv-11923 (DPW)<br><br>District Judge Douglas P. Woodlock<br><br>Magistrate Judge Robert B. Collings |
| MARK ZUCKERBERG and<br>FACEBOOK, INC.,<br><br>               Counterclaimants,<br><br>   v.<br><br>CONNECTU LLC,<br><br>               Counterdefendant,<br><br>   and<br><br>CAMERON WINKLEVOSS, TYLER WINKLEVOSS, and DIVYA NARENDRA,<br><br>               Additional Counterdefendants. | |

**ASSENTED-TO MOTION FOR LEAVE TO FILE REPLY
TO FACEBOOK DEFENDANTS' OPPOSITION TO PLAINTIFF'S
<u>MOTION TO SUBSTITUTE PARTY PLAINTIFF</u>**

      Plaintiff ConnectU LLC hereby moves for leave to file a reply to Facebook Defendants' Opposition to Plaintiff's Motion to Substitute Party Plaintiff (attached hereto as Exhibit A).

      As grounds for this motion, a reply brief is necessary to address new issues raised in Facebook Defendants' Opposition and to clarify the record for the Court.

      Plaintiff's reply (Exhibit A) will clarify these issues and will assist the Court in ruling on Plaintiff's Motion to Substitute Party Plaintiff. The Proposed Order granting this assented-to motion is attached as Exhibit B.

## CERTIFICATION UNDER L.R. 7.1

Plaintiff's counsel hereby certifies under L.R. 7.1 that counsel for Plaintiff conferred with counsel for the Facebook Defendants, and that they consent to this motion.

DATED: September 5, 2006    /s/ John F. Hornick
Lawrence R. Robins (BBO# 632610)
Jonathan M. Gelchinsky (BBO# 656282)
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, L.L.P.
55 Cambridge Parkway
Cambridge, MA  02142
Telephone:  (617) 452-1600
Facsimile:   (617) 452-1666
larry.robins@finnegan.com
jon.gelchinsky@finnegan.com

John F. Hornick (*pro hac vice*)
Margaret A. Esquenet (*pro hac vice*)
Meredith H. Schoenfeld (*pro hac vice*)
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, L.L.P.
901 New York Avenue N.W.
Washington, DC  20001
Telephone:  (202) 408-4000
Facsimile:   (202) 408-4400

Attorneys for Plaintiff and Counterclaim Defendant

**CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on September 5, 2006.

                                                /s/ John F. Hornick  _____
                                                John F. Hornick