**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| CONNECTU LLC,<br><br>    Plaintiff,<br><br> v.<br><br>MARK ZUCKERBERG, EDUARDO SAVERIN, DUSTIN MOSKOVITZ, ANDREW MCCOLLUM, CHRISTOPHER HUGHES, and FACEBOOK, INC.,<br><br>    Defendants. | Civil Action No. 1:04-cv-11923 (DPW)<br><br>District Judge Douglas P. Woodlock<br><br>Magistrate Judge Robert B. Collings |
| MARK ZUCKERBERG and<br>FACEBOOK, INC.,<br><br>    Counterclaimants,<br><br> v.<br><br>CONNECTU LLC,<br><br>    Counterdefendant,<br><br> and<br><br>CAMERON WINKLEVOSS, TYLER WINKLEVOSS, and DIVYA NARENDRA,<br><br>    Additional Counterdefendants. | |

**[PROPOSED] ORDER GRANTING ASSENTED-TO MOTION
FOR LEAVE TO FILE REPLY TO FACEBOOK DEFENDANTS'
<u>OPPOSITION TO PLAINTIFF'S MOTION TO SUBSTITUTE PARTY PLAINTIFF</u>**

  Having Considered Plaintiff ConnectU LLC's Assented-To Motion for Leave to File Reply to Facebook Defendants' Opposition to ConnectU's Motion to Substitute Party Plaintiff, this Court orders as follows:

  ConnectU is granted leave to file the Reply attached as Exhibit A to its Motion for Leave.

**SO ORDERED**

DATED: _____                                  _____
                                                        District Judge Douglas P. Woodlock

                                                        Magistrate Judge Robert B. Collings