UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CONNECTU LLC,<br><br>   Plaintiff,<br><br>v.<br><br>MARK ZUCKERBERG, EDUARDO SAVERIN, DUSTIN MOSKOVITZ, ANDREW MCCOLLUM, CHRISTOPHER HUGHES, and FACEBOOK, INC.,<br><br>   Defendants.<br><br>MARK ZUCKERBERG and FACEBOOK, INC.,<br><br>   Counterclaimants,<br><br>v.<br><br>CONNECTU LLC,<br><br>   Counterdefendant,<br><br>and<br><br>CAMERON WINKLEVOSS, TYLER WINKLEVOSS, and DIVYA NARENDRA,<br><br>   Additional Counterdefendants. | Civil Action No. 1:04-CV-11923(DPW) |

## NOTICE OF APPEARANCE

Pursuant to Local Rule 83.5.2, Daniel P. Tighe of Griesinger, Tighe & Maffei, LLP hereby files this Notice of Appearance on behalf of ConnectU LLC, Cameron Winklevoss, Tyler Winklevoss and Divya Narendra.

              Respectfully submitted,

              /s/ Daniel P. Tighe
              Daniel P. Tighe (BBO # 556583)
              Griesinger Tighe & Maffei, LLP
              176 Federal Street
              Boston, MA  02110
              Tel:  617-542-9900
              Fax:  617-542-0900
              dtighe@gtmllp.com

              *Attorney for the Plaintiff and*
Dated: October 13, 2006      *Counterclaim Defendants*

<u>Certificate of Service</u>

      The undersigned hereby certifies that this document was filed through the ECF system on October 13, 2006 and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

      <u>/s/ Scott McConchie</u>
      Scott McConchie