UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CONNECTU LLC,<br><br>      Plaintiff,<br><br>v.<br><br>MARK ZUCKERBERG, EDUARDO SAVERIN, DUSTIN MOSKOVITZ, ANDREW MCCOLLUM, CHRISTOPHER HUGHES, and FACEBOOK, INC.,<br><br>      Defendants.<br><br>MARK ZUCKERBERG and FACEBOOK, INC.,<br><br>      Counterclaimants,<br><br>v.<br><br>CONNECTU LLC,<br><br>      Counterdefendant,<br><br>and<br><br>CAMERON WINKLEVOSS, TYLER WINKLEVOSS, and DIVYA NARENDRA,<br><br>      Additional Counterdefendants. | Civil Action No. 1:04-CV-11923(DPW) |

## **NOTICE OF APPEARANCE**

Pursuant to Local Rule 83.5.2, Scott McConchie of Griesinger, Tighe & Maffei, LLP hereby files this Notice of Appearance on behalf of ConnectU LLC, Cameron Winklevoss, Tyler Winklevoss and Divya Narendra.

                      Respectfully submitted,

                      /s/ Scott McConchie
                      Scott McConchie (BBO # 634127)
                      Griesinger Tighe & Maffei, LLP
                      176 Federal Street
                      Boston, MA  02110
                      Tel:  617-542-9900
                      Fax:  617-542-0900
                      sm@gtmllp.com

Dated: October 13, 2006            *Attorney for the Plaintiff and*
                                          *Counterclaim Defendants*

<u>Certificate of Service</u>

    The undersigned hereby certifies that this document was filed through the ECF system on October 13, 2006 and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

        <u>/s/ Scott McConchie</u>
        Scott McConchie