UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CONNECTU LLC,<br><br>    Plaintiff,<br>v.<br><br>MARK ZUCKERBERG, EDUARDO SAVERIN, DUSTIN MOSKOWITZ, ANDREW MCCOLLUM, CHRISTOPHER HUGHES, THE FACEBOOK, INC.,<br><br>    Defendants.<br><br>MARK ZUCKERBERG, THE FACEBOOK, INC.<br><br>    Plaintiff-in-Counterclaim,<br>v.<br><br>CONNECTU LLC,<br><br>    Defendant-in-Counterclaim,<br><br>and<br><br>CAMERON WINKLEVOSS, TYLER WINKLEVOSS, DIVYA NARENDRA,<br><br>    Additional Defendants-<br>    in-Counterclaim. | C. A. NO. 2004-11923 DPW |

**NOTICE OF APPEARANCE**

Please enter the appearance of Michael P. Giunta on behalf of Non-Parties John Taves and Pacific Northwest Software.

Respectfully submitted,

NON-PARTIES, JOHN TAVES and
PACIFIC NORTHWEST SOFTWARE
By their attorneys,

/s/ Michael P. Giunta
Michael P. Giunta, BBO No. 543768
Donovan Hatem LLP
World Trade Center East
Two Seaport Lane
Boston, MA 02210
Telephone: (617) 406-4500
Facsimile: (617) 406-4501

Dated: October 19, 2006

CERTIFICATE OF SERVICE

I, Michael P. Giunta, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this 19th day of October, 2006.

/s/ Michael P. Giunta
Michael P. Giunta

01042018.DOC