UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CONNECTU LLC,<br><br>        Plaintiff,<br><br>v.<br><br>MARK ZUCKERBERG, EDUARDO SAVERIN, DUSTIN MOSKOWITZ, ANDREW MCCOLLUM, CHRISTOPHER HUGHES, THE FACEBOOK, INC.,<br><br>        Defendants.<br><br>MARK ZUCKERBERG, THE FACEBOOK, INC.<br><br>        Plaintiff-in-Counterclaim,<br><br>v.<br><br>CONNECTU LLC,<br><br>        Defendant-in-Counterclaim,<br><br>and<br><br>CAMERON WINKLEVOSS, TYLER WINKLEVOSS, DIVYA NARENDRA,<br><br>        Additional Defendants-in-Counterclaim. | C. A. NO. 2004-11923 DPW |

**NOTICE OF APPEARANCE**

Please enter the appearance of Kevin G. Kenneally on behalf of Non-Parties John Taves and Pacific Northwest Software.

        Respectfully submitted,

        NON-PARTIES, JOHN TAVES and
        PACIFIC NORTHWEST SOFTWARE
        By their attorneys,

        /s/ Kevin G. Kenneally
        Kevin G. Kenneally, BBO No. 550050
        Donovan Hatem LLP
        World Trade Center East
        Two Seaport Lane
        Boston, MA  02210
        Telephone: (617) 406-4500
        Facsimile:  (617) 406-4501

Dated:  October 19, 2006

## CERTIFICATE OF SERVICE

I, Kevin G. Kenneally, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this 19th day of October, 2006.

        /s/ Kevin G. Kenneally
        Kevin G. Kenneally

01042021.DOC