# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CONNECTU LLC,<br><br>                    Plaintiff,<br><br>        v.<br><br>MARK ZUCKERBERG, EDUARDO SAVERIN, DUSTIN MOSKOVITZ, ANDREW MCCOLLUM, CHRISTOPHER HUGHES, and FACEBOOK, INC.,<br><br>                    Defendants.<br><br>MARK ZUCKERBERG and FACEBOOK, INC.,<br><br>                    Counterclaimants,<br><br>        v.<br><br>CONNECTU LLC,<br><br>                    Counterdefendant,<br><br>        and<br><br>CAMERON WINKLEVOSS, TYLER WINKLEVOSS, and DIVYA NARENDRA,<br><br>                    Additional Counterdefendants. | Civil Action No. 1:04-cv-11923 (DPW)<br><br>District Judge Douglas P. Woodlock<br><br>Magistrate Judge Robert B. Collings |

## PLAINTIFF'S MOTION TO STRIKE ADMISSIONS

Pursuant to Rule 36(b) of the Federal Rules of Civil Procedure, California Code of Civil Procedure § 2033.410 and for the reasons more fully set forth in the accompanying memorandum, Plaintiff moves this Court to strike the Response of Defendant ConnectU LLC to First Set of Requests for Admissions (1-25), the Amended Response of Defendant ConnectU LLC to First Set of Requests for Admissions (No. 2 only), the Response of Defendant Tyler Winklevoss to First Set of Requests for Admissions (1-25), the Response of Defendant Cameron Winklevoss to First Set of Requests for Admissions (1-25),  the Response of Defendant Divya

Narendra to First Set of Requests for Admissions (1-25), all of which were made in Case No. 1:05-CV-047381 in the Superior Court of California.

## CERTIFICATION UNDER L.R. 7.1

Plaintiff's counsel hereby certifies under L.R. 7.1 that counsel for Plaintiff conferred with counsel for Defendants. Defendants did not consent to this motion.

Respectfully submitted,

DATED:  October 23, 2006

/s/ John F. Hornick_____
Daniel P. Tighe (BBO# 556583)
Scott McConchie (BBO# 634127)
GREISINGER, TIGHE, and MAFFEI, L.L.P.
Boston, MA  02110
Telephone:  (617) 452-9900
Facsimile:   (617) 452-0900
dtighe@gtmllp.com
smcconchie@gtmllp.com

John F. Hornick (*pro hac vice*)
Email:  john.hornick@finnegan.com
Margaret A. Esquenet (*pro hac vice*)
Email:  margaret.esquenet@finnegan.com
Meredith H. Schoenfeld (*pro hac vice*)
Email:  meredith.schoenfeld@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, L.L.P.
901 New York Avenue N.W.
Washington, DC  20001
Telephone:  (202) 408-4000

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on October 23, 2006.

/s/ John F. Hornick _____
John F. Hornick