# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CONNECTU LLC,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MARK ZUCKERBERG, EDUARDO SAVERIN, DUSTIN MOSKOVITZ, ANDREW MCCOLLUM, CHRISTOPHER HUGHES, FACEBOOK, INC.,<br><br>　　　　　Defendants.<br><br>MARK ZUCKERBERG and FACEBOOK, INC.,<br><br>　　　　　Counterclaimants,<br><br>　　v.<br><br>CONNECTU LLC,<br><br>　　　　　Counterdefendant,<br><br>　　and<br><br>CAMERON WINKLEVOSS, TYLER WINKLEVOSS, and DIVYA NARENDRA,<br><br>　　　　　Additional Counterdefendants. | Civil Action No. 1:04-cv-11923 (DPW)<br><br>District Judge Douglas P. Woodlock<br><br>Magistrate Judge Robert B. Collings |

**DECLARATION OF MEREDITH H. SCHOENFELD IN SUPPORT OF PLAINTIFF'S MEMORANDUM OF LAW IN SUPPORT OF MOTION TO STRIKE ADMISSIONS**

I, Meredith H. Schoenfeld, declare as follows:

I am an attorney with the law firm of Finnegan, Henderson, Farabow, Garrett & Dunner, LLP, counsel for Plaintiff ConnectU LLC and Counterdefendants Cameron Winklevoss, Tyler Winklevoss, and Divya Narendra ("collectively ConnectU"). I make this Declaration in support of Plaintiff's Memorandum Of Law In Support Of Motion To Strike Admissions. I am an active member in good standing of the Bars of the State of California and the District of Columbia. I have personal knowledge of the facts stated therein and if called as a witness, could and would competently testify thereto.

1. Attached hereto as Exhibit 1 is a true and correct copy of Defendants' Exhibit List for October 24, 2006 Evidentiary Hearing, received by Plaintiff's counsel on October 21, 2006.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. This Declaration is executed on the 23rd day of October 2006.

/s/ Meredith H. Schoenfeld
Meredith H. Schoenfeld

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on October 23, 2006.

/s/ John F. Hornick
John F. Hornick