Defendants' Exhibit List for October 24, 2006 Evidentiary Hearing

| Ex. # | Document Description | Bates Range | Date |
|---|---|---|---|
| 1. | Harvard University Office of the General Counsel Letter to Theresa Sutton Re: ConnectU LLC v. Mark Zuckerberg From: Bradley E. Abruzzi (9/29/06) | HU000230 | 9/30/2003 |
| 2. | E-mail - Dated: 10/31/03, From: Cameron Winklevoss, To: Divya Kumar Narendra, Victor Yang Gao, Subject: IMPORTANT! | C003852 | 10/31/2003 |
| 3. | E-mails - Dated: 11/25/03, From: Mark Elliot Zuckerberg, To: Cameron Winklevoss, Subject: Re: Meeting | C004577 – C004631 | 11/25/2003 |
| 4. | E-mail - Dated: 01/25/04, From: Cameron Winklevoss, To: Victor Yang Gao, Subject HC | C003850-C003851 | 1/25/2004 |
| 5. | E-mail - Dated: 02/16/04, From: Cameron Winklevoss, To: Randy Barth, Subject: Animal 57, Attachment Included | C003587 – C003603 | 2/16/2004 |
| 6. | Harvard Connection -On Line Community Web Page (3/18/04) | C002656-C002689 | 3/18/2004 |
| 7. | Harvard Connection -On Line Community A Scalable framework for connecting people together through a web site Web Page (3/18/04) | C004644-C004675 | 3/18/2004 |
| 8. | Memo From: Tyler Winklevoss To: Cameron Winklevoss Subject Re: Animal 57 (3/18/04) | C008580-C008581 | 3/18/2004 |
| 9. | Imarc Harvard Connection Six Signatures: Tyler, Divya, Cameron (3/19/04) | C011676 | 3/19/2004 |
| 10. | Harvard Connection - On Line Community A scalable framework for connection for connecting people together through a web site Outline Rev. 1.2 (3/29/04) | C004706-C004732 | 3/29/2004 |
| 11. | Harvard Connection - On Line Community A scalable framework for connection for connecting people together through a web site Outline Rev. 1.3 (3/31/04) | C004733-C004759 | 3/31/2004 |
| 12. | Memo From: Cameron Winklevoss To: Marc Pierrat Subject: re: Entity name, etc. (4/5/04) | C004101 | 4/5/2004 |
| 13. | Memo From: Marc Pierrat To: Cameron Winklevoss , Divya Narendra Subject: Entity name, etc. (4/5/04) | C008043 | 4/5/2004 |
| 14. | Check From: Dharamjit N. Kumar to Howard Winklevoss for $6,000 (4/5/04) | C011555 | 4/5/2004 |
| 15. | Check From Dharamjit Kumar To: Howard Winklevoss (4/5/04) | C011659 | 4/5/2004 |
| 16. | Limited Liability Company Operating Agreement of ConnectU, LLC Dated 4/6/04 | C011285 - C011335 | 4/6/2004 |
| 17. | Certificate of Formation Limited Liability Company ConnectU (4/6/04) | C011673 | 4/6/2004 |
| 18. | Harvard Connection - On Line Community A scalable framework for connection for connecting people together through a web site Outline Rev. 1.6 (4/9/04) | C004677-C004704 | 4/9/2004 |

