# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CONNECTU LLC, <br><br>     Plaintiff, <br><br>   v. <br><br> MARK ZUCKERBERG, EDUARDO SAVERIN, DUSTIN MOSKOVITZ, ANDREW MCCOLLUM, CHRISTOPHER HUGHES, and FACEBOOK, INC., <br><br>     Defendants. <br><br> MARK ZUCKERBERG and FACEBOOK, INC., <br><br>     Counterclaimants, <br><br>   v. <br><br> CONNECTU LLC, <br><br>     Counterdefendant, <br><br>   and <br><br> CAMERON WINKLEVOSS, TYLER WINKLEVOSS, and DIVYA NARENDRA, <br><br>     Additional Counterdefendants. | Civil Action No. 1:04-cv-11923 (DPW) <br><br> District Judge Douglas P. Woodlock <br><br> Magistrate Judge Robert B. Collings |

### PLAINTIFF'S MOTION TO QUASH
### THE SUBPOENA SERVED ON HOWARD WINKLEVOSS

  Pursuant to Rules 26(c) and 45(c) of the Federal Rules of Civil Procedure, and for the reasons more fully set forth in the accompanying memorandum, Plaintiff moves this Court to Quash the Subpoena served on Howard Winklevoss on October 16, 2006 (attached hereto as Exhibit A).

### CERTIFICATION UNDER L.R. 7.1

  Plaintiff's counsel hereby certifies under L.R. 7.1 that counsel for Plaintiff conferred with counsel for Defendants. Defendants did not consent to this motion.

| | |
|---|---|
| DATED:  October 23, 2006 | /s/ John F. Hornick_____<br>Daniel P. Tighe (BBO# 556583)<br>Scott McConchie (BBO# 634127)<br>GREISINGER, TIGHE, and MAFFEI, L.L.P.<br>Boston, MA  02110<br>Telephone:  (617) 452-9900<br>Facsimile:   (617) 452-0900<br>dtighe@gtmllp.com<br>smcconchie@gtmllp.com<br><br>John F. Hornick (*pro hac vice*)<br>Email:  john.hornick@finnegan.com<br>Margaret A. Esquenet (*pro hac vice*)<br>Email:  margaret.esquenet@finnegan.com<br>Meredith H. Schoenfeld (*pro hac vice*)<br>Email:  meredith.schoenfeld@finnegan.com<br>FINNEGAN, HENDERSON, FARABOW,<br>GARRETT & DUNNER, L.L.P.<br>901 New York Avenue N.W.<br>Washington, DC  20001<br>Telephone:  (202) 408-4000 |

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on October 23, 2006.

/s/ John F. Hornick_____
John F. Hornick