# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CONNECTU LLC,<br><br>        Plaintiff,<br><br>    v.<br><br>MARK ZUCKERBERG, EDUARDO SAVERIN, DUSTIN MOSKOVITZ, ANDREW MCCOLLUM, CHRISTOPHER HUGHES, and FACEBOOK, INC.,<br><br>        Defendants.<br><br>MARK ZUCKERBERG and FACEBOOK, INC.,<br><br>        Counterclaimants,<br><br>    v.<br><br>CONNECTU LLC,<br><br>        Counterdefendant,<br><br>    and<br><br>CAMERON WINKLEVOSS, TYLER WINKLEVOSS, and DIVYA NARENDRA,<br><br>        Additional Counterdefendants. | Civil Action No. 1:04-cv-11923 (DPW)<br><br>District Judge Douglas P. Woodlock<br><br>Magistrate Judge Robert B. Collings |

**PLAINTIFF'S MEMORANDUM IN SUPPORT OF MOTION TO QUASH THE SUBPOENA SERVED ON HOWARD WINKLEVOSS**

Pursuant to Federal Rule 45(c), Defendants' subpoena causes undue burden and expense for Howard Winklevoss, a non-party to this action.  *See* Fed. R. Civ. P. 45(c)(3)(A)(ii).  Howard Winklevoss was served at his home, located at 10 Khakum Road, Greenwich, CT.  The location of Howard Winklevoss's home is more than 100 miles from this jurisdiction.  Thus, pursuant to Federal Rule 45(c)(3)(A)(ii), the subpoena of Howard Winklevoss must be quashed because it requires a non-party witness to travel more than 100 miles from where he resides  Therefore, because Howard Winklevoss is beyond this Court's jurisdictional reach,  Defendants' subpoena is unenforceable.

Accordingly, Plaintiff respectfully requests that this motion to quash be granted.

| | |
|---|---|
| DATED: October 23, 2006 | /s/ John F. Hornick_____<br>Daniel P. Tighe (BBO# 556583)<br>Scott McConchie (BBO# 634127)<br>GREISINGER, TIGHE, and MAFFEI, L.L.P.<br>Boston, MA  02110<br>Telephone:  (617) 452-9900<br>Facsimile:   (617) 452-0900<br>dtighe@gtmllp.com<br>smcconchie@gtmllp.com<br><br>John F. Hornick (*pro hac vice*)<br>Email:  john.hornick@finnegan.com<br>Margaret A. Esquenet (*pro hac vice*)<br>Email:  margaret.esquenet@finnegan.com<br>Meredith H. Schoenfeld (*pro hac vice*)<br>Email:  meredith.schoenfeld@finnegan.com<br>FINNEGAN, HENDERSON, FARABOW,<br>GARRETT & DUNNER, L.L.P.<br>901 New York Avenue N.W.<br>Washington, DC  20001<br>Telephone:  (202) 408-4000 |

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on October 23, 2006

/s/ John F. Hornick_____
John F. Hornick