IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| CONNECTU LLC,<br><br>    Plaintiff,<br><br>v.<br><br>MARK ZUCKERBERG, EDUARDO SAVERIN, DUSTIN MOSKOVITZ, ANDREW MCCOLLUM, CHRISTOPHER HUGHES, and THEFACEBOOK, INC.,<br><br>    Defendants. | Civil Action No. 1:04-CV-11923 (DPW)<br><br>(District of Massachusetts) |
| MARK ZUCKERBERG, and THEFACEBOOK, INC.,<br><br>    Counterclaimants,<br><br>v.<br><br>CONNECTU LLC,<br><br>    Counterdefendant,<br><br>and<br><br>CAMERON WINKLEVOSS, TYLER WINKLEVOSS, and DIVYA NARENDRA,<br><br>    Additional Counterdefendants. | |

## MOTION TO FILE DOCUMENTS UNDER SEAL

Defendants Mark Zuckerberg, Dustin Moskovitz, Andrew McCollum, Christopher Hughes, and Facebook, Inc. hereby move to file under seal, pursuant to the July 6, 2005 Stipulated Protective Order entered by this Court, their Motion for Leave to Introduce Deposition Testimony in Support of October 24, 2006 Evidentiary Hearing to Determine Divya Narendra's

-2-

Membership Status in Connectu LLC at the Time the Original Complaint was Filed and the attached exhibits.

The Facebook Defendants respectfully request permission to file their motion and exhibits under seal because they contain information that has been designated by the parties as confidential under the Stipulated Protective Order entered in this matter. In accordance with Connecticut and Massachusetts Local Rules, the Facebook Defendants respectfully request that these documents be impounded pending further order of this Court, or any court sitting in review or upon final determination of this action, at which time it will be retrieved by counsel for the Facebook Defendants.

WHEREFORE, it is respectfully requested that the Court grant this motion to file the above-described documents under seal.

## Certification Pursuant to Local Rule 37.1, Fed. R. Civ. P. 37(D) and Massachusetts Local Rule 7.1

Counsel for the Facebook Defendants certifies that pursuant to Local Rule 7.1, the parties have conferred regarding the issues presented by this motion, and counsel for the plaintiff ConnectU LLC consents to the motion.

| | |
|---|---|
| Dated:  October 23, 2006. | Respectfully submitted, |

                                            /s/ Theresa A. Sutton /s/
_____
G. Hopkins Guy, III*
I. Neel Chatterjee*
Monte M.F. Cooper*
Theresa A. Sutton*
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA  94025
Telephone:  (650) 614-7400
Facsimile:   (650) 614-7401
hopguy@orrick.com
nchatterjee@orrick.com
mcooper@orrick.com
tsutton@orrick.com

Steve M. Bauer
Jeremy P. Oczek
PROSKAUER ROSE, LLP
One International Plaza, 14th Floor
Boston, MA 02110-2600
Telephone:     (617) 526-9600
Facsimile:      (617) 526-9899
sbauer@proskauer.com
joczek@proskauer.com

ATTORNEYS FOR MARK ZUCKERBERG, DUSTIN MOSKOVITZ, ANDREW MCCOLLUM, CHRISTOPHER HUGHES, and FACEBOOK, INC.

* Admitted Pro Hac Vice

## CERTIFICATE OF SERVICE

    I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on October 23, 2006.

Dated:  October 23, 2006.            Respectfully submitted,

                                                                   /s/ Theresa A. Sutton /s/
                                                                     Theresa A. Sutton