IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| CONNECTU LLC,<br><br>  Plaintiff,<br><br>v.<br><br>MARK ZUCKERBERG, EDUARDO SAVERIN, DUSTIN MOSKOVITZ, ANDREW MCCOLLUM, CHRISTOPHER HUGHES, and THEFACEBOOK, INC.,<br><br>  Defendants. | Civil Action No. 1:04-CV-11923 (DPW)<br><br>(District of Massachusetts) |
| MARK ZUCKERBERG, and THEFACEBOOK, INC.,<br><br>  Counterclaimants,<br><br>v.<br><br>CONNECTU LLC,<br><br>  Counterdefendant,<br><br>and<br><br>CAMERON WINKLEVOSS, TYLER WINKLEVOSS, and DIVYA NARENDRA,<br><br>  Additional Counterdefendants. | |

**[PROPOSED] ORDER GRANTING THE FACEBOOK DEFENDANTS
<u>ASSENTED TO MOTION TO FILE DOCUMENTS UNDER SEAL</u>**

For the reasons set forth in the Facebook Defendants' Assented to **MOTION TO FILE**

**DOCUMENTS UNDER SEAL** regarding Facebook Defendants' Motion for Leave to Introduce

Deposition Testimony in Support of October 24, 2006 Evidentiary Hearing to Determine

Divya Narendra's Membership Status in ConnectU LLC at the Time the Original Complaint was Filed and GOOD CAUSE having been shown,

IT IS HEREBY ORDERED that the Facebook Defendants' Motion to File Documents Under Seal is GRANTED.

IT IS FURTHER ORDERED that pursuant to the Stipulated Protective Order entered by the United States District Court of Massachusetts, Civil Action No. 1:04-CV-11923 (DPW), the following documents and deposition testimony be filed under seal:

1. **MOTION FOR LEAVE TO INTRODUCE DEPOSITION TESTIMONY IN SUPPORT OF OCTOBER 24, 2006 EVIDENTIARY HEARING TO DETERMINE DIVYA NARENDRA'S MEMBERSHIP STATUS IN CONNECTU LLC AT THE TIME THE ORIGINAL COMPLAINT WAS FILED**

2. **EXHIBITS A, B, and C.**

IT IS SO ORDERED

Dated: _____, 2006

_____