**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| CONNECTU LLC, <br><br>　　　　　Plaintiff, <br><br>　　v. <br><br>MARK ZUCKERBERG, EDUARDO SAVERIN, DUSTIN MOSKOVITZ, ANDREW MCCOLLUM, CHRISTOPHER HUGHES, FACEBOOK, INC., <br><br>　　　　　Defendants. | Civil Action No. 1:04-cv-11923 (DPW) <br><br>District Judge Douglas P. Woodlock <br><br>Magistrate Judge Robert B. Collings |
| MARK ZUCKERBERG and <br>FACEBOOK, INC., <br><br>　　　　　Counterclaimants, <br><br>　　v. <br><br>CONNECTU LLC, <br><br>　　　　　Counterdefendant, <br><br>　　and <br><br>CAMERON WINKLEVOSS, TYLER WINKLEVOSS, and DIVYA NARENDRA, <br><br>　　　　　Additional Counterdefendants. | |

**DECLARATION OF MEREDITH H. SCHOENFELD IN SUPPORT
OF PLAINTIFF'S POST-HEARING BRIEF IN COMPLIANCE WITH
THE COURT'S OCTOBER 25, 2006 ORDER**

I, Meredith H. Schoenfeld, declare as follows:

I am an attorney with the law firm of Finnegan, Henderson, Farabow, Garrett & Dunner, LLP, counsel for Plaintiff ConnectU LLC and Counterdefendants Cameron Winklevoss, Tyler Winklevoss, and Divya Narendra ("collectively ConnectU"). I make this Declaration in support of Plaintiff's Post-Hearing Brief In Compliance With The Court's October 25, 2006 Order . I am an active member in good standing of the Bars of the State of California and the District of

Columbia. I have personal knowledge of the facts stated therein and if called as a witness, could and would competently testify thereto.

1. Attached hereto as Exhibit 1 is a true and correct copy of 6 Del. Code. Sections 18-101 thru 111 (2004), 18-201 thru 216 (2004), and 18-301 thru 306 (2004).

2. Attached hereto as Exhibit 2 is a true and correct copy of Martin I. Lubaroff & Paul M. Altman, *Delaware Limited Liability Companies* in DELAWARE LAW OF CORPORATIONS & BUSINESS ORGANIZATIONS § 20.4 (R. Franklin Balotti & Jesse A. Finklestein eds., 1999).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. This Declaration is executed on the 10th day of November 2006.

/s/ Meredith H. Schoenfeld
Meredith H. Schoenfeld

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on November 10, 2006.

/s/ John F. Hornick
John F. Hornick