**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| CONNECTU LLC, | Civil Action No. 1:04-cv-11923 (DPW) |
| Plaintiff, | |
| v. | District Judge Douglas P. Woodlock |
| MARK ZUCKERBERG, EDUARDO SAVERIN, DUSTIN MOSKOVITZ, ANDREW MCCOLLUM, CHRISTOPHER HUGHES, and FACEBOOK, INC., | Magistrate Judge Robert B. Collings |
| Defendants. | |
| MARK ZUCKERBERG and FACEBOOK, INC., | |
| Counterclaimants, | |
| v. | |
| CONNECTU LLC, | |
| Counterdefendant, | |
| and | |
| CAMERON WINKLEVOSS, TYLER WINKLEVOSS, and DIVYA NARENDRA, | |
| Additional Counterdefendants. | |

**PLAINTIFF'S ASSENTED-TO MOTION FOR LEAVE TO FILE AMENDED**
**REPLY TO OPPOSITION TO MOTION TO STRIKE ADMISSIONS**

Plaintiff ConnectU LLC hereby moves for leave to file an Amended Reply to Facebook Defendants' Opposition to Plaintiff's Motion Strike Admissions (attached hereto as Exhibit A).

As grounds for this motion, an amended reply brief is necessary as the wrong version of the reply was inadvertently filed on November 15, 2006.

Plaintiff's amended reply (Exhibit A) will clarify these issues and will assist the Court in ruling on Plaintiff's Motion to Strike Admissions. The Proposed Order granting this assented-to motion is attached as Exhibit B.

## CERTIFICATION UNDER L.R. 7.1

  Plaintiff's counsel hereby certifies under L.R. 7.1 that counsel for Plaintiff conferred with counsel for the Facebook Defendants, and that they consent to this motion.

DATED:  November 17, 2006

/s/ John F. Hornick_____
John F. Hornick (*pro hac vice*)
Email:  john.hornick@finnegan.com
Margaret A. Esquenet (*pro hac vice*)
Email:  margaret.esquenet@finnegan.com
Meredith H. Schoenfeld (*pro hac vice*)
Email:  meredith.schoenfeld@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, L.L.P.
901 New York Avenue N.W.
Washington, DC  20001
Telephone:  (202) 408-4000

Daniel P. Tighe (BBO# 556583)
Email:  dtighe@gtmllp.com
Scott McConchie (BBO# 634127)
Email:  smcconchie@gtmllp.com
GREISINGER, TIGHE, and MAFFEI, L.L.P.
Boston, MA  02110
Telephone:  (617) 452-9900
Facsimile:   (617) 452-0900

Attorneys for Plaintiff and Counterclaim Defendants

**CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on November 17, 2006.

                                                      /s/ John F. Hornick_____
                                                      John F. Hornick