# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CONNECTU LLC, <br><br>        Plaintiff, <br><br>    v. <br><br>MARK ZUCKERBERG, EDUARDO SAVERIN, DUSTIN MOSKOVITZ, ANDREW MCCOLLUM, CHRISTOPHER HUGHES, and FACEBOOK, INC., <br><br>        Defendants. <br><br>MARK ZUCKERBERG and FACEBOOK, INC., <br><br>        Counterclaimants, <br><br>    v. <br><br>CONNECTU LLC, <br><br>        Counterdefendant, <br><br>    and <br><br>CAMERON WINKLEVOSS, TYLER WINKLEVOSS, and DIVYA NARENDRA, <br><br>        Additional Counterdefendants. | Civil Action No. 1:04-cv-11923 (DPW) <br><br>District Judge Douglas P. Woodlock <br><br>Magistrate Judge Robert B. Collings |

**[PROPOSED] ORDER GRANTING PLAINTIFF'S ASSENTED-TO MOTION FOR LEAVE TO FILE AN AMENDED REPLY TO FACEBOOK DEFENDANTS' <u>OPPOSITION TO PLAINTIFF'S MOTION TO STRIKE ADMISSIONS</u>**

      Having Considered Plaintiff ConnectU LLC's Assented-To Motion for Leave to File an Amended Reply to Facebook Defendants' Opposition to ConnectU's Motion to Strike Admissions, this Court orders as follows:

      ConnectU is granted leave to file the Amended Reply attached as Exhibit A to its Motion for Leave.

**SO ORDERED**

DATED: _____          _____

District Judge Douglas P. Woodlock

Magistrate Judge Robert B. Collings