IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CONNECTU LLC,<br><br>        Plaintiff,<br><br>  v.<br><br>MARK ZUCKERBERG, EDUARDO SAVERIN, DUSTIN MOSKOVITZ, ANDREW MCCOLLUM, CHRISTOPHER HUGHES, and FACEBOOK, INC.,<br><br>        Defendants. | CIVIL ACTION NO. 1:04-cv-11923 (DPW)<br><br>District Judge Douglas P. Woodlock<br><br>Magistrate Judge Robert B. Collings |
| MARK ZUCKERBERG and FACEBOOK, INC.,<br><br>        Counterclaimants,<br><br>  v.<br><br>CONNECTU LLC,<br><br>        Counterdefendant,<br><br>  and<br><br>CAMERON WINKLEVOSS, TYLER WINKLEVOSS, and DIVYA NARENDRA,<br><br>  Additional Counterdefendants. | |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Pursuant to Local Rule 83.5.2(c), please withdraw the appearance of Troy Grabow, Esquire of Finnegan, Henderson, Farabow, Garrett & Dunner, LLP as counsel for Plaintiff and Counterclaim Defendant ConnectU LLC, and additional Counterdefendants Cameron Winklevoss, Tyler Winklevoss, and Divya Narendra in the above-captioned matter.  John F. Hornick, Margaret A. Esquenet, and Meredith H. Schoenfeld of Finnegan, Henderson, Farabow, Garrett & Dunner, LLP, Washington, D.C., remain lead attorneys of record for Plaintiff and

Counterclaim Defendant ConnectU LLC, and additional Counterdefendants Cameron Winklevoss, Tyler Winklevoss, and Divya Narendra.  Daniel P. Tighe and Scott McConchie of Griesinger Tighe & Maffei, LLP, Boston, Massachusetts, appeared on October 13, 2006 as local counsel of record for Plaintiff and Counterclaim Defendant ConnectU LLC, and additional Counterdefendants Cameron Winklevoss, Tyler Winklevoss, and Divya Narendra.

DATED:  November 21, 2006

/s/ Troy Grabow_____ _____
Troy Grabow *(pro hac vice)*
John F. Hornick *(pro hac vice)*
Margaret A. Esquenet *(pro hac vice)*
Meredith H. Schoenfeld *(pro hac vice)*
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, L.L.P.
901 New York Avenue N.W.
Washington, DC  20001
Telephone:  (202) 408-4000
Facsimile:   (202) 408-4400

Daniel P. Tighe (BBO# 556583)
Scott McConchie (BBO# 634127)
GRIESINGER TIGHE & MAFFEI, LLP
176 Federal Street
Boston, MA 02110
Telephone:  (617) 542-9900
Fax:  (617) 542-0900

Attorneys for Plaintiff and Counterclaim Defendants

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on November 21, 2006.

/s/ Troy Grabow
Troy Grabow (*pro hac vice*)