UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CONNECTU LLC,<br><br>    Plaintiff,<br><br>  v.<br><br>MARK ZUCKERBERG, EDUARDO SAVERIN, DUSTIN MOSKOVITZ, ANDREW MCCOLLUM, CHRISTOPHER HUGHES AND THEFACEBOOK, INC.,<br><br>    Defendants. | CIVIL ACTION No.: 1:04-cv-11923 (DPW) |
| MARK ZUCKERBERG, and THEFACEBOOK, INC.,<br><br>    Counterclaimants,<br><br>  v.<br><br>CONNECTU LLC, CAMERON WINKLEVOSS, TYLER WINKLEVOSS, and DIVYA NARENDRA,<br><br>    Counterdefendants. | |

**DEFENDANT SAVERIN'S ASSENTED-TO MOTION TO FILE CORRECTED BRIEF IN RESPONSE TO THE COURT'S OCTOBER 25, 2006 ORDER**

Defendant Eduardo Saverin ("Saverin") hereby moves for leave to file a corrected brief in response to the Court's October 25, 2006 Order. After filing his initial brief -- Docket Number 265 -- on November 30, 2006, it came to Saverin's attention that the brief contained an error. During the editing process, a case citation was inadvertently deleted, leaving a parenthetical behind. The deletion, on page 11, made it appear in the brief that the parenthetical belonged to the preceding citation, when that was not the case. Accordingly, Saverin hereby

requests that the Court grant leave to file the corrected brief, filed as an attachment herewith, and consider the attached corrected brief rather than the original brief, Docket Number 265.

## L.R. 7.1 CERTIFICATION

Defendant Saverin hereby certifies under Local Rule 7.1 that counsel conferred with counsel of record for the other parties, and that they consented to this motion.

DATED: December 11, 2006         Respectfully submitted,

EDUARDO SAVERIN

By his attorneys,

/s Daniel K. Hampton
Annette L. Hurst (*pro hac vice*)
HELLER EHRMAN LLP
333 Bush Street
San Francisco, CA 94104
Telephone: (415) 772-6000

Bhanu K. Sadasivan (*pro hac vice*)
HELLER EHRMAN LLP
275 Middlefield Road
Menlo Park, CA 94025
Telephone: (650) 324-7197

Gordon P. Katz (BBO# 261080)
Daniel K. Hampton (BBO# 634195)
HOLLAND & KNIGHT, LLP
10 St. James Avenue
Boston, MA  02116
Telephone:  (617) 523-2700
dan.Hampton@hklaw.com
gordon.katz@hklaw.com

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on December 11, 2006

/s Daniel K. Hampton
Daniel K. Hampton

# 4239469_v1