IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CONNECTU LLC,<br><br>      Plaintiffs,<br><br>v.<br><br>MARK ZUCKERBERG, EDUARDO SAVERIN, DUSTIN MOSKOVITZ, ANDREW MCCOLLUM, CHRISTOPHER HUGHES, and THEFACEBOOK, INC.,<br><br>      Defendants. | CIVIL ACTION NO. 1:04-CV-11923 (DPW) |
| MARK ZUCKERBERG, and THEFACEBOOK, INC.,<br><br>      Counterclaimants,<br><br>v.<br><br>CONNECTU LLC,<br><br>      Counterdefendant,<br><br>and<br><br>CAMERON WINKLEVOSS, TYLER WINKLEVOSS, and DIVYA NARENDRA,<br><br>      Additional Counterdefendants. | |

**DEFENDANTS' ASSENTED-TO MOTION FOR LEAVE TO FILE CORRECTED SUPPLEMENTAL OPPOSITION TO CONNECTU, LLC'S OCTOBER 25, 2006 POST HEARING BRIEF**

-1-

Defendants hereby move for leave to file a Corrected Supplemental Opposition to ConnectU's October 25, 2006 Post Hearing Brief. After filing the supplemental brief — Docket Number 271 — on January 8, 2007, it came to Defendants' attention that the brief contained an error. During the editing process, a case citation on page 13 was incorrectly changed, leaving the history incomplete. Defendants also noticed that a string cite, found on pages 8 and 9, was incorrectly arranged. Accordingly, Defendants hereby request that the Court grant leave to file the corrected brief, filed as an attachment herewith, and consider the attached corrected brief rather than the original brief, Docket Number 271.

The Proposed Order granting this assented-to motion also is attached hereto.

**CERTIFICATION UNDER L.R. 7.1**

Defendants' counsel hereby certify under L.R. 7.1 that counsel for Defendants conferred with counsel for Plaintiff, and that they consent to this motion.

Dated: January 9, 2007

Respectfully submitted,

/s/ I. Neel Chatterjee /s/

G. Hopkins Guy, III*
I. Neel Chatterjee*
Monte M.F. Cooper*
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025
Telephone: (650) 614-7400
Facsimile: (650) 614-7401

Steve M. Bauer
Jeremy P. Oczek
PROSKAUER ROSE, LLP
One International Plaza, 14th Floor
Boston, MA 02110-2600
Telephone:    (617) 526-9600
Facsimile:    (617) 526-9899

ATTORNEYS FOR MARK ZUCKERBERG, DUSTIN MOSKOVITZ, ANDREW MCCOLLUM, CHRISTOPHER HUGHES, and THEFACEBOOK, INC.

Annette L. Hurst*
HELLER EHRMAN LLP
333 Bush Street
San Francisco, CA 94104
Telephone: (415)-772-6000

Bhanu K. Sadasivan*
HELLER EHRMAN LLP
275 Middlefield Road
Menlo Park, CA 94025
Telephone: (650)-324-7000

Gordon P. Katz (BBO# 261080)
Daniel K. Hampton (BBO# 634195)
HOLLAND & KNIGHT, LLP
10 St. James Avenue
Boston, MA 02116
Telephone: (617)-523-2700

ATTORNEYS FOR EDUARDO SAVERIN

* Admitted Pro Hac Vice

-4-

## CERTIFICATE OF SERVICE

    I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on January 9, 2007.

Dated: January 9, 2007.               Respectfully submitted,

                                                               /s/ I. Neel Chatterjee/s/
                                                                 I. NEEL CHATTERJEE