IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CONNECTU LLC,<br><br>      Plaintiffs,<br><br>v.<br><br>MARK ZUCKERBERG, EDUARDO SAVERIN, DUSTIN MOSKOVITZ, ANDREW MCCOLLUM, CHRISTOPHER HUGHES, and FACEBOOK, INC.,<br><br>      Defendants. | CIVIL ACTION NO. 1:04-CV-11923 (DPW) |
| MARK ZUCKERBERG, and FACEBOOK, INC.,<br><br>      Counterclaimants,<br><br>v.<br><br>CONNECTU LLC,<br><br>      Counterdefendant,<br><br>and<br><br>CAMERON WINKLEVOSS, TYLER WINKLEVOSS, and DIVYA NARENDRA,<br><br>      Additional Counterdefendants. | |

**[PROPOSED] ORDER GRANTING DEFENDANTS' ASSENTED-TO MOTION FOR LEAVE TO FILE AMENDED SUPPLEMENTAL OPPOSITION TO CONNECTU, LLC'S OCTOBER 25, 2006 POST HEARING BRIEF**

Having Considered Defendants' Assented-To Motion for Leave to File an Amended Supplemental Opposition to ConnectU, LLC's October 25, 2006, Post Hearing Brief, this Court orders as follows:

Defendants are granted leave to file the Amended Brief attached as Exhibit A to their Motion for Leave.

**SO ORDERED**

DATED: _____

District Judge Douglas P. Woodlock
Magistrate Judge Robert B. Collings