**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| CONNECTU LLC,<br><br>               Plaintiff,<br><br>     v.<br><br>MARK ZUCKERBERG, EDUARDO SAVERIN,<br>DUSTIN MOSKOVITZ, ANDREW MCCOLLUM,<br>CHRISTOPHER HUGHES, FACEBOOK, INC.,<br><br>               Defendants. | Civil Action No. 1:04-cv-11923 (DPW)<br><br>District Judge Douglas P. Woodlock<br><br>Magistrate Judge Robert B. Collings |
| MARK ZUCKERBERG and<br>FACEBOOK, INC.,<br><br>               Counterclaimants,<br><br>     v.<br><br>CONNECTU LLC,<br><br>               Counterdefendant,<br><br>     and<br><br>CAMERON WINKLEVOSS, TYLER<br>WINKLEVOSS, and DIVYA NARENDRA,<br><br>               Additional<br>               Counterdefendants. | |

## <u>ASSENTED-TO MOTION TO SEAL DOCUMENTS</u>

Plaintiff ConnectU LLC, ("ConnectU") hereby moves to file under seal, pursuant

to the Parties' Stipulated Protective Order entered by the Court in this case, the following

documents:

       EXHIBITS A-E TO THE DECLARATION OF MEREDITH H. SCHOENFELD
       IN SUPPORT OF PLAINTIFF'S REPLY TO FACEBOOK DEFENDANTS'
       SUPPLEMENTAL OPPOSITION TO CONNECTU LLC'S POST-HEARING
       BRIEF

<u>CERTIFICATION PURSUANT TO LOCAL RULE 7.1</u>

I hereby certify that counsel for the parties have conferred regarding the issues presented by this motion and that Defendants' counsel consents to this motion.

Respectfully submitted,

DATED:  January 12, 2007

/s/ John F. Hornick _____
John F. Hornick (*pro hac vice*)
Margaret A. Esquenet (*pro hac vice*)
Meredith H. Schoenfeld (*pro hac vice*)
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, L.L.P.
901 New York Avenue N.W.
Washington, DC  20001
Telephone:  (202) 408-4000
Facsimile:  (202) 408-4400

Daniel P. Tighe (BBO# 556583)
Scott McConchie (BBO# 634127)
GREISINGER, TIGHE, and
  MAFFEI, L.L.P.
Boston, MA  02110
Telephone:  (617) 452-9900
Facsimile:  (617) 452-0900
dtighe@gtmllp.com
smcconchie@gtmllp.com

Attorneys for Plaintiff and Counterclaim Defendants

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on January 12, 2007.

/s/ John F. Hornick _____
John F. Hornick