**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| CONNECTU LLC,<br><br>        Plaintiff,<br><br>v.<br><br>MARK ZUCKERBERG, EDUARDO SAVERIN, DUSTIN MOSKOVITZ, ANDREW MCCOLLUM, CHRISTOPHER HUGHES, FACEBOOK, INC.,<br><br>        Defendants.<br><br>MARK ZUCKERBERG and FACEBOOK, INC.,<br><br>        Counterclaimants,<br><br>v.<br><br>CONNECTU LLC,<br><br>        Counterdefendant,<br><br>and<br><br>CAMERON WINKLEVOSS, TYLER WINKLEVOSS, and DIVYA NARENDRA,<br><br>        Additional Counterdefendants. | Civil Action No. 1:04-cv-11923 (DPW)<br><br>District Judge Douglas P. Woodlock<br><br>Magistrate Judge Robert B. Collings |

**[PROPOSED] ORDER GRANTING PLAINTIFF'S
ASSENTED-TO MOTION TO SEAL DOCUMENTS**

Having considered Plaintiff Connectu LLC's Motion to Seal Documents in Support of its Reply to Facebook Defendants' Supplemental Opposition to ConnectU LLC's Post-Hearing Brief, this Court orders as follows:

ConnectU is granted leave to file the following documents under seal pursuant to the Parties' Stipulated Protective Order:

> EXHIBITS A-E TO THE DECLARATION OF MEREDITH H. SCHOENFELD IN SUPPORT OF PLAINTIFF'S REPLY TO FACEBOOK DEFENDANTS' SUPPLEMENTAL OPPOSITION TO CONNECTU LLC'S POST-HEARING BRIEF

**SO ORDERED**

DATED: _____                                  _____
                                                  District Judge Douglas P. Woodlock
                                                  Magistrate Judge Robert B. Collings