IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CONNECTU LLC,<br><br>              Plaintiff,<br><br>       v.<br><br>MARK ZUCKERBERG, EDUARDO SAVERIN, DUSTIN MOSKOVITZ, ANDREW MCCOLLUM, CHRISTOPHER HUGHES, FACEBOOK, INC.,<br><br>              Defendants.<br><br>MARK ZUCKERBERG and FACEBOOK, INC.,<br><br>              Counterclaimants,<br><br>       v.<br><br>CONNECTU LLC,<br><br>              Counterdefendant,<br><br>       and<br><br>CAMERON WINKLEVOSS, TYLER WINKLEVOSS, and DIVYA NARENDRA,<br><br>              Additional Counterdefendants. | Civil Action No. 1:04-cv-11923 (DPW)<br><br>District Judge Douglas P. Woodlock<br><br>Magistrate Judge Robert B. Collings |

**EXHIBIT A TO THE DECLARATION OF MEREDITH H. SCHOENFELD IN SUPPORT OF PLAINTIFF'S REPLY TO FACEBOOK DEFENDANTS' SUPPLEMENTAL OPPOSITION TO CONNECTU LLC'S POST-HEARING BRIEF**

# FILED UNDER SEAL