# EXHIBIT G

## Briefs Filed in Connection With Defendants' Motion to Dismiss

| Docket # | Date | Description |
|---|---|---|
| 94/100 | 10/14/2005 | Facebook Defendants' Motion to Dismiss; Memorandum of Points and Authorities in Support of the Facebook Defendants' Motion to Dismiss (Filed Under Seal) |
| 107 | 10/28/2005 | Plaintiff's Brief in Opposition to Defendants' Motion to Dismiss |
| 110 | 11/08/2005 | Facebook Defendants' Reply to Plaintiff's Opposition to Facebook Defendants' Motion to Dismiss |
| 111 | 11/14/2005 | Facebook Defendants' Amended Reply to Plaintiff's Opposition to Facebook Defendants' Motion to Dismiss |
| 117 | 11/17/2005 | Motion for Leave to File Surreply to Facebook Defendants' Amended Reply to Plaintiff's Opposition to Facebook Defendants' Motion to Dismiss Plaintiff's Complaint |
| 169 | 04/14/2006 | Notice of Newly Identified Authority in Support of Facebook Defendants' Motion to Dismiss |
| 171 | 04/26/2006 | Response to Notice of Newly Identified Authority in Support of ConnectU LLC's Opposition to Defendants' Motion to Dismiss |
| 187 | 06/12/2006 | Plaintiff's Supplemental Brief in Opposition to Motion to Dismiss, Presenting New Evidence and Supplemental Authority in View of Pramco (Filed Under Seal) |
| 191 | 06/20/2006 | Facebook Defendant's Motion to Strike Plaintiff's Supplemental Declarations of Divya Narendra, Tyler and Cameron Winklevoss in Support of Plaintiff's Supplemental Brief |
| 192 | 06/20/2006 | Facebook's Opposition to Plaintiff's Motion for Leave to File Supplemental Brief in Opposition to Motion to Dismiss, Presenting New Evidence and Supplemental Authority in View of Pramco |
| 201 | 07/05/2006 | Plaintiff's Opposition to Facebook Defendant's Motion to Strike Plaintiff's Supplemental Declarations of Divya Narendra, Tyler Winklevoss, and Cameron Winklevoss in Support of Plaintiff's Supplemental Brief |

| Docket # | Date | Description |
|---|---|---|
| 212 | 07/13/2006 | Plaintiff's Memorandum of Law in Compliance with the Court's June 22, 2006 Order Regarding Legal Arguments Raised by Facebook Defendants |
| 225 | 07/27/2006 | Facebook Defendants' Opposition to Plaintiff's Memorandum of Law in Compliance with the Court's June 22, 2006 Order Regarding Legal Arguments Raised by Facebook Defendants |
| 251 | 10/23/2006 | Facebook Defendants' Pre-Hearing Statement Regarding General Partnership Law, Conversion To A Limited Liability Company, and Determination of Membership |
| 255 | 11/10/2006 | Plaintiff's Post-Hearing Brief in Compliance with the Court's October 25, 2006 Order |
| 265 | 11/30/2006 | Brief by Eduardo Saverin in Response to the Court's October 25, 2006 Order |
| 266 | 11/30/2006 | Defendant Facebook's Response to Plaintiff's Post-Hearing Brief Filed in Compliance with the Court's October 25, 2006 Order |
| 267 | 12/07/2006 | Plaintiff's Reply to Facebook Defendants' and Saverin's Oppositions to Post-Hearing Brief in Compliance with the Court's October 25, 2006 Order |
| 271 | 12/08/2007 | Facebook's Supplemental Opposition to ConnectU, LLC's October 25, 2006 Post Hearing Brief |
| 272 | 01/09/2007 | Facebook's Corrected Supplemental Opposition to ConnectU, LLC's October 25, 2006 Post Hearing Brief |
|  | 01/12/2007 | Plaintiff's Reply To Defendants' Corrected Supplemental Opposition to ConnectU LLC's Post-Hearing Brief |