# EXHIBIT 4

### Page 42

```
 1             M. Antonelli
 2   if you know.
 3      A   He did not contact me.
 4      Q   You said you had a conversation
 5   with him in the first quarter of 2005, which
 6   would have been about February 2005?
 7      A   Right.
 8      Q   If he didn't contact you, did you
 9   contact him?
10      A   Probably, if he doesn't call me
11   during that timeframe I call him. So it's
12   just kind of procedure that we -- around that
13   timeframe we have a call.
14      Q   What information was in your
15   possession that led you to believe that you
16   had to discuss with him ConnectU's tax returns
17   for 2000 -- for filing in 2005?
18          MR. HORNICK: Objection; lack of
19      foundation. You can answer.
20      A   The checks -- the check signing
21   authorize for the bank, for the checking
22   account.
23      Q   What check authorization are you
24   referring to?
25          MR. HORNICK: You can answer.
```

### Page 43

```
 1             M. Antonelli
 2      A   The ConnectU checking account.
 3      Q   What was the ConnectU checking
 4   account?
 5      A   They had opened an account at
 6   Wachovia.
 7      Q   Who is they?
 8      A   Cameron and Tyler.
 9      Q   Had anybody else signed on to that
10   checking account?
11      A   Howard was on there as a signer,
12   and I'm on there as a signer.
13      Q   What is a signer?
14      A   To be able to sign the checks in
15   their absence.
16      Q   Is Cameron and Tyler on there in
17   some other capacity?
18      A   I believe they're on there as
19   members.
20      Q   What do you understand a member to
21   be?
22      A   To be honest with you, I don't,
23   that's what I was directed to put down there
24   for them.
25      Q   You were directed to put down that
```

### Page 44

```
 1             M. Antonelli
 2   Tyler and Cameron were members?
 3      A   Yes.
 4      Q   By whom?
 5      A   Cameron.
 6      Q   What do you recall about his
 7   direction?
 8      A   The form asks what -- I believe the
 9   checking account form does ask what the titles
10   are.
11      Q   All right. Did Cameron tell you
12   why he was putting himself down as a member?
13      A   No.
14      Q   Did he tell you why he was putting
15   Tyler down as a member?
16      A   No.
17      Q   Did he tell you why you were being
18   put down as a signer?
19      A   Just a matter of convenience, if
20   they were not in the office and something
21   needed to go out.
22      Q   Did he tell you why Howard was put
23   down as a signer?
24      A   No.
25      Q   Did he discuss at all any of the
```

### Page 45

```
 1             M. Antonelli
 2   circumstances surrounding the formation of
 3   ConnectU at this time?
 4      A   No.
 5      Q   Had he discussed with you, at any
 6   time prior to setting up this checking
 7   account, the circumstances surrounding the
 8   formation of ConnectU LLC?
 9      A   No.
10      Q   Tell me everything you can recall
11   about your discussion with Richard Paukner as
12   it related to ConnectU at this time.
13      A   It was probably less than a minute.
14   One of the usual questions is, "Anything new?"
15   And I probably said to Richard, "Well, it
16   looks like the boys, Cameron and Tyler, have
17   this LLC."
18      Q   How did you know -- and the only
19   reason you knew they had this LLC was from the
20   checking account?
21      A   Yes. The checking account, right.
22      Q   Had you ever had any discussions
23   with Richard Paukner prior to this time about
24   ConnectU LLC, if you know?
25      A   No.
```

Page 142

```
 1            M. Antonelli
 2   and it would have been a day that I either
 3   forwarded an e-mail with the expenses.
 4       Q   Maybe I'm misunderstanding you.
 5           The type of number J 110205 refer
 6   to a date?
 7       A   Yes.
 8       Q   And is that November 2nd, 2005?
 9       A   Yes.
10       Q   Okay. What would the date
11   2/10/2005 refer to?
12       A   I'm sorry. I don't see 210, I see
13   210105. Is that the first page, is that where
14   we're at?
15       Q   No, the second page. I think I
16   know what the confusion here is. Take the
17   first column entry, 2/10/2005.
18       A   Yes.
19       Q   J110205 wire to William Chang, are
20   we looking at the European convention of dates
21   again?
22       A   To be honest with you, I have no
23   idea.
24       Q   Let me try it this way. You see
25   the date that's in the lefthand column is
```

Page 143

```
 1            M. Antonelli
 2   2/10/2005?
 3       A   Yes.
 4       Q   If you reverse the date to 110205
 5   it becomes 21105, correct?
 6       A   Yes.
 7       Q   And if you take the date below that
 8   column --
 9           MR. HORNICK: I'm going to object
10       to this line of testimony because if
11       carry your reasoning forward, lower down
12       the page you have numbers that don't
13       exist, in months or days.
14           MR. COOPER: Fair enough.
15           MR. HORNICK: Why don't you ask the
16       witness if she knows what these are?
17       Q   You said previously you thought the
18   invoice numbers refers to dates?
19       A   Yes.
20       Q   Do you still believe that?
21       A   No.
22       Q   You just believe they're invoice
23   numbers?
24       A   Yes.
25       Q   Do you know?
```

