# EXHIBIT 40

40

# APPLICATION FOR REGISTRATION
## FOREIGN LIMITED LIABILITY COMPANY
Office of the Secretary of the State
30 Trinity Street / P.O. Box 150470 / Hartford, CT 06115-0470 / Rev. 05/07/2004
*See reverse for instructions*

Space For Office Use Only

Filing Fee: $60.00

N-171653

Please contact the Department of Revenue Services or your tax advisor as to any potential tax liability relating to your business.

1. NAME OF LIMITED LIABILITY COMPANY IN STATE OR COUNTRY OF FORMATION
   ConnectU LLC

2. NAME UNDER WHICH THE LIMITED LIABILITY COMPANY WILL TRANSACT BUSINESS IN CONNECTICUT, IF DIFFERENT FROM NAME STATED ABOVE

3. STATE/COUNTRY OF FORMATION
   Delaware U.S.A.

4. DATE OF FORMATION
   July 4, 2004

5. DATE LIMITED LIABILITY COMPANY BEGAN TRANSACTING BUSINESS IN CONNECTICUT   8 / 15 / 2004
   Month  Day  Year

6. ADDRESS REQUIRED TO BE MAINTAINED IN PLACE OF FORMATION OR, IF NOT REQUIRED, THE PRINCIPAL OFFICE ADDRESS OF THE LIMITED LIABILITY COMPANY
   ConnectU c/o Winklevoss Consultants Inc.
   500 West Putnam Avenue
   Greenwich, CT 06830

7. CHARACTER OF BUSINESS TO BE TRANSACTED IN CONNECTICUT
   Website that allows students to list e-mail address, cell phone numbers, screen names, courses being taken, etc. It allows you to scout out people with same interest as yourself.

8. APPOINTMENT OF REGISTERED AGENT FOR SERVICE OF PROCESS
   (Check A or complete B)

A. __X__  The limited liability company appoints the Secretary of the State of Connecticut and his successors in office to be its agent upon whom any process, in any action or proceeding against it, may be served.

B. Print or type Name of Agent | Business address (P.O. Box is unacceptable)

Acceptance of Appointment | Residence address (P.O. Box is unacceptable)

Signature of Agent

9. MANAGER(S) OR MEMBER(S) INFORMATION

| Name | Title | Residence Address | Business Address |
|---|---|---|---|
| Cameron Winklevoss | Member | 10 Khakum Wood Road Greenwich CT 06830 | 500 W Putnam Ave Greenwich, CT 06830 |
| Tyler Winklevoss | Member | 10 Khakum Wood Road Greenwich, CT 06830 | 500 W Putnam Ave |

**CONFIDENTIAL**
C011528

10. EXECUTION
Dated this 9 day of 19, 2004.

The undersigned asserts that the subject limited liability company is a foreign limited liability company as defined in Connecticut General Statute Section 34-101(8).

| Cameron Winklevoss | Member | *(signature)* Cameron Winklevoss |
|---|---|---|
| Print or type Name of Signatory | Capacity of Signatory | Signature |

Reference an 8 ½ x 11 attachment if additional space is required

```
                          SECRETARY OF THE STATE
                             30 TRINITY STREET
                             P.O. BOX 150470
                          HARTFORD, CT  06115-0470
```

SEPTEMBER 1, 2004

HOWARD WINKLEVOSS
10 KHAKUM WOOD RD.
GREENWICH, CT 06831

RE: Rejection of Business Filing

Business Name:
CONNECTU

Work Order Number: 2004171653-001
Type of Filing: CERTIFICATE OF REGISTRATION
Date Received: AUG 30 2004
Work Order Payment Received: 60.00
Account Balance: 60.00
Customer Id: 001192710

BUSINESS FILING HAS BEEN REJECTED FOR THE FOLLOWING REASON(S):

The correct name designation was not provided, or the designation was not located in the proper position in the name.

NOTE LLC WAS NOT LISTED IN THE NAME.

Please return a copy of this rejection letter with your corrected documents so that fees originally submitted and placed on account may be accessed upon resubmission. The "Account Balance" above reflects the amount of money in your account at the time of this rejection.

Thank you.

EVETT PEREZ
Commercial Recording Division
860-509-6003

**CONFIDENTIAL**

**C011526**

   Should you wish to expedite your resubmitted filing, please specify "Expedited Service" on your return envelope and add $25.00 per transaction to be expedited. Expedited Service guarantees that your document will be reviewed for statutory compliance within 24 business hours of its submission after which the expedited service fee is fully expended. It does not guarantee that your document will r    led. Overpayments of $5.00 or less are non-refundable.