# EXHIBIT 41

41

# APPLICATION FOR REGISTRATION
## FOREIGN LIMITED LIABILITY COMPANY
Office of the Secretary of the State
30 Trinity Street · P.O. Box 150470 · Hartford, CT 06115-0470 · Rev. 05 07 2004
*See reverse for instructions*

Space For Office Use Only        Filing Fee: $60.00

Please contact the Department of Revenue Services or your tax advisor as to any potential tax liability relating to your business.

**1. NAME OF LIMITED LIABILITY COMPANY IN STATE OR COUNTRY OF FORMATION**
CONNECTU LLC

**2. NAME UNDER WHICH THE LIMITED LIABILITY COMPANY WILL TRANSACT BUSINESS IN CONNECTICUT, IF DIFFERENT FROM NAME STATED ABOVE**

**3. STATE/COUNTRY OF FORMATION**
DELAWARE U.S.A.

**4. DATE OF FORMATION**
JULY 2004

**5. DATE LIMITED LIABILITY COMPANY BEGAN TRANSACTING BUSINESS IN CONNECTICUT**
8 / 15 / 2004
Month Day Year

**6. ADDRESS REQUIRED TO BE MAINTAINED IN PLACE OF FORMATION OR, IF NOT REQUIRED, THE PRINCIPAL OFFICE ADDRESS OF THE LIMITED LIABILITY COMPANY**
CONNECTU LLC
C/O WINKLEVOSS CONSULTANTS, INC
500 WEST PUTNAM AVENUE
GREENWICH, CT 06830

**7. CHARACTER OF BUSINESS TO BE TRANSACTED IN CONNECTICUT**
WEBSITE THAT ALLOWS STUDENTS TO LIST E-MAIL ADDRESS, CELL NUMBERS, SCREENNAMES, COURSES BEING TAKEN, ETC. ALLOWS YOU TO SCOUT OUT PEERS WITH SAME INTEREST AS YOURSELF.

**8. APPOINTMENT OF REGISTERED AGENT FOR SERVICE OF PROCESS**
(Check A or complete B)

A. _X_ The limited liability company appoints the Secretary of the State of Connecticut and his successors in office to be its agent upon whom any process, in any action or proceeding against it, may be served.

B. Print or type Name of Agent

Business address (P.O. Box is unacceptable)

Acceptance of Appointment

Residence address (P.O. Box is unacceptable)

Signature of Agent

**9. MANAGER(S) OR MEMBER(S) INFORMATION**

| Name | Title | Residence Address | Business Address |
|---|---|---|---|
| CAMERON WINKLEVOSS | MEMBER | 16 KHAKUM WOOD ROAD GREENWICH CT 06836 | 500 WEST PUTNAM AVE GREENWICH, CT 06830 |
| TYLER WINKLEVOSS | MEMBER | 16 KHAKUM WOOD ROAD GREENWICH, CT 06836 | 500 WEST PUTNAM AVE GREENWICH, CT 06830 |

**10. EXECUTION**
Dated this _9_ day of _9_, 20_04_.

**CONFIDENTIAL**
C011525

The undersigned asserts that the subject limited liability company is a foreign limited liability company as defined in Connecticut General Statute Section 34-101(8).

| CAMERON WINKLEVOSS | MEMBER | *Cameron Winklevoss* |
|---|---|---|
| Print or type Name of Signatory | Capacity of Signatory | Signature |

Reference an 8½ x 11 attachment if additional space is required

```
                     SECRETARY OF THE STATE
                         30 TRINITY STREET
                          P.O. BOX 150470
                       HARTFORD, CT  06115-0470
```

SEPTEMBER 13, 2004

HOWARD WINKLEVOSS
10 KHAKUM WOOD RD.
GREENWICH, CT 06831

RE: Acceptance of Business Filing

This letter is to confirm the acceptance of a filing for the following business:

CONNECTU LLC

Work Order Number: 2004181122-001
Business Filing Number: 0002795992
Type of Request: CERTIFICATE OF REGISTRATION
File Date/Time: SEP 13 2004   08:30 AM
Effective Date/Time:
Work Order Payment Received: 85.00
      nt Received: 85.00
Account Balance: .00
Customer Id: 001192710
Business Id: 0796040

If applicable for this type of request, a summary of the business information we have on record is enclosed.

If you would like copies of this filing you must complete a Request for Corporate Copies and submit it with the appropriate fee.

VANESSA MCGUIRE
Commercial Recording Division
860-509-6003

CONFIDENTIAL

C011523