# EXHIBIT 53

## The Company Corporation

| | |
|---|---|
| Order No. | 550920 |
| Partner Affil | |
| Date | 06-APR-04 |
| Company Name | CONNECTU, LLC |
| Alt. Name | . |
| State | DE |
| Entity Type | LL |
| site.corporate.com ID | |
| Director1 | TYLER WINKLEVOSS |
| Director2 | |
| Director3 | |
| Shares | |
| Par Value | |
| Purpose | |
| Addtional Info | Package: ECONOMY Kit: Corporate Compliance Kit Live Chat help: Not specified |
| Shipping | MR TYLER WINKLEVOSS<br>228 PFORZHEIMER MAIL CENTER<br><br>CAMBRIDGE MA, 02138<br><br>US<br>2039121827 |
| Order | MR TYLER WINKLEVOSS<br>228 PFORZHEIMER MAIL CENTER<br><br>CAMBRIDGE MA, 02138<br><br>US<br>2039121827<br><br>TWINKLEV@FAS.HARVARD.EDU |
| Legal | MR TYLER WINKLEVOSS<br>228 PFORZHEIMER MAIL CENTER |

C011768

Detail Results	Page 2 of 2

CAMBRIDGE MA, 02138

US
2039121827

| | |
|---|---|
| Agent | The Company Corporation |
| | 2711 Centerville Road Suite 400 |
| | Wilmington Delaware 19808 |
| Grand Total | 418 |
| Payment Method | VISA |
| Card No. | |
| Expires | / |
| Card Holder | |

details

© Copyright 2000, The Company Corporation. All rights reserved.

C011769

http://corporate.cscinfo.com/AdminTCC/admin_ord3.cfm?ORDER_NUMBER=550920   10/19/2006