# BUSHELL & VALLIERE LLP

CHRISTOPHER J. SOVAK
csovak@bushellvalliere.com

ATTORNEYS AT LAW
THE LINCOLN BUILDING
60 EAST 42ND STREET, SUITE 2925
NEW YORK, NY 10165

TELEPHONE (212) 949-4700
FACSIMILE (212) 286-0513
www.bushellvalliere.com

April 9, 2007

Hon. Judge Douglas P. Woodlock
United States District Court
District of Massachusetts
1 Courthouse Way
Boston, MA  02210

      Re:    ConnectU LLC v. Mark Zuckerberg, et al.
              U.S.D.C. D. Ma. Civil Action no. 1:04-cv-11923

Dear Judge Woodlock:

      Enclosed herein are materials related to a motion to compel the enforcement of a subpoena against Interpublic Group in the above captioned litigation. This motion was filed in the United States District Court for the Southern District of New York, as that is the Court which issued the subpoena served on Interpublic Group. Before the resolution of this motion, and pursuant to the enclosed March 9, 2007 stipulation (which was so ordered by Judge Miriam Goldman Cedarbaum on March 12, 2007), the venue for this motion was transferred to the District Court of Massachusetts, in order that it may be heard by the Court presiding over the underlying litigation.  The clerk of the Southern District has, in turn, requested that we forward these materials to you.

      Enclosed herein are the following:

- Plaintiff's Notice of Motion to Compel Discovery Pursuant to Subpoena Duces Tecum Served Upon Interpublic Group;

- Memorandum in Support of Plaintiff ConnectU's Motion to Compel Discovery Pursuant to Subpoena Duces Tecum Served Upon Interpublic Group;

- Declaration in Support of Plaintiff ConnectU's Motion to Compel Discovery Pursuant to Subpoena Duces Tecum Served Upon Interpublic Group;

- The Facebook, Inc.'s Request for Judicial Notice;

- Stipulation to Transfer of Venue, So Ordered by Judge Cedarbaum;

Page 2

- Declaration of Theresa A. Sutton in Support of the Interpublic Group Companies' Opposition to ConnectU's Motion to Compel Financial Documents; and

- The Interpublic Group Companies' Opposition to ConnectU's Motion to Compel Financial Documents.

Please docket this motion for hearing at your earliest convenience. If you have any questions regarding the enclosed documents, please do not hesitate to contact me.

Sincerely,

Christopher Sovak

cc: Clerk, Miscellaneous Part
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Meredith Schoenfeld, Esq.
FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER LLP
901 New York Ave., N.W.
Washington, DC

Karen D. Thompson, Esq.
ORRICK, HERRINGTON & SUTCLIFFE, LLP
666 Fifth Ave.
New York, NY 10103

Robert B. Hawk, Esq.
HELLER EHRMAN, LLP
275 Middlefield Road
Menlo Park, CA 94025

Daniel K. Hampton, Esq.
HOLLAND & KNIGHT, LLP
10 St. James Avenue, 11th Floor
Boston, MA 02116

Jeremy P. Oczek, Esq.
PROSKAUER ROSE LLP
One International Place, 14th Floor
Boston, MA 02110-2600