# EXHIBIT A

# Heller Ehrman
### A T T O R N E Y S

Heller Ehrman White & McAuliffe LLP

Invoice Number    10334401

Tax I.D. # 94-1217308
Please Remit Payment To:
File No. 73536
P.O.Box 60000
San Francisco. CA 94160-3536

Page 1

October 11, 2004

**Redacted**

For Professional Services Through September 30, 2004

Client:          TheFacebook, Inc
Matter:          ConnectU
Our Matter #:    41446-0003

# REDACTED



Heller Ehrman White & McAuliffe LLP

Invoice
Number                    10334401

Tax I.D. # 94-1217308
Please Remit Payment To:
File No. 73536
P.O.Box 60000
San Francisco. CA 94160-3536

Page 3

# REDACTED

| Date | Disbursement | Amount |
|------|--------------|--------|
| | Document Production | |
| | Photocopy Expense, 180 pages @ $ 0.22/pg | 59.50 |
| | Research Support Services | 39.60 |
| | Telephone Expense | 285.85 |
| | | 295.81 |
| | Total Disbursements.................................................................. $ | 680.76 |

# HellerEhrman
ATTORNEYS

Heller Ehrman White & McAuliffe LLP

Tax I.D. # 94-1217308
Please Remit Payment To:
File No. 73536
P.O. Box 60000
San Francisco, CA 94160-3536

Invoice
Number          10339358

Page 1

November 11, 2004

For Professional Services Through October 31, 2004

Client:          TheFacebook, Inc
Matter:          ConnectU
Our Matter #:    41446-0003

Redacted

# REDACTED



Heller Ehrman White & McAuliffe LLP

Invoice Number    10339358

Tax I.D. # 94-1217308
Please Remit Payment To:
File No. 73536
P.O.Box 60000
San Francisco, CA 94160-3536

Page 4

# REDACTED

| Date | Disbursement | Amount |
|------|-------------|--------|
| 10/08/04 | VENDOR: PACER SERVICE CENTER; INVOICE#: HE0049OCT0804; DATE: 10/8/2004 - Fee for downloading documents from the Court's website, for period 7/1/04 - 9/30/04 | 0.56 |
| 10/20/04 | Air Freight/Special Postage - Fx - R. B. Hawk - Daniel K. Hampton 10/06/04 | 15.46 |
| | Photocopy Expense, 198 pages @ $ 0.22/pg | 43.56 |
| | Research Support Services | 1,943.46 |
| | Telephone Expense | 21.11 |
| | Total Disbursements........................................................... $ | 2,024.15 |



Heller Ehrman White & McAuliffe LLP

Invoice
Number                    10343129

Tax I.D. # 94-1217308
Please Remit Payment To:
File No. 73536
P.O. Box 60000
San Francisco, CA 94160-3536

Page 1

December 8, 2004

For Professional Services Through November 30, 2004

Client:        TheFacebook, Inc
Matter:        ConnectU
Our Matter #:  41446-0003

**REDACTED**



Heller Ehrman White & McAuliffe LLP

Invoice Number 10343129

Tax I.D. # 94-1217308
Please Remit Payment To:
File No. 73536
P.O.Box 60000
San Francisco, CA 94160-3536

Page 2

# REDACTED

| Date | Disbursement | Amount |
|------|--------------|--------|
| | Photocopy Expense, 60 pages @ $ 0.22/pg | 13.20 |
| | Research Support Services | 42.68 |
| | Telephone Expense | 77.92 |
| | Total Disbursements........................................................... $ | 133.80 |



Heller Ehrman White & McAuliffe LLP

Invoice
Number                10348757

Tax I.D. # 94-1217308
Please Remit Payment To:
File No. 73536
P.O.Box 60000
San Francisco, CA 94160-3536

Page 1

January 25, 2005

For Professional Services Through December 31, 2004

Client:        TheFacebook, Inc
Matter:        ConnectU
Our Matter #:  41446-0003

# REDACTED

| Date | Disbursement | Amount |
|------|--------------|--------|
| | Research Support Services | 30.23 |
| | Telephone Expense | 15.84 |



Heller Ehrman White & McAuliffe LLP

Invoice
Number                10348757

Tax I.D. # 94-1217308
Please Remit Payment To:
File No. 73536
P.O.Box 60000
San Francisco, CA 94160-3536

Page 2

Total Disbursements........................................................................ $      46.07

**REDACTED**

# HellerEhrman
**ATTORNEYS**

Heller Ehrman White & McAuliffe LLP

Invoice
Number                    10354874

Tax I.D. # 94-1217308
Please Remit Payment To:
File No. 73536
P O Box 60000
San Francisco, CA 94160-3536

Page 1

March 16, 2005

For Professional Services Through February 28, 2005

Client:      TheFacebook, Inc
Matter:      ConnectU
Our Matter #:  41446-0003


**REDACTED**



Heller Ehrman White & McAuliffe LLP

Tax I.D. # 94-1217308
Please Remit Payment To:
File No. 73536
P.O.Box 60000
San Francisco, CA 94160-3536

Invoice
Number                10354874

Page 2

**REDACTED**

| <u>Date</u> | <u>Disbursement</u> | <u>Amount</u> |
|---|---|---|
| 01/10/05 | VENDOR: PACER SERVICE CENTER; INVOICE#: HE0049JAN1005; DATE: 1/10/2005  -  Fee for downloading documents from the Court's website, for period 10/1/04 - 12/31/04 | 0.56 |
| | Telephone Expense | 8.85 |
| | Total Disbursements................................................................... $ | 9.41 |



Heller Ehrman White & McAuliffe LLP

Invoice
Number                    10357703

Tax I.D. # 94-1217308
Please Remit Payment To:
File No. 73536
P O Box 60000
San Francisco, CA 94160-3536

Page 1

April 11, 2005

For Professional Services Through March 31, 2005

Client:        TheFacebook, Inc
Matter:        ConnectU
Our Matter #:  41446-0003

**REDACTED**



Heller Ehrman White & McAuliffe LLP

Invoice
Number          10357703

Tax I.D. # 94-1217308
Please Remit Payment To:
File No. 73536
P.O Box 60000
San Francisco, CA 94160-3536

Page 2

# REDACTED

| **Date** | **Disbursement** | **Amount** |
|------|-------------|--------|
| | Photocopy Expense, 10 pages @ $ 0.17/pg | 1.70 |
| | Telephone Expense | 36.93 |
| | Total Disbursements............................................................... $ | 38.63 |

