# EXHIBIT B

Redacted

Law Offices
**HOLLAND & KNIGHT LLP**

P.O. Box 32092
2115 Harden Blvd.
Lakeland, Florida 33802-2092
(863) 682-1161
EIN 59-0663819

| | | | |
|---|---|---|---|
| Annapolis | Los Angeles | San Antonio | International: |
| Atlanta | Miami | San Francisco | Beijing Tokyo |
| Bethesda | New York | Seattle | Caracas* |
| Boston | No. Virginia | St. Petersburg | Helsinki* |
| Bradenton | Orlando | Tallahassee | Jyvaskyla* |
| Chicago | Portland | Tampa | Mexico City |
| Ft. Lauderdale | Providence | Washington, D.C. | Tampere* |
| Jacksonville | Rancho Santa Fe | West Palm Beach | Tel Aviv* |
| Lakeland | Sacramento | | *Representative Office |

February 9, 2005
Invoice   1746420
Page 1
**TERMS: DUE ON RECEIPT**

For professional services rendered through January 31, 2005
in connection with the following:

Our Matter #098682.00001
     ConnectU LLC f/k/a Harvard Connection

**Redacted**

February 9, 2005
Invoice 1746420
Page    2

Reimbursable costs through January 31, 2005

| | | |
|---|---|---|
| 01/11/05 | Mack Messengers, Inc. (courier) - Inv #1533 - Gelchinsky - 12/08/04 | 18.00 |
| 01/11/05 | Mack Messengers, Inc. (courier) - Inv #1540 - Galinsky - 12/17/04 | 12.00 |
| 01/20/05 | Washington Petty Cashier Washington Petty Cash - Invoice # JAN1405WDC - Taxi - C. Felter - 1/14/05 | 12.00 |

| | |
|---|---|
| Photocopy | 355.60 |
| Long Distance Telephone | 0.96 |
| Postage | 5.57 |
| Westlaw | 359.66 |

Total Reimbursable Costs ..................$       763.79
                                                ------------
Current Billing for this Matter ...........

BALANCE DUE THIS INVOICE ...................$

**Redacted**

Law Offices
**HOLLAND & KNIGHT LLP**

P.O. Box 32092
Lakeland, Florida 33802-2092

(863) 682-1161
EIN 59-0663819

| | | | |
|---|---|---|---|
| Annapolis | Los Angeles | San Francisco | International: |
| Atlanta | Miami | Seattle | Caracas* |
| Bethesda | New York | St. Petersburg | Mexico City |
| Boston | No. Virginia | Tallahassee | Rio de Janeiro |
| Bradenton | Orlando | Tampa | Sao Paulo |
| Chicago | Portland | Washington, D.C. | Tel Aviv* |
| Ft. Lauderdale | Providence | West Palm Beach | Tokyo |
| Jacksonville | Rancho Santa Fe | | |
| Lakeland | San Antonio | | *Representative Office |

November 9, 2004
Invoice    1708079
Page 1
**TERMS: DUE ON RECEIPT**

For professional services rendered through October 31, 2004
in connection with the following:

Our Matter #098682.00001
    ConnectU LLC f/k/a Harvard Connection

Redacted

Reimbursable costs through October 31, 2004

| | | |
|---|---|---|
| 09/30/04 | Clerk of the Court 42303.88; filing fee for motion for pro hac vice | 50.00 |
| | Photocopy | 1.20 |

Total Reimbursable Costs ...................$        51.20
                                            -----------

Current Billing for this Matter ...........
Less Retainer ..............................

BALANCE DUE THIS INVOICE ..................$

Redacted

Law Offices
**HOLLAND & KNIGHT LLP**

P.O. Box 32092
Lakeland, Florida 33802-2092

(863) 682-1161
EIN 59-0663819

| | | | |
|---|---|---|---|
| Annapolis | Los Angeles | San Francisco | International: |
| Atlanta | Miami | Seattle | Caracas* |
| Bethesda | New York | St. Petersburg | Mexico City |
| Boston | No. Virginia | Tallahassee | Rio de Janeiro |
| Bradenton | Orlando | Tampa | Sao Paulo |
| Chicago | Portland | Washington, D.C. | Tel Aviv* |
| Ft. Lauderdale | Providence | West Palm Beach | Tokyo |
| Jacksonville | Rancho Santa Fe | | |
| Lakeland | San Antonio | | *Representative Office |

December 9, 2004
Invoice   1724586
Page 1
**TERMS: DUE ON RECEIPT**

For professional services rendered through November 30, 2004
in connection with the following:

Our Matter #098682.00001
    ConnectU LLC f/k/a Harvard Connection

**Redacted**

December 9, 2004
Invoice 1724586
Page   5

Reimbursable costs through November 30, 2004

11/17/04     Federal Express (courier) - Inv# 7-847-38666 -
             Library of Congress - 11-08-04                          8.15

             Photocopy
             Long Distance Telephone                                 9.00
             Westlaw                                                 5.44
                                                                   272.17

             Total Reimbursable Costs .................$            294.76

             Current Billing for this Matter ...........

