# EXHIBIT C PART 1 OF 3



**ORRICK**

**Redacted**

TheFacebook, Inc.
2041 Mission College Boulevard
Suite 159
Santa Clara, CA 95054
Attn: Mairtini Ni Dhomhnaill

July 15, 2005
Client No. 16069
Invoice No. 969972

Orrick Contact: Stephen J. Venuto

FOR SERVICES RENDERED through June 30, 2005 in connection with
the matters described on the attached pages:

$

*LESS RATE ACCOMMODATION*

DISBURSEMENTS as per attached pages:

**TOTAL CURRENT FEES & DISBURSEMENTS (Pay this Amount):**     $     164.71

Matter(s): 16069/4 – ConnectU Litigation

## DUE UPON RECEIPT

In order to ensure proper credit to your account,
please reference your **INVOICE** and **CLIENT** numbers on your remittance.
For inquiries, call: (304) 231-2701. Fax (304) 231-2501.

## REMITTANCE COPY - PLEASE RETURN WITH PAYMENT

**REMITTANCE ADDRESS:**
*Orrick, Herrington & Sutcliffe LLP*
*File 72887*
*P.O. Box 61000*
*San Francisco, CA*
*94161-2887*
*Reference: 16069 / Invoice: 969972*
*E.I.N.*

**OVERNIGHT DELIVERY:**
*Orrick, Herrington & Sutcliffe LLP*
*c/o Bank of America,*
*File*
*1455 Market Street,*
*21st Floor*
*San Francisco, CA  94103*
*(415) 436-4300*

**ELECTRONIC FUNDS TRANSFERS:**
*Bank of America*
*San Francisco Main Branch*
*Account of*
*Orrick, Herrington & Sutcliffe LLP*
*ABA Number:*
*Account Number:*
*Reference: 16069 / Invoice: 969972*
*E.I.N.*

**Redacted**

# ORRICK

July 15, 2005
Invoice No. 969972

TheFacebook, Inc. - 16069
page 4

Disbursements
    Express Delivery
    Lexis Research           9.97
    Outside Services      97.24
    Westlaw Research    29.25
                       28.25
        Total Disbursements        $164.71

**Total For This Matter**



**ORRICK**

**Redacted**

TheFacebook, Inc.
2041 Mission College Boulevard
Suite 159
Santa Clara, CA 95054
Attn: Mairtini Ni Dhomhnaill

August 15, 2005
Client No. 16069
Invoice No. 973321

Orrick Contact: Stephen J. Venuto

FOR SERVICES RENDERED through July 31, 2005 in connection with
the matters described on the attached pages:

*LESS RATE ACCOMMODATION:*                                            $
   SUBTOTAL:                                           -
                                     $

*LESS ADDITIONAL ONE-TIME CLIENT ACCOMMODATION:*
   SUBTOTAL:                                           -
                                     $

DISBURSEMENTS as per attached pages:

**TOTAL CURRENT FEES & DISBURSEMENTS (Pay this Amount):**        $     2,726.83

Matter(s): 16069/4 – ConnectU Litigation

**DUE UPON RECEIPT**

In order to ensure proper credit to your account,
please reference your **INVOICE** and **CLIENT** numbers on your remittance.
For inquiries, call: (304) 231-2701.  Fax (304) 231-2501.

**REMITTANCE COPY - PLEASE RETURN WITH PAYMENT**

| **REMITTANCE ADDRESS:** | **OVERNIGHT DELIVERY:** | **ELECTRONIC FUNDS TRANSFERS:** |
|---|---|---|
| *Orrick, Herrington & Sutcliffe LLP* | *Orrick, Herrington & Sutcliffe LLP* | *Bank of America* |
| *File 72887* | *c/o Bank of America,* | *San Francisco Main Branch* |
| *P.O. Box 61000* | *File* | *Account of* |
| *San Francisco, CA* | *1455 Market Street,* | *Orrick, Herrington & Sutcliffe LLP* |
| *94161-2887* | *21st Floor* | *ABA Number:* |
| *Reference: 16069 / Invoice: 973321* | *San Francisco, CA 94103* | *Account Number:* |
| *E.I.N.* | *(415) 436-4300* | *Reference: 16069 / Invoice: 973321* |
| | | *E.I.N.* |



**ORRICK**

August 15, 2005
Invoice No. 973321

TheFacebook, Inc. - 16069
page 11

**Redacted**

Disbursements
| | |
|---|---|
| Express Delivery | 52.54 |
| Hand Delivery | 87.50 |
| Lexis Research | 1,968.74 |
| Other Business Meals | 47.62 |
| Outside Reproduction Services | 14.00 |
| Outside Services | 321.56 |
|   Roger Conley | |
|   (Installation of Website on Laptop Computer) | |
|   Pacer Service Center | |
|   (Search for Dockets & Current Litigation | |
|   Documents) | |
| Overtime Meals | 21.82 |
| Westlaw Research | 213.05 |

Total  Disbursements      $2,726.83

**Total For This Matter**



**ORRICK**

*Redacted*

TheFacebook, Inc.
2041 Mission College Boulevard
Suite 159
Santa Clara, CA 95054
Attn: Mairtini Ni Dhomhnaill

September 15, 2005
Client No. 16069
Invoice No. 976549

Orrick Contact: Stephen J. Venuto

FOR SERVICES RENDERED through August 31, 2005 in connection
with the matters described on the attached pages:

*LESS CLIENT ACCOMMODATION:*                          $
   SUBTOTAL:                                    -
*LESS ONE-TIME CLIENT COURTESY:*                      $
   SUBTOTAL:                                    -
                                                  $

DISBURSEMENTS as per attached pages:

                                                                    10,868.35
**TOTAL CURRENT FEES & DISBURSEMENTS (Pay this Amount):**   $

Matter(s): 16069/4 – ConnectU Litigation

### DUE UPON RECEIPT

The following is for information only:
Previous Balance not included in this invoice:

If this amount has already been paid, please disregard.

In order to ensure proper credit to your account,
please reference your **INVOICE** and **CLIENT** numbers on your remittance.
For inquiries, call: (304) 231-2701. Fax (304) 231-2501.

