# EXHIBIT C PART 2 OF 3



# ORRICK

**Redacted**

Facebook, Inc.
156 University Avenue
Palo Alto, CA 94301
Attn: Catherine Chang

January 11, 2007
Client No. 16069
Invoice No. 1049151

Orrick Contact: Stephen J. Venuto

FOR SERVICES RENDERED through December 31, 2006 in connection with the matters described on the attached pages:
DISBURSEMENTS as per attached pages:

$

**TOTAL CURRENT FEES & DISBURSEMENTS (Pay this Amount):**       $            16,229.31

Matter(s): 16069/4 – ConnectU Litigation

## DUE UPON RECEIPT

The following is for information only:
Previous Balance not included in this invoice:

If this amount has already been paid, please disregard.

In order to ensure proper credit to your account,
please reference your **INVOICE** and **CLIENT** numbers on your remittance.
For inquiries, call: (304) 231-2701. Fax (304) 231-2501.

## REMITTANCE COPY - PLEASE RETURN WITH PAYMENT

**REMITTANCE ADDRESS:**
Orrick, Herrington & Sutcliffe LLP
File          P.O. Box 61000
San Francisco, CA 94161-2887
Reference: 16069/ Invoice: 1049151
E.I.N.

**OVERNIGHT DELIVERY:**
Orrick, Herrington & Sutcliffe LLP
c/o Bank of America, File
1455 Market Street, 21st Floor
San Francisco, CA 94103
(415) 436-4300

**ELECTRONIC FUNDS
TRANSFERS:**
*Wire Transfers Only:*
*ABA Number*
*Bank of America*
*100 West 33rd Street, NY, NY 10001*
*Account of*
*Orrick, Herrington & Sutcliffe LLP*
*Account Number:*
*Reference: 16069/ Invoice: 1049151*
*E.I.N.*

**ELECTRONIC FUNDS
TRANSFERS:**
*ACH Transfers Only:*
*ABA Number*
*Bank of America*
*San Francisco Main Branch*
*Account of*
*Orrick, Herrington & Sutcliffe LLP*
*Account Number:*
*Reference: 16069/ Invoice: 1049151*
*E.I.N.*



**ORRICK**

**Redacted**

January 11, 2007
Invoice No. 1049151

Facebook, Inc. - 16069
page 11

Disbursements

| | |
|---|---:|
| Court Filing Fee (Charged By Court) | 20.00 |
| Court Messenger Fee | 181.00 |
| Duplicating Expense | 800.40 |
| Lexis Research | 8,834.80 |
| Local Taxi Expense | 0.00 |
| Outside Reproduction Services | 9.90 |
| Outside Services | 19.95 |
| Overtime Meals | 0.00 |
| Parking Expense | 0.00 |
| Postage | 0.00 |
| Secretarial/Staff Overtime | 0.00 |
| Telephone | 0.00 |
| Travel Expense, Air Fare | -843.68 |
| Travel Expense, Local | 206.86 |
| Travel Expense, Out of Town | 5,360.16 |
| Westlaw Research | 1,639.92 |

Total  Disbursements

$16,229.31

**Total For This Matter**



# ORRICK

*Redacted*

Facebook, Inc.
156 University Avenue
Palo Alto, CA 94301
Attn: Jennie Leung

February 22, 2007
Client No. 16069
Invoice No. 1055193

Orrick Contact: Stephen J. Venuto

FOR SERVICES RENDERED through January 31, 2007 in connection
with the matters described on the attached pages:                    $

DISBURSEMENTS as per attached pages:                                                26,490.86

**TOTAL CURRENT FEES & DISBURSEMENTS (Pay this Amount):**    $        249,940.36

Matter(s): 16069/4 – ConnectU Litigation

## DUE UPON RECEIPT

The following is for information only:
Previous Balance not included in this invoice:

If this amount has already been paid, please disregard.

In order to ensure proper credit to your account,
please reference your **INVOICE** and **CLIENT** numbers on your remittance.
For inquiries, call: (304) 231-2701. Fax (304) 231-2501.

## REMITTANCE COPY - PLEASE RETURN WITH PAYMENT

**REMITTANCE ADDRESS:**
Orrick, Herrington & Sutcliffe LLP
File          P.O. Box 61000
San Francisco, CA 94161-2887
Reference: 16069/ Invoice: 1055193
E.I.N.
**OVERNIGHT DELIVERY:**
Orrick, Herrington & Sutcliffe LLP
c/o Bank of America, File
1455 Market Street, 21st Floor
San Francisco, CA 94103
(415) 436-4300

**ELECTRONIC FUNDS
TRANSFERS:**
*Wire Transfers Only:*
*ABA Number*
Bank of America
100 West 33rd Street, NY, NY 10001
Account of
Orrick, Herrington & Sutcliffe LLP
Account Number:
Reference: 16069/ Invoice: 1055193
E.I.N.

**ELECTRONIC FUNDS
TRANSFERS:**
*ACH Transfers Only:*
*ABA Number*
Bank of America
San Francisco Main Branch
Account of
Orrick, Herrington & Sutcliffe LLP
Account Number:
Reference: 16069/ Invoice: 1055193
E.I.N.



**ORRICK**

February 22, 2007
Invoice No. 1055193

**Redacted**

Facebook, Inc. - 16069
page 13

Disbursements

| | |
|---|---:|
| Color Copies | 7.50 |
| Court Messenger Fee | 19.93 |
| Deposition/Transcript Expenses | 2,701.30 |
| Duplicating Expense | 829.80 |
| Express Delivery | 341.53 |
| Hand Delivery | 381.99 |
| Lexis Research | 13,805.04 |
| Out of Town Business Meals | 61.64 |
| Outside Services | 38.64 |
| Service of Process: Personal Service of Subpoena | 89.75 |
| Travel Expense, Air Fare | 1,054.30 |
| Travel Expense, Local | 14.65 |
| Travel Expense, Out of Town | 531.76 |
| Westlaw Research | 6,249.67 |
| Word Processing | 363.36 |
| Total Disbursements | $26,490.86 |

**Total For This Matter**



# ORRICK

Facebook, Inc.
156 University Avenue
Palo Alto, CA 94301
Attn: Jennie Leung

**Redacted**

March 8, 2007
Client No. 16069
Invoice No. 1057480

Orrick Contact: Stephen J. Venuto

FOR SERVICES RENDERED through February 28, 2007 in connection
with the matters described on the attached pages:

DISBURSEMENTS as per attached pages:                               $

                                                                              5,110.45

**TOTAL CURRENT FEES & DISBURSEMENTS (Pay this Amount):**     $

Matter(s): 16069/4 – ConnectU Litigation

## DUE UPON RECEIPT

The following is for information only:
Previous Balance not included in this invoice:

If this amount has already been paid, please disregard.

In order to ensure proper credit to your account,
please reference your **INVOICE** and **CLIENT** numbers on your remittance.
For inquiries, call: (304) 231-2701. Fax (304) 231-2501.

## REMITTANCE COPY - PLEASE RETURN WITH PAYMENT

**REMITTANCE ADDRESS:**
Orrick, Herrington & Sutcliffe LLP
File          P.O. Box 61000
San Francisco, CA 94161-2887
Reference: 16069/ Invoice: 1057480
E.I.N.

