# EXHIBIT C PART 3 OF 3

Redacted

**Silicon Valley Library**
**Payment Request Distributions**

DATE  2/22/06

VENDOR:  P A C E R

ACCOUNT:

INVOICE:  10/1/05 → 12/31/05

| GL CODE / C - M | $ AMOUNT | NOTES |
|---|---|---|
| 16069-4 | 56.56 | |
| | | PACER for online court documents |
| | total | okay to pay |

Heather Horter

Redacted

# PACER SERVICE CENTER

U.S. COURTS – PACER ● P.O. BOX 277773 ● ATLANTA, GA 30384-7773

| | | | |
|---|---|---|---|
| **LOGIN ID:** | | | Heather Horter |
| **BILLING DATE:** | 04/06/2006 | | Orrick Herrington & Sutcliffe |
| **BILLING CYCLE:** | 1/01/06-3/31/06 | | 650-614-7331 |
| **PAGE:** | 1 | | |

## PAYMENT INSTRUCTIONS

Please do not send cash. We accept checks, money orders, Discover, Visa, Master Card, and American Express. Make checks drawn on a U.S. bank in U.S. dollars payable to: **PACER Service Center** and indicate the login ID on your check. For your information, the PACER Service Center's Federal tax identification number is             . To make payment by credit card, change account information, or view transaction details for this statement, visit the "Account Information" Section of the PACER Service Center web site at http://pacer.psc.uscourts.gov.

If you believe there is an error on your statement or if you have a question concerning a transaction, please write to PACER Service Center, P. O. Box 780549, San Antonio, TX 78278. All credit requests must be submitted in writing. You may fax your request to the PACER Service Center at (210) 301-6441. In your correspondence provide us with your name, login ID, and the dollar amount of the suspected error(s) together with a copy of the transactions in question. Please provide a reason for each credit being requested. When the PACER Service Center receives your request, you will be contacted by a representative.

We must hear from you no later than the due date. If we do not hear from you and your account becomes delinquent, you are subject to having the account disabled. The address below is for payments only.. All other correspondence including address changes should be directed to the PACER Service Center, P.O. Box 780549, San Antonio, TX 78278. If you have any questions regarding this statement, you may contact the PACER Service Center at *(800) 676-6856 or (210) 301-6440*.

## ACCOUNT SUMMARY

| | | |
|---|---|---|
| Number of Dial-Up PACER Transactions: | 0 | |
| Dial-Up PACER Billing Rate: | $.60 / Minute | **Heather Horter** |
| Dial-Up PACER Total Time: | *00:00:00* | |
| *Dial-Up PACER Charges:* | $0.00 | okay to |
| Number of PACER-Net Transactions : | | pay |
| PACER-Net Billing Rate: | $0.08 / Page | (see attached) |
| PACER-Net Total Web Pages: | | |
| *PACER-Net Charges:* | | |

| | |
|---|---|
| **Previous Balance:** | |
| **Current Charges:** | $0.00 |
| **Total Amount Due:** | |

Silicon Valley Library
**Payment Request Distributions**

DATE

4/24/06

VENDOR: PACER Service Center

ACCOUNT:

**Redacted**

INVOICE: 1/01/06 → 3/31/06.

| GL CODE / C - M | $ AMOUNT | NOTES |
|---|---|---|
| | | database for online court documents |

total. $

Heather Horter

Okay

Redacted

# PACER QUARTERLY STATEMENT/INVOICE

| | | |
|---|---|---|
| **LOGIN ID:** | | Heather Horter |
| **BILLING DATE:** | 07/06/2006 | Orrick Herrington & Sutcliffe |
| **BILLING CYCLE:** | 04/01/06 to 06/30/06 | 650-614-7331 |
| **PAGE:** | 1 | |

## PAYMENT INSTRUCTIONS

Please do not send cash. We accept checks, money orders, Discover, Visa, Master Card, and American Express. Make checks drawn on a U.S. bank in U.S. dollars payable to: **PACER Service Center** and indicate the login id on your check. For your information, the Pacer Service Center's Federal tax identification number is             To make payment by credit card, change account information, or view transaction details for this statement, visit the 'Account Information' Section of the PACER Service Center web site at http://pacer.psc.uscourts.gov.

If you believe there is an error on your statement or if you have a question concerning a transaction, please write to PACER Service Center, P.O. Box 780549, San Antonio, TX 78278. All credit requests must be submitted in writing. You may fax your request to the Pacer Service Center at (210) 301–6441. In your correspondence provide us with your name, login id, and the dollar amount of the suspected error(s) together with a copy of the transactions in question. Please provide a reason for each credit being requested. When the Pacer Service Center receives your request, you will be contacted by a representative.

We must hear from you no later than **08/07/2006**. If we do not hear from you and your account becomes delinquent, you are subject to having the account disabled. The address below is for payments only. All other correspondence including address changes should be directed to the PACER Service Center, P.O. Box 780549, San Antonio, TX 78278. If you have any questions regarding this statement, you may contact the PACER Service Center at *(800)676–6856* or *(210)301–6440.*

## ACCOUNT SUMMARY

| | |
|---|---|
| Number of Dial-Up PACER Transactions: | 0 |
| Dial-Up PACER Billing Rate: | $ 0.60 / Minute |
| Dial-Up PACER Total Time: | 00:00:00 |
| *Dial-Up PACER Charges:* | *$0.00* |
| | |
| Number of PACER-Net Transactions : | |
| PACER-Net Billing Rate: | $ 0.08 / Page |
| PACER-Net Total Web Pages: | |
| *PACER-Net Charges:* | |

| | |
|---|---|
| **Previous Balance:** | $0.00 |
| **Current Charges:** | |
| **Total Amount Due:** | |

*okay to pay (see attached)*

*Heather Horter*

Redacted

**Silicon Valley Library**
**Payment Request Distributions**

D,

7/10/06

VENDOR: *Pacer*

ACCOUNT:

