# EXHIBIT D

Redacted

THEFACEBOOK.COM                                                          629518
HORN MURDOCK COLE                                            September 15, 2005
2041 MISSION COLLEGE BOULEVARD
SUITE 159
SANTA CLARA, CA  95054
ATTENTION:  SUSAN RAYMOND

**PROSKAUER ROSE LLP**   1585 Broadway
New York, NY 10036-8299    Employer identification No

CLIENT NAME:  THEFACEBOOK.COM
CLIENT#: 28363

Out-of-pocket disbursements and other miscellaneous
charges posted through August 31, 2005                                   892.44

**TOTAL THIS BILL**

**PROSKAUER ROSE LLP**
THEFACEBOOK.COM

Redacted

September 15, 2005
Page 4

**DISBURSEMENTS AND CHARGES**

| DESCRIPTION: | AMOUNT |
|---|---|
| REPRODUCTION | 155.80 |
| WESTLAW | 592.77 |
| SECRETARIAL OVERTIME | 43.75 |
| LONG DISTANCE TELEPHONE | .25 |
| DELIVERY CHARGES | 92.62 |
| MEALS | 7.25 |
| **TOTAL DISBURSEMENTS AND CHARGES FOR THIS MATTER:** | **$ 892.44** |

**Redacted**

**PROSKAUER ROSE LLP**
THEFACEBOOK.COM

September 15, 2005
Page 5

**CLIENT AND MATTER GROUP RECAP:**

| Matter Name | Fees Billed | Disbursements Billed |
|---|---|---|
| CONNECTU LITIGATION | | 892.44 |
| **TOTAL** | | **892.44** |

Redacted

**THEFACEBOOK.COM**                                         635736
**HORN MURDOCK COLE**                           October 11, 2005
**2041 MISSION COLLEGE BOULEVARD**
**SUITE 159**
**SANTA CLARA, CA  95054**
**ATTENTION:  SUSAN RAYMOND**

**PROSKAUER ROSE LLP**    1585 Broadway
                          New York, NY 10036-8299    Employer identification No.

**CLIENT NAME: THEFACEBOOK.COM**
**CLIENT#: 28363**

Out-of-pocket disbursements and other miscellaneous
charges posted through September 30, 2005                              221.18

Subtotal

Less Credit

**CREDIT BALANCE**

FOR YOUR CONVENIENCE YOU MAY WIRE PAYMENT TO:
CITIBANK, N.A., 111 WALL STREET. NEW YORK NY 10005
ACCOUNT NO
ABA NO

Redacted

**PROSKAUER ROSE LLP**
THEFACEBOOK.COM

October 11, 2005
Page 4

**DISBURSEMENTS AND CHARGES**

| DESCRIPTION: | AMOUNT |
|---|---|
| REPRODUCTION | 30.60 |
| FILING FEES | 50.00 |
| LONG DISTANCE TELEPHONE | 4.21 |
| DELIVERY CHARGES | 136.37 |
| **TOTAL DISBURSEMENTS AND CHARGES FOR THIS MATTER:** | **$ 221.18** |

**PROSKAUER ROSE LLP**
THEFACEBOOK.COM

October 11, 2005
Page 5

**CLIENT AND MATTER GROUP RECAP:**

| Matter Name | Fees Billed | Disbursements Billed |
|---|---|---|
| CONNECTU LITIGATION | | 221.18 |
| **TOTAL** | | **221.18** |

**Redacted**

**FACEBOOK, INC.**
**165 UNIVERSITY AVENUE**
**PALO ALTO, CA 94301**
**ATTENTION: SUSAN RAYMOND**

638974
November 11, 2005

**PROSKAUER ROSE LLP**    1585 Broadway
New York, NY 10036-8299    Employer identification No

---

**CLIENT NAME: FACEBOOK, INC.**
**CLIENT#: 28363**

Redacted

FOR LEGAL SERVICES RENDERED
for the period ending October 31, 2005 as set forth
in the attached printout.

Fees:

Out-of-pocket disbursements and other miscellaneous
charges posted through October 31, 2005                    209.87

**TOTAL THIS BILL**

**Redacted**

**PROSKAUER ROSE LLP**
THEFACEBOOK.COM

November 11, 2005
Page 4

**DISBURSEMENTS AND CHARGES**

| DESCRIPTION: | AMOUNT |
|---|---|
| REPRODUCTION | 59.20 |
| SECRETARIAL OVERTIME | 100.00 |
| LONG DISTANCE TELEPHONE | 2.99 |
| MISCELLANEOUS | 47.68 |
| **TOTAL DISBURSEMENTS AND CHARGES FOR THIS MATTER:** | $ 209.87 |

PROSKAUER ROSE LLP                    Redacted
THEFACEBOOK.COM                                            November 11, 2005
                                                                Page 5

**CLIENT AND MATTER GROUP RECAP:**

| Matter Name | Fees Billed | Disbursements Billed |
|---|---|---|
| CONNECTU LITIGATION | | 209.87 |
| **TOTAL** | | **209.87** |

**Redacted**

FACEBOOK, INC.                                                                643201
165 UNIVERSITY AVENUE                                          December 12, 2005
PALO ALTO, CA 94301
ATTENTION: SUSAN RAYMOND

**PROSKAUER ROSE LLP**   1585 Broadway
New York, NY 10036-8299   Employer identification No.

CLIENT NAME: FACEBOOK, INC.
CLIENT#: 28363

FOR LEGAL SERVICES RENDERED
for the period ending November 30, 2005 as set forth
in the attached printout.

Fees:

Out-of-pocket disbursements and other miscellaneous
charges posted through November 30, 2005                               296.38

**TOTAL THIS BILL**

**PROSKAUER ROSE LLP**          **Redacted**
FACEBOOK, INC.

December 12, 2005
Page 4

**DISBURSEMENTS AND CHARGES**

| DESCRIPTION: | AMOUNT |
|---|---|
| REPRODUCTION | 27.80 |
| SECRETARIAL OVERTIME | 100.00 |
| LONG DISTANCE TELEPHONE | 7.93 |
| DELIVERY CHARGES | 160.65 |

**TOTAL DISBURSEMENTS AND CHARGES FOR THIS MATTER:**          $ 296.38

**PROSKAUER ROSE LLP**
FACEBOOK, INC.

December 12, 2005
Page 5

**CLIENT AND MATTER GROUP RECAP:**

| Matter Name | Fees Billed | Disbursements Billed |
|---|---|---|
| CONNECTU LITIGATION | | 296.38 |
| **TOTAL** | | **296.38** |

Redacted

Redacted

**FACEBOOK, INC.**                                                    663102
**165 UNIVERSITY AVENUE**                                   April 14, 2006
**PALO ALTO, CA  94301**
**ATTENTION:  SUSAN RAYMOND**

**PROSKAUER ROSE LLP**    1585 Broadway
New York, NY 10036-8299     Employer identification No.

**CLIENT NAME:  FACEBOOK, INC.**
**CLIENT#: 28363**

FOR LEGAL SERVICES RENDERED
for the period ending March 31, 2006 as set forth
in the attached printout.

