# EXHIBIT E

Redacted

**INVOICE 319356**

Customer No. **OHS001**

**AQUIPT, Inc.**
376 Crooked Lane
King of Prussia, PA 19406 USA
Ph: 877/591-5141  Fax: 610/272-0526  Tax ID:

Bill To: (OHS001)

**Trudy Harris**
**Orrick, Herrington & Sutcliffe**
**666 Fifth Avenue**
**18th FL**
**New York, NY 10103**

Requester: (OHS001)

**Trudy Harris**
**Orrick, Herrington & Sutcliffe**
**666 Fifth Avenue**
**18th Floor**
**New York  NY  10103**
**USA**

Ship To: (OHS001)

**Mag. Judge Robert B. Collings**
**John Joseph Moakley Unites States C**
**1 Courthouse Way**
**Suite 2300**
**Boston, MA  02210**

**617-748-9222**

| Date | Ship Via | | F.O.B. | | Terms | |
|------|----------|---|--------|---|-------|---|
| 10/31/06 | Company Vehicle | | | | Net 30 Days | |
| P O Number | | Order Date | Salesperson | | Contract Type | Contract Number |
| CONNECTU V MARK | | 10/24/06 | Bob McCreary x174 | | Rental | 60297 |

| Qty | Date From / Date Thru | Status | Item Number / Description | Serial No. | Model No. | Warranty / End Date | Taxable Disc % | Unit Price | Amount |
|-----|-----------|--------|-------------|-----------|-----------|---------|--------|-----------|--------|
| 1.00 | 10/24/06 10/25/06 | In | A11510A * AQUIPT 24/7 800-214-5521 * | | | Onsite OPEN | Y | 0.00 | 0.00 |
| 1.00 | 10/24/06 10/25/06 | In | B22796B Epson 8300I Projector (5200L) | E5X04Y0006K | V11H068020 | Onsite OPEN | Y | 720.00 | 720.00 |
| 1.00 | 10/24/06 10/25/06 | In | A10342A DaLite Projectostand (25"x17") | | 42067 | Onsite OPEN | Y | 20.00 | 20.00 |
| 1.00 | 10/24/06 10/25/06 | In | B20351B 7.5'x10' Fastfold Screen (150") | 10001 | FASTFOLD | Onsite OPEN | Y | 112.00 | 112.00 |
| 1.00 | 10/24/06 10/25/06 | In | A10114A DaLite Adj. Height Rolling Stand | | PH800-1250 | Onsite OPEN | Y | 20.00 | 20.00 |
| 1.00 | 10/24/06 10/25/06 | In | B21313B Inline 6in x 1out VGA Switch IN3566 | 632300002 | IN3566HR | Onsite OPEN | Y | 50.00 | 50.00 |
| 1.00 | 10/24/06 10/25/06 | In | B25213B VGA Black Signal Generator | 200605150044 | IN1403 | Onsite OPEN | Y | 47.00 | 47.00 |
| 1.00 | 10/24/06 10/25/06 | In | B20358B Fender 150W Speakers (1Pair) | N012117AK | P-150 | Onsite OPEN | Y | 75.00 | 75.00 |
| 1.00 | 10/24/06 10/25/06 | In | A10759A CAP-1 Computer Audio Patch (Mono) | | CAP-1 | Onsite OPEN | Y | 12.00 | 12.00 |
| 1.00 | 10/24/06 10/25/06 | In | B21892B Wolfvision Visualizer VZ-8 Plus | 087364 | VZ-8 PLUS | Onsite OPEN | Y | 200.00 | 200.00 |
| 13.00 | | Sold | A10219A Round Trip Delivery | | | | N | 75.00 | 975.00 |
| 1.00 | | Sold | A10756A Travel/Hotel Expenses | | | | N | 994.18 | 994.18 |

**Project ID :**  CONNECTU V MARK ZUCKERBERG/CR/MA/1D

Remit To:

  **AQUIPT, Inc.**
  **Box 512258**

  **Philadelphia, PA 19175-2258**

***/..Continued..\***                          Customer Original

Redacted

**INVOICE 319356**

Customer No. **OHS001**

**AQUIPT, Inc.**
376 Crooked Lane
King of Prussia, PA 19406 USA
Ph: 877/591-5141  Fax: 610/272-0526  Tax ID:

Bill To: (OHS001)

**Trudy Harris**
**Orrick, Herrington & Sutcliffe**
**666 Fifth Avenue**
**18th FL**
**New York, NY 10103**

Requester: (OHS001)

**Trudy Harris**
**Orrick, Herrington & Sutcliffe**
**666 Fifth Avenue**
**18th Floor**
**New York  NY  10103**
**USA**

Ship To: (OHS001)

**Mag. Judge Robert B. Collings**
**John Joseph Moakley Unites States C**
**1 Courthouse Way**
**Suite 2300**
**Boston, MA  02210**

**617-748-9222**

| Date | Ship Via | | F.O.B. | | Terms | |
|------|----------|--|--------|--|-------|--|
| 10/31/06 | Company Vehicle | | | | Net 30 Days | |
| P O Number | | Order Date | Salesperson | | Contract Type | Contract Number |
| CONNECTU V MARK | | 10/24/06 | Bob McCreary x174 | | Rental | 60297 |

| Qty | Date From / Date Thru | Status | Item Number / Description | Serial No. | Model No. | Warranty End Date | Taxable Disc % | Unit Price | Amount |
|-----|-----|--------|------|-----------|-----------|---------|---------|-----------|--------|
| 2.00 | | Sold | A10231A On-Site Tech Time | | | | N | 75.00 | 150.00 |

|  |  |
|--|--|
| NonTaxable Subtotal | 2119.18 |
| Taxable Subtotal | 1256.00 |
| MA Sales Tax  @ 5.000%(S) | 0.00 |
| MA Sales Tax  @ 5.000%(R) | 62.80 |

Project ID :   CONNECTU V MARK ZUCKERBERG/CR/MA/1D

Remit To:

**AQUIPT, Inc.**
**Box 512258**

**Philadelphia, PA 19175-2258**

Total Invoice | 3437.98

Customer Original

Redacted

**INVOICE C319607**
THIS IS A CREDIT MEMO
Customer No. **OHS001**

**AQUIPT, Inc.**
376 Crooked Lane
King of Prussia, PA 19406 USA
Ph: 877/591-5141  Fax: 610/272-0526  Tax ID:

| Bill To: (OHS001) | Requester: (OHS001) | Ship To: (OHS001) |
|---|---|---|
| **Trudy Harris** | **Trudy Harris** | **Mag. Judge Robert B. Collings** |
| **Orrick, Herrington & Sutcliffe** | **Orrick, Herrington & Sutcliffe** | **John Joseph Moakley Unites States C** |
| **666 Fifth Avenue** | **666 Fifth Avenue** | **1 Courthouse Way** |
| **18th FL** | **18th Floor** | **Suite 2300** |
| **New York, NY 10103** | **New York  NY  10103** | **Boston, MA 02210** |
| | **USA** | **Noreen Russo** |
| | | **617-748-9222** |

| Date | Ship Via | | F.O.B. | | Terms | |
|---|---|---|---|---|---|---|
| 11/22/06 | | | | | **Net 30 Days** | |
| P O Number | | Order Date | Salesperson | | Contract Type | Contract Number |
| **CONNECTU V MARK** | | 10/31/06 | **Bob McCreary x174** | | **Sale** | **60297** |

| Qty | Date From Date Thru | Status | Item Number Description | Serial No.  Model No. | Warranty End Date | Taxable Disc % | Unit Price | Amount |
|---|---|---|---|---|---|---|---|---|
| -1.00 | | Sold | A11368A<br>Credit for Delivery | | / / | N | 675.00 | -675.00 |
| -1.00 | | Sold | A11453A<br>Credit for Travel Expenses | | / / | N | 994.18 | -994.18 |

| | | |
|---|---|---|
| NonTaxable Subtotal | | -1669.18 |
| Taxable Subtotal | | 0.00 |
| MA Sales Tax | @ 5.000%(S) | 0.00 |
| MA Sales Tax | @ 5.000%(R) | 0.00 |

**Project ID :**  CONNECTU V MARK ZUCKERBERG/CR/MA/1D

Remit To:

**AQUIPT, Inc.**
**Box 512258**

**Philadelphia, PA 19175-2258**

| Total Invoice | -1669.18 |
|---|---|

Redacted



# SARNOFF
**Court Reporters and Legal Technologies**

20 Corporate Park, Suite 350, Irvine, CA 92606
phone 877.955.3855     fax 949.955.3854

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 47404 | 07/24/2006 | 03-48852 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 06/16/2006 | REPOGL | 1:04-CV-11923( |

| CASE CAPTION | | |
|---|---|---|

Connectu LLC vs. Mark Zuckerberg

| TERMS | | |
|---|---|---|

Due upon receipt

Monte Cooper, Esq.
Orrick, Herrington & Sutcliffe
1000 Marsh Road
Menlo Park, CA 94025

```
VIDEOTAPED ORIGINAL & 1 CERTIFIED COPY OF:
Divya Narendra
        Next Day Delivery          305 Pages          1,662.25
        EXHIBITS                                        1,662.25
        Rough ASCII Disk           213 Pages             117.15
        Video Services          292.00 Pages             408.80
        Digitizing to DVD                               1,060.00
        After Hours                5.50 Hours             275.00
        Reporter Attendance        2.25 Hours             168.75
        Delivery & Processing                             135.00
                                                          151.60


                           TOTAL  DUE  >>>>            5,640.80

                      AFTER 09/07/2006 PAY            6,204.88

Deposition was held in New York, New York
Client Matter #16069-4
```

TAX ID NO. :

YOUR REF : ORRIME01                    (650) 614-7400     Fax (650) 614-7401

*Please detach bottom portion and return with payment.*

Monte Cooper, Esq.
Orrick, Herrington & Sutcliffe
1000 Marsh Road
Menlo Park, CA 94025

```
Job No.    :  03-48852
Case No.   :  1:04-CV-11923 (DPW)
Connectu LLC vs. Mark Zuckerberg

Invoice No.:  47404
Date       :  07/24/2006
TOTAL DUE  :   5,640.80
AFTER 9/7/2006 PAY :  6,204.88
```

Remit To:     **Sarnoff Information Technologies, Inc.**
**20 Corporate Park**
**Suite 350**
**Irvine, CA 92606**

## PAYMENT WITH CREDIT CARD

Card Holder's Name: _____

VISA/MC/AmExp #: _____

Amount to Charge: _____

Exp. Date: _____     Phone #: _____

Cardholder's Signature: _____

U.S. Legal Support
180 Montgomery Street
Suite 2180
San Francisco, CA 94104
(415) 362-4346   Fax (415) 362-4495

# I N V O I C E

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 203250 | 10/12/2006 | 41-126181 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 10/05/2006 | OBRI | |

Monte Cooper
Orrick, Herrington & Sutcliffe, LLP
1000 Marsh Road
Menlo Park, CA 94025

**CASE CAPTION**

ConnectU v. Zuckerberg

**TERMS**

Due upon receipt

---

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:
  Divya K. Narendra                                                    3,496.87

                              TOTAL   DUE   >>>>        3,496.87

**Redacted**

---

TAX ID NO. :                                    (650) 614-7400

*Please detach bottom portion and return with payment.*

Monte Cooper
Orrick, Herrington & Sutcliffe, LLP
1000 Marsh Road
Menlo Park, CA 94025

Invoice No.:  203250
Date       :  10/12/2006
**TOTAL  DUE  :     3,496.87**

Job No.  :  41-126181
Case No. :
ConnectU v. Zuckerberg

Remit To:    **U.S. Legal Support**
             **P.O. Box 671051**
             **Dallas, TX 75267-1051**

U.S. Legal Support
180 Montgomery Street
Suite 2180
San Francisco, CA 94104
(415) 362-4346   Fax (415) 362-4495

# I N V O I C E

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 203305 | 10/13/2006 | 41-126182 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 10/05/2006 | OBRI | |

| CASE CAPTION |
|---|
| ConnectU v. Zuckerberg |

| TERMS |
|---|
| Due upon receipt |

Monte Cooper
Orrick, Herrington & Sutcliffe, LLP
1000 Marsh Road
Menlo Park, CA 94025

---

VIDEOTAPE SERVICES
   Divya K. Narendra   *Video                                                1,768.00

                              TOTAL   DUE   >>>>        1,768.00

Redacted

TAX ID NO. :                                              (650) 614-7400

*Please detach bottom portion and return with payment.*

Monte Cooper
Orrick, Herrington & Sutcliffe, LLP
1000 Marsh Road
Menlo Park, CA 94025

Invoice No.:  203305
Date       :  10/13/2006
**TOTAL DUE** :   **1,768.00**

Job No.    :  41-126182
Case No.   :
ConnectU v. Zuckerberg

Remit To:   **U.S. Legal Support**
            **P.O. Box 671051**
            **Dallas, TX 75267-1051**

U.S. Legal Support
180 Montgomery Street
Suite 2180
San Francisco, CA 94104
(415) 362-4346   Fax (415) 362-4495

# I N V O I C E

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 203415 | 10/17/2006 | 41-125855 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 09/21/2006 | USLERE | |

Monte Cooper
Orrick, Herrington & Sutcliffe, LLP
1000 Marsh Road
Menlo Park, CA 94025

**CASE CAPTION**

Connect U v. Facebook

**TERMS**

Due upon receipt

```
ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:
   Richard Paukner                                           3,554.41

                          TOTAL   DUE   >>>>                  3,554.41
```

**Redacted**

TAX ID NO. :                                              (650) 614-7400

*Please detach bottom portion and return with payment.*

Monte Cooper
Orrick, Herrington & Sutcliffe, LLP
1000 Marsh Road
Menlo Park, CA 94025

```
Invoice No.:  203415
Date       :  10/17/2006
TOTAL DUE  :   3,554.41


Job No.    :  41-125855
Case No.   :
Connect U v. Facebook
```

Remit To:    **U.S. Legal Support**
             **P.O. Box 671051**
             **Dallas, TX 75267-1051**

Redacted



# ESQUIRE
LITIGATION SOLUTIONS
A HOBART WEST COMPANY

**Esquire Litigation Solutions, LLC**
**A Hobart West Company**
Tax ID #
25a Vreeland Road, Suite 103
Florham Park, NJ 07932
866-256-8123    Fax (973) 377-9543

7643

To:    ORRICK HERRINGTON
       405 HOWARD STREET
       SAN FRANCISCO, CA 94105

| INVOICE NUMBER | DATE |
|---|---|
| 11818ELS | 10/17/06 |

ATTN : AMY DALTON

Due Upon Receipt

| AMOUNT DUE | ENCL. |
|---|---|

YOUR REFERENCE NUMBER:

CAPTION:    CONNECTU VS. FACEBOOK

SERVICES PROVIDED ON 10/10/06:

VIDEO ENCODING & SYNCH-24.5

1,837.50

*TEXT : VIDEO SYNC ALL CA ACTION DEPOS FOR USE AT HEARING*

BALANCE DUE

| | TOTAL | 1,837.50 | Thank You! |
|---|---|---|---|

Any amounts not paid within 30 days of the invoice will be considered past due and a late charge will accrue on any unpaid balance at the lesser of one and one-half percent (1.5%) per month or the maximum rate allowed by law. Contact us immediately with questions or corrections regarding billing or payment. No adjustments or refunds will be made after 120 days from date of payment.

