## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CONNECTU LLC,<br><br>         Plaintiffs,<br><br>v.<br><br>MARK ZUCKERBERG, EDUARDO SAVERIN, DUSTIN MOSKOVITZ, ANDREW MCCOLLUM, CHRISTOPHER HUGHES, and FACEBOOK, INC.,<br><br>         Defendants. | CIVIL ACTION NO. 1:04-CV-11923 (DPW) |
| MARK ZUCKERBERG, and FACEBOOK, INC.,<br><br>         Counterclaimants,<br><br>v.<br><br>CONNECTU LLC,<br><br>         Counterdefendant,<br><br>and<br><br>CAMERON WINKLEVOSS, TYLER WINKLEVOSS, and DIVYA NARENDRA,<br><br>         Additional Counterdefendants. | |

**ERRATA RE: DEFENDANTS' BILL OF COSTS: ITEMIZATION OF COSTS IN SUPPORT OF DEFENDANTS' BILL OF COSTS AND DECLARATION OF I. NEEL CHATTERJEE IN SUPPORT OF DEFENDANTS' BILL OF COSTS**

1.    Defendants Mark Zuckerberg, Eduardo Saverin, Dustin Moskovitz, Andrew McCollum, Christopher Hughes, and Facebook, Inc. (collectively, "Defendants") correct the following documents filed on April 11, 2007, in support of Defendants' Bill of Costs: Itemization of Costs in Support of Defendants' Bill of Costs ("Itemization of Costs") and Declaration of I. Neel Chatterjee in Support of Defendants' Bill of Costs ("Chatterjee Declaration"). A corrected version of the Itemization of Costs and Chatterjee Declaration, as outlined below, is being filed concurrently herewith.

Defendants' correct the Itemization of Costs as follows:

| Original Text | Corrected Text |
| --- | --- |
| Page 2, ¶1 28 USC § 1920, *et seq* | 28 USC § 1919, *et seq* |

Defendants' correct the Chatterjee Declaration as follows:

| Original Text | Corrected Text |
| --- | --- |
| Page 2, ¶2 28 USC § 1920, *et seq* | 28 USC § 1919, *et seq* |

2.    These corrections are being made due to a clerical error. Because the exhibits that were originally filed with the Chatterjee Declaration are correct, and in order to conserve resources, the exhibits are not being re-filed with the corrected text of the declaration. Defendants will re-file a corrected version of the declaration with the exhibits upon the request of the court.

Dated:  April 12, 2007                         Respectfully submitted,


                                    /s/ I. Neel Chatterjee /s/
                          ─────────────────────────────────────────
                          G. Hopkins Guy, III (admitted *pro hac vice*)
                          I. Neel Chatterjee (admitted *pro hac vice*)
                          Monte M.F. Cooper (admitted *pro hac vice*)
                          Theresa A. Sutton (admitted *pro hac vice*)
                          ORRICK, HERRINGTON & SUTCLIFFE LLP
                          1000 Marsh Road
                          Menlo Park, CA  94025
                          Telephone:  (650) 614-7400
                          Facsimile:   (650) 614-7401


                          Steve M. Bauer
                          Jeremy P. Oczek
                          PROSKAUER ROSE, LLP
                          One International Plaza, 14th Floor
                          Boston, MA 02110-2600
                          Telephone:    (617) 526-9600
                          Facsimile:    (617) 526-9899


                          ATTORNEYS FOR MARK ZUCKERBERG,
                          DUSTIN MOSKOVITZ, ANDREW
                          MCCOLLUM, CHRISTOPHER HUGHES, and
                          FACEBOOK, INC.

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on April 12, 2007.

Dated: April 12, 2007.

/s/ I. Neel Chatterjee /s/
I. Neel Chatterjee

OHS West:260213529.1
16069-4 A3D/A3D