IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CONNECTU LLC,<br><br>        Plaintiffs,<br><br>v.<br><br>MARK ZUCKERBERG, EDUARDO SAVERIN, DUSTIN MOSKOVITZ, ANDREW MCCOLLUM, CHRISTOPHER HUGHES, and FACEBOOK, INC.,<br><br>        Defendants. | CIVIL ACTION NO. 1:04-CV-11923 (DPW) |
| MARK ZUCKERBERG, and FACEBOOK, INC.,<br><br>        Counterclaimants,<br><br>v.<br><br>CONNECTU LLC,<br><br>        Counterdefendant,<br><br>and<br><br>CAMERON WINKLEVOSS, TYLER WINKLEVOSS, and DIVYA NARENDRA,<br><br>        Additional Counterdefendants. | |

**CORRECTED ITEMIZATION OF COSTS IN SUPPORT OF DEFENDANTS' BILL OF COSTS**

Defendants Mark Zuckerberg, Eduardo Saverin, Dustin Moskovitz, Andrew McCollum, Christopher Hughes, and Facebook, Inc. (collectively, "Defendants") submit the following itemization of costs in support of Defendants' Bill of Costs ("Itemization of Costs"). This Itemization of Costs contains tables summarizing recoverable costs pursuant to 28 USC § 1919, *et seq*. Filed concurrently herewith is the Declaration of I. Neel Chatterjee in Support of Defendants' Bill of Costs and the exhibits of invoices attached thereto. Defendants reserve the right to supplement, amend, or otherwise proved further material to support these costs.

I.    **RECOVERABLE COSTS PURSUANT TO 28 USC § 1920 ET SEQ.**

**Fees of the Clerk**

| Invoice Entry | Invoice Number | Invoice Date | Payment Source | Costs |
|---|---|---|---|---|
| Clerk of the Court Filing Fee for Motion for Pro Hac Vice | 1708079 | 11/9/04 | Holland & Knight | $ 50.00 |
| Clerk of the Court Filing Fee | 1971154 | 7/10/06 | Holland & Knight | $ 50.00 |
| Filing Fees | 635736 | 10/11/05 | Proskauer Rose LLP | $ 50.00 |
| United States Motion to Admit Attorneys Pro Hac Vice | 1824208 | 8/4/05 | Holland & Knight | $ 100.00 |
| **TOTAL** | | | | **$ 250.00** |

**Fees for Service of Summons and Subpoena**

| Invoice Entry | Invoice Number | Invoice Date | Payment Source | Costs |
|---|---|---|---|---|
| Fees For Service of Process on Ludwig | Check # 6575 | 10/5/06 | Orrick | $ 123.25 |
| Service of Process: Personal Service of | 1038795 | 11/09/06 | Orrick | $ 361.25 |
| Service of Process: Personal Service of | 981820 | 10/13/05 | Orrick | $ 135.00 |
| Service of Process: Personal Service of | 990462 | 12/07/05 | Orrick | $ 194.00 |
| Service of Process: Personal Service of | 996304 | 01/17/06 | Orrick | $ 659.00 |
| Service of Process: Personal Service of | 998301 | 02/09/06 | Orrick | $ 747.50 |
| Service of Process: Personal Service of Subpoena | 1006548 | 04/06/06 | Orrick | $ 461.50 |

