# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CONNECTU LLC,<br><br>    Plaintiff,<br><br>  v.<br><br>MARK ZUCKERBERG, EDUARDO SAVERIN, DUSTIN MOSKOVITZ, ANDREW MCCOLLUM, CHRISTOPHER HUGHES, and FACEBOOK, INC.,<br><br>    Defendants. | Civil Action No. 1:04-cv-11923 (DPW)<br><br>District Judge Douglas P. Woodlock<br><br>Magistrate Judge Robert B. Collings |
| MARK ZUCKERBERG and<br>FACEBOOK, INC.,<br><br>    Counterclaimants,<br><br>  v.<br><br>CONNECTU LLC,<br><br>    Counterdefendant,<br><br>  and<br><br>CAMERON WINKLEVOSS, TYLER WINKLEVOSS, and DIVYA NARENDRA,<br><br>    Additional Counterdefendants. | |

**ASSENTED-TO MOTION
FOR LEAVE TO FILE A REPLY TO DEFENDANTS' CORRECTED RESPONSE TO
CONNECTU'S OBJECTIONS TO CLERK'S AUTHORITY TO TAX COSTS, AND
OPPOSITION TO TAXATION OF COSTS**

  Plaintiff ConnectU, Inc. hereby moves for leave to file a Reply To Defendants' Corrected Response To ConnectU's Objections To Clerk's Authority To Tax Costs, And Opposition To Taxation Of Costs (attached hereto as Exhibit A).

  As grounds for this motion, a reply brief is necessary to address new issues raised in Facebook Defendants' Response and to clarify the record for the Court.

Plaintiff's reply (Exhibit A) will clarify these issues and will assist the Court in deciding whether or not to award Defendants costs. The Proposed Order granting this assented-to motion is attached as Exhibit B.

## CERTIFICATION UNDER L.R. 7.1

Plaintiff's counsel hereby certifies under L.R. 7.1 that counsel for Plaintiff conferred with counsel for the Facebook Defendants, and that they consent to this motion.

Dated: April 17, 2007

Respectfully submitted,

/s/ John F. Hornick
John F. Hornick (*pro hac vice*)
Margaret A. Esquenet (*pro hac vice*)
Meredith H. Schoenfeld (*pro hac vice*)
FINNEGAN, HENDERSON, FARABOW,
    GARRETT & DUNNER, L.L.P.
901 New York Avenue, N.W.
Washington, D.C.  20001
Tel: (202) 408-4000
Fax: (202) 408-4400

Daniel P. Tighe (BBO# 556583)
Scott McConchie (BBO# 634127)
GRIESINGER, TIGHE, &  MAFFEI, L.L.P.
Boston, MA  02110
Telephone:  (617) 603-0918
Facsimile:   (617) 542-0900
dtighe@gtmllp.com
smcconchie@gtmllp.com

Attorneys for Plaintiff
ConnectU LLC

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on April 17, 2007.

/s/ John F. Hornick
John F. Hornick (*pro hac vice*)