**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| CONNECTU LLC,<br><br>        Plaintiff,<br><br>        v.<br><br>MARK ZUCKERBERG, EDUARDO SAVERIN, DUSTIN MOSKOVITZ, ANDREW MCCOLLUM, CHRISTOPHER HUGHES, and FACEBOOK, INC.,<br><br>        Defendants.<br><br>MARK ZUCKERBERG and FACEBOOK, INC.,<br><br>        Counterclaimants,<br><br>        v.<br><br>CONNECTU LLC,<br><br>        Counterdefendant,<br><br>        and<br><br>CAMERON WINKLEVOSS, TYLER WINKLEVOSS, and DIVYA NARENDRA,<br><br>        Additional Counterdefendants. | Civil Action No. 1:04-cv-11923 (DPW)<br><br>District Judge Douglas P. Woodlock<br><br>Magistrate Judge Robert B. Collings |

**[PROPOSED] ORDER GRANTING CONNECTU'S ASSENTED-TO MOTION FOR LEAVE TO FILE A REPLY TO DEFENDANTS' CORRECTED RESPONSE TO CONNECTU'S OBJECTIONS TO CLERK'S AUTHORITY TO TAX COSTS, AND OPPOSITION TO TAXATION OF COSTS**

Having Considered Plaintiff ConnectU, Inc.'s Assented-To Motion for Leave to File a Reply To Defendants' Corrected Response To ConnectU's Objections To Clerk's Authority To Tax Costs, And Opposition To Taxation Of Costs , this Court orders as follows:

ConnectU is granted leave to file the Reply attached as Exhibit A to its Motion for Leave.

**SO ORDERED**

DATED: _____                                          _____

District Judge Douglas P. Woodlock

Magistrate Judge Robert B. Collings