**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| CONNECTU LLC,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>MARK ZUCKERBERG, EDUARDO SAVERIN, DUSTIN MOSKOVITZ, ANDREW MCCOLLUM, CHRISTOPHER HUGHES, and FACEBOOK, INC.,<br><br>　　　　　　　　　　Defendants.<br>MARK ZUCKERBERG, and FACEBOOK, INC.,<br><br>　　　　　　　　　　Counterclaimants,<br><br>　　v.<br><br>CONNECTU LLC,<br><br>　　　　　　　　　　Counterdefendant,<br><br>　　and<br><br>CAMERON WINKLEVOSS, TYLER WINKLEVOSS, and DIVYA NARENDRA,<br><br>　　　Additional Counterdefendants. | CIVIL ACTION NO. 1:04-cv-11923 (DPW) |

**DECLARATION OF MEREDITH H. SCHOENFELD IN SUPPORT OF CONNECTU'S REPLY TO DEFENDANTS' CORRECTED RESPONSE TO CONNECTU'S OBJECTIONS TO CLERK'S AUTHORITY TO TAX COSTS, AND OPPOSITION TO TAXATION OF COSTS**

　　I, Meredith H. Schoenfeld, declare as follows:

　　I am an attorney with the law firm of Finnegan, Henderson, Farabow, Garrett & Dunner, LLP, counsel for Plaintiff ConnectU, Inc.  I make this Declaration in support of ConnectU's Reply To Defendants' Corrected Response To ConnectU's Objections To Clerk's Authority To Tax Costs, And Opposition To Taxation Of Costs.  I am an active member in good standing of

the Bars of the State of California and the District of Columbia and I am admitted *pro hac vice* in this action. I have personal knowledge of the facts stated herein and if called as a witness, could and would competently testify thereto.

    1.    Attached hereto as Exhibit 1 is a true and correct copy of the Topics For Deposition contained in Defendants' Amended Notice of Deposition of ConnectU LLC Pursuant to 30(b)(6).

    2.    Attached hereto as Exhibit 2 is a true and correct copy of an e-mail chain between John Hornick, counsel for ConnectU, and Monte Cooper, counsel for Defendants.

    3.    Attached hereto as Exhibit 3 is a true and correct copy of an e-mail chain between Scott Mosko, counsel for ConnectU in the California action (Case No: C 07-01389 RS), and Monte Cooper, counsel for Defendants in the California action.

I declare under penalty of perjury under the laws of the United States of America that to the best of my knowledge the foregoing is true and correct. This Declaration is executed on the 17th day of April 2007.

                                     /s/ Meredith H. Schoenfeld
                                     Meredith H. Schoenfeld

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on April 17, 2007.

                                     /s/ John F. Hornick_____
                                     John F. Hornick (*pro hac vice*)

3