**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| CONNECTU LLC, <br><br> Plaintiff, <br><br> v. <br><br> MARK ZUCKERBERG, EDUARDO SAVERIN, DUSTIN MOSKOVITZ, ANDREW MCCOLLUM, CHRISTOPHER HUGHES, and FACEBOOK, INC., <br><br> Defendants. <br> MARK ZUCKERBERG, and FACEBOOK, INC., <br><br> Counterclaimants, <br><br> v. <br><br> CONNECTU LLC, <br><br> Counterdefendant, <br><br> and <br><br> CAMERON WINKLEVOSS, TYLER WINKLEVOSS, and DIVYA NARENDRA, <br><br> Additional Counterdefendants. | CIVIL ACTION NO. 1:04-cv-11923 (DPW) |

## NOTICE OF APPEAL

Notice is hereby given that ConnectU, LLC, now known as ConnectU, Inc., Plaintiff in the above-named case, hereby appeals to the United States Court of Appeals for the First Circuit, from the Order of Dismissal (Dkt. No. 289) and electronic Order Adopting Report and Recommendations of Magistrate, entered in this action and docketed March 28, 2007, granting Defendants' Motion to Dismiss.

Payment of $455.00, representing the $450.00 fee for docketing and the $5.00 fee as specified by 28 U.S.C. § 1917, is being made electronically through the Court's online payment system.

Dated: April 27, 2007

Respectfully submitted,

/s/ John F. Hornick
John F. Hornick (*pro hac vice*)
 Email: john.hornick@finnegan.com
Margaret A. Esquenet (*pro hac vice*)
 Email: margaret.esquenet@finnegan.com
Meredith H. Schoenfeld (*pro hac vice*)
 Email: meredith.schoenfeld@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, L.L.P.
901 New York Avenue, N.W.
Washington, D.C.  20001
Tel: (202) 408-4000
Fax: (202) 408-4400

Daniel P. Tighe (BBO# 556583)
 Email: dtighe@gtmllp.com
Scott McConchie (BBO# 634127)
 Email: smcconchi@gtmllp.com
GRIESINGER, TIGHE, &  MAFFEI, L.L.P.
Boston, MA  02110
Telephone:  (617) 603-0918
Facsimile:   (617) 542-0900

Attorneys for Plaintiff
ConnectU LLC

**CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on April 27, 2007.

                                              /s/ John F. Hornick
                                              John F. Hornick (*pro hac vice*)