APPEAL

# United States District Court
# District of Massachusetts (Boston)
# CIVIL DOCKET FOR CASE #: 1:04-cv-11923-DPW
# Internal Use Only

ConnectU LLC v. Zuckerberg et al
Assigned to: Judge Douglas P. Woodlock
Referred to: Magistrate Judge Robert B. Collings
Case: 1:07-cv-10593-DPW
Cause: 28:1332 Diversity-Breach of Contract

Date Filed: 09/02/2004
Date Terminated: 03/28/2007
Jury Demand: Both
Nature of Suit: 190 Contract: Other
Jurisdiction: Diversity

**In Re**

**John Taves**                                represented by **Kevin G. Kenneally**
Donovan & Hatem, LLP
Two Seaport Lane
Boston, MA 02210
617-406-4500
Fax: 617-406-4501
Email: kkenneally@dhboston.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael P. Giunta**
Donovan & Hatem, LLP
World Trade Center
Two Seaport Lane, 8th Floor
Boston, MA 02210
617-406-4500
Fax: 617-406-4501
Email: mgiunta@donovanhatem.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**In Re**

**Pacific Northwest Software**              represented by **Kevin G. Kenneally**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael P. Giunta**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**In Re**

**John Taves**                                represented by **Kevin G. Kenneally**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael P. Giunta**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**In Re**

**Pacific Northwest Software**

represented by **Kevin G. Kenneally**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael P. Giunta**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**In Re**

**John Taves**

represented by **Kevin G. Kenneally**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael P. Giunta**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**In Re**

**Pacific Northwest Software**

represented by **Kevin G. Kenneally**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael P. Giunta**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**ConnectU LLC**

represented by **Daniel P. Tighe**
Griesinger, Tighe & Maffei, LLP
176 Federal Street
Boston, MA 02110
617-542-9900
Fax: 617-542-0900
Email: dtighe@gtmllp.com

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John F. Hornick**
Finnegan, Henderson, Farabow, Garrett & Dunner, LLP
901 New York Avenue N. W.
Washington, DC 20001
202-408-4000
Fax: 202-408-4400
Email: john.hornick@finnegan.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jonathan M. Gelchinsky**
Finnegan, Henderson, Farabow, Garrett & Dunner, LLP
55 Cambridge Parkway
Cambridge, MA 02142
617-452-1600
Fax: 617-452-1666
Email: jon.gelchinsky@finnegan.com
*TERMINATED: 10/17/2006*
*LEAD ATTORNEY*

**Kenneth W. Curtis**
Finnegan, Henderson, Farabow, Garrett & Dunner
11955 Freedom Drive
Reston, VA 20190
571-203-2700
Fax: 202-408-4400
Email: kenneth.curtis@finnegan.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lawrence R. Robins**
Finnegan, Henderson, Farabow, Garrett & Dunner, LLP
55 Cambridge Parkway
Cambridge, MA 02142
617-452-1600
Fax: 617-452-1666
Email: Larry.Robins@Finnegan.com
*TERMINATED: 10/17/2006*
*LEAD ATTORNEY*

**Margaret A. Esquenet**
Finnegan, Henderson, Farabow, Garett & Dunner, LLP

901 New York Avenue NW
Washington, DC 20001
202-408-4000
Fax: 202-408-4400
Email:
margaret.esquenet@finnegan.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Meredith H. Schoenfeld**
Finnegan, Henderson, Farabow, Gaaett
& Dunner L.L.P.
901 New York Avenue NW
Washington, DC 20001
202-408-4000
Fax: 202-408-4400
Email:
meredith.schoenfeld@finnegan.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Scott McConchie**
Griesinger Tighe & Maffei, LLP
176 Federal Street
Boston, MA 02110
617-542-9900
Fax: 617-542-0900
Email: sm@gtmllp.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Troy Grabow**
Finnegan, Henderson, Farabow, Garett
& Dunner, LLP
901 New York Avenue NW
Washington, DC 20001
202-408-4000
Fax: 202-408-4400
Email: troy.grabow@finnegan.com
*TERMINATED: 11/21/2006*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Mark Zuckerberg**                    represented by **Annette L. Hurst**
                                       Heller Ehrman LLP
                                       333 Bush Street
                                       San Francisco, CA 94104-2878

415-772-6000
Fax: 415-772-6868
Email:
annette.hurst@hellerehrman.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Donald Daybell**
Orrick, Harrington & Sutcliffe LLP
4 Park Plaza Suite 1600
Ervine, CA 92614
Email: ddaybell@orrick.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**G. Hopkins Guy, III**
Orrick, Herrington & Sutcliffe LLP
1000 Marsh Road
Menlo Park, CA 94025
650-614-7400
Fax: 650-614-7401
Email: hopguy@orrick.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**I. Neel Chatterjee**
Orrick, Herrington & Sutcliffe LLP
1000 Marsh Road
Menlo Park, CA 94025
650-614-7400
Fax: 650-614-7401
Email: nchatterjee@orrick.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeremy P. Oczek**
Proskauer Rose, LLP
One International Place
Boston, MA 02110
617-526-9600
Email: joczek@proskauer.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Monte Cooper**
Orrick, Herrington & Sutcliffe, LLP
1000 Marsh Road
Menlo Park, CA 94025
650-614-7375
Fax: 650-614-7401

Email: mcooper@orrick.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert D. Nagel**
Orrick, Herrinton & Sutcliffe LLP
4 Park Plaza
Suite 1600
Irvine, CA 92614-2558
650-614-7612
Fax: 650-614-7401
Email: rnagel@orrick.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Steven M. Bauer**
Proskauer Rose LLP
One International Place
22nd Floor
Boston, MA 02110
617-526-9700
Fax: 617-526-9899
Email: sbauer@proskauer.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Theresa A. Sutton**
Orrick, Herrinton & Sutcliffe LLP
1000 Marsh Road
Menlo Park. CA 94025
650-614-7430
Fax: 650-614-7401
Email: tsutton@orrick.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Daniel K. Hampton**
Holland & Knight LLP
10 St. James Avenue
Boston, MA 02116
617-523-2700
Fax: 617-523-6850
Email: dan.hampton@hklaw.com
*TERMINATED: 07/11/2005*
*ATTORNEY TO BE NOTICED*

**Gordon P. Katz**
Holland & Knight, LLP
10 St. James Avenue
Boston. MA 02116

617-573-5839
Email: gordon.katz@hklaw.com
*TERMINATED: 07/11/2005*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Eduardo Saverin**                    represented by **Annette L. Hurst**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bhanu Sadasivan**
Heller Ehrman LLP
275 Middlefield Road
Menlo Park, CA 94025
650-324-7169
Fax: 650-324-6074
Email:
bhanu.sadasivan@hellerehrman.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Donald Daybell**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**G. Hopkins Guy, III**
Orrick, Herrington & Sutcliffe LLP
1000 Marsh Road
Menlo Park, CA 94025
650-614-7400
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**I. Neel Chatterjee**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Monte Cooper**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert B. Hawk**
Heller Ehrman LLP
275 Middlefield Road
Menlo Park, CA 94025
650-324-7156

Fax: 650-324-6016
Email:
Robert.Hawk@hellerehrman.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Theresa A. Sutton**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Daniel K. Hampton**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Gordon P. Katz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Dustin Moskovitz**    represented by **Annette L. Hurst**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Donald Daybell**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**G. Hopkins Guy, III**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**I. Neel Chatterjee**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeremy P. Oczek**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joshua H. Walker**
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Monte Cooper**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert D. Nagel**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Steven M. Bauer**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Theresa A. Sutton**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Daniel K. Hampton**
(See above for address)
*TERMINATED: 07/11/2005*
*ATTORNEY TO BE NOTICED*

