IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CONNECTU LLC,<br><br>        Plaintiffs,<br><br>v.<br><br>MARK ZUCKERBERG, EDUARDO SAVERIN, DUSTIN MOSKOVITZ, ANDREW MCCOLLUM, CHRISTOPHER HUGHES, and FACEBOOK, INC.,<br><br>        Defendants.<br><br>MARK ZUCKERBERG, and FACEBOOK, INC.,<br><br>        Counterclaimants,<br><br>v.<br><br>CONNECTU LLC,<br><br>        Counterdefendant,<br><br>and<br><br>CAMERON WINKLEVOSS, TYLER WINKLEVOSS, and DIVYA NARENDRA,<br><br>        Additional Counterdefendants. | Civil Action No. 1:04-cv-11923 (DPW) |

**NOTICE OF WITHDRAWAL
OF DEFENDANTS' BILL OF COSTS**

OHS West:260252103.3

NOTICE OF WITHDRAWAL OF BILL OF COSTS
CASE 04-11923 (DPW)

**TO THE COURT, THE PLAINTIFF, AND ITS COUNSEL OF RECORD**

Defendants hereby provide notice to the Court, Plaintiff and its counsel that they no longer wish to pursue the Bill of Costs filed on April 11, 2007 and, as a result, are withdrawing said Bill of Costs. Defendants agree with ConnectU that all parties should bear their own costs in this Case No. 1:04-CV-11923.

Dated: June 15, 2007                Respectfully submitted,

/s/ Theresa A. Sutton /s/
G. Hopkins Guy, III*
I. Neel Chatterjee*
Monte Cooper*
Theresa Sutton*
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, California  94025
Telephone:   (650) 614-7400
Facsimile:    (650) 614-7401
hopguy@orrick.com
nchatterjee@orrick.com
mcooper@orrick.com
rnagel@orrick.com

Steven M. Bauer
Jeremy P. Oczek
PROSKAUER ROSE, LLP
One International Plaza, 14th Floor
Boston, MA 02110-2600
Telephone:   (617) 526-9600
Facsimile:    (617) 526-9899
sbauer@proskauer.com
joczek@proskauer.com

* Admitted Pro Hac Vice

**CERTIFICATE OF SERVICE**

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on June 15, 2007.

Dated: June 15, 2007.                  Respectfully submitted,

                                       /s/ Theresa A. Sutton /s/
                                       Theresa A. Sutton