UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CONNECTU, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>MARK ZUCKERBERG, EDUARDO SAVERIN, DUSTIN MOSKOVITZ, ANDREW MCCOLLUM, CHRISTOPHER HUGHES, AND THEFACEBOOK.COM,<br><br>    Defendants.<br><br>MARK ZUCKERBERG, EDUARDO SAVERIN, DUSTIN MOSKOVITZ, ANDREW MCCOLLUM, CHRISTOPHER HUGHES, AND THEFACEBOOK.COM,<br><br>    Counterclaim-Plaintiffs,<br><br>v.<br><br>CONNECTU, LLC,<br><br>    Counterclaim-Defendants. | 1:04-CV-11923 (DPW)<br><br>Related Action: Civil Action No. 07-CV-10593 (DPW)<br><br><br>District Judge Douglas P. Woodlock<br><br>Magistrate Judge Robert B. Collings |

**<u>NOTICE OF ATTORNEYS' LIEN</u>**

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

  PLEASE TAKE NOTICE THAT by virtue of a written contract and the provisions of Mass. Gen. Laws ch. 221, § 50, Quinn Emanuel Urquhart Oliver & Hedges ("QEUO&H") has a lien over the claims and causes of action of, and any judgment, settlement or other recovery paid to, plaintiffs ConnectU, Inc. (formerly known as ConnectU, LLC) ("ConnectU"), Cameron

Winklevoss, Tyler Winklevoss, and Divya Narendra, or any of them, or their successors or assigns (collectively "Plaintiffs"), in Civil Action No. 04-CV-11923 (DPW) (D. Mass.) for the purpose of securing payment of attorneys' fees, costs and expenses to QEUO&H on account of its representation of Plaintiffs.

Dated: April 29, 2008

        Respectfully submitted,

        QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP


        /s/ David E. Azar
        David E. Azar (*pro hac vice*)
        QUINN EMANUEL URQUHART OLIVER &
           HEDGES, LLP
        51 Madison Avenue, 22nd Floor
        New York, New York 10010

**Certificate of Service**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to (a) those indicated as non-registered participants, and (b) Plaintiffs on April 29, 2008.

/s/ Adam B. Wolfson
_____
Adam B. Wolfson