UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CONNECTU, LLC,<br><br>   Plaintiff,<br><br>v.<br><br>MARK ZUCKERBERG, EDUARDO SAVERIN, DUSTIN MOSKOVITZ, ANDREW MCCOLLUM, CHRISTOPHER HUGHES, AND THEFACEBOOK.COM,<br><br>   Defendants.<br><br>MARK ZUCKERBERG, EDUARDO SAVERIN, DUSTIN MOSKOVITZ, ANDREW MCCOLLUM, CHRISTOPHER HUGHES, AND THEFACEBOOK.COM,<br><br>   Counterclaim-Plaintiffs,<br><br>v.<br><br>CONNECTU, LLC,<br><br>   Counterclaim-Defendants. | 1:04-CV-11923 (DPW)<br><br>Related Action: Civil Action No. 07-CV-10593 (DPW)<br><br><br>District Judge Douglas P. Woodlock<br><br>Magistrate Judge Robert B. Collings |

**NOTICE OF WITHDRAWAL AS COUNSEL OF RECORD**

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

  PLEASE TAKE NOTICE THAT, pursuant to the United States District Court for the District of Massachusetts Local Rule 83.5.2(c), Quinn Emanuel Urquhart Oliver & Hedges ("QEUO&H") hereby withdraws as counsel of record for plaintiffs ConnectU, Inc. (formerly known as ConnectU, LLC) ("ConnectU"), Cameron Winklevoss, Tyler Winklevoss, and Divya

1

Narendra, or any of them, or their successors or assigns (collectively "Plaintiffs") in Civil Action No. 04-CV-11923 (DPW) (D. Mass.).

QEUO&H represents that its withdrawal is made for the following reasons: (1) Plaintiffs have terminated QEUO&H as counsel of record; (2) this notice is preceded by notices of appearance by other counsel pursuant to Local Rule 83.5.2(c), including attorneys at the law firms of Griesinger, Tighe & Maffei, LLP and Finnegan, Henderson, Farabow, Garrett & Dunner, LLP; (3) there are no motions pending before the Court; (4) no trial date has been set; and (5) no hearings or conferences are scheduled, and no reports, oral or written, are due.

Dated: April 29, 2008

Respectfully submitted,

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP


/s/ David E. Azar
David E. Azar (*pro hac vice*)
QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010

## Certificate of Service

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to (a) those indicated as non-registered participants, and (b) Plaintiffs on April 29, 2008.

/s/ Adam B. Wolfson
_____
Adam B. Wolfson