IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CONNECTU LLC,<br><br>      Plaintiffs,<br><br>v.<br><br>MARK ZUCKERBERG, EDUARDO SAVERIN, DUSTIN MOSKOVITZ, ANDREW MCCOLLUM, CHRISTOPHER HUGHES, and FACEBOOK, INC.,<br><br>      Defendants. | CIVIL ACTION NO. 1:04-CV-11923 (DPW) |
| MARK ZUCKERBERG, and FACEBOOK, INC.,<br><br>      Counterclaimants,<br><br>v.<br><br>CONNECTU LLC,<br><br>      Counterdefendant,<br><br>and<br><br>CAMERON WINKLEVOSS, TYLER WINKLEVOSS, and DIVYA NARENDRA,<br><br>      Additional Counterdefendants. | |

**NOTICE OF ENTRY OF JUDGMENT
ENFORCING SETTLEMENT AGREEMENT**

Notice is hereby given that on July 2, 2008, the Honorable James Ware, Northern District of California, entered Judgment Enforcing Settlement Agreement, a copy of which is attached hereto as Exhibit A.  The Settlement Agreement resolved all matters between the parties in this case, the Northern District of California action (05:07-CV-01389-JW), and Case No. 1:07-CV-10593-DPW (which has been consolidated with the present action).

Dated: July 8, 2008

/s/ Theresa A. Sutton /s/
I. Neel Chatterjee (*admitted pro hac vice*)
Monte M.F. Cooper (*admitted pro hac vice*)
Theresa A. Sutton (*admitted pro hac vice*)
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, California  94025
Telephone:  (650) 614-7400
Facsimile:   (650) 614-7401
nchatterjee@orrick.com
mcooper@orrick.com
tsutton@orrick.com

Steven M. Bauer
Jeremy P. Oczek
PROSKAUER ROSE, LLP
One International Plaza, 14th Floor
Boston, Massachusetts 02110-2600
Telephone:      (617) 526-9600
Facsimile:       (617) 526-9899

ATTORNEYS FOR MARK ZUCKERBERG, DUSTIN MOSKOVITZ, ANDREW MCCOLLUM, CHRISTOPHER HUGHES, and FACEBOOK, INC.

**CERTIFICATE OF SERVICE**

      I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on July 8, 2008.

Dated: July 8, 2008                Respectfully submitted,

                                          /s/ Theresa A. Sutton /s/
                                             Theresa A. Sutton