IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CONNECTU LLC,<br><br>        Plaintiffs,<br><br>v.<br><br>MARK ZUCKERBERG, EDUARDO SAVERIN, DUSTIN MOSKOVITZ, ANDREW MCCOLLUM, CHRISTOPHER HUGHES, and FACEBOOK, INC.,<br><br>        Defendants. | CIVIL ACTION NO. 1:04-CV-11923 (DPW) |
| MARK ZUCKERBERG, and FACEBOOK, INC.,<br><br>        Counterclaimants,<br><br>v.<br><br>CONNECTU LLC,<br><br>        Counterdefendant,<br><br>and<br><br>CAMERON WINKLEVOSS, TYLER WINKLEVOSS, and DIVYA NARENDRA,<br><br>        Additional Counterdefendants. | |

**PROOF OF SERVICE VIA ELECTRONIC MAIL AND FEDERAL EXPRESS**

I am more than eighteen years old and not a party to this action. My place of employment and business address is 1000 Marsh Road, Menlo Park, CA 94025.

On **July 8, 2008**, I delivered to the below listed individuals the following document(s):

1. **NOTICE OF ENTRY OF JUDGMENT ENFORCING SETTLEMENT**

| | |
|---|---|
| X | By e-mailing, as agreed to by the parties, electronic copies of the documents to the e-mail addresses listed below for counsel to defendant on **July 8, 2008**. |
| | By placing a true and correct copy of the document(s) in a Federal Express envelope addressed as set forth below and then sealing the envelope, affixing a pre-paid Federal Express air bill, and causing the envelope to be delivered to a Federal Express agent for delivery. |

### ATTORNEYS FOR PLAINTIFF CONNECTU

**D. Michael Underhill**
**Evan A. Parke**
Boies Schiller & Flexner LLP
5301 Wisconsin Ave. NW
Washington, DC 20015
email: **munderhill@BSFLLP.com**
email: **eparke@BSFLLP.com**
Telephone: (202) 237-2727
Facsimile: (202) 237-6131

**Steven C. Holtzman, Esq.**
Boies Schiller & Flexner LLP
1999 Harrison Street, Suite 900
Oakland, CA 94612
email: **sholtzman@BSFLLP.com**
Telephone: (510) 874-1000
Facsimile: (510) 874-1460

**David A. Barnett**
Boies Schiller & Flexner LLP
575 Lexington Avenue, 7th Fl.
New York, NY 10022
email: **dbarrett@BSFLLP.com**
Telephone: (212) 446-2300
Facsimile: (212) 446-2350

Executed on **July 8, 2008**, at Menlo Park, California. I declare under penalty of perjury that the foregoing is true and correct.

                                                  /s/ Theresa A. Sutton /s/
                                                  Theresa A. Sutton

OHS West:260469607.1

I am more than eighteen years old and not a party to this action. My place of employment and business address is 1000 Marsh Road, Menlo Park, CA 94025.

On **July 8, 2008**, I delivered to the below listed individuals the following document(s):

2. NOTICE OF ENTRY OF JUDGMENT ENFORCING SETTLEMENT

|   | |
|---|---|
|   | By e-mailing, as agreed to by the parties, electronic copies of the documents to the e-mail addresses listed below for counsel to defendant on **July 8, 2008**. |
| X | By placing a true and correct copy of the document(s) in a Federal Express envelope addressed as set forth below and then sealing the envelope, affixing a pre-paid Federal Express air bill, and causing the envelope to be delivered to a Federal Express agent for delivery. |

### ATTORNEYS FOR PLAINTIFF CONNECTU

**D. Michael Underhill**
**Evan A. Parke**
Boies Schiller & Flexner LLP
5301 Wisconsin Ave. NW
Washington, DC 20015
**email: munderhill@BSFLLP.com**
**email: eparke@BSFLLP.com**
Telephone: (202) 237-2727
Facsimile: (202) 237-6131

**Steven C. Holtzman, Esq.**
Boies Schiller & Flexner LLP
1999 Harrison Street, Suite 900
Oakland, CA 94612
**email: sholtzman@BSFLLP.com**
Telephone: (510) 874-1000
Facsimile: (510) 874-1460

**David A. Barnett**
Boies Schiller & Flexner LLP
575 Lexington Avenue, 7th Fl.
New York, NY 10022
**email: dbarrett@BSFLLP.com**
Telephone: (212) 446-2300
Facsimile: (212) 446-2350

Executed on **July 8, 2008**, at Menlo Park, California. I declare under penalty of perjury that the foregoing is true and correct.

