# MANDATE

# United States Court of Appeals
## For the First Circuit

No. 07-1796

CONNECTU LLC,

Plaintiff, Appellant,

v.

MARK ZUCKERBERG ET AL.,

Defendants, Appellees.

**JUDGMENT**

Entered: April 3, 2008

This cause came on to be heard on appeal from the United States District Court for the District of Massachusetts and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The judgment of the district court is reversed and the matter is remanded to the district court for further proceedings consistent with the opinion issued this day.

By the Court:

/s/ Richard Cushing Donovan, Clerk

cc: Hon. Douglas P. Woodlock, Hon. Robert B. Collings, Ms. Thornton, Clerk, United States District Court for the District of Massachusetts, Mr. Chatterjee, Ms. Sutton, Mr. Kaufman, Mr. Coll, Mr. Daybell, Mr. Kutz, Ms. Hurst, Mr. Esquenet, Mr. Tighe, Ms. Beckman, Mr. Curtis, Mr. McConchie, Mr. Schoenfeld, Mr. Hampton, Mr. Kenneally, Mr. Giunta, Mr. Bauer, Mr. Cooper, Mr. Guy, Mr. Hornick, Mr. Nagel, & Mr. Oczek.

**Certified and Issued as Mandate under Fed. R. App. P. 41.**

Richard Cushing Donovan, Clerk

Deputy Clerk

Date: 7/21/08