1

| Ex. # | Document Description | Bates Range | Date |
|---|---|---|---|
| 19. | U.S. Individual Income Tax Return Form: Tyler Winklevoss (4/12/04)) | C011500-C011504 | 4/12/2004 |
| 20. | E-mail - Dated: 4/19/04, From: Cameron Winklevoss, To: Marc Pierrat, CC: Divya Narendra, Subject: FAQ | C004044 - C004048 | 4/19/2004 |
| 21. | Memo From: Marc M. Pierrat To: Cameron Winklevoss , Divya Narendra Subject: Changes (4/30/04) | C007941 | 4/30/2004 |
| 22. | Transaction Receipt ConnectU (5/4/06) | C011657 | 5/6/2004 |
| 23. | Memo From: Cameron Winklevoss To: Divya Narendra ; Dave Tufts Subject: Re: Urgent: possible hack? (6/14/04) | C003891 | 6/14/2004 |
| 24. | Memo From: Cameron Winklevoss To: Dave Tufts; Divya Narendra Subject: Re: courses -administration, adding verifying potential nightmare (6/14/04) | C003893-C003894 | 6/14/2004 |
| 25. | Memo From: Dave Tufts To: Divya Kumar Narendra Subject: Next Steps (6/14/04) | iMarc001264 | 6/14/2004 |
| 26. | Application for Registration Foreign Limited Liability Company ConnectU LLC Cameron Winklevoss (8/15/04) | C011528-C011531 | 8/15/2004 |
| 27. | E-mail - Dated: 8/30/04 From: Cameron Winklevoss To: dkny82@yahoo.com, Subject: Merger Proposal | C010023 - C010024 | 8/30/2004 |
| 28. | Memo From: Cameron Winklevoss To: dknyc82@yahoo.com Subject: Fw: Fw: RE: Merger Proposal (8/30/04) | C010025 - C010028 | 8/30/2004 |
| 29. | Article: ConnectU Web Site Launched (8/13/04) | C006833-C006834 | 8/31/2004 |
| 30. | E-mail - Dated: 8/31/04 From: Cameron Winklevoss To: dkny82@yahoo.com, Subject: Merger Proposal | C010022 | 8/31/2004 |
| 31. | E-mail - Dated: 8/31/04 From: Cameron Winklevoss To: aludwig@princeton.edu, Subject: update | C010279 | 8/31/2004 |
| 32. | E-mail - Dated: 09/1/04, From: Adam Ludwig, To: Cameron Winklevoss, CC: dkny82@yahoo.com, Subject: Re-valuation | C009691 - C009691 | 9/1/2004 |
| 33. | E-mail - Dated: 9/2/04, From: Adam Ludwig, To: Cameron Winklevoss, CC: dkny82@yahoo.com, Subject: Stats | C009689 - C009689 | 9/2/2004 |
| 34. | E-mail - Dated: 9/2/04. From: Adam Ludwig, To: Cameron Winklevoss, CC: dkny82@yahoo.com, Subject: Stats | C009690 - C009690 | 9/2/2004 |
| 35. | E-mail - Dated: 9/16/04, From: Cameron Winklevoss, To: aludwig@princeton.edu; rvapp41@yahoo.com; marc@imarc.net; tyler@winklevoss.com; dkny82@yahoo.com, Subject: Equity | C010193 - C010193 | 9/16/2004 |
| 36. | Memo From: Maria Antonelli To: Cameron Winklevoss Subject: RE: CU checking (10/7/04) | C006789-C006790 | 10/7/2004 |
| 37. | Certificate of Registration | C004842 – C004845 | 10/15/2004 |
| 38. | Memo From: Maria Antonelli To: Cameron Winklevoss Subject: re: changes (11/15/04) | C006775-C006776 | 11/15/2004 |
| 39. | ConnectU Notes/Questions (12/31/04) | C011648 | 12/31/2004 |
| 40. | Rowamerica, LLC Loan Receivable-ConnectU | C011766-C011767 | 12/31/2004 |

2

| Ex. # | Document Description | Bates Range | Date |
|---|---|---|---|
| 41. | Memo From: Divya Narendra To: Cameron Winklevoss Subject: Re: (1/4/05) | C006863-C006867 | 1/4/2005 |
| 42. | Certification of Limited Liability Company from Secretary of State of Delaware (1/5/05) | C011674-C011675 | 1/5/2005 |
| 43. | Fax From: Maria Antonelli To: Wachovia - Wealth Management Re: Cash Advance (3/24/05) | C011654A | 3/24/2005 |
| 44. | Filing Instructions ConnectU LLC Form 1065/CT-1120SI- Application for Extension of Time Taxable Year Ended December 31, 2004 | C011651-C011653 | 4/12/2005 |
| 45. | Check From Maria Antonelli to Commissioner of Revenue Service $250 (4/12/05) | C011687 | 4/12/2005 |
| 46. | Memo From: Cameron Winklevoss To: dknyc82@yahoo.com Subject: Fw: ConnectU Expenses (7/7/05) | C011420-C011423 | 7/7/2005 |
| 47. | E-mail from Divya Narendra to Cameron Winklevoss re: Information | C011557 | 9/27/2005 |
| 48. | 9/27/05 Email from Maria Antonelli to Cameron Winklevoss re: Info | C011707 | 9/27/2005 |
| 49. | Fax From: Maria Antonelli To: Richard Paukner Re: Connect U (9/29/05) | C011548-C011557 | 9/29/2005 |
| 50. | Fax Cover Sheet from Maria Antonelli to Richard Paukner sending information re ConnectU & Divya Narendra (9/29/05) | C011706-C011715 | 9/29/2005 |
| 51. | Memo: From: Arthur Allen & Co., LLC To: Maria (10/5/05) | C011620 | 10/5/2005 |
| 52. | U.S. Individual Income Tax Return Form: Cameron Winklevoss (10/6/05) | C011398-C011411 | 10/6/2005 |
| 53. | Memo: From: Arthur Allen & Co., LLC To: Divya Narendra (10/6/05) | C011437-C011445 | 10/6/2005 |
| 54. | U.S. Return of Partnership Income Howard Winklevoss (10/06/05) | C011458-C011468 | 10/6/2005 |
| 55. | Form 1065 - U.S. Partnership Income Tax Return ConnectU LLC (10/6/05) | C011621-C011632 | 10/6/2005 |
| 56. | Form CT - 1065/CT - 1120SI EXT Divya Narendra, Cameron Winklevoss, Tyler Winklevoss, Howard Winklevoss (10/6/05) | C011633-C011647 | 10/6/2005 |
| 57. | Form CT-1065/CT - 1120SI Connecticut Composite Income Tax Return Divya, Cameron, Tyler, Howard. (4/6/04-12/31/04) | C011446-C011457 | 10/13/2005 |
| 58. | Form CT - 1040- 2004 Cameron Winklevoss (10/13/05) | C011469-C011473 | 10/13/2005 |
| 59. | Form CT - 1040- 2004 Tyler Winklevoss (10/13/05) | C011495-C011499 | 10/13/2005 |
| 60. | 10/13/05 US Individual Tax Return Form for Howard & Carol Winklevoss | C011505-C011506 | 10/13/2005 |
| 61. | Limited Liability Company Operating Agreement of ConnectU, LLC Dated 4/6/04 (With hand written note from John C. dated 6/30/06) | C011716-C011765 | 6/30/2006 |
| 62. | Bank Deposit Receipt for Carol and Howard Winklevoss | C011658 | |
| 63. | Copies of a $4,000 check and $600 Check | K000007 | |
| 64. | ConnectU's Complaint against Mark Zuckerberg et al | | 9/2/2004 |