Page 144

```
 1            M. Antonelli
 2       A   I do not.
 3       Q   Is that because you don't maintain
 4   the invoices?
 5       A   That's correct.
 6           (Document, Bates-stamped C011382 to
 7       383 was marked as Maria Antonelli
 8       Exhibit No. 11 for identification,
 9       as of this date.)
10       Q   Ms. Antonelli, would you take a
11   look at Exhibit 11. I put in front of you a
12   two page document dated September 2nd, 2004.
13   On the second page of the document is an
14   application for registration, do you see that?
15       A   Yes.
16       Q   Do you recognize your handwriting
17   anywhere on that application for registration?
18       A   Yes.
19       Q   All right. Is all the handwriting
20   on this application for registration yours?
21       A   Yes.
22       Q   Do you have -- would you agree it's
23   dated August 15, 2004?
24       A   Yes.
25       Q   Do you have any recollection --
```

Page 145

```
 1            M. Antonelli
 2   independent recollection of preparing this
 3   document?
 4       A   I do.
 5       Q   Tell me the circumstances that you
 6   recall about preparing this document.
 7       A   Cameron called me, asked me if I
 8   would register in the state of Connecticut.
 9       Q   When you say register, what do you
10   mean register?
11       A   Register ConnectU in the state of
12   Connecticut.
13       Q   Is that a foreign limited liability
14   company?
15       A   Yes.
16       Q   How did you know to file as a
17   foreign limited liability company?
18       A   He told me that were registered in
19   Delaware and that would be the procedure.
20       Q   Okay. Have you ever previously
21   registered a company for a before as a foreign
22   limited liability company prior to Cameron's
23   calling you?
24       A   Yes.
25       Q   Have you done so for Howard?
```

**Page 146**

M. Antonelli

A  Yes.
Q  You have the application for registrations on file in your office --
A  No.
Q  -- do you have to request them?
A  You go on the state of Connecticut website and pull the application and the instructions.
Q  And do you recall why Cameron requested that you prepare this application for registration?
A  No. He just asked me if I would do that.
Q  The information included on the document is just the information you were given and you don't have any independent recollection why?
A  That's correct.
Q  Is the signature at the bottom your signature or Cameron Winklevoss' signature?
A  Cameron asked me to sign for him.
Q  Do you periodically sign for Cameron on official state documents?
A  If he asks me to, yes.

**Page 147**

M. Antonelli

Q  Can you read your handwriting in Paragraph 7, "The character of the business to be transacted in Connecticut"?
A  Yes.
Q  Would you read it?
A  "Website that allows students to list e-mail address, cell phone numbers, screen names, courses being taken, et cetera. It allows you to scout out peers with same internet as you." I can't really read the last word.
Q  Is it internet or interests?
A  Oh, it looks like interests.
Q  That characterization came from Cameron?
A  Yes.
Q  Have you ever heard of this business, this website, prior to this discussion about the registration?
A  About the website?
Q  Yes, that he was referring to?
A  At that time, no.
Q  Did you --
A  I don't believe so, no.

**Page 148**

M. Antonelli

Q  Okay. You understand, you say it's your handwriting that says, "Websites that allows students," and continues on.
A  Yes.
Q  So when I'm using the phrase, have you ever heard about quote, this website, I'm referring to the website you described in the characterization of business and your answer is no?
A  No.
Q  In the address required, you indicated -- well, can you read it for the record?
A  ConnectU, care of Winklevoss Consultants Inc., 500 West Putnam Avenue, Greenwich, Connecticut, 06830.
Q  Was this the first time you had ever heard of a quote, ConnectU? The filing of this registration or had you heard of it previously?
A  This is probably the time, yes.
Q  Prior to August 15, 2004, were you maintaining the type of XL spreadsheet records that are reflected in Exhibit 10?

**Page 149**

M. Antonelli

A  I wasn't.
Q  Was Ms. Glashen?
A  Yes.
Q  Were you forwarding her information for using that RowAmerica account?
A  Yes.
Q  Was there a reason you didn't know that when you were forwarding that information it was for ConnectU?
A  I don't recall.
Q  Is it possible you did know about --
A  It's possible.
Q  Did this registration get accepted by the state of Connecticut?
A  It did not.
Q  Is there a reason it did not?
A  I received a letter saying that I neglected -- I had put ConnectU, that it was an LLC, and we neglected to put LLC down.
Q  Is the letter you received the letter on Page 1?
A  Yes.
Q  And that's dated September 1, 2004?

U.S. LEGAL SUPPORT, INC.
1 PENN PLAZA, NEW YORK, NY 10119