# HellerEhrman

Invoice
Number                10363466

Tax I.D. # 94-1217308
Please Remit Payment To:
File No. 73536
P.O.Box 60000
San Francisco, CA 94160-3536

Page 1

May 13, 2005

For Professional Services Through April 30, 2005

Client:          TheFacebook, Inc
Matter:          ConnectU
Our Matter #:    41446-0003

**REDACTED**

HellerEhrman

Tax I D # 94-1217308
Please Remit Payment To:
File No. 73536
P O Box 60000
San Francisco, CA 94160-3536

| | Invoice Number | 10363466 |
|---|---|---|

Page 7

# REDACTED

| Date | Disbursement | Amount |
|---|---|---|
| 04/26/05 | Air Freight/Special Postage - Fx - R. B. Hawk - 04/18/05 | 50.01 |
| | Photocopy Expense, 3608 pages @ $ 0.17/pg | 613.36 |
| | Research Support Services | 192.23 |
| | Telephone Expense | 95.85 |
| | Total Disbursements................................................................ $ | 951.45 |

HellerEhrman

| | Invoice Number | 10367540 |

Tax I.D. # 94-1217308
Please Remit Payment To:
File No. 73536
P.O.Box 60000
San Francisco, CA 94160-3536

Page 1

June 16, 2005

For Professional Services Through May 31, 2005

Client:        TheFacebook, Inc
Matter:        ConnectU
Our Matter #:  41446-0003

**REDACTED**

HellerEhrmann

Tax I.D. # 94-1217308
Please Remit Payment To:
File No. 73536
P.O.Box 60000
San Francisco, CA 94160-3536

Invoice
Number                10367540

Page 8

## REDACTED

| __Date__ | __Disbursement__ | __Amount__ |
|---|---|---|
| | Document Production | |
| | Photocopy Expense, 2266 pages @ $ 0.17/pg | 59.50 |
| | Research Support Services | 385.22 |
| | Telephone Expense | 94.38 |
| | | 29.17 |
| | Total Disbursements..................................................... $ | 568.27 |

# HellerEhrman

Tax I.D. # 94-1217308
Please Remit Payment To:
File No. 73536
P.O.Box 60000
San Francisco, CA 94160-3536

Invoice Number        10370666

Page 1

July 14, 2005

For Professional Services Through June 30, 2005

Client:        TheFacebook, Inc
Matter:        ConnectU
Our Matter #:   41446-0003

# REDACTED

HellerEhrman

Invoice Number          10370666

Tax I.D. # 94-1217308
Please Remit Payment To:
File No. 73536
P.O.Box 60000
San Francisco, CA 94160-3536

Page 4

**REDACTED**

| Date | Disbursement | Amount |
|------|--------------|--------|
| 06/01/05 | VENDOR: Williams Lea Inc.; INVOICE#: I05060068; DATE: 6/1/2005 - SV Williams Lea charges for May, '05- outside production ordered by C. Tran 5/20/05 | 1,298.84 |
| 06/07/05 | Air Freight/Special Postage - Fx - R. B. Hawk - John F. Hornick 05/27/05 | |
| 06/07/05 | Air Freight/Special Postage - Fx - B. K. Sadasivan - John F. Hornick 05/31/05 | 30.63 |
| 06/07/05 | Air Freight/Special Postage - Fx - C. Tran - Daniel K. Hampton 06/01/05 | 13.71 |
| 06/14/05 | VENDOR: RMB Enterprises; INVOICE#: 46930; DATE: 6/14/2005 - filing fees, original invoice date: 1/5/05. | 26.72 |
| 06/14/05 | Air Freight/Special Postage - Fx - S. Ryan - G. Hopkins Guy, Iii 06/09/05 | 273.00 |
| 06/29/05 | Air Freight/Special Postage - Fx - C. Tran - Amy Dalton 06/21/05 | 8.59 |
| | | 6.51 |

# HellerEhrman

Tax I.D. # 94-1217308
Please Remit Payment To:
File No. 73536
P.O. Box 60000
San Francisco, CA 94160-3536

|  | Invoice Number | 10370666 |

Page 5

Document Production

| Facsimile, 3 pages @ $ 1.00/pg | 34.00 |
| Photocopy Expense, 9287 pages @ $ 0.17/pg | 3.00 |
| Postage & Air Freight | 1,578.79 |
| Telephone Expense | 1.43 |
| | 8.71 |

Total Disbursements........................................................................ $ 3,283.93

**REDACTED**

10375130

Page 1

August 18, 2005

For Professional Services Through July 31, 2005

Client:         TheFacebook, Inc
Matter:         ConnectU
Our Matter #:   41446-0003

REDACTED

10375130

Page 7

**REDACTED**

| Date | Disbursement | Amount |
|------|-------------|--------|
| 06/23/05 | Air Freight/Special Postage - Fx - B. Germany - Amy Dalton 06/15/05 | |
| 07/08/05 | VENDOR: Williams Lea Inc.; INVOICE#: 105070064; DATE: 7/8/2005 - | 47.39 |
| | June '05 charges: outside production ordered by C. Tran, heavy litigation copies, on 6/1/05 | 355.32 |
| 07/21/05 | Air Freight/Special Postage - Fx - S. Ryan - Amy Dalton 07/14/05 | |
| 07/26/05 | Air Freight/Special Postage - Fx - C. Tran - John F. Hornick, Esq. 07/19/05 | 6.45 |
| 07/26/05 | Air Freight/Special Postage - Fx - C. Tran - Joshua H. Walker, Esq. 07/19/05 | 9.86 |
| | Document Production | 6.78 |
| | Facsimile, 6 pages @ $ 1.00/pg | 17.00 |
| | Photocopy Expense, 1568 pages @ $ 0.17/pg | 6.00 |
| | Telephone Expense | 266.56 |
| | | 33.66 |

Total Disbursements............................................................................  $     749.02

# HellerEhrman LLP

Heller Ehrman LLP

Tax I.D. # 94-1217308
Please Remit Payment To:
File No. 73536
P.O. Box 60000
San Francisco, CA 94160-3536

Invoice
Number          10379272

Page 1

September 19, 2005

For Professional Services Through August 31, 2005

Client:        TheFacebook, Inc
Matter:        ConnectU
Our Matter #:   41446-0003