             BALANCE DUE THIS INVOICE .................$

Redacted

Law Offices
**HOLLAND & KNIGHT LLP**

P.O. Box 32092
Lakeland, Florida 33802-2092

(863) 682-1161
EIN 59-0663819

| | | | |
|---|---|---|---|
| Annapolis | Los Angeles | San Francisco | International: |
| Atlanta | Miami | Seattle | Caracas* |
| Bethesda | New York | St. Petersburg | Mexico City |
| Boston | No. Virginia | Tallahassee | Rio de Janeiro |
| Bradenton | Orlando | Tampa | Sao Paulo |
| Chicago | Portland | Washington, D.C. | Tel Aviv* |
| Ft. Lauderdale | Providence | West Palm Beach | Tokyo |
| Jacksonville | Rancho Santa Fe | | |
| Lakeland | San Antonio | | |

*Representative Office

January 13, 2005
Invoice   1734797
Page 1
**TERMS: DUE ON RECEIPT**

For professional services rendered through December 31, 2004
in connection with the following:

Our Matter #098682.00001
    ConnectU LLC f/k/a Harvard Connection

Redacted

Reimbursable costs through December 31, 2004

| | | |
|---|---|---:|
| 12/08/04 | Corporate Integrity Services, LLC For fees and costs associated with professional services provided by Corporate Integrity Services LLC through December 7, 2004 (see attachment for detailed information); Invoice 13534 | 467.50 |
| 12/15/04 | Federal Express (courier) - Inv. # 7-859-35762 - Library of Congress - 11/12/04 | 8.15 |

Photocopy
| | |
|---|---:|
| Misc Online Research | 21.20 |
| Telecopy | 16.00 |
| Westlaw | 2.00 |
| | 883.58 |

Total Reimbursable Costs ...................$      1,398.43
                                              ----------
Current Billing for this Matter ...........

BALANCE DUE THIS INVOICE ...................$

**Redacted**

Law Offices
**HOLLAND & KNIGHT LLP**

P.O. Box 32092
2115 Harden Blvd.
Lakeland, Florida 33802-2092
(863) 682-1161
EIN 59-0663819

| | | | |
|---|---|---|---|
| Annapolis | Los Angeles | San Antonio | International: |
| Atlanta | Miami | San Francisco | Beijing  Tokyo |
| Bethesda | New York | Seattle | Caracas* |
| Boston | No. Virginia | St. Petersburg | Helsinki* |
| Bradenton | Orlando | Tallahassee | Jyvaskyla* |
| Chicago | Portland | Tampa | Mexico City |
| Ft. Lauderdale | Providence | Washington, D.C. | Tampere* |
| Jacksonville | Rancho Santa Fe | West Palm Beach | Tel Aviv* |
| Lakeland | Sacramento | | *Representative Office |

March 7, 2005
Invoice    1757574
Page 1
**TERMS: DUE ON RECEIPT**

For professional services rendered through February 28, 2005
in connection with the following:

Our Matter #098682.00001
    ConnectU LLC f/k/a Harvard Connection

**Redacted**

March 7, 2005
Invoice 1757574
Page   2

Reimbursable costs through February 28, 2005

| | | |
|---|---|---|
| 02/03/05 | Robert J. Burns Inv # AND050128161921 - 01/28/05 - Fee to obtain deposit materials at Copyright Office in Washington DC | 310.00 |
| 02/04/05 | United Parcel Service (courier) - Inv. # V6733F055 - Hawk - 01/21/05 | 8.56 |

.

**Redacted**

March 7, 2005
Invoice 1757574
Page   3

02/04/05      United Parcel Service (courier) - Inv. #
              V6733F055 - Heller Ehrman White & McAuliffe -      10.00
              Address Correction - 01/29/05

              Misc Online Research
                                                                  0.21

              Total Reimbursable Costs ...................$       328.77
                                                              -----------
              Current Billing for this Matter ...........

              BALANCE DUE THIS INVOICE ...................$

Redacted

Law Offices
**HOLLAND & KNIGHT LLP**

2115 Harden Blvd.
P.O. Box 32092
Lakeland, Florida 33802-2092
(863) 682-1161
EIN 59-0663819

| | | | |
|---|---|---|---|
| Annapolis | Los Angeles | San Antonio | International: |
| Atlanta | Miami | San Francisco | Beijing  Tokyo |
| Bethesda | New York | Seattle | Caracas* |
| Boston | No. Virginia | St. Petersburg | Helsinki* |
| Bradenton | Orlando | Tallahassee | Jyvaskyla* |
| Chicago | Portland | Tampa | Mexico City |
| Ft. Lauderdale | Providence | Washington, D.C. | Tampere* |
| Jacksonville | Rancho Santa Fe | West Palm Beach | Tel Aviv* |
| Lakeland | Sacramento | | *Representative Office |

April 8, 2005
Invoice   1771774
Page 1
**TERMS: DUE ON RECEIPT**

For professional services rendered through March 31, 2005
in connection with the following:

Our Matter #098682.00001
    ConnectU LLC f/k/a Harvard Connection

**Redacted**

April 8, 2005
Invoice 1771774
Page   3

Reimbursable costs through March 31, 2005

Photocopy
Long Distance Telephone                          20.20
Telecopy                                          2.24
                                                  4.00

Total Reimbursable Costs ..................$       26.44
                                                 -----------
Current Billing for this Matter ...........