### REMITTANCE COPY - PLEASE RETURN WITH PAYMENT

| **REMITTANCE ADDRESS:** | **OVERNIGHT DELIVERY:** | **ELECTRONIC FUNDS TRANSFERS:** |
|---|---|---|
| *Orrick, Herrington & Sutcliffe LLP* | *Orrick, Herrington & Sutcliffe LLP* | *Bank of America* |
| *File* | *c/o Bank of America,* | *San Francisco Main Branch* |
| *P.O. Box 61000* | *File* | *Account of* |
| *San Francisco, CA* | *1455 Market Street,* | *Orrick, Herrington & Sutcliffe LLP* |
| *94161-2887* | *21st Floor* | *ABA Number:* |
| *Reference: 16069 / Invoice: 976549* | *San Francisco, CA 94103* | *Account Number:* |
| *E.I.N.* | *(415) 436-4300* | *Reference: 16069 / Invoice: 976549* |
| | | *E.I.N.* |

# ORRICK

Redacted

September 15, 2005
Invoice No. 976549

TheFacebook, Inc. - 16069
page 14

Disbursements

| | |
|---|---:|
| Express Delivery | |
| Lexis Research | 82.44 |
| Online Database | 864.73 |
| Out of Town Business Meals | 67.92 |
| Travel Expense, Air Fare | 288.54 |
| Travel Expense, Out of Town | 1,043.24 |
| Westlaw Research | 1,148.00 |
| | 7,373.48 |
| Total Disbursements | |

$10,868.35

**Total For This Matter**



ORRICK

Redacted

TheFacebook, Inc.
2041 Mission College Boulevard
Suite 159
Santa Clara, CA 95054
Attn: Mairtini Ni Dhomhnaill

October 13, 2005
Client No. 16069
Invoice No. 981820

Orrick Contact: Stephen J. Venuto

FOR SERVICES RENDERED through September 30, 2005 in
connection with the matters described on the attached pages:

DISBURSEMENTS as per attached pages:                    $

**TOTAL CURRENT FEES & DISBURSEMENTS (Pay this Amount):**      $              23,998.14

Matter(s): 16069/4 – ConnectU Litigation

The following is for information only:
Previous Balance not included in this invoice:

If this amount has already been paid, please disregard.

In order to ensure proper credit to your account,
please reference your **INVOICE** and **CLIENT** numbers on your remittance.
For inquiries, call: (304) 231-2701. Fax (304) 231-2501.

## REMITTANCE COPY - PLEASE RETURN WITH PAYMENT

**REMITTANCE ADDRESS:**
*Orrick, Herrington & Sutcliffe LLP*
*File*
*P.O. Box 61000*
*San Francisco, CA*
*94161-2887*
*Reference: 16069 / Invoice: 981820*
*E.I.N.*

**OVERNIGHT DELIVERY:**
*Orrick, Herrington & Sutcliffe LLP*
*c/o Bank of America,*
*File*
*1455 Market Street,*
*21st Floor*
*San Francisco, CA 94103*
*(415) 436-4300*

**ELECTRONIC FUNDS
TRANSFERS:**
*Bank of America*
*San Francisco Main Branch*
*Account of*
*Orrick, Herrington & Sutcliffe LLP*
*ABA Number:*
*Account Number:*
*Reference: 16069 / Invoice: 981820*
*E.I.N.*



**Redacted**

**ORRICK**

October 13, 2005
Invoice No. 981820

TheFacebook, Inc. - 16069
page 15

Disbursements

| | |
|---|---:|
| Color Copies | |
| Court Filing Fee (Charged By Court) | 191.25 |
| Court Messenger Fee | 33.00 |
| Deposition/Transcript Expenses | 522.45 |
| Duplicating Expense | 6,399.64 |
| Express Delivery | 2,240.40 |
| Facsimile | 216.84 |
| Lexis Research | 874.50 |
| Other Business Meals | 1,412.75 |
| Outside Reproduction Services | 94.62 |
| Overtime Meals | 3,639.98 |
| Postage | 18.32 |
| Service of Process:  Personal Service of | 13.26 |
| Subpoena | 135.00 |
| Telephone | |
| Travel Expense, Air Fare | 55.34 |
| Westlaw Research | 80.56 |
| Witness Fee: Paid to Deponent as Req'd | 8,020.23 |
| by Law | 50.00 |

Total  Disbursements                    $23,998.14

**Total For This Matter**



**ORRICK**

**Redacted**

TheFacebook, Inc.
2041 Mission College Boulevard
Suite 159
Santa Clara, CA 95054
Attn: Mairtini Ni Dhomhnaill

November 9, 2005
Client No. 16069
Invoice No. 986587

Orrick Contact: Stephen J. Venuto

FOR SERVICES RENDERED through October 31, 2005 in connection
with the matters described on the attached pages:

DISBURSEMENTS as per attached pages:                          $

**TOTAL CURRENT FEES & DISBURSEMENTS** (Pay this Amount):       $                6,399.06

Matter(s): 16069/4 – ConnectU Litigation

**DUE UPON RECEIPT**

The following is for information only:
Previous Balance not included in this invoice:

If this amount has already been paid, please disregard.

In order to ensure proper credit to your account,
please reference your **INVOICE** and **CLIENT** numbers on your remittance.
For inquiries, call: (304) 231-2701. Fax (304) 231-2501.

**REMITTANCE COPY - PLEASE RETURN WITH PAYMENT**

**REMITTANCE ADDRESS:**
Orrick, Herrington & Sutcliffe LLP
File
P.O. Box 61000
San Francisco, CA
94161-2887
Reference: 16069 / Invoice: 986587
E.I.N.

**OVERNIGHT DELIVERY:**
Orrick, Herrington & Sutcliffe LLP
c/o Bank of America,
File
1455 Market Street,
21st Floor
San Francisco, CA 94103
(415) 436-4300

**ELECTRONIC FUNDS
TRANSFERS:**
Bank of America
San Francisco Main Branch
Account of
Orrick, Herrington & Sutcliffe LLP
ABA Number:
Account Number:
Reference: 16069 / Invoice: 986587
E.I.N.