**OVERNIGHT DELIVERY:**
Orrick, Herrington & Sutcliffe LLP
c/o Bank of America, File
1455 Market Street, 21st Floor
San Francisco, CA 94103
(415) 436-4300

**ELECTRONIC FUNDS
TRANSFERS:**
*Wire Transfers Only:*
*ABA Number*
Bank of America
100 West 33rd Street, NY, NY 10001
Account of
Orrick, Herrington & Sutcliffe LLP
Account Number:
Reference: 16069/ Invoice: 1057480
E.I.N.

**ELECTRONIC FUNDS
TRANSFERS:**
*ACH Transfers Only:*
*ABA Number*
Bank of America
San Francisco Main Branch
Account of
Orrick, Herrington & Sutcliffe LLP
Account Number:
Reference: 16069/ Invoice: 1057480
E.I.N.



**ORRICK**

March 8, 2007
Invoice No. 1057480

Facebook, Inc. - 16069
page 13

**Redacted**

Disbursements

| | |
|---|---:|
| Court Filing Fee (Charged By Court) | 807.00 |
| Court Messenger Fee | 176.50 |
| Duplicating Expense | 940.40 |
| Express Delivery | 82.96 |
| Hand Delivery | 477.50 |
| Lexis Research | 2,146.49 |
| Outside Services | 101.50 |
| Service of Process:  Personal Service of Subpoena | 60.00 |
| Travel Expense, Local | 29.97 |
| Travel Expense, Out of Town | 265.88 |
| Westlaw Research | 22.25 |

Total  Disbursements                        $5,110.45

**Total For This Matter**

**Redacted**



*Court Reporters & Legal Videographers*

1120 G Street, N.W.
Washington, D.C. 20005
202.347.3700  Fax 202.737.3638
www.acefederal.com

ACE·FEDERAL

# I N V O I C E

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 123993 | 05/10/2006 | 01-20957 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 03/01/2006 | HOGAMA | 04-11923-DPW |

| CASE CAPTION |
|---|
| Connect U v. Thefacebook.com |

| TERMS |
|---|
| Due upon receipt |

G. Hopkins Guy, Esq.
Orrick Herrington & Sutcliffe
1000 Marsh Rd.
Menlo Park, CA 94025-1021

16069-4

```
DAILY DELIVERY - CERTIFIED TRANSCRIPT COPY OF:
  Max Kelly - Confidential            317 Pages @       4.50/Page       1,426.50
  EXHIBITS                             63 Pages @        .25/Page          15.75
  ASCII Disk - No Charge                                                    n/c
  Compressed Transc - N/C                                                   n/c
  Rough ASCII                      317.00 Pages @       1.25/Page         396.25
  Video - DVD                        4.00 Disks @      75.00/Disk         300.00
  FedEx                                                                    54.40
  FedEx                                                                    25.75
  FedEx                                                                    33.85

                                  TOTAL   DUE   >>>>                    2,252.50

                                  AFTER 06/09/2006 PAY                  2,286.29
```

TAX ID NO. :

(650) 614-7452    Fax  (650) 614-7401

**DAN MOTTAZ VIDEO PRODUCTIONS, LLC**
182 Second Street, Suite 202
San Francisco, CA  94105
(415) 624-1300                                    Redacted
Tax I.D.

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 5/11/2006 | 26601 |

BILL TO

ORRICK, HERRINGTON & SUTCLIFFE
1000 Marsh Road
Menlo Park, CA  94025

Attn:  Robert Nagel, Esq.

CASE INFORMATION

Deposition of Mark Zuckerberg
Facebook v. Connect U
Taken 4/25/06

| TERMS | P.O. NO. |
|-------|----------|
| Net 30 | |

| HRS/QTY | DESCRIPTION | RATE | AMOUNT |
|---------|-------------|------|--------|
| 4 | DVD-Video Copies - Vol. I, Discs 1-4 | 95.00 | 380.00 |
| | Shipping & Handling - UPS Ground | 10.00 | 10.00 |

PAST DUE

Thank you for your order!

| **Total** | $390.00 |
|-----------|---------|

# INVOICE

## GROSSMAN & COTTER, INC.

16069-4

117 S. California Avenue, Suite D-201
Palo Alto, CA  94306
Ph: (650)324-1181     Fx: (650)324-4609
FED ID #

G. HOPKINS GUY, III, ESQ.
ORRICK HERRINGTON & SUTCLIFFE  MP
1000 MARSH ROAD
MENLO PARK, CA 94025

June 12, 2006

**Invoice#** 33964

**Balance:**  $1,701.05

Re: CONNECTU VS. ZUCKERBERG
    06JUN0804
    on 06/08/06 by FRANCES A. WEINROB, CSR 4029

| Charge Description | Amount |
|---|---|
| DEPOSITION OF:  MARK E. ZUCKERBERG | |
| ONE COPY OF TRANSCRIPT | 568.90 |
| EXPEDITE OVERNIGHT | 558.90 |
| ROUGH DRAFT | 303.75 |
| NOTARY/CERTIFICATION | 5.00 |
| ASCII & CONDENSED | 16.00 |
| EXHIBITS | 236.00 |
| SHIPPING & HANDLING | 12.50 |

*Redacted*

P l e a s e   R e m i t   - - - >   Total Due:  $1,701.05

**DAN MOTTAZ VIDEO PRODUCTIONS, LLC**
182 Second Street, Suite 202
San Francisco, CA 94105
(415) 624-1300
Tax I.D.

# Invoice

Redacted

| DATE | INVOICE # |
|------|-----------|
| 6/15/2006 | 26799 |

| BILL TO |
|---------|
| ORRICK, HERRINGTON & SUTCLIFFE |
| 1000 Marsh Road |
| Menlo Park, CA 94025 |
| |
| Attn: G. Hopkins Guy III, Esq. |

| CASE INFORMATION |
|------------------|
| Deposition of Mark Zuckerberg |
| ConnectU v. Zuckerberg |
| Taken 6/8/06 |

| | TERMS | P.O. NO. |
|---|-------|----------|
| | Net 30 | |

| HRS/QTY | DESCRIPTION | RATE | AMOUNT |
|---------|-------------|------|--------|
| 4 | MPEG files on DVD-ROM - Vol. I, Files 1-4 | 95.00 | 380.00 |
| 4 | Files synchronized with LiveNote - Vol. I, Files 1-4 | 140.00 | 560.00 |
| | Shipping & Handling - UPS Ground | 10.00 | 10.00 |

**PAST DUE**

Thank you for your order!

| | **Total** | $950.00 |
|---|-----------|---------|

U.S. Legal Support
180 Montgomery Street
Suite 2180
San Francisco, CA 94104
(415) 362-4346   Fax  (415) 362-4495

**Redacted**

# I N V O I C E

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 204446 | 11/09/2006 | 41-126194 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 10/03/2006 | USLERE | |

| CASE CAPTION |
|---|
| ConnectU v. Zuckerberg |

| TERMS |
|---|
| Due upon receipt |

Theresa Sutton
Orrick, Herrington & Sutcliffe, LLP
1000 Marsh Road
Menlo Park, CA 94025

```
VIDEOTAPE SERVICES
  Dharamjit Kumar  *Video                                          .00
VIDEOTAPE SERVICES
  Sudhanshu Narendra  *Video                                    815.00

                           TOTAL   DUE   >>>>                   815.00
```

**RECEIVED**

NOV 2 0 2006

**OH & S**

Please contact us immediately with questions or corrections regarding billing or payment.
No adjustments or refunds will be made after 120 days from date of payment.