INVOICE: 4/1/06 → 6/30/06

| GL CODE / C - M | $ AMOUNT | NOTES |
|---|---|---|

court dockets

total $

Okay  Heather Horter

Redacted

# PACER SERVICE CENTER

U.S. COURTS – PACER • P.O. BOX 277773 • ATLANTA, GA 30384-7773

| LOGIN ID: | | |
|---|---|---|
| **BILLING DATE:** | 07/07/2005 | Heather Horter |
| **BILLING CYCLE:** | 04/01/05-06/30/05 | Orrick Herrington & Sutcliffe |
| **PAGE:** | 1 | 650-614-7331 |

## PAYMENT INSTRUCTIONS

Please do not send cash. We accept checks, money orders, Discover, Visa, Master Card, and American Express. Make checks drawn on a U.S. bank in U.S. dollars payable to: **PACER Service Center** and indicate the login ID on your check. For your information, the PACER Service Center's Federal tax identification number is                     To make payment by credit card, change account information, or view transaction details for this statement, visit the "Account Information" Section of the PACER Service Center web site at http://pacer.psc.uscourts.gov.

If you believe there is an error on your statement or if you have a question concerning a transaction, please write to PACER Service Center, P. O. Box 780549, San Antonio, TX 78278. All credit requests must be submitted in writing. You may fax your request to the PACER Service Center at (210) 301-6441. In your correspondence provide us with your name, login ID, and the dollar amount of the suspected error(s) together with a copy of the transactions in question. Please provide a reason for each credit being requested. When the PACER Service Center receives your request, you will be contacted by a representative.

We must hear from you no later than the due date. If we do not hear from you and your account becomes delinquent, you are subject to having the account disabled. The address below is for payments only. All other correspondence including address changes should be directed to the PACER Service Center, P.O. Box 780549, San Antonio, TX 78278. If you have any questions regarding this statement, you may contact the PACER Service Center at *(800) 676-6856 or (210) 301-6440.*

## ACCOUNT SUMMARY

| | |
|---|---|
| Number of Dial-Up PACER Transactions: | 0 |
| Dial-Up PACER Billing Rate: | $.60 / Minute |
| Dial-Up PACER Total Time: | 00:00:00 |
| *Dial-Up PACER Charges:* | $0.00 |
| Number of PACER-Net Transactions : | |
| PACER-Net Billing Rate: | $0.08 / Page |
| PACER-Net Total Web Pages: | |
| *PACER-Net Charges:* | |

*Okay to pay (see attached)*

| | |
|---|---|
| **Previous Balance:** | |
| **Current Charges:** | $0.00 |
| **Total Amount Due:** | |

**Heather Horter**

Redacted

**Silicon Valley Library**
**Payment Request Distributions**

DATE

8/3/05

VENDOR: PACER

ACCOUNT:

INVOICE: 4/1/2005 → 6/30/05 usage

| GL CODE / C - M | $ AMOUNT | NOTES |
|---|---|---|
| | | search for dockets and current litigation; pull docket documents |

total

okay

**Heather Horter**

Redacted

# PACER QUARTERLY STATEMENT/INVOICE

| | |
|---|---|
| **LOGIN ID:** | |
| **BILLING DATE:** 10/05/2006 | Heather Horter |
| **BILLING CYCLE:** 07/01/06 to 09/30/06 | Orrick Herrington & Sutcliffe |
| **PAGE:** 1 | 650-614-7331 |

## PAYMENT INSTRUCTIONS

Please do not send cash. We accept checks, money orders, Discover, Visa, Master Card, and American Express. Make checks drawn on a U.S. bank in U.S. dollars payable to: **PACER Service Center** and indicate the login id on your check. For your information, the Pacer Service Center's Federal tax identification number is _____ To make payment by credit card, change account information, or view transaction details for this statement, visit the 'Account Information' Section of the PACER Service Center web site at http://pacer.psc.uscourts.gov.

If you believe there is an error on your statement or if you have a question concerning a transaction, please write to PACER Service Center, P.O. Box 780549, San Antonio, TX 78278. All credit requests must be submitted in writing. You may fax your request to the Pacer Service Center at (210) 301-6441. In your correspondence provide us with your name, login id, and the dollar amount of the suspected error(s) together with a copy of the transactions in question. Please provide a reason for each credit being requested. When the Pacer Service Center receives your request, you will be contacted by a representative.

We must hear from you no later than **11/06/2006**. If we do not hear from you and your account becomes delinquent, you are subject to having the account disabled. The address below is for payments only. All other correspondence including address changes should be directed to the PACER Service Center, P.O. Box 780549, San Antonio, TX 78278. If you have any questions regarding this statement, you may contact the PACER Service Center at (800)676-6856 or (210)301-6440.

## ACCOUNT SUMMARY

| | | |
|---|---|---|
| Number of Dial-Up PACER Transactions: | 0 | **Heather Horter** |
| Dial-Up PACER Billing Rate: | $ 0.60 / Minute | |
| Dial-Up PACER Total Time: | 00:00:00 | |
| *Dial-Up PACER Charges:* | *$0.00* | |
| Number of PACER-Net Transactions : | | *Okay to pay* |
| PACER-Net Billing Rate: | $ 0.08 / Page | *(See attached)* |
| PACER-Net Total Web Pages: | | |
| *PACER-Net Charges:* | | |
| | | |
| **Previous Balance:** | | |
| **Current Charges:** | $0.00 | |
| **Total Amount Due:** | | |

Redacted

Silicon Valley Library
Payment Request Distributions

DATE
10/10/06

VENDOR: *PACER*

ACCOUNT:

INVOICE: 7/1/06 → 9/30/06

| GL CODE / C - M | $ AMOUNT | NOTES |
|---|---|---|

database
for
court dockets
and
documents.

total #

Heather Horter

**Redacted**

**Silicon Valley Library**
**Payment Request Distributions**

DATE

10-28-05

VENDOR: PACER Service Center

ACCOUNT:

INVOICE: 7/1/05 → 9/30/05

| GL CODE / C - M | $ AMOUNT | NOTES |
|---|---|---|
| | | online court dockets and documents. |
| total | | |