Fees:

Out-of-pocket disbursements and other miscellaneous
charges posted through March 31, 2006                                    1,494.54

**TOTAL THIS BILL**

**PROSKAUER ROSE LLP**
FACEBOOK, INC.

April 14, 2006
Page 5

**DISBURSEMENTS AND CHARGES**

| DESCRIPTION: | AMOUNT |
|---|---|
| REPRODUCTION | 142.20 |
| WESTLAW | 187.31 |
| TRANSCRIPTS & DEPOSITIONS | 800.80 |
| LONG DISTANCE TELEPHONE | 13.61 |
| DELIVERY CHARGES | 239.84 |
| MEALS | 110.78 |

**TOTAL DISBURSEMENTS AND CHARGES FOR THIS MATTER:**     **$1,494.54**

Redacted

**PROSKAUER ROSE LLP**
FACEBOOK, INC.

**Redacted**

April 14, 2006
Page 6

**CLIENT AND MATTER GROUP RECAP:**

| Matter Name | Fees Billed | Disbursements Billed |
|---|---|---|
| CONNECTU LITIGATION | | 1,494.54 |
| **TOTAL** | | **1,494.54** |

FACEBOOK, INC.                    Redacted                              669788
165 UNIVERSITY AVENUE                                            May 15, 2006
PALO ALTO, CA 94301
ATTENTION: SUSAN RAYMOND


## PROSKAUER ROSE LLP    1585 Broadway
New York, NY 10036-8299    Employer identification No.

CLIENT NAME: FACEBOOK, INC.
CLIENT#: 28363

FOR LEGAL SERVICES RENDERED
for the period ending April 30, 2006 as set forth
in the attached printout.

Fees:


Out-of-pocket disbursements and other miscellaneous
charges posted through April 30, 2006                                    95.54

**TOTAL THIS BILL**

**PROSKAUER ROSE LLP**
FACEBOOK, INC.

*Redacted*

May 15, 2006
Page 4

**DISBURSEMENTS AND CHARGES**

| DESCRIPTION: | AMOUNT |
|---|---|
| REPRODUCTION | 32.40 |
| WESTLAW | 16.76 |
| LOCAL TRAVEL | 12.66 |
| LONG DISTANCE TELEPHONE | 1.49 |
| MEALS | 32.23 |
| **TOTAL DISBURSEMENTS AND CHARGES FOR THIS MATTER:** | **$ 95.54** |

**PROSKAUER ROSE LLP**     **Redacted**
FACEBOOK, INC.

May 15, 2006
Page 5

**CLIENT AND MATTER GROUP RECAP:**

| Matter Name | Fees Billed | Disbursements Billed |
|---|---|---|
| CONNECTU LITIGATION | | 95.54 |
| **TOTAL** | | **95.54** |

**FACEBOOK, INC.**
**165 UNIVERSITY AVENUE**
**PALO ALTO, CA 94301**
**ATTENTION: SUSAN RAYMOND**

**Redacted**

674322
June 13, 2006

# PROSKAUER ROSE LLP

1585 Broadway
New York, NY 10036-8299          Employer identification No

**CLIENT NAME:  FACEBOOK, INC.**
**CLIENT#: 28363**

FOR LEGAL SERVICES RENDERED
for the period ending May 31, 2006 as set forth
in the attached printout.

Fees:

Out-of-pocket disbursements and other miscellaneous
charges posted through May 31, 2006                                    39.52

**TOTAL THIS BILL**

**PROSKAUER ROSE LLP**
FACEBOOK, INC.

June 13, 2006
Page 4

**DISBURSEMENTS AND CHARGES**

DESCRIPTION:                                                    AMOUNT
  LONG DISTANCE TELEPHONE                                      5.20
  MISCELLANEOUS                                               34.32

**TOTAL DISBURSEMENTS AND CHARGES FOR THIS MATTER:**            **$ 39.52**

**Redacted**

**PROSKAUER ROSE LLP**          **Redacted**
FACEBOOK, INC.

June 13, 2006
Page 5

**CLIENT AND MATTER GROUP RECAP:**

| Matter Name | Fees Billed | Disbursements Billed |
|---|---|---|
| CONNECTU LITIGATION | | 39.52 |
| **TOTAL** | | **39.52** |

**Redacted**

FACEBOOK, INC.                                                                              679583
165 UNIVERSITY AVENUE                                                              July 17, 2006
PALO ALTO, CA 94301
ATTENTION: SUSAN RAYMOND

**PROSKAUER ROSE LLP**    1585 Broadway
New York, NY 10036-8299    Employer Identification No

CLIENT NAME: FACEBOOK, INC.
CLIENT#: 28363

FOR LEGAL SERVICES RENDERED
for the period ending June 30, 2006 as set forth
in the attached printout.

Fees:

Out-of-pocket disbursements and other miscellaneous
charges posted through June 30, 2006                                        1,327.52

**TOTAL THIS BILL**

**Redacted**

**PROSKAUER ROSE LLP**
FACEBOOK, INC.

July 17, 2006
Page 8

**DISBURSEMENTS AND CHARGES**

| DESCRIPTION: | AMOUNT |
|---|---|
| REPRODUCTION | 1037.80 |
| LEXIS | 18.00 |
| WESTLAW | 249.66 |
| LONG DISTANCE TELEPHONE | 22.06 |
| **TOTAL DISBURSEMENTS AND CHARGES FOR THIS MATTER:** | **$1,327.52** |

**PROSKAUER ROSE LLP**     Redacted

FACEBOOK, INC.

July 17, 2006
Page 9

**CLIENT AND MATTER GROUP RECAP:**

| Matter Name | Fees Billed | Disbursements Billed |
|---|---|---|
| CONNECTU LITIGATION | | 1,327.52 |
| **TOTAL** | | **1,327.52** |

*Redacted*

**FACEBOOK, INC.**                                              687072
**165 UNIVERSITY AVENUE**                            August 22, 2006
**PALO ALTO, CA 94301**
**ATTENTION: SUSAN RAYMOND**

**PROSKAUER ROSE LLP**     1585 Broadway
                           New York, NY 10036-8299     Employer identification No.

**CLIENT NAME: FACEBOOK, INC.**
**CLIENT#: 28363**

FOR LEGAL SERVICES RENDERED
for the period ending July 31, 2006 as set forth
in the attached printout.

Fees:

Out-of-pocket disbursements and other miscellaneous
charges posted through July 31, 2006                          2,012.79

**TOTAL THIS BILL**

---

FOR YOUR CONVENIENCE YOU MAY WIRE PAYMENT TO:
CITIBANK, N.A., 111 WALL STREET NEW YORK NY 10005
ACCOUNT NO.
ABA NO.

**PROSKAUER ROSE LLP**
FACEBOOK, INC.

**Redacted**

August 22, 2006
Page 5

**DISBURSEMENTS AND CHARGES**

| DESCRIPTION: | AMOUNT |
|---|---|
| REPRODUCTION | 57.40 |
| CORP. SERVICE | 28.25 |
| LONG DISTANCE TELEPHONE | 18.84 |
| DELIVERY CHARGES | 1,908.30 |
| **TOTAL DISBURSEMENTS AND CHARGES FOR THIS MATTER:** | **$2,012.79** |

**Redacted**

**PROSKAUER ROSE LLP**
FACEBOOK, INC.

August 22, 2006
Page 6

**CLIENT AND MATTER GROUP RECAP:**

| Matter Name | Fees Billed | Disbursements Billed |
|---|---|---|
| CONNECTU LITIGATION | | 2,012.79 |
| **TOTAL** | | **2,012.79** |

**Redacted**

FACEBOOK, INC.
156 UNIVERSITY AVENUE
PALO ALTO, CA 94301
ATTENTION: SUSAN RAYMOND

693362
September 20, 2006

**PROSKAUER ROSE LLP**    1585 Broadway
New York, NY 10036-8299

Employer identification No.