For Invoice Questions,
Please Call
866-256-8123
Fax (973) 377-9543

Please detach and send with payment

- - - - - - - - - - - - - - - - - - - - - - - - - - - -

Remit To:

**Esquire Litigation Solutions, LLC**
P.O. Box 822023
Philadelphia, PA 19182-2023
Tax ID # 57-1160947

JOB: 7643   TOT: $1837.50
INVOICE #: 11818ELS
DATE: 10/17/06

ORRICK HERRINGTON
Attn: AMY DALTON
405 HOWARD STREET
SAN FRANCISCO, CA 94105



# ESQUIRE
LITIGATION SOLUTIONS
A HOBART WEST COMPANY

LINKING DOCUMENTS, DATA AND DISCOVERY

U.S. Legal Support
180 Montgomery Street
Suite 2180
San Francisco, CA 94104
(415) 362-4346   Fax (415) 362-4495

# I N V O I C E

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 203742 | 10/25/2006 | 41-125856 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 09/21/2006 | USLERE | |

Monte Cooper
Orrick, Herrington & Sutcliffe, LLP
1000 Marsh Road
Menlo Park, CA 94025

**CASE CAPTION**

Connect U v. Facebook

**TERMS**

Due upon receipt

VIDEOTAPE SERVICES
   Richard Paukner  *Video

1,090.00

**TOTAL   DUE   >>>>**          **1,090.00**

**Redacted**

Please contact us immediately with questions or corrections regarding billing or payment.
No adjustments or refunds will be made after 120 days from date of payment.

TAX ID NO. :

(650) 614-7400

*Please detach bottom portion and return with payment.*

Monte Cooper
Orrick, Herrington & Sutcliffe, LLP
1000 Marsh Road
Menlo Park, CA 94025

Invoice No.:  203742
Date        :  10/25/2006
**TOTAL DUE  :    1,090.00**

Job No.   :  41-125856
Case No.  :
Connect U v. Facebook

Remit To:   **U.S. Legal Support**
            **P.O. Box 671051**
            **Dallas, TX 75267-1051**

U.S. Legal Support
180 Montgomery Street
Suite 2180
San Francisco, CA 94104
(415) 362-4346   Fax  (415) 362-4495

# I N V O I C E

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 204414 | 11/08/2006 | 41-126188 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 10/02/2006 | USLERE | |

**CASE CAPTION**

Monte Cooper
Orrick, Herrington & Sutcliffe, LLP
1000 Marsh Road
Menlo Park, CA 94025

ConnectU v. Zuckerberg

**TERMS**

Due upon receipt

```
ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:
   Cameron  Winklevoss
```

5,377.36

**TOTAL   DUE   >>>>**      5,377.36

**Redacted**

Please contact us immediately with questions or corrections regarding billing or payment.
No adjustments or refunds will be made after 120 days from date of payment.

TAX ID NO.:

(650) 614-7400

*Please detach bottom portion and return with payment.*

Monte Cooper
Orrick, Herrington & Sutcliffe, LLP
1000 Marsh Road
Menlo Park, CA 94025

```
Invoice No.:  204414
Date       :  11/08/2006
TOTAL DUE  :    5,377.36
```

```
Job No.   :  41-126188
Case No.  :
ConnectU v. Zuckerberg
```

Remit To:     **U.S. Legal Support**
              **P.O. Box 671051**
              **Dallas, TX 75267-1051**

U.S. Legal Support
180 Montgomery Street
Suite 2180
San Francisco, CA 94104
(415) 362-4346   Fax (415) 362-4495

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 204397 | 11/08/2006 | 41-126195 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 10/03/2006 | USLERE | |

**CASE CAPTION**

Monte Cooper
Orrick, Herrington & Sutcliffe, LLP
1000 Marsh Road
Menlo Park, CA 94025

ConnectU v. Zuckerberg

**TERMS**

Due upon receipt

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:
   Howard Winklevoss

                                                                3,113.57

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:
   Tyler  Winklevoss

                                                                3,324.35

                         TOTAL   DUE   >>>>              **6,437.92**

**Redacted**

Please contact us immediately with questions or corrections regarding billing or payment.
No adjustments or refunds will be made after 120 days from date of payment.

**TAX ID NO. :**

                                                    (650) 614-7400

*Please detach bottom portion and return with payment.*

Monte Cooper
Orrick, Herrington & Sutcliffe, LLP
1000 Marsh Road
Menlo Park, CA 94025

Invoice No.:  204397
Date      :  11/08/2006
**TOTAL DUE  :    6,437.92**

Job No.   :  41-126195
Case No.  :
ConnectU v. Zuckerberg

Remit To:    **U.S. Legal Support**
             **P.O. Box 671051**
             **Dallas, TX 75267-1051**

U.S. Legal Support
180 Montgomery Street
Suite 2180
San Francisco, CA 94104
(415) 362-4346   Fax (415) 362-4495

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 204418 | 11/08/2006 | 41-126197 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 10/03/2006 | USLERE | |

Monte Cooper
Orrick, Herrington & Sutcliffe, LLP
1000 Marsh Road
Menlo Park, CA 94025

**CASE CAPTION**

ConnectU v. Zuckerberg

**TERMS**

Due upon receipt

VIDEOTAPE SERVICES
   Howard  Winklevoss    *Video                                      .00

VIDEOTAPE SERVICES
   Tyler Winklevoss     *Video                                 1,790.00

                          **TOTAL   DUE   >>>>**        1,790.00

**Redacted**

Please contact us immediately with questions or corrections regarding billing or payment.
No adjustments or refunds will be made after 120 days from date of payment.

TAX ID NO. :                                                (650) 614-7400

*Please detach bottom portion and return with payment.*

Monte Cooper
Orrick, Herrington & Sutcliffe, LLP
1000 Marsh Road
Menlo Park, CA 94025

Invoice No.:  204418
Date       :  11/08/2006
**TOTAL  DUE  :    1,790.00**

Job No.    :  41-126197
Case No.   :
ConnectU v. Zuckerberg

Remit To:     **U.S. Legal Support**
              **P.O. Box 671051**
              **Dallas, TX 75267-1051**

U.S. Legal Support
180 Montgomery Street
Suite 2180
San Francisco, CA 94104
(415) 362-4346   Fax  (415) 362-4495

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 204455 | 11/09/2006 | 41-126190 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 10/02/2006 | USLERE | |

**CASE CAPTION**

ConnectU v. Zuckerberg

Monte Cooper
Orrick, Herrington & Sutcliffe, LLP
1000 Marsh Road
Menlo Park, CA 94025

**TERMS**

Due upon receipt

VIDEOTAPE SERVICES
  Cameron Winklevoss     *Video                                              1,550.00

TOTAL   DUE   >>>>        **1,550.00**

**Redacted**

Please contact us immediately with questions or corrections regarding billing or payment.
No adjustments or refunds will be made after 120 days from date of payment.

TAX ID NO.                                                          (650) 614-7400

*Please detach bottom portion and return with payment.*

Monte Cooper
Orrick, Herrington & Sutcliffe, LLP
1000 Marsh Road
Menlo Park, CA 94025

Invoice No.:  204455
Date        :  11/09/2006
**TOTAL DUE**  :   **1,550.00**

Job No.   :  41-126190
Case No.  :
ConnectU v. Zuckerberg

Remit To:      **U.S. Legal Support**
               **P.O. Box 671051**
               **Dallas, TX 75267-1051**

U.S. Legal Support
180 Montgomery Street
Suite 2180
San Francisco, CA 94104
(415) 362-4346   Fax (415) 362-4495

# I N V O I C E

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 204545 | 11/10/2006 | 41-126198 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 10/04/2006 | USLERE | |

**Redacted**

Monte Cooper
Orrick, Herrington & Sutcliffe, LLP
1000 Marsh Road
Menlo Park, CA 94025

**CASE CAPTION**

ConnectU v. Zuckerberg

**TERMS**

Due upon receipt

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:
    Maria Antonelli

                                                                4,312.21

                    TOTAL   DUE   >>>>        4,312.21

Please contact us immediately with questions or corrections regarding billing or payment.
No adjustments or refunds will be made after 120 days from date of payment.

TAX ID NO. :                                                    (650) 614-7400

*Please detach bottom portion and return with payment.*

Monte Cooper
Orrick, Herrington & Sutcliffe, LLP
1000 Marsh Road
Menlo Park, CA 94025

Invoice No.:  204545
Date     :  11/10/2006
**TOTAL DUE  :**   **4,312.21**

Job No.   :  41-126198
Case No.  :
ConnectU v. Zuckerberg

Remit To:    **U.S. Legal Support**
             **P.O. Box 671051**
             **Dallas, TX 75267-1051**

U.S. Legal Support
180 Montgomery Street
Suite 2180
San Francisco, CA 94104
(415) 362-4346   Fax (415) 362-4495

# I N V O I C E

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 204539 | 11/10/2006 | 41-126199 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 10/04/2006 | USLERE | |

**CASE CAPTION**

ConnectU v. Zuckerberg

Monte Cooper
Orrick, Herrington & Sutcliffe, LLP
1000 Marsh Road
Menlo Park, CA 94025

**TERMS**

Due upon receipt

```
VIDEOTAPE SERVICES
   Maria Antonelli    *video
```

1,215.00

TOTAL   DUE   >>>>        1,215.00

**Redacted**

Please contact us immediately with questions or corrections regarding billing or payment.
No adjustments or refunds will be made after 120 days from date of payment.

TAX ID NO. :

(650) 614-7400

*Please detach bottom portion and return with payment.*

Monte Cooper
Orrick, Herrington & Sutcliffe, LLP
1000 Marsh Road
Menlo Park, CA 94025

Invoice No.:  204539
Date        :  11/10/2006
**TOTAL DUE** :    **1,215.00**

Job No.    :  41-126199
Case No.   :
ConnectU v. Zuckerberg

Remit To:    **U.S. Legal Support**
             **P.O. Box 671051**
             **Dallas, TX 75267-1051**

# U.S. LEGAL SUPPORT

P.O. BOX 4363
Woodland Hills, CA 91365-4363
Phone: (818) 878-9227  Fax: (818) 878-0229

# INVOICE

NUMBER: 00362462-01

DATE: 10/09/06

CLAIM#: 16069-4/6393
FILE#: 16069-4/6393
DATE OF LOSS:

ORDER DATE: 09/27/06

**BILL TO:**
Theresa A. Sutton, Esq.
Orrick, Herrington & Sutcliffe, LLP
1000 Marsh Road
Menlo Park, CA  94025

**ORDERED BY:**
Theresa A. Sutton, Esq.
Orrick, Herrington & Sutcliffe, LLP
1000 Marsh Road
Menlo Park, CA  94025

**SHIP TO:**
Theresa A. Sutton, Esq.
Orrick, Herrington & Sutcliffe, LLP
1000 Marsh Road
Menlo Park, CA  94025

**RECORDS OF:**
Connectu

**RECORDS FROM:**
Deva Mishra
214 East 51st Street, Apt. 1L or 1E
New York, NY  10022

**PLAINTIFF:**
Connectu LLC,

**DEFENDANT:**
Facebook, Inc., et al.,

**INSURED:**
                    **Redacted**

| DESCRIPTION OF SERVICE | QUANTITY | PRICE | EXTENTION |
|---|---|---|---|
| Basic Charge | 1 | 27.50 | 27.50 |
| Subpoena Prep | 1 | 12.50 | 12.50 |
| Process Service | 1 | 276.35 | 276.35 |
| Sales Tax | | | 0.00 |

**AMOUNT DUE        $    316.35**

**COMMENTS:**
THE SUBPOENA WAS SERVED TO THE FACILITY.
THAN YOU FOR USING US LEGAL SUPPORT!

**INVOICE#:** 00362462-01
**TAX ID#:**

**REMIT PAYMENT TO:**

**U.S. LEGAL SUPPORT - CA RECORDS**
**PO BOX 671052**
**DALLAS, TX 75267-1052**

Please contact us immediately with questions or corrections regarding billing or payment.
No adjustments or refunds will be made after 120 days from date of payment.

# U.S. LEGAL SUPPORT
P.O. BOX 4363
Woodland Hills, CA 91365-4363
Phone: (818) 878-9227  Fax: (818) 878-0229

# INVOICE

**NUMBER: 00362523-02**

**DATE:** 10/09/06

**CLAIM#:**  16069-4/6393
**FILE#:**  16069-4/6393
**DATE OF LOSS:**

**ORDER DATE:**  09/28/0

**BILL TO:**
Theresa A. Sutton, Esq.
Orrick, Herrington & Sutcliffe, LLP
1000 Marsh Road
Menlo Park, CA  94025

**ORDERED BY:**
Theresa A. Sutton, Esq.
Orrick, Herrington & Sutcliffe, LLP
1000 Marsh Road
Menlo Park, CA  94025

**SHIP TO:**
Theresa A. Sutton, Esq.
Orrick, Herrington & Sutcliffe, LLP
1000 Marsh Road
Menlo Park, CA  94025

**RECORDS OF:**
Connectu

**RECORDS FROM:**
Reaction Concepts LLC
7469 West Lake Mead Blvd., Suite 200
Las Vegas, NV  89128

**PLAINTIFF:**
Connectu LLC,

**DEFENDANT:**
Facebook, Inc., et al.,

**INSURED:**

| DESCRIPTION OF SERVICE | QUANTITY | PRICE | EXTENTION |
|---|---|---|---|
| Basic Charge | 1 | 27.50 | 27.50 |
| Process Service | 1 | 202.20 | 202.20 |
| Rush Fee | 1 | 25.00 | 25.00 |
| Sales Tax | | | 0.00 |

**COMMENTS:**
THE SUBPOENA WAS SERVED. THANK YOU FOR
USING US LEGAL SUPPORT!

Redacted

**AMOUNT DUE**          **$    254.70**

**INVOICE#:** 00362523-02

**TAX ID#:**

**REMIT PAYMENT TO:**

**U.S. LEGAL SUPPORT - CA RECORDS**
**PO BOX 671052**
**DALLAS, TX 75267-1052**

Please contact us immediately with questions or corrections regarding billing or payment.