| Invoice Entry | Invoice Number | Invoice Date | Payment Source | Costs |
|---|---|---|---|---|
| Service of Process: Personal Service of Subpoena | 1019857 | 07/10/06 | Orrick | $ 98.00 |
| Service of Process: Personal Service of Subpoena | 1028511 | 09/11/06 | Orrick | $ 844.00 |
| Service of Process: Personal Service of Subpoena | 1043822 | 12/08/06 | Orrick | $ 1,903.20 |
| Service of Process: Personal Service of Subpoena | 986587 | 11/9/05 | Orrick | $ 610.00 |
| RMB Enterprises | 10370666 | 07/14/2005 | Heller Ehrman | $ 273.00 |
| U.S. Legal Support (Service of Subpoena to Pacific Northwest Software) | 00362462-06 | 10/12/06 | Facebook | $ 372.50 |
| U.S. Legal Support (Winston Williams) | 00362462-05 | 10/12/06 | Facebook | $ 315.00 |
| U.S. Legal Support (Service of Subpoena to John Taves) | 00362462-04 | 10/12/06 | Facebook | $ 171.25 |
| U.S. Legal Support (Service of Subpoena to Animal 57 Productions) | 00362462-03 | 10/26/06 | Facebook | $ 106.50 |
| U.S. Legal Support (Service of Subpoena to Wayne Chang) | 00362462-02 | 10/26/06 | Facebook | $ 119.50 |
| U.S. Legal Support (Service of Subpoena to Deva Mishra) | 00362462-01 | 10/9/06 | Facebook | $ 316.35 |
| U.S. Legal Support (Service of Subpoena to Reaction Concepts) | 00362523-02 | 10/09/06 | Facebook | $ 254.70 |
| U.S. Legal Support (Service of Subpoena to Winklevoss Consultants) | 00362523-01 | 10/10/06 | Facebook | $ 273.00 |
| U.S. Legal Support (Service of Subpoena to Marc Pierrat) | 00362694-01 | 10/10/06 | Facebook | $ 173.80 |
| U.S. Legal Support (Service of Subpoena to Row America) | 00363393-01 | 10/26/06 | Facebook | $ 106.50 |
| U.S. Legal Support (Service of Subpoena to Divya Narendra) | 00363496-05 | 10/30/06 | Facebook | $ 167.50 |
| U.S. Legal Support (Service of Subpoena to Maria Antonelli) | 00363496-03 | 10/20/06 | Facebook | $ 27.50 |
| U.S. Legal Support (Service of Subpoena to Cameron Winklevoss) | 00363496-02 | 10/30/06 | Facebook | $ 232.50 |
| U.S. Legal Support (Service of Subpoena to Howard Winklevoss) | 00363496-01 | 10/30/06 | Facebook | $ 265.25 |
| **TOTAL** | | | | $ 9,311.55 |

**Fees of the Court Reporter**

| Invoice Entry | Invoice Number | Invoice Date | Payment Source | Costs |
|---|---|---|---|---|
| Maryann V. Young Transcript Service | 720741 | 2/15/07 | Proskauer Rose LLP | $ 1,780.03 |
| YTS Transcription Services | 06-206 | 12/28/06 | Facebook | $ 357.73 |
| Ace Federal Reporters, Inc. | 10415489 | 06/30/2006 | Heller Ehrman | $ 1,527.40 |
| Deposition/Transcript Expenses | 981820 | 10/13/05 | Orrick | $ 6,399.64 |
| Deposition/Transcript Expenses | 996304 | 01/17/06 | Orrick | $ 25.00 |
| Deposition/Transcript Expenses | 1006548 | 04/06/06 | Orrick | $ 242.00 |
| Deposition/Transcript Expenses | 1015250 | 06/06/06 | Orrick | $ 2,252.50 |
| Deposition/Transcript Expenses | 1024553 | 08/07/06 | Orrick | $ 1,701.05 |
| Deposition/Transcript Expenses | 1028511 | 09/11/06 | Orrick | $ 950.00 |
| Deposition/Transcript Expenses | 1033250 | 10/06/06 | Orrick | $ 390.00 |
| Deposition/Transcript Expenses | 1038795 | 11/09/06 | Orrick | $ 73.00 |
| Deposition/Transcript Expenses | 1043822 | 12/08/06 | Orrick | $ 815.00 |
| Deposition/Transcript Expenses | 1055193 | 02/22/07 | Orrick | $ 2,701.30 |
| Esquire Litigation Solutions | 11818ELS | 10/17/06 | Facebook | $ 1,837.50 |
| Sarnoff Court Reporters And Legal Technologies | 47404 | 7/24/06 | Facebook | $ 5,640.80 |
| Sarnoff Information Technologies, Inc. Copy of Deposition | 1993106 | 9/7/06 | Holland & Knight | $ 2,117.65 |
| Subpoena Telephone | 981820 | 10/13/05 | Orrick | $ 55.34 |
| Subpoena Telephone | 990462 | 12/07/05 | Orrick | $ 22.57 |
| Subpoena Telephone | 996304 | 01/17/06 | Orrick | $ 33.81 |
| Subpoena Telephone | 998301 | 02/09/06 | Orrick | $ 14.90 |
| Subpoena Travel Expense, Local | 1038795 | 11/09/06 | Orrick | $ 388.11 |
| Subpoena Travel Expense, Local | 1057480 | 03/08/07 | Orrick | $ 29.97 |
| Transcript & Depositions | 693362 | 9/20/06 | Proskauer Rose LLP | $ 197.54 |
| Transcripts & Depositions | 663102 | 4/14/06 | Proskauer Rose LLP | $ 800.80 |
| U.S. Legal Support (Deposition of D. Narendra) | 203250 | 10/12/06 | Facebook | $ 3,496.87 |
| U.S. Legal Support (Deposition of D. Narendra) | 203305 | 10/13/06 | Facebook | $ 1,768.00 |
| U.S. Legal Support (Deposition of R. Paukner) | 203415 | 10/17/06 | Facebook | $ 3,554.41 |
| U.S. Legal Support (Deposition of R. Paukner) | 203742 | 10/25/06 | Facebook | $ 1,090.00 |
| U.S. Legal Support (Deposition of H. Winklevoss & T. Winklevoss) | 204397 | 11/08/06 | Facebook | $ 6,437.92 |
| U.S. Legal Support (Deposition of C. Winklevoss) | 204414 | 11/08/06 | Facebook | $ 5,377.36 |