**Gordon P. Katz**
(See above for address)
*TERMINATED: 07/11/2005*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Andrew McCollum** represented by **Annette L. Hurst**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Donald Daybell**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**G. Hopkins Guy, III**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**I. Neel Chatterjee**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeremy P. Oczek**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joshua H. Walker**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Monte Cooper**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert D. Nagel**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Steven M. Bauer**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Theresa A. Sutton**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Daniel K. Hampton**
(See above for address)
*TERMINATED: 07/11/2005*
*ATTORNEY TO BE NOTICED*

**Gordon P. Katz**
(See above for address)
*TERMINATED: 07/11/2005*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Christopher Hughes**                represented by **Annette L. Hurst**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Donald Daybell**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**G. Hopkins Guy, III**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**I. Neel Chatterjee**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeremy P. Oczek**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joshua H. Walker**
Orrick, Herrington & Sutcliffe, LLP
1000 Marsh Road
Menlo Park, CA 94025
650-614-7339
Fax: 650-614-7401
Email: jwalker@orrick.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Monte Cooper**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert D. Nagel**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Steven M. Bauer**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Theresa A. Sutton**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Daniel K. Hampton**
(See above for address)
*TERMINATED: 07/11/2005*
*ATTORNEY TO BE NOTICED*

**Gordon P. Katz**
(See above for address)
*TERMINATED: 07/11/2005*
*ATTORNEY TO BE NOTICED*

**Defendant**

**TheFaceBook.com**
*also known as*
TheFackBook

represented by **Annette L. Hurst**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Donald Daybell**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**G. Hopkins Guy, III**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**I. Neel Chatterjee**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeremy P. Oczek**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joshua H. Walker**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Monte Cooper**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert D. Nagel**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Steven M. Bauer**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Theresa A. Sutton**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Daniel K. Hampton**
(See above for address)
*TERMINATED: 07/11/2005*
*ATTORNEY TO BE NOTICED*

**Gordon P. Katz**
(See above for address)
*TERMINATED: 07/11/2005*
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Christopher Hughes**

represented by **Jeremy P. Oczek**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Steven M. Bauer**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Daniel K. Hampton**
(See above for address)
*TERMINATED: 07/11/2005*
*ATTORNEY TO BE NOTICED*

**Monte Cooper**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robert D. Nagel**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Theresa A. Sutton**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Andrew McCollum**

represented by **Jeremy P. Oczek**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Steven M. Bauer**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Daniel K. Hampton**
(See above for address)
*TERMINATED: 07/11/2005*
*ATTORNEY TO BE NOTICED*

**Monte Cooper**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robert D. Nagel**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Theresa A. Sutton**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Dustin Moskovitz** represented by **Jeremy P. Oczek**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Steven M. Bauer**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Daniel K. Hampton**
(See above for address)
*TERMINATED: 07/11/2005*
*ATTORNEY TO BE NOTICED*

**Monte Cooper**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robert D. Nagel**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Thercsa A. Sutton**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Eduardo Saverin**

represented by **Daniel K. Hampton**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Theresa A. Sutton**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**TheFaceBook.com**

represented by **Jeremy P. Oczek**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Steven M. Bauer**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Monte Cooper**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robert D. Nagel**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Theresa A. Sutton**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Mark Zuckerberg**

represented by **Jeremy P. Oczek**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Steven M. Bauer**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Monte Cooper**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robert D. Nagel**
(See above for address)

*ATTORNEY TO BE NOTICED*

**Theresa A. Sutton**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Counter Defendant**

**Divya Narendra** represented by **Jonathan M. Gelchinsky**
(See above for address)
*TERMINATED: 10/17/2006*
*LEAD ATTORNEY*

**Lawrence R. Robins**
(See above for address)
*TERMINATED: 10/17/2006*
*LEAD ATTORNEY*

**Scott McConchie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John F. Hornick**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Margaret A. Esquenet**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Troy Grabow**
(See above for address)
*TERMINATED: 11/21/2006*
*ATTORNEY TO BE NOTICED*

**Counter Defendant**

**Tyler Winklevoss** represented by **Jonathan M. Gelchinsky**
(See above for address)
*TERMINATED: 10/17/2006*
*LEAD ATTORNEY*

**Lawrence R. Robins**
(See above for address)
*TERMINATED: 10/17/2006*
*LEAD ATTORNEY*

**Scott McConchie**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Troy Grabow**
(See above for address)
*TERMINATED: 11/21/2006*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John F. Hornick**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Margaret A. Esquenet**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Counter Defendant**

**Cameron Winklevoss**                     represented by **Jonathan M. Gelchinsky**
(See above for address)
*TERMINATED: 10/17/2006*
*LEAD ATTORNEY*

**Lawrence R. Robins**
(See above for address)
*TERMINATED: 10/17/2006*
*LEAD ATTORNEY*

**Scott McConchie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Troy Grabow**
(See above for address)
*TERMINATED: 11/21/2006*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John F. Hornick**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Margaret A. Esquenet**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Counter Defendant**

**ConnectU LLC**                     represented by **Jonathan M. Gelchinsky**
(See above for address)

*TERMINATED: 10/17/2006*
*LEAD ATTORNEY*

**Lawrence R. Robins**
(See above for address)
*TERMINATED: 10/17/2006*
*LEAD ATTORNEY*

**John F. Hornick**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Margaret A. Esquenet**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Troy Grabow**
(See above for address)
*TERMINATED: 11/21/2006*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 09/02/2004 | 1 | COMPLAINT Filing fee: $ 150, receipt number 58398, filed by ConnectU LLC.(Rynne, Michelle) (Entered: 09/03/2004) |
| 09/02/2004 | | Summons Issued as to Christopher Hughes, Andrew McCollum, Dustin Moskovitz, Eduardo Saverin, TheFaceBook.com, Mark Zuckerberg. (Rynne, Michelle) (Entered: 09/03/2004) |
| 09/02/2004 | | If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge Collings. (Rynne, Michelle) (Entered: 09/03/2004) |
| 09/02/2004 | 2 | CORPORATE DISCLOSURE STATEMENT by ConnectU LLC. (Rynne, Michelle) (Entered: 09/03/2004) |
| 09/02/2004 | | ***Attorney Jonathan M. Gelchinsky for ConnectU LLC and ConnectU LLC added. (Attorney is on complaint, but was not added at the time the case was entered onto CM/ECF) (Hurley, Virginia) (Entered: 02/07/2005) |
| 09/09/2004 | 3 | SUMMONS Returned Executed Andrew McCollum served on 9/3/2004, answer due 9/23/2004. (Rynne, Michelle) (Entered: 09/17/2004) |
| 09/09/2004 | 4 | SUMMONS Returned Executed Mark Zuckerberg served on 9/3/2004, answer due 9/23/2004. (Rynne, Michelle) (Entered: 09/17/2004) |
| 09/09/2004 | 5 | SUMMONS Returned Executed Christopher Hughes served on 9/3/2004, answer due 9/23/2004. (Rynne, Michelle) (Entered: 09/17/2004) |
| 09/09/2004 | 6 | SUMMONS Returned Executed Dustin Moskovitz served on 9/3/2004, |