/s/ Abby Ako-Nai /s/
Abby Ako-Nai

OHS West:260469607.1

## Ako-Nai, Abby

| | |
|---|---|
| From: | Sutton, Theresa A. |
| Sent: | Tuesday, July 08, 2008 1:49 PM |
| To: | Michael Underhill; Evan Parke; Steven Holtzman; David Barrett |
| Cc: | Dalton, Amy; Ako-Nai, Abby |
| Subject: | Facebook/ConnectU: Notice of Entry of Judgment |
| Attachments: | 11923 ... Notice of Entry of Judgment.pdf; 10593 .. Notice of Judgment Enforcing Settlement Agreement.pdf |

  

11923 ... Notice of   10593 .. Notice of
Entry of J...        Judgment En...

```
We filed the attached Notices today in the two District of Massachusetts cases.  It
appears from the ECF Notices that your firm is not served electronically.  We also will
serve you a copy by mail.

Please let me know if you have questions.

Theresa


         O
O R R I C K

Theresa A. Sutton
Orrick, Herrington & Sutcliffe LLP
Silicon Valley Office
1000 Marsh Road, Menlo Park, CA 94025
650.614.7307 (Voice)
650.614.7401 (Fax)
tsutton@orrick.com
www.orrick.com
```

From: Origin ID: HGTA (650)614-7400
Nana Ako-Nai
Orrick Herrington & Sutcliffe LLP
1000 Marsh Road

Menlo Park, CA 94025



CLS053008/21/24

SHIP TO: (202)237-2727    BILL SENDER
D. Michael Underhill
Boies Schiller & Flexner LLP
5301 Wisconsin Ave NW

Washington, DC 200152015

Ship Date: 08JUL08
ActWgt: 1 LB
System#: 1350775/WBUS0200
Account#: S *********

Delivery Address Bar Code

Ref # 0016069-002002/006399
Invoice #
PO #
Dept #



TRK# 7984 7567 8891
0201

WED - 09JUL    A1
STANDARD OVERNIGHT
DSR

20015
DC-US
IAD

XC DCAA

FOLD on this line and place in shipping pouch with **bar code and delivery address** visible

1. Fold the first printed page in half and use as the shipping label.
2. Place the label in a waybill pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.
3. Keep the second page as a receipt for your records. The receipt contains the terms and conditions of shipping and information useful for tracking your package.

From: Origin ID: HGTA (650)614-7400
Nana Ako-Nai
Orrick Herrington & Sutcliffe LLP
1000 Marsh Road

Menlo Park, CA 94025



CLS053008/21/24

SHIP TO: (510)874-1000   BILL SENDER
Steven Holtzman
Boies Schiller & Flexner LLP
1999 Harrison St
Ste 900
Oakland, CA 946123578

Ship Date: 08JUL08
ActWgt: 1 LB
System#: 1350775/WBUS0200
Account#: S *********

Delivery Address Bar Code

Ref #   0016069-000004/006399
Invoice #
PO #
Dept #

TRK# 0201   7905 4071 1479

WED - 09JUL   A1
STANDARD OVERNIGHT
DSR

94612
CA-US
OAK



WA OAKA

—— FOLD on this line and place in shipping pouch with **bar code and delivery address** visible

1. Fold the first printed page in half and use as the shipping label.
2. Place the label in a waybill pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.
3. Keep the second page as a receipt for your records. The receipt contains the terms and conditions of shipping and information useful for tracking your package.

http://ncpsship01/index.php                                     7/8/2008

From: Origin ID: HGTA (650)614-7400
Nana Ako-Nai
Orrick Herrington & Sutcliffe LLP
1000 Marsh Road

Menlo Park, CA 94025

Ship Date: 08JUL08
ActWgt: 1 LB
System#: 1350775/WBUS0200
Account#: S *********

Delivery Address Bar Code

SHIP TO: (212)446-2300       BILL SENDER
**David A. Barrett**
**Boies Schiller & Flexner LLP**
**575 Lexington Ave**
**Fl 7**
**New York, NY 100226138**

Ref # 0016069-002002/006399
Invoice #
PO #
Dept #

TRK# 7984 7568 1979
0201

WED - 09JUL   A1
STANDARD OVERNIGHT
DSR

10022
NY-US
EWR

XA JRBA



— FOLD on this line and place in shipping pouch with **bar code and delivery address** visible

1. Fold the first printed page in half and use as the shipping label.
2. Place the label in a waybill pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.
3. Keep the second page as a receipt for your records. The receipt contains the terms and conditions of shipping and information useful for tracking your package.

http://ncpsship01/index.php

7/8/2008