3

| Ex. # | Document Description | Bates Range | Date |
|---|---|---|---|
| 65. | First Amended Complaint (10/28/04) | | 10/28/2004 |
| 66. | Plaintiff and Counterclaim Defendants' Initial Disclosures Pursuant to FED.R.CIV.P.26(a) | | 4/7/2005 |
| 67. | Plaintiff and Counterclaim Defendants' ConnectU LLC's Responses to Defendant and Counterclaim Plaintiff The Facebook, Inc.'s First Set of Interrogatories (Nos. 1-17) *8/22/05) | | 8/22/2005 |
| 68. | 09/26/05 Form Interrogatories to ConnectU LLC, Set One<br>A. 10/31/05 Response of Defendant ConnectU LLC to Form Rogs<br>B. 01/12/06 Amended Responses of Defendant ConnectU LLC to Form Interrogatories<br>C. 03/31/06 Second Amended Response of Defendant ConnectU LLC to Form Interrogatories | | 9/26/2005 |
| 69. | 09/26/05 Form Interrogatories to Tyler Winklevoss, Set One<br>A. 10/31/05 Response of Defendant Tyler Winklevoss to Form Rogs<br>B. 03/31/06 Amended Response of Defendant Tyler Winklevoss to Form Interrogatories | | 9/26/2005 |
| 70. | 09/26/05 Form Interrogatories to Cameron Winklevoss, Set One<br>A. 10/31/05 Response of Defendant Cameron Winklevoss to Form Rogs<br>B. 03/31/06 Amended Response of Defendant Cameron Winklevoss to Form Interrogatories | | 9/26/2005 |
| 71. | 09/26/05 Form Interrogatories to Divya Narendra, Set One<br>A. 10/31/05 Response of Defendant Divya Narendra to Form Rogs<br>B. 03/31/06 Amended Response of Defendant Divya Narendra to Form Interrogatories | | 9/26/2005 |
| 72. | 09/26/05 The Facebook, Inc.'s First Set of Requests for Admission Directed to Defendant ConnectU LLC (1-25)<br>A. 10/31/05 Response of Defendant ConnectU LLC to First Set of Requests for Admission (1-25)<br>B. 01/12/06 Amended Responses of Defendant ConnectU LLC to First Set of Requests for Admission (No. 2 Only) | | 9/26/2005 |
| 73. | 09/26/05 The Facebook, Inc.'s First Set of Requests for Admission Directed to Defendant Tyler Winklevoss (1-25)<br>A. 10/31/05 Response of Defendant Tyler Winklevoss to First Set of Requests for Admission (1-25) | | 9/26/2005 |
| 74. | 09/26/05 The Facebook, Inc.'s First Set of Requests for Admission Directed to Defendant Cameron Winklevoss (1-25)<br>A. 10/31/05 Response of Defendant Cameron Winklevoss to First Set of Requests for Admission (1-25) | | 9/26/2005 |
| 75. | 09/26/05 The Facebook, Inc.'s First Set of Requests for Admission Directed to Defendant Divya Narendra (1-25)<br>A. 10/31/05 Response of Defendant Divya Narendra to First Set of Requests for Admission (1-25) | | 9/26/2005 |