**REDACTED**

# HellerEhrman

Heller Ehrman LLP

Tax I.D. # 94-1217308
Please Remit Payment To:
File No. 73536
P.O. Box 60000
San Francisco, CA 94160-3536

Invoice
Number                    10379272

Page 7

REDACTED

| Date | Disbursement | Amount |
|------|--------------|--------|
| 07/15/05 | Vendor: Lawyers Travel Service Name: ROBERT HAWK Ticker No: 1318278541, 1318278542  Depart Date: 8/6-8/2005 Route: SFO/DFW/SFO (Less applied CREDIT) | 1,692.66 |

# HellerEhrman LLP

Heller Ehrman LLP

Tax I.D. # 94-1217308
Please Remit Payment To:
File No. 73536
P.O. Box 60000
San Francisco, CA 94160-3536

Invoice Number                    10379272

| Date | Description | Amount |
|------|-------------|--------|
| 08/01/05 | | Page 8 |
| | VENDOR: Williams Lea Inc.; INVOICE#: 105080091; DATE: 8/1/2005 - Billing period 7/1/05-7/31/05: outside production-other vendors work, auto-feed copies and blow backs (slipsheets) ordered by C. Tran on 7/6 and 7/13 | 1,232.00 |
| 08/03/05 | Air Freight/Special Postage - Fx - C. Tran - Daniel K. Hampton 07/25/05 | 9.86 |
| 08/24/05 | VENDOR: ROBERT B. HAWK; INVOICE#: ER81405; DATE: 8/24/2005 - Deposition of Mr. Winklevoss, Menlo Park to Boston on 8/8 - 8/10 | 1,376.42 |
| | Document Production | 68.00 |
| | Facsimile, 15 pages @ $ 1.00/pg | 15.00 |
| | Photocopy Expense, 1625 pages @ $ 0.17/pg | 276.25 |
| | Research Support Services | 495.24 |
| | Telephone Expense | 27.78 |

Total Disbursements.................................................................... $    5,193.21

**REDACTED**

# Heller Ehrman

Heller Ehrman LLP

Tax I.D. # 94-1217308
Please Remit Payment To:
File No. 73536
P.O. Box 60000
San Francisco, CA 94160-3536

Invoice
Number        10381326

Page 1

October 10, 2005

For Professional Services Through September 30, 2005

Client:        TheFacebook, Inc
Matter:        ConnectU
Our Matter #:  41446-0003

REDACTED



Heller Ehrman LLP

Tax I.D. # 94-1217308
Please Remit Payment To:
File No. 73536
P.O.Box 60000
San Francisco, CA 94160-3536

Invoice Number      10381326

Page 7

## REDACTED

| Date | Disbursement | Amount |
|---|---|---|
| 08/29/05 | VENDOR: ROBERT B. HAWK; INVOICE#: ER82905C; DATE: 8/29/2005 - cell phone charges for account# 0040572915, dated 8/9/05 | 7.27 |
| | Document Production | |
| | Facsimile, 4 pages @ $ 1.00/pg | 25.50 |
| | Photocopy Expense, 638 pages @ $ 0.17/pg | 4.00 |
| | Research Support Services | 108.46 |
| | Telephone Expense | 757.05 |
| | | 2.28 |
| | Total Disbursements | $    904.56 |

This statement may not include disbursements and other charges incurred during the period shown but not yet reflected on our accounting records

**TERMS:** Payments due upon receipt. Unless otherwise agreed, any amounts not paid within 30 days will be subject to a late payment charge of .83% per month.

# HellerEhrman

Heller Ehrman LLP

Invoice
Number                    10387039

Tax I.D. # 94-1217308
Please Remit Payment To:
File No. 73536
P.O. Box 60000
San Francisco, CA 94160-3536

Page 1

November 14, 2005

For Professional Services Through October 31, 2005

Client:        TheFacebook, Inc
Matter:        ConnectU
Our Matter #:  41446-0003

**REDACTED**



Heller Ehrman LLP

Tax I.D. # 94-1217308
Please Remit Payment To:
File No. 73536
P.O.Box 60000
San Francisco, CA 94160-3536

Invoice
Number                    10387039

Page 5

## REDACTED

| Date | Disbursement | Amount |
|------|--------------|--------|
| 10/12/05 | Air Freight/Special Postage - Fx - B. Sadasivan - John F. Hornick 10/05/05 | |
| 10/12/05 | Air Freight/Special Postage - Fx - Eduardo Saverin - B. K Sadasivan 09/30/05 | 10.19 |
| | Facsimile, 51 pages @ $ 1.00/pg | 7.47 |
| | Photocopy Expense, 856 pages @ $ 0.17/pg | 51.00 |
| | Research Support Services | 145.52 |
| | Telephone Expense | 110.18 |
| | | 27.26 |
| | Total Disbursements.................................................................. $ | 351.62 |

# HellerEhrman

Heller Ehrman LLP

Tax I.D. # 94-1217308
Please Remit Payment To:
File No. 73536
P.O Box 60000
San Francisco, CA 94160-3536

Invoice Number     10390756

Page 1

December 12, 2005

For Professional Services Through November 30, 2005

Client:         TheFacebook, Inc
Matter:         ConnectU
Our Matter #:   41446-0003

REDACTED

# HellerEhrman

Heller Ehrman LLP

Invoice Number        10390756

Tax I.D. # 94-1217308
Please Remit Payment To:
File No. 73536
P.O.Box 60000
San Francisco, CA 94160-3536

Page 6

**REDACTED**

| Date | Disbursement | Amount |
|------|--------------|--------|
| 08/18/05 | Air Freight/Special Postage - Fx - Eduardo Saverin - B. K Sadasivan 08/08/05 | 10.04 |
| 11/08/05 | Vendor: Lawyers Travel Service Name:ROBERT HAWK Ticker No: 1340267867 Depart Date: 11/17/2005 Route: SFO/BOS/SFO | 1,091.06 |
| | Photocopy Expense, 57 pages @ $ 0.17/pg | 9.69 |
| | Research Support Services | 578.57 |
| | Telephone Expense | 24.34 |
| | Total Disbursements...................................................................... $ | 1,713.70 |

# HellerEhrman LLP

Heller Ehrman LLP

Tax I.D. # 94-1217308
Please Remit Payment To:
File No. 73536
P.O. Box 60000
San Francisco, CA 94160-3536