Redacted

Law Offices
**HOLLAND & KNIGHT LLP**

2115 Harden Blvd.
P.O. Box 32092
Lakeland, Florida 33802-2092
(863) 682-1161
EIN 59-0663819

| | | | |
|---|---|---|---|
| Annapolis | Los Angeles | San Antonio | International: |
| Atlanta | Miami | San Francisco | Beijing Tokyo |
| Bethesda | New York | Seattle | Caracas* |
| Boston | No. Virginia | St. Petersburg | Helsinki* |
| Bradenton | Orlando | Tallahassee | Jyvaskyla* |
| Chicago | Portland | Tampa | Mexico City |
| Ft. Lauderdale | Providence | Washington, D.C. | Tampere* |
| Jacksonville | Rancho Santa Fe | West Palm Beach | Tel Aviv* |
| Lakeland | Sacramento | | *Representative Office |

May 6, 2005
Invoice    1785349
Page 1
**TERMS: DUE ON RECEIPT**

For professional services rendered through April 30, 2005
in connection with the following:

Our Matter #098682.00001
     ConnectU LLC f/k/a Harvard Connection

**Redacted**

May 6, 2005
Invoice 1785349
Page   4


Reimbursable costs through April 30, 2005


04/19/05      Mack Messengers, Inc. (courier) - Inv. # 1600 -              22.13
              USDC - 03/18/05

              Photocopy                                              304.00
              Long Distance Telephone                                  2.88
              Westlaw                                                 53.01


                 Total Reimbursable Costs ...................$          382.02

                 Current Billing for this Matter ...........        -----------

                 BALANCE DUE THIS INVOICE ..................$

**Redacted**

Law Offices
**HOLLAND & KNIGHT LLP**

2115 Harden Blvd.
P.O. Box 32092
Lakeland, Florida 33802-2092
(863) 682-1161
EIN 59-0663819

| | | | |
|---|---|---|---|
| Annapolis | Los Angeles | San Antonio | International: |
| Atlanta | Miami | San Francisco | Beijing Tokyo |
| Bethesda | New York | Seattle | Caracas* |
| Boston | No. Virginia | St. Petersburg | Helsinki* |
| Bradenton | Orlando | Tallahassee | Jyvaskyla* |
| Chicago | Portland | Tampa | Mexico City |
| Ft. Lauderdale | Providence | Washington, D.C. | Tampere* |
| Jacksonville | Rancho Santa Fe | West Palm Beach | Tel Aviv* |
| Lakeland | Sacramento | | |

*Representative Office

June 13, 2005
Invoice   1803572
Page 1
**TERMS: DUE ON RECEIPT**

For professional services rendered through May 31, 2005
in connection with the following:

Our Matter #098682.00001
    ConnectU LLC f/k/a Harvard Connection

Redacted

June 13, 2005
Invoice 1803572
Page   5

Reimbursable costs through May 31, 2005

09/30/04      Reversal from Void Check Number: 3056127
              Bank ID: First Voucher ID: 1370685                    -50.00
              Vendor: Clerk of the Court

              Photocopy
              Long Distance Telephone                               152.00
              Telecopy                                               12.80
                                                                     62.00

                 Total Reimbursable Costs ..................$        176.80

                 Current Billing for this Matter ...........        -----------

                 BALANCE DUE THIS INVOICE ..................$

**Redacted**

Law Offices
**HOLLAND & KNIGHT LLP**

2115 Harden Blvd.
P.O. Box 32092
Lakeland, Florida 33802-2092
(863) 682-1161
EIN 59-0663819

| | | | |
|---|---|---|---|
| Annapolis | Los Angeles | San Antonio | International: |
| Atlanta | Miami | San Francisco | Beijing  Tokyo |
| Bethesda | New York | Seattle | Caracas* |
| Boston | No. Virginia | St. Petersburg | Helsinki* |
| Bradenton | Orlando | Tallahassee | Jyvaskyla* |
| Chicago | Portland | Tampa | Mexico City |
| Ft. Lauderdale | Providence | Washington, D.C. | Tampere* |
| Jacksonville | Rancho Santa Fe | West Palm Beach | Tel Aviv* |
| Lakeland | Sacramento | | *Representative Office |

July 7, 2005
Invoice   1810900
Page 1
**TERMS: DUE ON RECEIPT**

For professional services rendered through June 30, 2005
in connection with the following:

Our Matter #098682.00001
      ConnectU LLC f/k/a Harvard Connection

**Redacted**

July 7, 2005
Invoice 1810900
Page   3

Reimbursable costs through June 30, 2005

06/17/05      United Parcel Service (courier) - Inv. #
              V6733F245 - Tran - 06/08/05                          27.79

              Photocopy                                           12.00
              Long Distance Telephone                              5.12

              Total Reimbursable Costs .................$         44.91
                                                                  ----
              Current Billing for this Matter ...........

              BALANCE DUE THIS INVOICE .................$

Redacted

Law Offices
**HOLLAND & KNIGHT LLP**

2115 Harden Blvd.
P.O. Box 32092
Lakeland, Florida 33802-2092
(863) 682-1161
EIN 59-0663819

| | | | |
|---|---|---|---|
| Annapolis | Los Angeles | San Antonio | International: |
| Atlanta | Miami | San Francisco | Beijing  Tokyo |
| Bethesda | New York | Seattle | Caracas* |
| Boston | No. Virginia | St. Petersburg | Helsinki* |
| Bradenton | Orlando | Tallahassee | Jyvaskyla* |
| Chicago | Portland | Tampa | Mexico City |
| Ft. Lauderdale | Providence | Washington, D.C. | Tampere* |
| Jacksonville | Rancho Santa Fe | West Palm Beach | Tel Aviv* |
| Lakeland | Sacramento | | *Representative Office |

August 4, 2005
Invoice   1824208
Page 1
**TERMS: DUE ON RECEIPT**

For professional services rendered through July 31, 2005
in connection with the following:

Our Matter #098682.00001
    ConnectU LLC f/k/a Harvard Connection

**Redacted**

August 4, 2005
Invoice 1824208
Page    3

Reimbursable costs through July 31, 2005

| | | |
|---|---|---|
| 07/11/05 | United States 98682.1; Inv. # 3057101, Motion to admit attorneys pro vac vice | 100.00 |
| 07/14/05 | United Parcel Service (courier) - Inv. # V6733F285 - Hawk - 07/07/05 | 8.82 |
| 07/29/05 | Mack Messengers, Inc. (courier) - Inv. # 1677 - USDC - 07/07/05 | 26.50 |
| | Photocopy | 556.80 |
| | Long Distance Telephone | 16.00 |

Redacted

August 4, 2005
Invoice 1824208
Page    4

Total Reimbursable Costs ..................$        708.12

Current Billing for this Matter ...........