**ORRICK**

**Redacted**

November 9, 2005
Invoice No. 986587

TheFacebook, Inc. - 16069
page 11

Disbursements

| | |
|---|---|
| Court Messenger Fee | |
| Duplicating Expense | 46.00 |
| Express Delivery | 510.00 |
| Facsimile | 193.38 |
| Lexis Research | 171.00 |
| Local Taxi Expense | 2,229.50 |
| Other Business Meals | 47.43 |
| Outside Reproduction Services (Refund) | 47.48 |
| Outside Services | -3,245.15 |
| Overtime Meals | 31.36 |
| Postage | 13.85 |
| Secretarial/Staff Overtime | 0.74 |
| Service of Process:  Personal Service of Subpoena | 532.91 |
| Telephone | 1,050.00 |
| Westlaw Research | 13.04 |
| Witness Fee: Paid to Deponent as Req'd by Law | 4,619.85 |
| Word Processing | 100.00 |
| | 37.67 |

Total  Disbursements

$6,399.06

**Total For This Matter**



**ORRICK**

**Redacted**

TheFacebook, Inc.
2041 Mission College Boulevard
Suite 159
Santa Clara, CA 95054
Attn: Mairtini Ni Dhomhnaill

December 7, 2005
Client No. 16069
Invoice No. 990462

Orrick Contact: Stephen J. Venuto

FOR SERVICES RENDERED through November 30, 2005 in
connection with the matters described on the attached pages:

DISBURSEMENTS as per attached pages:                               $

**TOTAL CURRENT FEES & DISBURSEMENTS (Pay this Amount):**    $          10,161.72

Matter(s): 16069/4 – ConnectU Litigation

### DUE UPON RECEIPT

The following is for information only:
Previous Balance not included in this invoice:

If this amount has already been paid, please disregard.

In order to ensure proper credit to your account,
please reference your **INVOICE** and **CLIENT** numbers on your remittance.
For inquiries, call: (304) 231-2701.  Fax (304) 231-2501.

### REMITTANCE COPY - PLEASE RETURN WITH PAYMENT

**REMITTANCE ADDRESS:**
*Orrick, Herrington & Sutcliffe LLP*
*File*
*P.O. Box 61000*
*San Francisco, CA*
*94161-2887*
*Reference: 16069 / Invoice: 990462*
*E.I.N.*

**OVERNIGHT DELIVERY:**
*Orrick, Herrington & Sutcliffe LLP*
*c/o Bank of America,*
*File*
*1455 Market Street,*
*21st Floor*
*San Francisco, CA 94103*
*(415) 436-4300*

**ELECTRONIC FUNDS
TRANSFERS:**
*Bank of America*
*San Francisco Main Branch*
*Account of*
*Orrick, Herrington & Sutcliffe LLP*
*ABA Number:*
*Account Number:*
*Reference: 16069 / Invoice: 990462*
*E.I.N.*



ORRICK

December 7, 2005
Invoice No. 990462

TheFacebook, Inc. - 16069
page 17

Disbursements

| | |
|---|---|
| Duplicating Expense | |
| Express Delivery | 3,250.60 |
| Facsimile | 10.73 |
| Lexis Research | 537.00 |
| Local Taxi Expense | 2,220.99 |
| Other Business Meals | 43.00 |
| Out of Town Business Meals | 16.24 |
| Outside Reproduction Services | 193.90 |
| Outside Services | 3.50 |
| Overtime Meals | 53.20 |
| Parking Expense | 10.75 |
| Postage | 116.00 |
| Secretary of State Filing Fees | 3.23 |
| Service of Process:  Personal Service of | 26.00 |
| Subpoena | 194.00 |
| Telephone | |
| Travel Expense, Out of Town | 22.57 |
| Westlaw Research | 611.61 |
| Witness Fee: Paid to Deponent as Req'd | 2,898.40 |
| by Law | -50.00 |

Total  Disbursements            $10,161.72

**Total For This Matter**

**Redacted**



# ORRICK

Redacted

Facebook, Inc.
2041 Mission College Boulevard
Suite 159
Santa Clara, CA 95054
Attn: Mairtini Ni Dhomhnaill

January 17, 2006
Client No. 16069
Invoice No. 996304

Orrick Contact: Stephen J. Venuto

FOR SERVICES RENDERED through December 31, 2005 in
connection with the matters described on the attached pages:

DISBURSEMENTS as per attached pages:                    $

**TOTAL CURRENT FEES & DISBURSEMENTS (Pay this Amount):**    $          14,577.03

Matter(s): 16069/4 – ConnectU Litigation

## DUE UPON RECEIPT

The following is for information only:
Previous Balance not included in this invoice:

If this amount has already been paid, please disregard.

In order to ensure proper credit to your account,
please reference your **INVOICE** and **CLIENT** numbers on your remittance.
For inquiries, call: (304) 231-2701. Fax (304) 231-2501.

## REMITTANCE COPY - PLEASE RETURN WITH PAYMENT

**REMITTANCE ADDRESS:**
Orrick, Herrington & Sutcliffe LLP
File
P.O. Box 61000
San Francisco, CA
94161-2887
Reference: 16069 / Invoice: 996304
E.I.N.

**OVERNIGHT DELIVERY:**
Orrick, Herrington & Sutcliffe LLP
c/o Bank of America,
File
1455 Market Street,
21st Floor
San Francisco, CA 94103
(415) 436-4300

**ELECTRONIC FUNDS
TRANSFERS:**
Bank of America
San Francisco Main Branch
Account of
Orrick, Herrington & Sutcliffe LLP
ABA Number:
Account Number:
Reference: 16069 / Invoice: 996304
E.I.N.



ORRICK

January 17, 2006
Invoice No. 996304

Facebook, Inc. - 16069
page 14

Disbursements

| | |
|---|---|
| Court Filing Fee (Charged By Court) | |
| Court Messenger Fee | 355.10 |
| Court Photocopy/Document Retrieval Fee | 221.00 |
| Deposition/Transcript Expenses | 193.50 |
| Duplicating Expense | 25.00 |
| Express Delivery | 1,481.40 |
| Facsimile | 296.34 |
| Lexis Research | 268.50 |
| Other Business Meals | 1,111.80 |
| Out of Town Business Meals | 63.72 |
| Outside Reproduction Services | 36.00 |
| Outside Services | 766.24 |
| Parking Expense | 282.75 |
| Postage | 14.00 |
| Service of Process: Personal Service of | 12.21 |
| Subpoena | 659.00 |
| Telephone | |
| Travel Expense, Air Fare | 33.81 |
| Travel Expense, Local | 3,728.75 |
| Travel Expense, Out of Town | 100.51 |
| Westlaw Research | 252.01 |
| | 4,675.39 |
| Total Disbursements | |

$14,577.03

**Total For This Matter**

**Redacted**



**ORRICK**

**Redacted**

Facebook, Inc.
156 University Avenue
Palo Alto, CA 94301
Attn: Catherine Chang

February 9, 2006
Client No. 16069
Invoice No. 998301

Orrick Contact: Stephen J. Venuto

FOR SERVICES RENDERED through January 31, 2006 in connection
with the matters described on the attached pages:                           $
*LESS RATE ACCOMMODATION:*                                                   -
    SUBTOTAL:                                            $

DISBURSEMENTS as per attached pages:                                                        25,915.45

**TOTAL CURRENT FEES & DISBURSEMENTS (Pay this Amount):**    $

Matter(s): 16069/4 – ConnectU Litigation

## DUE UPON RECEIPT

The following is for information only:
Previous Balance not included in this invoice:

If this amount has already been paid, please disregard.