TAX ID NO. :

(650) 614-7400

*Please detach bottom portion and return with payment.*

Redacted

U.S. Legal Support
15250 Ventura Boulevard
Suite 410
Sherman Oaks, CA 91403
(818) 995-0600   Fax  (818) 995-4248

# STATEMENT

| ACCOUNT NO. | DATE |
|---|---|
| ORRIME01 | 01/05/2007 |

Theresa Sutton
Orrick, Herrington & Sutcliffe, LLP
1000 Marsh Road
Menlo Park, CA 94025

| CURRENT | 30 DAYS | 60 DAYS |
|---|---|---|
| .00 | .00 | 2,343.57 |
| 90 DAYS | 120 DAYS & OVER | TOTAL DUE |
| .00 | .00 | 2,343.57 |

PAGE  1  OF  1

| INV.DATE | INV.NO. | BALANCE | JOB.DATE | DEPONENT | CAPTION |
|---|---|---|---|---|---|
| 10/31/2006 | 204033 | 2,343.57 | 10/03/2006 | Dharamjit Kumar | ConnectU v. Zuckerberg |

TAX ID NO. :

*Please detach bottom portion and return with payment.*

Theresa Sutton
Orrick, Herrington & Sutcliffe, LLP
1000 Marsh Road
Menlo Park, CA 94025

Account No.:  ORRIME01
Date       :  01/05/2007

TOTAL DUE  :  2,343.57

Remit To:    U.S. Legal Support
             P.O. Box 671051
             Dallas, TX 75267-1051

**ORRICK HERRINGTON**
**& SUTCLIFFE LLP**
1000 MARSH RD
MENLO PARK, CA. 94025
650-614-7400

BANK OF AMERICA
MENLO PARK BRANCH #0413
633 SANTA CRUZ AVE
MENLO PARK, CA. 94025
11-35/1210

6575

10/5/2006

PAY TO THE
ORDER OF      Advanced Professional Services LLC                                    $  **123.25

One Hundred Twenty-Three and 25/100***************************************************** DOLLARS

Advanced Professional Services LLC
1290 E. Ireland Road, Suite V100
Southbend, Indiana 46614

16069-4/6393

---

**ORRICK HERRINGTON & SUTCLIFFE LLP**                                             6575

Advanced Professional Services LLC                              10/5/2006
Subpoena Of Documents
                                                                        123.25

Redacted

Silicon Valley Checking    16069-4/6393                                  123.25

**ORRICK HERRINGTON & SUTCLIFFE LLP**                                             6575

Advanced Professional Services LLC                              10/5/2006
Subpoena Of Documents
                                                                        123.25

Silicon Valley Checking    16069-4/6393                                  123.25

READY TO REORDER! CALL 1-800-432-3919 OR VISIT

**ORRICK HERRINGTON & SUTCLIFFE  LLP**

**6575**

Advanced Professional Services LLC                                    10/5/2006
Subpoena Of Documents                                                                123.25

Silicon Valley Checking        16069-4/6393                                        123.25

READY TO REORDER? C.    1-800-433-8810 OR VISIT US AT www.i.    .market.com/orderchecks



## ORRICK

ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 MARSH ROAD
MENLO PARK, CALIFORNIA 94025
TEL 650-614-7400
FAX 650-614-7401
WWW.ORRICK.COM

**FAX TRANSMISSION**

DATE    10/4/06

NO. OF PAGES
(INCLUDING COVER SHEET)

FROM

| name | tel |
|---|---|
| Abby Ako-Nai | (650) 614-7430 |

TO

| name | company/firm | tel | fax |
|---|---|---|---|
| Attn Jim | Advanced Professional Services LLC | | 574.231.8894 |

RE    Facebook v. Connectu

MESSAGE

Please find enclosed our check in the sum of $123.25 ($105 for service of subpoena plus $18.25 witness fee) for serving the attached subpoena on:

Adam Ludwig
718 Lions Park Drive
Saint Joseph, MI 49085

Please call when service has been effected.

Thank you.
Abby Ako-Nai

C-M-A    16069-4/6399

Originals Will Not Follow

IF YOU DO NOT RECEIVE ALL PAGES, PLEASE CALL ABBY AKO-NAI AT 650.614.7430 AS SOON AS POSSIBLE.

*notice to recipient*

THE INFORMATION CONTAINED IN THIS FACSIMILE TRANSMISSION IS INTENDED TO BE SENT ONLY TO THE STATED ADDRESSEE OF THE TRANSMISSION. IT MAY BE PROTECTED FROM UNAUTHORIZED USE OR DISSEMINATION BY THE ATTORNEY-CLIENT PRIVILEGE, THE ATTORNEY WORK-PRODUCT DOCTRINE, OR ANY OTHER APPLICABLE PRIVILEGE. IF YOU ARE NOT THE STATED ADDRESSEE, YOUR RECEIPT OF THIS TRANSMISSION WAS UNINTENDED AND INADVERTENT, AND YOU ARE HEREBY NOTIFIED THAT ANY REVIEW, USE, DISSEMINATION, DISTRIBUTION, OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. YOU ARE ALSO ASKED TO NOTIFY US IMMEDIATELY BY TELEPHONE AND TO RETURN THE ORIGINAL DOCUMENT TO US IMMEDIATELY BY MAIL AT THE ADDRESS ABOVE. THANK YOU IN ADVANCE FOR YOUR COOPERATION.

OHS WEST:260102982.1
16069-4 NAA/NAA

NOV-09-2005(WED) 12:22    Gary's Process Service          (FAX)4252717657          P. 001/002

# INVOICE

**Gary's Process Service**
**108 Wells Avenue South**
**Renton, WA  98055**
Phone: (425) 277-0302
Fax: (425) 271-7657

Inv. # 2005012378
11-09-2005

**Original Date: 10/13/2005**

Karen N. Mudurian
1000 Marsh Road
Melno Park CA 94025

**Your Contact: KAREN**
**Case Number: DISTRICT OF MASSACHUSETSS (1:04)-CV-11923(DPW)**

**Plaintiff:**
**CONNECTU LLC,**

**Defendant:**
**MARK ZUKERBERG, EDUARDO SAVERIN, DUSTIN**
**MOSKOVITZ, ANDREW MCCOLLUM, CHRISTOPHER HUGHES,**
**AND THEFACEBOOK, INC.,**

**Completed:** 10/10/2005
**To be served on:** WILLIAMS, WINSTON

## ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|-----------|----------|-------|--------|
| Additional Address | 1.00 | 10.00 | 10.00 |
| Posting Fee (Local) | 1.00 | 50.00 | 50.00 |
| WITNESS FEE  GPS CH#7938 | 1.00 | 50.00 | 50.00 |
| SKIP TRACE | 1.00 | 25.00 | 25.00 |
| **TOTAL CHARGED:** | | | **$135.00** |

| **BALANCE DUE:** | **$135.00** |
|---|---|

**Comments pertaining to this invoice:**
11/9/2005  12:46 pm  ATTENTION: PARVEEN

If paying off this invoice please include a copy with your check.
See the "Status" of your job via the Internet, call GPS for details.