Olley

Heather Horter

Redacted

# PACER QUARTERLY STATEMENT/INVOICE

| | | |
|---|---|---|
| **LOGIN ID:** | | Heather Horter |
| **BILLING DATE:** | 01/08/2007 | Orrick Herrington & Sutcliffe |
| **BILLING CYCLE:** | 10/01/06 to 12/31/06 | 650-614-7331 |
| **PAGE:** | 1 | |

## PAYMENT INSTRUCTIONS

Please do not send cash. We accept checks, money orders, Discover, Visa, Master Card, and American Express. Make checks drawn on a U.S. bank in U.S. dollars payable to: **PACER Service Center** and indicate the login id on your check. For your information, the Pacer Service Center's Federal tax identification number is                To make payment by credit card, change account information, or view transaction details for this statement, visit the 'Account Information' Section of the PACER Service Center web site at http://pacer.psc.uscourts.gov.

If you believe there is an error on your statement or if you have a question concerning a transaction, please write to PACER Service Center, P.O. Box 780549, San Antonio, TX 78278. All credit requests must be submitted in writing. You may fax your request to the Pacer Service Center at (210) 301-6441. In your correspondence provide us with your name, login id, and the dollar amount of the suspected error(s) together with a copy of the transactions in question. Please provide a reason for each credit being requested. When the Pacer Service Center receives your request, you will be contacted by a representative.

We must hear from you no later than **02/05/2007**. If we do not hear from you and your account becomes delinquent, you are subject to having the account disabled. The address below is for payments only. All other correspondence including address changes should be directed to the PACER Service Center, P.O. Box 780549, San Antonio, TX 78278. If you have any questions regarding this statement, you may contact the PACER Service Center at *(800)676-6856* or *(210)301-6440*.

## ACCOUNT SUMMARY

| | | |
|---|---|---|
| Number of Dial-Up PACER Transactions: | | 0 |
| Dial-Up PACER Billing Rate: | $ 0.60 / Minute | |
| Dial-Up PACER Total Time: | 00:00:00 | |
| *Dial-Up PACER Charges:* | | *$0.00* |
| | | |
| Number of PACER-Net Transactions : | | |
| PACER-Net Billing Rate: | $ 0.08 / Page | |
| PACER-Net Total Web Pages: | | |
| *PACER-Net Charges:* | | |

*Heather Horter*

*okay to pay (see attached)*

| | |
|---|---|
| **Previous Balance:** | $0.00 |
| **Current Charges:** | |
| **Total Amount Due:** | |

**Silicon Valley Library**
**Payment Request Distributions**

Page 1 of 2

DATE

1/12/07

VENDOR: PACER

ACCOUNT:

INVOICE: 10/1/06 → 12/31/06          Redacted

| GL CODE / C - M | $ AMOUNT | NOTES |
|---|---|---|

→ see page 2

page 2 of 2

**Silicon Valley Library**
**Payment Request Distributions**

DATE

1/12/07

VENDOR: PACER

ACCOUNT:

INVOICE: 10/1/06 → 12/31/06

| GL CODE / C - M | $ AMOUNT | NOTES |
|---|---|---|

**Redacted**

total ('

Heather Horter          Okay



**Incorporating Services, Ltd.**

3500 S DuPont Hwy
Dover, DE 19901
302.531.0855 - 800.346.4646
www.INCserv.com - admin@incserv.com

**INCORPORATING SERVICES, LTD.**
*"The Corporate Professionals"*
Excellence in Corporate Services Since 1972

**Invoice** 20084

**Client #** 376

**Bill To:**
ORRICK, HERRINGTON & SUTCLIFFE
ATTN: DEBBIE MOORE
400 CAPITOL MALL
SUITE 3000
SACRAMENTO, CA 95814-

**Ship To:**
ORRICK. HERRINGTON & SUTCLIFFE
ATTN: DEBORAH MOORE
400 CAPITOL MALL
SUITE 3000
SACRAMENTO, CA 95814-

| Date | Ship Via | Client Reference Number | SalesPerson | Our Order Number |
|------|----------|------------------------|-------------|------------------|
| 04/03/06 | FedEx, Courier | 160694 | DebbieW | 20084 |

| Qty | Juris. | Item | Description | Unit Price | Amount |
|-----|--------|------|-------------|-----------|--------|
| | | FACEBOOK, INC. | | 175.00 | $175.00 |
| 1 | DE | RCC | Retrieval, Certified Copies Svc Fee: $25.00, Jur Fee: $150.00 | 70.00 | $70.00 |
| 1 | DE | CC | Reimbursed Copy Costs Jur Fee: $70.00 | 50.00 | $50.00 |
| 1 | DE | MEXN | Miscellaneous, Expedite Fee, Next Day, Jurisdiction | SubTotal: | $295.00 |
| | | | | Invoice Total: | $295.00 |

| | Balance Due | $295.00 |
|---|-------------|---------|

**CT** CORPORATION
A WoltersKluwer Company
www.ctadvantage.com

# Invoice

1020 Marsh Road
Menlo Park CA 94025-

| **FOR INQUIRIES CONTACT:** | Walnut Creek Corporate Team 2 Walnut Creek Corporate Service Center 1350 Treat Blvd Suite 100 Walnut Creek CA 94597 | | |
|---|---|---|---|

| INVOICE NUMBER | | INVOICE DATE |
|---|---|---|
| **2043385-RI** | | 06/18/05 |

| ORDER NUMBER | ORDER DATE | CUSTOMER NUMBER |
|---|---|---|
| 6246027 WO | 06/18/05 | 1434284 |

| CUSTOMER REFERENCE - 1 | CUSTOMER REFERENCE - 2 |
|---|---|
| 16069 | 4 |

Phone: (925)287-2922  Phone: (925)287-9802
Attention: Walnut Creek Corporate Team 2
(Federal Tax ID#

| REQUESTED BY | AMOUNT DUE |
|---|---|
| Heather  Horter | $ 29.25 |

Page  1 of 1

| | SERVICE CHARGES | DISBURSEMENTS | AMOUNT DUE |
|---|---|---|---|
| **CONNECTU** | | | |
| *Services -* | | | |
|    Corporate/Ltd Partnership Name - Delaware | 21.00 | | |
|    Detail View Fee - Delaware | 8.25 | | |
| **SUBTOTAL** | 29.25 | | $29.25 |