CLIENT NAME: FACEBOOK, INC.
CLIENT#: 28363

FOR LEGAL SERVICES RENDERED
for the period ending August 31, 2006 as set forth
in the attached printout.

Fees:

Out-of-pocket disbursements and other miscellaneous
charges posted through August 31, 2006

1,035.97

**TOTAL THIS BILL**

Redacted

**PROSKAUER ROSE LLP**
FACEBOOK, INC.

September 20, 2006
Page 4

**DISBURSEMENTS AND CHARGES**

DESCRIPTION:

| | AMOUNT |
|---|---|
| REPRODUCTION | |
| TRANSCRIPTS & DEPOSITIONS | 191.80 |
| LONG DISTANCE TELEPHONE | 197.54 |
| DATA BASE SEARCH | 2.48 |
| TELEPHONE EXPENSE | 8.97 |
| PACER SERVICE CENTER | 41.18 |
| A.D. HANDY CO., INC. | 18.75 |
| | 575.25 |

TOTAL DISBURSEMENTS AND CHARGES FOR THIS MATTER: $1,035.97

Redacted

**PROSKAUER ROSE LLP**
FACEBOOK, INC.

September 20, 2006
Page 5

**CLIENT AND MATTER GROUP RECAP:**

| Matter Name | Fees Billed | Disbursements Billed |
|---|---|---|
| CONNECTU LITIGATION | | 1,035.97 |
| **TOTAL** | | **1,035.97** |

Redacted

**FACEBOOK, INC.**
**156 UNIVERSITY AVENUE**
**PALO ALTO, CA 94301**
**ATTENTION: SUSAN RAYMOND**

697977
October 11, 2006

## PROSKAUER ROSE LLP     1585 Broadway
New York, NY 10036-8299     Employer identification No.

**CLIENT NAME: FACEBOOK, INC.**
**CLIENT#: 28363**

FOR LEGAL SERVICES RENDERED
for the period ending September 30, 2006 as set forth
in the attached printout.

Fees:

Out-of-pocket disbursements and other miscellaneous
charges posted through September 30, 2006

69.74

**TOTAL THIS BILL**

Redacted

**PROSKAUER ROSE LLP**
FACEBOOK, INC.

October 11, 2006
Page 4

**DISBURSEMENTS AND CHARGES**

DESCRIPTION:

| | AMOUNT |
|---|---|
| REPRODUCTION | 2.40 |
| LONG DISTANCE TELEPHONE | 3.47 |
| DELIVERY CHARGES | 47.73 |
| TELEPHONE EXPENSE | 16.14 |

TOTAL DISBURSEMENTS AND CHARGES FOR THIS MATTER:

$ 69.74

PROSKAUER ROSE LLP                    Redacted
FACEBOOK, INC.

October 11, 2006
Page 5

**CLIENT AND MATTER GROUP RECAP:**

| Matter Name | Fees Billed | Disbursements Billed |
|---|---|---|
| CONNECTU LITIGATION | | 69.74 |
| **TOTAL** | | **69.74** |

**Redacted**

FACEBOOK, INC.
156 UNIVERSITY AVENUE
PALO ALTO, CA 94301
ATTENTION: SUSAN RAYMOND

702588
November 13, 2006

## PROSKAUER ROSE LLP

1585 Broadway
New York, NY 10036-8299

Employer identification No.

CLIENT NAME: FACEBOOK, INC.
CLIENT#: 28363

FOR LEGAL SERVICES RENDERED
for the period ending October 31, 2006 as set forth
in the attached printout.

Fees:

Out-of-pocket disbursements and other miscellaneous
charges posted through October 31, 2006

TOTAL THIS BILL                                                7,636.76

PROSKAUER ROSE LLP          Redacted
FACEBOOK, INC.

November 13, 2006
Page 7

## DISBURSEMENTS AND CHARGES

| DESCRIPTION: | AMOUNT |
|---|---|
| REPRODUCTION | 1,897.40 |
| WESTLAW | 829.29 |
| WILLIAMS LEA, INC. | 4,844.73 |
| LONG DISTANCE TELEPHONE | 34.84 |
| DELIVERY CHARGES | 23.86 |
| PACER SERVICE CENTER | 6.64 |

TOTAL DISBURSEMENTS AND CHARGES FOR THIS MATTER:          $7,636.76

**PROSKAUER ROSE** LLP
FACEBOOK, INC.

**Redacted**

November 13, 2006
Page 8

**CLIENT AND MATTER GROUP RECAP:**

| Matter Name | Fees Billed | Disbursements Billed |
| --- | --- | --- |
| CONNECTU LITIGATION | | 7,636.76 |
| **TOTAL** | | **7,636.76** |

FACEBOOK, INC.
156 UNIVERSITY AVENUE
PALO ALTO, CA 94301
ATTENTION: SUSAN RAYMOND

**Redacted**

707629
December 14, 2006

**PROSKAUER ROSE LLP**    1585 Broadway
New York, NY 10036-8299

Employer identification No.

CLIENT NAME: FACEBOOK, INC.
CLIENT#: 28363

FOR LEGAL SERVICES RENDERED
for the period ending November 30, 2006 as set forth
in the attached printout.

Fees:

Out-of-pocket disbursements and other miscellaneous
charges posted through November 30, 2006

TOTAL THIS BILL                                         594.03

**PROSKAUER ROSE LLP**
FACEBOOK, INC.

Redacted

December 14, 2006
Page 3

**DISBURSEMENTS AND CHARGES**

| DESCRIPTION: | AMOUNT |
|---|---|
| REPRODUCTION | 3.80 |
| DELIVERY CHARGES | 33.27 |
| OUTSIDE REPRODUCTION | 556.96 |
| **TOTAL DISBURSEMENTS AND CHARGES FOR THIS MATTER:** | **$ 594.03** |

**PROSKAUER ROSE LLP**
FACEBOOK, INC.

December 14, 2006
Page 4

**CLIENT AND MATTER GROUP RECAP:**

| Matter Name | Fees Billed | Disbursements Billed |
|---|---|---|
| CONNECTU LITIGATION | | 594.03 |
| **TOTAL** | | **594.03** |

**Redacted**

Redacted

**FACEBOOK, INC.**
**156 UNIVERSITY AVENUE**
**PALO ALTO, CA 94301**
**ATTENTION: SUSAN RAYMOND**

**714391**
**January 18, 2007**

**PROSKAUER ROSE LLP**    1585 Broadway
New York, NY 10036-8299    Employer identification No.

CLIENT NAME: **FACEBOOK, INC.**
**CLIENT#: 28363**

FOR LEGAL SERVICES RENDERED
for the period ending December 31, 2006 as set forth
in the attached printout.