# U.S. LEGAL SUPPORT

P.O. BOX 4363
Woodland Hills, CA 91365-4363
Phone: (818) 878-9227 Fax: (818) 878-0229

# INVOICE

**NUMBER: 00362523-01**

DATE: 10/10/06

CLAIM#:  16069-4/6393
FILE#:  16069-4/6393
DATE OF LOSS:

ORDER DATE: 09/28/06

**BILL TO:**
Theresa A. Sutton, Esq.
Orrick, Herrington & Sutcliffe, LLP
1000 Marsh Road
Menlo Park, CA  94025

**ORDERED BY:**
Theresa A. Sutton, Esq.
Orrick, Herrington & Sutcliffe, LLP
1000 Marsh Road
Menlo Park, CA  94025

**SHIP TO:**
Theresa A. Sutton, Esq.
Orrick, Herrington & Sutcliffe, LLP
1000 Marsh Road
Menlo Park, CA  94025

**RECORDS OF:**
Connectu

**RECORDS FROM:**
Winklevoss Consultants, Inc.
500 West Putnam Avenue
Greenwich, CT  06830

**PLAINTIFF:**
Connectu LLC,

**DEFENDANT:**
Facebook, Inc., et al.,

**INSURED:**

Redacted

| DESCRIPTION OF SERVICE | QUANTITY | PRICE | EXTENTION |
|---|---|---|---|
| Basic Charge | 1 | 27.50 | 27.50 |
| Process Service | 1 | 245.50 | 245.50 |
| Sales Tax | | | 0.00 |
| **AMOUNT DUE** | | **$** | **273.00** |

**COMMENTS:**
THIS ORDER IS CANCELLED. THE SUBPOENA
WAS SERVED AS REQUESTED BY YOUR OFFICE.
THANK YOU FOR USING US LEGAL SUPPORT!

**INVOICE#:** 00362523-01
**TAX ID#:**

**REMIT PAYMENT TO:**

U.S. LEGAL SUPPORT - CA RECORDS
PO BOX 671052
DALLAS, TX 75267-1052

Please contact us immediately with questions or corrections regarding billing or payment.
No adjustments or refunds will be made after 120 days from date of payment.

# U.S. LEGAL SUPPORT

P.O. BOX 4363
Woodland Hills, CA 91365-4363
Phone: (818) 878-9227 Fax: (818) 878-0229

# INVOICE

**NUMBER: 00362694-01**

DATE: 10/10/06

CLAIM#: 16069-4/6393
FILE#: 16069-4.6393
DATE OF LOSS:

ORDER DATE: 10/02/06

**BILL TO:**
Theresa A. Sutton, Esq.
Orrick, Herrington & Sutcliffe, LLP
1000 Marsh Road
Menlo Park, CA 94025

**ORDERED BY:**
Theresa A. Sutton, Esq.
Orrick, Herrington & Sutcliffe, LLP
1000 Marsh Road
Menlo Park, CA 94025

**SHIP TO:**
Theresa A. Sutton, Esq.
Orrick, Herrington & Sutcliffe, LLP
1000 Marsh Road
Menlo Park, CA 94025

**RECORDS OF:**
Connectu

**RECORDS FROM:**
Marc Pierrat
1504 Valecroft Avenue
Westlake Village, CA 91361

**PLAINTIFF:**
Connectu LLC,

**DEFENDANT:**
Facebook, Inc., et al.,

**INSURED:**

**Redacted**

**COMMENTS:**
THIS ORDER IS CANCELLED. THE SUBPOENA
WAS SERVED AS REQUESTED BY YOUR OFFICE.
THANK YOU FOR USING US LEGAL SUPPORT!

| DESCRIPTION OF SERVICE | QUANTITY | PRICE | EXTENTION |
|---|---|---|---|
| Basic Charge | 1 | 27.50 | 27.50 |
| Process Service | 1 | 146.30 | 146.30 |
| Sales Tax | | | 0.00 |

**AMOUNT DUE** $ **173.80**

**REMIT PAYMENT TO:**

U.S. LEGAL SUPPORT - CA RECORDS
PO BOX 671052
DALLAS, TX 75267-1052

INVOICE#: 00362694-01
TAX ID#:

Please contact us immediately with questions or corrections regarding billing or payment.

# U.S. LEGAL SUPPORT

P.O. BOX 4363
Woodland Hills, CA 91365-4363
Phone: (818) 878-9227  Fax: (818) 878-0229

# INVOICE

NUMBER: 00362462-06

**DATE:** 10/12/06

**CLAIM#:** 16069-4/6393
**FILE#:** 16069-4/6393
**DATE OF LOSS:**

**ORDER DATE:** 09/27/06

**BILL TO:**
Theresa A. Sutton, Esq.
Orrick, Herrington & Sutcliffe, LLP
1000 Marsh Road
Menlo Park, CA  94025

**ORDERED BY:**
Theresa A. Sutton, Esq.
Orrick, Herrington & Sutcliffe, LLP
1000 Marsh Road
Menlo Park, CA  94025

**SHIP TO:**
Theresa A. Sutton, Esq.
Orrick, Herrington & Sutcliffe, LLP
1000 Marsh Road
Menlo Park, CA  94025

**RECORDS OF:**
Connectu

**RECORDS FROM:**
Pacific Northwest Software
2210 177th Place NE
Redmond, WA  98052

**PLAINTIFF:**
Connectu LLC,

**DEFENDANT:**
Facebook, Inc., et al.,

**INSURED:**

**Redacted**

| DESCRIPTION OF SERVICE | QUANTITY | PRICE | EXTENTION |
|---|---|---|---|
| Basic Charge | 1 | 27.50 | 27.50 |
| Process Service | 1 | 345.00 | 345.00 |
| Sales Tax | | | 0.00 |

**COMMENTS:**
THIS ORDER IS CANCELLED. WE SERVED THE
SUBPOENA AS REQUESTED BY YOUR OFFICE.
THANK YOU FOR USING US LEGAL SUPPORT!

| | | |
|---|---|---|
| **AMOUNT DUE** | **$** | **372.50** |

**INVOICE#:** 00362462-06

**TAX ID#:**

**REMIT PAYMENT TO:**

U.S. LEGAL SUPPORT - CA RECORDS
PO BOX 671052
DALLAS, TX 75267-1052

Please contact us immediately with questions or corrections regarding billing or payment.
No adjustments or refunds will be made after 120 days from date of payment.

# U.S. LEGAL SUF ORT
P.O. BOX 4363
Woodland Hills, CA 91365-4363
Phone: (818) 878-9227  Fax: (818) 878-0229

# INVOICE

**NUMBER: 00362462-04**

DATE: 10/12/06

CLAIM#:  16069-4/6393
FILE#:  16069-4/6393
DATE OF LOSS:

ORDER DATE: 09/27/06

**BILL TO:**
Theresa A. Sutton, Esq.
Orrick, Herrington & Sutcliffe, LLP
1000 Marsh Road
Menlo Park, CA  94025

**ORDERED BY:**
Theresa A. Sutton, Esq.
Orrick, Herrington & Sutcliffe, LLP
1000 Marsh Road
Menlo Park, CA  94025

**SHIP TO:**
Theresa A. Sutton, Esq.
Orrick, Herrington & Sutcliffe, LLP
1000 Marsh Road
Menlo Park, CA  94025

**RECORDS OF:**
Connectu

**RECORDS FROM:**
John Taves
1514 223rd Place, NE #1
Sammamish, WA  98074

**PLAINTIFF:**
Connectu LLC,

**DEFENDANT:**
Facebook, Inc., et al.,

**INSURED:**

**Redacted**

| DESCRIPTION OF SERVICE | QUANTITY | PRICE | EXTENTION |
|---|---|---|---|
| Basic Charge | 1 | 27.50 | 27.50 |
| Process Service | 1 | 143.75 | 143.75 |
| Sales Tax | | | 0.00 |

**COMMENTS:**
THIS ORDER IS CANCELLED. WE SERVED THE
SUBPOENA AS REQUESTED BY YOUR OFFICE.
THANK YOU FOR USING US LEGAL SUPPORT!

| | |
|---|---|
| **AMOUNT DUE** | **$   171.25** |

**INVOICE#:** 00362462-04
**TAX ID#:**

**REMIT PAYMENT TO:**

U.S. LEGAL SUPPORT - CA RECORDS
PO BOX 671052
DALLAS, TX 75267-1052

Please contact us immediately with questions or corrections regarding billing or payment.

# U.S. LEGAL SUPPORT

P.O. BOX 4363
Woodland Hills, CA 91365-4363
Phone: (818) 878-9227  Fax: (818) 878-0229

# INVOICE

**NUMBER: 00362462-05**

DATE: 10/12/06

CLAIM#:  16069-4/6393
FILE#:  16069-4/6393
DATE OF LOSS:

ORDER DATE:  09/27/06

**BILL TO:**
Theresa A. Sutton, Esq.
Orrick, Herrington & Sutcliffe, LLP
1000 Marsh Road
Menlo Park, CA  94025

**ORDERED BY:**
Theresa A. Sutton, Esq.
Orrick, Herrington & Sutcliffe, LLP
1000 Marsh Road
Menlo Park, CA  94025

**SHIP TO:**
Theresa A. Sutton, Esq.
Orrick, Herrington & Sutcliffe, LLP
1000 Marsh Road
Menlo Park, CA  94025

**RECORDS OF:**
Connectu

**RECORDS FROM:**
Winston Williams
2334 NE 102nd Street, Apt. 103
Seattle, WA  98125

**PLAINTIFF:**
Connectu LLC,

**DEFENDANT:**
Facebook, Inc., et al.,

**INSURED:**

Redacted

**COMMENTS:**
THIS ORDER IS CANCELLED. WE SERVED THE
SUBPOENA AS REQUESTED BY YOUR OFFICE.
THANK YOU FOR USING US LEGAL SUPPORT!

| DESCRIPTION OF SERVICE | QUANTITY | PRICE | EXTENTION |
|---|---|---|---|
| Basic Charge | 1 | 27.50 | 27.50 |
| Process Service | 1 | 287.50 | 287.50 |
| Sales Tax | | | 0.00 |
| **AMOUNT DUE** | | **$** | **315.00** |

**REMIT PAYMENT TO:**

U.S. LEGAL SUPPORT - CA RECORDS
PO BOX 671052
DALLAS, TX 75267-1052

INVOICE#: 00362462-05

TAX ID#:

Please contact us immediately with questions or corrections regarding billing or payment.

**U.S. LEGAL SUPPORT**
P.O. BOX 4353
Woodland Hills, CA 91365-4363
Phone: (818) 878-9227 Fax: (818) 878-0229

# INVOICE

NUMBER: 00363496-03

DATE: 10/20/06

CLAIM#:  16069-4/6393
FILE#:  16069-4/6393
DATE OF LOSS:

ORDER DATE: 10/17/0

BILL TO:
Theresa A. Sutton, Esq.
Orrick, Herrington & Sutcliffe, LLP
1000 Marsh Road
Menlo Park, CA  94025

ORDERED BY:
Theresa A. Sutton, Esq.
Orrick, Herrington & Sutcliffe, LLP
1000 Marsh Road
Menlo Park, CA  94025

SHIP TO:
Theresa A. Sutton, Esq.
Orrick, Herrington & Sutcliffe, LLP
1000 Marsh Road
Menlo Park, CA  94025

RECORDS OF:
Connectu

RECORDS FROM:
Maria Antonelli
21 Chelsea Circle
Milford, CT  06460

PLAINTIFF:

DEFENDANT:

INSURED:                    Redacted

| DESCRIPTION OF SERVICE | QUANTITY | PRICE | EXTENTION |
|---|---|---|---|
| Basic Charge | 1 | 27.50 | 27.50 |
| Cancel Charge | 1 | 0.00 | 0.00 |
| Sales Tax | | | 0.00 |
| **AMOUNT DUE** | | **$** | **27.50** |

COMMENTS:
THIS ORDER IS CANCELLED PER ABBY'S
REQUEST.  THANK YOU FOR USING U.S. LEGAL
SUPPORT!

INVOICE#: 00363496-03
TAX ID#:

REMIT PAYMENT TO:

U.S. LEGAL SUPPORT - CA RECORDS
PO BOX 671052
DALLAS, TX 75267-1052

Please contact us immediately with questions or corrections regarding billing or payment.
No adjustments or refunds will be made after 120 days from date of payment.

# U.S. LEGAL SUPPORT
P.O. BOX 4363
Woodland Hills, CA 91365-4363
Phone: (818) 878-9227  Fax: (818) 878-0229

# INVOICE
### NUMBER: 00362462-02

DATE: 10/26/06

CLAIM#:  16069-4/6393
FILE#:  16069-4/6393
DATE OF LOSS:

ORDER DATE:  09/27/06

**BILL TO:**
Theresa A. Sutton, Esq.
Orrick, Herrington & Sutcliffe, LLP
1000 Marsh Road
Menlo Park, CA  94025

**ORDERED BY:**
Theresa A. Sutton, Esq.
Orrick, Herrington & Sutcliffe, LLP
1000 Marsh Road
Menlo Park, CA  94025

**SHIP TO:**
Theresa A. Sutton, Esq.
Orrick, Herrington & Sutcliffe, LLP
1000 Marsh Road
Menlo Park, CA  94025

**RECORDS OF:**
Connectu

**RECORDS FROM:**
Wayne Chang
231 Farrwood Drive
Bradford, MA  01835

**PLAINTIFF:**
Connectu LLC,

**DEFENDANT:**
Facebook, Inc., et al.,

**INSURED:**

Redacted

| DESCRIPTION OF SERVICE | QUANTITY | PRICE | EXTENTION |
|---|---|---|---|
| Basic Charge | 1 | 27.50 | 27.50 |
| Process Service | 1 | 92.00 | 92.00 |
| Sales Tax | | | 0.00 |
| **AMOUNT DUE** | | **$** | **119.50** |

**COMMENTS:**
THIS ORDER IS CANCELLED. THE SUBPOENA
WAS SERVED AS REQUESTED BY YOUR FIRM.
THANK YOU FOR USING US LEGAL SUPPORT!