| Invoice Entry | Invoice Number | Invoice Date | Payment Source | Costs |
|---|---|---|---|---|
| U.S. Legal Support (Deposition of H. Winklevoss & T. Winklevoss) | 204418 | 11/08/06 | Facebook | $ 1,790.00 |
| U.S. Legal Support (Deposition of C. Winklevoss) | 204455 | 11/08/06 | Facebook | $ 1,550.00 |
| U.S. Legal Support (Deposition of M. Antonelli) | 204539 | 11/10/06 | Facebook | $ 1,215.00 |
| U.S. Legal Support (Deposition of M. Antonelli) | 204545 | 11/10/06 | Facebook | $ 4,312.21 |
| U.S. Legal Support, Inc. Attendance at deposition of Richard Paukner | 2017396 | 11/03/06 | Holland & Knight | $ 1,044.95 |
| U.S. Legal Support, Inc. Deposition of Divya Narendra | 2017396 | 11/03/06 | Holland & Knight | $ 1,751.38 |
| U.S. Legal Support, Inc. Video Tape services re: Richard Paukner | 2030590 | 12/2/06 | Holland & Knight | $ 415.00 |
| U.S. Legal Support, Inc. Videotape services of deposition of Divya Narendra | 2017396 | 11/03/06 | Holland & Knight | $ 1,018.00 |
| **TOTAL** | | | | **$ 65,174.74** |

**Fees and Disbursements for Printing and Imagining of Electronic Data**

| Invoice Entry | Invoice Number | Invoice Date | Payment Source | Costs |
|---|---|---|---|---|
| Color Copies | 1015250 | 06/06/06 | Orrick | $ 27.50 |
| Color Copies | 1019857 | 07/10/06 | Orrick | $ 25.00 |
| Color Copies | 1055193 | 02/22/07 | Orrick | $ 7.50 |
| Color Copies | 981820 | 10/13/05 | Orrick | $ 191.25 |
| Corp. Service | 687072 | 8/22/06 | Proskauer Rose LLP | $ 28.25 |
| Court Photocopy/Document Retrieval Fee | 1033250 | 10/06/06 | Orrick | $ 32.00 |
| Court Photocopy/Document Retrieval Fee | 1043822 | 12/08/06 | Orrick | $ 128.05 |
| Court Photocopy/Document Retrieval Fee | 996304 | 01/17/06 | Orrick | $ 193.50 |
| D-M Information Systems, Inc. | 05121905 | 1/18/06 | Facebook | $ 17,307.37 |
| D-M Information Systems, Inc. | 06011703 | 2/16/06 | Facebook | $ 3,557.78 |
| D-M Information Systems, Inc. | 06053101 | 5/31/06 | Facebook | $ 47,549.74 |
| D-M Information Systems, Inc. | 06062610 | 7/26/06 | Facebook | $ 2,823.99 |
| Duplicating Expense | 1002851 | 03/09/06 | Orrick | $ 1,971.60 |
| Duplicating Expense | 1006548 | 04/06/06 | Orrick | $ 468.20 |
| Duplicating Expense | 1015250 | 06/06/06 | Orrick | $ 3,149.40 |