| | | |
|---|---|---|
| | | answer due 9/23/2004. (Rynne, Michelle) (Entered: 09/17/2004) |
| 09/17/2004 | 10 | MOTION for Leave to Appear Pro Hac Vice by Margaret A. Esquenet and John F. Hornick Filing fee $ 100.00, receipt number 58797. by ConnectU LLC. (Attachments: # 1 Declaration of Margaret Esquenet # 2 Declaration of John F. Hornick)(Rynne, Michelle) (Entered: 09/28/2004) |
| 09/22/2004 | 7 | Assented to MOTION for Extension of Time to October 23, 2004 to File Response/Reply *to Complaint* by Christopher Hughes, Andrew McCollum, Dustin Moskovitz, Eduardo Saverin, TheFaceBook.com, Mark Zuckerberg.(Hampton, Daniel) (Entered: 09/22/2004) |
| 09/22/2004 | 8 | CORPORATE DISCLOSURE STATEMENT by TheFaceBook.com *a/k/a TheFacebook, Inc.*. (Hampton, Daniel) (Entered: 09/22/2004) |
| 09/23/2004 | | Judge Douglas P. Woodlock : Electronic ORDER entered granting 7 Assented to MOTION for Extension of Time to October 23, 2004 to File Response/Reply to Complaint by Christopher Hughes, Andrew McCollum, Dustin Moskovitz, Eduardo Saverin, TheFaceBook.com, Mark Zuckerberg. (Greenberg, Rebecca) (Entered: 09/23/2004) |
| 09/23/2004 | 9 | NOTICE of Appearance by Gordon P. Katz on behalf of all defendants (Katz, Gordon) (Entered: 09/23/2004) |
| 09/28/2004 | | Judge Douglas P. Woodlock : Electronic ORDER entered granting 10 Motion for Leave to Appear Pro Hac Vice Added John F. Hornick for ConnectU LLC, Margaret A. Esquenet for ConnectU LLC. Attorneys admitted pro hac vice should register for CM/ECF - electronic filing/electronic noticing - online at www.mad.uscourts.gov (Rynne, Michelle) (Entered: 09/28/2004) |
| 10/18/2004 | 11 | SUMMONS Returned Executed Eduardo Saverin served on 9/29/2004, answer due 10/19/2004. (Rynne, Michelle) (Entered: 10/19/2004) |
| 10/22/2004 | 12 | STIPULATION *for Extension of Time to Respond to Complaint* by Christopher Hughes, Andrew McCollum, Dustin Moskovitz, Eduardo Saverin, TheFaceBook.com, Mark Zuckerberg. (Hampton, Daniel) (Entered: 10/22/2004) |
| 10/22/2004 | | Judge Douglas P. Woodlock : Electronic ORDER entered: The Stipulation with respect to an extension of the time for responding the Complaint to November 18, 2004 is treated as a motion for an extension of time and is hereby ALLOWED.(Greenberg, Rebecca) (Entered: 10/22/2004) |
| 10/28/2004 | 13 | First AMENDED COMPLAINT against Christopher Hughes, Andrew McCollum, Dustin Moskovitz, Eduardo Saverin, TheFaceBook.com and Mark Zuckerberg , filed by ConnectU LLC. (Attachments: # 1 Exhibit A# 2 Exhibit B)(Barrette, Mark) (Entered: 11/08/2004) |
| 11/18/2004 | 14 | *Defendants'* ANSWER to Amended Complaint, COUNTERCLAIM against Divya Narendra, Tyler Winklevoss, Cameron Winklevoss, ConnectU LLC by Christopher Hughes, Andrew McCollum, Dustin Moskovitz, Eduardo Saverin, TheFaceBook.com, Mark Zuckerberg. |

| | | |
|---|---|---|
| | | (Hampton, Daniel) (Entered: 11/18/2004) |
| 12/10/2004 | 15 | STIPULATION re 14 Answer to Amended Complaint,, Counterclaim, *For Extension of Time for ConnectU LLC to Respond to Counterclaims of Mark Zuckerberg and TheFaceBook.com, Inc.* by ConnectU LLC, TheFaceBook.com, Mark Zuckerberg. (Gelchinsky, Jonathan) (Entered: 12/10/2004) |
| 12/21/2004 | 16 | WAIVER OF SERVICE Returned Executed Cameron Winklevoss waiver sent on 12/14/2004, answer due 2/14/2005. (Hampton, Daniel) (Entered: 12/21/2004) |
| 12/21/2004 | 17 | WAIVER OF SERVICE Returned Executed Tyler Winklevoss waiver sent on 12/14/2004, answer due 2/14/2005. (Hampton, Daniel) (Entered: 12/21/2004) |
| 01/12/2005 | 18 | WAIVER OF SERVICE Returned Executed Divya Narendra waiver sent on 12/27/2004, answer due 2/25/2005. (Hampton, Daniel) (Entered: 01/12/2005) |
| 01/13/2005 | 19 | NOTICE of Change of Address by Jonathan M. Gelchinsky (Gelchinsky, Jonathan) Additional attachment(s) added on 1/18/2005 (Nici, Richard). (Entered: 01/13/2005) |
| 02/07/2005 | 20 | ANSWER to Counterclaim *of TheFaceBook, Inc. and Mark Zuckerberg* by ConnectU LLC, Divya Narendra, Tyler Winklevoss, Cameron Winklevoss, ConnectU LLC.(Gelchinsky, Jonathan) (Entered: 02/07/2005) |
| 02/23/2005 | 21 | NOTICE of Scheduling Conference: Scheduling Conference set for 3/24/2005 03:00 PM in Courtroom 1 before Judge Douglas P. Woodlock. (Rynne, Michelle) (Entered: 02/23/2005) |
| 03/18/2005 | 22 | JOINT STATEMENT re scheduling conference. (Attachments: # 1 Exhibit Plainitff's Certification of Conference# 2 Exhibit Counterclaim defendants' Statement of Conference# 3 Exhibit Defendants' Statement of Conference)(Hampton, Daniel) (Entered: 03/18/2005) |
| 03/24/2005 | | Electronic Clerk's Notes for proceedings held before Judge Douglas P. Woodlock : Scheduling Conference held on 3/24/2005. Schedule set: amendments/joining parties by 4/28/05; all discovery, including experts by 12/15/05; Plaintiff experts by 11/1/05; rebuttal experts by 12/1/05; dispositive motions by 1/27/06; response in 14 days; no reply. (Court Reporter Pam Owens.) (Rynne, Michelle) (Entered: 03/25/2005) |
| 03/29/2005 | 23 | Judge Douglas P. Woodlock : ORDER entered. SCHEDULING ORDER: Amended Pleadings due by 4/28/2005. Discovery due by 12/15/2005. Motions due by 1/27/2006. Status Report due 2/16/05. Status Conference set for 2/23/2006 02:30 PM in Courtroom 1 before Judge Douglas P. Woodlock.(Rynne, Michelle) (Entered: 03/29/2005) |
| 05/24/2005 | 24 | Proposed STIPULATION *for Protective Order* by ConnectU LLC, Divya Narendra, Tyler Winklevoss, Cameron Winklevoss, ConnectU LLC. (Attachments: # 1 Exhibit Exhibit A to Protective Order) |