| Ex. # | Document Description | Bates Range | Date |
|---|---|---|---|
| 76. | 11/03/05 Special Interrogatories to Cameron Winklevoss, Set One (Nos. 1-23)<br>A. 12/05/05 Response and Objections of Cameron Winklevoss to Special Rogs, Set One (1-23)<br>B. 01/12/06 Amended Responses of Defendant Cameron Winklevoss to Plaintiff's First Set of Special Interrogatories (No. 1 Only)<br>C. 04/03/06 2nd. Amended Response of Defendant Cameron Winklevoss to 1st. Set of Special Interrogatories (No. 7 & 14 Only) | | 11/3/2005 |
| 77. | 11/03/05 Special Interrogatories to Tyler Winklevoss, Set One (Nos. 1-23)<br>A. 12/05/05 Response and Objections of Tyler Winklevoss to Special Rogs, Set One (1-23)<br>B. 01/12/06 Amended Responses of Defendant Tyler Winklevoss to Plaintiff's First Set of Special Interrogatories (No. 1 Only)<br>C. 03/09/06 2nd. Amended Response of Defendant Tyler Winklevoss to 1st. Set of Special Interrogatories (Nos. 7,8,11,14 &15 Only) | | 11/3/2005 |
| 78. | 11/03/05 Special Interrogatories to Divya Narendra, Set One (Nos. 1-23)<br>A. 12/05/05 Response and Objections of Divya Narendra, Set One (1-23)<br>B. 01/12/05 Amended Responses of Defendant Divya Narendra to Plaintiff's First Set of Special Interrogatories (No. 1 Only)<br>C. 03/09/06 2nd. Amended Response of Defendant Divya Narendra to 1st. Set of Special Interrogatories (Nos. 8,11,14,& 15 Only) | | 11/3/2005 |
| 79. | 11/03/05 Special Interrogatories to ConnectU, Set One (Nos. 1-23)<br>A. 12/05/05 Response and Objections of ConnectU, Set One (1-23)<br>B. 01/12/06 Amended Responses to Defendant ConnectU LLC to Plaintiff's First Set of Special Interrogatories (Nos. 1,7,8,14,15,18, 19 & 22 Only)<br>C. 03/03/06 Second Amended Responses to Defendant ConnectU to Plaintiff's First Set of Special Interrogatories (Nos. 1, 11, 14, 15, 18 & 19 Only)<br>D. 06/21/06 Amendment to the Second Amended Response to Defendant ConnectU to Plaintiff's First Set of Special Interrogatories (No. 14 Only) | | 11/3/2005 |
| 80. | TheFacebook, Inc First Set of Request for Production to Defendant Connectu (11/3/05) | | 11/3/2005 |
| 81. | Order After Hearing (California Case) | | 2/17/2006 |

5

| Ex. # | Document Description | Bates Range | Date |
|---|---|---|---|
| 82. | Amended Response of Defendant Howard Winklevoss to Plaintiff's First Set of Interrogatories (1-23)(3/3/06) | | 3/3/2006 |
| 83. | Declaration of ConnectU with Cited Documents to Responses 6,7, & 18 (3/3/06) | | 3/3/2006 |
| 84. | Order re Plaintiff's Motion to Compel Supplemental Responses to Facebook Inc.'s First Sets of Form Interrogatories and Requests for Admissions | | 3/13/2006 |
| 85. | Defendant Cameron Winklevoss Declaration [re Collection of Documents in Response to Plaintiff's First Set of Request for Production] (3/27/06) | | 3/27/2006 |
| 86. | Supplemental Declaration of Divya Narendra in Support of Defendants' Reply to Opposition to Motion to Quash Service of Complaint and Summons for Lack of Personal Jurisdiction (5/19/06) | | 5/19/2006 |
| 87. | Supplemental Declaration of Cameron Winklevoss in Support of Defendants' Reply to Opposition to Motion to Quash Service of Complaint and Summons for Lack of Personal Jurisdiction | | 5/22/2006 |
| 88. | Amended Notice of Subpoena to Arthur Allen & Co., LLC (9/18/06) | | 9/18/2006 |
| 89. | Defendant Tyler Winklevoss's Declaration in Support of Motion to Quash Sever ice of Complaint and Summons for Lack of Personal Jurisdiction (10/6/06) | | 10/6/2006 |
| 90. | Defendant Divya Narendra's Declaration in Support of Motion to Quash Service of Complaint and Summons for Lack of Personal Jurisdiction | | 5/19/2016 |

6