Invoice
Number                    10394882

Page 1

January 23, 2006

For Professional Services Through December 31, 2005

Client:        TheFacebook, Inc
Matter:        ConnectU
Our Matter #:  41446-0003

**REDACTED**

# HellerEhrman LLP

Heller Ehrman LLP

Tax I.D. # 94-1217308
Please Remit Payment To:
File No. 73536
P.O. Box 60000
San Francisco, CA 94160-3536

| | Invoice Number | 10394882 |
| --- | --- | --- |

Page 5

REDACTED

| Date | Disbursement | Amount |
| --- | --- | --- |
| 12/02/05 | VENDOR: ROBERT B. HAWK; INVOICE#: ER120205; DATE: 12/2/2005 - cell phone charges dated 11/9/05 | 19.05 |
| 12/07/05 | VENDOR: ROBERT B. HAWK; INVOICE#: ER111905; DATE: 12/7/2005 - attend hearing before Judge Collings in Boston | 604.83 |
| | Facsimile, 18 pages @ $ 1.00/pg | 18.00 |
| | Photocopy Expense, 125 pages @ $ 0.17/pg | 21.25 |
| | Research Support Services | 21.36 |
| | Telephone Expense | 9.79 |
| | Total Disbursements.................................................................. $ | 694.28 |

# Heller Ehrman LLP

Heller Ehrman LLP

Tax I.D. # 94-1217308
Please Remit Payment To:
File No. 73536
P.O Box 60000
San Francisco, CA 94160-3536

Invoice Number          10397880

Page 1

February 10, 2006

For Professional Services Through January 31, 2006

Client:       TheFacebook, Inc
Matter:       ConnectU
Our Matter #:   41446-0003

REDACTED

HellerEhrman LLP

Heller Ehrman LLP

Tax I.D. # 94-1217308
Please Remit Payment To:
File No. 73536
P.O. Box 60000
San Francisco, CA 94160-3536

Invoice Number          10397880

Page 4

**REDACTED**

| Date | Disbursement | Amount |
|------|--------------|--------|
| 01/04/06 | Air Freight/Special Postage - Fx - B. Sadasivan - John F. Hornick 12/19/05 | 10.01 |
| 01/04/06 | Air Freight/Special Postage - Fx - B. Sadasivan - John F. Hornick 12/21/05 | 10.01 |

# HellerEhrman LLP

Heller Ehrman LLP

Tax I.D. # 94-1217308
Please Remit Payment To:
File No. 73536
P.O Box 60000
San Francisco, CA 94160-3536

Invoice Number                  10397880

| 01/04/06 | Air Freight/Special Postage - Fx - Eduardo L Saverin - B. K Sadasivan 12/21/05 | Page 5 |
| | Photocopy Expense, 296 pages @ $ 0.17/pg | 13.61 |
| | | 50.32 |

Total Disbursements.................................................................. $   83.95

REDACTED

# HellerEhrman

Heller Ehrman LLP

Tax I.D. # 94-1217308
Please Remit Payment To:
File No. 73536
P.O.Box 60000
San Francisco, CA 94160-3536

Invoice
Number          10400625

Page 1

March 9, 2006

For Professional Services Through February 28, 2006

Client:         Facebook, Inc
Matter:         ConnectU
Our Matter #:   41446-0003

REDACTED

HellerEhrman LLP

Heller Ehrman LLP

Tax I.D. # 94-1217308
Please Remit Payment To:
File No. 73536
P.O. Box 60000
San Francisco, CA 94160-3536

Invoice
Number                10400625

Page 4

**REDACTED**

| Date | Disbursement | | Amount |
|------|-------------|--|--------|
| 02/15/06 | Air Freight/Special Postage - Fx - D. Melo - John F Hornick 02/06/06 | | 10.64 |
| | Photocopy Expense, 1008 pages @ $ 0.17/pg | | 171.36 |
| | Research Support Services | | 14.88 |
| | Telephone Expense | | 27.05 |
| | Total Disbursements............................................................... | $ | 223.93 |

# HellerEhrman LLP

Heller Ehrman LLP

Tax I.D. # 94-1217308
Please Remit Payment To:
File No 73536
P O Box 60000
San Francisco, CA 94160-3536

Invoice
Number                          10403831

Page 1

April 7, 2006

For Professional Services Through March 31, 2006

Client:      Facebook, Inc
Matter:      ConnectU
Our Matter #:   41446-0003

**REDACTED**

# HellerEhrman LLP

Heller Ehrman LLP

Tax I.D. # 94-1217308
Please Remit Payment To:
File No. 73536
P.O.Box 60000
San Francisco, CA 94160-3536

Invoice Number  10403831

Page 5

# REDACTED

| Date | Disbursement | Amount |
|------|-------------|--------|
| 02/27/06 | Vendor: Lawyers Travel Service Name:ROBERT HAWK Ticker No: 1362580751 Depart Date: 3/2/2006 Route: SFO/BOS/SFO | 618.60 |
| 02/27/06 | Vendor: Lawyers Travel Service Name:ROBERT HAWK Ticker No: 8124171499 Depart Date: 3/2/2006 | 35.00 |
| 03/14/06 | VENDOR: ROBERT B. HAWK; INVOICE#: ER030306; DATE: 3/14/2006 - hearing before Judge Collings in Boston, on 3/2; ; lodging; taxis, parking, mileage, meals | 954.03 |
| 03/22/06 | Air Freight/Special Postage - Fx - D. Melo - Edvardo Saverin 03/16/06 | 19.74 |
| | Photocopy Expense, 1419 pages @ $ 0.17/pg | 241.23 |
| | Research Support Services | 8.28 |

Total Disbursements..........................................................................    $   1,876.88

# Heller Ehrman LLP

Heller Ehrman LLP

Tax I.D. # 94-1217308
Please Remit Payment To:
File No. 73536
P.O.Box 60000
San Francisco, CA 94160-3536

Invoice
Number                    10411635

Page 1

June 6, 2006

For Professional Services Through April 30, 2006

Client:        Facebook, Inc
Matter:        ConnectU
Our Matter #:  41446-0003

# REDACTED



Heller Ehrman LLP

Tax I.D. # 94-1217308
Please Remit Payment To:
File No. 73536
P.O. Box 60000
San Francisco, CA 94160-3536