BALANCE DUE THIS INVOICE ..................$

Redacted

Law Offices
**HOLLAND & KNIGHT LLP**

2115 Harden Blvd.
P.O. Box 32092
Lakeland, Florida 33802-2092
(863) 682-1161
EIN 59-0663819

| | | | |
|---|---|---|---|
| Annapolis | Los Angeles | San Antonio | International: |
| Atlanta | Miami | San Francisco | Beijing  Tokyo |
| Bethesda | New York | Seattle | Caracas* |
| Boston | No. Virginia | St. Petersburg | Helsinki* |
| Bradenton | Orlando | Tallahassee | Jyvaskyla* |
| Chicago | Portland | Tampa | Mexico City |
| Ft. Lauderdale | Providence | Washington, D.C. | Tampere* |
| Jacksonville | Rancho Santa Fe | West Palm Beach | Tel Aviv* |
| Lakeland | Sacramento | | *Representative Office |

September 8, 2005
Invoice   1838441
Page 1
**TERMS: DUE ON RECEIPT**

For professional services rendered through August 31, 2005
in connection with the following:

Our Matter #098682.00001
    ConnectU LLC f/k/a Harvard Connection

Redacted

September 8, 2005
Invoice 1838441
Page    5

Reimbursable costs through August 31, 2005

| | | |
|---|---|---|
| 08/18/05 | United Parcel Service (courier) - Inv. # V6733F335 - Hawk - Early A.M. Delivery - 08/05/05 | 51.47 |
| 08/18/05 | United Parcel Service (courier) - Inv. # V6733F335 - Hawk - Early A.M. Delivery - 08/08/05 | 51.47 |
| 08/25/05 | United Parcel Service (courier) - Inv. # V6733F345 - Saturday Delivery - 08/05/05 | 13.69 |

**Redacted**

September 8, 2005
Invoice 1838441
Page   6

| | | |
|---|---|---|
| 08/31/05 | United Parcel Service (courier) - Inv. # V6733F355 - Hawk - Early A.M. Delivery - 08/15/05 | 51.47 |
| | Photocopy | 2.80 |
| | Misc Online Research | 0.48 |
| | Long Distance Telephone | 11.84 |

Total Reimbursable Costs ...................$        183.22

Current Billing for this Matter ...........

BALANCE DUE THIS INVOICE ...................$

Redacted

Law Offices
**HOLLAND & KNIGHT LLP**

2115 Harden Blvd.
P.O. Box 32092
Lakeland, Florida 33802-2092
(863) 682-1161
EIN 59-0663819

| | | | |
|---|---|---|---|
| Annapolis | Los Angeles | San Antonio | International: |
| Atlanta | Miami | San Francisco | Beijing  Tokyo |
| Bethesda | New York | Seattle | Caracas* |
| Boston | No. Virginia | St. Petersburg | Helsinki* |
| Bradenton | Orlando | Tallahassee | Jyvaskyla* |
| Chicago | Portland | Tampa | Mexico City |
| Ft. Lauderdale | Providence | Washington, D.C. | Tampere* |
| Jacksonville | Rancho Santa Fe | West Palm Beach | Tel Aviv* |
| Lakeland | Sacramento | | *Representative Office |

October 10, 2005
Invoice   1852530
Page 1
**TERMS: DUE ON RECEIPT**

For professional services rendered through September 30, 2005
in connection with the following:

Our Matter #098682.00001
    ConnectU LLC f/k/a Harvard Connection

**Redacted**

October 10, 2005
Invoice 1852530
Page   5

Reimbursable costs through September 30, 2005

| | | |
|---|---|---|
| 09/09/05 | United Parcel Service - (courier) - Inv. #V6733F365 - Hawk - Early A.M. Delivery - 8/31/05 | 95.81 |
| | Misc Online Research | 1.60 |
| | Long Distance Telephone | 16.00 |
| | Total Reimbursable Costs ..................$ | 113.41 |
| | Current Billing for this Matter ........... | |
| | BALANCE DUE THIS INVOICE .................$ | |

Redacted

Law Offices
## HOLLAND & KNIGHT LLP

2115 Harden Blvd.
P.O. Box 32092
Lakeland, Florida 33802-2092
(863) 682-1161
EIN 59-0663819

| | | | |
|---|---|---|---|
| Annapolis | Los Angeles | San Antonio | International: |
| Atlanta | Miami | San Francisco | Beijing Tokyo |
| Bethesda | New York | Seattle | Caracas* |
| Boston | No. Virginia | St. Petersburg | Helsinki* |
| Bradenton | Orlando | Tallahassee | Jyvaskyla* |
| Chicago | Portland | Tampa | Mexico City |
| Ft. Lauderdale | Providence | Washington, D.C. | Tampere* |
| Jacksonville | Rancho Santa Fe | West Palm Beach | Tel Aviv* |
| Lakeland | Sacramento | | |

*Representative Office

November 7, 2005
Invoice   1865426
Page 1
**TERMS: DUE ON RECEIPT**

For professional services rendered through October 31, 2005
in connection with the following:

Our Matter #098682.00001
    ConnectU LLC f/k/a Harvard Connection

**Redacted**

November 7, 2005
Invoice 1865426
Page   5

Reimbursable costs through October 31, 2005

Photocopy                                                0.40
Misc Online Research                                     2.16
Long Distance Telephone                                  2.88

Total Reimbursable Costs ...................$          5.44
                                              -----------
Current Billing for this Matter ...........