In order to ensure proper credit to your account,
please reference your **INVOICE** and **CLIENT** numbers on your remittance.
For inquiries, call: (304) 231-2701.  Fax (304) 231-2501.

## REMITTANCE COPY - PLEASE RETURN WITH PAYMENT

**REMITTANCE ADDRESS:**
*Orrick, Herrington & Sutcliffe LLP
File
P.O. Box 61000
San Francisco, CA
94161-2887
Reference: 16069 / Invoice: 998301
E.I.N.*

**OVERNIGHT DELIVERY:**
*Orrick, Herrington & Sutcliffe LLP
c/o Bank of America,
File
1455 Market Street,
21st Floor
San Francisco, CA  94103
(415) 436-4300*

**ELECTRONIC FUNDS
TRANSFERS:**
*Bank of America
San Francisco Main Branch
Account of
Orrick, Herrington & Sutcliffe LLP
ABA Number:
Account Number:
Reference: 16069 / Invoice: 998301
E.I.N.*



**ORRICK**

*Redacted*

February 9, 2006
Invoice No. 998301

Facebook, Inc. - 16069
page 19

Disbursements

| | |
|---|---:|
| Court Messenger Fee | 404.50 |
| Duplicating Expense | 4,218.20 |
| Express Delivery | 444.87 |
| Facsimile | 87.00 |
| Hand Delivery | 437.44 |
| Lexis Research | 8,559.95 |
| Outside Services | 193.81 |
| Service of Process: Personal Service of Subpoena | 747.50 |
| Telephone | 14.90 |
| Travel Expense, Air Fare | -262.03 |
| Westlaw Research | 10,994.31 |
| Witness Fee: Paid to Deponent as Req'd by Law | 75.00 |
| Total Disbursements | $25,915.45 |

**Total For This Matter**



**ORRICK**

**Redacted**

Facebook, Inc.
156 University Avenue
Palo Alto, CA 94301
Attn: Catherine Chang

March 9, 2006
Client No. 16069
Invoice No. 1002851

Orrick Contact: Stephen J. Venuto

FOR SERVICES RENDERED through February 28, 2006 in connection
with the matters described on the attached pages:

DISBURSEMENTS as per attached pages:                                    $

**TOTAL CURRENT FEES & DISBURSEMENTS (Pay this Amount):**          $          5,197.08

Matter(s): 16069/4 – ConnectU Litigation

**DUE UPON RECEIPT**

The following is for information only:
Previous Balance not included in this invoice:

If this amount has already been paid, please disregard.

In order to ensure proper credit to your account,
please reference your **INVOICE** and **CLIENT** numbers on your remittance.
For inquiries, call: (304) 231-2701.  Fax (304) 231-2501.

**REMITTANCE COPY - PLEASE RETURN WITH PAYMENT**

| **REMITTANCE ADDRESS:** | **OVERNIGHT DELIVERY:** | **ELECTRONIC FUNDS** |
|---|---|---|
| *Orrick, Herrington & Sutcliffe LLP* | *Orrick, Herrington & Sutcliffe LLP* | **TRANSFERS:** |
| *File* | *c/o Bank of America,* | *Bank of America* |
| *P.O. Box 61000* | *File* | *San Francisco Main Branch* |
| *San Francisco, CA* | *1455 Market Street,* | *Account of* |
| *94161-2887* | *21st Floor* | *Orrick, Herrington & Sutcliffe LLP* |
| *Reference: 16069 / Invoice: 1002851* | *San Francisco, CA 94103* | *ABA Number:* |
| *E.I.N.* | *(415) 436-4300* | *Account Number:* |
| | | *Reference: 16069 / Invoice: 1002851* |
| | | *E.I.N.* |



ORRICK

March 9, 2006
Invoice No. 1002851

Facebook, Inc. - 16069
page 17

Disbursements

| | |
|---|---:|
| Court Messenger Fee | |
| Deposition/Transcript Expenses | 375.00 |
| Duplicating Expense | 72.00 |
| Express Delivery | 1,971.60 |
| Facsimile | 122.01 |
| Other Business Meals | 103.50 |
| Outside Services | 51.66 |
| Overtime Meals | 56.56 |
| Travel Expense, Air Fare | 12.28 |
| Westlaw Research | 1,207.20 |
| Word Processing | 683.00 |
| | 542.27 |

Total Disbursements

$5,197.08

**Total For This Matter**

**Redacted**



**ORRICK**

Facebook, Inc.
156 University Avenue
Palo Alto, CA 94301
Attn: Catherine Chang

*Redacted*

April 6, 2006
Client No. 16069
Invoice No. 1006548

Orrick Contact: Stephen J. Venuto

FOR SERVICES RENDERED through March 31, 2006 in connection
with the matters described on the attached pages:

DISBURSEMENTS as per attached pages:                                    $

**TOTAL CURRENT FEES & DISBURSEMENTS (Pay this Amount):**               8,371.05

Matter(s): 16069/4 – ConnectU Litigation                                $

### DUE UPON RECEIPT

The following is for information only:
Previous Balance not included in this invoice:

If this amount has already been paid, please disregard.

In order to ensure proper credit to your account,
please reference your **INVOICE** and **CLIENT** numbers on your remittance.
For inquiries, call: (304) 231-2701.  Fax (304) 231-2501.

### REMITTANCE COPY - PLEASE RETURN WITH PAYMENT

**REMITTANCE ADDRESS:**
Orrick, Herrington & Sutcliffe LLP
File        P.O. Box 61000
San Francisco, CA  94161-2887
Reference: 16069/ Invoice: 1006548
E.I.N.