Copyright © 1992-2005 Database Services, Inc. • Process Server's Toolbox V5 [5]

# STATEMENT

Gary's Process Service                                                            11/2/2005
108 Wells Avenue South
Renton, WA  98055
(425) 277-0302

*Karen Anderson*

ORRICK, HERRINGTON & SUTCLIFFE
1000 Marsh Road                                              Phone: (650) 614-7400
Melno Park CA 94025                                            Fax: (650) 614-7401

Statement covers Unpaid Invoices through 11/2/2005.

## ITEMIZED LISTING

| Invoice | Inv. Date | Person Served | Amount | Status |
|---------|-----------|---------------|--------|--------|
| 2005012378 | 10/13/2005 | **WILLIAMS, WINSTON** | 135.00 | Current |
| | | CONNECTU LLC, | | |
| | | MARK ZUKERBERG, EDUARDO SAVERIN, DUSTIN MOSKOVITZ, ANDREW MCCOLLU | | |
| | | Case: (1:04)-CV-11923(DPW)   DISTRICT OF MASSACHUSETSS   Ref: | | |

**TOTAL AMOUNT DUE:**                                          **$135.00**

# Washington Legal Messengers, Inc.
## 2225 Fourth Ave Suite B
## Seattle, WA 98121

| DATE | INVOICE # |
|------|-----------|
| 1/10/2006 | 90914 |

BILL TO:

Orrick, Herrington & Sutcliffe LLP
400 Sansome St
San Francisco, CA. 94111-3143

| Requested By: | Case | | Job # | Client Number |
|---------------|------|--|-------|---------------|
| Maureen Girroir | ConectU v. Zuckerberg | | | 16069-4 |

| DESCRIPTION | QTY | RATE | AMOUNT |
|-------------|-----|------|--------|
| Trace Work Performed Winston Williams | | 25.00 | 25.00 |
| Special Service Attempt 1514 223rd Place NE, Sammamish | 4 | 50.00 | 200.00 |
| Special Service Attempt 1000 Virgina, Seattle | 2 | 10.00 | 20.00 |

**TOTAL**          $245.00

*\* PAST DUE*

# ★ ★ A & A LEGAL SERVICE

1541 Bayshore Hwy.
Burlingame, CA 94010-1602
**(650) 697-9431**

210 Fell Street, Ste. #17
San Francisco, CA 94102-5145
**(415) 543-9977**

GENERAL@AALEGALSERVICE.COM
FAX (650) 697-4640

Attention: ROSE WASHBURN
ORRICK, HERRINGTON & SUTCLIFFE, LLP
1000 MARSH ROAD
Menlo Park CA 94025

## INVOICE                                    6147400.29684

Wednesday June 28, 2006

Attorney File #: **16069.4**
Case #: 1:04-CV-11923 (DPW)
Court: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA
Title: CONNECTU LLC vs. MARK ZUCKERBERG, EDUARDO SAVERIN; ET AL
Documents: SUBPOENA IN A CIVIL CASE

| Date | Description | Amount |
|------|-------------|--------|
| 06/14/06 03:00PM | Returned Not Served SANJAY MAVINKURVE, AT Home 916 OAKES STREET  PALO ALTO CA  94303, Returned By: Oksana T. DiRicco | 10.00 |
| 05/04/06 | EMAIL RECEIVE | 99.00 |
| 06/15/06 | NON SERVICE/RETURN  EAST PALO ALTO | **$109.00** |

**PLEASE PAY FROM THIS INVOICE**

Redacted

D□□TE

1541 Bayshore Hwy.  BURLINGAME, CA  94010
Telephone: (650)697-9431, FAX: (650)697-4640, Tax ID:

# U.S. LEGAL SUPPORT
P.O. BOX 4363
Woodland Hills, CA 91365-4363
Phone: (818) 878-9227  Fax: (818) 878-0229

# INVOICE

### NUMBER: 00359713-01

DATE: 08/11/06

CLAIM#:  16069-4
FILE#:  16069-4
DATE OF LOSS:

ORDER DATE:  08/03/06

BILL TO:
Theresa A. Sutton, Esq.
Orrick, Herrington & Sutcliffe, LLP
1000 Marsh Road
Menlo Park, CA  94025

ORDERED BY:
Theresa A. Sutton, Esq.
Orrick, Herrington & Sutcliffe, LLP
1000 Marsh Road
Menlo Park, CA  94025

SHIP TO:
Theresa A. Sutton, Esq.
Orrick, Herrington & Sutcliffe, LLP
1000 Marsh Road
Menlo Park, CA  94025

RECORDS OF:
Connectu

RECORDS FROM:
*Howard Winklevoss
10 Khakum Wood Road
Greenwich, CT  06831

PLAINTIFF:
Connectu LLC,

DEFENDANT:
Facebook, Inc., et al.,

INSURED:
                        Redacted

| DESCRIPTION OF SERVICE | QUANTITY | PRICE | EXTENTION |
|---|---|---|---|
| Basic Charge | 1 | 27.50 | 27.50 |
| Process Service | 1 | 149.50 | 149.50 |
| Rush Fee | 1 | 25.00 | 25.00 |
| Sales Tax | | | 0.00 |

**RECEIVED**

AUG 1 8 2006

**OH & S**

COMMENTS:
THE PERSONAL APPEARANCE SUBPOENA WAS
SERVED    AND    THE    WITNESS/CUSTODIAN
INDICATED THAT THEY WOULD COMPLY WITH
THE SUBPOENA.  THANK YOU FOR USING U.S.
LEGAL SUPPORT!

| AMOUNT DUE | $ | 202.00 |
|---|---|---|

INVOICE#:  00359713-01

TAX ID#:

REMIT PAYMENT TO:

U.S. LEGAL SUPPORT - CA RECORDS
PO BOX 671052
DALLAS, TX 75267-1052

# U.S. LEGAL SUPPORT
P.O. BOX 4363
Woodland Hills, CA 91365-4363
Phone: (818) 878-9227  Fax: (818) 878-0229

# INVOICE

**NUMBER: 00359713-02**

DATE: 08/11/06

CLAIM#:   16069-4
FILE#:   16069-4
DATE OF LOSS:

ORDER DATE:  08/03/06

**BILL TO:**
Theresa A. Sutton, Esq.
Orrick, Herrington & Sutcliffe, LLP
1000 Marsh Road
Menlo Park, CA  94025

**ORDERED BY:**
Theresa A. Sutton, Esq.
Orrick, Herrington & Sutcliffe, LLP
1000 Marsh Road
Menlo Park, CA  94025

**SHIP TO:**
Theresa A. Sutton, Esq.
Orrick, Herrington & Sutcliffe, LLP
1000 Marsh Road
Menlo Park, CA  94025

**RECORDS OF:**
Connectu

**RECORDS FROM:**
*Maria Antonelli c/o Howard Winklevoss
10 Khakum Wood Road
Greenwich, CT  06831

**PLAINTIFF:**
Connectu LLC,

**DEFENDANT:**
Facebook, Inc., et al.,

**INSURED:**

| DESCRIPTION OF SERVICE | QUANTITY | PRICE | EXTENTION |
|---|---|---|---|
| Basic Charge | 1 | 27.50 | 27.50 |
| Process Service | 1 | 126.50 | 126.50 |
| Rush Fee | 1 | 25.00 | 25.00 |
| Sales Tax | | | 0.00 |

RECEIVED

AUG 1 8 2006

OH & S

**COMMENTS:**
THE PERSONAL APPEARANCE SUBPOENA WAS
SERVED AND THE WITNESS/CUSTODIAN
INDICATED THAT THEY WOULD COMPLY WITH
THE SUBPOENA.  THANK YOU FOR USING U.S.
LEGAL SUPPORT!