Redacted

| **SUMMARY** | | |
|---|---|---|
| | Service Charges | $29.25 |
| | **TOTAL AMOUNT DUE** | **$ 29.25** |

*okay to pay*

*16069-4*

*Heather Horter*

Walnut Creek Corporate Team 2
Walnut Creek Corporate Service Center
1350 Treat Blvd
Suite 100
Walnut Creek CA 94597

U. S. Document Retrieval Service, Inc.
11 Park Place
Suite 1512
New York, New York 10007
Tel. (212) 528-0777

# Invoice

| DATE | INVOICE # |
|---|---|
| 7/8/2005 | 56978 |

**BILL TO**

Orrick Herrington & Sutcliffe
Casey Ward
405 Howard Street
San Francisco, CA 94105



| CLIENT'S I.D.# |
|---|
| 16069-4/6030 |

CRTFIL= $ 33.00, CR-TMS= $ 77.50

| TERMS |
|---|
| Due on receipt |

| DATE OF REQUEST: | 6/20/2005 |
|---|---|

| SERVICES REQUESTED: | Connectu, LLC |
|---|---|

| DATE | CODE | SERVICES RENDERED | HRS/QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| 6/22/2005 | Delaware | At Delaware Secretary of State obtained the articles of incorporation and any amendments for Connectu, LLC - 3786819. Received one page via fax and sent to client via e-mail. | 1 | 65.00 | 65.00T |
| | Disbursem... | Disbursement Fee for incorporation | | 33.00 | 33.00T |
| | E-Mail Nat... | E-mailed Photocopies to Client | 1 | 0.50 | 0.50T |
| | Trans. | Nationwide Transportation | 1 | 10.00 | 10.00T |
| | LD Phone | Long Distance Phone Calls | 1 | 2.00 | 2.00T |
| | | Out-of-state sale, exempt from sales tax | | 0.00% | 0.00 |

| | **Total** | $110.50 |
|---|---|---|



U. S. Document Retrieval Service, Inc.

**Invoice**

11 Park Place
Suite 1512
New York, New York 10007
Tel. (212) 528-0777

| DATE | INVOICE # |
|------|-----------|
| 12/2/2005 | 62135 |

**BILL TO**

Orrick Herrington & Sutcliffe
Casey Ward
405 Howard Street
San Francisco, CA 94105

*CRTCPY= $ 193.50*
*CRTMS= $ 221.00*

| CLIENT'S I.D.# |
|----------------|
| 16069-4 / 8408. |

| TERMS |
|-------|
| Due on receipt |

| DATE OF REQUEST: | 11/14/2005 |
|------------------|------------|

| SERVICES REQUESTED: | Winklevoss |
|---------------------|------------|

| DATE | CODE | SERVICES RENDERED | HRS/QTY | RATE | AMOUNT |
|------|------|-------------------|---------|------|--------|
| 11/15/2005 | Delaware | At Delaware Secretary of State obtained the articles of incorporation for Winklevoss, LLC (File #3104277), Winklevoss Technologies, LLC (File #3104273), Winklevoss G.P., LLC (File #2973395), Winklevoss Technologies, Inc. (File #2589496) & Winklevoss Consultants, Inc. (File #2121064). Received 18 pages via e-mail and sent to client via e-mail. | 3 | 65.00 | 195.00T |
| | Disbursement | Disbursement Fee for copies at Secretary of State | 18 | 10.75 | 193.50T |
| | E-Mail Nation... | E-mailed Photocopies to Client | 18 | 0.50 | 9.00T |
| | Trans. | Nationwide Transportation | 1 | 15.00 | 15.00T |
| | LD Phone | Long Distance Phone Calls | 1 | 2.00 | 2.00T |
| | | Out-of-state sale, exempt from sales tax | | 0.00% | 0.00 |

| **Total** | $414.50 |
|-----------|---------|
| **Balance Due** | $414.50 |

# Legislative Intent Service

**Invoice**

712 Main Street
Woodland, CA 95695

(800) 666-1917 * Fax (530) 668-5866
Taxpayer I.D.# 94-2337277
Keller & Stallard dba Legislative Intent Service

| Date | Invoice # |
|------|-----------|
| 5/16/2006 | 19507 |

| Bill To |
|---------|
| ORRICK, HERRINGTON & SUTCLIFFE LLP<br>ATTN: ACCOUNTS PAYABLE<br>1000 Marsh Road<br>Menlo Park, CA. 94025 |

| Ship To |
|---------|
| ORRICK, HERRINGTON & SUTCLIFFE LLP<br>ATTN: Ms. Adria Hirsch<br>1000 Marsh Road<br>Menlo Park, CA. 94025 |

| Reference No. | Terms |
|---------------|-------|
| 16069-4 | Due on receipt |

| Description | Quantity | Rate | Amount |
|-------------|----------|------|--------|
| For services rendered in researching the legislative history of Penal Code section 502(a) as affected in 1979; Penal Code section 502(b)(1) as affected in 1984; Penal Code section 502(b)(5) as affected in 1987; Penal Code section 502(b)(9) and Penal Code section 502(c) as affected in 1999 on a two week basis: | 5 | 395.00 | 1,975.00 |
| Electronic Delivery: | 5 | 50.00 | 250.00 |
| Delivery Cost: | 1 | 10.00 | 10.00 |

*okay to pay*

*16069-4*

*Heather Horter*

Legislative Intent Service accepts credit cards.  Thank you for this opportunity to be of service!

| | |
|--|--|
| **Total** | $2,235.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $2,235.00 |