Fees:

Out-of-pocket disbursements and other miscellaneous
charges posted through December 31, 2006

704.06

**TOTAL THIS BILL**

**PROSKAUER ROSE LLP**
FACEBOOK, INC.

January 18, 2007
Page 3

**DISBURSEMENTS AND CHARGES**

DESCRIPTION:

| | AMOUNT |
|---|---|
| REPRODUCTION | 90.40 |
| DELIVERY CHARGES | 613.66 |

**TOTAL DISBURSEMENTS AND CHARGES FOR THIS MATTER:** $ 704.06

**PROSKAUER ROSE** LLP
FACEBOOK, INC.

**Redacted**

January 18, 2007
Page 4

**CLIENT AND MATTER GROUP RECAP:**

| Matter Name | Fees Billed | Disbursements Billed |
|---|---|---|
| CONNECTU LITIGATION | | 704.06 |
| **TOTAL** | | **704.06** |

Redacted

FACEBOOK, INC.
156 UNIVERSITY AVENUE
PALO ALTO, CA 94301
ATTENTION: SUSAN RAYMOND

720741
February 15, 2007

## PROSKAUER ROSE LLP
1585 Broadway
New York, NY 10036-8299

Employer Identification No.

**CLIENT NAME: FACEBOOK, INC.**
**CLIENT#: 28363**

FOR LEGAL SERVICES RENDERED
for the period ending January 31, 2007 as set forth
in the attached printout.

Fees:

Out-of-pocket disbursements and other miscellaneous
charges posted through January 31, 2007

3,136.48

**TOTAL THIS BILL**

PROSKAUER ROSE LLP
FACEBOOK, INC.

**Redacted**

February 15, 2007
Page 4

## DISBURSEMENTS AND CHARGES

| DESCRIPTION: | AMOUNT |
|---|---|
| REPRODUCTION | .20 |
| WESTLAW | 44.69 |
| WILLIAM LEA, INC. | 1,276.01 |
| MARYANN V. YOUNG TRANSCRIPT SERVICE | 1,780.03 |
| LONG DISTANCE TELEPHONE | 1.79 |
| PACER SERVICE CENTER | 33.76 |

**TOTAL DISBURSEMENTS AND CHARGES FOR THIS MATTER:**     **$3,136.48**

**PROSKAUER ROSE LLP**
FACEBOOK, INC.                    **Redacted**

February 15, 2007
Page 5

**CLIENT AND MATTER GROUP RECAP:**

| Matter Name | Fees Billed | Disbursements Billed |
|---|---|---|
| CONNECTU LITIGATION | | |
| **TOTAL** | | 3,136.48 |
| | | **3,136.48** |

*122736*

# Williams Lea Inc.

## INVOICE

| | | |
|---|---|---|
| Invoice: | I-06094508 |
| Invoice Date: | 09/29/2006 |
| Page: | 1/1 |

Williams Lea Inc.
75 Remittance Drive Suite 6418
Chicago IL 60675-6418

**For Billing questions, please call 617-371-2339 (ED PASCO)**

| | |
|---|---|
| Customer No: | UNI-02298 |
| Payment Terms: | NET00 |
| Due Date: | 09/29/2006 |
| Sales Rep: | Kevin Glass |

**Bill To:**

Proskauer Rose et al
Anne Boutin
2049 Century Park East
Suite 3200
Los Angeles CA 90067

**Ship To:**

Proskauer Rose et al
Anne Boutin
1 International Place
Floor 22
Boston MA 02110

Reference:

CM# 28363 / 001
Request by: Anne Boutin
Job Ticket# 216842

| Description | Quantity | UOM | Unit Amt | Net Amount |
|---|---|---|---|---|
| Color Copies - WL Equipt | 2,026 | CLK | 1.00 | 2,026.00 |
| Color copies from a copy 1x and scan job. | | | | |

| | | |
|---|---|---|
| Subtotal: | 2,026.00 |
| MA   5.000 % | 101.30 |
| **AMOUNT DUE:** | **$ 2,127.30** |

*OK to pay*
*Per A-cost 106 8142*
*5/9/07*

We Now Accept - VISA. MC and AMEX.

If payment is not received by the due date stated on this invoice, we will have the right to charge you interest at the lesser of (i) eighteen percent(18%) per year, (ii) the interest rate stated in our contract with you or the maximum interest permitted in your jurisdiction. All prices and charges are measured in US dollars.

*122736*

# Williams Lea Inc.

## INVOICE

| | |
|---|---|
| **Invoice:** | **I-06092799** |
| **Invoice Date:** | **09/21/2006** |
| **Page:** | **1/1** |

Remit Payment to:
Williams Lea Inc.
75 Remittance Drive Suite 6418
Chicago IL 60675-6418

**For Billing questions, please call 617-371-2339**

| | |
|---|---|
| Customer No: | UNI-02298 |
| Payment Terms: | NET00 |
| Due Date: | 09/21/2006 |
| Sales Rep: | Kevin Glass |

**Bill To:**

Proskauer Rose et al
Anne Boutin
1 International Place
Floor 22
Boston MA 02110

**Ship To:**

Proskauer Rose et al
Anne Boutin
1 International Place
Floor 22
Boston MA  02110

**Reference:**

Billing Reference: 28363-001  *— Facebook*
WL Job #: 218842

| Description | Quantity | UOM | Unit Amt | Net Amount |
|---|---|---|---|---|
| IMAGING - GRADE C | 2,026 | PGS | 0.15 | 303.90 |
| Color Copies - WL Equipt | 2,026 | PGS | 1.10 | 2,228.60 |
| CD mastering/backup - WL | 2 | EA | 35.00 | 70.00 |
| | | | Subtotal: | 2,602.50 |
| | | MA    5.000 % | | 114.93 |
| | | | **AMOUNT DUE:** | **$ 2,717.43** |

*28363-001*

*Ok to pay per*
*A-Cost 9/6/07*
*10 674 31*

We Now Accept - VISA. MC and AMEX.

If payment is not received by the due date stated on this invoice, we will have the right to charge you interest at the lesser of (i) eighteen percent (18%) per year, (ii) the interest rate
stated in our contract with you or the maximum interest permitted in your jurisdiction. All prices and charges are measured in US dollars.

*122736*

# Williams Lea Inc.

## INVOICE

| | |
|---|---|
| **Invoice:** | I-06103515 |
| **Invoice Date:** | 10/24/2006 |
| **Page:** | 1/1 |

Williams Lea Inc.
75 Remittance Drive Suite 6418
Chicago IL 60675-6418

**For Billing questions, please call 617-371-2339 (ED PASCO)**

| | |
|---|---|
| Customer No: | UNI-02298 |
| Payment Terms: | NET00 |
| Due Date: | 10/24/2006 |
| Sales Rep: | Kevin Glass |

**Bill To:**

Proskauer Rose et al
Anne Boutin
1 International Place
Floor 22
Boston MA 02110

**Ship To:**

Proskauer Rose et al
Anne Boutin
1 International Place
Floor 22
Boston MA 02110

**Reference:**

CM# 28363 / 001
Request by: Anne Boutin
Job ticket# 220081

| Description | Quantity | UOM | Unit Amt | Net Amount |
|---|---|---|---|---|
| BW Copies Tier II - WL<br>  2 copies from the originals. | 2,680 | CLK | 0.11 | 294.80 |
| Color Copies - WL Equipt<br>  2 copies from color docs. | 90 | CLK | 1.00 | 90.00 |
| Tabs | 234 | EA | 0.30 | 70.20 |
| Binders 4"<br>  Includes four 4" three ring view binders. | 4 | EA | 18.86 | 75.44 |

| | | |
|---|---|---|
| Subtotal: | | 530.44 |
| MA | 5.000 % | 26.52 |
| **AMOUNT DUE:** | | **$ 556.96** |

*Facebook Hearing*

*1673598*

We Now Accept - VISA, MC and AMEX.