**INVOICE#:** 00362462-02
**TAX ID#:**

REMIT PAYMENT TO:

U.S. LEGAL SUPPORT - CA RECORDS
PO BOX 671052
DALLAS, TX 75267-1052

# U.S. LEGAL SUPPORT
P.O. BOX 4363
Woodland Hills, CA 91365-4363
Phone: (818) 878-9227 Fax: (818) 878-0229

# INVOICE

NUMBER: 00362462-03

DATE: 10/26/06

CLAIM#:  16069-4/6393
FILE#:  16069-4/6393
DATE OF LOSS:

ORDER DATE:  09/27/0(

BILL TO:
Theresa A. Sutton, Esq.
Orrick, Herrington & Sutcliffe, LLP
1000 Marsh Road
Menlo Park, CA  94025

ORDERED BY:
Theresa A. Sutton, Esq.
Orrick, Herrington & Sutcliffe, LLP
1000 Marsh Road
Menlo Park, CA  94025

SHIP TO:
Theresa A. Sutton, Esq.
Orrick, Herrington & Sutcliffe, LLP
1000 Marsh Road
Menlo Park, CA  94025

RECORDS OF:
Connectu

RECORDS FROM:
Animal 57 Productions, Inc.
100 Cummings Center, Suite 150
Beverly, MA  02146

PLAINTIFF:
Connectu LLC,

DEFENDANT:
Facebook, Inc., et al.,

INSURED:

Redacted

| DESCRIPTION OF SERVICE | QUANTITY | PRICE | EXTENTION |
|---|---|---|---|
| Basic Charge | 1 | 27.50 | 27.50 |
| Process Service | 1 | 79.00 | 79.00 |
| Sales Tax | | | 0.00 |

COMMENTS:
THIS ORDER IS CANCELLED. WE SERVED THE
SUBPOENA AS REQUESTED BY YOUR FIRM.
THANK YOU FOR USING US LEGAL SUPPORT!

| AMOUNT DUE | $ 106.50 |
|---|---|

INVOICE#: 00362462-03
TAX ID#:

REMIT PAYMENT TO:

U.S. LEGAL SUPPORT - CA RECORDS
PO BOX 671052
DALLAS, TX 75267-1052

Please contact us immediately with questions

# U.S. LEGAL SUPPORT
P.O. BOX 4363
Woodland Hills, CA 91365-4363
Phone: (818) 878-9227  Fax: (818) 878-0229

# INVOICE

### NUMBER: 00363393-01

DATE: 10/26/06

CLAIM#:  16069-4/6393
FILE#:  16069-4/6393
DATE OF LOSS:

ORDER DATE: 10/16/06

**BILL TO:**
Theresa A. Sutton, Esq.
Orrick, Herrington & Sutcliffe, LLP
1000 Marsh Road
Menlo Park, CA  94025

**ORDERED BY:**
Theresa A. Sutton, Esq.
Orrick, Herrington & Sutcliffe, LLP
1000 Marsh Road
Menlo Park, CA  94025

**SHIP TO:**
Theresa A. Sutton, Esq.
Orrick, Herrington & Sutcliffe, LLP
1000 Marsh Road
Menlo Park, CA  94025

**RECORDS OF:**
Connectu

| DESCRIPTION OF SERVICE | QUANTITY | PRICE | EXTENTION |
|---|---|---|---|
| Basic Charge | 1 | 27.50 | 27.50 |
| Process Service | 1 | 79.00 | 79.00 |
| Sales Tax | | | 0.00 |

**RECORDS FROM:**
Row America LLC
500 West Putnam Avenue
Greenwich, CT  06830

**PLAINTIFF:**

**DEFENDANT:**

**INSURED:**

                    **Redacted**

**COMMENTS:**
THIS ORDER IS CANCELLED. THE SUBPOENA
WAS SERVED AS REQUESTED BY YOUR FIRM.
THANK YOU FOR USING US LEGAL SUPPORT!

| **AMOUNT DUE** | | **$** | **106.50** |
|---|---|---|---|

**REMIT PAYMENT TO:**

**U.S. LEGAL SUPPORT - CA RECORDS**
PO BOX 671052
DALLAS, TX 75267-1052

**INVOICE#:** 00363393-01
**TAX ID#:**

Please contact us immediately with questions or corrections regarding billing or payment.

# U.S. LEGAL SUPPORT
P.O. BOX 4363
Woodland Hills, CA 91365-4363
Phone: (818) 878-9227 Fax: (818) 878-0229

# INVOICE

NUMBER: 00363496-05

DATE: 10/30/06

CLAIM#: 16069-4/6393
FILE#: 16069-4/6393
DATE OF LOSS:

ORDER DATE: 10/17/0

BILL TO:
Theresa A. Sutton, Esq.
Orrick, Herrington & Sutcliffe, LLP
1000 Marsh Road
Menlo Park, CA 94025

ORDERED BY:
Theresa A. Sutton, Esq.
Orrick, Herrington & Sutcliffe, LLP
1000 Marsh Road
Menlo Park, CA 94025

SHIP TO:
Theresa A. Sutton, Esq.
Orrick, Herrington & Sutcliffe, LLP
1000 Marsh Road
Menlo Park, CA 94025

RECORDS OF:          Redacted
Connectu

RECORDS FROM:
Divya Narendra c/o Sowood Capital Management
500 Boylston Street, 17th Floor
Boston, MA 02116

PLAINTIFF:

DEFENDANT:

INSURED:

| DESCRIPTION OF SERVICE | QUANTITY | PRICE | EXTENTION |
|---|---|---|---|
| Basic Charge | 1 | 27.50 | 27.50 |
| Process Service | 1 | 140.00 | 140.00 |
| Sales Tax | | | 0.00 |

COMMENTS:
THIS ORDER IS CANCELLED. WE SERVED THE
SUBPOENA AS REQUESTED BY YOUR OFFICE.
THANK YOU FOR USING US LEGAL SUPPORT!

| AMOUNT DUE | $  167.50 |
|---|---|

INVOICE#: 00363496-05
TAX ID#:

REMIT PAYMENT TO:

U.S. LEGAL SUPPORT - CA RECORDS
PO BOX 671052
DALLAS, TX 75267-1052

Please contact us immediately with questions or corrections regarding billing.

# U.S. LEGAL SUPPORT
P.O. BOX 4363
Woodland Hills, CA 91365-4363
Phone: (818) 878-9227 Fax: (818) 878-0229

# INVOICE

### NUMBER: 00363496-01

DATE: 10/30/06

| CLAIM#: | 16069-4/6393 |
| FILE#: | 16069-4/6393 |
DATE OF LOSS:

ORDER DATE: 10/17/06

**BILL TO:**
Theresa A. Sutton, Esq.
Orrick, Herrington & Sutcliffe, LLP
1000 Marsh Road
Menlo Park, CA 94025

**ORDERED BY:**
Theresa A. Sutton, Esq.
Orrick, Herrington & Sutcliffe, LLP
1000 Marsh Road
Menlo Park, CA 94025

**SHIP TO:**
Theresa A. Sutton, Esq.
Orrick, Herrington & Sutcliffe, LLP
1000 Marsh Road
Menlo Park, CA 94025

**RECORDS OF:**
Connectu                    **Redacted**

**RECORDS FROM:**
Howard Winklevoss
10 Khakum Wood Road
Greenwich, CT 06831

**PLAINTIFF:**

**DEFENDANT:**

**INSURED:**

| DESCRIPTION OF SERVICE | QUANTITY | PRICE | EXTENTION |
|---|---|---|---|
| Basic Charge | 1 | 27.50 | 27.50 |
| Rush Fee | 1 | 25.00 | 25.00 |
| Process Service | 1 | 212.75 | 212.75 |
| Sales Tax | | | 0.00 |

| AMOUNT DUE | $ | 265.25 |
|---|---|---|

**COMMENTS:**
THIS ORDER IS COMPLETED. THE SUBPOENA
WAS SERVED AS REQUESTED BY YOUR FIRM.
THANK YOU FOR USING US LEGAL SUPPORT!

**REMIT PAYMENT TO:**

**U.S. LEGAL SUPPORT - CA RECORDS**
PO BOX 671052
DALLAS, TX 75267-1052

**INVOICE#:** 00363496-01
**TAX ID#:**

Please contact us immediately with questions or corrections regarding billing or payment.

# U.S. LEGAL SUPPORT
P.O. BOX 4363
Woodland Hills, CA 91365-4363
Phone: (818) 878-9227 Fax: (818) 878-0229

# INVOICE

NUMBER: 00363496-02

DATE: 10/30/06     CLAIM#: 16069-4/6393
FILE#: 16069-4/6393
DATE OF LOSS:     ORDER DATE: 10/17/06

**BILL TO:**
Theresa A. Sutton, Esq.
Orrick, Herrington & Sutcliffe, LLP
1000 Marsh Road
Menlo Park, CA 94025

**ORDERED BY:**
Theresa A. Sutton, Esq.
Orrick, Herrington & Sutcliffe, LLP
1000 Marsh Road
Menlo Park, CA 94025

**SHIP TO:**
Theresa A. Sutton, Esq.
Orrick, Herrington & Sutcliffe, LLP
1000 Marsh Road
Menlo Park, CA 94025

**RECORDS OF:**
Connectu

**RECORDS FROM:**
Cameron Winklevoss
10 Khakum Wood Road
Greenwich, CT 06831

**PLAINTIFF:**

**DEFENDANT:**

**INSURED:**
                    Redacted

| DESCRIPTION OF SERVICE | QUANTITY | PRICE | EXTENTION |
|---|---|---|---|
| Basic Charge | 1 | 27.50 | 27.50 |
| Rush Fee | 1 | 25.00 | 25.00 |
| Process Service | 1 | 180.00 | 180.00 |
| Sales Tax | | | 0.00 |

**COMMENTS:**
THIS ORDER IS COMPLETED. THE SUBPOENA
WAS SERVED AS REQUESTED BY YOUR FIRM.
THANK YOU FOR USING US LEGAL SUPPORT!

| **AMOUNT DUE** | **$  232.50** |
|---|---|

**INVOICE#:** 00363496-02
**TAX ID#:**

**REMIT PAYMENT TO:**

U.S. LEGAL SUPPORT - CA RECORDS
PO BOX 671052
DALLAS, TX 75267-1052

Please contact us immediately with questions or corrections regarding billing or payment



# D-M Information Systems, Inc.                    INVOICE

**2744 Del Rio Place**
**Davis CA 95616-6569**                    **Redacted**
**530.750.7100 or 800.653.2112**
**(toll free)**

Document Coding

| BILL TO | REFERENCE |
|---|---|
| The Facebook, Inc.<br>Attn.: Accounts Payable<br>471 Emerson St.<br>Palo Alto CA 94301-1605 | TheFacebook, Inc. / ConnectU Litigation<br>[16069-4] - Electronic Evidence Project<br>Under the Direction of Neel Chatterjee,<br>Esq., Orrick Law Firm - Menlo Park CA<br>Invoice Period: 12/03/05 - 12/14/05 |

Electronic Evidence
Production

Document Repository

Black & White
Imaging

Color & Oversize
Imaging

| DATE | INVOICE # | TERMS | DUE DATE | PROJECT |
|---|---|---|---|---|
| 12/19/2005 | 05121905 | NET 30 | 1/18/2006 | Face Book |

Blowbacks

| DATE/DESCRIPTION | QTY | COST | UNIT | AMOUNT |
|---|---|---|---|---|
| ELECTRONIC EVIDENCE SERVICES | | | | |
| | 1 | | | |
| | 1 | | | |
| | 1 | | | |
| | 19.8 | | | |
| | 19.8 | | | |
| | 107206 | | | |
| | 3 | | | |
| | 85637 | | | |
| | 42114 | | | |

Color & Oversize
Prints

Image Branding

Optical Character
Recognition (OCR)

CD-ROM Production

Image & Database
Conversions

Database Design

Programming

Project Consulting

Privilege Logs

Document
Summaries

Bates Labeling

Software

Happy Holidays from your partners at D-M Information Systems, Inc.                    **TOTAL**--continued--



# D-M Information Systems, Inc.

### INVOICE

*2744 Del Rio Place*
*Davis CA 95616-6569*
*530.750.7100 or 800.653.2112*
*(toll free)*

**Redacted**

Document Coding

Electronic Evidence Production

Document Repository

Black & White Imaging

Color & Oversize Imaging

Blowbacks

Color & Oversize Prints

Image Branding

Optical Character Recognition (OCR)

CD-ROM Production

Image & Database Conversions

Database Design

Programming

Project Consulting

Privilege Logs

Document Summaries

Bates Labeling

Software

| BILL TO | REFERENCE |
|---|---|
| The Facebook, Inc.<br>Attn.: Accounts Payable<br>471 Emerson St.<br>Palo Alto CA 94301-1605 | TheFacebook, Inc. / ConnectU Litigation<br>[16069-4] - Electronic Evidence Project<br>Under the Direction of Neel Chatterjee,<br>Esq., Orrick Law Firm - Menlo Park CA<br>Invoice Period: 12/03/05 - 12/14/05 |

| DATE | INVOICE # | TERMS | DUE DATE | PROJECT |
|---|---|---|---|---|
| 12/19/2005 | 05121905 | NET 30 | 1/18/2006 | Face Book |

| DATE/DESCRIPTION | QTY | COST | UNIT | AMOUNT |
|---|---|---|---|---|
| | 112 | | | |
| | 112 | | | |
| | 3.25 | | | |
| | 5 | | | |
| | | | | |
| | 4 | | | |
| | 0.25 | | | |
| | 4.5 | | | |
| | | | | |
| | | | | |
| | 1.15 | | | |
| | | | | |
| | | | | |
| Happy Holidays from your partners at D-M Information Systems, Inc. | | **TOTAL** | | $17,307.37 |