| Invoice Entry | Invoice Number | Invoice Date | Payment Source | Costs |
|---|---|---|---|---|
| Duplicating Expense | 1019857 | 07/10/06 | Orrick | $ 8,080.60 |
| Duplicating Expense | 1024553 | 08/07/06 | Orrick | $ 1,928.50 |
| Duplicating Expense | 1028511 | 09/11/06 | Orrick | $ 409.80 |
| Duplicating Expense | 1033250 | 10/06/06 | Orrick | $ 4,771.40 |
| Duplicating Expense | 1043822 | 12/08/06 | Orrick | $ 1,161.80 |
| Duplicating Expense | 1049151 | 01/11/07 | Orrick | $ 800.40 |
| Duplicating Expense | 1055193 | 02/22/07 | Orrick | $ 829.80 |
| Duplicating Expense | 1057480 | 03/08/07 | Orrick | $ 940.40 |
| Duplicating Expense | 981820 | 10/13/05 | Orrick | $ 2,240.40 |
| Duplicating Expense | 986587 | 11/9/05 | Orrick | $ 510.00 |
| Duplicating Expense | 990462 | 12/07/05 | Orrick | $ 3,250.60 |
| Duplicating Expense | 996304 | 01/17/06 | Orrick | $ 1,481.40 |
| Duplicating Expense | 998301 | 02/09/06 | Orrick | $ 4,218.20 |
| Legends Document Solutions | 15004 | 6/13/06 | Facebook | $ 740.43 |
| Legends Document Solutions | 15005 | 6/13/06 | Facebook | $ 97.40 |
| Legends Document Solutions | 15006 | 6/13/07 | Facebook | $ 35.07 |
| Legends Document Solutions | 15030 | 6/15/06 | Facebook | $ 1,014.39 |
| Legends Document Solutions | 15042 | 8/1/2006 | Facebook | $ 1,634.88 |
| Legends Document Solutions | 15229 | 7/10/06 | Facebook | $ 187.84 |
| Legends Document Solutions | 15658 | 8/29/06 | Facebook | $ 359.92 |
| Legends Document Solutions | 15879 | 9/20/06 | Facebook | $ 110.23 |
| Legends Document Solutions | 15931 | 9/25/06 | Facebook | $ 1,081.97 |
| Legends Document Solutions | 15958 | 9/28/06 | Facebook | $ 501.58 |
| Legends Document Solutions | 15969 | 9/29/06 | Facebook | $ 504.83 |
| Legends Document Solutions | 16061 | 10/10/06 | Facebook | $ 1,330.76 |
| Legends Document Solutions | 16063 | 10/10/06 | Facebook | $ 1,482.42 |
| Legends Document Solutions | 16068 | 10/11/06 | Facebook | $ 615.03 |
| Legends Document Solutions | 16078 | 10/11/06 | Facebook | $ 878.30 |
| Legends Document Solutions | 16081 | 10/12/06 | Facebook | $ 584.10 |
| Legends Document Solutions | 9581 | 12/9/05 | Facebook | $ 4,997.93 |
| Legends Document Solutions | 9915 | 2/7/06 | Facebook | $ 153.54 |
| Legends Document Solutions | 9918 | 2/7/06 | Facebook | $ 859.14 |
| Legends Document Solutions | 9937 | 2/7/06 | Facebook | $ 475.60 |
| Outside Reproduction | 707629 | 12/14/06 | Proskauer Rose LLP | $ 556.96 |
| Outside Reproduction Costs | 10370666 | 07/14/2005 | Heller Ehrman | $ 1,298.84 |
| Outside Reproduction Costs | 10375130 | 08/18/2005 | Heller Ehrman | $ 355.32 |
| Outside Reproduction Costs | 10379272 | 09/19/2005 | Heller Ehrman | $ 1,232.00 |
| Outside Reproduction Costs | 10428678 | 10/16/2006 | Heller Ehrman | $ 766.89 |