| | | |
|---|---|---|
| | | (Gelchinsky, Jonathan) Modified on 5/27/2005 (Nici, Richard). (Entered: 05/24/2005) |
| 05/26/2005 | 25 | Judge Douglas P. Woodlock : Stipulated Protective ORDER entered. PROTECTIVE ORDER(Nici, Richard) (Entered: 05/27/2005) |
| 06/07/2005 | 26 | MOTION for Leave to Appear Pro Hac Vice by Troy Grabow Filing fee $ 50, receipt number 64791. by ConnectU LLC, Tyler Winklevoss, Cameron Winklevoss.(Nici, Richard) (Entered: 06/08/2005) |
| 06/07/2005 | 27 | Certificate of Good Standing re 26 MOTION for Leave to Appear Pro Hac Vice by Troy Grabow Filing fee $ 50, receipt number 64791. by ConnectU LLC, Tyler Winklevoss, Cameron Winklevoss. (Nici, Richard) (Entered: 06/08/2005) |
| 06/10/2005 | 28 | NOTICE of Appearance by Steven M. Bauer on behalf of Mark Zuckerberg, Christopher Hughes, Andrew McCollum, Dustin Moskovitz, TheFaceBook.com, Dustin Moskovitz, Mark Zuckerberg, Andrew McCollum, Christopher Hughes, TheFaceBook.com (Bauer, Steven) (Entered: 06/10/2005) |
| 06/10/2005 | 29 | NOTICE of Appearance by Jeremy P. Oczek on behalf of Mark Zuckerberg, Christopher Hughes, Andrew McCollum, Dustin Moskovitz, TheFaceBook.com, Dustin Moskovitz, Mark Zuckerberg, Andrew McCollum, Christopher Hughes, TheFaceBook.com (Oczek, Jeremy) (Entered: 06/10/2005) |
| 06/10/2005 | 30 | MOTION for Leave to Appear Pro Hac Vice by G. Hopkins Guy, III, I. Neel Chatterjee, Monte Cooper, and Donald Daybell by Mark Zuckerberg, Christopher Hughes, Andrew McCollum, Dustin Moskovitz, TheFaceBook.com, Dustin Moskovitz, Mark Zuckerberg, Andrew McCollum, Christopher Hughes, TheFaceBook.com. (Attachments: # 1 Certifications)(Bauer, Steven) (Entered: 06/10/2005) |
| 06/14/2005 | | Receipt#65023 $200 for Admission Pro Hac Vice for four attorneys. (Nici, Richard) (Entered: 06/16/2005) |
| 06/14/2005 | | Judge Douglas P. Woodlock : Electronic ORDER entered granting 26 Motion for Leave to Appear Pro Hac Vice Added G. Hopkins Guy, III for Dustin Moskovitz; Andrew McCollum; Christopher Hughes; TheFaceBook.com; Mark Zuckerberg, I. Neel Chatterjee for Dustin Moskovitz; Andrew McCollum; Christopher Hughes; TheFaceBook.com; Mark Zuckerberg, Monte Cooper for Dustin Moskovitz; Andrew McCollum; Christopher Hughes; TheFaceBook.com; Mark Zuckerberg , Donald Daybell for Dustin Moskovitz; Andrew McCollum; Christopher Hughes; TheFaceBook.com; Mark Zuckerberg , granting 30 Motion for Leave to Appear Pro Hac Vice Added G. Hopkins Guy, III for Dustin Moskovitz; Andrew McCollum; Christopher Hughes; TheFaceBook.com; Mark Zuckerberg , I. Neel Chatterjee for Dustin Moskovitz; Andrew McCollum; Christopher Hughes; TheFaceBook.com; Mark Zuckerberg , Monte Cooper for Dustin Moskovitz; Andrew McCollum; Christopher Hughes; TheFaceBook.com; Mark Zuckerberg , Donald Daybell for Dustin Moskovitz; Andrew McCollum; Christopher Hughes; |

| | | |
|---|---|---|
| | | TheFaceBook.com; Mark Zuckerberg (Nici, Richard) Modified on 6/16/2005 (Nici, Richard). (Entered: 06/16/2005) |
| 06/16/2005 | | Judge Douglas P. Woodlock : Electronic ORDER entered. ORDER REQUIRING ELECTRONIC FILING. It is hereby ORDERED that, unless leave is granted, upon good cause shown, to file paper documents in lieu of electronic filing via this Court's CM/ECF system, ALL future submissions in this case must be electronically filed. Such filings shall be made in accordance with, and subject to, the terms and conditions of electronic filing as set forth by this Court. All parties and counsel who choose to appear in this action must make arrangements to register for participation in electronic case filing, if they have not already done so. It is FURTHER ORDERED that Notices, Orders and Memoranda of the Court will only be filed and served electronically. Once a party or counsel has registered for electronic filing, it is his/her responsibility to monitor his/her e-mail to ensure receipt of electronic notices. Any changes in e-mail addresses must be reported to the Court immediately. (Nici, Richard) (Entered: 06/16/2005) |
| 06/17/2005 | 31 | MOTION for Leave to Appear Pro Hac Vice by Joshua H. Walker by Mark Zuckerberg, Christopher Hughes, Andrew McCollum, Dustin Moskovitz, TheFaceBook.com, Dustin Moskovitz, Mark Zuckerberg, Andrew McCollum, Christopher Hughes, TheFaceBook.com. (Attachments: # 1 Certification)(Oczek, Jeremy) (Entered: 06/17/2005) |
| 06/23/2005 | | Judge Douglas P. Woodlock : Electronic ORDER entered granting 31 Motion for Leave to Appear Pro Hac Vice Added Joshua H. Walker for Christopher Hughes; TheFaceBook.com; Dustin Moskovitz and Andrew McCollum (Nici, Richard) (Entered: 06/23/2005) |
| 06/24/2005 | 32 | STIPULATION *Second Stipulated Protective Order* by ConnectU LLC, Mark Zuckerberg, Eduardo Saverin, Christopher Hughes, Andrew McCollum, Dustin Moskovitz, Eduardo Saverin, TheFaceBook.com, Dustin Moskovitz, Mark Zuckerberg, Divya Narendra, Tyler Winklevoss, Cameron Winklevoss, ConnectU LLC, Andrew McCollum, Christopher Hughes, TheFaceBook.com. (Gelchinsky, Jonathan) (Entered: 06/24/2005) |
| 07/06/2005 | 33 | Assented to MOTION for Leave to Appear Pro Hac Vice by Robert B. Hawk and Bhanu K. Sadasivan by Eduardo Saverin, Christopher Hughes, Andrew McCollum, Dustin Moskovitz, Eduardo Saverin, Dustin Moskovitz, Andrew McCollum, Christopher Hughes. (Attachments: # 1 Exhibit A to Motion for Pro Hac Vice# 2 Exhibit B to Motion for Pro Hac Vice# 3 Exhibit C to Motion for Pro Hac Vice)(Hampton, Daniel) (Entered: 07/06/2005) |
| 07/06/2005 | 35 | Judge Douglas P. Woodlock : ORDER entered. Second Stipulated PROTECTIVE ORDER(Nici, Richard). (Entered: 07/07/2005) |
| 07/07/2005 | 34 | Amended MOTION for Leave to Appear Pro Hac Vice by Robert B. Hawk and Bhanu K. Sadasivan by Eduardo Saverin. (Attachments: # 1 Exhibit A to Amended Assented-To Motion for Admission Pro Hac |