Invoice
Number                10411635

Page 5

**REDACTED**

| Date | Disbursement | Amount |
|------|--------------|--------|
| 04/06/06 | Air Freight/Special Postage - Fx - D. Melo - Eduardo Saverin 03/28/06 | |
| 04/06/06 | Air Freight/Special Postage - Fx - D. Melo - Eduardo Saverin 03/23/06 | 25.61 |
| 04/06/06 | Air Freight/Special Postage - Fx - Service Agents - D. Melo 03/23/06 | 12.83 |
| 04/13/06 | Air Freight/Special Postage - Fx - Service Agents - D. Melo 03/31/06 | 11.85 |
| 04/18/06 | VENDOR: ROBERT B. HAWK; INVOICE#: ER041806A; DATE: 4/18/2006 - cell phone charges for acct. 0040572915, dated 2/13/06 | 8.17 |
| | Photocopy Expense, 142 pages @ $ 0.17/pg | 2.86 |
| | Research Support Services | 24.14 |
| | Telephone Expense | 10.40 |
| | | 16.28 |

Total Disbursements.................................................................. $    112.14

# HellerEhrman

Heller Ehrman LLP

Tax I.D. # 94-1217308
Please Remit Payment To:
File No. 73536
P.O. Box 60000
San Francisco, CA 94160-3536

Invoice
Number                10415489

Page 1

June 30, 2006

For Professional Services Through May 31, 2006

Client:        Facebook, Inc
Matter:        ConnectU
Our Matter #:  41446-0003

**REDACTED**



Heller Ehrman LLP

Tax I.D. # 94-1217308
Please Remit Payment To:
File No. 73536
P.O. Box 60000
San Francisco, CA 94160-3536

Invoice
Number                     10415489

Page 6

**REDACTED**

| Date | Disbursement | Amount |
|------|-------------|--------|
| 05/10/06 | VENDOR: Ace Federal Reporters, Inc.; INVOICE#: 123994; DATE: 5/10/2006 - certified copy of deposition transcript of Max Kelly taken on 3/1/06 | 1,527.40 |
| 05/10/06 | Air Freight/Special Postage - Fx - D. Melo - Dan Hampton 05/03/06 | 10.68 |
| | Document Production | 17.00 |
| | Photocopy Expense, 943 pages @ $ 0.17/pg | 160.31 |
| | Research Support Services | 13.92 |
| | Telephone Expense | 41.07 |
| | Total Disbursements....................................................................... $ | 1,770.38 |

# HellerEhrman LLP

Heller Ehrman LLP

Invoice
Number                10419740

Tax I.D. # 94-1217308
Please Remit Payment To:
File No. 73536
P.O Box 60000
San Francisco. CA 94160-3536

Page 1

July 31, 2006

For Professional Services Through June 30, 2006

Client:        Facebook, Inc
Matter:        ConnectU
Our Matter #:  41446-0003

**REDACTED**

HellerEhrman

Heller Ehrman LLP

Tax I.D. # 94-1217308
Please Remit Payment To:
File No. 73536
P.O. Box 60000
San Francisco, CA 94160-3536

Invoice
Number            10419740

Page 5

---

# REDACTED

---

| Date | Disbursement | Amount |
|------|--------------|--------|
| 06/02/06 | Air Freight/Special Postage - Fx - Pacific Research & Retrieval - D. Melo 05/19/06 | 8.13 |
| 06/08/06 | Air Freight/Special Postage - Fx - R. B. Hawk - Daniel K. Hampton 05/30/06 | 18.65 |
| 06/15/06 | Air Freight/Special Postage - Fx - R. B. Hawk - Daniel K. Hampton 06/07/06 | 10.35 |
| | Document Production | 37.40 |
| | Photocopy Expense, 2129 pages @ $ 0.17/pg | 361.93 |
| | Research Support Services | 2.56 |

Total Disbursements......................................................................... $    439.02

# HellerEhrman LLP

Heller Ehrman LLP

Tax I.D. # 94-1217308
Please Remit Payment To:
File No. 73536
P.O. Box 60000
San Francisco. CA 94160-3536

Invoice
Number          10422646

Page 1

August 29, 2006

For Professional Services Through July 31, 2006

Client:        Facebook, Inc
Matter:        ConnectU
Our Matter #:   41446-0003

**REDACTED**

# HellerEhrman LLP

Heller Ehrman LLP

Tax I.D. # 94-1217308
Please Remit Payment To:
File No. 73536
P.O.Box 60000
San Francisco, CA 94160-3536

Invoice
Number                10422646

Page 3

# REDACTED

| Date | Disbursement | Amount |
|------|--------------|--------|
| 07/27/06 | VENDOR: Hurst, Annette L.; INVOICE#: 62406; DATE: 07/27/06 - A Hurst, travel from SF - Boston to attend evidentiary hearing re Zuckerberg citizenship 6/22/06 - 6/23/06 | 1,147.54 |
| | Photocopy Expense, 249 pages @ $ 0.17/pg | |
| | Research Support Services | 42.33 |
| | Telephone Expense | 117.54 |
| | | 1.22 |
| | Total Disbursements................................................................ $ | 1,308.63 |

# HellerEhrman

Heller Ehrman LLP

Tax I.D. # 94-1217308
Please Remit Payment To:
File No. 73536
P.O.Box 60000
San Francisco, CA 94160-3536

Invoice Number          10423325

Page 1

September 6, 2006

For Professional Services Through August 31, 2006

Client:    Facebook, Inc
Matter:    ConnectU
Our Matter #:    41446-0003

**REDACTED**

# HellerEhrman LLP

Heller Ehrman LLP

Tax I.D. # 94-1217308
Please Remit Payment To:
File No. 73536
P.O. Box 60000
San Francisco, CA 94160-3536

Invoice
Number          10423325

Page 4

# REDACTED

| Date | Disbursement | Amount |
|------|-------------|--------|
| 05/18/06 | VENDOR: Pacific Research & Retrieval, Inc.; INVOICE#: 334438; DATE: 5/18/2006  -  court copies of pleadings (facebook v. connectU - case# 1-05-CV-047381 | 267.65 |
| 08/01/06 | VENDOR: ROBERT B. HAWK; INVOICE#: ER072906B; DATE: 8/1/2006  - conference regarding strategy in Boston, MA; meals | 120.92 |
| | Document Production | |
| | Photocopy Expense, 643 pages @ $ 0.17/pg | 17.00 |
| | | 109.31 |