BALANCE DUE THIS INVOICE ..................$

Redacted

Law Offices
**HOLLAND & KNIGHT LLP**

2115 Harden Blvd.
P.O. Box 32092
Lakeland, Florida 33802-2092
(863) 682-1161
EIN 59-0663819

| | | | |
|---|---|---|---|
| Annapolis | Los Angeles | San Antonio | International: |
| Atlanta | Miami | San Francisco | Beijing  Tokyo |
| Bethesda | New York | Seattle | Caracas• |
| Boston | No. Virginia | St. Petersburg | Helsinki• |
| Bradenton | Orlando | Tallahassee | Jyvaskyla• |
| Chicago | Portland | Tampa | Mexico City |
| Ft. Lauderdale | Providence | Washington, D.C. | Tampere• |
| Jacksonville | Rancho Santa Fe | West Palm Beach | Tel Aviv• |
| Lakeland | Sacramento | | •Representative Office |

December 7, 2005
Invoice   1882139
Page 1
**TERMS: DUE ON RECEIPT**

For professional services rendered through November 30, 2005
in connection with the following:

Our Matter #098682.00001
    ConnectU LLC f/k/a Harvard Connection

**Redacted**

December 7, 2005
Invoice 1882139
Page   4

Reimbursable costs through November 30, 2005

| | | |
|---|---|---|
| 11/28/05 | Daniel K. Hampton Inv. # MAT051118163159; Expenses associated with court appearance; 11/18/05; cab fare | 19.00 |
| | Photocopy | 1.20 |
| | Misc Online Research | 1.84 |
| | Long Distance Telephone | 8.32 |

Total Reimbursable Costs ....................$          30.36
                                              ------------
Current Billing for this Matter ...........

BALANCE DUE THIS INVOICE ...................$

Redacted

Law Offices
**HOLLAND & KNIGHT** LLP

2115 Harden Blvd.
P.O. Box 32092
Lakeland, Florida 33802-2092
(863) 682-1161
EIN 59-0663819

| | | | |
|---|---|---|---|
| Annapolis | Los Angeles | San Antonio | International: |
| Atlanta | Miami | San Francisco | Beijing Tokyo |
| Bethesda | New York | Seattle | Caracas* |
| Boston | No. Virginia | St. Petersburg | Helsinki* |
| Bradenton | Orlando | Tallahassee | Jyvaskyla* |
| Chicago | Portland | Tampa | Mexico City |
| Ft. Lauderdale | Providence | Washington, D.C. | Tampere* |
| Jacksonville | Rancho Santa Fe | West Palm Beach | Tel Aviv* |
| Lakeland | Sacramento | | *Representative Office |

February 3, 2006
Invoice   1905467
Page 1
**TERMS: DUE ON RECEIPT**

For professional services rendered through January 31, 2006
in connection with the following:

Our Matter #098682.00001
    ConnectU LLC f/k/a Harvard Connection

**Redacted**

February 3, 2006
Invoice 1905467
Page    2

Reimbursable costs through January 31, 2006

01/09/06     Federal Express - (courier) - Inv. #3-267-22123      10.70
             - Cooper - 12/22/05

Redacted

February 3, 2006
Invoice 1905467
Page    3

Misc Online Research                                                    2.08

    Total Reimbursable Costs ...................$            12.78

    Current Billing for this Matter ...........

    BALANCE DUE THIS INVOICE ...................$

Redacted

Law Offices
**HOLLAND & KNIGHT LLP**

2115 Harden Blvd.
P.O. Box 32092
Lakeland, Florida 33802-2092
(863) 682-1161
EIN 59-0663819

| | | | International: |
|---|---|---|---|
| Atlanta | Los Angeles | Sacramento | Beijing  Tokyo |
| Bethesda | Miami | San Francisco | Caracas* |
| Boston | New York | Tallahassee | Helsinki* |
| Chicago | No. Virginia | Tampa | Jyvaskyla* |
| Ft. Lauderdale | Orlando | Washington, D.C. | Mexico City |
| Jacksonville | Portland | West Palm Beach | Tampere* |
| Lakeland | Rancho Santa Fe | | Tel Aviv* |

*Representative Office

March 8, 2006
Invoice   1921110
Page 1
**TERMS: DUE ON RECEIPT**

For professional services rendered through February 28, 2006
in connection with the following:

Our Matter #098682.00001
    ConnectU LLC f/k/a Harvard Connection

**Redacted**

March 8, 2006
Invoice 1921110
Page    4

Reimbursable costs through February 28, 2006

Long Distance Telephone                                    7.68

Total Reimbursable Costs ...................$        7.68

Current Billing for this Matter ...........