**OVERNIGHT DELIVERY:**
Orrick, Herrington & Sutcliffe LLP
c/o Bank of America, File
1455 Market Street, 21st Floor
San Francisco, CA  94103
(415) 436-4300

**ELECTRONIC FUNDS
TRANSFERS:**
*Wire Transfers Only:*
*ABA Number*
Bank of America
100 West 33rd Street, NY, NY 10001
Account of
Orrick, Herrington & Sutcliffe LLP
Account Number:
Reference: 16069/ Invoice: 1006548
E.I.N.

**ELECTRONIC FUNDS
TRANSFERS:**
*ACH Transfers Only:*
*ABA Number*
Bank of America
San Francisco Main Branch
Account of
Orrick, Herrington & Sutcliffe LLP
Account Number:
Reference: 16069/ Invoice:
E.I.N.



**ORRICK**

April 6, 2006
Invoice No. 1006548

Facebook, Inc. - 16069
page 22

Disbursements

| | |
|---|---:|
| Court Filing Fee (Charged By Court) | 204.00 |
| Court Messenger Fee | 213.00 |
| Deposition/Transcript Expenses | -5,915.64 |
| Duplicating Expense | 468.20 |
| Express Delivery | 405.65 |
| Hand Delivery | 186.67 |
| Hotel | 2,404.52 |
| Lexis Research | 4,098.96 |
| Local Tolls | 4.50 |
| Out of Town Business Meals | 263.18 |
| Outside Services | 6.90 |
| Service of Process:  Personal Service of Subpoena | 461.50 |
| Travel Expense, Air Fare | 1,619.74 |
| Travel Expense, Local | 21.36 |
| Westlaw Research | 3,853.51 |
| Witness Fee: Paid to Deponent as Req'd by Law | 75.00 |

Total  Disbursements

$8,371.05

**Total For This Matter**

**Redacted**



# ORRICK

Redacted

Facebook, Inc.
156 University Avenue
Palo Alto, CA 94301
Attn: Catherine Chang

May 4, 2006
Client No. 16069
Invoice No. 1010915

Orrick Contact: Stephen J. Venuto

FOR SERVICES RENDERED through April 30, 2006 in connection
with the matters described on the attached pages:                    $

DISBURSEMENTS as per attached pages:                                           6,844.35

**TOTAL CURRENT FEES & DISBURSEMENTS (Pay this Amount):**    $  _____

Matter(s): 16069/4 – ConnectU Litigation

## DUE UPON RECEIPT

The following is for information only:
Previous Balance not included in this invoice:

If this amount has already been paid, please disregard.

In order to ensure proper credit to your account,
please reference your **INVOICE** and **CLIENT** numbers on your remittance.
For inquiries, call: (304) 231-2701. Fax (304) 231-2501.

## REMITTANCE COPY - PLEASE RETURN WITH PAYMENT

**REMITTANCE ADDRESS:**
Orrick, Herrington & Sutcliffe LLP
File      P.O. Box 61000
San Francisco, CA 94161-2887
Reference: 16069/ Invoice: 1010915
E.I.N.
**OVERNIGHT DELIVERY:**
Orrick, Herrington & Sutcliffe LLP
c/o Bank of America, File
1455 Market Street, 21st Floor
San Francisco, CA 94103
(415) 436-4300

**ELECTRONIC FUNDS
TRANSFERS:**
*Wire Transfers Only:*
*ABA Number*
Bank of America
100 West 33rd Street, NY, NY 10001
Account of
Orrick, Herrington & Sutcliffe LLP
Account Number:
Reference: 16069/ Invoice: 1010915
E.I.N.

**ELECTRONIC FUNDS
TRANSFERS:**
*ACH Transfers Only:*
*ABA Number*
Bank of America
San Francisco Main Branch
Account of
Orrick, Herrington & Sutcliffe LLP
Account Number:
Reference: 16069/ Invoice: 1010915
E.I.N.



**ORRICK**

May 4, 2006
Invoice No. 1010915

**Redacted**

Facebook, Inc. - 16069
page 11

Disbursements

| | |
|---|---:|
| Court Filing Fee (Charged By Court) | 125.00 |
| Express Delivery | 246.66 |
| Lexis Research | 1,785.84 |
| Purchases | 259.78 |
| Secretary of State Filing Fees | 320.00 |
| Travel Expense, Air Fare | 672.10 |
| Travel Expense, Out of Town | 301.72 |
| Westlaw Research | 3,133.25 |
| Total Disbursements | |

$6,844.35

**Total For This Matter**



**ORRICK**

Redacted

Facebook, Inc.
156 University Avenue
Palo Alto, CA 94301
Attn: Catherine Chang

June 6, 2006
Client No. 16069
Invoice No. 1015250

Orrick Contact: Stephen J. Venuto

FOR SERVICES RENDERED through May 31, 2006 in connection with
the matters described on the attached pages:

LESS RATE ACCOMMODATION:                                  $
SUBTOTAL:                                                 $  -

DISBURSEMENTS as per attached pages:                      $

**TOTAL CURRENT FEES & DISBURSEMENTS (Pay this Amount):**          20,925.75
                                                          $

Matter(s): 16069/4 – ConnectU Litigation

**DUE UPON RECEIPT**

The following is for information only:
Previous Balance not included in this invoice:

If this amount has already been paid, please disregard.

In order to ensure proper credit to your account,
please reference your **INVOICE** and **CLIENT** numbers on your remittance.
For inquiries, call: (304) 231-2701. Fax (304) 231-2501.

**REMITTANCE COPY - PLEASE RETURN WITH PAYMENT**

**REMITTANCE ADDRESS:**
Orrick, Herrington & Sutcliffe LLP
File        P.O. Box 61000
San Francisco, CA  94161-2887
Reference: 16069/ Invoice: 1015250
E.I.N.
**OVERNIGHT DELIVERY:**
Orrick, Herrington & Sutcliffe LLP
c/o Bank of America, File
1455 Market Street, 21st Floor
San Francisco, CA  94103
(415) 436-4300

**ELECTRONIC FUNDS
TRANSFERS:**
*Wire Transfers Only:*
*ABA Number*
Bank of America
100 West 33rd Street, NY, NY 10001
Account of
Orrick, Herrington & Sutcliffe LLP
Account Number:
Reference: 16069/ Invoice: 1015250
E.I.N.

**ELECTRONIC FUNDS
TRANSFERS:**
*ACH Transfers Only:*
*ABA Number*
Bank of America
San Francisco Main Branch
Account of
Orrick, Herrington & Sutcliffe LLP
Account Number:
Reference: 16069/ Invoice: 1015250
E.I.N.