| AMOUNT DUE | $   179.00 |
|---|---|

INVOICE#: 00359713-02

TAX ID#:

**REMIT PAYMENT TO:**

U.S. LEGAL SUPPORT - CA RECORDS
PO BOX 671052
DALLAS, TX 75267-1052

TERMS: NET 30 DAYS FROM INVOICE DATE                    OHS10

# U.S. LEGAL SUPPORT
P.O. BOX 4363
Woodland Hills, CA 91365-4363
Phone: (818) 878-9227  Fax: (818) 878-0229



# INVOICE
### NUMBER: 00359713-03

**DATE:** 08/18/06

| | |
|---|---|
| **CLAIM#:** | 16069-4 |
| **FILE#:** | 16069-4 |

**DATE OF LOSS:**

**ORDER DATE:** 08/03/06

**BILL TO:**
Theresa A. Sutton, Esq.
Orrick, Herrington & Sutcliffe, LLP
1000 Marsh Road
Menlo Park, CA  94025

**ORDERED BY:**
Theresa A. Sutton, Esq.
Orrick, Herrington & Sutcliffe, LLP
1000 Marsh Road
Menlo Park, CA  94025

**SHIP TO:**
Theresa A. Sutton, Esq.
Orrick, Herrington & Sutcliffe, LLP
1000 Marsh Road
Menlo Park, CA  94025

**RECORDS OF:**
Connectu

**RECORDS FROM:**
*Dharamjit N. Kumar
69-47 Cloverdale Boulevard
Oakland Gardens, NY  11364

**PLAINTIFF:**
Connectu LLC,

**DEFENDANT:**
Facebook, Inc., et al.,

**INSURED:**

**Redacted**

**COMMENTS:**
THE PERSONAL APPEARANCE SUBPOENA WAS
SERVED  AND  THE  WITNESS/CUSTODIAN
INDICATED THAT THEY WOULD COMPLY WITH
THE SUBPOENA.  THANK YOU FOR USING U.S.
LEGAL SUPPORT!

| DESCRIPTION OF SERVICE | QUANTITY | PRICE | EXTENTION |
|---|---|---|---|
| Basic Charge | 1 | 27.50 | 27.50 |
| Process Service | 1 | 170.00 | 170.00 |
| Rush Fee | 1 | 25.00 | 25.00 |
| Sales Tax | | | 0.00 |
| **AMOUNT DUE** | | **$** | **222.50** |

**INVOICE#:** 00359713-03

**TAX ID#:**

**REMIT PAYMENT TO:**

U.S. LEGAL SUPPORT - CA RECORDS
PO BOX 671052
DALLAS, TX 75267-1052

**TERMS: NET 30 DAYS FROM INVOICE DATE**          OHS10

# U.S. LEGAL SUPPORT

P.O. BOX 4363
Woodland Hills, CA 91365-4363
Phone: (818) 878-9227 Fax: (818) 878-0229



# INVOICE

**NUMBER: 00359713-04**

**DATE:** 08/18/06

| | |
|---|---|
| **CLAIM#:** | 16069-4 |
| **FILE#:** | 16069-4 |
| **DATE OF LOSS:** | |

**ORDER DATE:** 08/03/06

**BILL TO:**
Theresa A. Sutton, Esq.
Orrick, Herrington & Sutcliffe, LLP
1000 Marsh Road
Menlo Park, CA 94025

**ORDERED BY:**
Theresa A. Sutton, Esq.
Orrick, Herrington & Sutcliffe, LLP
1000 Marsh Road
Menlo Park, CA 94025

**SHIP TO:**
Theresa A. Sutton, Esq.
Orrick, Herrington & Sutcliffe, LLP
1000 Marsh Road
Menlo Park, CA 94025

**RECORDS OF:**
Connectu

**RECORDS FROM:**
*Sudhanshu Narendra
69-47 Cloverdale Boulevard
Oakland Gardens, NY 11364

**PLAINTIFF:**
Connectu LLC,

**DEFENDANT:**
Facebook, Inc., et al.,

**INSURED:**

    **Redacted**

**COMMENTS:**
THE PERSONAL APPEARANCE SUBPOENA WAS
SERVED AND THE WITNESS/CUSTODIAN
INDICATED THAT THEY WOULD COMPLY WITH
THE SUBPOENA. THANK YOU FOR USING U.S.
LEGAL SUPPORT!

| DESCRIPTION OF SERVICE | QUANTITY | PRICE | EXTENTION |
|---|---|---|---|
| Basic Charge | 1 | 27.50 | 27.50 |
| Process Service | 1 | 79.00 | 79.00 |
| Rush Fee | 1 | 25.00 | 25.00 |
| Sales Tax | | | 0.00 |

| **AMOUNT DUE** | **$ 131.50** |
|---|---|

**REMIT PAYMENT TO:**

U.S. LEGAL SUPPORT - CA RECORDS
PO BOX 671052
DALLAS, TX 75267-1052

**INVOICE#:** 00359713-04

**TAX ID#:**

# U.S. LEGAL SUPPORT
P.O. BOX 4363
Woodland Hills, CA 91365-4363
Phone: (818) 878-9227 Fax: (818) 878-0229



## INVOICE
**NUMBER: 00360140-01**

**DATE:** 08/24/06

**CLAIM#:** 16069-4
**FILE#:** 16069-4
**DATE OF LOSS:**

**ORDER DATE:** 08/11/06

**BILL TO:**
Theresa A. Sutton, Esq.
Orrick, Herrington & Sutcliffe, LLP
1000 Marsh Road
Menlo Park, CA 94025

**ORDERED BY:**
Theresa A. Sutton, Esq.
Orrick, Herrington & Sutcliffe, LLP
1000 Marsh Road
Menlo Park, CA 94025

**SHIP TO:**
Theresa A. Sutton, Esq.
Orrick, Herrington & Sutcliffe, LLP
1000 Marsh Road
Menlo Park, CA 94025

**RECORDS OF:**
Connectu

**RECORDS FROM:**
Arthur Allen & Co., LLC
21 West Putnam Avenue
Greenwich, CT 06830

**PLAINTIFF:**
Connectu LLC,

**DEFENDANT:**
Facebook, Inc., et al.,

**INSURED:**

**Redacted**

| DESCRIPTION OF SERVICE | QUANTITY | PRICE | EXTENTION |
|---|---|---|---|
| Basic Charge | 1 | 27.50 | 27.50 |
| Subpoena Prep | 1 | 12.50 | 12.50 |
| Rush Fee | 1 | 25.00 | 25.00 |
| Process Service | 1 | 138.00 | 138.00 |
| Sales Tax | | | 0.00 |

**COMMENTS:**
THE PERSONAL APPEARANCE SUBPOENA WAS
SERVED AND THE WITNESS/CUSTODIAN
INDICATED THAT THEY WOULD COMPLY WITH
THE SUBPOENA.  THANK YOU FOR USING U.S.
LEGAL SUPPORT!