FINANCE CHARGES ACCRUE AT 1.33%
MONTHLY - 25 DAYS AFTER RECEIPT OF
INVOICE

 For 24-Hour Customer Service Call: 800-225-5935

**WELLS FARGO BUSINESS CARD**



Send Inquiries To:

WF BUSINESS DIRECT P.O. BOX 348750 SACRAMENTO, CA 95834

Send Payments To:

PAYMENT REMITTANCE CENTER PO BOX 54349 LOS ANGELES, CA 90054-0349

| **Account Summary** | **Payment Information** | Amount Paid: |
| --- | --- | --- |
| | | **$** |
| | | Check Number: |
| | | |
| | | Date Paid: |
| | | |

**Rate Information**

IF YOU WISH TO PAYOFF YOUR BALANCE IN FULL;
THE BALANCE NOTED ON YOUR STATEMENT IS NOT THE PAYOFF AMOUNT. PLEASE CALL 800-225-5935 FOR PAYOFF INFORMATION.
YOUR RATE MAY VARY ACCORDING TO THE TERMS OF YOUR AGREEMENT.

**Important Information**

$0 - $25.00 WILL BE DEDUCTED FROM YOUR ACCOUNT AND CREDITED
AS YOUR AUTOMATIC PAYMENT ON 05/30/06.  THE AUTOMATIC
PAYMENT AMOUNT WILL BE REDUCED BY ALL PAYMENTS POSTED ON OR
BEFORE THIS DATE.

**Transactions**

| Trans | Post | Reference Number | Description | | Credits | Charges |
| --- | --- | --- | --- | --- | --- | --- |

Make checks payable to: Wells Fargo

Amount
Enclosed:      $

Print address or
phone changes:

Work  (      )

PAYMENT REMITTANCE CENTER          VWD
PO BOX 54349                       8
LOS ANGELES, CA 90054-0349

ORRICK HERRINGTON          78079
TAMI L GORE
STE 3000
400 CAPITOL MALL
SACRAMENTO CA 95814-4497

Redacted



Prepared For:
Account Number:
Statement Closing Date: 05/02/06



## Transactions

| Trans | Post | Reference Number | Description | Credits | Charges |
|-------|------|------------------|-------------|---------|---------|
| 04/11 | 04/11 | 5554751FNEPMTP857 | SEC OF STATE - RECORDS SACRAMENTO  CA | | 34.50 |
| 04/17 | 04/17 | 5554751FWEPP0SQB9 | SEC OF STATE - NOTARY SACRAMENTO  CA | | 12.50 |

**Wells Fargo News**

IMPROVE YOUR HOME. BEGIN NOW WITH THE FLEXIBILITY OF HOME
EQUITY FINANCING. GET STARTED ON YOUR SOMEDAY, TODAY,
AT WELLS FARGO. FOR MORE INFORMATION, CALL 1-800-WFB-OPEN
(1-800-932-6736) OR VISIT US AT WWW.WELLSFARGO.COM/SPECIAL
AND ENTER KEYWORD: EXPAND
EQUAL HOUSING LENDER.

Redacted

Acct. Holder: **Tami L. Gore**

## Corporate Filings Log
### April 2006

| No | Requesting Party | Date | Company Name | C/M No. | Description | Amount Paid |
|----|------------------|------|--------------|---------|-------------|-------------|
| 4. | | 4/11/06 | Facebook, Inc. | 16069-4 | Obtain certified copy of Statement/Designation by Foreign Corporation from the CA Secretary of State | $18.00 |

US_WEST:260015308.1

2

US_WEST:260015308.1

Redacted

0970013027
SEC OF STATE-CORP RECORDS
1500 11TH ST 3RD FLOOR
SACRAMENTO, CA  95814
916-653-6483

## Sale

ID: 00000001
04/11/06
Batch #: 000464                          15:00:46

MASTERCARD

Appr Code: 011927      Invoice#: 004925
Total:                         $ 34.50

4 $5

Customer Copy
THANK YOU!!

$16an-4 = $18⁰⁰

# RESEARCH SOLUTIONS
**4 RESEARCH SOLUTIONS, INC.**
PO BOX 3117
CHICO, CA 95927-3117



document retrieval service
**RESEARCH** ℠
SOLUTIONS

**Bill To**





# INVOICE

| Date | Invoice # |
|------|-----------|
| 4/11/2006 | 13205 |

| Reference # | Client Code | Terms |
|-------------|-------------|-------|
| 16069-4 | Adria Hirsch | Net 30 |

| Quantity | Item Description | Rate | Amount |
|----------|------------------|------|--------|
| 1 | REGULAR Document Order(s) (Order 64349) | 12.00 | 12.00 |

*Heather Horter*

*COPYRIGHT NOTICE: Research Solutions strictly adheres to the guidelines set forth in Title 17 of the U.S. Copyright Code. For more information please visit our website and the Copyright Clearance Center at www.copyright.com*

| | Total | **$12.00** |
|--|-------|--------|

**\*\*\*Hard copies of documents are held for 10 days\*\*\***

| Phone # | Fax # | Web Site |
|---------|-------|----------|
| 1.866.WE.FIND.IT | 1.530.898.9787 | www.4researchsolutions.com |

ORRICK HERRINGTON
& SUTCLIFFE LLP
1000 MARSH RD
MENLO PARK, CA. 94025
650-614-7400

BANK OF AMERICA
MENLO PARK BRANCH #0413
633 SANTA CRUZ AVE
MENLO PARK, CA. 94025
11-35/1210

6475

6/16/2006

PAY TO THE
ORDER OF

City Of Cambridge

$ *2.50

Two and 50/100************************************************************************** DOLLARS

City of Cambridge
51 Inman Street
Cambridge, MA 02139

COPY

MEMO

16069-4/8408

*Mbara Whiteley* MP

---

ORRICK HERRINGTON & SUTCLIFFE LLP

6475

6/16/2006

City Of Cambridge
Misc

2.50

**Redacted**

Silicon Valley Checking     16069-4/8408

2.50

ORRICK HERRINGTON & SUTCLIFFE LLP

6475

City Of Cambridge
Misc

6/16/2006

2.50

Silicon Valley Checking     16069-4/8408

2.50

524093 (7/05)



**ORRICK**

ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 MARSH ROAD
MENLO PARK, CA 94025
tel 650-614-7400
fax 650-614-7401
WWW.ORRICK.COM

**Redacted**

May 16, 2006

City of Cambridge -- Election Commission
51 Inman Street
Cambridge, MA 02139
Attn: Ginnie

Re:    Voter Registration Verification for Mark E. Zuckerberg

Dear Ginnie:

Thank you very much for your assistance today regarding the verification of voter registration for Mark E. Zuckerberg, date of birth 05/14/1984.