If payment is not received by the due date stated on this invoice, we will have the right to charge you interest at the lesser of (i) eighteen percent(18%) per year, (ii) the interest rate stated in our contract with you or the maximum interest permitted in your jurisdiction. All prices and charges are measured in US dollars.

*122736*

# Williams Lea Inc.

## INVOICE

| | |
|---|---|
| Invoice: | I-06110684 |
| Invoice Date: | 11/06/2006 |
| Page: | 1/1 |

Williams Lea Inc.
75 Remittance Drive Suite 6418
Chicago IL 60675-6418

**For Billing questions, please call 617-371-2339 (ED PASCO)**

| | |
|---|---|
| Customer No: | UNI-02298 |
| Payment Terms: | NET00 |
| Due Date: | 11/06/2006 |
| Sales Rep: | Kevin Glass |

**Bill To:**
Proskauer Rose et al
Anne Boutin
1 International Place
Floor 22
Boston MA 02110

**Ship To:**
Proskauer Rose et al
Anne Boutin
1 International Place
Floor 22
Boston MA 02110

**Reference:**
CM#18301725T  *2836 3|001*
Request by: Anne Boutin
Job Ticket# 220079

| Description | Quantity | UOM | Unit Amt | Net Amount |
|---|---|---|---|---|
| BW Copies Tier II - WL | 6,398 | CLK | 0.11 | 703.78 |
| One, four, or five copies from selective originals. | | | | |
| Color Copies - WL Equipt | 439 | CLK | 1.00 | 439.00 |
| Copies from color originals. | | | | |
| Tabs | 139 | EA | 0.30 | 41.70 |
| Binders 3" | 2 | EA | 15.38 | 30.76 |
| Includes 2  three inch  3-ring view binders. | | | | |

| | | |
|---|---|---|
| Subtotal: | | 1,215.24 |
| MA    5.000 % | | 60.77 |
| **AMOUNT DUE:** | | **$ 1,276.01** |

*Facebook hearing*

*1689757*

We Now Accept - VISA. MC and AMEX.

If payment is not received by the due date stated on this invoice, we will have the right to charge you interest at the lesser of (i) eighteen percent(18%) per year, (ii) the interest rate stated in our contract with you or the maximum interest permitted in your jurisdiction. All prices and charges are measured in US dollars.

# SERVICE INVOICE

YTS Transcription Services
240 Chestnut Street
Wrentham, MA 02093

Phone: (508) 384-2003
Fax: (508) 384-2003

26363-001   R00358

| SERVICE FOR: | | INVOICE NO. | 06-65 |
|---|---|---|---|
| Transcript of: Motion Hearing | | DATE RECEIVED | March 9, 2006 |
| ConnectU v. Zuckerberg, et al | | DATE TRANSCRIPT COMPLETED | March 13, 2006 |
| Civil Action No. 04-11923-DPW | | INVOICE DATE | March 14, 2006 |

**BILL TO:**
Matt Thaler, Esquire
Proskauer Rose, LLP
One International Place
Boston, MA  02110

| DATE OF PROCEEDINGS TRANSCRIBED | DESCRIPTION | NO. OF PAGES | EXPEDITED RATE | TOTAL |
|---|---|---|---|---|
| 3/3/06 | Motion Hearing | 182 | $4.40 | $800.80 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | TOTAL AMOUNT DUE: | | $800.80 |

Make checks payable to:
Maryann V. Young

RECEIVED
06 MAR 28  P 1:0

**PAYMENT IS DUE UPON RECEIPT OF TRANSCRIPT**
**PLEASE RETURN AN INVOICE WITH YOUR REMITTANCE**
**- THANK YOU-**

162893C

# SERVICE INVOICE

RECEIVED

06 JUL 21  A 8:55

*120858-1*

*1653330MB*

YTS Transcription Services
240 Chestnut Street
Wrentham, MA 02093

Phone: (508) 384-2003
Fax: (508) 384-2003

| SERVICE FOR: | | INVOICE NO. | 06-133 |
|---|---|---|---|
| Transcript of:  Motion Hearing | | DATE RECEIVED | June 27, 2006 |
| ConnectU v. Zuckerberg, et al | | DATE TRANSCRIPT COMPLETED | July 3, 2006 |
| Civil Action No. 04-11923-DPW | | INVOICE DATE | July 10, 2006 |

**BILL TO:**

Jeremy Oczek, Esquire
Proskauer Rose, LLP
One International Place
Boston, MA  02110

Attention:  Ann Butin

*PAID*

| DATE OF PROCEEDINGS TRANSCRIBED | DESCRIPTION | NO. OF PAGES | COPY RATE | TOTAL |
|---|---|---|---|---|
| 6/22/06 | Motion Hearing | 238 | $0.83 | $197.54 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| **Make checks payable to:** Maryann V. Young | | | **TOTAL AMOUNT DUE:** | $197.54 |

**PAYMENT IS DUE UPON RECEIPT OF TRANSCRIPT
PLEASE RETURN AN INVOICE WITH YOUR REMITTANCE
- THANK YOU-**

*28363/001*

# SERVICE INVOICE

YTS Transcription Services
240 Chestnut Street
Wrentham, MA 02093

*120 858*

Phone: (508) 384-2003
Fax: (508) 384-2003

| SERVICE FOR: | | INVOICE NO. | 06-205 |
|---|---|---|---|
| Transcript of: Motion Hearing | | DATE RECEIVED | October 28, 2006 |
| ConnectU v. Zuckerberg, et al | | DATE TRANSCRIPT COMPLETED | November 17, 2006 |
| Civil Action No. 04-11923-DPW | | INVOICE DATE | November 17, 2006 |

**BILL TO:**

Anne Boutin, paralegal
Proskauer Rose, LLP
One International Place
Boston, MA  02110

| DATE OF PROCEEDINGS TRANSCRIBED | DESCRIPTION | NO. OF PAGES | COPY RATE | TOTAL |
|---|---|---|---|---|
| 10/24/06 | Evidentiary Hearing | 314 | $3.30 | $1036.20 |
| 10/25/06 | Evidentiary Hearing – Day 2 | 117 | $3.30 | $ 386.10 |
| | Email copy | 431 | $0.83 | $ 357.73 |
| | | | | |
| | | | | |
| | | | | |
| **Make checks payable to:** | | **TOTAL AMOUNT DUE:** | | $1780.03 |
| **Maryann V. Young** | | | | |