# D-M Information Systems, Inc.                    INVOICE

2744 Del Rio Place
Davis CA 95616-6569
530.750.7100 or 800.653.2112          **Redacted**
(toll free)

Document Coding

| BILL TO |
|---|
| The Facebook, Inc.<br>Attn.: Accounts Payable<br>471 Emerson St.<br>Palo Alto CA 94301-1605 |

Electronic Evidence
Production

Document Repository

| REFERENCE |
|---|
| TheFacebook, Inc. / ConnectU Litigation<br>  [16069-4] - Electronic Evidence Project<br>Under the Direction of Neel Chatterjee,<br>  Esq., Orrick Law Firm - Menlo Park CA<br>Invoice Period: 12/15/05 - 01/15/06 |

Black & White
Imaging

Color & Oversize
Imaging

| DATE | INVOICE # | TERMS | DUE DATE | PROJECT |
|---|---|---|---|---|
| 1/17/2006 | 06011703 | NET 30 | 2/16/2006 | Facebook |

Blowbacks

Color & Oversize
Prints

Image Branding

Optical Character
Recognition (OCR)

CD-ROM Production

Image & Database
Conversions

Database Design

Programming

Project Consulting

Privilege Logs

Document
Summaries

Bates Labeling

Software

| DATE/DESCRIPTION | QTY | COST | UNIT | AMOUNT |
|---|---|---|---|---|
| ELECTRONIC EVIDENCE SERVICES | | | | |
| | 1 | | | |
| | 2.9 | | | |
| | 2.9<br>56493 | | | |
| | 15420 | | | |
| | 14851 | | | |
| | 0.75 | | | |
| | 6 | | | |

Thank you for your business.          Page 1   of 2          TOTAL --continued--



# D-M Information Systems, Inc.

**INVOICE**

*2744 Del Rio Place*
*Davis CA 95616-6569*
*530.750.7100 or 800.653.2112*
*(toll free)*

**Redacted**

Document Coding

Electronic Evidence
Production

Document Repository

Black & White
Imaging

Color & Oversize
Imaging

Blowbacks

Color & Oversize
Prints

Image Branding

Optical Character
Recognition (OCR)

CD-ROM Production

Image & Database
Conversions

Database Design

Programming

Project Consulting

Privilege Logs

Document
Summaries

Bates Labeling

Software

| BILL TO | REFERENCE |
|---------|-----------|
| The Facebook, Inc.<br>Attn.: Accounts Payable<br>471 Emerson St.<br>Palo Alto CA 94301-1605 | TheFacebook, Inc. / ConnectU Litigation<br>[16069-4] - Electronic Evidence Project<br>Under the Direction of Neel Chatterjee,<br>Esq., Orrick Law Firm - Menlo Park CA<br>Invoice Period: 12/15/05 - 01/15/06 |

| DATE | INVOICE # | TERMS | DUE DATE | PROJECT |
|------|-----------|-------|----------|---------|
| 1/17/2006 | 06011703 | NET 30 | 2/16/2006 | Facebook |

| DATE/DESCRIPTION | QTY | COST | UNIT | AMOUNT |
|------------------|-----|------|------|--------|
| Production & Related Activities | 1 | | | |
| | 1.15 | | | |

| | | | | |
|---|---|---|---|---|
| Thank you for your business.  Page 2 of 2 | | **TOTAL** | | $3,557.78 |

# D-M Information Systems, Inc.                    INVOICE

**2744 Del Rio Place**
**Davis CA 95616-6569**
**530.750.7100 or 800.653.2112**                    Redacted
**(toll free)**

Document Coding

| BILL TO | REFERENCE |
|---|---|
| The Facebook, Inc.<br>Attn.: Accounts Payable<br>471 Emerson St.<br>Palo Alto CA 94301-1605 | TheFacebook, Inc. / ConnectU Litigation<br>[16069-4] - Electronic Evidence Project<br>Under the Direction of Neel Chatterjee,<br>Esq., Orrick Law Firm - Menlo Park CA<br>Invoice Period: 02/15/06 - 05/24/06 |

Electronic Evidence
Production

Document Repository

Black & White
Imaging

Color & Oversize
Imaging

| DATE | INVOICE # | TERMS | DUE DATE | PROJECT |
|---|---|---|---|---|
| 5/31/2006 | 06053101 | NET 30 | 6/30/2006 | Facebook |

Blowbacks

| DATE/DESCRIPTION | QTY | COST | UNIT | AMOUNT |
|---|---|---|---|---|
| ELECTRONIC EVIDENCE SERVICES | | | | |

Color & Oversize
Prints

Image Branding

Optical Character
Recognition (OCR)

CD-ROM Production

Image & Database
Conversions                                    4.6

Database Design

Programming

Project Consulting

Privilege Logs                                 522

Document
Summaries

Bates Labeling

| Thank you for your business.    Page 1  of 2 | TOTAL  --continued-- |
|---|---|

Software



# D-M Information Systems, Inc.    INVOICE

2744 Del Rio Place
Davis CA 95616-6569
530.750.7100 or 800.653.2112
(toll free)

Redacted

Document Coding

Electronic Evidence
Production

Document Repository

Black & White
Imaging

Color & Oversize
Imaging

Blowbacks

Color & Oversize
Prints

Image Branding

Optical Character
Recognition (OCR)

CD-ROM Production

Image & Database
Conversions

Database Design

Programming

Project Consulting

Privilege Logs

Document
Summaries

Bates Labeling

Software

| BILL TO | REFERENCE |
|---------|-----------|
| The Facebook, Inc.<br>Attn.: Accounts Payable<br>471 Emerson St.<br>Palo Alto CA 94301-1605 | TheFacebook, Inc. / ConnectU Litigation<br>[16069-4] - Electronic Evidence Project<br>Under the Direction of Neel Chatterjee,<br>Esq., Orrick Law Firm - Menlo Park CA<br>Invoice Period: 02/15/06 - 05/24/06 |

| DATE | INVOICE # | TERMS | DUE DATE | PROJECT |
|------|-----------|-------|----------|---------|
| 5/31/2006 | 06053101 | NET 30 | 6/30/2006 | Facebook |

| DATE/DESCRIPTION | QTY | COST | UNIT | AMOUNT |
|------------------|-----|------|------|--------|
| | 405715 | | | |
| | 29341 | | | |
| | 3,076 | | | |
| | 3,076 | | | |
| | 7.25 | | | |
| | 8 | | | |
| | | | | |
| | 1 | | | |
| | 2.25 | | | |

| Thank you for your business.    Page 2   of  2 | TOTAL | $47,549.74 |
|---|---|---|



# D-M Information Systems, Inc.

*2744 Del Rio Place*
*Davis CA 95616-6569*
*530.750.7100 or 800.653.2112*
*(toll free)*

**INVOICE**

**Redacted**

Document Coding

Electronic Evidence
Production

Document Repository

Black & White
Imaging

Color & Oversize
Imaging

Blowbacks

Color & Oversize
Prints

Image Branding

Optical Character
Recognition (OCR)

CD-ROM Production

Image & Database
Conversions

Database Design

Programming

Project Consulting

Privilege Logs

Document
Summaries

Bates Labeling

Software

**BILL TO**

The Facebook, Inc.
Attn.: Accounts Payable
471 Emerson St.
Palo Alto CA 94301-1605

**REFERENCE**

TheFacebook, Inc. / ConnectU Litigation
 [16069-4] - Electronic Evidence Project
Under the Direction of Neel Chatterjee,
 Esq., Orrick Law Firm - Menlo Park CA
Invoice Period: 05/30/06 - 06/23/06

| DATE | INVOICE # | TERMS | DUE DATE | PROJECT |
|------|-----------|-------|----------|---------|
| 6/26/2006 | 06062610 | NET 30 | 7/26/2006 | Facebook |

| DATE/DESCRIPTION | QTY | COST | UNIT | AMOUNT |
|------------------|-----|------|------|--------|
| ELECTRONIC EVIDENCE SERVICES | | | | |
| | 1.1 | | | |
| | 8645 | | | |
| | 2,983 | | | |
| | 17 | | | |
| | 17 | | | |
| | 1.25 | | | |
| | 7.75 | | | |

Thank you for your business.

Page 1 of 2

**TOTAL**  --continued--



# D-M Information Systems, Inc.

**2744 Del Rio Place**
**Davis CA 95616-6569**
**530.750.7100 or 800.653.2112**
**(toll free)**

**INVOICE**

Redacted

Document Coding

Electronic Evidence
Production

Document Repository

Black & White
Imaging

Color & Oversize
Imaging

Blowbacks

Color & Oversize
Prints

Image Branding

Optical Character
Recognition (OCR)

CD-ROM Production

Image & Database
Conversions

Database Design

Programming

Project Consulting

Privilege Logs

Document
Summaries

Bates Labeling

Software

**BILL TO**

The Facebook, Inc.
Attn.: Accounts Payable
471 Emerson St.
Palo Alto CA 94301-1605

**REFERENCE**

TheFacebook, Inc. / ConnectU Litigation
[16069-4] - Electronic Evidence Project
Under the Direction of Neel Chatterjee,
Esq., Orrick Law Firm - Menlo Park CA
Invoice Period: 05/30/06 - 06/23/06

| DATE | INVOICE # | TERMS | DUE DATE | PROJECT |
|------|-----------|-------|----------|---------|
| 6/26/2006 | 06062610 | NET 30 | 7/26/2006 | Facebook |

| DATE/DESCRIPTION | QTY | COST | UNIT | AMOUNT |
|---|---|---|---|---|
| PRODUCTION & RELATED ACTIVITIES | | | | |
| | 1 | | | |
| | 1 | | | |
| | 1 | | | |
| | | | | |
| | 3 | | | |
| | | | | |
| | 1.15 | | | |
| | | | | |
| Thank you for your business.    Page 2 of 2 | | **TOTAL** | | $2,823.99 |

**CT** CORPORATION
A WoltersKluwer Company
www.ctadvantage.com

# Invoice

Orrick Herrington & Sutcliffe LLP
400 Capitol Mall
Suite 3000
Sacramento CA  95814-4497

14069-4

| FOR INQUIRIES CONTACT: | Mark Summerhays | INVOICE NUMBER | | INVOICE DATE |
|---|---|---|---|---|
| | Walnut Creek Corporate Team 1 | 2817437-RI | | 06/21/06 |
| | 1350 Treat Blvd | | | |
| | Suite 100 | ORDER NUMBER | ORDER DATE | CUSTOMER NUMBER |
| | Walnut Creek CA  94597 | 6668662 SO | 06/20/06 | 1415573 |

| CUSTOMER REFERENCE - 1 | CUSTOMER REFERENCE - 2 |
|---|---|
| none given | none given |

Phone: (925)287-2911  Fax: (925)287-9801
Attention: Mark Summerhays
(Federal Tax ID#

| REQUESTED BY | AMOUNT DUE |
|---|---|
| Deborah A Moore | $ 135.50 |

Page  1 of 1

| | SERVICE CHARGES | DISBURSEMENTS | AMOUNT DUE |
|---|---|---|---|
| **connectu llc (DE)** | | | |
| *Services* - | | | |
| Cert Copy of Certificate of Inc & All Amend/Mrgr - Delaware | 50.00 | | |
| *Disbursements* - | | | |
| Cert Copy of Certificate of Inc & All Amend/Mrgr - Delaware | | 66.00 | |
| SUBTOTAL | 50.00 | 66.00 | $116.00 |
| **Miscellaneous Costs** | | | |
| *Disbursements* - | | | |
| FedEx Priority Overnight | | 19.50 | |
| SUBTOTAL | | 19.50 | $19.50 |

## SUMMARY

| | |
|---|---|
| Service Charges | $50.00 |
| Disbursements | 85.50 |
| **TOTAL AMOUNT DUE** | **$ 135.50** |

**Redacted**

Mark Summerhays
Walnut Creek Corporate Team 1
1350 Treat Blvd
Suite 100
Walnut Creek CA  94597

# CT CORPORATION
A WoltersKluwer Company
www.ctadvantage.com

# Invoice

Orrick, Herrington & Sutcliffe LLP
400 Capitol Mall
Suite 3000
Sacramento CA 95814-4497

| FOR INQUIRIES CONTACT: | Mark Summerhays |
| --- | --- |
| | Walnut Creek Corporate Team 1 |
| | 1350 Treat Blvd |
| | Suite 100 |
| | Walnut Creek CA 94597 |

| INVOICE NUMBER | INVOICE DATE |
| --- | --- |
| **2817437-RI** | 06/21/06 |

| ORDER NUMBER | ORDER DATE | CUSTOMER NUMBER |
| --- | --- | --- |
| 6668662 SO | 06/20/06 | 1415573 |

| CUSTOMER REFERENCE - 1 | CUSTOMER REFERENCE - 2 |
| --- | --- |
| none given | none given |

Phone: (925)287-2911  Fax: (925)287-9801
Attention: Mark Summerhays
(Federal Tax ID#

| REQUESTED BY | AMOUNT DUE |
| --- | --- |
| Deborah A Moore | **$ 135.50** |

Page 1 of 1

| | SERVICE CHARGES | DISBURSEMENTS | AMOUNT DUE |
| --- | --- | --- | --- |
| **connectu llc (DE)** | | | |
| *Services -* | | | |
| Cert Copy of Certificate of Inc & All Amend/Mrgr - Delaware | 50.00 | | |
| *Disbursements -* | | | |
| Cert Copy of Certificate of Inc & All Amend/Mrgr - Delaware | | 66.00 | |
| SUBTOTAL | 50.00 | 66.00 | $116.00 |
| **Miscellaneous Costs** | | | |
| *Disbursements -* | | | |
| FedEx Priority Overnight | | 19.50 | |
| SUBTOTAL | | 19.50 | $19.50 |

*Redacted*

**SUMMARY**

| | |
| --- | --- |
| Service Charges | $50.00 |
| Disbursements | 85.50 |
| **TOTAL AMOUNT DUE** | **$ 135.50** |

Mark Summerhays
Walnut Creek Corporate Team 1
1350 Treat Blvd
Suite 100
Walnut Creek CA 94597

Please detach and return this stub with your payment using the enclosed envelope.
For proper credit, indicate your complete invoice number on the check.
Contact your Team with any changes or questions.