| Invoice Entry | Invoice Number | Invoice Date | Payment Source | Costs |
|---|---|---|---|---|
| Outside Reproduction Costs | 10434780 | 12/08/2006 | Heller Ehrman | $ 8.75 |
| Outside Reproduction Costs | 1993106 | 9/7/06 | Holland & Knight | $ 627.48 |
| Outside Reproduction Services | 981820 | 10/13/05 | Orrick | $ 3,639.98 |
| Outside Reproduction Services | 990462 | 12/07/05 | Orrick | $ 3.50 |
| Outside Reproduction Services | 996304 | 01/17/06 | Orrick | $ 766.24 |
| Photocopy | 1708079 | 11/9/04 | Holland & Knight | $ 1.20 |
| Photocopy | 1724586 | 11/9/04 | Holland & Knight | $ 9.00 |
| Photocopy | 1734797 | 1/13/05 | Holland & Knight | $ 21.20 |
| Photocopy | 1746420 | 2/9/05 | Holland & Knight | $ 355.60 |
| Photocopy | 1771774 | 4/8/05 | Holland & Knight | $ 20.20 |
| Photocopy | 1785349 | 5/6/05 | Holland & Knight | $ 304.00 |
| Photocopy | 1810900 | 7/7/05 | Holland & Knight | $ 12.00 |
| Photocopy | 1824208 | 8/4/05 | Holland & Knight | $ 556.80 |
| Photocopy | 1838441 | 9/8/05 | Holland & Knight | $ 2.80 |
| Photocopy | 1865426 | 11/7/05 | Holland & Knight | $ 0.40 |
| Photocopy | 1882139 | 12/7/05 | Holland & Knight | $ 1.20 |
| Photocopy | 1971154 | 7/10/06 | Holland & Knight | $ 3.80 |
| Photocopy | 2017396 | 11/03/06 | Holland & Knight | $ 6.80 |
| Photocopy | 2030590 | 12/2/06 | Holland & Knight | $ 6.40 |
| Photocopy | 1803572 | 6/13/05 | Holland& Knight | $ 152.00 |
| Photocopy Expense | 10334401 | 10/11/2004 | Heller Ehrman | $ 39.60 |
| Photocopy Expense | 10339358 | 11/11/2004 | Heller Ehrman | $ 43.56 |
| Photocopy Expense | 10343129 | 12/08/2004 | Heller Ehrman | $ 13.20 |
| Photocopy Expense | 10357703 | 04/11/20 | Heller | $ 1.70 |

| Invoice Entry | Invoice Number | Invoice Date | Payment Source | Costs |
|---|---|---|---|---|
| | | 05 | Ehrman | |
| Photocopy Expense | 10363466 | 05/13/2005 | Heller Ehrman | $ 613.36 |
| Photocopy Expense | 10367540 | 06/16/2005 | Heller Ehrman | $ 385.22 |
| Photocopy Expense | 10370666 | 07/14/2005 | Heller Ehrman | $ 1,578.79 |
| Photocopy Expense | 10375130 | 08/18/2005 | Heller Ehrman | $ 266.56 |
| Photocopy Expense | 10379272 | 09/19/2005 | Heller Ehrman | $ 276.25 |
| Photocopy Expense | 10381326 | 10/10/2005 | Heller Ehrman | $ 108.46 |
| Photocopy Expense | 10387039 | 11/14/2005 | Heller Ehrman | $ 145.52 |
| Photocopy Expense | 10390756 | 12/12/2005 | Heller Ehrman | $ 9.69 |
| Photocopy Expense | 10394882 | 01/23/2006 | Heller Ehrman | $ 21.25 |
| Photocopy Expense | 10397880 | 02/10/2006 | Heller Ehrman | $ 50.32 |
| Photocopy Expense | 104000625 | 03/09/2006 | Heller Ehrman | $ 171.36 |
| Photocopy Expense | 10403831 | 04/07/2006 | Heller Ehrman | $ 241.23 |
| Photocopy Expense | 10411635 | 06/06/2006 | Heller Ehrman | $ 24.14 |
| Photocopy Expense | 10415489 | 06/30/2006 | Heller Ehrman | $ 160.31 |
| Photocopy Expense | 10419740 | 07/31/2006 | Heller Ehrman | $ 361.93 |
| Photocopy Expense | 10422646 | 08/29/2006 | Heller Ehrman | $ 42.33 |
| Photocopy Expense | 10423325 | 09/06/2006 | Heller Ehrman | $ 109.31 |
| Photocopy Expense | 10428678 | 10/16/2006 | Heller Ehrman | $ 1,307.64 |
| Photocopy Expense | 10431155 | 11/07/2006 | Heller Ehrman | $ 1,688.44 |
| Photocopy Expense | 10434780 | 12/08/2006 | Heller Ehrman | $ 303.62 |
| Photocopy Expense | 10438020 | 01/16/2007 | Heller Ehrman | $ 2.72 |
| Photocopy Expense | 10441306 | 02/12/20 | Heller | $ 89.08 |