| | | |
|---|---|---|
| | | Vice# 2 Exhibit B to Amended Assented-To Motion for Admission Pro Hac Vice# 3 Exhibit C To Amended Assented-To Motion for Admission Pro Hac Vice)(Hampton, Daniel) (Entered: 07/07/2005) |
| 07/07/2005 | | Judge Douglas P. Woodlock : Electronic ORDER entered granting 33 Motion for Leave to Appear Pro Hac Vice, granting 34 Motion for Leave to Appear Pro Hac Vice (Nici, Richard). Receipt #65431 $100 (Entered: 07/07/2005) |
| 07/11/2005 | 36 | NOTICE of Withdrawal of Appearance Attorney Daniel K. Hampton and Gordon P. Katz terminated. (Hampton, Daniel) (Entered: 07/11/2005) |
| 07/28/2005 | 37 | MOTION to Compel *the Production of Mirror Images of Defendants' Hard Drives and Other Electronic Memory Devices and Documents Created After May 21, 2004* by ConnectU LLC, Divya Narendra, Tyler Winklevoss, Cameron Winklevoss, ConnectU LLC. (Attachments: # 1 Text of Proposed Order Exhibit A)(Gelchinsky, Jonathan) (Entered: 07/28/2005) |
| 07/28/2005 | 38 | MEMORANDUM in Support re 37 MOTION to Compel *the Production of Mirror Images of Defendants' Hard Drives and Other Electronic Memory Devices and Documents Created After May 21, 2004* filed by ConnectU LLC, Divya Narendra, Tyler Winklevoss, Cameron Winklevoss, ConnectU LLC. (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Exhibit 3# 4 Exhibit 4# 5 Exhibit 5# 6 Exhibit 6# 7 Exhibit 7# 8 Exhibit 8# 9 Exhibit 9# 10 Exhibit 10# 11 Exhibit 11# 12 Exhibit 12# 13 Exhibit 13# 14 Exhibit 14# 15 Exhibit 15# 16 Exhibit 16# 17 Exhibit 17A# 18 Exhibit 17B# (19) Exhibit 18# 20 Exhibit 19# (21) Exhibit 20# 22 Exhibit 21# 23 Exhibit 22# 24 Exhibit 23# 25 Exhibit 24# 26 Exhibit 25) (Gelchinsky, Jonathan) Additional attachment(s) added on 7/29/2005 (Nici, Richard). (Entered: 07/28/2005) |
| 07/29/2005 | 39 | Assented to MOTION to Seal Document *Exhibit 20 to Plaintiff's Memorandum in Support of Plaintiff's Motion to Compel the Production of Mirror Images of Defendants' Hard Drives and Other Electronic Memory Devices and Documents Created After May 21, 2004* by ConnectU LLC, Divya Narendra, Tyler Winklevoss, Cameron Winklevoss, ConnectU LLC.(Gelchinsky, Jonathan) (Entered: 07/29/2005) |
| 07/29/2005 | | Judge Douglas P. Woodlock : Electronic ORDER entered granting 39 Motion to Seal Document (Nici, Richard) (Entered: 07/29/2005) |
| 08/02/2005 | 40 | Judge Douglas P. Woodlock : ORDER entered. REFERRING MOTION 37 MOTION to Compel *the Production of Mirror Images of Defendants' Hard Drives and Other Electronic Memory Devices and Documents Created After May 21, 2004* filed by ConnectU LLC,, Cameron Winklevoss,, Tyler Winklevoss,, Divya Narendra, to Magistrate Judge Robert B. Collings.(Rynne, Michelle) (Entered: 08/02/2005) |
| 08/10/2005 | 41 | Assented to MOTION for Extension of Time to 8/18/2005 to File Response/Reply as to 37 MOTION to Compel *the Production of Mirror Images of Defendants' Hard Drives and Other Electronic Memory* |

| | | |
|---|---|---|
| | | *Devices and Documents Created After May 21, 2004* by Mark Zuckerberg, Eduardo Saverin, Dustin Moskovitz, Andrew McCollum, Christopher Hughes, TheFaceBook.com.(Hampton, Daniel) (Entered: 08/10/2005) |
| 08/11/2005 | | Judge Robert B. Collings : Electronic ORDER entered granting 41 Motion for Extension of Time to File Response/Reply to Motion to Compel Production. (Dolan, Kathleen) (Entered: 08/11/2005) |
| 08/18/2005 | 42 | Opposition re 37 MOTION to Compel *the Production of Mirror Images of Defendants' Hard Drives and Other Electronic Memory Devices and Documents Created After May 21, 2004* filed by Eduardo Saverin. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C)(Hampton, Daniel) (Entered: 08/18/2005) |
| 08/18/2005 | 43 | Opposition re 37 MOTION to Compel *the Production of Mirror Images of Defendants' Hard Drives and Other Electronic Memory Devices and Documents Created After May 21, 2004 and CROSS-MOTION FOR PROTECTIVE ORDER* filed by Mark Zuckerberg, Christopher Hughes, Andrew McCollum, Dustin Moskovitz, TheFaceBook.com, Dustin Moskovitz, Mark Zuckerberg, Andrew McCollum, Christopher Hughes, TheFaceBook.com. (Attachments: # 1 Text of Proposed Order)(Walker, Joshua) Additional attachment(s) added on 9/1/2005 (Nici, Richard). (Entered: 08/18/2005) |
| 08/18/2005 | 44 | AFFIDAVIT in Support re 43 Opposition to Motion, *and Cross-Motion for Protective Order*. (Walker, Joshua) (Entered: 08/18/2005) |
| 08/18/2005 | 45 | AFFIDAVIT in Support re 43 Opposition to Motion, *and Cross-Motion for Protective Order*. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D)(Walker, Joshua) (Entered: 08/18/2005) |
| 08/18/2005 | 46 | APPENDIX/EXHIBIT re 43 Opposition to Motion, *of Non-Published Cases and Secondary Authority* by Mark Zuckerberg, Christopher Hughes, Andrew McCollum, Dustin Moskovitz, TheFaceBook.com, Dustin Moskovitz, Mark Zuckerberg, Andrew McCollum, Christopher Hughes, TheFaceBook.com. (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Exhibit 3# 4 Exhibit 4# 5 Exhibit 5# 6 Exhibit 6# 7 Exhibit 7)(Walker, Joshua) (Entered: 08/18/2005) |
| 08/24/2005 | 47 | NOTICE by Mark Zuckerberg, Christopher Hughes, Andrew McCollum, Dustin Moskovitz, TheFaceBook.com, Dustin Moskovitz, Mark Zuckerberg, Andrew McCollum, Christopher Hughes, TheFaceBook.com re 43 Opposition to Motion, *Newly Identified Authority In Support of Opposition and Cross-Motion* (Attachments: # 1 Exhibit A# 2 Exhibit B) (Chatterjee, I.) Additional attachment(s) added on 9/1/2005 (Nici, Richard). (Entered: 08/24/2005) |
| 08/26/2005 | 48 | Assented to MOTION to Seal Document *Exhibit 26 to Plaintiff's Proposed Reply Brief in Support of its Motion to Compel the Production of Mirror Images of Defendants' Hard Drives and Other Electronic Memory Devicecs and Documents Created After May 21, 2004 Pursuant to Parties' Stipulated Protective Order* by ConnectU LLC, Divya |