Total Disbursements.................................................................................. $    514.88

# HellerEhrman LLP

Heller Ehrman LLP

Tax I.D. # 94-1217308
Please Remit Payment To:
File No. 73536
P.O.Box 60000
San Francisco, CA 94160-3536

Invoice
Number                    10428678

Page 1

October 16, 2006

For Professional Services Through September 30, 2006

Client:        Facebook, Inc
Matter:        ConnectU
Our Matter #:  41446-0003

**REDACTED**

HellerEhrman LLP

Heller Ehrman LLP

Tax I.D. # 94-1217308
Please Remit Payment To:
File No. 73536
P.O. Box 60000
San Francisco, CA 94160-3536

Invoice
Number          10428678

Page 6

# REDACTED

| Date | Disbursement | Amount |
|------|--------------|--------|
| 08/14/06 | Air Freight/Special Postage - Fx - Victoria Ababseh - D. Melo 08/01/06 | 7.17 |
| 09/06/06 | PAYEE: American Legal Copy; REQUEST#: 502909; DATE: 9/6/2006. - document blowbacks; original inv. date: 7/06/05 | 766.89 |
| 09/14/06 | VENDOR: ROBERT B. HAWK; INVOICE#: ER091406; DATE: 9/14/2006 - cell phone charges for acct. 565670153: 7/19/06 - 8/18/06 | 4.54 |
| | Photocopy Expense, 7692 pages @ $ 0.17/pg | 1,307.64 |
| | Research Support Services | 1,083.87 |
| | Telephone Expense | 2.47 |

Total Disbursements..................................................................... $    3,172.58

# HellerEhrman

Heller Ehrman LLP

Tax I.D. # 94-1217308
Please Remit Payment To:
File No. 73536
P.O.Box 60000
San Francisco, CA 94160-3536

Invoice
Number        10431155

Page 1

November 7, 2006

For Professional Services Through October 31, 2006

Client:        Facebook, Inc
Matter:        ConnectU
Our Matter #:   41446-0003

## REDACTED



Heller Ehrman LLP

Tax I.D. # 94-1217308
Please Remit Payment To:
File No. 73536
P.O. Box 60000
San Francisco, CA 94160-3536

Invoice Number    10431155

Page 8

REDACTED

| Date | Disbursement | Amount |
|------|--------------|--------|
| 10/05/06 | Travel Expense - Hurst, Annette L.; INVOICE#: 100706; DATE: 10/05/06 - meals/travel to attend deposition New York 10/2/06-10/3/06 | 1,526.39 |
| 10/09/06 | Travel Expense - Sadasivan, Bhanu K.; INVOICE#: ER100706; DATE: 10/9/2006 - airfare/lodging,/transportation/parking/lodging/meals, attend depositions, New York, 10/1 - 10/6; | 3,085.87 |
| 10/16/06 | Air Freight/Special Postage - Fx - D. Melo - Dan Hampton 10/03/06 | 39.73 |
| 10/27/06 | Travel Expense - Sadasivan, Bhanu K.; INVOICE#: ER102806; DATE: 10/27/2006 - lodging/transportation/parking/airlfare/meals to attend Evidentiary hearing, Boston 10/22 - 10/25; | 1,234.19 |

# HellerEhrman LLP

Heller Ehrman LLP

Tax I.D. # 94-1217308
Please Remit Payment To:
File No. 73536
P.O Box 60000
San Francisco, CA 94160-3536

Invoice Number          10431155

| | | Page 9 |
|---|---|---|
| 10/30/06 | Travel Expense - Hurst, Annette L.; INVOICE#: 102806; DATE: 10/30/06 - lodging/airfare/travel/meals - attend Evidentiary Hearing in Boston, 10/22/06-10/26/06 | 1,565.68 |
| | Photocopy Expense, 9932 pages @ $ 0.17/pg | |
| | Research Support Services | 1,688.44 |
| | Telephone Expense | 405.14 |
| | | 13.25 |
| | Total Disbursements.................................................................. $ | 9,558.69 |

REDACTED

# HellerEhrman

Heller Ehrman LLP

Tax I.D. # 94-1217308
Please Remit Payment To:
File No. 73536
P.O. Box 60000
San Francisco, CA 94160-3536

Invoice
Number                    10434780

Page 1

December 8, 2006

For Professional Services Through November 30, 2006

Client:      Facebook, Inc
Matter:      ConnectU
Our Matter #:   41446-0003

**REDACTED**

# HellerEhrman LLP

Heller Ehrman LLP

Tax I.D. # 94-1217308
Please Remit Payment To:
File No. 73536
P.O.Box 60000
San Francisco, CA 94160-3536

Invoice
Number                10434780

Page 5

## REDACTED

| Date | Disbursement | Amount |
|------|--------------|--------|
| 10/16/06 | Vendor: Lawyers Travel Service Name: BHANU SADASIVAN Ticker No: 7789502141 Depart Date: 10/22/2006 Route: SMF/ORD/BOS/SFO | 1,466.62 |
| 10/18/06 | Vendor: Lawyers Travel Service Name: ANNETTE HURST Ticker No: 7789502213 Depart Date: 10/22/2006 Route: SFO/BOS/SFO | 1,902.10 |
| 11/01/06 | VENDOR: Williams Lea Inc.; INVOICE#: 106110249; DATE: 11/1/2006: 7 binds for J. Romanow on 10/20/06 | 8.75 |
| | Document Production | 27.20 |
| | Photocopy Expense, 1786 pages @ $ 0.17/pg | 303.62 |
| | Postage & Air Freight | 22.55 |
| | Research Support Services | 3,708.10 |
| | Telephone Expense | 1.95 |

Total Disbursements........................................................................... $    7,440.89

# HellerEhrman LLP

Heller Ehrman LLP

Tax I.D. # 94-1217308
Please Remit Payment To:
File No. 73536
P.O. Box 60000
San Francisco, CA 94160-3536

Invoice Number          10438020

Page 1

January 16, 2007

For Professional Services Through December 31, 2006

Client:     Facebook, Inc
Matter:     ConnectU
Our Matter #:   41446-0003

REDACTED



Heller Ehrman LLP

Tax I.D. # 94-1217308
Please Remit Payment To:
File No. 73536
P.O.Box 60000
San Francisco, CA 94160-3536