BALANCE DUE THIS INVOICE ...................$

**Redacted**

Law Offices
**HOLLAND & KNIGHT** LLP

2115 Harden Blvd.
P.O. Box 32092
Lakeland, Florida 33802-2092
(863) 682-1161
EIN 59-0663819

| Atlanta | Los Angeles | Sacramento | International: |
| Bethesda | Miami | San Francisco | Beijing Tokyo |
| Boston | New York | Tallahassee | Caracas* |
| Chicago | No. Virginia | Tampa | Helsinki* |
| Ft. Lauderdale | Orlando | Washington, D.C. | Jyvaskyla* |
| Jacksonville | Portland | West Palm Beach | Mexico City |
| Lakeland | Rancho Santa Fe | | Tampere* |
| | | | Tel Aviv* |

*Representative Office

April 11, 2006
Invoice   1934511
Page 1
**TERMS: DUE ON RECEIPT**

For professional services rendered through March 31, 2006
in connection with the following:

Our Matter #098682.00001
    ConnectU LLC f/k/a Harvard Connection

Redacted

April 11, 2006
Invoice 1934511
Page   4

| Name | Title | Hours | Rate | Value |
|------|-------|-------|------|-------|
| Hampton, Daniel K. | Partner | 38.50 | 405.00 | 15,592.50 |
| Katz, Gordon P. | Partner | 3.70 | 440.00 | 1,628.00 |

Reimbursable costs through March 31, 2006


03/13/06    Daniel K. Hampton Attendance at
            hearing - 3/3/06 - Inv. #MAT060307122757                    24.00

            Long Distance Telephone
            Westlaw                                                      0.64
                                                                      142.11


            Total Reimbursable Costs ...................$       166.75

            Current Billing for this Matter ...........

            BALANCE DUE THIS INVOICE ...................$

**Redacted**

Law Offices
**HOLLAND & KNIGHT LLP**

2115 Harden Blvd.
P.O. Box 32092
Lakeland, Florida 33802-2092
(863) 682-1161
EIN 59-0663819

| | | | International: |
|---|---|---|---|
| Atlanta | Los Angeles | San Francisco | Beijing  Tokyo |
| Bethesda | Miami | Tallahassee | Caracas* |
| Boston | New York | Tampa | Helsinki* |
| Chicago | No. Virginia | Washington, D.C. | Jyvaskyla* |
| Ft. Lauderdale | Orlando | West Palm Beach | Mexico City |
| Jacksonville | Portland | | Tampere* |
| Lakeland | Sacramento | | Tel Aviv* |

*Representative Office

May 5, 2006
Invoice   1945676
Page 1
**TERMS: DUE ON RECEIPT**

For professional services rendered through April 30, 2006
in connection with the following:

Our Matter #098682.00001
        ConnectU LLC f/k/a Harvard Connection

**Redacted**

May 5, 2006
Invoice 1945676
Page    4

Reimbursable costs through April 30, 2006


Long Distance Telephone                                    15.36

    Total Reimbursable Costs ..................$        15.36

    Current Billing for this Matter ...........

    BALANCE DUE THIS INVOICE ..................$

Redacted

Law Offices
**HOLLAND & KNIGHT** LLP

2115 Harden Blvd.
P.O. Box 32092
Lakeland, Florida 33802-2092
(863) 682-1161
EIN 59-0663819

| | | | International: |
|---|---|---|---|
| Atlanta | Los Angeles | San Francisco | Beijing Tokyo |
| Bethesda | Miami | Tallahassee | Caracas* |
| Boston | New York | Tampa | Helsinki* |
| Chicago | No. Virginia | Washington, D.C. | Jyvaskyla* |
| Ft. Lauderdale | Orlando | West Palm Beach | Mexico City |
| Jacksonville | Portland | | Tampere* |
| Lakeland | Sacramento | | Tel Aviv* |

*Representative Office

June 9, 2006
Invoice  1960333
Page 1
**TERMS: DUE ON RECEIPT**

For professional services rendered through May 31, 2006
in connection with the following:

Our Matter #098682.00001
    ConnectU LLC f/k/a Harvard Connection

**Redacted**

June 9, 2006
Invoice 1960333
Page   5

Reimbursable costs through May 31, 2006

Long Distance Telephone                                          5.44

Total Reimbursable Costs ...................$           5.44
                                                  -----------
Current Billing for this Matter ............
BALANCE DUE THIS INVOICE ...................$

Redacted

Law Offices
**HOLLAND & KNIGHT** LLP

2115 Harden Blvd.
P.O. Box 32092
Lakeland, Florida 33802-2092
(863) 682-1161
EIN 59-0663819

Atlanta
Bethesda
Boston
Chicago
Ft. Lauderdale
Jacksonville
Lakeland

Los Angeles
Miami
New York
No. Virginia
Orlando
Portland
Sacramento

San Francisco
Tallahassee
Tampa
Washington, D.C.
West Palm Beach

International:
Beijing  Tokyo
Caracas*
Helsinki*
Jyvaskyla*
Mexico City
Tampere*
Tel Aviv*

*Representative Office

July 10, 2006
Invoice   1971154
Page 1
**TERMS: DUE ON RECEIPT**

For professional services rendered through June 30, 2006
in connection with the following:

Our Matter #098682.00001
     ConnectU LLC f/k/a Harvard Connection

Redacted

July 10, 2006
Invoice 1971154
Page    4

Reimbursable costs through June 30, 2006

06/16/06    Clerk of the Court BOS 3058289 -
            Filing fee                                          50.00

Redacted

July 10, 2006
Invoice 1971154
Page    5

| | | |
|---|---|---|
| 06/30/06 | Daniel K. Hampton Cab fare to and from Court for court appearance - Inv. #MAT060628110941 | 27.00 |
| 06/30/06 | Daniel K. Hampton Cab fare to and from Proskauer in connection with hearing preparation - Inv. #MAT060628105240 | 25.00 |
| 06/30/06 | Daniel K. Hampton Attendance at deposition in New York - Inv. #MAT060628103356 | 91.00 |
| | Photocopy | 3.80 |
| | Long Distance Telephone | 0.32 |

Total Reimbursable Costs ...................$    197.12

Current Billing for this Matter ...........