**ORRICK**

June 6, 2006
Invoice No. 1015250

Facebook, Inc. - 16069
page 18

Disbursements
| | |
|---|---|
| Color Copies | 27.50 |
| Court Filing Fee (Charged By Court) | 192.80 |
| Deposition/Transcript Expenses | 3,299.40 |
| Duplicating Expense | 3,149.40 |
| Express Delivery | 423.61 |
| Hand Delivery | 43.98 |
| Lexis Research | 11,715.00 |
| Outside Services | 48.80 |
| Secretary of State Filing Fees | 18.00 |
| Travel Expense, Local | 71.20 |
| Westlaw Research | 1,648.78 |
| Word Processing | 287.28 |

Total Disbursements                    $20,925.75

**Total For This Matter**

**Redacted**



# ORRICK

Redacted

Facebook, Inc.
156 University Avenue
Palo Alto, CA 94301
Attn: Catherine Chang

July 10, 2006
Client No. 16069
Invoice No. 1019857

Orrick Contact: Stephen J. Venuto

FOR SERVICES RENDERED through June 30, 2006 in connection with
the matters described on the attached pages:                          $

DISBURSEMENTS as per attached pages:                                              44,765.51

**TOTAL CURRENT FEES & DISBURSEMENTS (Pay this Amount):**     $

Matter(s): 16069/4 – ConnectU Litigation

## DUE UPON RECEIPT

The following is for information only:
Previous Balance not included in this invoice:

If this amount has already been paid, please disregard.

In order to ensure proper credit to your account,
please reference your **INVOICE** and **CLIENT** numbers on your remittance.
For inquiries, call: (304) 231-2701. Fax (304) 231-2501.

## REMITTANCE COPY - PLEASE RETURN WITH PAYMENT

**REMITTANCE ADDRESS:**
*Orrick, Herrington & Sutcliffe LLP*
*File       P.O. Box 61000*
*San Francisco, CA 94161-2887*
*Reference: 16069/ Invoice: 1019857*
*E.I.N.*

**OVERNIGHT DELIVERY:**
*Orrick, Herrington & Sutcliffe LLP*
*c/o Bank of America, File*
*1455 Market Street, 21st Floor*
*San Francisco, CA 94103*
*(415) 436-4300*

**ELECTRONIC FUNDS
TRANSFERS:**
*Wire Transfers Only:*
*ABA Number*
*Bank of America*
*100 West 33rd Street, NY, NY 10001*
*Account of*
*Orrick, Herrington & Sutcliffe LLP*
*Account Number:*
*Reference: 16069/ Invoice: 1019857*
*E.I.N.*

**ELECTRONIC FUNDS
TRANSFERS:**
*ACH Transfers Only:*
*ABA Number*
*Bank of America*
*San Francisco Main Branch*
*Account of*
*Orrick, Herrington & Sutcliffe LLP*
*Account Number:*
*Reference: 16069/ Invoice: 1019857*
*E.I.N.*

Facebook, Inc. - 16069
page 19

July 10, 2006
Invoice No. 1019857

Disbursements

| | |
|---|---|
| Color Copies | 25.00 |
| Court Messenger Fee | 78.00 |
| Duplicating Expense | 8,080.60 |
| Express Delivery | 163.94 |
| Lexis Research | 29,792.93 |
| Outside Services | 2,257.50 |
| Service of Process:  Personal Service of Subpoena | 98.00 |
| Westlaw Research | 4,269.54 |

Total  Disbursements          $44,765.51

**Total For This Matter**

**Redacted**

ORRICK



# ORRICK

Facebook, Inc.
156 University Avenue
Palo Alto, CA 94301
Attn: Catherine Chang

August 7, 2006
Client No. 16069
Invoice No. 1024553

Orrick Contact: Stephen J. Venuto

FOR SERVICES RENDERED through July 31, 2006 in connection with
the matters described on the attached pages:

DISBURSEMENTS as per attached pages:                           $

**TOTAL CURRENT FEES & DISBURSEMENTS (Pay this Amount):**    $                    15,457.44

Matter(s): 16069/4 – ConnectU Litigation

## DUE UPON RECEIPT

The following is for information only:
Previous Balance not included in this invoice:              **Redacted**

If this amount has already been paid, please disregard.

In order to ensure proper credit to your account,
please reference your **INVOICE** and **CLIENT** numbers on your remittance.
For inquiries, call: (304) 231-2701.  Fax (304) 231-2501.

## REMITTANCE COPY - PLEASE RETURN WITH PAYMENT

**REMITTANCE ADDRESS:**
Orrick, Herrington & Sutcliffe LLP
File           P.O. Box 61000
San Francisco, CA 94161-2887
Reference: 16069/ Invoice: 1024553
E.I.N.

**OVERNIGHT DELIVERY:**
Orrick, Herrington & Sutcliffe LLP
c/o Bank of America, File
1455 Market Street, 21st Floor
San Francisco, CA 94103
(415) 436-4300

**ELECTRONIC FUNDS
TRANSFERS:**
*Wire Transfers Only:*
*ABA Number*
*Bank of America*
*100 West 33rd Street, NY, NY 10001*
*Account of*
*Orrick, Herrington & Sutcliffe LLP*
*Account Number:*
*Reference: 16069/ Invoice: 1024553*
*E.I.N.*

**ELECTRONIC FUNDS
TRANSFERS:**
*ACH Transfers Only:*
*ABA Number*
*Bank of America*
*San Francisco Main Branch*
*Account of*
*Orrick, Herrington & Sutcliffe LLP*
*Account Number:*
*Reference: 16069/ Invoice: 1024553*
*E.I.N.*

Facebook, Inc. - 16069
page 10

August 7, 2006
Invoice No. 1024553

**Redacted**

Disbursements

| | |
|---|---|
| Court Filing Fee (Charged By Court) | 105.00 |
| Deposition/Transcript Expenses | 1,701.05 |
| Duplicating Expense | 1,928.50 |
| Express Delivery | 1,213.88 |
| Facsimile | 0.00 |
| Lexis Research | 726.35 |
| Local Taxi Expense | 0.00 |
| Other Business Meals | 0.00 |
| Out of Town Business Meals | 278.29 |
| Outside Services | 51.15 |
| Parking Expense | 0.00 |
| Postage | 0.00 |
| Secretarial/Staff Overtime | 0.00 |
| Telephone | 0.00 |
| Travel Expense, Air Fare | 4,761.34 |
| Travel Expense, Local | 960.32 |
| Travel Expense, Out of Town | 1,874.85 |
| U.S. Patent & Trademark Office - PTO fees | 120.00 |
| Westlaw Research | 1,736.71 |