| **AMOUNT DUE** | **$** | **203.00** |
|---|---|---|

**INVOICE#:** 00360140-01

**TAX ID#:**

**REMIT PAYMENT TO:**

U.S. LEGAL SUPPORT - CA RECORDS
PO BOX 671052
DALLAS, TX 75267-1052

NFBL-720/05/1-2 24.BV

**TERMS: NET 30 DAYS FROM INVOICE DATE**

OHS10

# Invoice/Service Report

**Client#:** 199
**Inv#:** 198632

**Date:** October 1, 2006

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**Client:** ORRICK, HERRINGTON & SUTCLIFFE, LLP
405 Howard Street, Suite 7239
San Francisco, CA 94105

**Attention:** KAREN MUDURIAN /MENLO PARK

**Case No.:** 1:04-CV-11923

**Court:** UNITED STATES DISTRICT COURT - DISTRICT OF COLUMBIA

**Plaintiff:** CONNECTU LLC

**Defendant:** FACEBOOK, INC., ET AL.

**Ref No.:**

**Document(s):** SUBPOENA IN A CIVIL CASE; NOTICE OF SUBPOENA TO FINNEGAN,
HENDERSON, FARABOW, GARRETT & DUNNER, L.L.P.

16069-4 /4793
SVCPRO

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**Report:** Service on: FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, L.L.P., CUSTODIAN
OF RECORDS; NOTICE OF SUBPOENA TO FINNEGAN, HENDERSON, FARABOW, GARRETT &
DUNNER, L.L.P. - Business address  (B) : 901 New York Ave., N.W., Washington,
DC 20001 - Residence address (H) : UNKNOWN - Service was effected at the
Business address on September 5, 2006. Declaration(s) re service were returned
September 6, 2006 **

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**Fees and Costs:**

| | | |
|---|---|---:|
| 1 | Special Service - Nationwide @ $195.00 | $195.00 |
| 1 | Expediting Fee @ $25.00 | $25.00 |
| 6 | Fax Charges @ $1.00 | $6.00 |
| 1 | Federal Express @ $22.50 | $22.50 |

**Redacted**

**Invoice Total:**    **$248.50**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

### Specialized Legal Services, Inc.
P.O. Box 77141
San Francisco, CA 94107
(415) 357-0500
IRS#

# Invoice/Service Report

**Client#:** 199

**Inv#:** 198630

**Date:** October 1, 2006

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**Client:** ORRICK, HERRINGTON & SUTCLIFFE, LLP
405 Howard Street, Suite 7239
San Francisco, CA 94105

**Attention:** KAREN MUDURIAN /MENLO PARK

**Case No.:** 1:04-CV-11923

**Court:** UNITED STATES DISTRICT COURT - MASSACHUSETTS

**Plaintiff:** CONNECTU LLC

**Defendant:** FACEBOOK, INC., ET AL.

**Ref No.:**

**Document(s):** SUBPOENA IN A CIVIL CASE; NOTICE OF SUBPOENA TO IMARC

16069-4 /4793
SVCPRO

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**Report:** Service on: IMARC ~ Business address  (B) : 14 Inn Street, Newburyport, MA
01950 ~ Residence address (H) : UNKNOWN - Service was effected at the Business
address on September 5, 2006. Declaration(s) re service were returned
September 6, 2006 **

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**Fees and Costs:**
    1 Special Service - Nationwide @ $195.00          $195.00
    1 Expediting Fee @ $25.00          $25.00

**Redacted**

**Invoice Total:**    **$220.00**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**Specialized Legal Services, Inc.**
P.O. Box 77141
San Francisco, CA 94107
(415) 357-0500
IRS#

## Invoice/Service Report

**Client#:** 199
**Inv#:** 198626

**Date:** October 1, 2006

--------------------------------------------------------------------------------

**Client:** ORRICK, HERRINGTON & SUTCLIFFE, LLP
405 Howard Street, Suite 7239
San Francisco, CA 94105

**Attention:** KAREN MUDURIAN /MENLO PARK

**Case No.:** 1:04-CV-11923

**Court:** UNITED STATES DISTRICT COURT - MASSACHUSETTS

**Plaintiff:** CONNECTU LLC

**Defendant:** FACEBOOK, INC., ET AL.

**Ref No.:**

**Document(s):** SUBPOENA IN A CIVIL CASE; NOTICE OF SUBPOENA TO HARVARD COLLEGE
D/B/A HARVARD UNIVERSITY

*16069-4 /4793*
*SVCPRO*

--------------------------------------------------------------------------------

**Report:** Service on: GENERAL COUNSEL, THE PRESIDENT AND FELLOWS OF HARVARD COLLEGE
D/B/A/ HARD UNIVERSITY - Business address  (B) : 1350 Massachusetts Ave.,
Cambridge, MA 02138 - Residence address (H) : UNKNOWN - Service was effected
at the Business address on September 5, 2006. Declaration(s) re service were
returned September 6, 2006 **

--------------------------------------------------------------------------------

**Fees and Costs:**

| | | |
|---|---|---|
| 1 Special Service - Nationwide @ $195.00 | | $195.00 |
| 1 Expediting Fee @ $25.00 | | $25.00 |
| 6 Fax Charges @ $1.00 | | $6.00 |
| 1 Federal Express @ $22.50 | | $22.50 |

**Redacted**

**Invoice Total:**    $248.50

--------------------------------------------------------------------------------

### Specialized Legal Services, Inc.
P.O. Box 77141
San Francisco, CA 94107
(415) 357-0500
IRS#

# Invoice/Service Report

**Client#:** 199
**Inv#:** 198625

**Date:** October 1, 2006

--------------------------------------------------------------------

**Client:** ORRICK, HERRINGTON & SUTCLIFFE, LLP
405 Howard Street, Suite 7239
San Francisco, CA 94105

**Attention:** KAREN MUDURIAN /MENLO PARK

**Case No.:** 1:04-CV-11923

**Court:** UNITED STATES DISTRICT COURT - DISTRICT OF CONNECTICUT

**Plaintiff:** CONNECTU LLC

**Defendant:** FACEBOOK, INC., ET AL.

**Ref No.:**

**Document(s):** SUBPOENA IN A CIVIL CASE; NOTICE OF SUBPOENA TO RICHARD PAUCKNER; WITNESS FEE IN THE AMOUNT OF $93.00

*16069-4 /4793*
*WIT = $93.00, SVCPRO = $204.30*

--------------------------------------------------------------------

**Report:** Service on: RICHARD PAUCKNER - Business address  (B) : UNKNOWN - Residence address (H) : 328 Mountain Road, Wilton, CT 06897 - Service was effected at the Home address on September 5, 2006. Declaration(s) re service were returned September 5, 2006 **

--------------------------------------------------------------------

**Fees and Costs:**    1 Special Service - Nationwide @ $195.00                     $195.00

**Redacted**

Fee(s) Advanced:        $93.00
Check Charge @ 10% of Fee(s) Advanced:       $9.30

**Invoice Total:**    **$297.30**
--------------------------------------------------------------------

## Specialized Legal Services, Inc.
P.O. Box 77141
San Francisco, CA 94107
(415) 357-0500
IRS#

# Invoice/Service Report

**Client#:** 199
**Inv#:** 198623

**Date:** October 1, 2006

---

**Client:** ORRICK, HERRINGTON & SUTCLIFFE, LLP
405 Howard Street, Suite 7239
San Francisco, CA 94105

**Attention:** KAREN MUDURIAN /MENLO PARK

**Case No.:** 1:04-CV-11923

**Court:** UNITED STATES DISTRICT COURT - DISTRICT OF CONNECTICUT

**Plaintiff:** CONNECTU LLC

**Defendant:** FACEBOOK, INC., ET AL.

**Ref No.:**

**Document(s):** SUBPOENA IN A CIVIL CASE; NOTICE OF SUBPOENA TO CONNECTU, INC.;
WITNESS FEE IN THE AMOUNT OF $69.00

*16069-4 /4793*
*WIT=$ 69.00, SVCPRO=$201.90*

---

**Report:** Service on: CONNECTU, INC. - Business address  (B) : 500 West Putnam Ave.,
Greenwich, CT 06830 - Residence address (H) : UNKNOWN - Service was effected
at the Business address on September 5, 2006. Declaration(s) re service were
returned September 5, 2006 **