Our FedEx account is

My mailing address is:

Orrick, Herrington & Sutcliffe
Attn: Adria Hirsch, Law Library
1000 Marsh Road
Menlo Park, CA 94025

Much thanks!
Very truly yours,

Adria Hirsch

tel (650) 614-7424
fax (650) 614-7401
email ahirsch@orrick.com

Courtlink
07/01/06 - 07/31/06

Redacted

| | | | | |
|---|---|---|---|---|
| Amy Dalton | 7/6/2006 19:58 | 016069-000004-8060 | $ | 4.00 |
| Amy Dalton | 7/6/2006 18:05 | 016069-000004-8060 | $ | 8.00 |
| Amy Dalton | 7/6/2006 18:41 | 016069-000004-8060 | $ | 8.00 |
| Amy Dalton | 7/6/2006 19:54 | 016069-000004-8060 | $ | 8.00 |
| Amy Dalton | 7/6/2006 19:54 | 016069-000004-8060 | $ | 8.00 |
| Amy Dalton | 7/6/2006 19:54 | 016069-000004-8060 | $ | 8.00 |
| Amy Dalton | 7/6/2006 20:06 | 016069-000004-8060 | $ | 75.00 |
| | | **016069-000004-8060** | **$** | **119.00** |

**Redacted**

COURTLINK
10/01/06-10/31/06

| Heather Horter | 10/13/2006 13:00 | 016069-000004-6030 | $ | 4.00 |
|---|---|---|---|---|
| Heather Horter | 10/13/2006 12:58 | 016069-000004-6030 | $ | 8.00 |
| | | **016069-000004-6030** | **$** | **12.00** |

# LEGENDS DOCUMENT SOLUTIONS

**Invoice**

291 Lambert Avenue
Palo Alto, CA 94306
Phone: 650-319-2679

Redacted

Tax ID#:

| Date | Invoice # |
|------|-----------|
| 6/20/2005 | 8050 |

Bill To:

Amy Dalton
Orrick Herrington & Sutcliffe LLP
1020 Marsh Road
Menlo Park, CA  94025

REMIT PAYMENT TO:

Legends Document Solutions
P.O. Box 2759
San Ramon, CA 94583

| Client Matter # | Terms | Account Manager |
|-----------------|-------|-----------------|
| 16069-4 | Net 30 | Dan |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| 3,107 | Grade B - Light Litigation Copies | 0.09 | 279.63 |
|  | Copied one box x1 as original (FACE 000001-003230). |  |  |
|  | THANK YOU FOR CHOOSING LEGENDS! |  |  |

Job # LDS-11721

| | |
|---|---|
| Subtotal | $279.63 |
| Sales Tax (8.25%) | $23.07 |
| **Total** | **$302.70** |

Please Pay From This Invoice:  This is the only invoice you will receive.  It should be routed to your accounting department for payment.  A late charge of 1.5% per month will be applied to balances outstanding over 30 days.

| RECEIVED BY: | | DATE: | |
|---|---|---|---|

Redacted

# LEGENDS DOCUMENT SOLUTIONS

291 Lambert Avenue
Palo Alto, CA 94306
Phone: 650-319-2679

# Invoice

| Date | Invoice # |
|------|-----------|
| 6/22/2005 | 8075 |

Tax ID#

**Bill To:**

Amy Dalton
Orrick Herrington & Sutcliffe LLP
1020 Marsh Road
Menlo Park, CA 94025

**REMIT PAYMENT TO:**

Legends Document Solutions
P.O. Box 2759
San Ramon, CA 94583

| Client Matter # | Terms | Account Manager |
|-----------------|-------|-----------------|
| 16069-4 | Net 30 | Dan |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| 11,662 | Blowbacks (pdf) | 0.10 | 1,166.20 |
| 3,050 | Slip Sheet Insertions | 0.05 | 152.50 |
| 0.5 | Labor Hour - Set Up/Printing | 45.00 | 22.50 |
| 4 | CD Duplications | 25.00 | 100.00 |
| | | | |
| | Printed C000001-C006268 (less a gap of C005288-C005724) x2 on regular paper. | | |
| | | | |
| | THANK YOU FOR CHOOSING LEGENDS! | | |

Job # LDS-11754

Please Pay From This Invoice: This is the only invoice you will receive. It should be routed to your accounting department for payment. A late charge of 1.5% per month will be applied to balances outstanding over 30 days.

| | |
|---|---|
| **Subtotal** | $1,441.20 |
| **Sales Tax (8.25%)** | $117.04 |
| **Total** | $1,558.24 |

RECEIVED BY:                                DATE:

**Redacted**

# LEGENDS DOCUMENT SOLUTIONS

291 Lambert Avenue
Palo Alto, CA 94306
Phone: 650-319-2679

# Invoice

| Date | Invoice # |
|------|-----------|
| 7/7/2005 | 8167 |

Tax ID#

| Bill To: |
|----------|
| Amy Dalton<br>Orrick Herrington & Sutcliffe LLP<br>1020 Marsh Road<br>Menlo Park, CA  94025 |

| REMIT PAYMENT TO: |
|-------------------|
| Legends Document Solutions<br>P.O. Box 2759<br>San Ramon, CA 94583 |

| | Client Matter # | Terms | Account Manager |
|---|---|---|---|
| | 16069-4 | Net 30 | Dan |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| 9,748 | Blowbacks | 0.10 | 974.80 |
| 5,804 | Slip Sheet Insertions | 0.05 | 290.20 |
| 0.33 | Labor Hour - Set Up/Printing | 45.00 | 14.85 |
| | | | |
| | Printed 2 sets of C006269-C011142 from 2 CDs. | | |
| | | | |
| | THANK YOU FOR CHOOSING LEGENDS! | | |