**PAYMENT IS DUE UPON RECEIPT OF TRANSCRIPT**
**PLEASE RETURN AN INVOICE WITH YOUR REMITTANCE**
**- THANK YOU-**

*28363-001*

*1684720*



# A.D. HANDY CO., INC.

### SINCE 1887

**INVOICE**

162239

Acct #:
Date: 06/23/06

P.O. #:

### COMPLETE AUDIO-VISUAL SERVICES
86 FRANKLIN STREET
ALLSTON, MASSACHUSETTS 02134
(617) 562-0515
FID #04-1415410

*16524264MR*

PROSKAUER ROSE
ONE INTERNATIONAL PLACE
BOSTON MA 02110

Attn. ANNE BOUTIN
(617)526-9892

*123545*

MOAKLEY COURTHOUSE
THURS:REDELIVER
7TH FLOOR-COURTROOM 23
JUDGE COLLINGS

Ship Date 06/22/06

| Qty | Class | Description | Daily Rate | Days | Extension |
|-----|-------|-------------|-----------|------|-----------|
| 1 | R | CANON RE-350 VIDEO VISUALIZER | 125.00 | 1 | 125.00 |
| 1 | R | 6' TRIPOD SCREEN | 30.00 | 1 | 30.00 |
| 1 | R | EIKI LC-XB30 LCD PROJ (3000 LUMEN) | 250.00 | 1 | 250.00 |
| | | Set/Strike Tech | | | |
| | | 06/22/06  8am | | | |
| | | STRAIGHT TIME | 1 Hours | 45.00 | 45.00 |
| | | 06/22/06  4:30pm | | | |
| | | STRAIGHT TIME | 1 Hours | 45.00 | 45.00 |

# 7540

28363/001



RECEIVED
06 JUL -7 A 8:55

| | |
|---|---|
| RENTAL | 405.00 |
| SALES | 0.00 |
| LABOR | 90.00 |
| MISC | 0.00 |
| DEL/PU | 60.00 |
| TAX | 20.25 |
| TOTAL | 575.25 |

**I (WE)** in agreement with A.D. Handy Co., Inc. do hereby rent the equipment specified above. It is agreed that if the equipment is not returned as promised, additional rent will be paid and charged at the rate set forth in the above schedule. It is also agreed that the Lessee will be responsible for and will pay for any damage to or loss of the equipment or any part thereof during the rental period. This rental agreement will end only when the equipment is returned to and accepted by A.D. Handy Co., Inc. Title shall always remain in the Lessor A.D. Handy Co., Inc.

# PROSKAUER ROSE LLP

One International Place
Boston, MA  02110-2600
Telephone 617.526.9600
Fax 617.526.9899

NEW YORK
LOS ANGELES
WASHINGTON
BOCA RATON
NEWARK
NEW ORLEANS
PARIS

**Anne L. Boutin**
Paralegal

Direct Dial 617-526-9892
aboutin@proskauer.com

July 5, 2006

*Via First Class Mail*

John F. Hornick, Esq.
Finnegan, Henderson, Farabow, Garrett, & Dunner, LLP
901 New York Avenue, NW
Washington, D.C.  20001-4413

*Re:*    **ConnectU LLC v. Zuckerberg et al., Civil Action No. 1:04-cv-11923 (DPW)**

Dear John:

Please send a check payable to Proskauer Rose LLP in the amount of $287.63 to cover ConnectU's use of the audio-visual equipment at the June 22, 2006 hearing.

For your convenience, I have attached a copy of the invoice.

Sincerely,

Anne L. Boutin

Enclosure

## Dalton, Amy

**Subject:** RE: Your July 5, 2005 Letter - Facebook

**From:** Hornick, John [mailto:John.Hornick@finnegan.com]
**Sent:** Wednesday, July 19, 2006 4:20 PM
**To:** Boutin, Anne
**Cc:** Hart, Pat
**Subject:** Your July 5, 2005 Letter

Dear Anne:

I received your July 5, 2006 letter and "invoice". In this high stress, often humorless business, it was refreshing to see some levity. We all got a kick out of your "bill" for the use of audio-visual equipment. Thanks for bringing a ray of sunshine into our day. I must confess that I lack the creativity to have thought of such a thing.

With best regards,

John

This e-mail message is intended only for individual(s) to whom it is addressed and may contain information that is privileged, confidential, proprietary, or otherwise exempt from disclosure under applicable law. If you believe you have received this message in error, please advise the sender by return e-mail and delete it from your mailbox. Thank you.

-------------------------------------------------------------------------

This message and its attachments are sent from a law firm
and may contain information that is confidential and
protected by privilege from disclosure. If you are not the
intended recipient, you are prohibited from printing,
copying, forwarding or saving them. Please delete the
message and attachments without printing, copying,
forwarding or saving them, and notify the sender
immediately.

=========================================================================

*1.670421.*

# PACER QUARTERLY STATEMENT/INVOICE



Please do not send cash. We accept checks, money orders, Discover, Visa, Master Card, and American Express. Make checks drawn on a U.S. bank in U.S. dollars payable to: **PACER Service Center** and indicate the login id on your check. For your information, the Pacer Service Center's Federal tax identification number is          To make payment by credit card, change account information, or view transaction details for this statement, visit the 'Account Information' Section of the PACER Service Center web site at http://pacer.psc.uscourts.gov.

If you believe there is an error on your statement or if you have a question concerning a transaction, please write to PACER Service Center, P.O. Box 780549, San Antonio, TX 78278. All credit requests must be submitted in writing. You may fax your request to the Pacer Service Center at (210) 301−6441. In your correspondence provide us with your name, login id, and the dollar amount of the suspected error(s) together with a copy of the transactions in question. Please provide a reason for each credit being requested. When the Pacer Service Center receives your request, you will be contacted by a representative.

We must hear from you no later than **11/06/2006**. If we do not hear from you and your account becomes delinquent, you are subject to having the account disabled. The address below is for payments only. All other correspondence including address changes should be directed to the PACER Service Center, P.O. Box 780549, San Antonio, TX 78278. If you have any questions regarding this statement, you may contact the PACER Service Center at *(800)676−6856* or *(210)301−6440.*

## ACCOUNT SUMMARY

| | |
|---|---|
| Number of Dial-Up PACER Transactions: | 0 |
| Dial-Up PACER Billing Rate: | $ 0.60 / Minute |
| Dial-Up PACER Total Time: | 00:00:00 |
| *Dial-Up PACER Charges:* | *$0.00* |
| Number of PACER-Net Transactions : | |
| PACER-Net Billing Rate: | $ 0.08 / Page |
| PACER-Net Total Web Pages: | |
| *PACER-Net Charges:* | |

**PAID**

*Client Matter/GL # many Clients*
*603920-11*
*Date Approved 10/10/06*
*Approved By JAL*

| | |
|---|---|
| **Previous Balance:** | $0.00 |
| **Current Charges:** | |
| **Total Amount Due:** | |

---

*Please detach this portion and return with your payment. Thank You!*
*Visit http://pacer.psc.uscourts.gov for address changes, online payments, and more.*

# PACER

Public Access to Court Electronic Records

| LOGIN ID | | DUE DATE |
|---|---|---|
| *PR1358* | | **11/06/2006** |

| AMOUNT DUE |
|---|

## Redacted

Judy Lavine
Proskauer Rose LLP
One International Place
22 ND Floor
Boston, MA 02110-