☐ Check here for payment by Bank Card or ACH, and complete form on reverse of this stub.

| REMIT PAYMENTS ONLY TO: | CT Corporation |
| --- | --- |
| | PO Box 4349 |
| | Carol Stream IL 60197-4349 |

| INVOICE NUMBER | INVOICE DATE |
| --- | --- |
| **2817437-RI** | 06/21/06 |

| CUSTOMER NUMBER | AMOUNT DUE |
| --- | --- |
| 1415573 | **$ 135.50** |

**Payment due upon receipt.**

deborah moore
Orrick, Herrington & Sutcliffe LLP
400 Capitol Mall
Suite 3000
Sacramento CA 95814-4497

**CT** CORPORATION
A WoltersKluwer Company
www.ctadvantage.com

# Invoice

Orrick, Harrington & Sutcliffe LLP
400 Capitol Mall
Suite 3000
Sacramento CA 95814-4497

*Redacted*

| FOR INQUIRIES CONTACT: | Mark Summerhays | | |
|---|---|---|---|
| | Walnut Creek Corporate Team 1 | | |
| | 1350 Treat Blvd | | |
| | Suite 100 | | |
| | Walnut Creek CA 94597 | | |

| INVOICE NUMBER | INVOICE DATE |
|---|---|
| **2822979-RI** | 06/26/06 |

| ORDER NUMBER | ORDER DATE | CUSTOMER NUMBER |
|---|---|---|
| 6664798 SO | 06/15/06 | 1415573 |

| CUSTOMER REFERENCE - 1 | CUSTOMER REFERENCE - 2 |
|---|---|
| 16069-4 | |

Phone: (925)287-2911   Fax: (925)287-9801
Attention: Mark Summerhays
(Federal Tax ID#

| REQUESTED BY | AMOUNT DUE |
|---|---|
| Deborah A Moore | **$ 562.00** |

Page 1 of 2

| | SERVICE CHARGES | DISBURSEMENTS | AMOUNT DUE |
|---|---|---|---|
| **Connect U, INC. (NY)** | | | |
| *Services -* | | | |
| Cert Copy of Certificate of Inc & All Amend/Mrgr - New York | 50.00 | | |
| *Disbursements -* | | | |
| Cert Copy of Certificate of Inc & All Amend/Mrgr - New York | | 10.00 | |
| Cert Copy of Certificate of Inc & All Amend/Mrgr - Expedite - 24 hr - New York | | 25.00 | |
| SUBTOTAL | 50.00 | 35.00 | $85.00 |
| **ConnectU LLC (DE)** | | | |
| *Services -* | | | |
| Obtain Document - Misc - Certified Copy of all documents on file - Connecticut | 50.00 | | |
| *Disbursements -* | | | |
| Obtain Document - Misc - Certified Copy of all documents on file - Connecticut | | 75.00 | |
| Obtain Doc/Certs Expedite Fees - Certified Copy of all documents on file - Connecticut | | 75.00 | |
| SUBTOTAL | 50.00 | 150.00 | $200.00 |
| **Connectu Inc.** | | | |
| *Services -* | | | |
| Obtain Document - Misc - Certificate of No Record - Massachusetts | 50.00 | | |

Mark Summerhays
Walnut Creek Corporate Team 1
1350 Treat Blvd
Suite 100
Walnut Creek CA 94597

Please detach and return this stub with your payment using the enclosed envelope.
For proper credit, indicate your **complete invoice number** on the check.
Contact your Team with any changes or questions.

☐ Check here for payment by Bank Card or ACH, and complete form on reverse of this stub.

| REMIT PAYMENTS ONLY TO: | CT Corporation |
|---|---|
| | PO Box 4349 |
| | Carol Stream IL 60197-4349 |

| INVOICE NUMBER | INVOICE DATE |
|---|---|
| **2822979-RI** | 06/26/06 |

| CUSTOMER NUMBER | AMOUNT DUE |
|---|---|
| 1415573 | **$ 562.00** |

Deborah A Moore
Orrick, Herrington & Sutcliffe LLP
400 Capitol Mall
Suite 3000
Sacramento CA 95814-4497

**Payment due upon receipt.**

402 1 00001415573 02822979 8273 000056200 06664798 8773 5

**CT** CORPORATION
A WoltersKluwer Company
www.ctadvantage.com

# Invoice

Orrick, Herrington & Sutcliffe LLP
400 Capitol Mall
Suite 3000
Sacramento CA  95814-4497

| INVOICE NUMBER | | INVOICE DATE |
| --- | --- | --- |
| **2822979-RI** | | 06/26/06 |
| ORDER NUMBER | ORDER DATE | AMOUNT DUE |
| 6664798 SO | 06/15/06 | **$ 562.00** |

Page  2 of 2

| | SERVICE CHARGES | DISBURSEMENTS | AMOUNT DUE |
| --- | --- | --- | --- |
| *Disbursements -* | | | |
| Obtain Document - Misc - Certificate of No Record - Massachusetts | | 12.00 | |
| **SUBTOTAL** | 50.00 | 12.00 | $62.00 |
| **Connectu LLC** | | | |
| *Services -* | | | |
| Obtain Document - Misc - Certificate of No Record - Massachusetts | 50.00 | | |
| *Disbursements -* | | | |
| Obtain Document - Misc - Certificate of No Record - Massachusetts | | 25.00 | |
| **SUBTOTAL** | 50.00 | 25.00 | $75.00 |
| **Connectu LP** | | | |
| *Services -* | | | |
| Obtain Document - Misc - Certificate of No Record - Massachusetts | 50.00 | | |
| *Disbursements -* | | | |
| Obtain Document - Misc - Certificate of No Record - Massachusetts | | 12.00 | |
| **SUBTOTAL** | 50.00 | 12.00 | $62.00 |
| **Miscellaneous Costs** | | | |
| *Disbursements -* | | | |
| FedEx Priority Overnight (4) | | 78.00 | |
| **SUBTOTAL** | | 78.00 | $78.00 |

## SUMMARY

| | |
| --- | --- |
| Service Charges | $250.00 |
| Disbursements | 312.00 |
| **TOTAL AMOUNT DUE** | **$ 562.00** |

**CT** CORPORATION
A WoltersKluwer Company
www.ctadvantage.com

**Invoice**

2nd Request

September 10, 2006

400 Capital Mall
Suite 3000
Sacramento CA 95814-4497

FOR INQUIRIES CONTACT:   Mark Summerhays
Walnut Creek Corporate Team 1
1350 Treat Blvd
Suite 100
Walnut Creek CA 94597

| INVOICE NUMBER | | INVOICE DATE |
|---|---|---|
| 2822979-RI | | 06/26/06 |

| ORDER NUMBER | ORDER DATE | CUSTOMER NUMBER |
|---|---|---|
| 6664798 SO | 06/15/06 | 1415573 |

Phone: (925)287-2911   Fax: (925)287-9801
Attention: Mark Summerhays
(Federal Tax ID#

| CUSTOMER REFERENCE - 1 | CUSTOMER REFERENCE - 2 |
|---|---|
| 16069-4 | |

| REQUESTED BY | |
|---|---|
| Deborah A Moore | |

Page 1 of 2

| AMOUNT DUE |
|---|
| $ 562.00 |

| | SERVICE CHARGES | DISBURSEMENTS | AMOUNT DUE |
|---|---|---|---|
| **Connect U, INC. (NY)** | | | |
| *Services -* | | | |
| Cert Copy of Certificate of Inc & All Amend/Mrgr - New York | | | |
| *Disbursements -* | | | |
| Cert Copy of Certificate of Inc & All Amend/Mrgr - New York | 50.00 | | |
| Cert Copy of Certificate of Inc & All Amend/Mrgr - Expedite - 24 hr - New York | | 10.00 | |
| SUBTOTAL | 50.00 | 25.00 | |
| **ConnectU LLC (DE)** | | 35.00 | $85.00 |
| *Services -* | | | |
| Obtain Document - Misc - Certified Copy of all documents on file - Connecticut | | | |
| *Disbursements -* | 50.00 | | |
| Obtain Document - Misc - Certified Copy of all documents on file - Connecticut | | | |
| Obtain Doc/Certs Expedite Fees - Certified Copy of all documents on file - Connecticut | | 75.00 | |
| SUBTOTAL | | 75.00 | |
| **Connectu Inc.** | 50.00 | 150.00 | $200.00 |

Mark Summerhays
Walnut Creek Corporate Team 1
1350 Treat Blvd
Suite 100
Walnut Creek CA 94597

**Redacted**

**CT** CORPORATION
A WoltersKluwer Company
www.ctadvantage.com

# Invoice

2nd Request

Bingham McCutchen & Sonsini LLP
400 Capitol Mall
Suite 3000
Sacramento CA 95814-4497

September 10, 2006

| INVOICE NUMBER | | INVOICE DATE |
|---|---|---|
| **2822979-RI** | | 06/26/06 |
| ORDER NUMBER | ORDER DATE | AMOUNT DUE |
| 6664798 SO | 06/15/06 | **$ 562.00** |

Page 2 of 2

| | SERVICE CHARGES | DISBURSEMENTS | AMOUNT DUE |
|---|---|---|---|
| *Services -* | | | |
| Obtain Document - Misc - Certificate of No Record - Massachusetts | 50.00 | | |
| *Disbursements -* | | | |
| Obtain Document - Misc - Certificate of No Record - Massachusetts | | 12.00 | |
| **SUBTOTAL** | **50.00** | **12.00** | **$62.00** |
| **Connectu LLC** | | | |
| *Services -* | | | |
| Obtain Document - Misc - Certificate of No Record - Massachusetts | 50.00 | | |
| *Disbursements -* | | | |
| Obtain Document - Misc - Certificate of No Record - Massachusetts | | 25.00 | |
| **SUBTOTAL** | **50.00** | **25.00** | **$75.00** |
| **Connectu LP** | | | |
| *Services -* | | | |
| Obtain Document - Misc - Certificate of No Record - Massachusetts | 50.00 | | |
| *Disbursements -* | | | |
| Obtain Document - Misc - Certificate of No Record - Massachusetts | | 12.00 | |
| **SUBTOTAL** | **50.00** | **12.00** | **$62.00** |
| **Miscellaneous Costs** | | | |
| *Disbursements -* | | | |
| FedEx Priority Overnight (4) | | 78.00 | |
| **SUBTOTAL** | | **78.00** | **$78.00** |

## SUMMARY

| | |
|---|---|
| Service Charges | $250.00 |
| Disbursements | 312.00 |
| **TOTAL AMOUNT DUE** | **$ 562.00** |

# LEGENDS DOCUMENT SOLUTIONS

**Invoice**

291 Lambert Avenue
Palo Alto, CA 94306
Phone: 650-319-2679

**Redacted**

| Date | Invoice # |
|------|-----------|
| 12/9/2005 | 9581 |

Tax ID#.

**Bill To:**

Amy Dalton
Orrick Herrington & Sutcliffe LLP
1020 Marsh Road
Menlo Park, CA  94025

**REMIT PAYMENT TO:**

Legends Document Solutions
P.O. Box 2759
San Ramon, CA 94583

| Client Matter # | Terms | Account Manager |
|-----------------|-------|-----------------|
| 16069-4 | Net 30 | Dan |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| 11,520 | Grade D (Heavy Litigation Copies) and Grade E (Extensive Handling Copies) | 0.16 | 1,843.20 |
| 8.33 | Labor Hours - Hand Placement/Glasswork | 45.00 | 374.85 |
| 1,145 | Native File Conversion to tif (from CD) | 0.02 | 22.90 |
| 12,688 | Scanning - Heavy Litigation | 0.14 | 1,776.32 |
| 13,833 | OCR | 0.02 | 276.66 |
| 13,833 | Concordance Load Files | 0.02 | 276.66 |
| 3 | Burn Master CD's (Vol. 001, 002 & 003) | 25.00 | 75.00 |

Copied seven boxes and scanned copies along with box 8 (including one CD); prepared
for concordance and burned CD's.

THANK YOU FOR CHOOSING LEGENDS!

Job # LDS-13238

| | |
|---|---|
| **Subtotal** | $4,645.59 |

Please Pay From This Invoice:  This is the only invoice you will receive.  It should be routed
to your accounting department for payment.  A late charge of 1.5% per month will be
applied to balances outstanding over 30 days.

| | |
|---|---|
| **Sales Tax  (8.25%)** | $352.34 |
| **Total** | $4,997.93 |

| RECEIVED BY: | _(signature)_ | DATE: | 1/5/01 |
|---|---|---|---|

# LEGENDS DOCUMENT SOLUTIONS

# Invoice

291 Lambert Avenue
Palo Alto, CA 94306
Phone: 650-319-2679

**Redacted**

Tax ID#:

| Date | Invoice # |
|------|-----------|
| 2/7/2006 | 9937 |

Bill To:

Amy Dalton
Orrick Herrington & Sutcliffe LLP
1020 Marsh Road
Menlo Park, CA  94025

REMIT PAYMENT TO:

Legends Document Solutions
P.O. Box 2759
San Ramon, CA 94583

| Client Matter # | Terms | Account Manager |
|-----------------|-------|-----------------|
| 16069-4 | Net 30 | Dan |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| 910 | Scanning - Medium Litigation | 0.12 | 109.20 |
| 910 | OCR | 0.02 | 18.20 |
| 910 | Load Files | 0.02 | 18.20 |
| 215 | Documents Coded | 1.25 | 268.75 |
| 1 | Burn Master CD | 25.00 | 25.00 |

Scanned docs with OCR for concordance and coded 6 fields.

THANK YOU FOR CHOOSING LEGENDS!