| Invoice Entry | Invoice Number | Invoice Date | Payment Source | Costs |
|---|---|---|---|---|
| | | 07 | Ehrman | |
| Photocopy Expense | 10444142 | 03/12/2007 | Heller Ehrman | $ 46.92 |
| Reproduction | 629518 | 9/15/05 | Proskauer Rose LLP | $ 155.80 |
| Reproduction | 635736 | 10/11/05 | Proskauer Rose LLP | $ 30.60 |
| Reproduction | 638974 | 11/11/05 | Proskauer Rose LLP | $ 59.20 |
| Reproduction | 643201 | 12/12/05 | Proskauer Rose LLP | $ 27.80 |
| Reproduction | 663102 | 4/14/06 | Proskauer Rose LLP | $ 142.20 |
| Reproduction | 669788 | 5/15/06 | Proskauer Rose LLP | $ 32.40 |
| Reproduction | 679583 | 7/17/06 | Proskauer Rose LLP | $ 1,037.80 |
| Reproduction | 687072 | 8/22/06 | Proskauer Rose LLP | $ 57.40 |
| Reproduction | 693362 | 9/20/06 | Proskauer Rose LLP | $ 191.80 |
| Reproduction | 697977 | 10/11/06 | Proskauer Rose LLP | $ 2.40 |
| Reproduction | 702588 | 11/13/06 | Proskauer Rose LLP | $ 1,897.40 |
| Reproduction | 707629 | 12/14/06 | Proskauer Rose LLP | $ 3.80 |
| Reproduction | 714391 | 1/18/07 | Proskauer Rose LLP | $ 90.40 |
| Reproduction | 720741 | 2/15/07 | Proskauer Rose LLP | $ 0.20 |
| William Lea, Inc. | 720741 | 2/15/07 | Proskauer Rose LLP | $ 1,276.01 |
| Williams Lea, Inc. | 702588 | 11/13/06 | Proskauer Rose LLP | $ 4,844.73 |
| **TOTAL** | | | | **$ 154,391.60** |

**Fees for Exemplification**

| Invoice Entry | Invoice Number | Invoice Date | Payment Source | Costs |
|---|---|---|---|---|
| Corporate Integrity Services, LLC For Fees and Costs associated with professional services provided by | 1734797 | 1/13/05 | Holland & Knight | $ 467.50 |

| Invoice Entry | Invoice Number | Invoice Date | Payment Source | Costs |
|---|---|---|---|---|
| Corporate Integrity Services LLC through December 7, 2004 | | | | |
| CT Corporation | 2817437-R | 6/20/06 | Facebook | $ 135.50 |
| CT Corporation | 2822979-RI | 6/15/06 | Facebook | $ 562.00 |
| Fee to Obtain Deposit Materials at Copyright Office | 1757574 | 3/7/05 | Holland & Knight | $ 310.00 |
| Secretary of State Filing Fees | 1010915 | 05/04/06 | Orrick | $ 320.00 |
| Secretary of State Filing Fees | 1015250 | 06/06/06 | Orrick | $ 18.00 |
| Secretary of State Filing Fees | 1028511 | 09/11/06 | Orrick | $ 135.50 |
| Secretary of State Filing Fees | 1033250 | 10/06/06 | Orrick | $ 562.00 |
| Secretary of State Filing Fees | 990462 | 12/07/05 | Orrick | $ 26.00 |
| U.S. Patent & Trademark Office - PTO fees | 1024553 | 08/07/06 | Orrick | $ 120.00 |
| **TOTAL** | | | | **$ 2,656.50** |