| | | |
|---|---|---|
| | | Narendra, Tyler Winklevoss, Cameron Winklevoss, ConnectU LLC. (Grabow, Troy) (Entered: 08/26/2005) |
| 08/26/2005 | 49 | CERTIFICATE OF SERVICE by ConnectU LLC, Divya Narendra, Tyler Winklevoss, Cameron Winklevoss, ConnectU LLC *for Sealed Exhibit 26 in Support of Plaintiff's Reply Brief*. (Grabow, Troy) (Entered: 08/26/2005) |
| 08/26/2005 | 50 | Assented to MOTION for Leave to File *Plaintiff's Reply to Defendants' Opposition to Plaintiff's Motion to Compel the Production of Mirror Images of Defendants' Hard Drives and Other Electronic Memory Devices and Documents Created After May 21, 2004 AND Plaintiff's Opposition to THEFACEBOOK Defendants' Cross-Motion for a Protective Order* by ConnectU LLC, Divya Narendra, Tyler Winklevoss, Cameron Winklevoss, ConnectU LLC. (Attachments: # 1 Exhibit A - PROPOSED REPLY BRIEF# 2 Exhibit 26 - Notice of Filing Document Under Seal# 3 Exhibit 27 to Proposed Reply Brief# 4 Exhibit 28 to Proposed Reply# 5 Exhibit 29 to Proposed Reply# 6 Exhibit 30 to Proposed Reply# 7 Exhibit 31 to Proposed Reply# 8 Text of Proposed Order PROPOSED ORDER - Motion for Leave to File Reply Brief) (Grabow, Troy) (Entered: 08/26/2005) |
| 08/26/2005 | 51 | EXHIBIT #26 re 50 Assented to MOTION for Leave to File *Plaintiff's Reply to Defendants' Opposition to Plaintiff's Motion to Compel the Production of Mirror Images of Defendants' Hard Drives and Other Electronic Memory Devices and Documents Created by ConnectU LLC. FILED UNDER SEAL (Nici, Richard) Additional attachment(s) added on 9/1/2005 (Nici, Richard). (Entered: 08/29/2005)* |
| 08/30/2005 | 52 | MOTION to Compel *Answers to Interrogatory Nos. 6, 9-14, 16, and 18* by ConnectU LLC, Divya Narendra, Tyler Winklevoss, Cameron Winklevoss, ConnectU LLC. (Attachments: # 1 Text of Proposed Order Exhibit A - Proposed Order)(Grabow, Troy) (Entered: 08/30/2005) |
| 08/30/2005 | 53 | Assented to MOTION to Seal Document *(s): Plaintiff's Memorandum in Support of its Motion to Compel Answers to Interrogatory Nos. 6, 9-14, 16, and 18 - AND Exhibits 16, 20, and 22* by ConnectU LLC, Divya Narendra, Tyler Winklevoss, Cameron Winklevoss, ConnectU LLC. (Grabow, Troy) (Entered: 08/30/2005) |
| 08/30/2005 | 54 | MEMORANDUM in Support re 52 MOTION to Compel *Answers to Interrogatory Nos. 6, 9-14, 16, and 18* filed by ConnectU LLC, Divya Narendra, Tyler Winklevoss, Cameron Winklevoss, ConnectU LLC. FILED UNDER SEAL (Attachments: # 1 Exhibit Exhibit 1# 2 Exhibit Exhibit 2# 3 Exhibit Exhibit 3# 4 Exhibit Exhibit 4# 5 Exhibit Exhibit 5# 6 Exhibit Exhibit 6# 7 Exhibit Exhibit 7# 8 Exhibit Exhibit 8# 9 Exhibit Exhibit 9# 10 Exhibit Exhibit 10# 11 Exhibit Exhibit 11# 12 Exhibit Exhibit 12# 13 Exhibit Exhibit 13# 14 Exhibit Exhibit 14# 15 Exhibit Exhibit 15# 16 Exhibit Exhibit 16 - Notice of Manual Filing# 17 Exhibit Exhibit 17# 18 Exhibit Exhibit 18# 19 Exhibit Exhibit 19# 20 Exhibit Exhibit 20 - Notice of Manual Filing# 21 Exhibit Exhibit 21# 22 Exhibit Exhibit 22 - Notice of Manual Filing# 23 Exhibit Exhibit 23# 24 Exhibit |

| | | |
|---|---|---|
| | | Exhibit 24# 25 Exhibit Exhibit 25)(Grabow, Troy) Modified on 8/31/2005 (Nici, Richard). Modified on 9/7/2005 (Nici, Richard). (Entered: 08/30/2005) |
| 08/30/2005 | 55 | CERTIFICATE OF SERVICE by ConnectU LLC, Divya Narendra, Tyler Winklevoss, Cameron Winklevoss, ConnectU LLC *Service of Plaintiff's Memorandum in Support of Motion to Compel Answers to Interrogatory Nos. 6, 9-14, 16, and 18 - AND Exhibits 16, 20, and 22.* (Grabow, Troy) (Entered: 08/30/2005) |
| 08/30/2005 | 56 | EXHIBITS 16, 20 & 22 re 54 Memorandum in Support of Motion,,, by ConnectU LLC. FILED UNDER SEAL (Nici, Richard) (Entered: 08/31/2005) |
| 08/31/2005 | | Notice of correction to docket made by Court staff. Correction: description of exhibit 20 change to 21 in docket entry #54 corrected because: a typographical error was made while filing. (Nici, Richard) (Entered: 08/31/2005) |
| 09/01/2005 | | Judge Robert B. Collings : Electronic ORDER entered granting 48 Motion to Seal Document ; and granting 50 Motion for Leave to File Reply to Defendants' Opposition. (Dolan, Kathleen) (Entered: 09/01/2005) |
| 09/01/2005 | 57 | Judge Douglas P. Woodlock : ORDER entered. REFERRING MOTION 52 MOTION to Compel *Answers to Interrogatory Nos. 6, 9-14, 16, and 18* filed by ConnectU LLC., Cameron Winklevoss,, Tyler Winklevoss., Divya Narendra, to Magistrate Judge Robert B. Collings.(Rynne, Michelle) (Entered: 09/01/2005) |
| 09/01/2005 | | Judge Robert B. Collings : Electronic ORDER entered granting 53 Motion to Seal Document. (Dolan, Kathleen) (Entered: 09/01/2005) |
| 09/01/2005 | | Notice of correction to docket made by Court staff. Correction: docket entries 43 & 47 corrected because: the documents were not electronically signed (Nici, Richard). (Entered: 09/01/2005) |
| 09/02/2005 | 58 | Assented to MOTION for Leave to File *Reply Brief in Support of The Facebook Defendants' CROSS-MOTION for Protective Order* 43 by Mark Zuckerberg, Christopher Hughes, Andrew McCollum, Dustin Moskovitz, TheFaceBook.com, Dustin Moskovitz, Mark Zuckerberg, Andrew McCollum, Christopher Hughes, TheFaceBook.com.(Oczek, Jeremy) (Entered: 09/02/2005) |
| 09/06/2005 | 59 | NOTICE by Eduardo Saverin re 43 Opposition to Motion,. *Joining Cross-Motion for Protective Order* (Hampton, Daniel) (Entered: 09/06/2005) |
| 09/06/2005 | 60 | REPLY to Response to Motion re 37 MOTION to Compel *the Production of Mirror Images of Defendants' Hard Drives and Other Electronic Memory Devices and Documents Created After May 21, 2004 THE FACEBOOK DEFENDANTS' REPLY IN SUPPORT OF CROSS-MOTION FOR PROTECTIVE ORDER; AFFIDAVIT OF MONTE M.F.* |