Invoice
Number                    10438020

Page 2

**REDACTED**

| Date | Disbursement | Amount |
|------|--------------|--------|
| 12/03/06 | Afterhours transportation | 186.92 |
| | Photocopy Expense, 16 pages @ $ 0.17/pg | 2.72 |
| | Research Support Services | 3,144.75 |
| | Telephone Expense | 20.00 |
| | Total Disbursements.............................................................. $ | 3,354.39 |

# HellerEhrman

Heller Ehrman LLP

Tax I.D. # 94-1217308
Please Remit Payment To:
File No. 73536
P.O.Box 60000
San Francisco, CA 94160-3536

Invoice
Number                10441306

Page 1

February 12, 2007

For Professional Services Through January 31, 2007

Client:       Facebook, Inc
Matter:       ConnectU
Our Matter #:  41446-0003

REDACTED

HellerEhrman

Heller Ehrman LLP

Tax I.D. # 94-1217308
Please Remit Payment To:
File No. 73536
P.O.Box 60000
San Francisco, CA 94160-3536

Invoice
Number                10441306

Page 3

| **Date** | **Disbursement** | **Amount** |
|---|---|---|
| 10/16/06 | Air Freight/Special Postage - Fx - D. Melo - Dan Hampton 09/29/06 | |
| 11/02/06 | Air Freight/Special Postage - Fx - J. Romanow - B. Sadasivan 10/20/06 | 41.76 |
| 11/02/06 | Air Freight/Special Postage - Fx - C.r Noon - B. Sadasivan 10/26/06 | 41.88 |
| | Photocopy Expense, 524 pages @ $ 0.17/pg | 30.53 |
| | Research Support Services | 89.08 |
| | Telephone Expense | 33.65 |
| | | 14.15 |

Total Disbursements.................................................................................... $    251.05

REDACTED

# HellerEhrman LLP

Heller Ehrman LLP

Tax I.D. # 94-1217308
Please Remit Payment To:
File No. 73536
P O Box 60000
San Francisco, CA 94160-3536

Invoice
Number          10444142

Page 1

March 12, 2007

For Professional Services Through February 28, 2007

Client:         Facebook, Inc
Matter:         ConnectU
Our Matter #:   41446-0003

REDACTED

# HellerEhrman

Heller Ehrman LLP

Tax I.D. # 94-1217308
Please Remit Payment To:
File No. 73536
P.O.Box 60000
San Francisco, CA 94160-3536

Invoice
Number          10444142

Page 2

**REDACTED**

| **Date** | **Disbursement** | **Amount** |
|---|---|---|
| 02/13/07 | VENDOR: Pacific Research & Retrieval, Inc.; INVOICE#: 338313; DATE: 2/13/2007 - orig. invoice date: 9/19/06; court copies of pleadings, case# 1-05-cv-039867 | 280.00 |
| | Photocopy Expense, 276 pages @ $ 0.17/pg | 46.92 |
| | Research Support Services | 21.92 |

# HellerEhrman

Heller Ehrman LLP

Tax I.D. # 94-1217308
Please Remit Payment To:
File No. 73536
P.O.Box 60000
San Francisco, CA 94160-3536

Invoice
Number                    10444142

Page 3

Total Disbursements.................................................................. $        348.84

REDACTED






**WILLIAMS LEA**
corporate information solutions

| | | | |
|---|---|---|---|
| Date of Request: | 06/01/05 | Vendor ID: | Advanced Discovery |
| | | Invoice: | 89 |
| Requestor: | **C. Tran** | | |
| User ID: | | | |
| Client/Matter No.: | **41446-0003** | *Redacted* | |

**Middlefield Road (HEL03326)**

### OUTSIDE PRODUCTION SERVICES PROVIDED

| Qty | Description |
|---|---|
| 2084 | Heavly Litigation |

| | | |
|---|---|---|
| **Total** | $ | 355.32 |



**Advanced Discovery**
S E R V I C E S

2624 Fayette Dr. Suite A
Mountain View, CA 94040

Phone #  650-559-0902

Fax #  650-559-0907

Web Site  www.advanceddiscovery.com

# Invoice

| Date | Invoice # |
|------|-----------|
| 6/2/2005 | ▮▮▮▮ |

| Bill To | Ship To |
|---------|---------|
| Williams Lea/ Heller Ehrman<br>275 Middlefield Road<br>Menlo Park, CA 94025 | Williams Lea/ Heller Ehrman<br>275 Middlefield Road<br>Menlo Park, CA 94025 |

| Client Matter # | Job Number | Terms | Rep | Delivery Date | Ordered By |
|-----------------|-----------|-------|-----|---------------|------------|
| ▮▮▮▮ | MV000098 | Net 30 | CS | 6/1/2005 | ▮▮▮▮ |

| Quantity | Description | Price Each | Amount |
|----------|-------------|-----------|--------|
| 2,084 | D Heavy Litigation Copies | 0.155 | 323.02T |

Date  6/16/05
PO #  2559
G/L Code  B8000-685700-0094-00-Hel03326
Receipt #  0000008207

Description~ Mark Windfeld-Hansen.

| | |
|---|---|
| Subtotal | $323.02 |
| Sales Tax (0.0%) | $0.00 |
| Total | ▮▮▮▮ |

Received By: _Debbie Pa___

Printed Name: _Debbie Palanian_



**WILLIAMS LEA**
corporate information solutions

| | | | |
|---|---|---|---|
| Date of Request: | July 5 2005 | Vendor ID: | Advanced Discovery |
| | | Invoice: | 249 |

Requestor C.Tran
User ID:
Client/Matter No.:    41446-003                    Redacted

Middlefield Road (HEL03326)

### OUTSIDE PRODUCTION SERVICES PROVIDED

| Qty | Description |
|---|---|
| 4,568 | Auto-Feed Copies (A) |

|  |  |
|---|---|
| **Total** | **$ 376.86** |

Redacted

 **ALC**
**L E G A L   T E C H N O L O G I E S**

# Invoice

| Date | Invoice # |
|---|---|
| 7/6/2005 | 9639 |

| Bill To |
|---|
| Heller Ehrman-VLG<br>275 Middlefield Road<br>Menlo Park, CA 94025-3506<br>650-324-7000 |

| Please Pay |
|---|
| ALC Legal Technologies<br>320 Lambert Ave<br>Palo Alto, CA 94306<br>(650) 213-9922<br>Tax ID # |

| Job Number | Terms | Rep | Delivery | Attention | Client Matter |
|---|---|---|---|---|---|
| 07054003 | Net 30 | SS | | Elane | 41446-0003 |

| Quantity | Description | Amount |
|---|---|---|
| | Case: N/A | |
| 2,323 | Document Blowbacks (B/W) | 278.76T |
| 5,371 | Document Blowbacks (B/W) | 429.68T |