BALANCE DUE THIS INVOICE ..................$

**Redacted**

Law Offices
**HOLLAND & KNIGHT LLP**

2115 Harden Blvd.
P.O. Box 32092
Lakeland, Florida 33802-2092
(863) 682-1161
EIN 59-0663819

| | | | International: |
|---|---|---|---|
| Atlanta | Los Angeles | San Francisco | Beijing  Tokyo |
| Bethesda | Miami | Tallahassee | Caracas* |
| Boston | New York | Tampa | Helsinki* |
| Chicago | No. Virginia | Washington, D.C. | Jyvaskyla* |
| Ft. Lauderdale | Orlando | West Palm Beach | Mexico City |
| Jacksonville | Portland | | Tampere* |
| Lakeland | Sacramento | | Tel Aviv* |

*Representative Office

August 11, 2006
Invoice   1985449
Page 1
**TERMS: DUE ON RECEIPT**

For professional services rendered through July 31, 2006
in connection with the following:

Our Matter #098682.00001
    ConnectU LLC f/k/a Harvard Connection

**Redacted**

August 11, 2006
Invoice 1985449
Page   3

Reimbursable costs through July 31, 2006

07/10/06      Mack Messengers, Inc. (courier) - Inv.# 1914 -
              John J Moakley Courthouse - 6/13/06                    21.00


              Total Reimbursable Costs ..................$           21.00
                                                                   -------
              Current Billing for this Matter ...........

              BALANCE DUE THIS INVOICE ..................$

Redacted

Law Offices
**HOLLAND & KNIGHT** LLP

2115 Harden Blvd.
P.O. Box 32092
Lakeland, Florida 33802-2092
(863) 682-1161
EIN 59-0663819

| | | | International: |
|---|---|---|---|
| Atlanta | Los Angeles | San Francisco | Beijing  Tokyo |
| Bethesda | Miami | Tallahassee | Caracas* |
| Boston | New York | Tampa | Helsinki* |
| Chicago | No. Virginia | Washington, D.C. | Jyvaskyla* |
| Ft. Lauderdale | Orlando | West Palm Beach | Mexico City |
| Jacksonville | Portland | | Tampere* |
| Lakeland | Sacramento | | Tel Aviv* |

*Representative Office

September 7, 2006
Invoice    1993106
Page 1
**TERMS: DUE ON RECEIPT**

For professional services rendered through August 31, 2006
in connection with the following:

Our Matter #098682.00001
    ConnectU LLC f/k/a Harvard Connection

Redacted

September 7, 2006
Invoice 1993106
Page    3

Reimbursable costs through August 31, 2006

| | | |
|---|---|---|
| 08/10/06 | James E. McLaughlin, CSR, RPR Inv. # 20060007; Copy of trial transcripts | 627.48 |
| 08/17/06 | Sarnoff Information Technologies, Inc. Copy of deposition Transcripts?DVD and Exhibits - Expedited Delivery - Inv. #47406 | 2,117.65 |
| 08/31/06 | American Express - Daniel Hampton - Ticket # 7765200315 - From New York to Boston - 6/19/06 | 478.85 |
| 08/31/06 | American Express - Daniel Hampton - Ticket # 7761599040 - From Boston to New York - 06/16/06 | 318.65 |
| | Misc Online Research | 37.92 |

Total Reimbursable Costs ..................$          3,580.55
                                                     ------------
Current Billing for this Matter ...........          5,874.55
                                                     ------------
BALANCE DUE THIS INVOICE ..................$          5,874.55

OUTSTANDING INVOICE SUMMARY

| DATE | INVOICE | AMOUNT |
|---|---|---|
| 11/07/05 | 1865426 | 0.30 |
| 06/09/06 | 1960333 | 13,843.44 |
| 07/10/06 | 1971154 | 22,132.62 |
| 08/11/06 | 1985449 | 4,995.00 |

MATTER BALANCE BROUGHT FORWARD .............          40,971.36
                                                     ------------
TOTAL DUE ..................................$          46,845.91
                                                     ============

**Redacted**

Law Offices
**HOLLAND & KNIGHT** LLP

2115 Harden Blvd.
P.O. Box 32092
Lakeland, Florida 33802-2092
(863) 682-1161
EIN 59-0663819

| | | | International: |
|---|---|---|---|
| Atlanta | Los Angeles | San Francisco | Beijing  Tokyo |
| Bethesda | Miami | Tallahassee | Caracas* |
| Boston | New York | Tampa | Helsinki* |
| Chicago | No. Virginia | Washington, D.C. | Jyvaskyla* |
| Ft. Lauderdale | Orlando | West Palm Beach | Mexico City |
| Jacksonville | Portland | | Tampere* |
| Lakeland | Sacramento | | Tel Aviv* |

*Representative Office

October 9, 2006
Invoice    2006403
Page 1
**TERMS: DUE ON RECEIPT**

For professional services rendered through September 30, 2006
in connection with the following:

Our Matter #098682.00001
    ConnectU LLC f/k/a Harvard Connection

**Redacted**

October 9, 2006
Invoice 2006403
Page    3

Reimbursable costs through September 30, 2006.