Total Disbursements          $15,457.44

**Total For This Matter**



ORRICK

Redacted

Facebook, Inc.
156 University Avenue
Palo Alto, CA 94301
Attn: Catherine Chang

September 11, 2006
Client No. 16069
Invoice No. 1028511

Orrick Contact: Stephen J. Venuto

FOR SERVICES RENDERED through August 31, 2006 in connection
with the matters described on the attached pages:

DISBURSEMENTS as per attached pages:                                    $

4,644.89

**TOTAL CURRENT FEES & DISBURSEMENTS (Pay this Amount):**          $

Matter(s): 16069/4 – ConnectU Litigation

## DUE UPON RECEIPT

The following is for information only:
Previous Balance not included in this invoice:

If this amount has already been paid, please disregard.

In order to ensure proper credit to your account,
please reference your **INVOICE** and **CLIENT** numbers on your remittance.
For inquiries, call: (304) 231-2701.  Fax (304) 231-2501.

## REMITTANCE COPY - PLEASE RETURN WITH PAYMENT

**REMITTANCE ADDRESS:**
Orrick, Herrington & Sutcliffe LLP
File        P.O. Box 61000
San Francisco, CA 94161-2887
Reference: 16069/ Invoice: 1028511
E.I.N.

**OVERNIGHT DELIVERY:**
Orrick, Herrington & Sutcliffe LLP
c/o Bank of America, File
1455 Market Street, 21st Floor
San Francisco, CA 94103
(415) 436-4300

**ELECTRONIC FUNDS
TRANSFERS:**
*Wire Transfers Only:*
*ABA Number*
Bank of America
100 West 33rd Street, NY, NY 10001
Account of
Orrick, Herrington & Sutcliffe LLP
Account Number:
Reference: 16069/ Invoice: 1028511
E.I.N.

**ELECTRONIC FUNDS
TRANSFERS:**
*ACH Transfers Only:*
*ABA Number*
Bank of America
San Francisco Main Branch
Account of
Orrick, Herrington & Sutcliffe LLP
Account Number:
Reference: 16069/ Invoice: 1028511
E.I.N.

**Redacted**

Facebook, Inc. - 16069
page 7

September 11, 2006
Invoice No. 1028511

Disbursements

| | |
|---|---|
| Court Messenger Research | 119.00 |
| Deposition/Transcript Expenses | 950.00 |
| Duplicating Expense | 409.80 |
| Express Delivery | 285.84 |
| Lexis Research | 1,645.16 |
| NY Cafeteria | 11.39 |
| Outside Reproduction Services | 3.50 |
| Outside Services | 214.00 |
| Secretary of State Filing Fees | 135.50 |
| Service of Process:  Personal Service of Subpoena | 844.00 |
| Travel Expense, Local | 26.70 |
| Total  Disbursements | $4,644.89 |

**Total For This Matter**

Facebook, Inc. - 16069
page 8

September 11, 2006
Invoice No. 1028511

**Redacted**

Facebook, Inc.
156 University Avenue
Palo Alto, CA 94301
Attn: Catherine Chang

October 6, 2006
Client No. 16069
Invoice No. 1033250

Orrick Contact: Stephen J. Venuto

FOR SERVICES RENDERED through September 30, 2006 in
connection with the matters described on the attached pages:
One Time Courteous Credit

Total Less Credit                                                    $

DISBURSEMENTS as per attached pages:

**TOTAL CURRENT FEES & DISBURSEMENTS (Pay this Amount):**

18,133.40

$

Matter(s): 16069/4 - ConnectU Litigation

### DUE UPON RECEIPT

The following is for information only:
Previous Balance not included in this invoice:

If this amount has already been paid, please disregard.

In order to ensure proper credit to your account,
please reference your **INVOICE** and **CLIENT** numbers on your remittance.
For inquiries, call: (304) 231-2701. Fax (304) 231-2501.

**REMITTANCE COPY - PLEASE RETURN WITH PAYMENT**

**REMITTANCE ADDRESS:**
Orrick, Herrington & Sutcliffe LLP
File          P.O. Box 61000
San Francisco, CA 94161-2887
Reference: 16069/ Invoice 1033250
E.I.N
**OVERNIGHT DELIVERY:**
Orrick, Herrington & Sutcliffe LLP
c/o Bank of America, File
1455 Market Street, 21st Floor
San Francisco, CA 94103
(415) 136-4300

**ELECTRONIC FUNDS
TRANSFERS:**
**Wire Transfers Only:**
ABA Number
Bank of America
100 West 33rd Street, NY, NY 10001
Account of
Orrick, Herrington & Sutcliffe LLP
Account Number:
Reference: 16069/ Invoice: 1033250
E.I.N

**ELECTRONIC FUNDS
TRANSFERS:**
**ACH Transfers Only:**
ABA Number
Bank of America
San Francisco Main Branch
Account of
Orrick, Herrington & Sutcliffe LLP
Account Number: 1499-4-10382
Reference: 16069/ Invoice: 1033250
E.I.N.

**Redacted**

Facebook, Inc. - 16069
page 13

October 6. 2006
Invoice No. 1033250

Disbursements

| | |
|---|---:|
| Court Messenger Fee | 170.70 |
| Court Photocopy/Document Retrieval Fee | 32.00 |
| Deposition/Transcript Expenses | 390.00 |
| Duplicating Expense | 4,771.40 |
| Express Delivery | 444.49 |
| Facsimile | 0.00 |
| Hand Delivery | 252.34 |
| Lexis Research | 10,827.84 |
| Outside Services | 2.63 |
| Postage | 0.00 |
| Secretarial/Staff Overtime | 0.00 |
| Secretary of State Filing Fees | 562.00 |
| Telephone | 0.00 |
| Westlaw Research | 680.00 |
| Total Disbursements | $18.133.40 |

Facebook, Inc. - 16069
page 14

October 6, 2006
Invoice No. 1033250

**Total For This Matter**

*Redacted*



**ORRICK**

Facebook, Inc.
156 University Avenue
Palo Alto, CA 94301
Attn: Catherine Chang

November 9, 2006
Client No. 16069
Invoice No. 1038795

Orrick Contact: Stephen J. Venuto

FOR SERVICES RENDERED through October 31, 2006 in connection
with the matters described on the attached pages:
$\qquad$ *LESS ONE TIME COURTESY CREDIT* $\qquad$ $
SUBTOTAL
DISBURSEMENTS as per attached pages:                      $

**TOTAL CURRENT FEES & DISBURSEMENTS (Pay this Amount):**      $          24,711.14

Matter(s): 16069/4 – ConnectU Litigation

**DUE UPON RECEIPT**

The following is for information only:            **Redacted**
Previous Balance not included in this invoice:

If this amount has already been paid, please disregard.