---

**Fees and Costs:**    1 Special Service - Nationwide @ $195.00                    $195.00

**Redacted**

Fee(s) Advanced:        $69.00
Check Charge @ 10% of Fee(s) Advanced:        $6.90

---

**Invoice Total:    $270.90**

---

## Specialized Legal Services, Inc.
P.O. Box 77141
San Francisco, CA 94107
(415) 357-0500
IRS#

## Invoice/Service Report

**Client#:** 199
**Inv#:** 198622

**Date:** October 1, 2006

--------------------------------------------------------------------------------

**Client:** ORRICK, HERRINGTON & SUTCLIFFE, LLP
405 Howard Street, Suite 7239
San Francisco, CA 94105

**Attention:** KAREN MUDURIAN /MENLO PARK

**Case No.:** 1:04-CV-11923

**Court:** UNITED STATES DISTRICT COURT - DISTRICT OF CONNECTICUT

**Plaintiff:** CONNECTU LLC

**Defendant:** FACEBOOK, INC., ET AL.

**Ref No.:**

**Document(s):** SUBPOENA IN A CIVIL CASE; NOTICE OF SUBPOENA TO WINKLEVOSS
TECHNOLOGIES, LLC

16069-4 /4793
SVCPRO

--------------------------------------------------------------------------------

**Report:** Service on: WINKLEVOSS TECHNOLOGIES,LLC - Business address   (B) : 500 West
Putnam Ave., Greenwich, CT 06830 - Residence address (H) : UNKNOWN - Service
was effected at the Business address on September 5, 2006. Declaration(s) re
service were returned September 5, 2006 **

--------------------------------------------------------------------------------

**Fees and Costs:**    1 Special Service - Nationwide @ $195.00                      $195.00

**Redacted**

**Invoice Total:**    $195.00
--------------------------------------------------------------------------------

### Specialized Legal Services, Inc.
P.O. Box 77141
San Francisco, CA 94107
(415) 357-0500
IRS#

## Invoice/Service Report

**Client#:** 199
**Inv#:** 198619

**Date:** October 1, 2006

--------------------------------------------------------------------

**Client:** ORRICK, HERRINGTON & SUTCLIFFE, LLP
405 Howard Street, Suite 7239
San Francisco, CA 94105

**Attention:** KAREN MUDURIAN /MENLO PARK

**Case No.:** 1:04-CV-11923

**Court:** UNITED STATES DISTRICT COURT - DISTRICT OF CONNECTICUT

**Plaintiff:** CONNECTU LLC

**Defendant:** FACEBOOK, INC., ET AL.

**Ref No.:**

**Document(s):** SUBPOENA IN A CIVIL CASE; NOTICE OF SUBPOENA TO WINKLEVOSS, LLC

*16069-4/4793 SVCPRO* (handwritten, circled)

--------------------------------------------------------------------

**Report:** Service on: WINKLEVOSS LLC - Business address  (B) : 500 West Putnam Ave,
Greenwich, CT 06830 - Residence address (H) : UNKNOWN - Service was effected
at the Business address on September 5, 2006. Declaration(s) re service were
returned September 5, 2006 **

--------------------------------------------------------------------

**Fees and Costs:**
1 Special Service - Nationwide @ $195.00 | $195.00
1 Expediting Fee @ $25.00 | $25.00
1 Federal Express @ $22.50 | $22.50

**Redacted**

--------------------------------------------------------------------

**Invoice Total:**  **$242.50**

**Specialized Legal Services, Inc.**
P.O. Box 77141
San Francisco, CA 94107
(415) 357-0500
IRS#

## Invoice/Service Report

Client#: 199

Inv#: 198620

Date: October 1, 2006

------------------------------------------------------------

Client: ORRICK, HERRINGTON & SUTCLIFFE, LLP
405 Howard Street, Suite 7239
San Francisco, CA 94105

Attention: KAREN MUDURIAN /MENLO PARK

Case No.: 1:04-CV-11923

Court: UNITED STATES DISTRICT COURT - DISTRICT OF CONNECTICUT

Plaintiff: CONNECTU LLC

Defendant: FACEBOOK, INC., ET AL.

Ref No.:

Document(s): SUBPOENA IN A CIVIL CASE; NOTICE OF SUBPOENA TO WINKLEVOSS
CONSULTANTS, INC.

*16069-4 /4793
SVCPRO*

------------------------------------------------------------

Report: Service on: WINKLEVOSS CONSULTANTS, INC. - Business address  (B) : 500 West
Putnam Ave., Greenwich, CT 06830 - Residence address (H) : UNKNOWN - Service
was effected at the Business address on September 5, 2006. Declaration(s) re
service were returned September 5, 2006 **

------------------------------------------------------------

Fees and Costs:      1 Special Service - Nationwide @ $195.00              $195.00

**Redacted**

**Invoice Total:**      **$195.00**

------------------------------------------------------------

**Specialized Legal Services, Inc.**
P.O. Box 77141
San Francisco, CA 94107
(415) 357-0500
IRS#

# U.S. LEGAL SUPPORT

P.O. BOX 4363
Woodland Hills, CA 91365-4363
Phone: (818) 878-9227 Fax: (818) 878-0229

# INVOICE

NUMBER: 00363496-04

DATE: 10/30/06

CLAIM#:  16069-4/6393
FILE#:  16069-4/6393
DATE OF LOSS:

ORDER DATE: 10/17/06

**BILL TO:**
Theresa A. Sutton, Esq.
Orrick, Herrington & Sutcliffe, LLP
1000 Marsh Road
Menlo Park, CA 94025

**ORDERED BY:**
Theresa A. Sutton, Esq.
Orrick, Herrington & Sutcliffe, LLP
1000 Marsh Road
Menlo Park, CA 94025

**SHIP TO:**
Theresa A. Sutton, Esq.
Orrick, Herrington & Sutcliffe, LLP
1000 Marsh Road
Menlo Park, CA 94025

**RECORDS OF:**
Connectu                **Redacted**

**RECORDS FROM:**
Tyler Winklevoss
10 Khakum Wood Road
Greenwich, CT 06831

**PLAINTIFF:**

**DEFENDANT:**

**INSURED:**

| DESCRIPTION OF SERVICE | QUANTITY | PRICE | EXTENTION |
|---|---|---|---|
| Basic Charge | 1 | 27.50 | 27.50 |
| Rush Fee | 1 | 25.00 | 25.00 |
| Process Service | 1 | 180.00 | 180.00 |
| Sales Tax | | | 0.00 |

**COMMENTS:**
THIS ORDER IS COMPLETED. THE SUBPOENA
WAS SERVED AS REQUESTED BY YOUR FIRM.
THANK YOU FOR USING US LEGAL SUPPORT!

| AMOUNT DUE | $ | 232.50 |
|---|---|---|

**REMIT PAYMENT TO:**

U.S. LEGAL SUPPORT - CA RECORDS
PO BOX 671052
DALLAS, TX 75267-1052

**INVOICE#:**
**TAX ID#:** 76-0535987

Please contact us immediately with questions or corrections regarding billing or payment.