Job # LDS-11842

Please Pay From This Invoice:  This is the only invoice you will receive.  It should be routed to your accounting department for payment.  A late charge of 1.5% per month will be applied to balances outstanding over 30 days.

| | |
|---|---|
| **Subtotal** | $1,279.85 |
| **Sales Tax (8.25%)** | $104.36 |
| **Total** | $1,384.21 |

| RECEIVED BY: | | DATE: | |
|--------------|---|-------|---|

# LEGENDS DOCUMENT SOLUTIONS

**Invoice**

291 Lambert Avenue
Palo Alto, CA 94306
Phone:  650-319-2679

**Redacted**

| Date | Invoice # |
|------|-----------|
| 8/30/2005 | 8698 |

Tax ID#:

**Bill To:**

Amy Dalton
Orrick Herrington & Sutcliffe LLP
1020 Marsh Road
Menlo Park, CA  94025

**REMIT PAYMENT TO:**

Legends Document Solutions
P.O. Box 2759
San Ramon, CA 94583

| Client Matter # | Terms | Account Manager |
|-----------------|-------|-----------------|
| 16069-40 | Net 30 | Dan |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| 8 | CD Duplications | 20.00 | 160.00 |
|   | Duplicated 2 CDs x4 (C011338 & C011339). | | |
|   | THANK YOU FOR CHOOSING LEGENDS! | | |

Job # LDS-12389

Please Pay From This Invoice:  This is the only invoice you will receive.  It should be routed to your accounting department for payment.  A late charge of 1.5% per month will be applied to balances outstanding over 30 days.

| | |
|---|---|
| **Subtotal** | $160.00 |
| **Sales Tax (8.25%)** | $13.20 |
| **Total** | $173.20 |

RECEIVED BY: | DATE:

# LEGENDS DOCUMENT SOLUTIONS

291 Lambert Avenue
Palo Alto, CA 94306
Phone: 650-319-2679

**Redacted**

# Invoice

| Date | Invoice # |
|------|-----------|
| 9/1/2005 | 8723 |

Tax ID#

| Bill To: |
|----------|
| Amy Dalton<br>Orrick Herrington & Sutcliffe LLP<br>1020 Marsh Road<br>Menlo Park, CA  94025 |

| REMIT PAYMENT TO: |
|-------------------|
| Legends Document Solutions<br>P.O. Box 2759<br>San Ramon, CA  94583 |

| Client Matter # | Terms | Account Manager |
|-----------------|-------|-----------------|
| 16069-4 | Net 30 | Dan |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| 997 | Grade D - Heavy Litigation Copies | 0.16 | 159.52 |
| 315 | Slip Sheet Insertions | 0.10 | 31.50 |
| 0.33 | Labor Hour – Re-organize and Create Name Lists | 45.00 | 14.85 |

THANK YOU FOR CHOOSING LEGENDS!

Job # LDS-12421

| | |
|---|---|
| **Subtotal** | $205.87 |
| **Sales Tax (8.25%)** | $15.76 |
| **Total** | $221.63 |

Please Pay From This Invoice:  This is the only invoice you will receive.  It should be routed to your accounting department for payment.  A late charge of 1.5% per month will be applied to balances outstanding over 30 days.

| RECEIVED BY: | | DATE: | |
|--------------|---|-------|---|



## Please Pay From This Invoice

**Redacted**

| DATE | INVOICE NO. |
|---|---|
| 11/18/2005 | 11289 |

**BILL TO**

Orrick, Herrington & Sutcliff
1000 Marsh Road
Menlo Park, CA 94025
(650) 614-7400

**PLEASE PAY**

ALC Legal Technologies
320 Lambert Avenue
Palo Alto, CA 94306
(650) 213-9922
Tax ID #

| Job Number | Terms | Rep | Delivery | Attention | Client Matter |
|---|---|---|---|---|---|
| | | | | Amandine H | 16069-4 |
| 11054071 | Net 30 | SS | | ITEM | AMOUNT |

| QUANTITY | DESCRIPTION | ITEM | AMOUNT |
|---|---|---|---|
| | Case: N/A | | |
| 3,633 | Heavy Litigation (@.18) | | 653.94T |
| 154 | Alpha/Numeric Tab (@.35) | | 53.90T |

ALC Legal Technologies thanks you for your business!

The ALC Legal Technologies customer is ultimately responsible for payment within our terms.

Finance charge of 1.5% monthly on accounts past 30 days

| | | |
|---|---|---|
| **Sales Tax (8.25%)** | | $58.40 |
| **TOTAL** | | $766.24 |

Received & Approved                          Date

**ORRICK HERRINGTON
& SUTCLIFFE LLP**
1000 MARSH RD
MENLO PARK, CA. 94025
650-614-7400

BANK OF AMERICA
MENLO PARK BRANCH #0413
633 SANTA CRUZ AVE
MENLO PARK, CA. 94025
11-35/1210

6489

7/7/2006

PAY TO THE
ORDER OF     Clerk Of The Court , U.S. District Court Of Massachussetts                    $  **50.00

Fifty and 00/100************************************************************************************** DOLLARS

Clerk of the Court, U.S. District Court of Massachussetts
John Joseph Moakley United States Courthouse
Courtroom #1, 3rd Floor, 1 Courthouse Way
Suite 2300
MEMO     Boston, MA 02110
16069-4/6393

*Barbara Whitley*

---

**ORRICK HERRINGTON & SUTCLIFFE LLP**                                                          6489

    Clerk Of The Court , U.S. District Court Of Massachussetts            7/7/2006
Admission Fee
                                            50.00