Mail Payment to :

PACER Service Center
P.O. Box 70951
Charlotte, NC 28272-0951

Redacted                                                    Page 1 of 1

```
CUSTOMER NUMBER: PR1358
DATE RANGE:      09/01/2006 - 09/30/2006              PAGE:        1

DATE        COURT                    TIME IN    TIME OUT TIME/PAGES   AMOUNT
            SEARCH CRITERIA                              DESCRIPTION
---------------------------------------------------------------------------
```

TOTAL:                                            =======

Redacted

INVOICE BATCH REPORT

| Title/Description | Publisher/Vendor | Invoice No. | Invoice Date | Amount | G/L Code / Billable Code |
|---|---|---|---|---|---|
| | | | | | |

Redacted



# PACER QUARTERLY STATEMENT/INVOICE

66173 1 — 2

Please do not send cash. We accept checks, money orders, Discover, Visa, Master Card, and American Express. Make checks drawn on a U.S. bank in U.S. dollars payable to: **PACER Service Center** and indicate the login id on your check. For your information, the Pacer Service Center's Federal tax identification number is          . To make payment by credit card, change account information, or view transaction details for this statement, visit the 'Account Information' Section of the PACER Service Center web site at http://pacer.psc.uscourts.gov.

If you believe there is an error on your statement or if you have a question concerning a transaction, please write to PACER Service Center, P.O. Box 780549, San Antonio, TX 78278. All credit requests must be submitted in writing. You may fax your request to the Pacer Service Center at (210) 301–6441. In your correspondence provide us with your name, login id, and the dollar amount of the suspected error(s) together with a copy of the transactions in question. Please provide a reason for each credit being requested. When the Pacer Service Center receives your request, you will be contacted by a representative.

We must hear from you no later than **08/07/2006**. If we do not hear from you and your account becomes delinquent, you are subject to having the account disabled. The address below is for payments only. All other correspondence including address changes should be directed to the PACER Service Center, P.O. Box 780549, San Antonio, TX 78278. If you have any questions regarding this statement, you may contact the PACER Service Center at *(800)676–6856* or *(210)301–6440*.

PROSKAUER ROSE

JUL 11 2006

BOSTON LIBRARY

| | |
|---|---|
| Number of Dial-Up PACER Transactions: | 0 |
| Dial-Up PACER Billing Rate: | $ 0.60 / Minute |
| Dial-Up PACER Total Time: | 00:00:00 |
| *Dial-Up PACER Charges:* | $0.00 |
| | |
| Number of PACER-Net Transactions : | |
| PACER-Net Billing Rate: | $ 0.08 / Page |
| PACER-Net Total Web Pages: | |
| *PACER-Net Charges:* | |

| | |
|---|---|
| **Previous Balance:** | **$0.00** |
| **Current Charges:** | |
| **Total Amount Due:** | |

**Redacted**

Redacted

# PACER QUARTERLY STATEMENT/INVOICE

| DATE | CLIENT | TIME IN/ NUM TRANS | TIME OUT | TOTAL TIME TOTAL PAGES |
|------|--------|--------------------|----------|------------------------|
| 06/02/2006 | 28363/001/6774 | 5 | | 178 60 |
| 06/15/2006 | 28363.001 | 4 1 | | 21 26 |
| 06/21/2006 | 28363/001/6774 | 1 | | 27 |

MICHIGAN WESTERN DISTRICT COURT PACER-NET SUBTOTAL      133

MINNESOTA DISTRICT COURT

## PACER - BOSTON
### April-June Quarter

| Code | Amount | |
|------|--------|--|

1654580MB

Redacted

| 28363.001 | $6.40 | |
|-----------|-------|--|

| TOTAL | | |
|-------|--|--|

PAID

Redacted

# PACER QUARTERLY STATEMENT

| DATE | CLIENT | TIME IN/ NUM TRANS | TIME OUT | TOTAL TIME TOTAL PAGES |
|------|--------|--------------------|----------|------------------------|

PACER-NET TRANSACTIONS

UNITED STATES PARTY/CASE INDEX

| DATE | CLIENT | TIME IN/ NUM TRANS | TIME OUT | TOTAL TIME TOTAL PAGES |
|------|--------|--------------------|----------|------------------------|
| | | | | 6 2 |
| 02/13/2006 | 28363/001/6774 | 2 | | 2 |
| 03/16/2006 | 28363-001 | 2 | | 2 |

Redacted

# PACER QUARTERLY STATEMENT



| DATE | CLIENT | TIME IN/ NUM TRANS | TIME OUT | TOTAL TIME TOTAL PAGES |
|------|--------|--------------------|----------|------------------------|

# PACER QUARTERLY STATEMENT



| DATE | CLIENT | TIME IN / NUM TRANS | TIME OUT | TOTAL TIME / TOTAL PAGES |
|------|--------|---------------------|----------|--------------------------|

3
1

01/08/2006          28363/003                                36                              147

**Redacted**

# PACER QUARTERLY STATEMENT



| DATE | CLIENT | TIME IN/ NUM TRANS | TIME OUT | TOTAL TIME TOTAL PAGES |
|------|--------|--------------------|----------|------------------------|
| 02/08/2006 | 28363/002/6774 | 1 | | 21 |
| 02/17/2006 | 28363/001/6774 | 4 | | 26 |
| 03/01/2006 | 28363/001 | 2 | | 13 |
| 03/02/2006 | 28363/001/6774 | 1 | | 21 |
| 03/16/2006 | 28363-001 | 2 | | 38 |

Redacted

# PACER QUARTERLY STATEMENT



| DATE | CLIENT | TIME IN/ NUM TRANS | TIME OUT | TOTAL TIME TOTAL PAGES |
|------|--------|--------------------|----------|------------------------|

OHIO SOUTHERN DISTRICT COURT
02/13/2006          28363/001/6774
OHIO SOUTHERN DISTRICT COURT PACER-NET SUBTOTAL          2          8
                                                                    8

**Redacted**

# PACER QUARTERLY STATEMENT



| DATE | CLIENT | TIME IN/ NUM TRANS | TIME OUT | TOTAL TIME TOTAL PAGES |
|------|--------|--------------------|----------|------------------------|
| | | | | |

Redacted

BOSTON, PACER

```
SUBTOTAL|PR1358|01/01/2006-03/31/2006|28363-001|3.20
SUBTOTAL|PR1358|01/01/2006-03/31/2006|28363-001|1.04
SUBTOTAL|PR1358|01/01/2006-03/31/2006|28363-001/6774|16.64
SUBTOTAL|PR1358|01/01/2006-03/31/2006|28363-001/6774|1.68
SUBTOTAL|PR1358|01/01/2006-03/31/2006|28363-001|11.76
```

# PACER QUARTERLY STATEMENT



| DATE | CLIENT | TIME IN/ NUM TRANS | TIME OUT | TOTAL TIME TOTAL PAGES |
|------|--------|--------------------|----------|------------------------|
| 10/09/2005 | 28363/001 | 5 | | 6 |
| 10/17/2005 | 28363/001 | 2 | | 2 |