*Scan: Copy 3rd Party production*

*TOTAL = $1488.28*

Job # LDS-13631

Please Pay From This Invoice:  This is the only invoice you will receive.  It should be routed to your accounting department for payment.  A late charge of 1.5% per month will be applied to balances outstanding over 30 days.

| | |
|--|--|
| **Subtotal** | $439.35 |
| **Sales Tax  (8.25%)** | $36.25 |
| **Total** | $475.60 |

| RECEIVED BY: | *[signature]* | DATE: | 3/2/06 |
|--------------|--------------|-------|--------|

# LEGENDS DOCUMENT SOLUTIONS

# Invoice

291 Lambert Avenue
Palo Alto, CA 94306
Phone: 650-319-2679

Redacted

| Date | Invoice # |
|------|-----------|
| 2/7/2006 | 9918 |

Tax ID#:

| Bill To: |
|----------|
| Amy Dalton<br>Orrick Herrington & Sutcliffe LLP<br>1020 Marsh Road<br>Menlo Park, CA  94025 |

| REMIT PAYMENT TO: |
|-------------------|
| Legends Document Solutions<br>P.O. Box 2759<br>San Ramon, CA  94583 |

| Client Matter # | Terms | Account Manager |
|-----------------|-------|-----------------|
| 16069-4 | Net 30 | Dan |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| 5,448 | Grade C - Medium Litigation Copies | 0.12 | 653.76 |
| 408 | Index Tabs | 0.30 | 122.40 |
| 10 | Custom Index Tabs | 0.50 | 5.00 |
| 5 | Velo Rebinds | 2.50 | 12.50 |
| | Copied Miniscripts, Transcripts and Exhibits x1; Miniscripts x6, Transcripts x1 and Exhibits x7. | | |

*Depo Transcript Copies for Hearing Prep.*

Job # LDS-13627

| Subtotal | $793.66 |
|----------|---------|
| Sales Tax (8.25%) | $65.48 |
| Total | $859.14 |

Please Pay From This Invoice: This is the only invoice you will receive.  It should be routed to your accounting department for payment.  A late charge of 1.5% per month will be applied to balances outstanding over 30 days.

RECEIVED BY: _Amy Dalton_          DATE: 3/2/06

# LEGENDS DOCUMENT SOLUTIONS

# Invoice

291 Lambert Avenue
Palo Alto, CA 94306
Phone: 650-319-2679

**Redacted**

| Date | Invoice # |
|------|-----------|
| 2/7/2006 | 9915 |

Tax ID#:

| Bill To: |
|----------|
| Amy Dalton<br>Orrick Herrington & Sutcliffe LLP<br>1020 Marsh Road<br>Menlo Park, CA  94025 |

| REMIT PAYMENT TO: |
|-------------------|
| **Legends Document Solutions<br>P.O. Box 2759<br>San Ramon, CA 94583** |

| Client Matter # | Terms | Account Manager |
|-----------------|-------|-----------------|
| 16069-4 | Net 30 | Dan |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| 774 | Grade D - Heavy Litigation Copies | 0.16 | 123.84 |
| 45 | Index Tabs | 0.30 | 13.50 |
| 45 | Slip Sheet Insertions | 0.10 | 4.50 |
| | Copied docs x2 or 7 on 3-hole with side tabs. | | |
| | THANK YOU FOR CHOOSING LEGENDS! | | |

*DEPO COPIES*

Job # LDS-13629

Please Pay From This Invoice: This is the only invoice you will receive. It should be routed to your accounting department for payment. A late charge of 1.5% per month will be applied to balances outstanding over 30 days.

| | |
|---|---|
| **Subtotal** | $141.84 |
| **Sales Tax (8.25%)** | $11.70 |
| **Total** | $153.54 |

RECEIVED BY:    DATE: 3/2/06

# LEGENDS DOCUMENT SOLUTIONS

291 Lambert Avenue
Palo Alto, CA 94306
Phone: 650-319-2679

**Redacted**

# Invoice

| Date | Invoice # |
|------|-----------|
| 6/13/2006 | 15004 |

Tax ID#:

| Bill To: |
|----------|
| Amy Dalton<br>Orrick Herrington & Sutcliffe LLP<br>1020 Marsh Road<br>Menlo Park, CA 94025 |

| REMIT PAYMENT TO: |
|-------------------|
| Legends Document Solutions<br>P.O. Box 2759<br>San Ramon, CA 94583 |

| Client Matter # | Terms | Account Manager |
|-----------------|-------|-----------------|
| 16069-4 | Net 30 | Dan |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| 4,860<br>336 | Grade C - Medium Litigation Copies<br>Index Tabs<br><br>Copied 1 binder x9; 3 sets uncollated, 4 sets 2-sided.<br><br>THANK YOU FOR CHOOSING LEGENDS! | 0.12<br>0.30 | 583.20<br>100.80 |

| | |
|---|---|
| **Subtotal** | $684.00 |
| **Sales Tax (8.25%)** | $56.43 |
| **Total** | $740.43 |

Please Pay From This Invoice: This is the only invoice you will receive. It should be routed to your accounting department for payment. A late charge of 1.5% per month will be applied to balances outstanding over 30 days.

RECEIVED BY: _Amy Dalton_    DATE: _7/10/06_

# LEGENDS DOCUMENT SOLUTIONS

291 Lambert Avenue
Palo Alto, CA 94306
Phone:  650-319-2679

# Invoice

**Redacted**

| Date | Invoice # |
|------|-----------|
| 6/13/2006 | 15005 |

Tax ID#: _____

| Bill To: |
|----------|
| Amy Dalton<br>Orrick Herrington & Sutcliffe LLP<br>1020 Marsh Road<br>Menlo Park, CA  94025 |

| REMIT PAYMENT TO: |
|-------------------|
| Legends Document Solutions<br>P.O. Box 2759<br>San Ramon, CA  94583 |

| Client Matter # | Terms | Account Manager |
|-----------------|-------|-----------------|
| 16069-4 | Net 30 | Dan |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| 729<br>1 | Grade C - Medium Litigation Copies<br>GBC Bind<br><br>Copied Mark E. Zuckerberg Deposition x3; 1 GBC set, 1 3-hole set and 1 regular set.<br><br>THANK YOU FOR CHOOSING LEGENDS! | 0.12<br>2.50 | 87.48<br>2.50 |

| | |
|---|---|
| **Subtotal** | $89.98 |
| **Sales Tax  (8.25%)** | $7.42 |
| **Total** | $97.40 |

Please Pay From This Invoice:  This is the only invoice you will receive.  It should be routed to your accounting department for payment.  A late charge of 1.5% per month will be applied to balances outstanding over 30 days.

| RECEIVED BY: | *signature* | DATE: | 7/10/06 |
|--------------|-------------|-------|---------|

# LEGENDS DOCUMENT SOLUTIONS

# Invoice

291 Lambert Avenue
Palo Alto, CA 94306
Phone:  650-319-2679

**Redacted**

Tax ID#:

| Date | Invoice # |
|------|-----------|
| 6/13/2006 | 15006 |

Bill To:

Amy Dalton
Orrick Herrington & Sutcliffe LLP
1020 Marsh Road
Menlo Park, CA  94025

REMIT PAYMENT TO:

Legends Document Solutions
P.O. Box 2759
San Ramon, CA  94583

| Client Matter # | Terms | Account Manager |
|-----------------|-------|-----------------|
| 16069-4 | Net 30 | Dan |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| 360 | Grade  B – Light Litigation Copies<br><br>Copied Mark Zuckerberg Mini-Transcript x4; 3 sets 3-hole.<br><br>THANK YOU FOR CHOOSING LEGENDS! | 0.09 | 32.40 |

| | |
|---|---|
| **Subtotal** | $32.40 |
| **Sales Tax (8.25%)** | $2.67 |
| **Total** | $35.07 |

Please Pay From This Invoice:  This is the only invoice you will receive.  It should be routed to your accounting department for payment.  A late charge of 1.5% per month will be applied to balances outstanding over 30 days.

RECEIVED BY: _Amy Dalton_    DATE: _7/10/06_

# LEGENDS DOCUMENT SOLUTIONS

291 Lambert Avenue
Palo Alto, CA 94306
Phone: 650-319-2679

**Redacted**

# Invoice

| Date | Invoice # |
|------|-----------|
| 6/15/2006 | 15030 |

Tax ID#

**Bill To:**

Mary Chacon
Orrick Herrington & Sutcliffe LLP
1020 Marsh Road
Menlo Park, CA  94025

**REMIT PAYMENT TO:**

Legends Document Solutions
P.O. Box 2759
San Ramon, CA 94583

| Client Matter # | Terms | Account Manager |
|-----------------|-------|-----------------|
| 16069-4 | Net 30 | Dan |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| 7.239 | Grade C - Medium Litigation Copies | 0.12 | 868.68 |
| 198 | Index Tabs | 0.30 | 59.40 |
| 15 | Custom Index Tabs | 0.50 | 7.50 |
| 15 | Slip Sheet Insertions | 0.10 | 1.50 |
| | | | |
| | Copied 2 boxes x3 as original. | | |
| | THANK YOU FOR CHOOSING LEGENDS! | | |

*Copies of all Depositions for Mass & CAL case to Send to Boston for June 22nd Hearing* (handwritten)

| | Subtotal | $937.08 |
|---|----------|---------|
| | **Sales Tax  (8.25%)** | $77.31 |
| | **Total** | $1,014.39 |

Please Pay From This Invoice: This is the only invoice you will receive. It should be routed to your accounting department for payment. A late charge of 1.5% per month will be applied to balances outstanding over 30 days.

RECEIVED BY: _____    DATE: 7/14/06

# LEGENDS DOCUMENT SOLUTIONS

291 Lambert Avenue
Palo Alto, CA 94306
Phone: 650-319-2679

**Redacted**

# Invoice

| Date | Invoice # |
|------|-----------|
| 7/10/2006 | 15229 |

Tax ID#:

| Bill To: |
|----------|
| Amy Dalton<br>Orrick Herrington & Sutcliffe LLP<br>1020 Marsh Road<br>Menlo Park, CA  94025 |

| REMIT PAYMENT TO: |
|-------------------|
| Legends Document Solutions<br>P.O. Box 2759<br>San Ramon, CA  94583 |

| Client Matter # | Terms | Account Manager |
|-----------------|-------|-----------------|
| 16069-4 | Net 30 | Dan |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| 2,169 | Grade A - Autofeed Copies<br><br>Copied docs x3 all 1-sided and 2 sets on 3-hole paper.<br><br>THANK YOU FOR CHOOSING LEGENDS! | 0.08 | 173.52 |

| | |
|---|---|
| **Subtotal** | $173.52 |
| **Sales Tax (8.25%)** | $14.32 |
| **Total** | $187.84 |

Please Pay From This Invoice: This is the only invoice you will receive. It should be routed to your accounting department for payment. A late charge of 1.5% per month will be applied to balances outstanding over 30 days.

RECEIVED BY:

DATE:

# LEGENDS DOCUMENT SOLUTIONS

291 Lambert Avenue
Palo Alto, CA 94306
Phone: 650-319-2679                         **Redacted**

# Invoice

| Date | Invoice # |
|------|-----------|
| 8/1/2006 | 15042 |

Tax ID#:

| Bill To: |
|----------|
| Amy Dalton<br>Orrick Herrington & Sutcliffe LLP<br>1020 Marsh Road<br>Menlo Park, CA   94025 |

| REMIT PAYMENT TO: |
|-------------------|
| Legends Document Solutions<br>P.O. Box 2759<br>San Ramon, CA 94583 |

| Client Matter # | Terms | Account Manager |
|-----------------|-------|-----------------|
| 16069-4 | Net 30 | Dan |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| 849 | Scan to tiff | 0.14 | 118.86 |
| 6,713 | Tiff Conversion | 0.02 | 134.26 |
| 7.67 | Labor Hours - Set Up/File Management/Merge Database | 45.00 | 345.15 |
| 368 | Documents Coded (7 Fields) | 1.55 | 570.40 |
| 8,573 | OCR | 0.02 | 171.46 |
| 8,573 | DAT Load Files | 0.02 | 171.46 |
| 1 | Burn Master CD | 25.00 | 25.00 |

Scanned or converted CD's to tiff, coded fields and prepared for concordance.

THANK YOU FOR CHOOSING LEGENDS!

Please Pay From This Invoice:  This is the only invoice you will receive.  It should be routed to your accounting department for payment.  A late charge of 1.5% per month will be applied to balances outstanding over 30 days.

| | |
|--|--|
| **Subtotal** | $1,536.59 |
| **Sales Tax  (8.25%)** | $98.29 |
| **Total** | $1,634.88 |

| RECEIVED BY: | | DATE: | |
|-------------|--|-------|--|

# LEGENDS DOCUMENT SOLUTIONS

291 Lambert Avenue
Palo Alto, CA 94306
Phone: 650-319-2679

**Redacted**

Tax ID#:

# Invoice

| Date | Invoice # |
|------|-----------|
| 8/29/2006 | 15658 |

**Bill To:**

Amy Dalton
Orrick Herrington & Sutcliffe LLP
1020 Marsh Road
Menlo Park, CA  94025

**REMIT PAYMENT TO:**

Legends Document Solutions
P.O. Box 2759
San Ramon, CA  94583

| Client Matter # | Terms | Account Manager |
|-----------------|-------|-----------------|
| 16069-4 | Net 30 | Dan |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| 1,815 | Grade D - Heavy Litigation Copies | 0.16 | 290.40 |
| 41 | Color Copies (8.5 x 11) | 0.99 | 40.59 |
| 5 | Index Tabs | 0.30 | 1.50 |
| | | | |
| | Copied docs x1 exactly as original. | | |
| | THANK YOU FOR CHOOSING LEGENDS! | | |

| | |
|---|---|
| **Subtotal** | $332.49 |

Please Pay From This Invoice:  This is the only invoice you will receive.  It should be routed to your accounting department for payment.  A late charge of 1.5% per month will be applied to balances outstanding over 30 days.

| | |
|---|---|
| **Sales Tax  (8.25%)** | $27.43 |
| **Total** | $359.92 |

RECEIVED BY:

DATE:

# LEGENDS DOCUMENT SOLUTIONS

291 Lambert Avenue
Palo Alto, CA 94306
Phone: 650-319-2679

**Redacted**

# Invoice

| Date | Invoice # |
|------|-----------|
| 9/20/2006 | 15879 |

Tax ID#:

**Bill To:**

Amy Dalton
Orrick Herrington & Sutcliffe LLP
1020 Marsh Road
Menlo Park, CA  94025

**REMIT PAYMENT TO:**

Legends Document Solutions
P.O. Box 2759
San Ramon, CA 94583

| Client Matter # | Terms | Account Manager |
|-----------------|-------|-----------------|
| 16069-4 | Net 30 | Dan |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| 2,026 | OCR | 0.02 | 40.52 |
| 2,026 | DAT Load Files | 0.02 | 40.52 |
| 0.5 | Labor Hour – Set Up/File Management | 45.00 | 22.50 |
| | OCR'd docs on 1 CD and set up for concordance. | | |
| | THANK YOU FOR CHOOSING LEGENDS! | | |

| | |
|---|---|
| **Subtotal** | $103.54 |

Please Pay From This Invoice: This is the only invoice you will receive. It should be routed
to your accounting department for payment. A late charge of 1.5% per month will be
applied to balances outstanding over 30 days.

| | |
|---|---|
| **Sales Tax (8.25%)** | $6.69 |
| **Total** | $110.23 |

RECEIVED BY:                                        DATE:

# LEGENDS DOCUMENT SOLUTIONS

291 Lambert Avenue
Palo Alto, CA 94306
Phone: 650-319-2679

Redacted

# Invoice

| Date | Invoice # |
|------|-----------|
| 9/25/2006 | 15931 |

Tax ID#:

| Bill To: |
|----------|
| Amy Dalton<br>Orrick Herrington & Sutcliffe LLP<br>1020 Marsh Road<br>Menlo Park, CA  94025 |

| REMIT PAYMENT TO: |
|-------------------|
| Legends Document Solutions<br>P.O. Box 2759<br>San Ramon, CA  94583 |

| Client Matter # | Terms | Account Manager |
|-----------------|-------|-----------------|
| 16069-4 | Net 30 | Dan |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| 2,026 | Bates Endorsement (iMarc000001-002026) | 0.02 | 40.52 |
| 2,026 | OCR | 0.02 | 40.52 |
| 2,026 | DAT Load Files | 0.02 | 40.52 |
| 1.75 | Labor Hours - Set Up/File Management/Break Docs | 45.00 | 78.75 |
| 1 | Burn Master CD | 25.00 | 25.00 |
| 10,130 | Blowbacks | 0.07 | 709.10 |
| 1,422 | Slip Sheet Insertions | 0.05 | 71.10 |

Bates endorsed images, set up for concordance and printed 5 sets; 1 set slip sheeted per document.