**Docket Fees**

| Invoice Entry | Invoice Number | Invoice Date | Payment Source | Costs |
|---|---|---|---|---|
| Pacer Service Center | 693362 | 9/20/06 | Proskauer Rose LLP | $ 18.75 |
| Pacer Service Center | 702588 | 11/13/06 | Proskauer Rose LLP | $ 6.64 |
| Pacer Service Center | 720741 | 2/15/07 | Proskauer Rose LLP | $ 33.76 |
| **TOTAL** | | | | **$ 59.15** |

**Other Costs**

| Invoice Entry | Invoice Number | Invoice Date | Payment Source | Costs |
|---|---|---|---|---|
| A.D. Handy Co., Inc. (Court Room Equipment) | 693362 | 9/20/06 | Proskauer Rose LLP | $ 575.25 |
| Aquipt, Inc. (Court Room Equipment) | 319356 | 10/31/06 | Facebook | $ 1,768.80 |
| Data Base Search | 693362 | 9/20/06 | Proskauer Rose LLP | $ 8.97 |
| Miscellaneous | 638974 | 11/11/05 | Proskauer Rose LLP | $ 47.68 |
| Miscellaneous | 674322 | 6/13/06 | Proskauer Rose LLP | $ 34.32 |
| Online Database | 976549 | 09/15/05 | Orrick | $ 67.92 |
| Outside Services | 1002851 | 03/09/06 | Orrick | $ 56.56 |

| Invoice Entry | Invoice Number | Invoice Date | Payment Source | Costs | |
|---|---|---|---|---|---|
| Outside Services | 1006548 | 04/06/06 | Orrick | $ | 6.90 |
| Outside Services | 1015250 | 06/06/06 | Orrick | $ | 48.80 |
| Outside Services | 1019857 | 07/10/06 | Orrick | $ | 2,257.50 |
| Outside Services | 1024553 | 08/07/06 | Orrick | $ | 51.15 |
| Outside Services | 1028511 | 09/11/06 | Orrick | $ | 214.00 |
| Outside Services | 1033250 | 10/06/06 | Orrick | $ | 2.63 |
| Outside Services | 1038795 | 11/09/06 | Orrick | $ | 66.57 |
| Outside Services | 1043822 | 12/08/06 | Orrick | $ | 22.40 |
| Outside Services | 1049151 | 01/11/07 | Orrick | $ | 19.95 |
| Outside Services | 1055193 | 02/22/07 | Orrick | $ | 38.64 |
| Outside Services | 1057480 | 03/08/07 | Orrick | $ | 101.50 |
| Outside Services | 969972 | 07/15/05 | Orrick | $ | 29.25 |
| Outside Services | 973321 | 08/15/05 | Orrick | $ | 321.56 |
| Outside Services | 986587 | 11/9/05 | Orrick | $ | 31.36 |
| Outside Services | 990462 | 12/07/05 | Orrick | $ | 53.20 |
| Outside Services | 996304 | 01/17/06 | Orrick | $ | 282.75 |
| Outside Services | 998301 | 02/09/06 | Orrick | $ | 193.81 |
| **TOTAL** | | | | $ | **6,301.47** |

| | |
|---|---|
| Dated:  April 12, 2007 | Respectfully submitted,<br><br>            /s/ I. Neel Chatterjee /s/<br>G. Hopkins Guy, III (admitted *pro hac vice*)<br>I. Neel Chatterjee (admitted *pro hac vice*)<br>Monte M.F. Cooper (admitted *pro hac vice*)<br>Theresa A. Sutton (admitted *pro hac vice*)<br>ORRICK, HERRINGTON & SUTCLIFFE LLP<br>1000 Marsh Road<br>Menlo Park, CA  94025<br>Telephone:  (650) 614-7400<br>Facsimile:   (650) 614-7401<br><br>Steve M. Bauer<br>Jeremy P. Oczek<br>PROSKAUER ROSE, LLP<br>One International Plaza, 14th Floor<br>Boston, MA 02110-2600<br>Telephone:     (617) 526-9600<br>Facsimile:      (617) 526-9899<br><br>ATTORNEYS FOR MARK ZUCKERBERG, DUSTIN MOSKOVITZ, ANDREW MCCOLLUM, CHRISTOPHER HUGHES, and FACEBOOK, INC. |

**CERTIFICATE OF SERVICE**

    I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on April 12, 2007.

Dated: April 12, 2007.

                                                          /s/ I. Neel Chatterjee /s/
                                                             I. Neel Chatterjee

OHS West:260213587.1