| | | |
|---|---|---|
| | | *COPPER and APPENDIX OF NON-PUBLISHED CASES* filed by TheFaceBook.com. (Attachments: # 1 Affidavit # 2 Exhibit E# 3 Exhibit F# 4 Appendix # 5 Exhibit 8# 6 Exhibit 9# 7 Exhibit 10# 8 Exhibit 11) (Cooper, Monte) (Entered: 09/06/2005) |
| 09/08/2005 | 61 | NOTICE by TheFaceBook.com *NOTICE OF FILING WITH THE CLERK'S OFFICE* (Cooper, Monte) (Entered: 09/08/2005) |
| 09/08/2005 | 62 | Assented to MOTION re 61 Notice (Other) *ASSENTED TO MOTION TO SEAL THE FACEBOOK'S DEFENDANTS' MEMORANDUM IN SUPPORT OF THE FACEBOOK DEFENDANTS' MOTION TO COMPEL PARTICULARIZED IDENTIFICATION OF TRADE SECRETS IN RESPONSE TO THE FACEBOOK DEFENDANTS' INTERROGATORY NO. 2 AND EXHIBITS 2 AND 7; [PROPOSED] ORDER* by TheFaceBook.com. (Attachments: # 1)(Cooper, Monte) (Entered: 09/08/2005) |
| 09/08/2005 | 63 | MOTION to Compel *MOTION TO COMPEL PARTICULARIZED IDENTIFICATION OF TRADE SECRETS IN RESPONSE TO THE FACEBOOK DEFENDANTS' INTERROGATORY NO. 2; [PROPOSED ORDER]* by TheFaceBook.com. (Attachments: # 1)(Cooper, Monte) (Entered: 09/08/2005) |
| 09/08/2005 | 64 | APPENDIX/EXHIBIT re 63 MOTION to Compel *MOTION TO COMPEL PARTICULARIZED IDENTIFICATION OF TRADE SECRETS IN RESPONSE TO THE FACEBOOK DEFENDANTS' INTERROGATORY NO. 2; [PROPOSED ORDER] APPENDIX OF NON-PUBLISHED CASES AND SECONDARY AUTHORITY IN SUPPORT OF THE FACEBOOK DEFENDANTS' MOTION TO COMPEL PARTICULARIZED IDENTIFICATION OF TRADE SECRETS IN RESPONSE TO THE FACEBOOK DEFENDANTS' INTERROGATORY NO. 2* by TheFaceBook.com. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Errata C)(Cooper, Monte) (Entered: 09/08/2005) |
| 09/08/2005 | 65 | AFFIDAVIT in Support re 63 MOTION to Compel *MOTION TO COMPEL PARTICULARIZED IDENTIFICATION OF TRADE SECRETS IN RESPONSE TO THE FACEBOOK DEFENDANTS' INTERROGATORY NO. 2: [PROPOSED ORDER] AFFIDAVIT OF MONTE COOPER IN SUPPORT OF THE FACEBOOK DEFENDANTS' MOTION TO COMPEL PARRTICULARIZED IDENTIFICATION OF TRADE SECRETS IN RESPONSE TO THE FACEBOOK DEFENDANTS' INTERROGATORY NO. 2.* (Attachments: # 1 Exhibit 1# 2 Exhibit 2 [FILED UNDER SEAL]# 3 Exhibit 3# 4 Exhibit 4# 5 Exhibit 5# 6 Exhibit 6# 7 Exhibit 7 [FILED UNDER SEAL]# 8 Exhibit 8# 9 Exhibit 9# 10 Exhibit 10# 11 Exhibit 11# 12 Exhibit 12# 13 Exhibit 13# 14 Exhibit 14# 15 Exhibit 15# 16 Exhibit 16# 17 Exhibit 17# 18 Exhibit 18# 19 Exhibit 19)(Cooper. Monte) (Entered: 09/08/2005) |
| 09/08/2005 | 66 | CERTIFICATE OF SERVICE by TheFaceBook.com. (Cooper, Monte) (Entered: 09/08/2005) |

| | | |
|---|---|---|
| 09/08/2005 | 67 | MEMORANDUM in Support re INCLUDING EXHIBITS 2 AND 7 63 MOTION to Compel *MOTION TO COMPEL PARTICULARIZED IDENTIFICATION OF TRADE SECRETS IN RESPONSE TO THE FACEBOOK DEFENDANTS' INTERROGATORY NO. 2; [PROPOSED ORDER]* filed by TheFaceBook.com. FILED UNDER SEAL (Nici, Richard) (Entered: 09/09/2005) |
| 09/09/2005 | 68 | MOTION to Compel *the Production of Documents in Response to Production Request Nos. 42, 44-46, 70-71, 85-96, 98-105, 107-110, 113, and 169* by ConnectU LLC, Divya Narendra, Tyler Winklevoss, Cameron Winklevoss, ConnectU LLC. (Attachments: # 1 Text of Proposed Order)(Grabow, Troy) (Entered: 09/09/2005) |
| 09/09/2005 | 69 | MEMORANDUM in Support re 68 MOTION to Compel *the Production of Documents in Response to Production Request Nos. 42, 44-46, 70-71, 85-96, 98-105, 107-110, 113, and 169* filed by ConnectU LLC, Divya Narendra, Tyler Winklevoss, Cameron Winklevoss, ConnectU LLC. (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Exhibit 3# 4 Exhibit 4# 5 Exhibit 5# 6 Exhibit 6# 7 Exhibit 7# 8 Exhibit 8# 9 Exhibit 9# 10 Exhibit 10# 11 Exhibit 11# 12 Exhibit 12# 13 Exhibit 13# 14 Exhibit 14# 15 Exhibit 15# 16 Exhibit 16# 17 Exhibit 17# 18 Exhibit 18# 19 Exhibit 19# 20 Exhibit 20# 21 Exhibit 21# 22 Exhibit 22# 23 Exhibit 23# 24 Exhibit 24# 25 Exhibit 25# 26 Exhibit 26)(Grabow, Troy) (Entered: 09/09/2005) |
| 09/13/2005 | 70 | Assented to MOTION to Seal Document *(Facebook Defendants' Opposition to Plaintiff's Motion to Compel Answers to Interrogatory Nos. 6, 9-14, 16, and 18)* by Mark Zuckerberg, Christopher Hughes, Andrew McCollum, Dustin Moskovitz, TheFaceBook.com, Dustin Moskovitz, Mark Zuckerberg, Andrew McCollum, Christopher Hughes, TheFaceBook.com.(Oczek, Jeremy) (Entered: 09/13/2005) |
| 09/13/2005 | 71 | MEMORANDUM in Opposition re 52 MOTION to Compel *Answers to Interrogatory Nos. 6, 9-14, 16, and 18* filed by Eduardo Saverin. (Hampton, Daniel) (Entered: 09/13/2005) |
| 09/13/2005 | 72 | MEMORANDUM in Opposition re 52 MOTION to Compel Answers to Interrogatory Nos. 6, 9-14, 16, and 18 by ConnectU LLC, Divya Narendra, Tyler Winklevoss, Cameron Winklevoss, ConnectU LLC. (Attachments: # (1) Text of Proposed Order Exhibit A - Proposed Order) (Grabow, Troy) Modified on 9/15/2005 (Nici, Richard). FILED UNDER SEAL (Entered: 09/13/2005) |
| 09/15/2005 | | Notice of correction to docket made by Court staff. Correction: the relationship of docket entry #72 corrected because: the memorandum was related to the wrong motion. The memorandum was incorrectly linked to #68 and correctly reassigned to #52 (Nici, Richard). (Entered: 09/15/2005) |
| 09/19/2005 | 73 | Assented to MOTION for Leave to File *Plaintiff's Reply to Defendants' Oppositions to Plaintiff's Motion to Compel Answers to Interrogatory NOS. 6,9-14,16,and 18* by ConnectU LLC, Divya Narendra, Tyler Winklevoss, Cameron Winklevoss, ConnectU LLC. (Attachments: # 1 |