*APPROVED FOR PAYMENT*
*766.89*
*AMOUNT*
*41446 - 0003*
*CLIENT / MATTER*
*Document production request*
*NARRATIVE*
*APPROVAL*
*9-6-06*
*DATE*

ALC thanks you for your business !
The ALC Legal Technologies Customer is ultimately responsible for payment within our terms.
Finance charge of 1.5% monthly on accounts past 30 days!

| | |
|---|---|
| **Sales Tax** | $58.45 |
| **Total** | $766.89 |



**WILLIAMS LEA**
corporate information solutions

| | | | |
|---|---|---|---|
| Date of Request: | 07/12/05 | Vendor ID: | Advanced Discovery |
| | | Invoice: | 300 |

Requestor C.Tran
User ID:
Client/Matter No.:    41446-0003        **Redacted**

Middlefield Road (HEL03326)

## OUTSIDE PRODUCTION SERVICES PROVIDED

| Qty | Description |
|---|---|
| 7774 | Blowbacks Slipsheets |

Total    $   855.14

**Advanced Discovery**
S E R V I C E S
2624 Fayette Dr. Suite A
Mountain View, CA 94040

Phone # 650-559-0902

Fax # 650-559-0907

Web Site www.advanceddiscovery.com

*Redacted*

# Invoice

| Date | Invoice # |
|------|-----------|
| 7/13/2005 | 300 |

Tax ID#

| Bill To | Ship To |
|---------|---------|
| Williams Lea/ Heller Ehrman<br>275 Middlefield Road<br>Menlo Park, CA 94025 | Williams Lea/ Heller Ehrman<br>275 Middlefield Road<br>Menlo Park, CA 94025 |

| Client Matter # | Job # | Terms | Rep | Delivery Date | Ordered By |
|-----------------|-------|-------|-----|---------------|------------|
| 41446-0003 | MV000292 | Net 30 | CS | 7/12/2005 | Clare Tran |

| Quantity | Description | Price Each | Amount |
|----------|-------------|------------|--------|
| 7,774 | Blowbacks Slipsheets | 0.10 | 777.40 |

| | |
|---|---|
| **Subtotal** | $777.40 |
| **Sales Tax  (0.0%)** | $0.00 |
| **Total** | $777.40 |

Received By: *Elena P. Da*

Printed Name:



**Advanced Discovery**
S E R V I C E S

2624 Fayette Dr. Suite A
Mountain View, CA 94040

Phone # 650-559-0902

Fax # 650-559-0907

Web Site www.advanceddiscovery.com

*Done*

# Invoice



| Date | Invoice # |
|------|-----------|
|      |           |

Redacted

Tax ID:

| Bill To | Ship To |
|---------|---------|
| Williams Lea/ Heller Ehrman<br>275 Middlefield Road<br>Menlo Park, CA 94025 | Williams Lea/ Heller Ehrman<br>275 Middlefield Road<br>Menlo Park, CA 94025 |

| Client Matter # | Job # | Terms | Rep | Delivery Date | Ordered By |
|-----------------|-------|-------|-----|---------------|------------|
|  | MV000257 | Net 30 | CS | 7/5/2005 |  |

| Quantity | Description | Price Each | Amount |
|----------|-------------|------------|--------|
| 4,568 | A Auto-Feed Copies | 0.075 | 342.60 |

Description~ A lot of slipsheets.

| | |
|---|---|
| **Subtotal** | $342.60 |
| **Sales Tax  (0.0%)** | $0.00 |
| **Total** | |

Received By: _____

Printed Name: _____

# PACIFIC RESEARCH & RETRIEVAL; INC.

**A FULL SERVICE LEGAL SUPPORT COMPANY**
P.O. BOX 461, SAN JOSE, CA 95103

408-295-6800/FAX 408-295-6895
PACRSCH@AOL.COM

Invoice No. 334438

Attorney

Date  May 18, 2006

Telephone (650) 324-7000
Fax       (650) 324-6034

Court  SANTA CLARA COUNTY SUPERIOR COURT

Atty File

Plaintiff   FACEBOOK
Defendant   CONNECTU
Case No.    1-05-CV-047381
D           SEE ATTACHED

Attention  Darcy Melo

Firm   HELLER EHRMAN
       275 MIDDLEFIELD ROAD
       MENLO PARK, CA 94025

D o c u m e n t s

Serve:  SANTA CLARA COUNTY SUPERIOR

Residence Address (1)   SANTA CLARA COUNTY SUPERIOR      Business Address (2)
                        191 N. FIRST STREET
                        SAN JOSE, CA 95113
                        Bus Phone

Special Instructions                    RUSH

Hearing Date            Time            Dept

Description     Age     Hgt             Race            Wt      Sex     Hair          Last Date to Serve  **STANDARD**

Service Date            Time                    Servers Name  **Lissa  Vierra**

Report 5/19/2006 - FED-EX'D 103 PAGES ONLY VOLS 2-5 AVAILIBLE.
OTHER VOLUMES CHECKED OUT. HEARINGS COMING UP ON 5/16/06,
6/1/06, 6/22/06 DEPT 2
8/1/2006 - OBTAINED REST OF DOC'S AND RETURNED VIA FED-EX
(120 PAGES)

| ITEM | CHARGES |
|---|---|
| Service | 32.50 |
| Rush Charge | 20.00 |
| Time 2HRS | 90.00 |
| Fuel Surchrge | 2.50 |
| Fees Adv. | |
| Check Charge | 11.15 |
| Copywork 223 | 111.50 |
| Court Service | |
| **TOTAL** | **$267.65** |

Attorney Check Attached  _____

# WE ACCEPT ALL CREDIT CARDS



Please remit payment with copy of this invoice - Net due upon receipt - IRS #77-0562186
ALL ACCOUNTS OVER THIRTY DAYS PAST DUE ARE SUBJECT TO A CARRYING CHARGE OF 1.5% or $5.00 MINIMUM PER MONTH