09/29/06    Daniel K. Hampton Inv MAT060928114158                         494.40
            - 09/20-09/21/06  Attendance at deposition in
            Connecticuit

            Long Distance Telephone
                                                                           5.12

            Total Reimbursable Costs ..................$          499.52

            Current Billing for this Matter ...........

            BALANCE DUE THIS INVOICE ..................$

Redacted

Law Offices
**HOLLAND & KNIGHT LLP**

2115 Harden Blvd.
P.O. Box 32092
Lakeland, Florida 33802-2092
(863) 682-1161
EIN 59-0663819

| | | | International: |
|---|---|---|---|
| Atlanta | Los Angeles | San Francisco | Beijing  Tokyo |
| Bethesda | Miami | Tallahassee | Caracas* |
| Boston | New York | Tampa | Helsinki* |
| Chicago | No. Virginia | Washington, D.C. | Jyvaskyla* |
| Ft. Lauderdale | Orlando | West Palm Beach | Mexico City |
| Jacksonville | Portland | | Tampere* |
| Lakeland | Sacramento | | Tel Aviv* |

*Representative Office

November 3, 2006
Invoice   2017396
Page 1
**TERMS: DUE ON RECEIPT**

For professional services rendered through October 31, 2006
in connection with the following:

Our Matter #098682.00001
    ConnectU LLC f/k/a Harvard Connection

**Redacted**

November 3, 2006
Invoice 2017396
Page   6

Reimbursable costs through October 31, 2006

| | | |
|---|---|---:|
| 10/11/06 | Daniel K. Hampton Cab fare to and from deposition - 10/5/06 - Inv. #MAT061009152253 | 24.00 |
| 10/20/06 | U.S. Legal Support, Inc Deposition of Divya K Narendra - Inv. #203252 | 1,751.38 |
| 10/20/06 | U.S. Legal Support, Inc Videotape services of deposition of Divya K Narendra - Inv. #203307 | 1,018.00 |
| 10/27/06 | Daniel K. Hampton Travel to co-counsel's office and court for evidentiary hearing - 10/23-25/06 - Inv. #YMC061026110526 | 56.00 |
| 10/31/06 | U.S. Legal Support, Inc Attendance at deposition of Richard Paukner - Inv. #203417 | 1,044.95 |
| | Photocopy | 6.80 |
| | Long Distance Telephone | 3.84 |

Total Reimbursable Costs ..................$      3,904.97
                                                 ------

Current Billing for this Matter ...........

BALANCE DUE THIS INVOICE .................$

**Redacted**

Law Offices

**HOLLAND & KNIGHT LLP**

2115 Harden Blvd.
P.O. Box 32092
Lakeland, Florida 33802-2092
(863) 682-1161
EIN 59-0663819

| | | | International: |
|---|---|---|---|
| Atlanta | Los Angeles | San Francisco | Beijing  Tokyo |
| Bethesda | Miami | Tallahassee | Caracas* |
| Boston | New York | Tampa | Helsinki* |
| Chicago | No. Virginia | Washington, D.C. | Jyvaskyla* |
| Ft. Lauderdale | Orlando | West Palm Beach | Mexico City |
| Jacksonville | Portland | | Tampere* |
| Lakeland | Sacramento | | Tel Aviv* |

*Representative Office

December 2, 2006
Invoice    2030590
Page 1
**TERMS: DUE ON RECEIPT**

For professional services rendered through November 30, 2006
in connection with the following:

Our Matter #098682.00001
      ConnectU LLC f/k/a Harvard Connection

**Redacted**

December 2, 2006
Invoice 2030590
Page    3

Reimbursable costs through November 30, 2006

| | | |
|---|---|---:|
| 11/06/06 | U.S. Legal Support, Inc Video tape services re: Richard Paukner - Inv. #203743 | 415.00 |
| 11/27/06 | Civil Action Group dba APS International, Ltd. Same Day fax/email; fax transmission, witness fee, fee for advance - Inv. #79521-0001 | 290.00 |
| 11/29/06 | American Express - Daniel Hampton - Ticket # 7761599040 - From New York to Boston - 6/16/06 | -150.05 |
| 11/29/06 | American Express - Daniel Hampton - Ticket # 7761599040 - 8/29/06 | 30.01 |
| | Photocopy | 6.40 |
| | Tabs/Velobind | 10.00 |

Total Reimbursable Costs ..................$         601.36

Current Billing for this Matter ...........

BALANCE DUE THIS INVOICE ..................$

**Redacted**

Law Offices
**HOLLAND & KNIGHT LLP**

P.O. Box 864084
Orlando, Fl 32886-4084
(863) 682-1161
EIN 59-0663819

| | | | International: |
| Atlanta | Los Angeles | San Francisco | Beijing Tokyo |
| Bethesda | Miami | Tallahassee | Caracas* |
| Boston | New York | Tampa | Helsinki* |
| Chicago | No. Virginia | Washington, D.C. | Jyvaskyla* |
| Ft. Lauderdale | Orlando | West Palm Beach | Mexico City |
| Jacksonville | Portland | | Tampere* |
| Lakeland | Sacramento | | Tel Aviv* |

*Representative Office

January 16, 2007
Invoice   2047515
Page 1
**TERMS: DUE ON RECEIPT**

For professional services rendered through December 31, 2006
in connection with the following:

Our Matter #098682.00001
     ConnectU LLC f/k/a Harvard Connection

**Redacted**

January 16, 2007
Invoice 2047515
Page   3

Reimbursable costs through December 31, 2006

Westlaw                                          16.01

    Total Reimbursable Costs ..................$      16.01

    Current Billing for this Matter ...........

    BALANCE DUE THIS INVOICE ..................$