In order to ensure proper credit to your account,
please reference your **INVOICE** and **CLIENT** numbers on your remittance.
For inquiries, call: (304) 231-2701.  Fax (304) 231-2501.

**REMITTANCE COPY - PLEASE RETURN WITH PAYMENT**

**REMITTANCE ADDRESS:**
*Orrick, Herrington & Sutcliffe LLP*
*File        P.O. Box 61000*
*San Francisco, CA  94161-2887*
*Reference: 16069/ Invoice: 1038795*
*E.I.N.*
**OVERNIGHT DELIVERY:**
*Orrick, Herrington & Sutcliffe LLP*
*c/o Bank of America, File*
*1455 Market Street, 21st Floor*
*San Francisco, CA  94103*
*(415) 436-4300*

**ELECTRONIC FUNDS
TRANSFERS:**
***Wire Transfers Only:***
*ABA Number*
*Bank of America*
*100 West 33rd Street, NY, NY 10001*
*Account of*
*Orrick, Herrington & Sutcliffe LLP*
*Account Number:*
*Reference: 16069/ Invoice: 1038795*
*E.I.N.*

**ELECTRONIC FUNDS
TRANSFERS:**
***ACH Transfers Only:***
*ABA Number*
*Bank of America*
*San Francisco Main Branch*
*Account of*
*Orrick, Herrington & Sutcliffe LLP*
*Account Number:*
*Reference: 16069/ Invoice: 1038795*
*E.I.N.*



ORRICK

November 9, 2006
Invoice No. 1038795

Facebook, Inc. - 16069
page 20

Disbursements

| | |
|---|---|
| Court Filing Fee (Charged By Court) | 150.50 |
| Deposition/Transcript Expenses | 73.00 |
| Express Delivery | 2,338.74 |
| Hand Delivery | 58.31 |
| Lexis Research | 18,051.84 |
| Out of Town Business Meals | 101.19 |
| Outside Reproduction Services | 1.65 |
| Outside Services | 66.57 |
| Service of Process: Personal Service of Subpoena | 361.25 |
| Travel Expense, Local | 388.11 |
| Travel Expense, Out of Town | 992.00 |
| Westlaw Research | 2,127.98 |

Total Disbursements

$24,711.14

**Total For This Matter**

**Redacted**



**ORRICK**

**Redacted**

Facebook, Inc.
156 University Avenue
Palo Alto, CA 94301
Attn: Catherine Chang

December 8, 2006
Client No. 16069
Invoice No. 1043822

Orrick Contact: Stephen J. Venuto

FOR SERVICES RENDERED through November 30, 2006 in
connection with the matters described on the attached pages:
  *LESS RATE ACCOMMODATION*
SUBTOTAL
DISBURSEMENTS as per attached pages:

$ ————

$ ————

**TOTAL CURRENT FEES & DISBURSEMENTS** (Pay this Amount):

24,074.85

Matter(s): 16069/4 – ConnectU Litigation

$ ————

**DUE UPON RECEIPT**

The following is for information only:
Previous Balance not included in this invoice:

If this amount has already been paid, please disregard.

In order to ensure proper credit to your account,
please reference your **INVOICE** and **CLIENT** numbers on your remittance.
For inquiries, call: (304) 231-2701.  Fax (304) 231-2501.

**REMITTANCE COPY - PLEASE RETURN WITH PAYMENT**

**REMITTANCE ADDRESS:**
*Orrick, Herrington & Sutcliffe LLP*
*File  P.O. Box 61000*
*San Francisco, CA 94161-2887*
*Reference: 16069/ Invoice: 1043822*
*E.I.N.*
**OVERNIGHT DELIVERY:**
*Orrick, Herrington & Sutcliffe LLP*
*c/o Bank of America, File*
*1455 Market Street, 21st Floor*
*San Francisco, CA 94103*
*(415) 436-4300*

**ELECTRONIC FUNDS
TRANSFERS:**
*Wire Transfers Only:*
*ABA Number*
*Bank of America*
*100 West 33rd Street, NY, NY 10001*
*Account of:*
*Orrick, Herrington & Sutcliffe LLP*
*Account Number:*
*Reference: 16069/ Invoice: 1043822*
*E.I.N.*

**ELECTRONIC FUNDS
TRANSFERS:**
*ACH Transfers Only:*
*ABA Number*
*Bank of America*
*San Francisco Main Branch*
*Account of:*
*Orrick, Herrington & Sutcliffe LLP*
*Account Number:*
*Reference: 16069/ Invoice: 1043822*
*E.I.N.*



ORRICK

December 8, 2006
Invoice No. 1043822

Facebook, Inc. - 16069
page 11

Disbursements

| | |
|---|---:|
| Court Filing Fee (Charged By Court) | 75.00 |
| Court Messenger Fee | 413.75 |
| Court Messenger Research | 12.00 |
| Court Photocopy/Document Retrieval Fee | 128.05 |
| Deposition/Transcript Expenses | 815.00 |
| Duplicating Expense | 1,161.80 |
| Express Delivery | 236.93 |
| Lexis Research | 5,515.53 |
| NY Cafeteria | 58.59 |
| Out of Town Business Meals | 985.48 |
| Outside Services | 22.40 |
| Service of Process: Personal Service of Subpoena | 1,903.20 |
| Travel Expense, Air Fare | 5,854.83 |
| Travel Expense, Local | 115.70 |
| Travel Expense, Out of Town | 6,148.31 |
| Westlaw Research | 466.28 |
| Witness Fee: Paid to Deponent as Req'd by Law | 162.00 |

Total Disbursements                    $24,074.85

**Total For This Matter**

**Redacted**