# U.S. LEGAL SUPPORT
P.O  BOX 4363
Woodland Hills, CA 91365-4363
Phone: (818) 878-9227  Fax: (818) 878-0229

# INVOICE

### NUMBER: 00364168-01

DATE: 11/08/06

CLAIM#:   16069-4/6393
FILE#:    16069-4.6393
DATE OF LOSS:

ORDER DATE:  10/27/06

**BILL TO:**
Theresa A. Sutton, Esq.
Orrick, Herrington & Sutcliffe, LLP
1000 Marsh Road
Menlo Park, CA  94025

**ORDERED BY:**
Theresa A. Sutton, Esq.
Orrick, Herrington & Sutcliffe, LLP
1000 Marsh Road
Menlo Park, CA  94025

**SHIP TO:**
Theresa A. Sutton, Esq.
Orrick, Herrington & Sutcliffe, LLP
1000 Marsh Road
Menlo Park, CA  94025

**RECORDS OF:**
Connectu

**RECORDS FROM:**
Marc Pierrat
1504 Valecroft Avenue
Westlake Village, CA  91361

**PLAINTIFF:**
Connectu LLC,

**DEFENDANT:**
Facebook, Inc., et al.,

**INSURED:**

| DESCRIPTION OF SERVICE | QUANTITY | PRICE | EXTENTION |
|---|---|---|---|
| Basic Charge | 1 | 27.50 | 27.50 |
| Process Service | 1 | 120.00 | 120.00 |
| Sales Tax | | | 0.00 |

**COMMENTS:**
THIS ORDER IS CANCELLED. THE SUBPOENA
WAS SERVED AS REQUESTED BY YOUR FIRM.
THANK YOU FOR USING US LEGAL SUPPORT!

| AMOUNT DUE | $   147.50 |
|---|---|

**Redacted**

INVOICE#: 00364168-01
TAX ID#:

REMIT PAYMENT TO:

U.S. LEGAL SUPPORT - CA RECORDS
PO BOX 671052
DALLAS, TX 75267-1052

Please contact us immediately with questions or corrections regarding billing or payment.
No adjustments or refunds will be made after 120 days from date of payment.

OHS10

# U.S. LEGAL SUPPORT

P.O. BOX 4363
Woodland Hills, CA 91365-4363
Phone: (818) 878-9227  Fax: (818) 878-0229



# INVOICE

**NUMBER: 00363394-01**

**DATE:** 12/07/06

**CLAIM#:** 16069-4/6393
**FILE#:** 16069-4/6393
**DATE OF LOSS:**

**ORDER DATE:** 10/16/06

**BILL TO:**
Theresa A. Sutton, Esq.
Orrick, Herrington & Sutcliffe, LLP
1000 Marsh Road
Menlo Park, CA  94025

**ORDERED BY:**
Theresa A. Sutton, Esq.
Orrick, Herrington & Sutcliffe, LLP
1000 Marsh Road
Menlo Park, CA  94025

**SHIP TO:**
Theresa A. Sutton, Esq.
Orrick, Herrington & Sutcliffe, LLP
1000 Marsh Road
Menlo Park, CA  94025

**RECORDS OF:**
Connectu

**RECORDS FROM:**
Winston Williams
2334 NE 102nd Street, Apt. 103
Seattle, WA  98125

**PLAINTIFF:**

**DEFENDANT:**

**INSURED:**          **Redacted**

**COMMENTS:**
THIS ORDER IS CANCELLED.   INSTRUCTIONS
FROM YOU AS HOW TO PROCEED WITH THIS
ORDER ARE NEEDED. THANK YOU FOR USING
U.S. LEGAL SUPPORT!

| DESCRIPTION OF SERVICE | QUANTITY | PRICE | EXTENTION |
|---|---|---|---|
| Basic Charge | 1 | 27.50 | 27.50 |
| Subpoena Prep | 1 | 12.50 | 12.50 |
| Notice to Oppos | 1 | 7.50 | 7.50 |
| Witness Fee | 1 | 60.00 | 60.00 |
| Check Adv Fee | 1 | 2.25 | 2.25 |
| Cancel Charge | 1 | 0.00 | 0.00 |
| Sales Tax | | | 0.00 |
| **AMOUNT DUE** | | | **$   109.75** |

89.75

**REMIT PAYMENT TO:**

U.S. LEGAL SUPPORT - CA RECORDS
PO BOX 671052
DALLAS, TX 75267-1052

**INVOICE#:** 00363394-01

**TAX ID#:**

Please contact us immediately with questions or corrections regarding billing or payment.
No adjustments or refunds will be made after 120 days from date of payment.

OHS10

Redacted

# PACER SERVICE CENTER

U.S. COURTS – PACER ● P.O. BOX 277773 ● ATLANTA, GA 30384-7773

| | | |
|---|---|---|
| **LOGIN ID:** | | Heather Horter |
| **BILLING DATE:** | 01/06/2006 | Orrick Herrington & Sutcliffe |
| **BILLING CYCLE:** | 10/01/05-12/31/05 | 650-614-7331 |
| **PAGE:** | 1 | |

## PAYMENT INSTRUCTIONS

Please do not send cash. We accept checks, money orders, Discover, Visa, Master Card, and American Express. Make checks drawn on a U.S. bank in U.S. dollars payable to: **PACER Service Center** and indicate the login ID on your check. For your information, the PACER Service Center's Federal tax identification number is            To make payment by credit card, change account information, or view transaction details for this statement, visit the "Account Information" Section of the PACER Service Center web site at http://pacer.psc.uscourts.gov.

If you believe there is an error on your statement or if you have a question concerning a transaction, please write to PACER Service Center, P. O. Box 780549, San Antonio, TX 78278. All credit requests must be submitted in writing. You may fax your request to the PACER Service Center at (210) 301-6441. In your correspondence provide us with your name, login ID, and the dollar amount of the suspected error(s) together with a copy of the transactions in question. Please provide a reason for each credit being requested. When the PACER Service Center receives your request, you will be contacted by a representative.

We must hear from you no later than the due date. If we do not hear from you and your account becomes delinquent, you are subject to having the account disabled. The address below is for payments only. All other correspondence including address changes should be directed to the PACER Service Center, P.O. Box 780549, San Antonio, TX 78278. If you have any questions regarding this statement, you may contact the PACER Service Center at *(800) 676-6856 or (210) 301-6440.*

## ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Number of Dial-Up PACER Transactions: | | 0 | **Heather Horter** |
| Dial-Up PACER Billing Rate: | | $.60 / Minute | |
| Dial-Up PACER Total Time: | | 00:00:00 | *okay* |
| *Dial-Up PACER Charges:* | | $0.00 | *to pay* |
| Number of PACER-Net Transactions : | | | *(see attached)* |
| PACER-Net Billing Rate: | | $0.08 / Page | |
| PACER-Net Total Web Pages: | | | |
| *PACER-Net Charges:* | | | |
| **Previous Balance:** | | | $0.00 |
| **Current Charges:** | | | |
| **Total Amount Due:** | | | |