**Redacted**

Silicon Valley Checking     16069-4/6393
                                            50.00
**ORRICK HERRINGTON & SUTCLIFFE LLP**                                                          6489

    Clerk Of The Court , U.S. District Court Of Massachussetts
Admission Fee                                                   7/7/2006
                                            50.00

Silicon Valley Checking     16069-4/6393



**ORRICK HERRINGTON
& SUTCLIFFE LLP**
1000 MARSH RD
MENLO PARK, CA. 94025
650-614-7400

BANK OF AMERICA
MENLO PARK BRANCH #0413
633 SANTA CRUZ AVE
MENLO PARK, CA. 94025
11-35/1210

6612

11/8/2006

PAY TO THE
ORDER OF ___ Clerk, United States District Court _____    $  **75.00

Seventy-Five and 00/100**************************************************************************

_____ DOLLARS 🔒 🔳

Clerk of the Court, U.S. District Court
Western District of Washington
700 Stewart Street
Seattle, WA 98101

16069-4/4793

*Barbara Whiteley*

---

**ORRICK HERRINGTON & SUTCLIFFE LLP**                                                **6612**

Clerk, United States District Court
Filing Fee                                          11/8/2006

75.00

**Redacted**

Silicon Valley Checking      16069-4/4793                                            75.00

**ORRICK HERRINGTON & SUTCLIFFE LLP**                                                **6612**

Clerk, United States District Court
Filing Fee                                          11/8/2006

75.00

Silicon Valley Checking      16069-4/4793                                            75.00

READY TO REORDER? CALL 1-800-433-8810 OR VISIT US AT www.intuitmarket.com/orderchecks



**STATEMENT**

**FEDERAL I.D.#**

633 *esler Way*
Seattle, WA 98104
(206) 682-1675 or (206) 623-8771
BELLEVUE    (425) 455-0102    OLYMPIA    (360) 754-6595
EVERETT    (425) 258-4591    TACOMA    (253) 383-1791
WEBSITE www.abclegal.com

11/30/2006

YOUR ACCT. NO

ORRICK, HERRINGTON & SUTCLIFFE
1000 MARSH RD
MENLO PARK, CA   94025

*Reprint invoices and proof of services from www.abclegal.con*

| DATE | INVOICE | DESCRIPTION | |
|------|---------|-------------|---|
| | BALANCE FORWARD: | | |
| 11/10/06 | 7596642-I | 16069-4-6241 connectullc v zuc | 5.00 |

**Redacted**

| CURRENT | OVER 30 DAYS | OVER 60 DAYS | OVER 90 DAYS | TERMS: NET 30 DAYS |
|---------|--------------|--------------|--------------|---------------------|
| 181.33 | 528.34 | 0.00 | 0.00 | **BALANCE DUE** |

Redacted

# ABC Legal Services, Inc. - Special Invoice   Order# **7596642**

| | | | | |
|---|---|---|---|---|
| **633 Yesler Way**<br>**Seattle, WA  '98104**<br>**206 467-7000**<br>**800 736-7295** | 2927 Rockefeller<br>Everett, WA  98201<br>425 258-4591<br>800 869-7785 | 943 Tacoma Avenue South<br>Tacoma, WA  98402<br>253 383-1791<br>800 736-7250 | 119 West Legion Way<br>Olympia, WA  98501<br>360 754-6595<br>800 828-0199 | 10655 NE 4th #L101<br>Bellevue, WA  98004<br>425 455-0102 |

export           Check status and order pickups at www.abclegal.com           Fed Tax ID ·

| Firm | ABC Client# | Caller |
|---|---|---|
| **Orrick, Herrington & Sutcliffe LLP** | 102031 | **DENISE O'CONNOR** |

| Address | | Email |
|---|---|---|
| **719 2nd ave  seattle wa 98104** | | |

| Case | Phone |
|---|---|
| connectullc v zuckerberg | 415 392-1122 |

| Cause Number | Client Reference Number | Order Date |
|---|---|---|
| mc-00178 rsm | 16069-4-6241 | Nov  9 2006 11:18AM |

| Documents |
|---|
| application for pro hace vice / check |

Pickup:  ORRICK, HERRINGTON .. SEATTLE OFFICE 719 2ND AVENUE 9TH FLOOR SEATTLE
Dest 1: U.S. DISTRICT COURT (SEATTLE) 700 Stewart St Lobby Level (USD) Seattle by:11/09/06 16:00

|  |  |
|---|---|
| Delivery charge | 5.00 |
| Subtotal | 5.00 |
| Sales Tax | |
| **Total** | **5.00** |
| Prepaid Amt | |
| Amount Due | **5.00** |

# SECOND
# SERVICE INVOICE

YTS Transcription Services
240 Chestnut Street
Wrentham, MA 02093

Phone: (508) 384-2003
Fax: (508) 384-2003

| SERVICE FOR: | INVOICE NO. | 06-09 |
| --- | --- | --- |
| Transcript of:  Motion Hearing | | |
| ConnectU v. Zuckerberg, et al | DATE TRANSCRIPT COMPLETED | January 11, 2006 |
| Civil Action No. 04-11923-DPW | INVOICE DATE | March 1, 2006 |

**BILL TO:**
Robert D. Nagel, Esquire
Orrick, Herrington & Sutcliffe, LLP
4 Park Plaza
Suite 1600
Irvine, CA  92614-2558

| DATE OF PROCEEDINGS TRANSCRIBED | DESCRIPTION | NO. OF PAGES | EXPEDITED RATE | TOTAL |
| --- | --- | --- | --- | --- |
| 11/18/05 | Motion Hearing | 55 | $4.40 | $242.00 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| **Make checks payable to:**<br>**Maryann V. Young** | | **TOTAL AMOUNT DUE:** | | $242.00 |

## PAYMENT IS DUE UPON RECEIPT OF TRANSCRIPT
## PLEASE RETURN AN INVOICE WITH YOUR REMITTANCE
## - THANK YOU-