Redacted

# PACER QUARTERLY STATEMENT

| DATE | CLIENT | TIME IN/ NUM TRANS | TIME OUT | TOTAL TIME TOTAL PAGES |
|---|---|---|---|---|
| **MASSACHUSETTS DISTRICT COURT** | | | | |
| 10/09/2005 10/10/2005 | 28363/001 | 1 2 | | 3 3 |
| 10/28/2005 | 28363/001/6774 | 1 | | 20 |
| 11/03/2005 | 28363/001/6774 | 2 | | 19 |
| 11/08/2005 | 28363/001/6774 | 1 | | 1 |
| 11/11/2005 | 28363/001/6774 | 1 | | 17 |
| 11/16/2005 | 28363/001/6774 | 1 | | 2 |
| 12/01/2005 12/02/2005 | 28363/002/6774 | 1 1 | | 3 5 |

Redacted

# PACER QUARTERLY STATEMENT

| DATE | CLIENT | TIME IN/ NUM TRANS | TIME OUT | TOTAL TIME TOTAL PAGES |
|------|--------|--------------------|----------|------------------------|
| | | | | |

**Redacted**

# PACER QUARTERLY STATEMENT

| DATE | CLIENT | TIME IN/ NUM TRANS | TIME OUT | TOTAL TIME TOTAL PAGES |
|------|--------|--------------------|----------|------------------------|
| | | | | |



(2S3L3.001- 3.44)

Memorandum from...

ZELISA A. GUTIERREZ    D01731-2

Redacted

Redacted

# PACER QUARTERLY STATEMENT

| DATE | CLIENT | TIME IN/ NUM TRANS | TIME OUT | TOTAL TIME TOTAL PAGES |
|------|--------|--------------------|----------|------------------------|
| 07/15/2005 | 28363.001 | 2 | | 3 |
| | | (4768 → 28363.001) | | 3 |
| 08/01/2005 | 28363.001 | i | | 1 |
| 08/02/2005 | 28363.001 | 2 | | *2 |
| 08/16/2005 | 28363/001/6774 | 7 | | 34 |
| 09/17/2005 | 28363/001/6774 | 131 | | |
| 09/23/2005 | 28363/003 | i | | 30 |

Redacted

# PACER QUARTERLY STATEMENT

| DATE | CLIENT | TIME IN/ NUM TRANS | TIME OUT | TOTAL TIME TOTAL PAGES |
|------|--------|--------------------|----------|------------------------|
|      |        |                    |          |                        |



28363.002 — 2.40°

28363.001 — 47.68
...°

.1 of 2

**Teach-In
2004**

AALL's Research
Instruction & Patron
Services SIS —
Just ASK®

Compliments of
LexisNexis™

*Redacted*

*1690057MB*      *001731-1*

# PACER QUARTERLY STATEMENT/INVOICE

Please do not send cash. We accept checks, money orders, Discover, Visa, Master Card, and American Express. Make checks drawn on a U.S. bank in U.S. dollars payable to: **PACER Service Center** and indicate the login id on your check. For your information, the Pacer Service Center's Federal tax identification number is            To make payment by credit card, change account information, or view transaction details for this statement, visit the 'Account Information' Section of the PACER Service Center web site at http://pacer.psc.uscourts.gov.

If you believe there is an error on your statement or if you have a question concerning a transaction, please write to PACER Service Center, P.O. Box 780549, San Antonio, TX 78278. All credit requests must be submitted in writing. You may fax your request to the Pacer Service Center at (210) 301-6441. In your correspondence provide us with your name, login id, and the dollar amount of the suspected error(s) together with a copy of the transactions in question. Please provide a reason for each credit being requested. When the Pacer Service Center receives your request, you will be contacted by a representative.

We must hear from you no later than **02/05/2007**. If we do not hear from you and your account becomes delinquent, you are subject to having the account disabled. The address below is for payments only. All other correspondence including address changes should be directed to the PACER Service Center, P.O. Box 780549, San Antonio, TX 78278. If you have any questions regarding this statement, you may contact the PACER Service Center at *(800)676-6856* or *(210)301-6440*.

## ACCOUNT SUMMARY

| | |
|---|---|
| Number of Dial-Up PACER Transactions: | 0 |
| Dial-Up PACER Billing Rate: | $ 0.60 / Minute |
| Dial-Up PACER Total Time: | 00:00:00 |
| *Dial-Up PACER Charges:* | $0.00 |
| Number of PACER-Net Transactions : | |
| PACER-Net Billing Rate: | $ 0.08 / Page |
| PACER-Net Total Web Pages: | |
| *PACER-Net Charges:* | |

*PAID*

| | |
|---|---|
| **Previous Balance:** | Client Matter/GL # _many c/m #s_ |
| **Current Charges:** | Date Approved _1/15/07_ |
| **Total Amount Due:** | Approved By _GAL_ |

# PACER QUARTERLY STATEMENT/INVOICE



| DATE | CLIENT | TIME IN/ NUM TRANS | TIME OUT | TOTAL TIME TOTAL PAGES |
|------|--------|--------------------|----------|------------------------|
| 10/18/2006 | 28363/001/6729 | 22 | | 169 |
| 10/24/2006 | 28363/001/6729 | 1 | | 2 |

Redacted

# PACER QUARTERLY STATEMENT/INVOICE

| DATE | CLIENT | TIME IN/ NUM TRANS | TIME OUT | TOTAL TIME TOTAL PAGES |
|---|---|---|---|---|
| 11/02/2006 | 28363.001 | 1 | | 30 |
| 11/03/2006 | 28363/001 | 1 | | 1 |
| 11/06/2006 | | 1 | | 5 |
| 12/05/2006 | 28363/001 | 10 | | 89 |
| 12/06/2006 | | 3 | | 8 |

# PACER QUARTERLY STATEMENT/INVOICE



| DATE | CLIENT | TIME IN/ NUM TRANS | TIME OUT | TOTAL TIME TOTAL PAGES |
|---|---|---|---|---|

Redacted

| Title/Description | Publisher/Vendor | Invoice No. | Invoice Date | Amount | G/L Code / Billable Code |
|---|---|---|---|---|---|
| | | | | $33.76 | 28363-001 |

INVOICE BATCH REPORT Pacer Oct. - Dec. 2006

| | |
|---|---|
| 54109-001 | $2.40 |
| 54239-007 | $0.80 |
| 54251-002 | $0.96 |
| 57804-017 | $0.80 |
| 57980-043 | $1.04 |
| 58588-001 | $26.64 |
| 61784-010 | $1.36 |
| 61784-008 | $19.28 |
| 65672-053 | $21.84 |
| 66337-001 | $9.84 |
| 66337-003 | $16.16 |
| 66337-004 | $144.72 |
| 66337-041 | $5.44 |
| 66337-162 | $7.60 |
| 66337-163 | $7.04 |
| 66674-003 | $1.36 |
| 66674-013 | $1.28 |
| 73202-008 | $16.40 |
| 73203-001 | $2.00 |
| 73203-015 | $3.36 |
| 73433-001 | $0.88 |
| 76665-001 | $19.84 |
| 76751-003 | $6.40 |
| 12119-011 | $24.88 |
| TOTAL | $1,010.88 |