THANK YOU FOR CHOOSING LEGENDS!

| | |
|--|--|
| **Subtotal** | $1,005.51 |
| **Sales Tax (8.25%)** | $76.46 |
| **Total** | $1,081.97 |

Please Pay From This Invoice:  This is the only invoice you will receive.  It should be routed to your accounting department for payment.  A late charge of 1.5% per month will be applied to balances outstanding over 30 days.

RECEIVED BY:

DATE: 9/28/06

# LEGENDS DOCUMENT SOLUTIONS

291 Lambert Avenue
Palo Alto, CA 94306
Phone: 650-319-2679

Redacted

# Invoice

| Date | Invoice # |
|------|-----------|
| 9/28/2006 | 15958 |

Tax ID#

**Bill To:**

Amy Dalton
Orrick Herrington & Sutcliffe LLP
1020 Marsh Road
Menlo Park, CA  94025

**REMIT PAYMENT TO:**

Legends Document Solutions
P.O. Box 2759
San Ramon, CA 94583

| Client Matter # | Terms | Account Manager |
|-----------------|-------|-----------------|
| 16069-4 | Net 30 | Dan |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| 4,534 | Grade B - Light Litigation Copies | 0.09 | 408.06 |
| 175 | Index Tabs | 0.30 | 52.50 |
| 31 | Slip Sheet Insertions | 0.09 | 2.79 |
| | | | |
| | Copied Mini Transcript, Full Transcript & Exhibits as indicated. | | |
| | THANK YOU FOR CHOOSING LEGENDS! | | |

Please Pay From This Invoice: This is the only invoice you will receive. It should be routed to your accounting department for payment. A late charge of 1.5% per month will be applied to balances outstanding over 30 days.

| | |
|---|---|
| **Subtotal** | $463.35 |
| **Sales Tax (8.25%)** | $38.23 |
| **Total** | $501.58 |

RECEIVED BY: _Amu Dalte_     DATE: _9/28/06_

# LEGENDS DOCUMENT SOLUTIONS

**Invoice**

291 Lambert Avenue
Palo Alto, CA 94306
Phone:  650-319-2679

Redacted

Tax ID#.

| Date | Invoice # |
|------|-----------|
| 9/29/2006 | 15969 |

Bill To:

**Amy Dalton
Orrick Herrington & Sutcliffe LLP
1020 Marsh Road
Menlo Park, CA  94025**

REMIT PAYMENT TO:

**Legends Document Solutions
P.O. Box 2759
San Ramon, CA  94583**

| Client Matter # | Terms | Account Manager |
|-----------------|-------|-----------------|
| 16069-4 | Net 30 | Dan |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| 4,052 | Blowbacks | 0.08 | 324.16 |
| 2,844 | Slip Sheet Insertions | 0.05 | 142.20 |
| | | | |
| | Rush printed 2 sets of iMarc 000001-002026 on regular paper with document breaks. | | |
| | | | |
| | THANK YOU FOR CHOOSING LEGENDS! | | |

Please Pay From This Invoice:  This is the only invoice you will receive.  It should be routed to your accounting department for payment.  A late charge of 1.5% per month will be applied to balances outstanding over 30 days.

| | |
|---|---|
| **Subtotal** | $466.36 |
| **Sales Tax (8.25%)** | $38.47 |
| **Total** | $504.83 |

RECEIVED BY:  _Amy Dalton_    DATE:  _10/3/06_

# LEGENDS DOCUMENT SOLUTIONS

291 Lambert Avenue
Palo Alto, CA 94306
Phone:  650-319-2679

**Redacted**

# Invoice

| Date | Invoice # |
|------|-----------|
| 10/10/2006 | 16063 |

Tax ID#:

| Bill To: |
|----------|
| Amy Dalton<br>Orrick Herrington & Sutcliffe LLP<br>1020 Marsh Road<br>Menlo Park, CA  94025 |

| REMIT PAYMENT TO: |
|-------------------|
| Legends Document Solutions<br>P.O. Box 2759<br>San Ramon, CA  94583 |

| Client Matter # | Terms | Account Manager |
|-----------------|-------|-----------------|
| 16069-4 | Net 30 | Dan |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| 8,559 | Grade D – Heavy Litigation Copies<br><br>Copied 3 boxes of previous printed documents x1 on regular paper matching color paper and copying redweld on pink paper.<br><br>THANK YOU FOR CHOOSING LEGENDS!<br><br>COPY OF:<br><br>INTERPUBLIC GROUP DOCS | 0.16 | 1,369.44 |

| | |
|---|---|
| **Subtotal** | $1,369.44 |
| **Sales Tax  (8.25%)** | $112.98 |
| **Total** | $1,482.42 |

Please Pay From This Invoice:  This is the only invoice you will receive.  It should be routed to your accounting department for payment.  A late charge of 1.5% per month will be applied to balances outstanding over 30 days.

RECEIVED BY:                                    DATE:

# LEGENDS DOCUMENT SOLUTIONS

**Invoice**

291 Lambert Avenue
Palo Alto, CA 94306
Phone: 650-319-2679

*Redacted*

| Date | Invoice # |
|------|-----------|
| 10/10/2006 | 16061 |

Tax ID#:

| Bill To: |
|----------|
| Amy Dalton<br>Orrick Herrington & Sutcliffe LLP<br>1020 Marsh Road<br>Menlo Park, CA  94025 |

| REMIT PAYMENT TO: |
|-------------------|
| Legends Document Solutions<br>P.O. Box 2759<br>San Ramon, CA 94583 |

| Client Matter # | Terms | Account Manager |
|-----------------|-------|-----------------|
| 16069-4 | Net 30 | Dan |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| 8,592 | Grade C - Medium Litigation Copies | 0.12 | 1,031.04 |
| 651 | Index Tabs | 0.30 | 195.30 |
| 30 | Slip Sheet Insertions | 0.10 | 3.00 |
| | | | |
| | Copied Miniscripts, Full Transcripts and Exhibits o 3-hole or regular as indicated. | | |
| | THANK YOU FOR CHOOSING LEGENDS! | | |
| | *Copies of:*<br>*C. Winklevoss*<br>*D. Kumr*<br>*S. Narendra* | | |

| | |
|---|---|
| | **Subtotal** | $1,229.34 |

Please Pay From This Invoice:  This is the only invoice you will receive.  It should be routed to your accounting department for payment.  A late charge of 1.5% per month will be applied to balances outstanding over 30 days.

| | |
|---|---|
| **Sales Tax (8.25%)** | $101.42 |
| **Total** | $1,330.76 |

RECEIVED BY:                                        DATE:

# LEGENDS DOCUMENT SOLUTIONS

### Invoice

291 Lambert Avenue
Palo Alto, CA 94306
Phone: 650-319-2679

**Redacted**

Tax ID#:

| Date | Invoice # |
|------|-----------|
| 10/11/2006 | 16068 |

**Bill To:**

Amy Dalton
Orrick Herrington & Sutcliffe LLP
1020 Marsh Road
Menlo Park, CA  94025

**REMIT PAYMENT TO:**

**Legends Document Solutions**
**P.O. Box 2759**
**San Ramon, CA  94583**

| Client Matter # | Terms | Account Manager |
|-----------------|-------|-----------------|
| 16069-4 | Net 30 | Dan |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| 4,408 | Grade C – Medium Litigation Copies | 0.12 | 528.96 |
| 126 | Index Tabs | 0.30 | 37.80 |
| 14 | Slip Sheet Insertions | 0.10 | 1.40 |
| | Copied Transcripts, Mini Scripts & Exhibits as indicated. | | |
| | THANK YOU FOR CHOOSING LEGENDS! | | |

*DEPO COPIES FOR HEARING*

Please Pay From This Invoice: This is the only invoice you will receive. It should be routed to your accounting department for payment. A late charge of 1.5% per month will be applied to balances outstanding over 30 days.

| | |
|---|---|
| **Subtotal** | $568.16 |
| **Sales Tax (8.25%)** | $46.87 |
| **Total** | $615.03 |

RECEIVED BY: _____    DATE: _____

# LEGENDS DOCUMENT SOLUTIONS

291 Lambert Avenue
Palo Alto, CA 94306
Phone: 650-319-2679

# Invoice

Redacted

| Date | Invoice # |
|------|-----------|
| 10/11/2006 | 16078 |

Tax ID#

| Bill To: |
|----------|
| Amy Dalton<br>Orrick Herrington & Sutcliffe LLP<br>1020 Marsh Road<br>Menlo Park, CA  94025 |

| REMIT PAYMENT TO: |
|-------------------|
| Legends Document Solutions<br>P.O. Box 2759<br>San Ramon, CA 94583 |

| Client Matter # | Terms | Account Manager |
|-----------------|-------|-----------------|
| 16069-4 | Net 30 | Dan |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| 5,968 | Grade C - Medium Litigation Copies | 0.12 | 716.16 |
| 308 | Index Tabs | 0.30 | 92.40 |
| 28 | Slip Sheet Insertions | 0.10 | 2.80 |
| | | | |
| | Copied Transcripts, Miniscripts & Exhibits as indicated. | | |
| | THANK YOU FOR CHOOSING LEGENDS! | | |

*DEPO COPIES FOR HEARING*

| | |
|---|---|
| **Subtotal** | $811.36 |
| **Sales Tax  (8.25%)** | $66.94 |
| **Total** | $878.30 |

Please Pay From This Invoice:  This is the only invoice you will receive.  It should be routed to your accounting department for payment.  A late charge of 1.5% per month will be applied to balances outstanding over 30 days.

RECEIVED BY:                                        DATE:

# LEGENDS DOCUMENT SOLUTIONS

291 Lambert Avenue
Palo Alto, CA 94306
Phone: 650-319-2679

**Redacted**

# Invoice

| Date | Invoice # |
|------|-----------|
| 10/12/2006 | 16081 |

Tax ID#:

| Bill To: |
|----------|
| Amy Dalton<br>Orrick Herrington & Sutcliffe LLP<br>1020 Marsh Road<br>Menlo Park, CA  94025 |

| REMIT PAYMENT TO: |
|-------------------|
| Legends Document Solutions<br>P.O. Box 2759<br>San Ramon, CA 94583 |

| Client Matter # | Terms | Account Manager |
|-----------------|-------|-----------------|
| 16069-4 | Net 30 | Dan |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| 3,919<br>231 | Grade C - Medium Litigation Copies<br>Index Tabs<br><br>Copied Antonelli Transcript, Miniscript and Exhibits as indicated.<br><br>THANK YOU FOR CHOOSING LEGENDS! | 0.12<br>0.30 | 470.28<br>69.30 |

*DEPO TRANSCRIPT COPIES FOR HEARING*

| | | |
|---|---|---|
| | **Subtotal** | $539.58 |
| Please Pay From This Invoice:  This is the only invoice you will receive.  It should be routed to your accounting department for payment.  A late charge of 1.5% per month will be applied to balances outstanding over 30 days. | **Sales Tax  (8.25%)** | $44.52 |
| | **Total** | $584.10 |

| RECEIVED BY: | | DATE: |
|--------------|---|-------|

# SECOND
# SERVICE INVOICE

YTS Transcription Services
240 Chestnut Street
Wrentham, MA 02093

Phone: (508) 384-2003
Fax: (508) 384-2003

| SERVICE FOR: | | INVOICE NO. | 06-206 |
|---|---|---|---|
| Transcript of: Motion Hearing | | DATE RECEIVED | October 28, 2006 |
| ConnectU v. Zuckerberg, et al | | DATE TRANSCRIPT COMPLETED | November 17, 2006 |
| Civil Action No. 04-11923-DPW | | INVOICE DATE | December 28, 2006 |

**BILL TO:**

Amy Dalton, paralegal
Orrick, Herrington & Sutcliffe LLP
1000 March Road
Menlo Park, CA 94205

| DATE OF PROCEEDINGS TRANSCRIBED | DESCRIPTION | NO. OF PAGES | EMAIL COPY RATE | TOTAL |
|---|---|---|---|---|
| 10/24/06 | Evidentiary Hearing | 314 | $0.83 | $260.62 |
| 10/25/06 | Evidentiary Hearing – Day 2 | 117 | $0.83 | $ 97.11 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| Make checks payable to: Maryann V. Young | | | TOTAL AMOUNT DUE: | $357.73 |

## PAYMENT IS DUE UPON RECEIPT OF TRANSCRIPT
### PLEASE RETURN AN INVOICE WITH YOUR REMITTANCE
### - THANK YOU-