| | | |
|---|---|---|
| | | Exhibit A - Proposed Reply# 2 Exhibit 26 - Exhibit to Proposed Reply# 3 Text of Proposed Order)(Hornick, John) (Entered: 09/19/2005) |
| 09/20/2005 | 74 | NOTICE by ConnectU LLC, Divya Narendra, Tyler Winklevoss, Cameron Winklevoss, ConnectU LLC re 37 MOTION to Compel *the Production of Mirror Images of Defendants' Hard Drives and Other Electronic Memory Devices and Documents Created After May 21, 2004 PLAINTIFF'S NOTICE OF NEWLY IDENTIFIED AUTHORITY* (Attachments: # 1 Exhibit A)(Grabow, Troy) (Entered: 09/20/2005) |
| 09/22/2005 | 75 | MEMORANDUM in Opposition re 68 MOTION to Compel *the Production of Documents in Response to Production Request Nos. 42, 44-46, 70-71, 85-96, 98-105, 107-110, 113, and 169* filed by Eduardo Saverin. (Katz, Gordon) (Entered: 09/22/2005) |
| 09/22/2005 | 76 | Assented to MOTION to Seal Document *Motion to Seal Exhibit 21 to Plaintiff's Opposition to the Facebook Defendants' Motion to Compel Particularized Identification of Trade Secrets in Response to the Facebook Defendants' Interogatory NO. 2* by ConnectU LLC, Divya Narendra, Tyler Winklevoss, Cameron Winklevoss, ConnectU LLC. (Attachments: # 1 Text of Proposed Order Proposed Order re Motion to Seal)(Grabow, Troy) (Entered: 09/22/2005) |
| 09/22/2005 | 77 | CERTIFICATE OF SERVICE by ConnectU LLC, Divya Narendra, Tyler Winklevoss, Cameron Winklevoss, ConnectU LLC. (Grabow, Troy) (Entered: 09/22/2005) |
| 09/22/2005 | 78 | Opposition re 63 MOTION to Compel *MOTION TO COMPEL PARTICULARIZED IDENTIFICATION OF TRADE SECRETS IN RESPONSE TO THE FACEBOOK DEFENDANTS' INTERROGATORY NO. 2; [PROPOSED ORDER]* filed by ConnectU LLC, Divya Narendra, Tyler Winklevoss, Cameron Winklevoss, ConnectU LLC. (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Exhibit 3# 4 Exhibit 4# 5 Exhibit 5# 6 Exhibit 6# 7 Exhibit 7# 8 Exhibit 8# 9 Exhibit 9# 10 Exhibit 10# 11 Exhibit 11# 12 Exhibit 12# 13 Exhibit 13# 14 Exhibit 14# 15 Exhibit 15# 16 Exhibit 16# 17 Exhibit 17# 18 Exhibit 18# 19 Exhibit 19# 20 Exhibit 20# 21 Exhibit 21 - Notice of Manual Filing# 22 Exhibit 22)(Grabow, Troy) (Entered: 09/22/2005) |
| 09/22/2005 | 79 | AFFIDAVIT of Robert B. Hawk in Opposition re 68 MOTION to Compel *the Production of Documents in Response to Production Request Nos. 42, 44-46, 70-71, 85-96, 98-105, 107-110, 113, and 169* filed by Eduardo Saverin. (Attachments: # 1 Exhibit 1 E-mail Exchanges Between Counsel)(Katz, Gordon) (Entered: 09/22/2005) |
| 09/22/2005 | 80 | EXHIBIT 21 re 78 Opposition to Motion,, by ConnectU LLC. FILED UNDER SEAL (Nici, Richard) (Entered: 09/23/2005) |
| 09/23/2005 | 81 | Assented to MOTION to Seal Document *Assented-To Motion To Seal Exhibit E To The Affidavit Of Joshua H. Walker In Support Of Facebook Defendants' Opposition To Connectu LLC's Motion To Compel The Production Of Documents In Response To Production Request Nos. 42, 44-46, 70-71, 85-96,98-105, 107-110, 113, and 169* by |

| | | |
|---|---|---|
| | | TheFaceBook.com.(Walker, Joshua) (Entered: 09/23/2005) |
| 09/23/2005 | 82 | Opposition re 68 MOTION to Compel *the Production of Documents in Response to Production Request Nos. 42, 44-46, 70-71, 85-96, 98-105, 107-110, 113, and 169* filed by TheFaceBook.com. (Walker, Joshua) (Entered: 09/23/2005) |
| 09/23/2005 | 83 | AFFIDAVIT in Opposition re 68 MOTION to Compel *the Production of Documents in Response to Production Request Nos. 42, 44-46, 70-71, 85-96, 98-105, 107-110, 113, and 169* filed by TheFaceBook.com. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit F# 6 Exhibit G# 7 Exhibit H# 8 Exhibit I# 9 Exhibit J# 10 Exhibit K)(Walker, Joshua) (Entered: 09/23/2005) |
| 09/23/2005 | 84 | AFFIDAVIT of Joshua H. Walker in Opposition re 68 MOTION to Compel *the Production of Documents in Response to Production Request Nos. 42, 44-46, 70-71, 85-96, 98-105, 107-110, 113, and 169* filed by TheFaceBook.com. (Walker, Joshua) (Entered: 09/23/2005) |
| 09/23/2005 | 85 | APPENDIX/EXHIBIT *Appendix of Non-Published Cases in Support of Facebook Defendants' Opposition to Connectu LLC's Motion to Compel The Production Of Documents In Response To Production Request Nos. 42, 44-46, 70-71, 85-96, 98-105, 107-110, and 169* by TheFaceBook.com. (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Exhibit 3# 4 Exhibit 4# 5 Exhibit 5)(Walker, Joshua) (Entered: 09/23/2005) |
| 09/25/2005 | 86 | MOTION for Leave to Appear Pro Hac Vice by Robert D. Nagel by Mark Zuckerberg, Christopher Hughes, Andrew McCollum, Dustin Moskovitz, TheFaceBook.com, Dustin Moskovitz, Mark Zuckerberg, Andrew McCollum, Christopher Hughes, TheFaceBook.com. (Attachments: # 1 Certification)(Oczek, Jeremy) (Entered: 09/25/2005) |
| 09/26/2005 | 87 | EXHIBIT E re 84 Affidavit in Opposition to Motion by ConnectU LLC. FILED UNDER SEAL (Nici, Richard) (Entered: 09/26/2005) |
| 09/27/2005 | 88 | Assented to MOTION for Leave to File *Facebook Defendants' Reply to Plaintiff's Opposition to Motion to Compel Particularized Identification of Trade Secrets in Response to the Facebook Defendants' Interrogatory No. 2* by TheFaceBook.com. (Attachments: # 1 Reply)(Walker, Joshua) (Entered: 09/27/2005) |
| 09/27/2005 | | Judge Douglas P. Woodlock : ElectronicORDER entered granting 86 Motion for Leave to Appear Pro Hac Vice Added Robert D Nagel for Mark Zuckerberg and Dustin Moskovitz The Facebook, Inc., Christopher Hughes, and Andrew McCollum (Nici, Richard) Modified on 9/28/2005 (Nici, Richard). Receipt #67145 $ 50 Modified on 10/17/2005 (Nici, Richard). (Entered: 09/28/2005) |
| 09/30/2005 | 89 | Assented to MOTION for Leave to File *Reply to Defendants' Oppositions to Plaintiff's Motion to Compel the Production of Documents in Response to Production Request Nos. 42, 44-46, 70-71, 85-96, 98-105, 107-110, 113, and 169* by ConnectU LLC, Divya Narendra, Tyler Winklevoss, Cameron Winklevoss, ConnectU LLC. (Attachments: # 1 Exhibit A - |